**Name and address:**
Paul B. Salvaty (SBN: 171507)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
Email: psalvaty@winston.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>Plaintiff(s)<br><br>v.<br><br>GARRETT ZIEGLER, an individual, et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>2:23-cv-07593 _____<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 282-5000          (202) 282-5100
*Telephone Number*        *Fax Number*

AbbeLowellPublicOutreach@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
1901 L. St., N.W.
Washington, DC 20036-3508
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Robert Hunter Biden

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Salvaty, Paul B.
*Designee's Name (Last Name, First Name & Middle Initial)*

171507          (213) 615-1700          (213) 615-1750
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

PSalvaty@winston.com
*E-Mail Address*

of  WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge


American LegalNet, Inc.
www.FormsWorkFlow.com