Name and address:
Paul B. Salvaty (SBN: 171507)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
Email: psalvaty@winston.com

LINK 10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, <br><br> Plaintiff(s) <br> v. <br> GARRETT ZIEGLER, an individual, et al., <br><br> Defendant(s) | CASE NUMBER <br> 2:23-cv-07593 HDV (KSx) <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 282-5000   (202) 282-5100
*Telephone Number    Fax Number*

AbbeLowellPublicOutreach@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
1901 L. St., N.W.
Washington, DC 20036-3508
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Robert Hunter Biden

Name(s) of Party(ies) Represented   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Salvaty, Paul B.
*Designee's Name (Last Name, First Name & Middle Initial)*

171507   (213) 615-1700   (213) 615-1750
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

PSalvaty@winston.com
*E-Mail Address*

of WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated 9/25/23

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com