1  Thomas H. Vidal (State Bar No. 204432)
   **PRYOR CASHMAN LLP**
2  1801 Century Park East, 24th Floor
   Los Angeles, California 90067
3  Telephone: (310) 683-6900
   Facsimile: (310) 943-3397
4  Email: tvidal@pryorcashman.com

5

*Attorney for Defendants*
6  Garrett Ziegler and ICU, LLC

7
                    **UNITED STATES DISTRICT COURT**
8
            **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
9

10

| | |
|---|---|
| ROBERT HUNTER BIDEN | Case No. 2:23-cv-07593-HDV-KS |
| Plaintiff, | Honorable Hernan D. Vera |
| v. | Magistrate Judge Karen L. Stevenson |
| GARRETT ZIEGLER, AN INDIVIDUAL, ICU, LLC, A WYOMING LIMITED LIABILITY COMPANY D/B/A MARCO POLO, AND DOES 1 THROUGH 10, INCLUSIVE, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Complaint served: September 13, 2023<br>Current response date: November 17, 2023<br>New response date: December 15, 2023 |
| Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

Defendants' GARRETT ZIEGLER and ICU, LLC ("Ziegler"), by and through their attorneys, stipulate as follows:

WHEREAS, the Complaint in the above-entitled action was served on September 13, 2023;

WHEREAS, the Answer to the Complaint's current deadline to respond in the above-entitled action is November 17, 2023;

WHEREAS, Robert Hunter Biden, and Garrett Ziegler and ICU, LLC has agreed, to an extension of time not more than 30 days to answer the Complaint;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

Garrett Ziegler and ICU, LLC deadline to answer the Complaint are extended to December 15, 2023.

PRYOR CASHMAN LLP

Dated: November 15, 2023      By: _____
Thomas H. Vidal
tvidal@pryorcashman.com

*Attorney for Defendants*
Garrett Ziegler and ICU, LLC

-1-

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**WINSTON & STRAWN LLP**

Dated: November 15, 2023     By:     /s/ Paul B. Salvaty
                                     Paul B. Salvaty
                                     PSalvaty@winston.com

                                     *Attorney for Plaintiff*
                                     Robert Hunter Biden


**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

Dated: November 15, 2023     By:     /s/ Bryan M. Sullivan
                                     Bryan M. Sullivan
                                     Zachary C. Hansen
                                     bsullivan@earlysullivan.com
                                     zhansen@earlysullivan.com

                                     *Attorneys for Plaintiff*
                                     Robert Hunter Biden

-2-

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

# **CERTIFICATE OF SERVICE**

I certify that on November 15, 2023, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following:

| | |
|---|---|
| Paul B. Salvaty, (SBN 171507)<br>**WINSTON & STRAWN LLP**<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA  90071-1543<br>Tel:  (213) 615-1700<br>Fax:  (213) 615-1750<br>Email:  PSalvaty@winston.com | *Attorney for Plaintiff* |
| Abbe David Lowell (*pro hac vice forthcoming*)<br>**WINSTON & STRAWN LLP**<br>1901 L St., N.W.<br>Washington, DC  20036-3508<br>Tel:  (202) 282-5000<br>Fax: (202) 282-5100<br>Email: AbbeLowellPublicOutreach@winston.com | *Attorney for Plaintiff* |
| Bryan M. Sullivan (SBN 209743)<br>Zachary C. Hansen (SBN 325128)<br>**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**<br>6420 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA  90048<br>Tel:  (323) 301-4660<br>Fax:  (323) 301-4676<br>Email:  bsullivan@earlysullivan.com<br>           zhansen@earlysullivan.com | *Attorney for Plaintiff* |