link 17

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Robert Hunter Biden | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-07593-HDV-KS |
| v. | |
| Garrett Ziegler, et al. | (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Garrett Ziegler, et al.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Mariah R. Gondeiro, Tyler Law, LLP  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

25026 Las Brisas Road
*Street Address*

Murrieta, CA 92562                    mgondeiro@tylerlawllp.com
*City, State, Zip*                           *E-Mail Address*

951.600.2733              951.600.4966              323683
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of  Thomas H. Vidal, Pryor Cashman LLP
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  December 8, 2023

*U. S. District Judge/U.S. Magistrate Judge*