Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerlawllp.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@tylerlawllp.com
TYLER LAW, LLP
25026 Las Brisas Road
Murrieta, California 92562
Tel:  (951) 600-2733
Fax: (951) 600-4996

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>    Plaintiff(s)<br><br>  v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>    Defendant(s) | Case No.:  2:23-cv-07593-HVD-KS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER** |

## STIPULATION

Plaintiff Robert Hunter Biden and Defendants Garrett Ziegler and ICU, LLC (collectively, "Defendants") hereby stipulate to the following:

WHEREAS, on September 13, 2023, Plaintiff Hunter Biden filed his complaint. ECF No. 1;

WHEREAS, on November 15, 2023, the parties stipulated to extend the time to respond to the initial complaint by no more than 30 days. ECF No. 16;

WHEREAS, the current due date to respond to the initial complaint is December 15, 2023;

WHEREAS, on December 07, 2023, Tyler Law, LLP filed a substitution of counsel. ECF No. 17;

WHEREAS, Defendants have requested an additional extension of time to respond to the complaint, through and including December 21, 2023, and Plaintiff has agreed to this request;

WHEREAS, the parties have fulfilled their meet and confer obligations with respect to Plaintiff's anticipated motion to dismiss the complaint and have agreed that when the motion to dismiss is filed Plaintiff will notice it for hearing on February 8, 2024;

WHEREAS, good cause exists to extend the deadline for Defendants to respond to the complaint to allow Defendants' counsel additional time to become acquainted with the case;

IT IS HEREBY STIPULATED by and between the parties, that Defendants shall respond to the complaint by December 21, 2023.

Dated:  December 12, 2023              TYLER LAW, LLP

                                       */s/ Mariah Gondeiro*
                                       Mariah Gondeiro
                                       *Attorneys for Defendants*


Dated:  December 12, 2023              WINSTON & STRAWN

                                       */s/ Paul Salvaty*
                                       *Attorneys for Plaintiff*

**Proposed Order**

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendants' shall respond to the complaint by December 21, 2023.

IT IS SO ORDERED.

Dated: _____         _____
                                                                     Honorable Herman D. Vera