1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, | Case No. 2:23-cv-07593-HVD-KS |
| Plaintiff(s) | **[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | Judge: Hon. Hernán D. Vera |
| GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive, | |
| Defendant(s) | |

1  The Court having considered the stipulation submitted herewith, hereby enters
2  the following order:
3  IT IS HEREBY ORDERED that Defendants' shall respond to the complaint by
4  December 21, 2023.
5  IT IS SO ORDERED.

_____         _____
DATE                                                                  THE HONORABLE HERNAN D. VERA
                                                                                  UNITED STATES DISTRICT COURT

[PROPOSED ORDER] RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT