link 20

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　Plaintiff(s)<br><br>　　v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant(s) | **Case No. 2:23-cv-07593-HVD-KS**<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Hernán D. Vera |

The Court having considered the stipulation submitted herewith, hereby enters the following order:

IT IS HEREBY ORDERED that Defendants' shall respond to the complaint by December 21, 2023.

IT IS SO ORDERED.

12/13/23
DATE

THE HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT COURT