```
TYLER LAW, LLP
Robert H. Tyler, Esq. (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Mariah Gondeiro (SBN 323683)
mgondeiro@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Tel:  (951) 600-2733
Fax: (951) 600-4996
```

Attorneys for Attorneys for Defendants
**Garrett Ziegler** and **ICU, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive, <br><br> Defendant(s) | Case No.: 23-cv-07593-HVD-KS <br><br> *Honorable Hernan D. Vera* <br> *Magistrate Judge Karen L. Stevenson* <br><br> **MARIAH R. GONDEIRO'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** <br><br> Date:     February 15, 2024 <br> Time:    10:00 a.m. <br> Ctrm:     5B |

I, Mariah R. Gondeiro, declare as follows:

1

1. I am an attorney for Defendants Garrett Ziegler and ICU, LLC, a Wyoming limited liability company (collectively "Defendants"), in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. On Thursday, December 7, 2023, I sent an email to opposing counsel informing them Defendants intended to file a motion to dismiss. My email included the rules and law Defendants intended to rely on and the specific facts that supported Defendants' arguments.

3. On Monday, December 11, 2023, I held a conference via zoom with opposing counsel wherein I discussed the substance of Defendants' motions pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure and section 425.16 of the California Code of Civil Procedure.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed on December 19, 2023, at Murrieta, California.

/s/ Mariah R. Gondeiro
Mariah R. Gondeiro