1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11    ROBERT HUNTER BIDEN                    Case No.:  2:23-cv-07593-HVD-KS

            Plaintiff(s)                    *Honorable Hernan D. Vera*
12

13        v.                                **[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

14    GARRETT ZIEGLER, an individual;
      ICU, LLC, a Wyoming limited liability   Date:    February 15, 2024
      company,                               Time:    10:00 a.m.
15                                           Ctrm.:   5B

16           Defendant(s)

17

18                           **ORDER**

19        Defendants have filed a motion to dismiss the complaint in this action.  Having

20    considered all documents filed by the parties in connection with the motion to

21    dismiss, and good cause having been shown, the motion to dismiss is **GRANTED**,

22    and the complaint is **DISMISSED WITH PREJUDICE**.

23

24    DATED: _____, 20__        _____

25                                          Judge Hon. Hernan D. Vera
                                            United States District Court
26

27

28

                                            1
                                    [PROPOSED] ORDER