TYLER LAW, LLP
Robert W. Tyler (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Mariah R. Gondeiro (SBN 323683)
mgondeiro@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:   (951) 600.2733
Facsimile:    (951) 600.4996

Attorneys for Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>Plaintiff(s)<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company,<br><br>Defendant(s) | Case No.:  2:23-cv-07593-HVD-KS<br><br>*Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>Date:     February 15, 2024<br>Time:     10:00 a.m.<br>Ctrm:     5B |

Pursuant to Federal Rules of Evidence 201, Defendants request that this Court take judicial notice of the following official public documents attached hereto:

1.      **Exhibit 1**:    A true and correct copy of the complaint in *John Paul Mac Isaac v. Cable News Network, Inc.*, No. S22C-10-012 CAK, filed in the Superior Court of the State of Delaware on October 17, 2022.

2.      **Exhibit 2**:    A true and correct copy of Exhibit A attached to the complaint in *John Paul Mac Isaac v. Hunter Biden, et al*, 23-cv-00247-MN, filed in the U.S. District Court for the District of Delaware on March 8, 2023.

3.      **Exhibit 3**:    A true and correct copy of Exhibit B attached to the complaint in *John Paul Mac Isaac v. Hunter Biden, et al*, 23-cv-00247-MN, filed in the U.S. District Court for the District of Delaware on March 8, 2023.

4.      **Exhibit 4**:    A true and correct copy of the transcript of the interview of Gary A. Shapley, Jr. before the U.S. House of Representatives Ways and Means Committee, dated May 26, 2023.

5.      **Exhibit 5**:    A true and correct copy of the complaint in *Robert Hunter Biden v. Rudolph W. Giuliani, et al*, No. 2:23-cv-08032, filed in the Central District of California on September 26, 2023.

6.      **Exhibit 6**:    A true and correct copy of an internet news article published on October 14, 2020 by the New York Post, available at: https://nypost.com/2020/10/14/email-reveals-how-hunter-biden-introduced-ukrainian-biz-man-to-dad/.

7.      **Exhibit 7**:    A true and correct copy of an internet news article published on April 8, 2021 by the Daily Mail, available at: https://www.dailymail.co.uk/news/article-9445105/What-Hunter-Biden-left-tell-memoir-revealed.html.

8.      **Exhibit 8**:    A true and correct copy of an internet news article published on June 8, 2022 by the Washington Examiner, available at: https://www.washingtonexaminer.com/policy/technology/168-000-deleted-files-recovered-from-hunter-bidens-laptop.

9.      **Exhibit 9**:   A true and correct copy of Merriam-Webster Dictionary's definition of the term "backup," available at: https://www.merriam-webster.com/dictionary/backup.

10.      **Exhibit 10**: A true and correct copy of Cambridge Dictionary's definition of the term "backup," available at: https://dictionary.cambridge.org/us/dictionary/english/backup.

11.      **Exhibit 11**: A true and correct copy of the National Institute of Standards and Technology ["NIST"] Special Publication 800-34 Rev. 1, "Contingency Planning Guide for Federal Information Systems," a government publication of NIST. It contains the technical definition of the term "backup," available at: https://nvlpubs.nist.gov/nistpubs/legacy/sp/nistspecialpublication800-34r1.pdf.

12.      **Exhibit 12**:  A true and correct copy of an internet news article published by the Washington Examiner on July 10, 2022, available at: https://www.washingtonexaminer.com/news/white-house/4chan-hunter-biden-iphone-account.

13.      **Exhibit 13**: A true and correct copy of the Indictment in *United States v. Robert Hunter Biden*, No. 2:23-cr-00599-MCS, filed in the Central District of California on December 7, 2023.

14.      **Exhibit 14**: A true and correct copy of MEGA LIMITED Terms of Service of the affiliated website MEGA.NZ and identifying MEGA LIMITED (New Zealand company number 7970438) as the owner-operator of website MEGA.NZ, available at: https://mega.io/terms.

15.      **Exhibit 15**: A true and correct copy of New Zealand Government Companies Office website entry containing details for MEGA LIMITED (7970438) Registered Limited Company, available at: https://app.companiesoffice.govt.nz/companies/app/ui/pages/companies/7970438?backurl=H4sIAAAAAAAAAC2LQQrCMBBFb5NtBQu1i0FcuelC0At8MoMW2knMTITevqG4%2B%2B%2Fxf

pfxFutiWjN0bssEJX6ua2IhcyijcPAtC4n67C0JXxrG4dSfLwH8g0bhB1QW8lIlHN
X2agej2zT9%2BenwaveSaj70DoWMYQF3AAAA.

16.    **Exhibit 16**: A true and correct copy of the New Zealand Government
Companies Office Certificate of Incorporation for MEGA LIMITED (7970438),
available at: https://app.companiesoffice.govt.nz/companies/app/service/services/
documents/D70F343531285ACF4745602D69156BEA/CertIncorporation_7970438
_18December2023.pdf.

17.    **Exhibit 17**: A true and correct copy of the Answer and Counterclaim of
Defendant Robert Hunter Biden in *John Paul Mac Isaac v. Hunter Biden, et al*, No.
23-cv-00247-MN, filed in the U.S. District Court for the District of Delaware on
March 17, 2023.

18.    **Exhibit 18**: A true and correct copy of an internet news article published
on April 2, 2021 by The Hill, available at: https://thehill.com/homenews/
administration/546148-hunter-biden-doesnt-know-if-delaware-laptop-was-his/.

19.    **Exhibit 19**: A true and correct copy of Exhibit C attached to the
complaint in *John Paul Mac Isaac v. Hunter Biden, et al*, No. 23-cv-00247-MN, filed
in the U.S. District Court for the District of Delaware on March 8, 2023.

Defendants submit that the documents referenced above are proper for judicial
notice as well as for consideration by this Court. District courts may take judicial
notice of "a fact that is not subject to reasonable dispute because it: (1) is generally
known within the trial court's territorial jurisdiction; or (2) can be accurately and
readily determined from sources whose accuracy cannot reasonably be questioned."
Federal Rules of Evidence 201(b); *County of Santa Clara v. Trump*, 250 F. Supp. 3d
497, 520 (N.D. Cal. 2017) (taking judicial notice of proclamations made by the U.S.
Attorney General Jeff Sessions); *Merced Irrigation Dist. v. Cnty. of Mariposa*, 941 F.
Supp. 2d 1237, 1261–62 (E.D. Cal. 2013) (taking judicial notice of Board of
Supervisors' resolution as matter of public record)*; Catholic League for Religious &
Civil Rights v. City & Cnty. of San Francisco*, 567 F.3d 595, 606 (9th Cir. 2009), *on*

*reh'g en banc,* 624 F.3d 1043 (9th Cir. 2010) (judicial notice of county board of supervisors' actions according to its public resolution). To this end, a court may take judicial notice "of court filings and other matters of public record," *Reyn's Pasta Bella, LLC v. Visa USA, Inc*., 442 F.3d 741, 746 n.6 (9th Cir. 2006), including "government documents available from reliable sources on the internet," *California River Watch v. City of Vacaville*, No. 2:17-cv-00524-KJM-KJN, 2017 WL 3840265, at *2 n.1 (E.D. Cal. Sept. 1, 2017). Judicial notice of information obtained from a website is proper when neither party questions the authenticity of the site. *Pollstar v. Gigmania, Ltd.*, 170 F. Supp.2d. 974, 978 (E.D. Cal. 2000).

Here, the attached exhibits are public filings and publicly available records, which are all proper subjects of judicial notice.

DATED:  December 21, 2023          TYLER LAW, LLP


                                   By: _____
                                        Robert H. Tyler, Esq.
                                        Attorneys for Defendants **Garrett Ziegler**
                                        and **ICU, LLC**