EFiled: Oct 17 2022 03:57PM EDT
Transaction ID 68264385
Case No. S22C-10-012 CAK

# EXHIBIT A

# The Mac Shop

"We Fix Macs"

**Quote #7469**

21a Trolley Square
Wilmington DE 19806
1-888-947-MACS (Phone)
support@demacshop.com

**Bill To:**
Hunter Biden
202-552-9396
rhbdc@icloud.com

Data recovery for MacBook Pros: Attempt data recovery from 3 macbook pros. Recover data to store server and contact customer when complete.

Date: 4/12/19

| Qty | Item No. | Description | Unit Price | Extension | Total |
|---|---|---|---|---|---|
| 1.00 | Labor | Hardware Level 1 | $85.00 | $85.00 | $85.00 |
| | | | Total | $85.00 | $85.00 |
| | | | | Grand Total | $85.00 |

Signature: _____

The Mac Shop Inc. has quoted _____ business days for the completion of this repair. During this time unforeseen complications with parts and shipping can affect the time required to complete the repair. If a situation should arise that prevents the repair from being completed in the quoted time, The Mac Shop will provide an updated estimated time for completion. The Mac Shop Inc. is not liable for repairs completed outside of the quote and an exact completion date cannot be guaranteed.

Liability for damage to your computer is limited to any damage determined to be caused by the repair shop's negligent acts or omissions. This liability is limited to the total price of the repairs. Some upgrades and repairs will require updates to your system, The Mac Shop will assist in any applicable updates but it is the responsibility of the user to assure applications and software are current. The Mac Shop Understands that the most important component of your computer is your data and we will make every effort to back up and secure your data, however no data can be guaranteed.

Equipment left with the Mac Shop after 90 days of notification of completed service will be treated as abandoned and you agree to hold the Mac Shop harmless for any damage or loss of property. In the event of nonpayment, The Mac Shop reserves the right to remove any equipment or parts installed. A 60 day warranty is provided for all service and repair provided by The Mac Shop. We will happily demonstrate that the repair/upgrade is complete upon pickup of the upgrade or repair. This warranty excludes software, accidental damage, or any part not exchanged in the repair.