**Privacy Policy** | **Feedback**    f **Follow 22.6M**                          **Thursday, Dec 14th 2023** 4PM **50°F**      7PM **41°F**    **5-Day Forecast**

# Daily**Mail**.com

**Home** | **Showbiz** | **Femail** | **Royals** | **Health** | **Science** | **Sports** | **Politics** | **Money** | **U.K.** | **Video** | **Travel** | **Puzzles** | **Shop**

**Breaking News**   Australia   Video   University Guide   China   Debate   Meghan Markle   Prince Harry   King Charles III   Weather   Most read                    Login

ADVERTISEMENT

# EXCLUSIVE: What WASN'T in Hunter Biden's book: How he got unauthorized Secret Service protection, begged Joe to run for WH to salvage his own reputation and made porn films with prostitutes. Forensic experts prove laptop IS President's son's

- **Hunter Biden released his 'tell-all' memoir Beautiful Things on Tuesday, but left out shocking details**
- **DailyMail.com can reveal those secrets after contents of his abandoned laptop - including a cache of 103,000 text messages, 154,000 emails, more than 2,000 photos - were verified by top forensics experts**
- **Hunter left his MacBook Pro laptop at a Wilmington, Delaware computer repair shop in April 2019 and never returned for it**
- **In texts from 2019, Hunter begged his father to run for president to salvage Hunter's own reputation**
- **Hunter repeatedly dodged police action against him, despite constantly dealing with drug dealers and prostitutes and having multiple run-ins with the law**
- **The president's son was guarded by a Secret Service agent while on a 2018 drug and prostitute binge in Hollywood, despite not being entitled to protection at the time**
- **Hunter appeared to be obsessed with making porn films with prostitutes, videos and photos on his laptop show**
- **Texts also show Joe Biden was afraid his conversations with Hunter were being hacked even as they discussed his White House bid**

By **JOSH BOSWELL FOR DAILYMAIL.COM**
**PUBLISHED:** 12:16 EST, 8 April 2021 | **UPDATED:** 14:19 EST, 7 October 2022

**34k**
shares

**5.9k**
View comments

**Hunter Biden**'s 'tell-all' autobiography promised the unvarnished story of his struggles with drugs, family turmoil and his controversial love life.

But there were many shocking details of his debauched life that the president's son chose not to share with readers, including details of his fragile relationship with his father.

Now DailyMail.com can reveal the secrets Hunter chose not to divulge, exposed in the contents of his abandoned laptop and verified by top forensics experts.



The bombshell cache of 103,000 text messages, 154,000 emails, more than 2,000 photos and dozens of videos are packed with revelations conveniently missing from the memoir, including:

- How he begged his father to run for president in 2019 to salvage Hunter's own reputation
- How he repeatedly dodged police action against him, despite constantly dealing with drug pushers and prostitutes and having multiple run-ins with law enforcement
- Hunter was guarded by a Secret Service agent while on a 2018 drug and prostitute binge in Hollywood, despite not being entitled to protection at the time and amid denials from the federal agency
- Joe Biden was afraid his text conversations with Hunter were being hacked even as they discussed his White House bid
- How Hunter's laptop is brimming with evidence of apparent criminal activity by Hunter and his associates including drug trafficking and prostitution



**+26**
View gallery

**Hunter Biden released his 'tell-all' memoir Beautiful Things on Tuesday, but left out shocking details. DailyMail.com can reveal those secrets after contents of his abandoned laptop - including a cache of 103,000 text messages, 154,000 emails, more than 2,000 photos - were verified by top forensics experts**



**The texts reveal how Joe was sucked into his son's torrid love life, became a punching bag for Hunter's drug-fueled rants, and paid his grandchildren's bills when Hunter had drained his bank accounts with prostitutes and crack cocaine**

iMessage with -

2/24/19, 11:19 AM

If you dont run ill never have a chance at redemption

2/24/19, 2:24 PM

I'll run but I need you
H is wrong

Only focus is recovery
Nothing else
Your girls are so smart truly amazing
Very focused
Naomi very upset with K
When you can and feel like it call
Positive my text etc a target
Love

Ok



**+26**
View gallery

**In texts from February 2019, Hunter begged his father Joe to run for president to salvage Hunter's own reputation. 'H is wrong,' Joe writes, referring to Hallie Biden**



+26
View gallery

**Hunter's laptop is brimming with evidence of apparent criminal activity by him and his associates including drug trafficking and prostitution. This photo of him grabbing a woman's hair was recovered from his laptop**

**Hunter left his MacBook Pro laptop at a Wilmington, Delaware computer repair shop in April 2019 and never returned for it. The report said the data on the drive 'appear to be authentic', and that after an extensive search of its contents for any tell-tale signs of tampering, Maryman and Greenfield found 'no evidence' of fabrication – by Russians or anyone else**



**On Hunter's laptop he had his own profile on porn site Pornhub where there was content of him in bed with two woman with a small dog nearby. Hunter photographed and filmed himself, often with two prostitutes at a time, in explicit videos**

The president's son left his 2017 MacBook Pro laptop at a Wilmington, Delaware computer repair shop in April 2019 and never returned for it.

Emails leaked from the computer sparked a scandal before the 2020 presidential election in October, but

## MORE BOMBSHELLS TO COME FROM HUNTER'S LAPTOP ON

were dismissed as Russian disinformation by the Bidens and other senior Democrats, social media giants Twitter and Facebook, and several major media organizations.

After obtaining a copy of the hard drive, DailyMail.com commissioned top cyber forensics experts Maryman & Associates to analyze its data and determine whether the laptop's contents were real.

The firm's founder, Brad Maryman, is a 29-year FBI veteran Supervisory Special Agent who served as an Information Security Officer and founded its first computer forensics lab.

Maryman and his business partner Dr. Joseph Greenfield used the same forensic tools to pick apart the drive as federal and state law enforcement use in criminal investigations, and prepared a report for DailyMail.com.

The report said the data on the drive 'appear to be authentic', and that after an extensive search of its contents for any tell-tale signs of tampering, Maryman and Greenfield found 'no evidence' of fabrication – by Russians or anyone else.

'The data on the system before April 2019 appears to be related to Mr. Biden, with timestamps appearing to be between 2016 and 2019,' the Maryman and Associates report said.

'The operating system timestamps appear to be authentic, and no evidence was found to suggest that the timestamps or data were altered or manufactured. No indications were found that would indicate the data was manufactured.'

In a presidential debate in October, Joe Biden referred to the leaks of Hunter's emails as 'a bunch of garbage.'

## DAILYMAIL.COM

Hunter's laptop is a pandora's box of shocking revelations, explicit photos and intimate communications.In the following days, DailyMail.com will publish more shocking stories from Hunter's laptop, including:

- How Hunter blew hundreds of thousands on prostitutes, drugs and luxury cars, leaving him scrambling to avoid jail for $320k in unpaid taxes
- How five members of the Biden family have been to rehab for drug or alcohol abuse – and a stunning admission by Joe to his son
- The OTHER Biden family member planning to buy and cook crack, after falling into the disastrous addiction with Hunter
- Hunter's unconventional and unlikely relationship with his well-known psychiatrist
- The whispered bedroom conversation with a prostitute caught on Hunter's webcam, in which he confesses he had a previous laptop stolen – by Russians for blackmail

   

### TRENDING



**Woman paddleboarding with Obama's chef Tafari Campbell is identified**

7.9k viewing now



**Jill Biden's White House Christmas dance troupe are BLM activists**

2.9k viewing now



**Utah couple arrested after kitten left in sandwich container**

1.9k viewing now



**Tourist chased away by furious Times Square characters**

3.6k viewing now



**Elderly Bay Area worker pulls gun on gang of would-be robbers in video**

784 viewing now

But in an interview with CBS on Sunday to promote his new book, Beautiful Things, Hunter said the laptop 'could be' his.

'There could be a laptop out there that was stolen from me. It could be that I was hacked. It could be that it was the — that it was Russian intelligence. It could be that it was stolen from me or that there was a laptop stolen from me,' he said.



When Joe texted him a typically doting message 'Good morning my beautiful son. I miss you and love you. Dad' on February 24 that year, Hunter raged at his father for 'having made clear to the world that the only reason for not [running for president is your] family problems im glad to be the f***ing bullseye you painted on my back'

In March 2019, Joe Biden offered to pay his granddaughter Maisy's dentist bills when Hunter ran out of money



**A shocking photo obtained from Hunter's laptop shows his badly damaged and worn down teeth - also known as 'meth mouth' - as he sits in a dentist chair**

Among the 103,199 text messages on the hard drive dating from 2016 to March 2019 are fraught conversations between President Joe Biden and his son.

The texts reveal how Joe was sucked into his son's torrid love life, became a punching bag for Hunter's drug-fueled rants, and paid his grandchildren's bills when Hunter had drained his bank accounts from his spending on prostitutes and crack cocaine.

When the former Delaware senator was elected Vice President in 2008, it put an end to Hunter's lucrative career as a lobbyist to avoid the appearance of conflicts of interest.

Hunter then embarked on a series of controversial business ventures and fell into a cycle of crack and prostitute binges, scandal and rehab.

By 2019 his texts appeared to be seething with resentment.

When Joe texted him a typically doting message 'Good morning my beautiful son. I miss you and love you. Dad' on February 24 that year, Hunter raged at his father for 'having made clear to the world that the only reason for not [running for president is your] family problems im glad to be the f***ing bullseye you painted on my back.'

Hunter complained that his father's advice to not defend himself in the media over stories about his expensive divorce from his ex-wife Kathleen Biden or his affair with his brother's widow Hallie had backfired, and added sarcastically: 'Oh ...good morning ...from f***ing rehab.'

'Your team just made me the uncontrollable troubled tax cheat philanderer sex and drug addict that you tried so hard to fix but couldn't yt. They just totally wrote my life away,' he wrote.

'If you dont run ill never have a chance at redemption.'

Joe replied, promising his son he would run for President but adding that he was worried his texts were 'a target' for hacking.

'I'll run but I need you,' he wrote. 'H[allie] is wrong. Only focus is recovery. Nothing else... When you can and feel like it call. Positive my text etc a target. Love.'



**Joe, Hunter, Halle and Joe's grandkids are pictured in a photo obtained from Hunter's laptop**

He declared his candidacy two months later.

After another rant from Hunter in September 2018 Joe wrote: 'Be careful what you text. Likely I'm being hacked.'

The future president had good reason to worry, as his phone was filling up with incriminating and embarrassing texts as his son's relationship with Hallie disintegrated, according to Hunter's messages to him.





**Hunter Biden describes falling in love with his grieving sister-in-law Hallie Biden (pictured) after his brother Beau's death, in his new memoir**

7/7/18, 6:17 PM

New RecordingHallie Copy ⓘ

iMessage with ▮▮▮▮▮▮▮▮▮▮▮▮

7/7/18, 8:01 PM

Got your text
Can't say I'm surprised
Going to bed I'll call you tomorrow morning
Love you
Be strong
Love Dad

7/11/18, 9:29 AM

When is Michele ▮▮▮▮ in    **+26**
                            View gallery

**In July 2018 Hunter sent a recording to his father of himself talking on the phone arguing with Hallie. Joe responded: 'Got your text. Can't say I'm surprised. Going to bed I'll call you tomorrow morning. Love you. Be strong. Love Dad'**



**+26**
View gallery

**After obtaining a copy of the hard drive, DailyMail.com commissioned top cyber forensics experts Maryman & Associates to analyze its data and determine whether the laptop's contents were real**

When Hunter's controversial affair with Beau's widow was publicly revealed in March 2017, Joe reluctantly released a statement giving the couple his blessing.

But a year later he was already being drawn into the couple's meltdown by his erratic, addict son.

In July 2018 Hunter sent a recording to his father of himself talking on the phone to Hallie.

Joe responded: 'Got your text. Can't say I'm surprised. Going to bed I'll call you tomorrow morning. Love you. Be strong. Love Dad.'

## AUTHENTICATING THE LAPTOP

DailyMail.com commissioned cyber forensics experts at Maryman & Associates to examine the hard drive to determine its authenticity.

The firm's founder, Brad Maryman, was a 29-year veteran of the FBI, served as a Chief Information Security Officer and founded the bureau's cyber forensics unit. His partner, Dr. Joseph Greenfield, is an associate professor at the University of Southern California and helped write their degree program in intelligence and cyber operations.

After an extensive analysis of the hard drive, Greenfield and Maryman produced a report for DailyMail.com detailing their findings.

Using the same forensic tools as federal and state law enforcement in criminal investigations, they found a total of 103,000 text messages, 154,000 emails and more than 2,000 photos.

- They found emails for multiple accounts on the laptop dating back to 2009, and other data which 'appears to be related to Mr. Biden' between 2016 and 2019.

- The report's findings were consistent with the known timeline for the hard drive. A Wilmington, Delaware computer store work order with Hunter's signature shows he left his 2017 MacBook Pro laptop there on April 12, 2019.

- The Maryman & Associates report said the original 'Macintosh HD' drive was created on March 28, 2018

- Hunter's iCloud email address was added to the laptop's system on October 21 2018, as well as his work email at his firm Rosemont Seneca on February 2 2019.

- The same day, a Gmail address he used to log onto sex cam sites, and another personal Gmail address belonging to Hunter, were also added.

- Beau Biden's old Gmail account was added on February 7 2019.

- Emails addressed to Hunter's various email addresses dating from December 2009 to December 2020 were found on the system.

- An iPad with the name 'Hunter's iPad' and three email addresses associated with the Biden family was backed up on the laptop and on iCloud in January 2019 and again a month later.

- Greenfield found 818 call logs in this iPad backup with timestamps from June 2016 to February 2019.

- There were 8,942 entries in the iPad's contacts book, created between April 2016 and January 2019.

- In February 2019 an iPhone XS was also synced with the laptop. Its serial number was consistent with the timestamps of the data on the phone.

 In conclusion, 'The operating system timestamps appear to be authentic, and no evidence was found to suggest that the timestamps or data were altered or manufactured,' the report said. 'No indications were found that would suggest the data was manufactured.'



The president's continued forgiveness and offers of money via text to his son after his crack binges – are at odds with his long history of tough stances against drug users and suppliers.

Joe criticized George Bush Sr's 1980s War on Drugs for being 'not tough enough' and wrote punitive laws with harsher sentences for drug crimes when he was head of the Senate Judiciary Committee in the late 1980s and early 1990s.

His son's drug-fueled calamities have resulted in multiple run-ins with law enforcement that would usually result in criminal charges or investigation, but Hunter has so far avoided the dock.

His laptop, which was handed over to the FBI in 2019, is brimming with evidence of apparent criminal activity by Hunter and his associates including drug trafficking and prostitution.

Photos also show Hunter with cracked and badly damaged teeth - known as 'meth mouth' - as he sits in a dentist chair, and another photo showing him visibly balding.



**Texts show Joe Biden was afraid his conversations with Hunter were being hacked even as they discussed his White House bid**



**+26**
View gallery

Hunter is seen in a photo cuddling a small pet as he visibly appears to be balding



**Hunter Biden romanced brother's widow and her sister**





⏮ ▶ ⏭ 🔊　0:00 / 1:23　　　　　　　　　　f 𝕥 ✉ ⤴ 🔗 </> ⚙ ⤢

Hunter appeared to be obsessed with making and starring in porn films with prostitutes, videos and photos on his laptop show.

The hard drive contains hundreds of pictures of naked women and naked selfies of Hunter, as well as dozens of videos.

Hunter photographed and filmed himself, often with two prostitutes at a time, in explicit videos that he then posted on adult website Pornhub under the username 'RHEast'.

Hunter filmed himself with the women from his laptop webcam, sometimes shooting at different angles using an iPad and cell phone.

The sex tapes and shots with hookers are mixed in with family photos, business documents and selfies from his then-lover and brother's widow Hallie in his laptop's photos folder.

Texts show he would often order drugs to hotel rooms and take them with the women before or after sex – and photos include bottles of 100mg Viagra pills, the highest dose prescribed by doctors.

His Pornhub account had 66 award badges, including a badge for reaching 50 subscribers, watching 500 videos, and watching porn in high definition.

Hunter would sometimes leave on the webcam after filming his sex scenes, and captured himself hunched over his computer, intently watching back through the footage.

In one video on the laptop, Hunter recorded his screen and can be heard speaking to a woman about his favorite porn stars as he browsed an adult website with her.

Texts from February 20, 2019 appear to show Hunter coordinating with a woman called Dianna Pagano to transport other women in Ubers to his hotel room in New Haven, Connecticut.

A month later Pagano texted Hunter offering to 'hang' with him for '100 or 200 for the night', as well as appearing to offer him drugs, saying 'My guy is giving me 2500qorrh of work cuz he is going on vacation. I just gotta give him 200$; and 'I got some good work if u need anything huh its fire'.

Pagano was charged in November that year with violating her probation by allegedly running a drug ring out of her home in East Haven.

Police told the New Haven Register that items 'believed to be the fruits of a narcotics and prostitution operation, [were] found within the residence.'

Pagano was not charged with a prostitution-related offence.

Hunter may have narrowly avoided a tangle with law enforcement, as six of Pagano's alleged customers were also

arrested in the police raid.

Hunter had a second close shave with the law in March 2019 according to his texts, when police allegedly showed up at a Naugatuck, Connecticut, motel where Hunter was taking drugs and entertaining hookers.

When the president's son left his Comfort Inn room to get cash from an ATM, one of the panicked prostitutes, Crystal, texted him 'U called the cops???'

Returning to his room a confused Hunter texted their dealer and pimp 'Where is she? She said the cops came to the room????? WTF man? I went to bank. Call me back.'

Naugatuck Police Department told DailyMail.com they had no record of officers attending the Comfort Inn on March 7.



**Hunter's new memoir, Beautiful Things, came out Tuesday and promised to give a candid account of the president's son's addiction**



**Hunter had a close shave with the law in March 2019 according to his texts, when police allegedly showed up at a Naugatuck, Connecticut, motel where Hunter was taking drugs and entertaining hookers. When the president's son left his Comfort Inn room to get cash from an ATM, one of the panicked prostitutes, Crystal, texted him 'U called the cops???'**



**Naugatuck Police Department told DailyMail.com they had no record of officers attending the Comfort Inn on March 7. Returning to his room a confused Hunter texted their dealer and pimp 'Where is she? She said the cops came to the room????? WTF man? I went to bank. Call me back'**



**Hunter's laptop, which was handed over to the FBI in 2019, is brimming with evidence of apparent criminal activity by Hunter and his associates including drug trafficking and prostitution**

Hunter did come under investigation after he dropped off a rental car in Prescott, Arizona, leaving behind a crack pipe and white powder, his drivers license and his late brother Beau's attorney general badge.

Hunter allegedly used a fake name to call the Hertz rental the next day to tell them he left the keys in the car's gas tank compartment.

The police report said they called in the FBI and Hunter was 'located by Secret Service' and found to be 'well.'

Prescott Police Department said they couldn't find fingerprints on the pipe. It is unclear whether the department tried to extract DNA from the pipe.

Despite being dubbed the state's 'foremost pot prohibitionist', County Attorney Sheila Polk declined to prosecute.

Hunter was investigated but again not prosecuted in 2018 after Hallie left his .38 caliber handgun in a Wilmington, Delaware grocery store trash can.

In texts to his therapist, Hunter claimed that when Delaware cops found the gun 'the FBI and the Secret Service' got involved, and that Hallie told officers she took the weapon because she was 'afraid for the kids' and 'because she was scared I would harm myself due to my drug and alcohol problem'.

A copy of a police report obtained by news site Politico confirmed the October 23, 2018 incident.

The site reported that Hunter may have lied on his background check to obtain the gun, which would be a felony if true.

Did I tell you what she did with my 38

No

True story

Tell you tomorrow

Took from lock box of truck and put it IN PapER BAG AND Threw it in trash can at local high end grocer. For no reason. And I freaked when I saw it was  missing 10 minutes after she went back to get it after I scared the s  t out of her it was gone which led to state police investigation of me. True story.

She has a "thing" for putting dangerous stuff in garbage cans

Your stuff

Hmmm

But really on top of the full open trash can

I am sure you two have intimacies and pages of your shared life stories that bind you together, but, really, she seems rather ill-equipped to both love you and command your attention/respect/admiration, etc.  You're avoiding being the chosen one, because you were not the chosen one, by your step-mother.

She went golfing

Done and done

She threw the drugs in the waste paper basket beside the bed.

She tossed out a gun where a kid could have blown his sister's head off

Whether she is built like a greyhound or not becomes irrelevant.

Makes me want to save her from herself

+26
View gallery

Spoken like a boy whose mom was lost in a crash

iMessage

---

wire transfer ive made or recieved).  I wouldn't t care except thats the rumor she started that went all the way from her lips to the club to a random bar and an acquaintance 3 times removed - he heard that Hunter had spent all hallies money and...  That does not include the over $350K I have given Liz her sister.  She has implied that Liz and I are sleeping together.  She has told people that I constantly and obsessively invade her privacy going through photos and phone bills etc... she forgets that she was the first to do that - I had no secrets and when she found a picture if Briana a woman I introduced her to the same moment I first met her over the phone and I've never when confronted lied to her about anyone.  She has more photos of screen shots of my phone in her photos than anything else. She has promised me that if I came home she would  stop and the moment I fall asleep she has taken my keys and phones and gone through everything.She has secret photo vaults desguised as other apps on her phone and text apps meant for people in affairs. She stole the gun out of my truck lock box and threw in a garbage can full to the top at Jansens.   Then told me it was my problem to deal with.  Then when the police the FBI the secret service came on the scene she said she took it from me because she was scared I would harm myself due to my drug and alcohol problem and our volatile relationship and that she was afraid for the kids.

Really not joking the cop kept me convinced that Hallie was implying she was scared of me.  i told her about everything I did or have done she insists she has done nothing even in the face of receipts and phone records and location history's.  She has lied flat out about things that are simply fact.  She has told me I'm crazy and and a crack addict and everything I think or do is delusional and insane. She tells people that every time she tries to be nice and speak to me that im angry and hurtful when the one thing I'm angry or hurt by is her ignoring me and shunning me.  She has told her children and her family I'm broke and have no money and living off her.  She has told my dad that if he helps me (tuitions) i'll just use the money for drugs.

Hallie told me privately that she turned to me in the hospital during a critical need for a decision (when beau had his first stroke) and to no one else because she knew beau wanted me making those decisions for him.  when I told that to a group of people at a small party explaining how I feel so madly in love with her acknowledging the bond Beau and I had. She laughed and said "no I did not think that - he would have wanted your dad of course but he was so out of his mind, and I was sobbing and confused, you were the only other person in the room." Her exact words.

+26
View gallery

iMessage

---

**In texts obtained by DailyMail.com, Hunter messaged his therapist to tell him about Hallie dropping his gun in a grocery store trash can. 'She stole the gun out of my truck lock box and threw in a garbage can full to the top at Jansens. Then told me it was my problem to deal with,' Hunter wrote**



**+26**
View gallery

**Hallie wrapped the gun in a plastic bag and put it in a trash van outside Janssen's Market in Wilmington, Delaware**

One question on the background check document is: 'Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance?'

Hunter reportedly checked 'No' on the form, despite photos and texts from his laptop showing heavy drug use at the time, including crack cocaine.

Prosecutions for lying on such forms are very rare, and police did not pursue Hunter over the apparent infraction.

According to Hunter's texts to his therapist about the incident, the Secret Service were also involved in the investigation.

The Department of Homeland Security agency claimed they had no record of agents investigating the incident, and Joe Biden, who was not under their protection at the time, said he had no knowledge of their involvement.

But Hunter's texted claims that the agency was involved are echoed by two sources who spoke to Politico.

One source said Secret Service agents asked the Wilmington, Delaware gun store owner where Hunter bought the .38 for the sale paperwork.

The source, who the site reported had firsthand knowledge of the episode, said that the store owner, Ron Palmieri, refused to hand over the papers as he feared the agents wanted to hide Hunter's ownership of the gun.

The source said Palmieri instead later turned over the documents to the Bureau of Alcohol, Tobacco, Firearms and Explosives.

A second source who was reportedly briefed by the Secret Service confirmed the story to the site.

Texts from earlier that year show Hunter was being guarded by a Secret Service agent while he went on a week-long drug and prostitute binge in a Hollywood hotel.

The texts raise questions for the federal agency, which has claimed that no Bidens received protection in 2018.



**The agent added that he was working on 'Celtic's account', an apparent code name for a senior politician under protection, and told the president's son 'DC is calling me every 10.' The Bidens lost their protection by federal agents after Joe ended his term as Vice President in January 2017, and did not officially regain a detail until congressional officials approved his application in Spring last year**

In the messages, a Los Angeles-based Secret Service officer warned Hunter he would 'have to assume you are in danger' and commandeer keys to the room if he didn't come out.

The agent added that he was working on 'Celtic's account', an apparent code name for a senior politician under protection, and told the president's son 'DC is calling me every 10.'

Press releases by a private security firm published a week after the text exchange with Hunter, announced the agent left the Secret Service after a 25-year career and joined the firm as CEO.

The Bidens lost their protection by federal agents after Joe ended his term as Vice President in January 2017, and did not officially regain a detail until congressional officials approved his application in Spring last year.

A bill from The Jeremy Hotel in West Hollywood obtained by DailyMail.com shows that Hunter stayed in a third-floor suite for seven days from May 19 2018, holed up ordering room service each night, drinking at the hotel bar and racking up a $5,195 bill – including a $400 fine for smoking in his room.

Texts on the laptop show that during his lavish stay Hunter sought refills for prescriptions of Viagra generic equivalent sildenafil, an antidepressant Lexapro, and anxiety medication Clonazepam, a similar drug to Xanax.

Emails from May 24 show Hunter added a prostitute as a wire transfer recipient on his bank account and wired out $25,000.

DailyMail.com obtained a copy of Hunter's laptop hard drive from former Steve Bannon podcast co-host Jack Maxey.

John Paul Mac Isaac, the owner of the computer store where Hunter abandoned his laptop, gave a copy of its hard drive to Donald Trump's lawyer Rudy Giuliani in September last year.

Giuliani reportedly leaked documents and photos from the drive to the New York Post, and also gave a whole copy of the drive to Trump's former advisor Bannon and his podcast co-host Maxey.

Hunter, the Secret Service, their agent who now works for a private company and the White House did not respond to requests for comment.

Hunter Biden

**Share or comment on this article: What Hunter Biden left OUT of his 'tell-all' memoir revealed**

**34k**
shares

How is this man not in jail??????
by **shadow24**    **8190**

Recommended by Outbrain

**North Carolina Find Out How Others in Charlotte Are Getting Weed Delivered**
HelloMood | Sponsored

**Banned For 84 Years; Powerful Pain Reliever Legalized In North Carolina**
Seniors In Pain Love This "Potent Pain Reliever"
Healthy & Happy | Sponsored

**Pluto - Indica Hybrid - 24.98% THCa - Free Shipping**
HelloMood | Sponsored

**These Boots For Elderly Women That is Popular All Over The World**
libiyi.com | Sponsored



**Cardiologist: Add This To Your Coffee To Turn On Fat Burning Mode**

Try it with your next cup!

Coffee Weight Loss | Sponsored

**This is a professional measurement tool suitable for all scenarios**

vanceie | Sponsored

**Forget Furosemide, Use This Household Item To Help Drain Edema Fluid**

healthlabnews.com | Sponsored

**Sea Glass Rainbow Birds - A Truly Unique Handmade Artwork.**

A Love Letter from the Sea: Every Piece of Glass on the Beach will Transform into a Bird and Fly to You.

libiyi.com | Sponsored

**MOST WATCHED NEWS VIDEOS**                                    Embed this  </>

Brazen female pickpockets seen unzipping a tourist's

Surrendering 'Hamas operatives' emerge from

IDF claims Hamas terrorists beat up civilian and use

Nigel Farage arrives at GB News studio after I'm A

Travellers descend on Central London in horse

Shocking moment biker attacks an orthodox Jewish

Jimmy Tarbuck smashes into parked cars in audacious hit-

Mother Gaynor Lord looking round on walk minutes

Shark attack survivor films immediate bloody aftermath

Putin says he is fighting for 'the very existence of Russia'

 **Comments 5882**

Share what you think

| Newest | Oldest | Best rated | Worst rated |
|--------|--------|-----------|-------------|

View all

The comments below have not been moderated.

   TruthHurtsBooHoo, Not in Angry UK but TX CA, United States, 2 years ago

Find it funny he did everything they are trying to say Gaetz did? Almost like they take personal stories just change the names so they don't get caught up. I beg Corey Booker was the subject for Kavanaugh. Cuomo is being tagged with the escapades of the Kennedy's. Democrats are sick in the head.

Show More



Click to rate     **191**     **14**

**greggreen29**, OC, United States, 2 years ago

The NYT sent six reporters to Alaska to sift through Sarah Palins trash and talk to neighbors. But the NYT couldnt be bothered to read the NYPost stories on Hunter. And I bet the NYT will pass on this story too.

Click to rate     **204**     **4**

**CherCee**, Summerville South Carolina, United States, 2 years ago

There is no way in h**l that 82M people voted for Biden. Never happened.

Click to rate     **272**     **21**

**Back to top**

Home | Showbiz | Femail | Royals | Health | Science | Sports | Politics | Money | U.K. | Video | Travel | Puzzles | Shop

Sitemap | Archive | Video Archive | Authors | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

dmg media

Contact us     How to complain     Leadership Team     Advertise with us     Contributors     Work with Us     Terms     Do not sell or share my personal information     CA Privacy Notice
About MailOnline     Privacy policy & cookies