Case 2:23-cv-07593-HDV-KS   Document 24-9   Filed 12/21/23   Page 1 of 10   Page ID #:439

< backup ✕

Dictionary | Thesaurus

# backup  1 of 2  noun

back·up  ˈbak-ˌəp 🔊

often attributive

Synonyms of *backup* >

**1**  **a**  **:** one that serves as a substitute or support

> I brought an extra pencil for *backup*.
> 
> a *backup* plan

**b**  **:** musical accompaniment

> The tunes include banjo and guitar *backup*.

**c**  **:** additional personnel who provide assistance

> The police officer called for *backup*.

**2**  **:** an accumulation caused by a stoppage in the flow

> traffic *backup*

**3**  **:** a copy of computer data (such as a file or the contents of a hard drive)

> I made a *backup* copy of the file.
> 
> *also* **:** the act or an instance of making a backup

# back up  2 of 2  verb

**backed up; backing up; backing up**

*intransitive verb*

<

| Dictionary | Thesaurus |
|---|---|

*transitive verb*

**1** : to move into a position behind (a teammate) in order to assist on a play

**2** : HOLD BACK sense 1

**3** : to make a copy of (a computer file or data) to protect against accidental loss or corruption

> Be sure to *back up* your work.

*also* : to make copies of all the files on (a device)

> a program that automatically *backs up* your hard drive

**Noun**

bottleneck

jam-up

snarl

tie-up

jam

logjam

tailback [*British*]

See all Synonyms & Antonyms in Thesaurus >

**Noun**

His role on the team is to be a *backup* to the regular quarterback.

| Dictionary | Thesaurus |
|---|---|

He provides *backup* for the regular quarterback.

She sang *backup* on his CD.

## Recent Examples on the Web

**Noun**

After losing the starting job to Ethan Garbers before the season, then winning it after one game, then losing it again amid three consecutive games with a pick-six, Moore ended the season as Garbers' *backup*.
— Houston Mitchell, *Los Angeles Times*, 1 Dec. 2023

Which is lucky, because there is only one of him, no *backup*.
— Laura Collins-Hughes, *New York Times*, 30 Nov. 2023

See More ⌄

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'backup.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

## First Known Use

**Noun**

1910, in the meaning defined at sense 1a

**Verb**

1801, in the meaning defined at intransitive sense

| Dictionary | Thesaurus |
|---|---|

**Is it one word or two?**

**back up**

**backup**

[backup light](#)

See More Nearby Entries >

**Style** MLA

"Backup." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/backup. Accessed 16 Dec. 2023.

Copy Citation

<

Dictionary | Thesaurus

# backup  1 of 2  noun

back·up  ˈbak-ˌəp

1 : a person or thing that takes the place of or supports another

   has a *backup* in case he gets sick

2 : a gathering or piling up because the flow has been stopped

   a traffic *backup*

3 : a copy of a computer file to protect against loss of data

   *also* : the act or an instance of making a backup

# back up  2 of 2  verb

1 : to gather or pile up because the flow has been stopped

   traffic *backed up* for miles

2 : to make a copy of (as a computer file) to protect against loss of data

Nglish: *Translation of backup for Spanish Speakers*

Britannica English: *Translation of backup for Arabic Speakers*

Last Updated: 7 Dec 2023 - Updated example sentences

<

Dictionary                                                              Thesaurus

MERRIAM-WEBSTER UNABRIDGED





Dictionary | Thesaurus

Get Word of the Day daily email!

Your email address    SUBSCRIBE

Hypercorrections: Are you making these 6 common mistakes?

7 Pairs of Commonly Confused Words

More Commonly Misspelled Words

Your vs. You're: How to Use Them Correctly

Dictionary                                                                                           Thesaurus

See All

### 17 of the Finest Words for Drinking

### Great Big List of Beautiful and Useless Words, Vol. 1

### The Words of the Week - Dec. 15

### Even More Words That Sound Like Insults But Aren't

| Dictionary | Thesaurus |

See All

### Quordle
Can you solve 4 words at once?

Play

### Blossom Word Game
You can make only 12 words. Pick the best ones!

Play

### Missing Letter

### Spelling Bee Quiz



| Dictionary | Thesaurus |

Play                                       Take the quiz

Learn a new word every day.          Your email address            SUBSCRIBE
Delivered to your inbox!

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Diversity  |  Privacy Policy  |
Terms of Use

© 2023 Merriam-Webster, Incorporated