

Meaning of **backup** in English

# backup

*noun*

US  /ˈbæk.ʌp/   UK /ˈbæk.ʌp/

Add to word list

**B2**  [ C or U ]

**(someone or something that provides) support or help, or something that you have arranged in case your main plans, equipment, etc. go wrong:**

- *We're going to need some professional backup for this project.*
- *The party is going to be outdoors, so we'll need to organize somewhere as a backup in case it rains.*
- *Remember, your colleagues are your backup **system** when things go wrong.*

**B2**  [ C ]

**a copy of information held on a computer that is stored separately from the computer:**

- *Before we leave work each day, we **make** a backup **of** all the records we have entered into the computer that day.*
- *The department's backup **disks** are all stored in a different building.*

[ C ] US

**a player who plays when the person who usually plays is not available:**

- *He's a backup for the Dallas Cowboys.*

Contents                                                                                     To top 




- *The paramedic who arrived first at the scene immediately called for backup.*
- *How can I run the pub on my own all evening without any backup?*
- *It is essential to have backup when you go diving, in case anything goes wrong.*
- *If we run out of sandwiches I've got some pizzas in the kitchen as backup.*
- *My neighbor came along to provide some backup, in case the teenagers gave me any trouble.*

✚ **SMART Vocabulary: related words and phrases**

# backup

**adjective** [ only before noun ]   US

**US** 🔊   /ˈbæk.ʌp/   **UK** 🔊   /ˈbæk.ʌp/

(UK **backing**)



**supporting the main singer, performer, etc. :**

- *backup **vocals***
- *Willie moves to Chicago, where he becomes a backup artist for a sultry blues singer.*

✚ **SMART Vocabulary: related words and phrases**

*(Definition of **backup** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**backup** | INTERMEDIATE ENGLISH

# backup

**noun** [ C/U ]

**US** 🔊   /ˈbækˌʌp/

## backup *noun* [C/U] (SUPPORT)



Add to word list ≡

**support or help, or someone or something that provides support or help:**

- *a backup generator*

  

**backup** *noun* [C/U] **(EXTRA COPY)**

an extra copy of information on a computer that is stored separately:

- *Did you make a backup of these files?*

(Definition of **backup** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)

**backup** | BUSINESS ENGLISH

# backup

*noun* [ C or U ]  (also **back-up**)

UK 🔊  /ˈbækʌp/  US 🔊

Add to word list

**a person, plan, piece of equipment, etc. that you can use to replace another if necessary:**

- *I use my other email account as a backup.*
- *The company is exploring alternative sources to provide backup for materials when the suppliers cannot deliver.*
- *Remember that your colleagues are your **backup system** when things go wrong.*

IT

**an extra copy of the information on a computer, that is stored separately:**

- *Keep a **backup of** your data in case a drive fails.*

(Definition of **backup** from the **Cambridge Business English Dictionary** © Cambridge University Press)

EXAMPLES of **backup**

# backup

*From CBS Local*

---

Protect your backups by excluding these download folders from them.

*From CNET*

---

And if they have *backup*, they can probably process bank cards.

*From Phys.Org*

---

Doing this only makes the traffic *backup* worse.

*From MLive.com*

---

Best practices include backing up data online and keeping an on-site *backup* on a secure external drive.

*From TIME*

---

The facility also had no back-up electricity, the report said.

*From ABC News*

---

Researchers now know why the group keeps those slackers around: they're emergency *backup* crows.

*From Ars Technica*

---

There are not enough companies producing each drug, so where there is a problem, there's no *backup*.

*From New York Daily News*

---

Graves told the two to get back into the car and then called for *backup*, he testified.

*From Baltimore Sun*

---

The design has been blamed for numerous traffic backups.

*From The Star-Ledger - NJ.com*

---

No backups and other lock-ins will make it hard for sites to leave.

*From TechCrunch*

---

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

**COLLOCATIONS with backup**

  

**These are words often used in combination with backup.**

Click on a collocation to see more examples of it.

**backup catcher**

• My role as a backup catcher is to be able to throw every single runner out.

From *Wikipedia*

**backup copy**

• Restoring the backup copy of these data may reset the volume's password to what it was when the backup was taken.

From *Wikipedia*

**backup dancer**

• One day a friend took her to an interview to be a backup dancer.

From *Wikipedia*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

See all collocations with backup

What is the pronunciation of *backup*?

Translations of **backup**

in Chinese (Traditional)

堵（車）…

See more

in Chinese (Simplified)

堵（车）…

See more

in Spanish

**asistencia, copia de seguridad, apoyo [masculine]…**

See more

   

See more

in more languages 

## Need a translator?

Get a quick, free translation!

 **Translator tool**

**Browse**

backtick

backtrack

backtracked

backtracking

**backup**

backup dancer

backup singer

backup software

backup withholding

Case 2:23-cv-07593-HDV-KS    Document 24-10    Filed 12/21/23    Page 7 of 10    Page ID #:455

   

**More meanings of** *backup*

**− All**

copy backup
full backup
backup dancer
backup singer
backup software
backup withholding
differential backup

**See all meanings**

12/16/23, 8:22 AM
Case 2:23-cv-07593-HDV-KS    Document 24-10    Filed 12/21/23    Page 8 of 10    Page ID #:456
BACKUP | definition in the Cambridge English Dictionary

   



WORD OF THE DAY

# underdog

UK   /ˈʌn.də.dɒg/   US   /ˈʌn.dɚ.dɑːɡ/

a person or group of people with less power, money, etc. than the rest of society

About this



BLOG

  

December 13, 2023

Read More



NEW WORDS

# grand-mate

December 11, 2023

More new words

LEARN ✚

DEVELOP ✚

ABOUT ✚

12/16/23, 10:25 AM
Case 2:23-cv-07593-HDV-KS    Document 24-10    Filed 12/21/23   Page 10 of 10   Page ID #:458
BACKUP | definition in the Cambridge English Dictionary

   

© Cambridge University Press & Assessment 2023