



Sign In    Subscribe

**HUNTER BIDEN LAPTOP**

# 4chan users claim to have cracked Hunter Biden's iPhone account

by **Emily Jacobs, Congressional Reporter**
July 10, 2022 01:01 AM
| *Updated Jul 10, 2022, 01:14 AM*

The contents of **Hunter Biden's** iPhone XS appear to have been posted by users of the **4chan** community, who shared screenshots on the website's main political forum late Saturday night.

Administrators on the image board moved quickly in the hours after the content was posted to pull down threads that included materials from the alleged leak, leaving many on the site, which is known for featuring some of the most salacious subject matter on the internet, furious.

**HUNTER BIDEN'S LAPTOP IS 100% AUTHENTIC, FORENSIC EXAMINATION CONCLUDES**

Many of the materials posted by 4chan users match the contents the *Washington Examiner* previously found on a password-protected iPhone XS backup located on a copy of Hunter's abandoned laptop.

Konstantinos "Gus" Dimitrelos, a former **Secret Service** agent-turned-cyber forensics expert, located the password to the iPhone backup during his examination of the hard drive.

Dimitrelos **previously told** the *Washington Examiner* that the data found within the password-protected iPhone backup is indisputably authentic.

"Based on my analysis of the iPhone, I conclude the same results as my analysis of the MacBook Pro Laptop hard drive and iCloud synced data. The person who owns and operates this iPhone XS is Robert Hunter Biden," Dimitrelos said.

A **White House** representative did not respond to a request for comment.

**CLICK HERE TO READ MORE FROM THE WASHINGTON EXAMINER**

Hunter Biden's financial affairs, including millions of dollars' worth of dealings and money transfers tied to countries such as Ukraine, China, and Russia, have been under federal scrutiny since 2018. Hunter Biden, who revealed the existence of an inquiry into his tax affairs just after the 2020 election, previously claimed to be **"100% certain"** he will be cleared of wrongdoing.

## Latest

**Arizona Democrat Ruben Gallego calls on Biden to declare emergency at southern border**

By: **Anna Giaritelli**

**Oregon decriminalizing drugs was a disaster. Predictably, many now want to reverse course**

By: **Christopher Tremoglie**

**White House hounds Johnson for recessing House without Ukraine deal**

By: **Christian Datoc**

## Videos

**Liz Cheney warns 'depraved' Trump would not leave office if elected**

Five times the Hunter Biden influence peddling story changed

Biden's off-ramp should he bow out of the 2024 contest

Jewish protesters shut down LA freeway in call for Gaza ceasefire

# Newsletters

Sign up now to get the Washington Examiner's breaking news and timely commentary delivered right to your inbox.