# MEGA LIMITED *(7970438)* Registered

Last updated on 30 Jun 2023

To maintain this company [log on here](#)

[View previous names](#)

| Company Summary | Addresses | Directors (3) | Shareholdings (1) | Documents (17) | PPSR Search |

| | |
|---|---|
| Company number: | 7970438 |
| NZBN: | 9429048146128 |
| Incorporation Date: | 05 May 2020 |
| Company Status: | Registered |
| Entity type: | NZ Limited Company |
| Constitution filed: | [Yes](#) |
| AR filing month: | June , last filed on [30 Jun 2023](#) |
| FRA Reporting Month: | March |
| | |
| [Ultimate holding company](#) | Cloud Tech Services Limited |
| | **Type of entity** |
| | Limited Liability Company |
| | **Registration number / ID** |
| | 2289967 |
| | **Country of registration** |
| | Hong Kong |
| | **Registered office address** |
| | Room 1106, 11/F Sterling Centre, 11 Cheung Yue Street, Cheung Sha Wan, Kowloon 999077, Hong Kong |
| | |
| [Company addresses:](#) | **Registered Office** |
| | Level 21, Huawei Centre, 120 Albert Street, Auckland Central, Auckland, 1010 , New Zealand |
| | **Address for service** |
| | Level 21, Huawei Centre, 120 Albert |

Street, Auckland Central, Auckland,

1010 , New Zealand

|  | [View all addresses](#) |
|---|---|
| [Directors](#) | Showing 2 of 3 directors |
|  | Stephen George HALL |
|  | 10 Geoffrey Road, Torbay, Auckland, |
|  | 0630 , New Zealand |
|  | Sean Robert JOYCE |
|  | 84 Coates Avenue, Orakei, Auckland, |
|  | 1071 , New Zealand |
|  | [View more director details](#) |
| Company record link: | https://app.companiesoffice.govt.nz/co/7970438 |

Additional NZBN Information

| | |
|---|---|
| Trading Name(s): | MEGA |
| Phone Number(s): | |
| Email Address(es): | |
| Website(s): | https://mega.io (Primary) View more |
| Industry Classification(s) | J592210 Information storage and retrieval service - except library |

View all NZBN details

*Generated on Sunday, 17 December 2023 09:21:54 NZDT*