

# Certificate of Incorporation

## MEGA LIMITED
## 7970438
## NZBN: 9429048146128

This is to certify that MEGA CLOUD SERVICES LIMITED was incorporated under the Companies Act 1993 on the 5th day of May 2020
and changed its name to MEGA LIMITED on the 1st day of March 2022.



**Registrar of Companies**
17th day of December 2023



Certificate generated 17 December 2023 09:23 AM NZDT