TRENDING:  2024 ELECTIONS   SPEAKER OF THE HOUSE   THE HILL ON NEWSNATION            SPONSORED:   CONTENT FROM WELLS FARGO    CONTENT FROM ZELLE

ADMINISTRATION

# Hunter Biden says he doesn't know if Delaware laptop was his

BY JORDAN WILLIAMS - 04/02/21 10:26 AM ET

Share      Tweet         •••   More

Advertisement. Your video will resume in 27 seconds.



Hunter Biden, the son of President Biden, in a new interview says that he doesn't know if a laptop found in Delaware that was the center of an election-year controversy was really his.

In an interview on "CBS Sunday Morning" that will air on Sunday, Biden says he doesn't have any idea whether the laptop at the center of a controversial New York Post story about his business dealings published weeks before the 2020 election was his.

"For real, I don't know," Biden tells CBS in the interview

"I don't have any idea— I have no idea whether or not" the laptop was his.

Pressed further, Biden suggests that there could have been a laptop that was stolen from him.

"There could be a laptop out there that was stolen from me. It could be that I was hacked. It could be that it was the — that it was Russian intelligence," he says. "It could be that it was stolen from me."

Biden's business dealings were frequently the subject of attacks by former President Trump and other Republicans during and before the presidential campaign.

The New York Post story detailed a computer purportedly belonging to Biden that was left at a Delaware computer shop and never picked up. Emails on the computer, according to the Post story, raised questions about Biden's business connections in Ukraine, and candidate Joe Biden's connections themselves.

But it's never been completely clear whether the laptop was really Hunter Biden's or whether the emails on the computer were his. Biden's remarks to CBS News reflect the possibility that the emails were somehow connected to a Russian intelligence operation.

Giuliani, who worked as an attorney for Trump and made unproven claims about the Bidens and Ukraine.

Hunter Biden last December issued a statement saying the Justice Department was investigating his tax affairs, though it was not clear whether it was connected to the seizure of his laptop.

The Post story was also the subject of controversy amid reports that there were doubts in the Post's newsroom about it.

Security experts at the time suggested that the laptop could have been part of a disinformation operation undertaken by Russia, which the intelligence community says interfered in the 2020 election to damage the elder Biden's candidacy. A declassified report released earlier this year on election interference made no mention of the laptop, and Trump's director of national intelligence at the time denied that Russian disinformation was behind the emails linked to the laptop and reported by the New York Post.

The first impeachment of Trump centered around allegations that Trump pressured Ukraine to investigate Hunter Biden to hurt Joe Biden, whom Trump viewed as a threat in the presidential election of 2020. Hunter Biden served on the board of a Ukrainian gas company, but no evidence of impropriety by his father ever surfaced. The intelligence community report released earlier this year said that Moscow stoked the Ukraine claims as part of the effort to interfere in the election.

Trump seized on the Post's report during the 2020 presidential campaign and pressured then-Attorney General William Barr to investigate Hunter Biden and release the information before Election Day.

 The CBS interview comes two days before the Tuesday release Hunter Biden's book, "Beautiful Things." In the book, he opens up about being the subject of repeated GOP attacks, saying that he "became a proxy for Donald Trump's fear that he wouldn't be re-elected."

**TAGS**   **2020 ELECTION**   **DONALD TRUMP**   **HUNTER BIDEN**   **JOE BIDEN**   **RUDY GIULIANI**
**WILLIAM BARR**

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SHARE**        **TWEET**        •••    **MORE**

**SPONSORED CONTENT**

Privacy Policy

**$(city:capitalized)$ Doctors: 'Nature's Stimulant' Now Sold Online**
**Health Headlines** | Sponsored                                                      **Buy Now**

**Elon Musk's:Power companies want this energy saving device banned.**
**Stopwatt** | Sponsored                                                               **Buy Now**

**Completely New Electric Cars for Seniors - The Prices Might Surprise You**
**Qsearch** | Sponsored

**Instant Loans Offers at Your Fingertips, Get Yours**
**CreditCube** | Sponsored                                                            **Get Offer**

**North Carolina Gov Can Cover Your Cost To Install Solar If You Live In These Zip Codes**
**Energybillcruncher** | Sponsored

**Revolutionize Your Due Diligence Game (Try It Now)**
**Expert.Website** | Sponsored                                                        **Learn More**

**Do You Know What Plaque Psoriasis Is? (Take A Look)**
**Plaque Psoriasis** | Sponsored                                                      **Search Now**

**This Is The Highest Rated Hearing Aid In The US**
hear.com | Sponsored

**Gutter Guards for One-story House: How Much Would It Cost?**
HomeBuddy | Sponsored                                                                 Read More

**Total 2023 Cost for Full Gutter Service**
LeafFilter | Sponsored                                                                 Get Quote

**Seniors Under 85 Get These Ram 1500s For Under $10k**
$10k Ram 1500s | Sponsored                                                             Learn More

**The New BMW X7 Is A Jaw Dropper**
PopularSearches | Sponsored

**Is This The Most Realistic PC Game Of 2024?**
Raid: Shadow Legends | Sponsored                                                       Install Now

**Instant Loan Offers at Your Fingertips**
CreditCube | Sponsored                                                                 Get Offer

**A Lithium Field To Rival S. America and Australia**
Wall Street Star | Sponsored

**North Carolina Seniors Are Qualifying For The Affordable Care Act In The Zip Codes**
Affordable Care Act Deadline | Sponsored                                               Search Now

**More Administration News**



**Biden wants Israel to 'be more careful' amid fighting in Gaza**

ADMINISTRATION / 57 MINS AGO

**White House discussed shift to 'lower intensity operations' with Israeli officials**
ADMINISTRATION / 2 HOURS AGO



**Elon Musk's mom 'furious' at Biden after FCC denies Starlink subsidy**
TECHNOLOGY / 3 HOURS AGO

See All

**Video/Hill.TV**



**Rising: December 14, 2023**
RISING / 3 HOURS AGO



**Rising: December 13, 2023**
RISING / 1 DAY AGO





**Rising: December 12, 2023**

RISING / 2 DAYS AGO

See all Hill.TV

See all Video

Top Stories



**Congress approves bill barring any president from unilaterally withdrawing from NATO**

NEWS / 5 HOURS AGO

See All

**Most Popular**

1  Congress approves bill barring any president from unilaterally withdrawing from ...

2  Supreme Court refuses to block Illinois assault weapons ban

3  These 8 countries joined US and Israel in opposing UN resolution on Gaza

4  Trump immunity request puts Supreme Court in crosshairs

5  GOP lawmaker who backed impeachment inquiry admits he's seen no evidence of ...

**Do you think the Jan. 6, 2021 riots on the Capitol have had a lasting impact on America's political culture?**

- ○ Yes, I think so
- ○ Maybe, I'm not sure
- ○ No, I don't think so
- ○ Other / No opinion

\* By clicking "NEXT" you agree to the following: We use cookies to collect your survey answers for market research and tailored advertising. If you would like to continue with this survey, please read and agree to the CivicScience Privacy Policy and Terms of Service

**NEXT \***

**DON'T MISS A BRIEF.
SIGN UP FOR OUR DAILY EMAIL.**

Your Email

Send



## Resources

THE HILL APPS

PEOPLE

RSS

## Other Areas

GALLERIES

THE HILL JOBS

NATIONAL JOBS

## Contributors

SUBMIT OPINION CONTENT

Follow Us On    

Get the App 

SUBSCRIPTIONS

PRIVACY POLICY

TERMS & CONDITIONS

CONTACT

ADVERTISE

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

NEXSTAR DIGITAL

JOURNALISTIC INTEGRITY

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX

© 1998 - 2023 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.