EFiled: Oct 17 2022 03:57PM EDT
Transaction ID 68264385
Case No. S22C-10-012 CAK

# EXHIBIT C

**From:** "Mesires, George R." <​███████@faegredrinker.com>
**Date:** October 13, 2020 at 6:58:59 PM EDT
**To:** ███████████████████████████
**Subject: George Mesires contact information**

John Paul:

Thank you for speaking with me tonight. As I indicated, I am a lawyer for Hunter Biden and I appreciate you reviewing your records on this matter. Thank you.

George

**George R. Mesires**
Partner
███████@faegredrinker.com
Connect: vCard

+1 312 356 5101 direct

**Faegre Drinker Biddle & Reath LLP**
311 S. Wacker Drive, Suite 4300
Chicago, Illinois 60606, USA