NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Robert H. Tyler
Mariah R. Gondeiro
Tyler Law, LLP
25026 Las Brisas Road
Murrieta, California 92562

ATTORNEY(S) FOR:  Defendants Garrett Ziegler and ICU, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Robert Hunter Biden | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-07593 |
| v. | |
| Garrett Ziegler, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendants Garrett Ziegler and ICU, LLC _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Robert Hunter Biden | Plaintiff |
| Garrett Ziegler | Defendant |
| ICU, LLC, dba Marco Polo | Defendant |

December 28, 2023
Date

/s/ Mariah R. Gondeiro
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Garrett Ziegler and ICU, LLC

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**