PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

ABBE DAVID LOWELL (*pro hac vice*)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508
Telephone:  (202) 282-5875
Facsimile:  (202) 282-5100

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive;<br><br>Defendants. | **Case No. 2:23-cv-07593-HVD-KS**<br><br>Honorable Hernán D. Vera<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS HEARING DATE**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Date: February 22, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5B<br><br>Requested Date: March 21, 2024<br>Requested Time: 10:00 a.m.<br>Place: Courtroom 5B |

## STIPULATION

Plaintiff Robert Hunter Biden ("Plaintiff") and Defendants Garrett Ziegler and ICU, LLC (collectively, "Defendants") hereby stipulate to the following:

WHEREAS, on September 13, 2023, Plaintiff Hunter Biden filed his Complaint in this case, *Biden v. Ziegler, et al.* (Case No. 2:23-cv-07593-HDV-KS) ("the Ziegler Action");

WHEREAS, on December 21, 2023, Defendants in the Ziegler Action filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and Cal. Civ. Proc. Code Section 425.16;

WHEREAS, on December 22, 2023, the Court reset the date for hearing Defendants' Motion to Dismiss in the Ziegler Action to February 22, 2024, at 10:00 a.m.;

WHEREAS, on January 17, 2024, certain defendants in the related case, *Biden v. Giuliani, et. al.* (Case No. 2:23-cv-08032-HDV-KSx) ("the Giuliani Action"), filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) and Cal. Civ. Proc. Code Section 425.16, which is scheduled to be heard on March 21, 2024, at 10:00 a.m.;

WHEREAS, Defendants' Motion to Dismiss in the Ziegler Action raises many of the same arguments and issues as the Motion to Dismiss filed in the Giuliani Action;

WHEREAS, Plaintiff's lead counsel, who is based in Washington, D.C., is not available on February 22, 2024, due to a scheduling conflict arising from his law school teaching obligations;

WHEREAS, Plaintiff respectfully submits that continuing the hearing on the Motion to Dismiss in the Ziegler Action from February 22, 2024, to March 21, 2024, which is the same hearing date as the Motion to Dismiss in the Giuliani Action, would advance the interests of judicial economy and efficiency while also resolving the scheduling conflict presented by the February 22, 2024 hearing date;

WHEREAS, Plaintiff's counsel has requested, and counsel for Defendants in the Ziegler Action has agreed, to continue the hearing on Defendants' Motion to Dismiss in the Ziegler Action from February 22, 2024, until March 21, 2024;

IT IS HEREBY STIPULATED by and between the Parties that, if acceptable to the Court, the hearing on Defendants' Motion to Dismiss, currently set for February 22, 2024, at 10:00 a.m., shall be continued to March 21, 2024, at 10:00 a.m.

Dated: January 22, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Paul Salvaty*
   Paul Salvaty
   Abbe David Lowell
   Attorneys for Plaintiff

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Bryan M. Sullivan*
   Bryan M. Sullivan
   Zachary C. Hansen
   Attorneys for Plaintiff

TYLER LAW, LLP

By: */s/ Mariah Gondeiro*
   Nathan Klein
   Mariah Gondeiro
   Attorneys for Defendant