1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　Plaintiff(s)<br><br>　　v.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive;<br><br>　　　　Defendants. | **Case No. 2:23-cv-08032-HDV-KSx**<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE MOTION TO DISMISS HEARING DATE**<br><br>Judge: Hon. Hernán D. Vera |

|    |    |
|----|----|
| 1  | The Court having considered the stipulation submitted herewith, hereby enters |
| 2  | the following order: |
| 3  | IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss |
| 4  | Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and Cal. Civ. Proc. Code |
| 5  | Section 425.16 is continued from February 22, 2024, at 10:00 a.m. to March 21, 2024, |
| 6  | at 10:00 a.m. |
| 7  | IT IS SO ORDERED. |

_____                    _____
DATE                                                              THE HONORABLE HERNAN D. VERA
                                                                           UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING DATE