LINK 28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV 23-7593-HDV-KSx

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br> Plaintiff(s) <br><br> v. <br><br> GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive; <br><br> Defendants. | Case No. ~~2:23-cv-08032-HDV-KSx~~ <br><br> [~~PROPOSED~~] ORDER RE STIPULATION TO CONTINUE MOTION TO DISMISS HEARING DATE <br><br> Judge: Hon. Hernán D. Vera |

1  The Court having considered the stipulation submitted herewith, hereby enters
2  the following order:
3  IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss
4  Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and Cal. Civ. Proc. Code
5  Section 425.16 is continued from February 22, 2024, at 10:00 a.m. to March 21, 2024,
6  at 10:00 a.m.
7  IT IS SO ORDERED.

01/23/24
DATE                                   THE HONORABLE HERNAN D. VERA
                                       UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING DATE