PAUL B. SALVATY (171507)
PSalvaty@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

ABBE DAVID LOWELL (pro hac vice)
AbbeLowellPublicOutreach@winston.com
**WINSTON & STRAWN LLP**
1901 L St., N.W.
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

BRYAN M. SULLIVAN (209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (325128)
**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, CA 90048
Telephone:   (323) 301-4660
Facsimile:   (323) 301-4676

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. 2:23-cv-07593-HDV-KS<br><br>*Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson*<br><br>**ROBERT HUNTER BIDEN'S DECLARATION IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>Hearing Date:   March 21, 2024<br>Time:           10:00 a.m.<br>Place:          5B |

# DECLARATION OF ROBERT HUNTER BIDEN

I, Robert Hunter Biden, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would testify to them.

2. I have never authorized or consented to any access of any computer, hard drive, iPhone backup, device or data of mine by Garrett Ziegler (or anyone working with Mr. Ziegler) at any time or for any purpose. Nor did I ever authorize or consent to any access of any computer, hard drive, iPhone backup, device or data of mine by Rudy Giuliani or any associate of Rudy Giuliani.

3. To the contrary, I specifically communicated to Mr. Ziegler and his associates at ICU, LLC d/b/a Marco Polo (and to Mr. Giuliani), by and through my attorneys, that they are <u>not</u> authorized to access any of my materials and that their illegal activities with respect to such materials must cease and desist. By letter dated March 17, 2023, we notified Mr. Ziegler that his activities with respect to the "hard drive" that allegedly contains my personal data are unlawful and that such activities should immediately cease and desist. We also demanded, among other things, that Mr. Ziegler "return any data in your possession that was sent to you or you obtained purporting to come from any account, device/hard drive, back-up files, 'cloud' files, or copies of the same belonging to Mr. Biden." By letter dated August 23, 2023, we again notified Mr. Ziegler (through his California-based attorney) that Mr. Ziegler and his associates at ICU, LLC d/b/a Marco Polo are not authorized to access any of my materials and that their illegal activities with respect to such materials must cease and desist.

4. To the best of my knowledge, Defendants have ignored my cease-and-desist demands and have made no effort to comply as of the date of this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 28th day of February, 2024 in Washington, D.C.

*/s/ Robert Hunter Biden*

Robert Hunter Biden

---

ROBERT HUNTER BIDEN'S DECLARATION IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS
CASE NO. 2:23-CV-07593-HDV-KS