1  PAUL B. SALVATY (SBN: 171507)
   PSalvaty@winston.com
2  **WINSTON & STRAWN LLP**
   333 S. Grand Ave.
3  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
4  Facsimile:  (213) 615-1750

5  ABBE DAVID LOWELL (*pro hac vice*)
   AbbeLowellPublicOutreach@winston.com
6  **WINSTON & STRAWN LLP**
   1901 L St., N.W.
7  Washington, DC 20036-3508
   Telephone:  (202) 282-5000
8  Facsimile:  (202) 282-5100

9  BRYAN M. SULLIVAN (209743)
   bsullivan@earlysullivan.com
10 ZACHARY C. HANSEN (325128)
   **EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
11 6420 Wilshire Boulevard, 17th Fl.
   Los Angeles, CA 90048
12 Telephone:  (323) 301-4660
   Facsimile:  (323) 301-4676

Attorneys for Plaintiff
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>           Plaintiff,<br><br>   vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>           Defendant. | **Case No. 2:23-cv-07593-HDV-KS**<br><br>*Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson*<br><br>**GREGORY A. ELLIS'S DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(2), 12(b)(3), AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE**<br><br>Hearing Date:  March 21, 2014<br>Time:  10:00 a.m.<br>Place:  5B |

**DECLARATION OF GREGORY A. ELLIS**

I, Gregory A. Ellis, declare as follows:

1. I am of counsel at the law firm Winston & Strawn LLP and counsel of record for Plaintiff Robert Hunter Biden in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A hereto is a true and correct copy of an article from the *New York Post* entitled "*Hunter Biden owns massive home in swanky Hollywood Hills, court docs reveal*," dated December 24, 2019.

3. Attached as Exhibit B hereto is a true and correct transcript of an interview of Defendant Garrett Ziegler on the Steve Bannon *War Room* podcast. The transcript was prepared and reviewed by personnel at Winston & Strawn under my supervision, from the original video of the podcast, which is located at https://rumble.com/v1whty2-600-page-dossier-on-the-hunter-biden-laptop-walksthrough-the-lies-to-guaran.html and was posted on or about November 22, 2022.

4. Attached as Exhibit C hereto is a true and correct transcript of an interview of Defendant Garrett Ziegler on *The Eric Metaxas Radio Show*. The transcript was prepared and reviewed by personnel at Winston & Strawn under my supervision, from the original video of the interview, which is located at https://rumble.com/v20bpn4-garrett-ziegler-and-team-at-marcopolousa.org-have-prepared-a-blockbuster-re.html and was posted on or about December 12, 2022.

5. Attached as Exhibit D hereto is a true and correct transcript of an interview of Defendant Garrett Ziegler and Tyler Nixon on *The StoneZONE with Roger Stone*. The transcript was prepared and reviewed by personnel at Winston & Strawn under my supervision, from the original video of the podcast, which is located at https://rumble.com/v1zvi5m-garrett-zieger-and-tyler-nixon-expose-hunter-bidens-dirty-secrets-the-stone.html and was posted on or about December 9, 2022.

6. Attached as Exhibit E hereto are redacted excerpts from the *Report on the Biden Laptop* ("*Report*") prepared by Defendants. The *Report* includes unredacted personal identifying information of various third parties, including names, full email addresses, and telephone numbers of persons that has no bearing on any issue raised by Defendants' Motion. Plaintiff has redacted such personal

1

1  identifying information, except for telephone area codes associated with the State of California.
2  Plaintiff does not offer these excerpts for the truth of Defendants' factual or legal contentions set forth
3  in the *Report*, but only as evidence of Defendants' contacts with the State of California in connection
4  with their preparation of the *Report*.

5        7.     Attached as Exhibit F hereto is a true and correct transcript of an interview of Defendant
6  Garrett Ziegler on Twitter Spaces with Kim Dotcom. The transcript was prepared and reviewed by
7  personnel at Winston & Strawn under my supervision, from the original video of the interview, which
8  is located at https://www.youtube.com/watch?v=QBE3P_xQP0Y and was posted on or about
9  December 11, 2022.

10        8.     Attached as Exhibit G hereto is a true and correct transcript of an interview of Defendant
11  Garrett Ziegler *The Ann & Phelim Scoop*. The transcript was prepared and reviewed by personnel at
12  Winston & Strawn under my supervision, from the original video of the podcast, which is located at
13  https://www.youtube.com/watch?v=my6Ge1nentc and was posted on or about January 18, 2023.

14        9.     Attached as Exhibit H hereto is a true and correct copy of a post from Garrett Ziegler's
15  Instagram feed, which was posted on or about December 16, 2023.

16        10.     Attached as Exhibit I hereto is a true and correct transcript of a video of Defendant
17  Garrett Ziegler entitled "Report on the Biden Laptop: CA Field Trip." The transcript was prepared and
18  reviewed by personnel at Winston & Strawn under my supervision, from the original video, posted on
19  Rumble on or about November 1, 2022, located at https://rumble.com/v1qzxoa-report-on-the-biden-
20  laptop-ca-field-trip.html.

21        11.     Attached as Exhibit J hereto is a true and correct transcript of a Twitter Spaces video by
22  Defendant Garrett Ziegler. The transcript was prepared and reviewed by personnel at Winston &
23  Strawn under my supervision, from the original video, which is located at
24  https://twitter.com/i/spaces/1rmxPkbPDVEJN and was posted on or about February 1, 2023.

25        12.     After my colleague Angela Machala made an appearance on behalf of Plaintiff in a
26  criminal proceeding, Defendants sent her a hard copy of the *Report* to her home address in Burbank,
27  California.
28

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 29th day of February, 2024 at Los Angeles, California.

                                          */s/ Gregory A. Ellis*
                                          Gregory A. Ellis