# Exhibit A

NEWS

# Hunter Biden owns massive home in swanky Hollywood Hills, court docs reveal

By **Elizabeth Rosner** and **Tamar Lapin**
Published Dec. 24, 2019
Updated Dec. 24, 2019, 10:10 a.m. ET

< **1** of **7** >






LOG IN

**RECOMMENDED**

 Passenger dies mid-flight after liters of 'blood erupts from hi…

 2 Kentucky moms say they were drugged, raped by Bahamas…

 Mutant wolves roaming Chernobyl Exclusion Zone have developed…

 Kidnapped New…man found alive…eyes taped shut


Rodeo Realty Inc.


Rodeo Realty Inc.

**MORE ON:**
**HUNTER BIDEN**

Big Brother Biden wants AI to control what you read, say and think

Biden kept classified Ukraine call documents, special counsel finds: 'Get copy of this conversation … for my records'

Trump is not afraid to face the nation on Super Bowl Sunday — unlike Biden

Ex-Hunter Biden biz partner Devon Archer asks judge to shorten prison sentence — cites flipping on first family

Recovering crack addict Hunter Biden owns a home in one of the swankiest neighborhoods in America, it was revealed Monday.

The son of former Vice President Joe Biden shares a ZIP code in the Hollywood Hills with celebrities such as Ben Affleck, Christina Aguilera and Halle Berry, according to documents filed in Hunter's Arkansas paternity case.

The three-bedroom, three-bathroom mid-century home is valued at $2.5 million. It sits at the end of a private gated drive and includes a pool.

Biden, 49, is currently expecting his fifth child with 32-year-old wife Melissa Cohen Biden.

The property was sold on June 19, records show, but it's unclear how much Biden paid for it.





Continue watching
**This Day in History**
after the ad

Lunden Alexis Roberts, 28, says she gave birth to Biden's kid, "Baby Doe," in August 2018.

Biden initially denied having had sex with Roberts, but she filed court papers that said DNA testing proved his paternity "with scientific certainty."

In response, Biden filed court papers that said he was "not contesting paternity" but needed more time to "consult with his accountants."

The Yale-educated attorney has claimed in court documents that he's been out of a job since May 2019 and has significant debts since his divorce in 2017 from Kathleen Buhle, the mother of three of his children.

Reports have said Hunter was paid as much as $50,000 per month while he served on the board of the Ukrainian natural gas company Burisma between April 2014 and April 2019.

He submitted an affidavit of financial means on Dec. 16, but the document is sealed.

Roberts, meanwhile, released five years' worth of her tax returns and other financial documents to the court. The documents list her as having worked for Hunter and his company Owasco PC.

That company is registered at the same Hollywood Hills address that court papers list as Hunter's address.

Hunter tied the knot with Melissa, a South African beauty, on May 28.

They live in Los Angeles, according to a New Yorker profile of Biden, which said he moved there in 2018, in order to "completely disappear."

Hunter's disappearing act could be difficult at the Hollywood Hills home — where nearly every room has walls of floor-to-ceiling glass windows.

He will be questioned under oath at a hearing in the paternity case on Jan. 7, 2020.

**SEE ALSO**



**Hunter Biden allegedly linked to multiple criminal probes**

FILED UNDER   ARKANSAS,   HOLLYWOOD HILLS,   HUNTER BIDEN,   JOE BIDEN,   12/24/19

**Before you go ...**

**Before you go ...**

**Before you go ...**

**Before you go ...**

**Before you go ...**