# Exhibit B

## Garrett Ziegler on Steve Bannon's War Room Podcast

Attendance:   Steve Bannon (SB); Garrett Ziegler (GZ)

Date:   On or about November 22, 2022

| Minute | Speaker | Dialog |
|---|---|---|
| 00:00:00 | SB | I want to bring in now, Garrett Ziegler. He was in the Trump White House. Actually, he was over with Peter Navarro. These guys were grinding. One thing about the Navarro shop, as we called it, they worked seven days a week for four years. Peter Navarro is in that place every day. Ziegler, all these guys grinding out to the fact - to protect working class Americans.<br><br>Garrett, thank you very much. You're head of Marco Polo Research now. I wanna tee it up. We've got about 3 minutes in this segment. I want to just toss the ball to you, then I'm gonna bring you back after the break, and of course our own Natalie Winters. This is a 6 -- is it a 600-page report you did? You, you literally took the laptop or the whole Hunter/Biden situation. It kind of broke it down and did really a compilation of research on this. Walk us through what this report is and then start walking us through the report. |
|  | GZ | So, we developed a nonprofit to do this report, and basically, it's a comprehensive dossier on the device. There's about a half a dozen to a dozen exclusives in it for reporters, but mostly it is a, it is a sort of a historical document to take someone through the suppression operation, the letter by the former spooks, and all of the crimes on the device. We have a small subsection -- I've been watching your show the last couple days. We have a small subsection on pure degeneracy, but that's in the end notes and that's only about 30 pages. The vast majority of the report is crimes, business-related crimes, sex-related crimes and drug-related crimes because there's a lot of people out there who see the ridiculous, embarrassing photos of Hunter and don't realize that he committed the exact same crimes that they got Paul Manafort for, FARA violations. It was his business model. And so I, with two private investigators, an attorney, an accountant and a digital forensics person put together this 630-page Tome and basically it is what we think … there had ... let's put it this way, there hasn't been one left-wing debunking of the report yet. We've got about 20 to 20-- |
|  | SB | No, no, yeah. This is the amazing thing. |
|  | GZ | Go ahead. |
|  | SB | You guys put it out there a couple of months ago now, as I remember correctly, right and, of course-- |
|  | GZ | October 19th, yep, over a month. |
|  | SB | October -- over a month in in the mainstream media immediately because there have been shoddy – and we know your level of, of, of detail that you get into. If it had been shoddy, they would have been |

1

| Minute | Speaker | Dialog |
|---|---|---|
| | | all over ripping, cause it's 600 pages, clearly you're gonna make some mistakes. They went crickets on it. That's when you know you got something. Walk me through -- we're gonna go to break, but just walk me through the team again because CBS is -- Katherine Heritage is running around, she got the knitted brow, and she's got, you know, she got to -- walk me through your team that went through this, sir. |
| | GZ | Yeah, that was a pretty, pretty pathetic, limited hangout she, she did. I reached out to her in January, and she didn't want to work with us, and I offered to not put my name into it, right? Because she, she didn't want to be working with a former Trump, Trump official.<br><br>So, I am a young guy, and I knew that there was a lot in this laptop, including this secret alias e-mail address that Joe used, and I know you know about this, but for all your listeners there was an e-mail address robert.l.peters@pci.gov that Joe Biden used. Literally the exact same thing that Hillary did, except this one wasn't stored in the server in a closet. This is actually set up by the government, and we go into this in the report and the reason why I'm bringing that up is because-- |
| | SB | Yeah, yeah – tell you, Gary, hang on. We're gonna take a commercial break. |
| | GZ | Okay |
| | SB | I wanna go back to Garrett. Garrett, so it's 600 pages. I just wanna make sure people understand this. This is totally free. You've got it up online and people can access this? |
| | GZ | Yep, just go to marcopolousa.org. It's been online since October 19th and we are printing physical copies, but that's going to come later this month. And, um, you know, just before we go on to the report again, I wanted to say that, uh, you know, I have a little bit of a different take of why the mainstream press and the former spooks had such a Pavlovian dog-like response to this story, because I think they're terrified that they're going to be implicated in it. Because it's not just about Hunter and Joe, although those are the two main actors. It's really a universe of grifters and hangers-on. And you know, we put up this, this site, Bidenlaptopemails.com, Steve. There's 129,000 emails on there. ==People were searching for their name. We went into the server and found out a state legislator in California was looking to see if she had emails on this laptop==. So, I think this whole universe of lobbyists and influence peddlers are worried that looking into this laptop is going to reveal their schemes and their grifts. That's why there's such a, such a response. |
| | SB | Okay, you you've hit the main point of this. This investigation when it starts and is public and it's going to take a while to get it all organized, but the hearings with Bob Belinski. It's not simply about the Bidens. It is, and their criminality and, and Garrett can walk you through chapter |

2

| Minute | Speaker | Dialog |
|---|---|---|
| | | and verse in in in Natalie. But it's also gonna say -- this when people talk this cute phrase the swamp. This is the thing itself. This is kind of the ether of it. You're going to get to see it all, and here's what you're gonna see. They're selling you out, and these are the National Security -- they're selling you out every day to the Chinese Communist Party. You're being sold out now. There's Ukraine and some other thing, but they're selling you out to an existential threat in this country. And the reporter said the other day, "what isn't this he's -- isn't this about 2017?" Well, hey a lot of it's gonna be and should be about when the guy was a sitting Vice President and in charge of the pivot to Asia. A lot of what you're gonna see in this report is when Obama designated him to be the front man and to negotiate with Shi. That's why Shi's his buddy. That's where you see him rubbing up on Shi all the time with the big hand and he's all -- they're all good. They're, they're good together and they're going to make things right. |
| 00:05:28 | GZ | -- there's a -- |
| | SB | 100%. What are … walk me through. When you say crimes, that's a pretty not just corruption and grift. When you say crimes, walk me -- let's leave the let's leave the personal fallibility of his sexual perversion aside. Let's just talk about the, the, the, the financial crimes that you, you guys have uncovered. |
| | GZ | Yeah, that's a good question. We, we put 100 pages just to influence peddling. Which means these things are gross, they're corrupt, but we couldn't find a statute that they violated. So, by crimes, I mean literally, for 13 months we went through the U.S. Code and -- block by block. So, for example, a lion's share of the federal felonies of Hunter and his business associates committed because he wasn't smart enough to put together these deals. He just made the intros - was FARA violations, Foreign Agent Registration Act which your viewers know of, but some people may not, and Hunter committed over two dozen of those in six different countries, meaning principals from six different countries. Tax evasion, and because of the FARA violations, money laundering. You know well the $1,000,000 retainer that he received from Patrick Ho. Hunter didn't spend a day in court. All he did was introduce Ho to white-shoe attorneys at Edward Krieger & Kim in Manhattan. And so, the, the standard for inclusion in this report is two, two separate pieces of evidence because we know that Jimmy Biden and Joe love to say that they have plausible deniability in something. So, if we just included one, they could always say, well, Garrett, you know you're interpreting this wrong. I really meant to say this, and they always talk in code. They always use initials. They always use aliases. And so, every time we say that there was a crime or a regulation violated, we have two pieces of evidence. So, for example, the, the, the crime on the screen right there this is what this is what Jack Maxey … uh, he didn't help me, he actually hates me, but |

3

| Minute | Speaker | Dialog |
|---|---|---|
| | | ha. But one thing he has done good is talk about the backdating of the financial documents. These are SEC documents that Eric Schwerin and Joe, along with their now deceased, conveniently accounted Bill Morgan, they conspired to back date the documents that their broker dealer, RSPI submitted to FINRA and the SEC. Most people would go to the pen for this or pay severe civil pie, uh, civil fines. How Eric Schwerin has not been indicted yet is beyond me, and this report is basically trying to put David Weiss and all these prosecutors at the District of Delaware in a corner to say-- |
| | SB | Yeah-- |
| | GZ | if you give Hunter a plea deal and slap him on the wrist |
| | SB | --Yeah |
| | GZ | this is gonna be the most |
| | SB | Protects you |
| | GZ | pathetic, limited hangout in U.S. history. |
| | SB | Let me, I just wanna go before and we'll have you back on to go through more detail, but essentially the business model. Joe Biden's the asset they gotta monetize. Jim Biden, his brother, is kind of the brains to the degree that they're, they're brains in this operation, He's kind of the brains and Hunter is the new business guy. He's drinking what the client is drinking. He, he's, he's just out as kind of the golden retriever to go find things and bring him opportunities and bring 'em back, of which those guys figure out how to monetize them. Is that essentially the business model? |
| | GZ | Yes, and he's the schmoozer, Hunt – we -- over a decade of this guy's materials on the laptop, I did not find one Excel document. He can't do a pivot table to save his life. I'm not sure Hunter can do long division. So, he has not, he's not doing any work. You know, when I was a boy, I thought that that that compensation would be tied to value creation. I've not seen any evidence that Hunter can put, can put together pitch deck at all. He, he knows zero about private equity. |
| | SB | This is only part of all these huge private equity funds. Garrett, how do people, how do people get to this report over the holiday weekend, right? If you want, you know, after you spend enough quality time with the family, you might want to go on and check this thing out. It's voluminous, it's detailed, this document. Where do they go to get this and, and if they want to order a physical copy where do they go? |
| | GZ | Thank you, Steve. Yes, it's on marcopolousa.org. You can read a free PDF copy. We are going to be printing physical copies because, uh, I, I love to be able to read a, a physical book. Marcopolousa.org, a wonderful reader view that that people can access. All three were a charity where 5.01(c)(3) I'm not sure how Joe's people didn't stopped, stopped that at the IRS, but we are, and it's six guys and me and I'm the youngest. The, the other folks are phenomenal. |
| | SB | What's, what's the what's your social media? |

4

| Minute | Speaker | Dialog |
|---|---|---|
| | GZ | Just Garrett Ziegler on, on true socials. Just Garrett Ziegler two R's, two T's and the |
| | SB | Okay Garrett, go ahead-- |
| 00:10:00 | GZ | I was just gonna say all the social media for our non-profits on, on marcopolousa.org and, and people can go there. One last thing, we have an insider at JP Morgan, that gave us five suspicious activity reports. These are bank documents submitted to the U.S. Treasury Department. We redacted nothing. You'll see wire transfers to Eastern European women. Hunter Biden -- this is not a speculation -- he literally committed sex trafficking at least four times we can verify, and that's based on the SARS, not my opinion. So that's pretty incredible stuff. |
| | SB | This is why Comer said sex trafficking the other day, correct? That shocked everybody. |
| | GZ | Yes. |
| | SB | That's why. Okay, fine. I'm gonna have you back on for that. Let's, let's, let's leave the audience hanging. This is why Comer said "and sex trafficking"-- |
| | GZ | Yup. |
| | SB | --because of that documentation. Garrett, thank you very much. Appreciate it. |
| | GZ | Thank you very much for having me on. Appreciate it. |