# GARRETT ZIEGLER AND TEAM AT MARCOPOLOUSA.ORG HAVE PREPARED A BLOCKBUSTER REPORT ON THE BIDEN LAPTOP

**Speakers:** **Garrett Ziegler**
**Eric Metaxas**

**Date:** **On or about 12/12/2022**

| Minute | Speaker | Dialog |
|---|---|---|
| 0:00:00 | E. Metaxas | Hey there folks, welcome. We have a very, very, very important subject we're gonna discuss, um, in this hour. Uh, my guest is Garrett Ziegler. Garrett Ziegler is the founder of Marco Polo, a nonprofit research group exposing corruption and blackmail. Um, for the past 13 months, uh, Garrett Ziegler and Marco Polo, uh, they put together a research group of six men dedicated to exposing corruption and blackmail. I mentioned that, but they have been, in these 13 months, writing a comprehensive report on the Biden laptop, specifically enumerating the crimes. Um, this is an extraordinary work. Uh, it is a service, um, to the American people. Uh, the report is now complete, which is why my guest today to talk about Report on the Biden Laptop is Garrett Ziegler. Garrett, welcome. |
| | G. Ziegler | Thank you, Eric, for having me on, I really appreciate it. |
| | E. Metaxas | Well, the work you've done here, explain this to my audience, because it's a little tough to comprehend. This, this, this laptop was made available, um, we had Jack Maxey on this program over a year ago, and it's just a treasure trove of filth and horrors. Um, but you decided that somebody would need to go through methodically and figure out, okay, what, what do we have? Other than just this catalogue of horrors? And so that's effectively what you guys have been doing for the last year and change. |
| | G. Ziegler | Yes, we actually approached multiple think tanks with the idea of this dossier. And this actually came from the Mueller Report. I wanted to do a counter, uh, counterattack to the Mueller Report. And remember this, this, uh this Mueller Report was 400 pages, most of it was redacted. It was a – based on faulty information, meaning there's no evidence that the DNC was hacked by Russians. And so, I thought, you know what, this laptop is full of actual foreign collusion. Why don't I, uh, take it apart and play with the Rubik's Cube longer than anybody else has, and put together all of the foreign and um, and domestic statutes that have been violated. And so, what I did was I got together with an accountant, a forensic accountant, two private investigators, an attorney, and other digital forensics folks, and played with Rubik's Cube long enough and basically wrote this dossier that, um, that I think is going to stand the test of time. ==We've had no left-wing debunkers yet, and I have been sending it, really carpet-bombing it to all of the leftist and== |

| Minute | Speaker | Dialog |
|---|---|---|
| | | liberal media outlets that threw cold water on the laptop in October of 2020. |
| | E. Metaxas | Okay, so, um, this is a huge thing you've done, and this is basically, uh, journalism. In other words, you're, you're reporting truth. You, you know, anybody can look at this laptop stuff, it's out there. But you have gone and done, you know, what we call forensics. You've done the work of digging into it with experts, to say what is here. And so, you finally published this now Report on the Biden Laptop published by Marco Polo. That's the name of your um – |
| | G. Ziegler | Nonprofit. |
| | E. Metaxas | Nonprofit, uh, group. And you give us chapter and verse on everything that's in there, uh, so we don't ourselves have to dip into this, uh, cesspool. And you have, I mean, if I'm, if I'm just looking at the table of contents folks, just so you understand what, um, Garrett Ziegler and the Marco Polo Group have done. The, the, the table of contents starts out with Background, Motive, Timeline, and the Four Families. Uh, roman numeral II: Business Related Crimes. So, uh, it goes into China, the Ukraine, Kazakhstan, Romania, Mexico, Serbia, Libya, uh, unreported Incoming Gifts, Backdating Financial Documents, uh, and other things. Roman numeral III: Sex-Related Crimes. Now again, these are crimes. Uh, Prostitution and Human Trafficking, Nonconsensual Pornography – |
| | G. Ziegler | Totally verified. |
| | E. Metaxas | Uh, and then issues in the family. Roman numeral IV: Drug-Related Crimes, Distribution and Possession, Operating Motor Vehicles, Other Narcotics Related Crimes. Roman numeral V: Influence Peddling in the 2020 Election. Uh, Roman numeral VI: Legal Accountability, Non-Federal Jurisdictions, and then Conclusion. And so on and so forth. So, this is a thorough, um, description of, of, of, of something that, I mean, I think, again, when you talk about a laptop, uh, laptop's not a document. It is, it's a bizarre thing to think of all the files that are on a laptop. And so, you've gone through, and you've done this work. And you said you found how many crimes that you found documented on this laptop? |
| | G. Ziegler | This is, this is a conservative estimate, this is what we have two pieces of corroborating evidence for. The number is 459 violations of state and federal laws and regulations. So, uh, there could be as many as, you know, 750. But we would need more, say, subpoena power to really hammer down on those. But 459 that I think is a, is an extraordinary number. It runs the gamut from money laundering offenses to Foreign Agent Registration Act violations, to again, tax evasion. I want, I want all the viewers to know that Joe Biden committed tax evasion with his son Hunter, and this is currently what Hunter is under federal investigation for. But our motive for doing this report was not because we think Hunter is going to see justice at the federal level. It's to get state-level prosecutors interested. Because Joe's – Hunter's daddy can't pardon those |

| Minute | Speaker | Dialog |
|---|---|---|
| | | crimes. And so, this is something they're not wargaming over. This is, this is a new thing we've kind of put on the table as there are multiple states that have their attorneys generals – so not New York, not California, not crazies – who could prosecute these crimes, because they're within the statute of limitations. |
| | E. Metaxas | So, what, you know, there's so much here, um, Garrett. So, I guess let, let's talk about what we're talking about. First of all, there are some crimes – you talk about tax evasion. I mean, Al Capone went to prison for tax evasion. But we don't think of him as a criminal because of tax evasion. We think of, of him as a criminal because he was a thug and a murderer, and the head of a crime family. So, he oversaw just tremendous levels of crimes, horrific crimes. But he was busted for tax evasion. So, tax evasion is one of the things that are in here. And then there's other stuff that's just gross, there's, you know, prostitution and drugs. But of course, the American people, as horrified as we are by that, and heartbroken to think of anybody's son, you know, um, in that situation, we're talking about what sounds to me like organized crime. Like a high level of corruption, uh, with the Vice President of the United States, who is now technically President of the United States – |
| | G. Ziegler | Yes. |
| | E. Metaxas | And that's why we're talking here, not just because – |
| | G. Ziegler | Very good. |
| | E. Metaxas | You know, we discovered the filth on Hunter Biden, but because it goes back to his father, who is now the most powerful man in the world. |
| | G. Ziegler | Yes, very good point. Hunter calls him his chairman. That is in direct correspondence with Tony Bobulinski, James Gillier, Rob Walker. Tony Bobulinski, uh, really helped us in the preparation of this report. I had multiple conversations with him, hours long, about all of the text messages that he released to not only Congressional investigators, but the FBI itself. In fact, Tony Bobulinski confirmed to me that on two separate occasions, Xi Jinping was personally involved in approving potential meetings between Joe Biden and the Ye Jianming, a now-since-disappeared CEO of a Chinese oil conglomerate. And so, what this means is that the, the General Secretary of the, you know, of the CCP was personally involved in a foreign, in a foreign influence-peddling scandal with the Bidens. So, it wasn't just that, you know, these, these Chicoms were wanting to, to get their foot in the door. This was a state-directed, uh, enterprise. And that raises many, many questions. We know for sure it's a federal felony cuz they didn't register for the FARA, but we, we still don't know what they hold over the Bidens. I think it's a civic duty to, to release all this stuff so at least the blackmailers can't release what's on Hunter's laptop. But maybe they have other devices that they've backdoored. |

3

| Minute | Speaker | Dialog |
|---|---|---|
|  | E. Metaxas | Well, again, what we're talking about is a level of corruption that is hard to fathom. I mean, this is many, many decades. Joe Biden has been in public life for over 50 years. Uh, a career politician if ever there was one, amassing power and influence, and power and influence, and power and influence, over the decades in the Senate, folks, powerful person! And we are now at a point where he's the President of the United States, and it seems clear to, to me and to many people, that he's compromised. Uh, that he is compromised with China. Uh, at least with, with China, and with so many others. But that is undeniably tremendously significant. There's just no way around it. So when they tried to spike the story of the Hunter Biden laptop, or when they did spike it in October of 2020, I thought to myself, this is the biggest scandal of anybody's lifetime, because this is, uh, a corruption scandal bigger than anything, on top of he's running for President of the United States, and the media refuses to tell the American people who this man is and what he has done. And that is what you're doing in this report. |
|  | G. Ziegler | Well, well, I was just gonna say that's why I spent so much time on this. If it were just a U.S. Senator, I wouldn't have, I wouldn't have sunk so many months into it. But it doesn't get higher than this. There's the General Secretary of the CCP, the head of the European Commission, and then there's Joe. On planet earth, it really doesn't get higher than that. And so, I think it's a worthy investment of our time to study the makeup, motives and um, and, you know, motivations of, of uh, the, the American first family. You know, I learned so much about how they operate. They always use aliases and initials, and it really is a RICO operation. We do cite that statute once – Racketeering and Influence and Corrupt Organizations. I actually called the author of the statute, this law professor named Robert Blakey, was a four, was a professor for 40 years at Notre Dame. He wrote RICO, and I called him up and I said, "Hey, I'm doing this dossier on the Bidens" – |
| 0:10:32 | E. Metaxas | Wait a minute – he wrote the RICO statute? |
|  | G. Ziegler | Yes, he was basically the – |
|  | E. Metaxas | Okay folks, stick around, plenty more. This is a report on the Biden laptop. That's the title report on the Biden laptop. Marco Polo, uh, the author. |
|  | E. Metaxas | Folks, we're talking about some very, very important and horrifying stuff. Um, Marco Polo is this, um, nonprofit research group that has pulled together the information, uh, found on the Hunter Biden laptop. They've published just now "Report on the Biden Laptop." And this gives you chapter and verse on everything we're talking about. And the reason we're talking about this, and Garrett, we were just talking about this idea that this is as high-level crime as, as it gets. This is a level of corruption that is, that is monstrous. So, it's – when you're talking about organized crime, we're talking about organized crime. But imagine if, you know, the Gambino family was |

4

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | working with the Chinese, you know, to undercut Americans. You'd say, well, well, that that that the mob doesn't do that. We're talking about actors on the world stage, who are operating in corruption and criminal activity that – it literally affects the whole world. That's why you've done this deep dive. |
|  | G. Ziegler | Well, it's, it's interesting you mentioned the Gambinos, because they actually do make an appearance in this report. There is one degree of separation between the Gambino crime family and the Bidens, and it's very particular. It involves a family called the Galanis family. And there's the, the head honcho, John Galanis, who was sentenced by – who was prosecuted by Rudy Giuliani in the 80's. He was sentenced to the, to the longest sentence ever at that time for a white-collar criminal. His son Jason was business partners with Hunter in an Indian bond fraud scheme. There's a man in New York City right now, his name is Devon Archer, you probably know of him. Long-time Biden family partner, and he was just sentenced in February of 2022 to a year and a day in prison. Uh, for this bond fraud scheme. Everybody in the scheme was indicted and sentenced, besides Hunter Biden. At that time, Hunter's assistant Katie Dodge was married to a man, Conway, he was the director of enforcement at the SEC. That's why Hunter wasn't indicted. So, all these folks were indicted, not only in the SDNY, but at the SEC as well. And so, the Gambino crime family through the Galanises are connected to the Bidens. I know that's an incredible sentence, but this report is the first time that it, that it goes into those connections. Why? Because we had the cooperation of Jason Galanis's brother, Derek Galanis. |
|  | E. Metaxas | Tell, tell us again, because I cut you off in the last segment – RICO – R.I.C.O. The reason it's called RICO is because of the, the, the film with, with, um, "Little Caesar" with Edgar G. [*sic* Edward G.] Robinson and Rico and, you know, it's kind of like a Mafia name "Rico" – Mafia name from the 30's. But the RICO statute, um, talk about that for a moment, and how you think that that applies – organized crime, uh, is the only way really to frame this. That we're talking about genuinely organized, planned, on a large scale, crime. |
|  | G. Ziegler | Yeah, so it, yeah, it was written, um, obviously by the U.S. Senate and it was written with the help of a guy named Robert Blakey, and I called Blakey up. He's a retired law professor, he lives in Tucson now. He's 90 years old, and I told him what my project was, and if I could talk to him. And he hung up on me immediately, because he was actually Joe Biden's chief counsel in the Senate for years. So, the guy who wrote the RICO statute was by Joe's side, and probably advising him on the very statute that he helped craft. And we cite it once because Hunter admits to his daughter, Naomi Biden, who, by the way, was the first grandchild of a President who married at the White House in U.S. history – 222 years White House has been around – and he told Naomi Biden, this is Hunter talking again, that |

5

| Minute | Speaker | Dialog |
|---|---|---|
| | | quote, um, "It's very hard to pay for everything in this family for 30 years, but don't worry, unlike Pop, I won't make you give me half your salary." So that's the one time we cite, we cite the RICO statute. And, and, and basically what we have here is this: Hunter admits to his oldest daughter, Naomi, that for 30 years he has been shoveling cash to his father under the table. And this is sort of expected of Hunter. He's the family bag man. He is not that sharp. His IQ is probably 100. He's just not – he doesn't handle the complicated stuff. Hunter's job is to make the introductions, make do the first cocktail party at the, you know, in China, and then go home, or just hang out in his, you know, hotel room. |
| | E. Metaxas | It sounds if, if we have to go to the Godfather, I think we're talking about Fredo. |
| | G. Ziegler | Yeah, you know, it's – |
| | E. Metaxas | We're talking about Fredo. |
| | G. Ziegler | Yeah, if, if Fredo were –Beau, who has since died – he was, uh, he was gonna be in, in, you know, he was going to be Joey 2.0. He was the AG of Delaware. He was gonna run for governor, and then he died. And so, um, you know, that, throughout their entire life, Joe looked to Hunter to make the family cash, you know, his retaining – Hunter was expected to pay for things as innocuous as like, his stone retaining wall for his lake house. And that, that was just how it was. Because the laws don't extend to the President or to, to the Vice President's son, assuming he's not violating FARA, which he was. So, the exact thing they got Paul Manafort for, Mueller did illegally, cuz it was outside of his purview, quote-unquote. That's the same statute that Hunter violated as his business model for over a decade. |
| | E. Metaxas | I mean it, it's incredible cuz they, they joke around that, you know, Chris Cuomo is, is like Fredo. But the fact of the matter is, as you described this, and it's sort of, it's sad and it's sordid, folks, there's no, there's no, there's nothing good about this. It's sad and it's sordid. But it does sound like Hunter Biden was, was, is the Fredo figure here. And, um, he's being dispatched to do this and that, you know, pick up somebody from the airport, uh, whatever it is, we have this record, and it is a record that points very clearly, very clear, it's just not deniable. You just, they're, they're going to be people who are gonna deny it and they don't, they don't like it, but it's not deniable, if you dare to care about facts, uh, and truth. We now have this information so, the, the report on the Biden laptop is out, uh, and the, if people want to find your website, what's the website? |
| | G. Ziegler | Marcopolousa.org is our main website. Marcopolousa.org has all of our social media, all of the feature – we, we've been cited about 170 times in media stories over the last year, providing our research to different media outlets. And we've had, we have some quick, quick URL's that we're putting on billboards. One of them is |

6

| Minute | Speaker | Dialog |
|---|---|---|
| | | Here'sHunter.com. That goes directly to the online version of this report. |
| | E. Metaxas | Okay, so marcopolousa.org – |
| | G. Ziegler | Yes, ma'am. |
| | E. Metaxas | Folks, if you call me ma'am again, I'm gonna come through that – marcopolousa.org |
| | G. Ziegler | I said "man." Can you not hear me? |
| | E. Metaxas | We're having fun. We're having fun here. Marcopolousa.org. But folks, this is very serious. Very, very serious. Um, we'll be right back. |
| | E. Metaxas | Folks, we are talking to the man behind Marco Polo, marcopolousa.org, uh, Garrett Ziegler. Garrett, this stuff just beggars belief. Again, um, the idea that there's corruption, we've always known it. But the idea that then there is a laptop left behind, uh, at, at a repair shop that is the mother lode. It's the Rosetta Stone unlocking everything that points to the big guy, Joe Biden, as the head of an organized crime family. Now again, folks, there's there's nothing funny about this. This is true, and we're talking about, uh, corruption and collusion with China. Uh, with other countries, but China, most specifically, which would compromise someone, uh, if somebody's in the federal government or in the government at all, and they would have these, these deep ties to China, and it seems to me that China would have, uh, all kinds of damning evidence that they could use to blackmail Hunter and blackmail probably Joe, and it's, it's just filthy, but we have to deal with it. We have an obligation to deal with it, especially when this guy has, uh, staggered into the White House. So where do you see, before we get into more details, where do you see this conceivably going? Are, are, are, are the media, uh, beginning finally to deal with this stuff that, that we now know is here? |
| | G. Ziegler | Well, our report was written and distributed with the, with the intent to sort of back Republicans into the corner, and not let them say that they need to do another investigation. My biggest fear is that this becomes a big Benghazi 2.0, where they have these hearings that generate a lot of media outrage, and spectacles, and C-SPAN clips, but no criminal referrals actually get, you know, submitted. And so, I've met with both houses, Congressional investigators from both the Senate and the House, and told them basically a list of who to subpoena because they have powers I don't, obviously, and I hope that a state-level prosecutor or a county-level prosecutor looks at the undeniable evidence in this, and the paper trail. I mean, it is like you said, it's a very, uh, it's a very incredible scenario we have here where he legally abandoned his laptop, it's not his property anymore, it was the laptop shop owner's, and, you know, it's as if Caligula's son left his laptop at a Roman repair shop. That's basically what I've been, that's what I – in Detroit last Thursday, that's how I described it to people. Imagine if Caligula had a son – |

| Minute | Speaker | Dialog |
|---|---|---|
| 0:20:06 | E. Metaxas | The only difference between Caligula and Joe Biden is Caligula was not working with the Chinese, because he had standards. He had standards, he would not do that. And Caligula did not ever work with the Chinese. It's – |
| | G. Ziegler | I was – I was working under Peter Navarro in the White House, and Peter's main, main issue was China, and so that's why I got interested in this. I think if Hunter was doing business with Britain, Japan, um, South –you know, South Africa, I wouldn't have committed this much time. But knowing what I do about the Chinese and their, their industrial policy. And how they're just horrific – the, the, the, they, they do organ harvesting to this day. It's insane – |
| | E. Metaxas | We've talked about that on this program, Garrett, and that's the, this is the point, is that this is the – I, I have to lay this out. It's like doing business with the Nazis. Okay? In 1936-37 there were tons of other countries and people doing business with the National Socialist regime in Germany. As far as they were concerned, we're doing business with Germany, not with Hitler, with Germany. Oh, yes, he's the head of it and whatever. But the point is, when you find out who the Nazis are, you say, well, so millions of Jews and others are gonna to be murdered and tortured, and you're doing business with the people who are overseeing that. And you can sleep with yourself at night, you can look at, you can look in the mirror, and you know that you're helping them commit, uh, unspeakable evils, and you are helping to fund that, helping to make that possible. So, we know that that's who China is. And by the way, that's a separate issue. That's one moral issue. But then there's the issue of China is our enemy. China, on innumerable fronts is the enemy of the United States. |
| | G. Ziegler | Well, the Belt and Road Initiative – |
| | E. Metaxas | What's that? |
| | G. Ziegler | The, the, I was just gonna say the main FARA violation that the Bidens committed with the Chinese was with this oil conglomerate called CEFC, and they were the quote-unquote "private sector arm" of the Belt and Road Initiative. So, what we have here is the Bidens wanting to, to spread the Belt and Road, which is basically their version of colonialism, their version of debt trap diplomacy, whereby they build infrastructure in developing poor countries, the loans default because they can't pay it back, and then they get that infrastructure, uh, through, you know, through seizure. So, the Bidens were all, they were totally cleareyed about what they were doing, and they wanted to spread Chinese colonialism, um, and, and basically mercantilism across the globe. That's what CEFC was. And so, it wasn't just a Chinese influence op. It was the worst, sort of their new Silk Road. Their, their path to Han supremacy. The Bidens wanted to facilitate that. |
| | E. Metaxas | This is very dark. This is very dark, but it's a very important – |

| Minute | Speaker | Dialog |
|---|---|---|
|  | G. Ziegler | And they're federal felonies, because of the money laundering offenses, right? It's not just – and we do have a 90-page section on influence peddling. Those are scenarios whereby, uh, Hunter is corresponding with people and they're scummy and swampy, but they're not necessarily criminal, and so we do have 90 pages that – like Frank Luntz, a Republican huckster. There are many, many Republicans who are friends with Hunter – Strom Thurmond's son-in-law – Hunter's buddies, buddies, you know – and that's how Joe became famous. He was chummy with all these Republican senators. And the only thing that I can deduce that Joe believes in – you mentioned he's been here now 50 years come November – um, is Joe Biden. That's the only thing. He's changed his position on busing. On taxes. On abortion, even. But he does believe in Joe. And I think that's one – that's the overriding belief that he has. And same thing with Hunter. I can't – over 10 years of correspondence, I don't know what the guy believes on taxes, on trade, etcetera. But I do know that he believes in Hunter, and I think that's their main goal, is to make sure that Joe maintains power through whatever means possible. If, if, uh, if Chuck Schumer woke up tomorrow and didn't believe in abortion anymore, I think Joe would flip, because it would help him maintain power. He believes in nothing. |
|  | E. Metaxas | Yeah, he believes in nothing but power, which is as evil as it gets, folks. That's exactly what career politicians are, and it's why the founders didn't want us to have career politicians. We're supposed to have Cincinnatus at his plow. You go, you serve, and then you go back home. Um, we're not supposed to have career politicians. We're not supposed to have a bloated federal government, because it leads to things like corruption, um, and crime, uh, and the death of America, and the death of American freedom. And so, um, that's what we're talking about. Uh, I wanna remind you, you can go to marcopolousa.org, uh, to find out more. We've got to get the word out. We've got to get to the bottom of this. We've got plenty more with, uh, Garrett Ziegler coming up. Uh, and while I've got you on the phone, folks, let me remind you, CSI, we are doing this, uh, this month, a fundraiser to free slaves in the Sudan. It's an astonishing thing. Everybody must participate. Go to metaxastalk.com. It would be the greatest Christmas gift you could give anyone on your list to free a slave in their name. It's a beautiful thing. Go to metaxastalk.com, you'll see the banner. We'll be right back. |
|  | E. Metaxas | Hey folks, welcome back! Uh, I just want to be very clear that my guest, Garrett Ziegler, never called me "ma'am" two segments ago. I was just playing with his head. He called me "man" because he's a young guy, and they say that, they say "hey man." Okay Garrett, bro, let's continue the conversation, because this is, it is crazy, crazy, crazy. It doesn't get bigger and more horrific than this. And I thank God that there are folks like you who are doing this work, since journalism is essentially dead in America, the mainstream |

9

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | media is dead. Uh, there's no one at Fox News doing anything like this. This is as important as it gets. This is important work. So, you pull this to – go ahead. |
|  | G. Ziegler | I was just going to say thank you for that compliment, and one person agreed with you, and he is within the anti–money laundering department of a major U.S. bank. He was subscribing to my telegram channel last October, and uh, he commented on one of my posts talking about Hunter Biden's money laundering, and he asked me if I wanted to, uh, to see a suspicious activity report. And my red flag, you know, went up, cuz I think he's a Fed. He's probably an entrapment guy wanting to, uh, give me to look at something I'm not legally entitled to. But sure enough, our private investigator looked him up, and I'm not releasing his name, but anyways, this guy ended up sending our nonprofit, small nonprofit, five SARS, which we then published unredacted on our website. You can go look them up. And what these SARS detail very specifically, and Jamie Comer, the Congressman has 150 SARS from another U.S. bank, Morgan Stanley, is – not only is Joe Biden named directly in these suspicious activity reports, again, these are documents submitted from U.S. banks to the U.S. Treasury Department, um, detailing suspicious activity, likely violations of federal law, round dollar wire transfers, money to foreigners, uh, payments with no, you know, no apparent economic purpose. These SARS detail all of the wire transfers from, uh, Burisma to Hunter Biden using a money laundering tool called Privat Bank. Which was beneficially owned by Ihor Kolomoisky. It talks about Hunter's payments to, uh, to pimps. We have three confirmed cases of human trafficking in this laptop. I can say that absolutely bet my life on it. Hunter was moving women across state lines for the purposes of sex. That's a clear violation of the Mann Act. Ghislaine Maxwell and R. Kelly, respectively, just got sentenced to 20 and 30 years in federal prison for that. One of which, one of the human trafficking episodes involved Amtrak, which, as you'll recall, Hunter Biden was the Vice Chairman of. George W. Bush nominated him in 2006 and at his Senate confirmation hearing, the qualifications that Hunter Biden put forth for wanting to be the Amtrak Vice Chairman was he rode trains a lot. It was honest to God his qualifications. And so, Hunter Biden used a mode of transportation, namely Amtrak, uh, that he was the Vice Chairman of for the, for the federal government, to transport women from the Back Bay Station in downtown Boston to New York Penn in Manhattan. This occurred on December 12th, 2018, and he was staying at the, um, at the uh, at, at a hotel, and there, it was actually a threesome that night. And we actually have the Amtrak tickets. |
|  | E. Metaxas | So, so, he sent out, for, for Massachusetts prostitutes? We're in a city like New York – |
|  | G. Ziegler | Totally. We have the exact text message. Yep. |

10

| Minute | Speaker | Dialog |
|---|---|---|
|  | E. Metaxas | I mean, this is so – it's so sick. I, it sounds like I'm, I'm joking, but I mean, I mean you – again, the, the reason I think this is all difficult for the media to process, is because it's every – it's everything, it's everything. I mean, if all you had, I mean, I remember when I was a kid, uh, Jimmy Carter caught hell because his brother Billy, you know, would kind of mouth off. And he was kind of a crazy figure. Billy Carter. Right. But Billy Carter was like somebody out of Mayberry RFD. We are talking here about endless crimes. Just filth, depravity. And then of course influence peddling. And then money laundering, and it goes on and on. But, but again the key is, it all points back to Joe Biden. This is the, the ultimate horror, is that it would be one thing if you had a kid that's a troublemaker. He's going rogue. It's like Billy Carter, you know, I can't, I can't talk about my brother, and my brother he just does what he does, and I can't help that he's my brother. Well, this is not that. This is a President. Uh, when he was a Senator and a Vice President who orchestrated, uh, a lot of things through his son, and that's, of course, where this ends up, why we are here. |
|  | G. Ziegler | Yeah, and, and think about the double standards. You think that this uppity white guy named Hunter Biden, who went to Yale, with the help of Bill Clinton, by the way. He, Bill Clinton called the Dean of Yale Law School from the Oval Office to try to get Hunter in. You'd think that Hunter would – |
|  | E. Metaxas | Wait a minute – Hunter Biden went to Yale Law School? |
|  | G. Ziegler | He did. Now it's a – |
|  | E. Metaxas | This is the first I've heard of this. |
| 0:29:59 | G. Ziegler | It's, it's a hilarious, uh, chain of events. This is in 1996. Bill Clinton calls Calabrese, who was then a federal judge, and he got confirmed after this all happened – by who? Joey Biden, he was the Chairman of the Judiciary Committee. So, Bill Clinton calls from the Oval Office to Calabrese to get Hunter into Yale Law School. Calabrese's like, "His, his grades, aren't good enough, have him go to another school for a year and he'll transfer in." Well sure as hell, he went to Georgetown Law for a year, transferred in, took the last two years at Yale Law School. |
|  | E. Metaxas | But even getting into Georgetown Law, you know, you, you can't be, you can't be a Fredo and go to those places – |
|  | G. Ziegler | Hunter wrote a poem for it. That's what he, that's what his qualifications for. He didn't write an essay like us mere mortals have to do. Hunter Biden wrote a poem for it, and he brags about this in his in his semi-fictional meme-oir, "Beautiful Things." |
|  | E. Metaxas | Well, I want to say, again, that there's a lot to this, and there's a human side of this, of course. In 1996, this is, you know, 26 years ago, there was still hope for Hunter Biden. There was hope. You can imagine this powerful, powerful father trying to get his son on the right track. The, the, the son is a troubled, a troubled kid, and he's trying to get him on the right track. Trying to pull strings, trying to |

11

| Minute | Speaker | Dialog |
|---|---|---|
| | | use the President of the United States to get him into Yale Law School. And so again, that's 26 years ago, and we know that he didn't get on the right track, and we know that he ended up effectively being a bag man for his father. A useful, um, idiot, you could say. A useful, um, a useful, a useful figure in his father's vast operation. And again, it's heartbreaking. But it needs to be dealt with, and that's why we have to see criminal referrals and that's why, uh, Garrett Ziegler has published "Report on the Biden Laptop." So, Garrett, where could this go? In other words, it seems to me that if a tenth of this, uh, is revealed and, and dealt with properly, Joe Biden would have to leave the White House. |
| | G. Ziegler | Ideally what occurs is a Attorney General for a, a, a sane state – again, not New York or California – some state like, say, Arkansas, where Hunter's financial advisor is, Edward Pruitt. If they brought money laundering charges, it would be outside of Joe's scope. He couldn't pardon it. And they would carry substantial state jail terms, and, uh, civil forfeiture. And, and remember when Paul Manafort got, got convicted of FARA violations, all, his Long Island mansion was seized, all of the money that Hunter Biden made – |
| | E. Metaxas | But we're talking about Hunter Biden. In other words, if Hunter Biden goes to jail, that doesn't save America and Joe Biden. |
| | G. Ziegler | Well, true, but I was going to, but I was gonna finish that by saying, if a state prosecutor looks under the hood, and actually starts investigating these things, sending subpoenas, calling witnesses, indicting Hunter, Joe will come up. Absolutely. And who knows where that leads? I mean, we have Joe on seven, on seven federal felonies here. We have no evidence that Joe committed a state, state-level crime in Arkansas, but we just have the laptop. Who knows what digital, uh, digital evidence is gonna come up? Maybe Joe was involved in the wire transfers that touched upon Arkansas. And – cuz remember, Hunter had that, that bank account at Wells Fargo through Edward Pruitt. ==One thing that I want your listeners to know is that I took the time to call each and every person that is named in this report==, and all of the hookers, pimps and drug dealers. So, I called each and every person in the Biden laptop. Most of them told me to F off. And some of them, uh, talked with me. ==And so, I think that's a contribution I made, is every single person who we accuse of committing a federal felony in here, I called them and asked for an alternative explanation to this situation.== You know, help me read this in a different light, if you will. It was, was this setting – am I describing this wrong? ==And nobody will dispute it. And not one item from this laptop has been proven to be fabricated. It's all real==, which makes their heads explode. Um, and we actually, you know, we have this site called Bidenlaptopemails.com – we put all these emails online, um, and 128,000 of them – and ==we found people searching for their own name in that,== in that cache, cuz they think they're gonna, you know, gonna be implicated in this. So, it's a |

12

| Minute | Speaker | Dialog |
|---|---|---|
| | | Republican and Democrat, uh, thing that they don't want to touch, they don't want to address it. The letter that was signed on October 19th, 2020, by the former Spooks, there were more Republican signatories on that letter than Democrats, which is a thing that most people – |
| | E. Metaxas | It's, I mean again on the one hand, it's just a sordid horror. On the other hand, it points to corruption at the highest levels of, of the U.S. government, and that needs to be dealt with. We'll be right back talking to Garrett Ziegler. He's the founder of Marco Polo, marcopolousa.org. |
| | E. Metaxas | Folks, the title is "Report on the Biden Laptop." Very simple title, "Report on the Biden Laptop." Uh, the name of the group that put it together is Marco Polo. You can find them at marcopolousa.org and Garrett Ziegler is the founder of Marco Polo. So, this was a monumental, uh, herculean effort, Garrett, by you leading the team, six people, doing the research. And of course, doing what journalists should be doing in America, and refuse to do, because they are in the tank for Joe, it seems. |
| | G. Ziegler | Yeah, especially, especially the center-left on. I mean this – we're really an open-source intelligence collective. What that means very concretely is we took all of the exhibits from the laptop, all the emails, all the text messages, all the photos. And by the way, all the photos have EXIF data on them – that most of them do, which means they have latitude and longitude coordinates and all the metadata associated with it. So, a lot of this was digital forensics work. What my day looked like was putting, putting together each statute violation, assembling the exhibits in the report that proved that statute violation, and then looking at the people involved. And then running background reports on them with our private investigator. And we would find through those reports different LLC's they owned, uh, different, different ways they connected to Joe, because remember this, this is why we, we – the, the title is "the Biden Laptop," not "the Hunter Biden Laptop," because so much of the correspondence is about Joe, so much is how they – so much is talking about how they leverage Joe's public position for private gain. And remember, this is not just his son, his brothers, uh, Jimmy and Frankie are involved, and their, and his sister Valerie. You know, I don't know if people realize this, but the Bidens have had their own Chappaquiddick moment. Joey's little brother Frankie was in the passenger seat of a car that struck and killed a man in the 90's named Michael Albano, just like the – just, almost like the Ted Kennedy scandal, exactly. Although this was a man. And after they hit the guy, the other two witnesses in the car said Frankie Biden told him to keep going. So, this is – to keep driving, and then Frankie Biden was the one who rented the Jaguar convertible that hit Michael Albano. It took him 22 years. So, Frankie made, made two, two, uh, daughters with, you know, go through life without a father. |

13

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | And it took him 22 years to get payments from Frankie. Only when Joey started running for President – |
|  | E. Metaxas | Now wait a second. So Frank is the brother of Joe Biden? |
|  | G. Ziegler | Yes, he's the youngest one. He lives with a Hooters waitress down in Florida. He refuses to marry her. She's been his partner for 12 years. |
|  | E. Metaxas | It's, uh, it's, it's, it's dirty stuff. But again, I just want to be, yeah – |
|  |  | Hunter Biden's – Well, I was just going to say that we struck a nerve. The reason why we weren't listed as the potential defendants for any lawsuit against Hunter is because they, they won't really touch me. I've already got under the skin of Hunter's attorney. Kevin Morris personally threatened me. Said I needed to pick out outfits for jail. And he was going to bankrupt me and my parents. Uh, Kevin Morris, you can go look it up – |
|  | E. Metaxas | What a nice guy. Yeah, hats off to you for being a sweet guy. |
|  | G. Ziegler | This is the guy working hand in glove with David Brock right now, running a dark money group called Facts First USA, whose sole job it is to throw cold water on my group and the Congressional inquiries into Hunter Biden. David Brock is at the center of this. |
|  | E. Metaxas | And, and again, uh, I wanna be clear. As filthy, dirty, sordid, sad as this is, at the end of the day it's about the most important person in the world, Joe Biden, who has overseen, uh, what looks like an organized crime family, using his power, uh, to enable all kinds of evils. But at the heart of it, um, it affects every person in the world because the policy we have with China, uh – |
|  | G. Ziegler | Yeah – |
|  | E. Metaxas | The policy we have, the, the internal things in this country, are all affected by this. That is the point, and that is why I believe Joe Biden ought to be driven from office. That any Democrat with a, with a soul or a conscience at some point realizes we can't carry this guy anymore. Uh, he, he used – he served his purpose, uh, but it doesn't seem possible to me that if a tenth of this is true, that Joe Biden could remain in office. That's my theory. |
|  | G. Ziegler | Well, he's the, he's the perfect puppet for the oligarchy because he's completely controlled. Well, they basically have him on a very short lease – leash – and once he diverges in any way, they just pull the bit, sort of like, you know, riding a horse. And so, I, uh, you know, one, one last thing I want to get across is we, um, we, we go through each and every interaction. If somebody is able to go through this laptop and find a crime that we didn't find, I will be very impressed, and I will, I will be very glad. But there's at least 459 violations here. And you know, beyond just the money laundering and the, the sex trafficking – confirmed three cases of it – Hunter was dealing in crack cocaine, so it's not just that he was an addict, it's that he was dealing it, dealing in it himself, which is something that Kevin Morris, Joey and Hunter never want people to talk about. They just want this sob story of the wayward son, the, you know, the, the |

| Minute | Speaker | Dialog |
|---|---|---|
| | | prodigal son. But there's, there's evidence that he did much more than just snort cocaine – |
| 0:40:13 | E. Metaxas | Okay, yeah, he's, he's dealing drugs and he's trafficking young women for sexual purposes. I mean, that's not – |
| | G. Ziegler | Totally confirmed – |
| | E. Metaxas | That's not a, that's not a screwy kid, folks. That is a criminal. |
| | G. Ziegler | Yeah, and think about, think about all of the subpoenas that Mueller's team sent out. Cuz remember, when we launched this project, we compared our, uh, dossier in our project with the Mueller report, we said it's probably going to cost us $150,000 to do – cost us $140,000 – to hire, get all the background checks, hire the attorneys, etcetera. Mueller's report cost $17 million, had many more people involved and produced no proof of collusion and they sent 2,000 subpoenas. So, imagine if I could send 2,000 subpoenas, what criminality – so if anybody's watching this and they hate Donald Trump, and hate me personally, think of all of the subpoenas they had about – sent to Trump's family, his associates, and they couldn't find anything. This is one device, and I don't have subpoenas, and I found all this information. So, imagine if we did have subpoenas of the Bidens, what I could find, and I, I would know the exact thing to subpoena. One thing I told Congress that we figured out in this report, Eric, is we found the private line that Hunter's firm had paid for. Hunter's firm Rosemont Seneca, which was in part funded by foreign oligarchs, paid for Joe Biden's second iPhone during his entire Vice Presidency. It was a way for Hunter to get a hold of his daddy no matter where he was or who he was meeting with. And that second iPhone, and we put the number for it in this report cuz it's inactive now, it, it was, uh, run by AT&T, it was an AT&T carrier, and they'll have, they'll have those records. Even if they don't have the audio files, they'll have who that person called, when and for how long, and that'll be where a lot of this stuff occurs. Because Joe, unlike Hunter, hates email, and so he'll do every, everything over the phone just like a Mafia don. So, we tell, I told the Congressional investigators, subpoena that phone line, just like they did with Mark Meadows and all my former colleagues, subpoena that phone line. You'll get a treasure trove of intel. |
| | E. Metaxas | Again, I, I um, you just can't overstate this, folks, and you don't even know where to, where to begin. First of all, the idea that what is undeniably a mother lode, uh, of criminal activity and information and evidence, was spiked by the media, with the, with the, with the deep state, with all of those bums, cowards, traitors to America, who signed and said this is probably Russian disinformation. |
| | G. Ziegler | All of the hallmarks, it's so ridiculous. |
| | E. Metaxas | Again, if you need, if you need, if you don't know where you stand on Joe Biden, and on Trump, and whatever, you just look at something like that, that's, that's where my head goes, is I, I look at that and I think to myself, why would they do that? If you're |

15

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | interested in the truth, you don't do that. You don't put the full weight, uh, of your career, uh, toward making people not look at something which looks to most people like a smoking gun, and of course, proves to be a smoking gun in time. Um, obviously, uh, all of this stuff, now because of the Twitter files and Elon Musk, we're noticing that, uh, all this stuff is beginning to come out. So, I, I think based on what you've done here, uh, Garrett Ziegler, in this Report on the Biden Laptop, and what's going on with Twitter, I have hope that these things are coming to light, that we will see the truth in this country. |
|  | G. Ziegler | Mm-hmm. Yeah, I look at justice as a very high bar, right. The history of the world is one of rape, pillage and sin in the umpteenth degree. But truth – our nonprofit did achieve truth. We didn't put out a limited – we, um, oh darn it – sorry about that – the microphone – |
|  | E. Metaxas | No, I can hear you. You're, you're good. |
|  | G. Ziegler | Apologies. |
|  | E. Metaxas | That's okay. |
|  | G. Ziegler | We did achieve truth in this. Even if justice is unattainable, uh, in this life, of course, and especially at the federal level, I am pleased with the fact that this, um, that somebody, if they, if they take the time to read these 650 pages, they will get a cleareyed view of the American first family and all the crimes they committed. And it's a – you know, Nietzsche predicted this in 1884. Nietzsche obviously was a son and grandson of a Lutheran pastor. He not only predicted both world wars after his, you know, famous "God has said" statement. But he talked about what the 21st century would be like, and it is the total eclipse of all values. So that's what we're living through right now, we're living – |
|  | E. Metaxas | The, the total, the total eclipse of all values, and to me, again the irony, just to be clear, is that they said all of the stuff that is true of Joe Biden and his family, they said about Trump, and they tried to sell that narrative and sell that narrative and sell that narrative and do everything they could with the full force of, of the U.S. government, and weaponized, uh, agencies. And so far, nothing, nothing, nothing, and more nothing. And yet here we have "Report on the Biden Laptop" cataloguing actual crimes, um – |
|  | G. Ziegler | 2000 footnotes. |
|  | E. Metaxas | 2000 footnotes. 630 pages. It's, it's – |
|  | G. Ziegler | Yeah, we archived each URL. This took me like three weeks. But I went through and archived each. So, if somebody can't take it down. |
|  | E. Metaxas | We are, um, we're out of time, but God bless you, Garrett Ziegler. |
|  | G. Ziegler | Thank you for your time. |
|  | E. Metaxas | Marcopolousa.org is the website. Marcopolousa.org is the website. We'll be right back. |

| Minute | Speaker | Dialog |
|---|---|---|
| | E. Metaxas | Folks, this is your daily reminder to please go to mypillow.com or mystore.com and to get huge savings, use the code "Eric". If you don't believe me, here's some celebrity friends. |
| | | [Commercial] |
| 0:45:52 | | [END OF RECORDING] |