# Exhibit D

**Garrett Ziegler and Tyler Nixon on Roger Stone Podcast – Dec. 2022**

Attendance:   Garrett Ziegler
              Tyler Nixon
              Roger Stone

Date:         On or about December 9, 2022

| Minute | Speaker | Dialog |
|---|---|---|
| 00:00:00 | Stone | But here to help us refute all of that, and to break down the epic corruption represented by the evidence in what was not Russian disinformation, but are the actual contents of Hunter Biden's laptop, is Garrett Ziegler of the Marco Polo Foundation. |
| | Ziegler | Thank you very much, thank you Roger, pleasure. |
| | Stone | Thank you very, very much for joining us. First of all, just as someone who's written five books, the level of research and the depth of research you have done here is gargantuan, I mean it is a herculean task. I was very impressed by the piece uh in the UK Daily Mail, and uh this is euphemistic, but I think they identified or you helped them identify 435 or 439 individual crimes. Tell us what's in Hunter Biden's laptop. |
| | Ziegler | Well that piece from the Daily Mail was very good for traffic, but they actually got one thing wrong, which is we have counted seven felonies that Joe committed. And the, the figure you cited is 459 and that is an absolute conversative estimate, meaning we had to have two pieces of corroborating evidence to say that there was a violation of state and federal laws and regs. And so to answer your question very directly, what we have is a cornucopia of federal felonies that, uh, that make what Paul Manafort did with regard to the Foreign Agent Registration Act kid's play. In true gables fashion, the exact thing that they accused Donald Trump's associates of doing, yourself included, they did in spades and with many more countries than just, say, Russia or China. We actually have six different countries in the report. Hunter represented foreign principals from six different nations. And remember, that is legal in the United States, you just have to register with the Justice Department. And so the lion's share of felonies that we cite, over many jurisdictions – SDNY, District of Columbia, the District of Delaware, where the "investigation" is currently going on into Hunter – there are FARA violations, money laundering, and three documented cases of sex trafficking – that means moving bodies over state lines. And it was a team effort, Roger. And as some of, you know, before this interview today, I re-watched a talk you gave, uh, in, in Texas about the book you did about Kennedy's murder, and I was, uh, I was very excited to come on, and I know, you know, Hemingway once said that writing is very easy, all you have to do is sit down and bleed. At the, at the typewriter in his case, at the word processor in mine and yours. And it really was a team effort, and it took me 13 months and 644 pages, and we have not had one left-wing |

| Minute | Speaker | Dialog |
|---|---|---|
| | | debunker yet. And so I'm, I'm happy to get into the details, I know you're a stickler for details, and my cousin – second cousin – was Nixon's press secretary, so I'm doubly honored to be talking with you today. |
| | Stone | I'm glad you brought that up, I was gonna ask you how your uncle Ron Ziegler was. So, uh — |
| | Ziegler | Yes, second cousin, I only met him once. I was 8 when he died. Um, you know, he was one of the few people to go to San Clemente on the plane on August 9th. But I didn't get to talk to him much before he died. |
| | Stone | He was famously quoted when confronted about something that he had said that turned out not to be true, he said, "Well my previous statement is no longer operative." I thought that was — |
| | Ziegler | Yeah, I definitely don't want to be held to account on every single thing he said, although it was good that he avoided indictment. But we do quote him once favorably in the report, which is, "Watergate was a third-rate burglary." And this, the felonies that are on this device, and we stay away from the purely salacious. Meaning the only time we put Hunter buck-naked holding a gun is when there are crimes involved, meaning hookers, drugs, etc. Uh, there is a small subsection of pure degeneracy in the endnotes and it is astounding. And just remember, this is not just a wayward son. This is his daughter-in-law, his daughter, they're all sex and drug addicts. And it wouldn't be that big of a deal if that weren't prime blackmail material. And so it's, it's I think an encyclopedia, and I know it's a bold statement for the Biden laptop. And we've been meeting with Congressional investigators and the last thing I want to do is hear from Republicans that we need to do another investigation. The investigation has largely been done. What we need are subpoenas, not the type that I received from the sham January 6th Committee, but actual subpoenas from a standing committee. And there are so many people in this involved: Devon Archer, Kevin Morris, uh the guy who set this up, uh Tyler Nixon. He, you and him are in our report actually, because uh some person named Kevin Morris, who paid Hunter's back taxes, uh is basically trying to put all the blame on Hunter's sins on you and Tyler Nixon and Keith Ablow, which is ridiculous. And so I reached out to Tyler in April, and I said, "This is what Kevin Morris has cooking. This is what's coming down the pike, and he's gonna launder this false intel from a guy named 'Brooklyn Dad' on Twitter" – I'm not sure if you know of this character – but it's really pathetic what they're coming up with now, to avoid talking about the real issue. |
| 00:05:26 | Stone | Another classic example of guilt by association. Tyler Nixon is not only a personal friend, but he's one of my personal attorneys, represented me for a number of years. As you know, he grew up in Delaware, he knew both Hunter and Beau Biden. He's a contemporary of theirs. He had no advance notice of the laptop. He heard about it at the same time as the rest of the American, American people. But |

2

| Minute | Speaker | Dialog |
|---|---|---|
| | | simply because he's from Delaware, simply because he's knowledgeable, they decided that, well, all lines trace back to Roger Stone. I learned about this story when I read about it, thank goodness, in the *New York Post*. It is, it is extraordinary, uh, this story of censorship. The fact that 31 intelligence officers, either current or former, have the *cojones* to come forward and say, "This is all Russian disinformation," prior to the election. Now, even the *New York Times*, the newspaper "of record", admits that laptop contents are real but not one of those public officials has come forward to apologize or retract their earlier statement. Which gives you some, which gives you some idea of the collusion between the political establishment, the so-called deep state, and the legacy media of today. What do you say to the claim, which of course you can see everywhere on Twitter, that Joe was not involved in his son's business activities? And of course the president himself has said he knew nothing, he never spoke to him about it, doesn't know anything about it. Would you knock that one out of the park for us? |
| | Ziegler | Yes, and we actually go into it. About 50 different pages in this report deal with allusions to Joe, Hunter talking about conversations he had with his father dealing with his business. And in fact, we actually cite one RICO statute in this report and it's a pretty high bar to reach RICO. Robert Blakely [sic – Blakey] wrote the statute in the 60's to try and go after the Mafia. And I actually reached out to Robert Blakely [sic], but guess what? Blakely [sic] was the counsel to Joe Biden in the 80's and so he had no interest in talking to me. He hung up on me. He was a long-time professor at Notre Dame. And so the RICO statute that we cite that Hunter admits to, is for 30 years he gave his father 50 percent of his salary and he's lamenting this fact to his daughter, Naomi, who was the first grandchild that he married at the White House just two weeks ago. And so the, the crime specifically that Joe violated all laid out, it's a very dry report. How I'm talking to you right now is not the exact voice I use in writing it. This is, this reads like a state-level prosecutor wrote it. And it goes: tax evasion, Joe facilitated FAR violations, and he also, Joe utilized non-public information for Hunter's gain. Hunter was cc'd on emails about Ukraine at the exact time he was on Burisma's board. And another crime that Joe did, which is very ironic considering what's going on with, with uh Number 45, is Joe had a private alias email, and Miranda Devine has covered this, and she helped us with our dossier. It was Robert.L.Peters@PCI.gov, and the reason why I'm belaboring this point was because this was set up by government officials and this was monitored by government officials, this secret email address. And so what Killary did was she put in, you know, in a closet in her home, which was horrible. But Joe did the exact same thing. And remember, Obama knew about Killary's private server 'cause he's emailed with her on that. And so at the exact same time Killary was doing all this, we found concrete evidence that Joe had a |

3

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | private, a private secret email and Hunter knew about the email and that's how they corresponded. It wasn't at OVP.gov, which was, you know, the official Office of the Vice President. It was this obscure PCI.gov. And we put that in our report, and we put the contact information for a gentleman named Mark Grabow in the Secret Service, who set that up for Joe. And so they use these moles and people who are not well known. We tried to illuminate these figures, and bring them to the surface. And I'm honored that you have dug into this because we put, you know, there's 2,000 footnotes, and uh, there's been no, no, uh, dispute of fact about the dossier so far. |
| 00:09:58 | Stone | It's an extraordinary accomplishment. I'm very familiar, obviously, with Paul Manafort's case. |
|  | Ziegler | Yes. |
|  | Stone | Uh, Manafort actually, he's, he is uh charged with violating the Foreign Agents Registration Act, yet he never actually himself lobbies any member of the government, either the Executive or the Legislative branch, but he hires other people to do so – a former Congressman. But more importantly, he also hires Tony Podesta, who actually goes out and does the lobbying on behalf of Manafort's Ukrainian clients. Yet Manafort is charged with violating the Foreign Agents Registration Act, even though he didn't lobby anybody, he merely hired a lobbyist. And, uh, but Tony Podesta is not charged with any crime — |
|  | Ziegler | Thank you for bringing that up. |
|  | Stone | — a two-tiered justice system you see at play here. |
|  | Ziegler | Yes, thank you for bringing that up, because Tony Podesta was, as you know, allowed to backdate his FARA application. It's unheard of, it was unprecedented. He knew he had committed a felony, and then because he was a Podesta, the DOJ let him say, you know, from 2012 to 2014, and this was in like 2017. The reason why I brought that up is two people at the center of Hunter's FARA violations in Ukraine, for Ukrainian principals – both Zlochevsky, Pozharskyi and Kolomoisky – are Sally Painter and Karen Tramontano. And I know you know those two names very well, but some of our viewers might not. And they were allowed to do the exact same thing that Tony Podesta was allowed to do, which is backdate his FARA statement. And they did that this summer, and it's gotten very little press, but it's just a repeat case of they don't enforce the FARA against Dems. And I've sent this report in pdf version and our online reader version at MarcoPoloUSA.org to the entire FARA division at the DOJ and the entire Criminal Division. Ken Polite, who is just standing behind Merrick Garland the other day when they announced the Special Counsel of Jack Smith, his job is to oversee the FARA division and he's totally crapping the bed. And I know you know this very well, but what we're trying to do with this dossier, the end goal, is to convince the Republicans to send criminal referrals to state and local prosecutors. Because Joey will pardon Hunter, even if it's the last |

4

| Minute | Speaker | Dialog |
|---|---|---|
| | | thing he does. And there are state money laundering violations, Roger, in Arkansas, where Hunter's financial advisor, Edward Pruitt, lives, that are still within the statute of limitations, and are ripe for any AG. And we've already contacted the incoming AG in Arkansas. That is something they're not wargaming, that's something that Kevin Morris isn't wargaming, and all these other dudes. |
| | Stone | If you had to pinpoint, say, we'll make this a little difficult, the foremost egregious crimes here – the four largest crimes. Those where you could even make the case that the crime is treasonous, meaning not only were the Bidens lining their pockets — |
| | Ziegler | Yes. |
| | Stone | — they're also risking the security and violating their loyalty to their own country. What would you say? |
| | Ziegler | A very good question. Number 1 would be the FARA violations and money laundering violations dealing with the in quote "Private Energy Conglomerate CEFC" and the reason why that is Number 1 is because the figures that were involved in that were ground zero for spreading the Belt and Road Initiative all around the world, and Joe was involved, and in fact we, because we talked with Tony Bobulinski in the preparation of this dossier many, many hours over the phone, he has confirmed to us that Xi Jinping was set, was responsible for approving potential meetings between Joe and somebody who has now disappeared, Ye Jianming, who was the CEO of this energy conglomerate. And so we have confirmed FARA violations for not only Hunter, but Jimmy Biden, Joe's little brother, Jimmy's wife Sarah, and Joe, with CEFC China. That's Number 1. And like the Manafort indictment, which you know very well, every penny that you get from illegal FARA representation is subject to forfeiture. Right? All the proceeds from that, from that contract, at least $5.8 million that we can track alone, which we posted on our sight, all the bank statements, at Cathay Bank, that's Number 1. Number 2 would probably deal with the fact that Joe and Hunter comingled bank accounts, and their business partner, Eric Schwerin, for years, for years, was withdrawing money on Joe's behalf, he actually wrote checks on Joe's behalf. And what this is essentially is bank fraud, and we cite that in the report. Meaning they are making payments through another person that is not an authorized user of that account. And so Eric Schwerin, there's been stories about him for the last 18 months. He went to the White House 19 times. |
| 00:15:00 | Ziegler | He was basically a well-paid babysitter. Hunter doesn't know private equities to save his … He can't do anything with a spreadsheet. This guy knows nothing about finance. Now he's selling his doodles for a $100 grand. So, they brought in Eric Schwerin who is technically proficient, and he managed Hunter's entire life. In fact, Kathleen Biden, his ex-wife, in her divorce meme-oir, said that Eric Schwerin basically managed quote "every aspect of their financial lives." That's Number 2, is the bank fraud, with Joe and Hunter. Number 3 is Hunter |

| Minute | Speaker | Dialog |
|---|---|---|
| | | Biden not only just consumed crack cocaine, which again is ironic considering that Joe instituted mandatory minimums, uh, of crack – not powder – which sent many, many Blacks to prison for a lot longer than they needed to be in prison for. And so you'd think that Hunter, this uppity guy who went to Archmere Academy with Tyler Nixon, would do, would do powder cocaine. But no, Hunter did the exact same thing that if the law applied to him equally, would have sent him to jail for many, many years. That's Number 3, is that Hunter not only consumed crack cocaine, but he also dealt in it. And we go into that as well, which carries higher penalties, which Joe and Jill and Ashley and Kevin Morris never talk about. They only talk about Hunter's addiction. But we have proven cases of him dealing to other people. So that is, that, that raises a whole new, a whole new uh, line of inquiry for us. And we actually got into his iPhone backup, we were the first group to do it in June of 2022, we cracked the encrypted code that was stored on his laptop. And more drug deals were in there, which set our, set our release date back. That's Number 3. And Number 4, like I mentioned, three confirmed cases beyond just the solicitation of Craigslist girls and all of the pornography sites that Hunter admits in his semi-fictional meme-oir that he used. But its, he actually transported via Amtrak three women from Boston to New York City in December of 2018. And remember, Hunter had a no-show job as the Vice-Chairman of Amtrak, nominated by George Bush. And um, you know, Hunter's qualifications for that job were that he brought, he rode on trains a lot. And so the exact mode of transportation that our first son was the Vice Chairman of, he used to transport women who were about 19 to 24 across state lines for sex. I would say those four. |
| | Stone | It is, um, there have been some in the, in the legacy media who have argued that the real crime here, uh, is the release of all this private information that belongs to Hunter Biden. Uh and that, and that this an outrageous uh uh violation of his privacy rights. That one's pretty laughable, but I'm gonna let you address it, go ahead. |
| | Ziegler | Thank you for asking. This is a very atypical situation. And if you are an independent, I understand if you're surprised at this turn of events. How does somebody who is this high up in the American political system, not by his own talents or virtues, but by his father's ability to fail upwards his entire life, how does somebody just forget a laptop? Well, he brought three into the repair shop and, um, if it were a Wikileaks-type of scenario, we probably, you know, couldn't release some of this information because we're U.S. citizens and they would throw the book at us. But because legally he abandoned this device, you know, we were able to put together this dossier. By the way, the red marks are every time Joe committed a felony. You'll see there's seven of them. But um, it's, it it's a bit of an unbelievable situation that somebody who was this addicted to crack cocaine, that they bring in three laptops. John Paul Mac Isaac is able to salvage one by giving |

6

| Minute | Speaker | Dialog |
|---|---|---|
| | | him, by giving him an external keyboard, and then um, you know, one of them is beyond repair, they were all three water-damaged, but then this one, he brings a external hard drive uh to John Paul, he drops it off on a Friday, April 12th, 2019, I'll get very specific. On Monday, he brings back an external hard drive 'cuz J.P. says he needs to transfer the data onto that. And so we know that Hunter came back once, which throws out the theory that he dropped this off on purpose, because why would you come back to, with an external hard drive if you wanted to drop it off and sort of, you know, uh get your, you know, get your hands off of it. But he just, he was high on crack, and he himself says he went to LA after that. And then three weeks later Joey announces for President. And so it is a uh, it's a, I don't want to call it a political gift, but it is a window into this universe of, of grifting. And I think, you mentioned, Roger, the letter from the 51 former intel spooks about this. You'll notice that more people, more signatories on that letter are Republicans, not Democrats. |
| 00:20:03 | Ziegler | And so this is an exposé of the uni-party. Strom Thurmond's son-in-law and Hunter are good friends to this day. Major Republicans. And so that's why when I was pitching this idea of this dossier back in March of 2021 to all these think tanks, they didn't want to work with me. It wasn't just 'cuz I was the young guy in the room and I had confidence and I told them I'm going to do this, it's they were afraid of some of the Republicans being implicated by this. Like Frank Luntz, a total huckster piece of crap, he's in the Biden laptop. Uh, Strom Thurmond's son-in-law, a lot of Republicans at the state level, it's all just one uni-party. And so I would, you know, to, to answer your question directly, it's an abandoned device that let us see this entire subterranean universe of both influence peddling and criminality. |
| | Stone | So, um, there is no evidence whatsoever that any of this material that you analyzed was obtained through an illegal hack, is that correct? |
| | Ziegler | Not, that is absolutely correct and they have tried to bring so many people at us. The, not us specifically, but the *Washington Post* had cyber-analysts, "CyberScoop," this online outlet. tried to find any evidence of tampering, there is none. The the the incredible thing is that it's all real. And none of the DKIM signatures in the emails have been uh proven to be falsified. And so it's a very uh, it's a very weird scenario where the left has no answer to this. They have none because we're very, and it's not just me, it was a group effort, with two attorneys. We're really, it, I, I, don't call them opposition research firm, because that's supposes we have a side. Um, I, I hate the establishment Republicans and I don't have a side. We're just a research firm that is trying to apply the principles of private investigatory work, uh, you know, from the likes of Bo Dietl on, to uh political corruption. And so we used a forensic accountant, we used attorneys, and we used private investigators to go through Hunter's contact list and pull private investigative reports on all these people to |

7

| Minute | Speaker | Dialog |
|---|---|---|
| | | see the LLCs that they own. Which is hard because Delaware is the shell company capital of the world, and that's no coincidence considering Joe was the Senate, the credit card Senator, and so with this laptop we were able to pierce the corporate veil of so many of these money laundering vehicles that the Bidens have operated. And, you know, one thing that's new, there are about a dozen new things in this, but one figure we talk about for three whole pages in the report is Mel Monzack. He's a very, very discreet, intelligent, corrupt, uh Jewish man from Rhode Island, who has been Joe's power of attorney since 1987, and he's all over the laptop. He's the guy moving the monies around. When Joe sends Hunter's $75 grand for rehab and Hunter spends it on, uh, human trafficking exploits and crack, Mel is the one sending the wire. Mel was invited to a state dinner with the General Secretary of the Chinese Communist Party under Obama's regime. And so we illuminate these other figures, it's not just Devon Archer, it's Mel Monzack. And um, you know, I'm I'm I'm reading, I have a one-page article from Miranda Devine about this report in the *New York Post* in front of me, and I'm very grateful for this article 'cuz it's a good, short, uh somewhat pithy uh, you know, synopsis of it. ==And we've sent the dossier to all 4,000 contacts on Hunter's laptop. We actually scraped every single email address.== And, Roger, I admire your fortitude and fearlessness. I'm trying to emulate that by just not caring what people respond to me. Very few people have engaged. I called every single hooker and drug dealer on the laptop. A couple of them talked to me. Most of them told me to F off. A lot of them are scared that Joe is gonna utilize his administrative state to go after them. ==But, um, so far, as long as we distribute this information across the web, I call it "carpet bombing" or "carpet bombing the report across the web" and, as long as it's distributed==, we have nothing to fear. |
| | Stone | There is a specific incident, um, I recall reading about, where Hunter uh engaged some ladies, ladies of the night at the Chateau Marmont, and then for whatever reason, his ATM or his credit card wasn't working. Um, uh, and uh, who does he call? He calls the Secret Service. Um, and they come and get him. And I believe they use Joe's credit card to pay off the hooker. You can't make this stuff up. |
| 00:24:41 | Ziegler | This is a phenomenal episode and I, I truly am, nobody has asked me this in an interview yet, because I spent four pages on this. And it, you're allowing me to talk about a former Secret Service agent named Robert Savage the III. Full name, Lorenzo Robert Savage the III. He was the special agent in charge, the top dog in the LA field office. He retires early 2018, I'm setting the scene here. This fiasco that you alluded to occurs on the night of May 24th, 2018. So Robert has just gotten out of the Secret Service. He's now the CEO of a group um called Beverly Hills Security Group. It's a, it's basically he's laundering his connections from the Secret Service to become this bigwig, you know, private security firm. And what, uh what Robert |

8

| Minute | Speaker | Dialog |
|---|---|---|
| | | texts Hunter is very simple. It's very credible too. He said, "H, I'm in the lobby, come down. This is linked to Celtic's account. DC is calling me every ten." And so what occurred is, Hunter, uh, uh, he, not deliberately, but accidentally used one of Joe's accounts to pay a Russian pimp named ==Gulnora Djamalitdinova, who has multiple foreclosure proceedings against her in LA, and we actually called her up,== and called the opposing attorney in the foreclosure suit, and what happened was DC, meaning the secret DHS, which oversaw the Secret Service at this time, it's since gone back to the Treasury Department, they apparently, based on this hard evidence, monitored a financial account from Joe when he was, uh, not legally, uh, uh, I guess able to have Secret Service protection. 'Cuz this was in May of 2018, by statute, uh, the traitor Mike Pence and Joe, they both lost protection in July of, after they, they got out of office, right? So the VPs get if for six months. But this proves that 17 months later somebody within DHS has insider access to monitor Joe Biden's financial accounts and saw a $25,000 wire go to a bank account controlled by a Russian national named Gulnora Djamalitdinova who was the registered agent for a company called Emerald Fantasy Girls. And it's a, it's a, Tom Wolfe, who lived in your city, New York City, he's my favorite author ever, and he once said that America's the grandest carnival in the history of man. This is one of the most ridiculous scenarios. Round dollar wire transfers. And so, Savage, who by the way wasn't in the Secret Service at this time but was actually collaborating with another former Secret Service agent for Joe, he was on Joe's protective detail, named Dale Pupillo. And Dale's told me to F off, Dale now lives in Texas, and Dale was there too that night at The Jeremy Hotel. He was at The Jeremy Hotel, and, and, and uh Rob's saying Dale's here as well. And they make the front desk clerk hand over the key to Hunter because they needed to go reverse this charge to the Russian pimp. And we say in our report, we wonder what, ur, it is unclear what authority Savage and Pupillo possessed to force the front desk personnel at The Jeremy Hotel to give them the keys to Hunter's room. So how were they able to come up to Hunter's room 'cuz Hunter was avoiding them, he's saying "I'm in the bathroom, I'm coming right down, you don't have to come up." And so we, we track and we put screenshots to three weeks of correspondence with Hunter and this Russian pimp to get his money back, because remember it wasn't just that they used Joe's account, but Hunter overpaid. He was mad because he thought he overpaid for the girl. The carnival's never been richer. And then we also found out through Miranda Devine that uh Hunter's Secret Service name is "Chieftain." So we put a little funny meme in the report of Hunter with a meth pipe, uh, as an Indian 'cuz his name was Chieftain, that's his Secret Service codename. If you go to the White House and say "Chieftain," they'll think Hunter is, you know, around the corner. |

9

| Minute | Speaker | Dialog |
|---|---|---|
|  | Stone | Okay, I'm told that uh the eminent attorney and friend of this show, Tyler Nixon, is now going to join us. |
|  | Ziegler | Wonderful. |
|  | Stone | Tyler, are you there? |
|  | Nixon | Gentlemen. |
|  | Stone | There we go. |
|  | Nixon | Good to be with you. |
|  | Ziegler | Thank you for joining |
|  | Stone | [Inaudible] modern miracle of Skype, Tyler Nixon, a native of Delaware, uh, and a man who knows more about the Bidens than perhaps anybody other maybe than Garrett Ziegler, joins us. He can add a lot of color here, because he actually knows some of these characters. Tyler, welcome back to The Stone Zone. |
|  | Nixon | Always good to be with you, Roger, and I'm so glad you're having Garrett on, and he is just a fountain, a cornucopia of minutiae about the Biden crime dynasty/family whatever have you, that certainly I've known for upwards of, coming up on 40 years, grew up with. And uh, it's just interesting to hear a lot of names that, that, ah, you know, some of them, some of them and Garrett, when Garrett and I communicate, it's people I know, people I went to school with, people I grew up with, uh, went to church with, and it's just a very tangled web that Biden weaves, and the Bidens weave. And I, you mentioned Monzack, that was Beau Biden's law partner, I think it was Monzack — |
| 00:30:15 | Ziegler | Monzack & Walsh. And Walsh, David Walsh, he features prominently in Hunter's surveillance of Hallie's devices because he's, he's convinced in his mind that Hallie cheated on him with David Walsh II, whose father was Joe's law partner. And uh of course David Walsh hates me and has blocked me on every single messaging app. |
|  | Nixon | Ha, well, you know, you know he was on a reality tv show? Like one of these — |
|  | Ziegler | No. |
|  | Nixon | You gotta check it out if you can find it, he, it literally was like one of these sort of, um, like bachelor kind of shows. And we were, I couldn't believe, I was like what, what the hell is he doing on this show? It was so weird, um, yeah, it's just I don't know if he got that through connections to Hollywood 'cause they don't just choose anybody, but uh, through the Bidens. But um, no, they have a lot of obsequious people around them who, uh, you know, are as sleazy as they are, and that's kind of how it is but I think, you know, why Barack Obama chose Biden as his Vice President, and why, you know, Biden chose Kamala Harris. They want the person who's around them, the second in command, whatever, to be as sleazy as they are, willing to let anything go, do anything. Um, and this is clearly the case. I just never thought that um Hunter Biden would be so degenerate, criminal and treasonous frankly in the time I knew him growing up and even in the early 2000s. It's just insane uh extent of |

10

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | corruption. And I think what it comes down to is this is what you get when someone grows up with absolutely no so-called parental supervision, or any sort of like that nothing they do will ever be held to account, because they're the son of Joe Biden, they're the, the the Senator's son. I remember Hunter was over at my house one late night after the uh bars had closed with another friend and we were just, you know, just like having nightcaps or whatever, and heh-heh-heh, I swear to God, he put on "Fortunate Son" the song, the John Fogerty song, he played this, you know, "I ain't no senator's son" — |
|  | Ziegler | We made, that's, we made a three-minute video of Hunter in, let's just say, less than wholesome positions with "Fortunate Son" by Creedence Clearwater Revival, uh, to, setting as the background music, it's uh, it's — |
|  | Nixon | Yeah, I honestly think the, I that the, not the gloves were off but it really shifted into overdrive when Beau died. I think Beau, you know, out of all the Bidens, was probably the most, at least, uh, ethical as you can call any of them. Um, I don't think he would have, I don't think he was, he was never corrupt, I mean, I think the way he was gonna get to office was clearly just, you know, uh nepotistic ladder up, you know, up the ladder, with the name. But I don't think, I don't know that he was involved in, I'm sure and in fact I'll ask you this question, did you see any evidence of Beau's involvement in any kind of, any of this corruption, 'cuz I think, I think it went into overdrive, like I said, when he died, because he would have been, sort of — |
|  | Ziegler | Yeah — |
|  | Nixon | — putting the brakes on — |
|  | Ziegler | No, it's a very good question. We have a 90-page section called "Influence Peddling" and Beau is mentioned in there, which, the reason why we have this section is because there's so many slimy scenarios that we couldn't prove rise to the level of statute violation. And so one of them that we talk about is Beau letting off a Dupont heir who raped his three-year-old daughter and admitted, admitted to doing so. He gave him probation. Then it's been one day in the pimp. But that, that whole fiasco wasn't in the laptop, that, they didn't, there was no private correspondence about that. And so to answer your question directly, we found no statute violation on Beau's behalf. Um, because a lot of material from Hunter starts after he dies, except his email account. But Beau was much more discrete than Hunter. Beau was like his daddy and didn't put a long, didn't put emails together, everything was "call me." And, that's one of our revelations. Tyler and I were talking beforehand about what's new, and we found the phone number that Rosemont Seneca paid for, for, it was basically Joe's second iPhone and it was a way for Hunter to get a hold of his dad at all times. And we actually put the phone number in the report for congressional investigators to subpoena, because that will contain fruits of many, many crimes. They'll be talking about Viktor Shokin, |

11

| Minute | Speaker | Dialog |
|---|---|---|
| | | and the prosecutors in Ukraine on that cellphone, but they don't do that over email. |
| | Stone | This is a great segue, actually, into that question. So, every American at this point has probably seen the video in which Joe, speaking to some uh, you know, elitist internationalist policy group, brags openly about pressuring uh Zelensky, basically saying "I'm gonna withhold a billion dollars, uh, in federal aid, U.S. aid, unless you fire the prosecutor who's investigating my son." He didn't say it in exactly those words, uh, and of course their defense of that has been that Viktor Shokin, the prosecutor, was corrupt. When in fact, I believe, it was, Shokin was getting at the corruption of Hunter Biden, which is why they wanted Zelensky to call off the dogs. Can you clarify any of that for us? |
| 00:35:14 | Ziegler | It's a very good question. The prosecutor Viktor Shokin, um, was new at that time, and what happened was Zlochevsky, who was the beneficial owner of Burisma, paid a $6 million bribe, this is, even a liberal said this, George Kent, that bow-tied really annoying sort of nerd who testified in the impeachment hearings, he even admitted in unencrypted emails, non-classified emails, that Zlochevsky paid a $6 million bribe to the prosecutor before Shokin. So what he did he, he, Zlochevsky paid off the first prosecutor, a new prosecutor comes in, Viktor Shokin, who is opening up a new investigation of Burisma. This is not my opinion, he testifies to this in affidavits. And so what, what they do is they start freaking out because this new guy isn't taking the bribes, and is actually gonna start investigating Burisma. And what is so critical to this is just the news published internal emails, interagency emails from the State Department, in October and November of 2015. And the episode that, that Joe is talking about at the Council of Foreign Relations with Michael Carpenter, who's now our Ambassador to the OECD, and Richard Haass at CFR, which is just too rich, is, that episode's going on in December of 2015. He says, "I called Poroshenko, and I said I'm not getting on this plane." He said, "You're not the president." And he said, you know, "Go ask Obama, 'cuz he's you know 'cuz he'll agree with me." And so what happened was in October, in November of 2015, all of these interagency groups say Shokin is doing just fine. All the interagency groups approve the new billion dollar loan guarantee from the IMF. But then Joe goes against the own interagency group and said, "No no no. Shokin is corrupt." And what happened is the word got up to Joe that Shokin was investigating Burisma again. So it's actually a weird scenario where all the underlings and all of the, mostly deep-staters even, agreed that Shokin was trying at least to clean up the corruption there, trying. But then they do a, you know, a 180-degrees and Joe is saying "No no no, Viktor Shokin is too corrupt." That is the line that the arm, the PR arm of the CIA known as *The Washington Post*, that's their line today. That Joe was concerned about Ukrainian corruption. When in fact, he was, Shokin wasn't taking the next bribe. And so one |

12

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | more figure that I want to mention, especially 'cuz Tyler's on the line, is, and the reason why I want to mention it now is because, uh, Kolomoisky is under litigation in, in Delaware. It's on hold right now, because there are other civil suits, but there's a $12.3 million wire transfer that comes into Burisma's bank account, and this was released by the Prosecutor General's office in Ukraine, in May of 2014. And what this means is that we believe that Kolomoisky was the one who actually sent that wire to Burisma Holdings. Which means that the IMF loan and the, and the American taxpayer pays Ukraine, which then goes into shell companies controlled by Kolomoisky. Why? 'Cuz he owns PrivatBank, and he's the beneficial owner for PrivatBank. So it goes American taxpayer, IMF, PrivatBank, Kolomoisky, Zlochevsky, Hunter. And I, I did take a year, and I just followed that chain 'cuz that's, I think it's worth our time, considering all the billions that are being laundered now. And so Kolomoisky is being sued in Delaware, and, and, Kolomoisky is talked about on the laptop. Not by name, though, they call him "K." Just like Joe is known as "JRB" and Hunter's "RHB" they all use initials. So I'll shut up and just say that Kolomoisky is a figure behind all of this and they actually banned him from Ukraine now. He holds three citizenships: Cyprus, Israeli and Ukraine. And to get more loan guarantees, he had to renounce his citizenship. But it means nothing, because Kolomoisky installed Zelensky. |
|  | Nixon | So funny. I tell you, when I um, was uh, first of all, they refer to Beau as "JRB III" and uh, because Joe's "Junior." And also I remember, in a conversation with my brother, Hunter referred to Beau as "the other guy." You know, so there's the big guy I guess and the other guy. I'm curious about, just real quick, you know, whether, it was pretty brazen of Biden to sit and gloat over how he, how he got the prosecutor fired. I wonder, you said, you know, "Well is your president behind this?" He said, "call him." And I wonder if that was a bluff. I wonder if they had actually called Obama, whether that would have gone down the way it went down. Now I'm sure that he may not have undercut Biden at that point, but I wonder if he just said, you know, "I can get away with this, 'cuz I'm just gonna —" and that's why he was so proud of it. It was like he called, you know, he bluffed them, and they took it, and they, and they, and he says, "Son of a bitch, they fired him." It's like, you know, he's so proud of his little, his little gambit he did there. I wonder, I wonder though, if it wouldn't have been a big mess that Obama would have been, you know, there would have been problems— |
| 00:40:20 | Ziegler | No, it's a very good question. And I think Joe is, Joe's key talent,'cuz remember Hunter quote-unquote "Went to Yale" even though he needed, uh, Bill Clinton's help to get in. Bill Clinton actually called, you know, the Dean of Yale Law School from the Oval Office to try to get Hunter in. And he did, after he transfers from Georgetown. But Hunter is not that sharp — |

13

| Minute | Speaker | Dialog |
|---|---|---|
| | Nixon | It wasn't his poem? |
| | Ziegler | What? |
| | Nixon | Wasn't that poem he wrote that they said — |
| | Ziegler | What a joke! |
| | Nixon | He wrote a poem — |
| | Ziegler | I know, yeah. And, but I, I, I bring this up to say the only real talent that I can find in Joe, and it's not even a virtue, it's just a talent, is his ability to bullshit. He is a phenomenal bullshitter. And I think that's made him president today. It's a really, historically people are gonna look back and say, "A bullshitter used the greatest bullshitting techniques to get to the presidency. What a carnival." |
| | Nixon | Yeah, he would give speeches in Delaware when he was running for Senate back in the day. He would tell literally in the same evening the anti-war audience, "We're gonna end the war in Vietnam." And then go the hawks audience and say the exact opposite. I mean, just brazenly, not even a reconcilable position. And this is how he got elected. He tells everybody what they want to hear. |
| | Stone | The point that he has recognized in 1972 he is, he is elected to the senate as an opponent to, uh, for busing. He is opposed to the integration of the Wilmington public schools. He says the schools will be a racial jungle if they are, if they are integrated. So he's a segregationist who claims falsely that he marched with Dr. King. Nothing this guy ever says is true. He is a world-class bullshitter. He just make it up as it goes along. And now I had dinner with a former Democrat member of the U.S. Senate the other day, who said that even before his senile dementia kicked in, he was the most disliked member of the U.S. Senate. Because if you were a senator and you needed something legislatively and you went to him because he was on a relevant committee, he would always shake you down for campaign contributions from wherever the interested interests were in your state, um, that were interested in the legislation. So, this guy is uh he was widely disliked. He's been wrong on every single major foreign policy issue — |
| | Ziegler | I love that quote — |
| | Stone | — his entire career. He's never — |
| | Ziegler | Robert Gates. |
| | Stone | — anything. |
| | Nixon | I'll say this about, interesting, real quick, if you go to, to the full press conference Biden gave when he was pushed out of the race in '87, when he was, you know, the plagiarism was discovered, and all his, if you listen to his, like, revelations, he's really, it's the most you'll ever hear him talk about himself truthfully. He says, you know, "The Republicans came to me, and I could have been part of that." You know, in other words, he was almost like he was up for sale and admits how "I'm not some radical, I'm not some anti-war, I was just, you know—." He really just, like — |
| | Ziegler | He just wants to be there — |

14

| Minute | Speaker | Dialog |
|---|---|---|
|  | Nixon | Yeah, he throws his liberal credentials on the, on the bonfire, basically, um, in that and it's very revealing. It's the most truthful things I've ever heard him say about himself. In 1987, he dropped out of the race. Or maybe early '88, but whatever the case, when he was forced out after his uh, you know, his short-lived campaign, so, it's great, it's very revealing. |
|  | Stone | And he defeats one of the men who were really one of the giants of the U.S. Senate. J. Caleb Boggs, a former governor, former U.S. Senator, was a truly great man. As was Delaware's other great U.S. Senator, John J. Williams, who they called "the conscience of the U.S. Senate". This was remember at a time that Nixon is winning Delaware, winning re-election in 1972 by a massive margin. Boggs is essentially caught asleep at the switch, and Biden is race-baiting. He's using the dog whistle in order to get elected. So, um, we're waiting, go ahead. |
| 00:45:08 | Ziegler | Just one quick thing, Roger, 'cuz you mentioned '72. And one thing we go into in our report is how union mobsters helped Joe get across the finish line in that campaign race. And one of the people, who's a liberal, that we credit at the end of this report, is Charles Brandt. He wrote a book called "*I Heard You Paint Houses*." And it's about Frank Sheehan [sic – Sheeran], who says he, he killed, um, you know, the famous labor leader, Jimmy Hoffa. And in that campaign, Joey's campaign, uh, got a bunch of union leaders together to go on strike at the paper. And those papers, those anti-Biden ads, weren't delivered the weekend before that '72 campaign. So what we have here is on his deathbed, Frank Sheehan [sic], the guy who killed Jimmy Hoffa, saying, "Oh yeah, Joey's first campaign, that was a hoax. We put them on strike and those papers didn't get delivered." |
|  | Ziegler | Apparently, it was about the issues you just talked about. Joe believes in nothing but Joe. I have found he's changed position on absolutely everything. You look, you look at what Donald Trump said in the '80s on trade, it's the exact same thing, "Everybody's cheating, everybody's dumping. We're stupid for, for not holding them accountable." He's believed the exact same things on trade and immigration, which is why I love him and why I got the honor of working for him. Joe is the exact opposite. And I, I just think that story about Frank Sheehan [sic] and uh, "*I Heard You Paint Houses*", which is a great book, written by a fair liberal writer, should get more views. 'Cuz Joe was installed with fraud back in '72. |
|  | Stone | It's also a very good movie. Some people didn't like it, I thought it was terrific. I'm afraid we have to leave it there, because our next guest is up, but uh, first of all thanks to Garrett Ziegler, who by the way, Tyler confirmed his relation to Ron Ziegler, President Richard Nixon's spokesman. By the way, Ziegler never said anything he didn't actually believe to be true. He was misled at every step by John Wesley Dean III, so in those instances where he said things to the |

15

| Minute | Speaker | Dialog |
|---|---|---|
| | | press on behalf of President Nixon, he wasn't lying because he had been led to believe they were true by John Dean. Just to clarify that. |
| | Ziegler | Yeah, he was, he was a young guy, right? Two years older than me when he got in at 29, and um, you know, I uh, but he worked for one of the best presidents, one of the best, sharpest men we've ever had. He got totally deep-stated. And you've written books on it. |
| | Stone | That is a fact. So I thank again Garrett Ziegler with the Marco Polo Foundation for the yeoman work he's done in covering up the uh, corruption of the Biden crime family. And my own personal counsel and longtime friend, Tyler Nixon, for setting this up and for joining us here today. Gentlemen, thanks for being on The Stone Zone. |
| | Nixon | Thank you Roger, God bless you. |
| | Stone | Alright folks, I want to remind you very quickly that we're brought to you by the great folks at MyPillow.com. Jason Scoop, who is a comedian, joins us now. Please go to MyPillow.com and use promo code Stone for all of your Christmas shopping. We've got a few minutes left— |
| 00:47:21 | | End of transcription |