# Exhibit E



The false information laundering was perpetrated by Laura Dehmlow and Elvis Chan[147] from the FBI, among many[148] others. Dehmlow supervises the Orwellian-themed "Foreign Influence Task Force" (FITF)[149] along with Chan, the ASAC at the San Francisco Field Office.[150] Dehmlow believes it is her civic duty[151] to censor—she told other feds that "critical thinking seems to be a problem currently."[152]



---

[147] "'The American public can be reassured … we have clear channels of communication open … with all the social media and technology platforms.'"
See Tom Field, "FBI's Elvis Chan on Securing the 2020 Election," *Information Security Media Group*, December 2019, archive.ph/GCAQf

[148] Zachary Stieber, "47 New Biden Administration Defendants Named in Government–Big Tech Censorship Lawsuit," *The Epoch Times*, October 2022, archive.ph/uu1Jq

[149] "The FITF was established … 'to identify and counteract malign foreign influence operations targeting the United States[.]'"
See Zachary Stieber, "FBI Team Involved in Censorship of Hunter Biden Laptop Story Identified," *The Epoch Times*, October 2022, archive.ph/O74IS

[150] Elvis Chan, "Fighting Bears and Trolls: An Analysis of Social Media Companies and U.S. Government Efforts to Combat Russian Influence Campaigns During the 2020 U.S. Elections," *Naval Postgraduate School*, September 2021, web.archive.org/web/20221008024224/https://calhoun.nps.edu/bitstream/handle/10945/68309/21Sep_Chan_Elvis.pdf

[151] Chuck Ross, "FBI Officials Who Briefed Facebook on Hunter Biden Story are Dem Donors," The Washington Free Beacon, October 2022, archive.ph/cjoIP

[152] "[F]reedom of speech in the United States now faces one of its greatest assaults by federal government officials[.]"
See *Missouri et al. v. Biden et al.* (22-cv-01213), Document 84, W.D. La., October 2022, tinyurl.com/2p8dd7cs & archive.ph/yaeSj

The Biden family's sex-related crimes were facilitated by text messaging and other tools[964] which have repeatedly been deemed[965] modes of interstate commerce, as any official "investigation"[966] would reveal. The list of sex-related crimes below are in the order in which they appear in the Report:

| When | Where (Venue) | Who | What |
|---|---|---|---|
| 11/21/2017ff | S.D.N.Y. | ▉ | SAR #2—18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 06/12/2018ff | D.D.C. | 1-714-▉ | SAR #2—18 USC §§ 1952(b)(i)(1), 2422(a) & DC Code § 22–2702 |
| 04/05/2017ff | N.D.N.Y. | - | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 06/23/2017 | D. Md. | ▉ | 18 USC § 1952(b)(i)(1) & MD CLC § 11-306 |
| 08/25/2017ff | C.D. Cal. & E.D.N.Y. | ▉ | 18 USC §§ 1952(b)(i)(1), 1957(a), 2422(a) & CA PC § 647(b)(2) |
| 09/21/2017 | N.D. Cal. | 1-415-▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 10/13/2017 | S.D.N.Y. | ▉ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 12/15/2017 | N.Y.C.S.C. | - | NY PL § 230.00 |
| 04/01/2018ff | S.D.N.Y. | ▉ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 04/05/2018ff | C.D. Cal. | ▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 05/07/2018 | C.D. Cal. | ▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 05/07/2018 | C.D. Cal. | 1-949-▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 05/07/2018 | C.D. Cal. | ▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 05/19/2018ff | C.D. Cal. | ▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 05/24/2018ff | C.D. Cal. | 1-424-▉ | 18 USC §§ 1952(b)(i)(1), 1957(a) & CA PC § 647(b)(2) |
| 06/03/2018 | D. Md. | ▉ | 18 USC § 1952(b)(i)(1) & MD CLC § 11-306 |
| 06/03/2018 | D. Md. | ▉ | 18 USC § 1952(b)(i)(1) & MD CLC § 11-306 |
| 2017→06/20/2018ff→ ? | E.D.N.Y. | ▉ | 18 USC § 1952(b)(i)(1), 1957(a) & NY PL § 230.00 |
| 07/01/2018ff | C.D. Cal. | ▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 07/02/2018 | C.D. Cal. | 1-310-▉ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |

---

[964] "The use of the Venmo electronic payment app, which by default sets all payment histories as public, has already drawn scrutiny into Gaetz's financial relationship to Greenberg and to women. … Greenberg in 2017 made 16 payments totaling about $5,000 to a woman who later dated Gaetz while interning in Washington, D.C. Greenberg also made a payment in April 2017 to the woman using Cash App."
See Jacob Ogles, "Joel Greenberg made suspect Venmo payments to women 150+ times," *Florida Politics*, April 2021, archive.ph/LyPSy

[965] "[U]se of the cellular phone would satisfy the interstate commerce element … It is well established that telephones, even when used intrastate, constitute instrumentalities of interstate commerce. … Thus, even though the signal that actually connected the two parties was ultimately intrastate, interstate activities were required to make that connection possible. Hence, we conclude that the defendant's use of his cellular telephone was use of an instrumentality in interstate commerce."
See *United States v. Weathers*, 6th Cir., December 1999, archive.ph/BdoNQ

[966] "[C]ommercial sex purchases were uncovered during the broader investigation of their tax evasion activities."
See Youngbee Dale, "Tax Evasion and Fraud in the United States Sex Market," *Dignity: A Journal of Analysis of Exploitation and Violence*, March 2022, tinyurl.com/2p8n6d99

| When | Where (Venue) | Who | What |
|---|---|---|---|
| 07/06/2018ff | C.D. Cal. | ███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 07/09/2018 | C.D. Cal. | ███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 07/13/2018 | C.D. Cal. | - | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 07/15/2018 | C.D. Cal. | 1-510-███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 07/24/2018ff | C.D. Cal. | ███ & 1-424-███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 07/27/2018 & 08/28/2018 | L.A.C.S.C. | - | CA PC § 647(b)(2) |
| 07/30/2018ff | L.A.C.S.C. | - | CA PC § 647(b)(2) |
| 08/03/2018 | C.C.D.C. | ███ | NRS 201.354.2 |
| 08/03/2018 | D. Nev. | ███ | 18 USC § 1952(b)(i)(1) & NRS 201.354.2 |
| 08/07/2018ff | D. Nev. | ███ | 18 USC § 1952(b)(i)(1), 21 USC § 843(b) & NRS 201.354.2 |
| 09/02/2018 | C.D. Cal. | 1-805-███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 09/03/2018ff | C.D. Cal. | ███ | 18 USC §§ 1952(b)(i)(1), 2422(a) & CA PC § 647(b)(2) |
| 09/08/2018ff | C.D. Cal. | 1-424-███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 09/15/2018ff | C.D. Cal. | ███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 09/23/2018 | P.M.C. | ███ | 18 PA Stat § 5902 |
| 09/26/2018ff | C.D. Cal. | 1-714-███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 10/01/2018ff | C.D. Cal. | - | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 10/17/2018ff | D. Del. | ███ | 21 USC §§ 841(b)(1)(C), 843(b), 844(a), 846 & 11 DE C. § 1342 |
| 10/27/2018ff | S.D.N.Y. | - | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 11/04/2018ff | D.D.C. | 1-510-███ | 18 USC § 1952(b)(i)(1) & DC Code § 22–2701 |
| 11/18/2018ff | D. Mass. | - | 18 USC §§ 1952(b)(i)(1), 2422(a) & MA GL 272 § 8 |
| 11/21/2018 | D. Mass. | ███ | 18 USC § 1952(b)(i)(1) & MA GL 272 § 8 |
| 11/21/2018 | D. Mass. | 1-805-███ | 18 USC § 1952(b)(i)(1) & MA GL 272 § 8 |
| 11/26/2018 | C.D. Cal. | ███ | 18 USC § 1952(b)(i)(1) & CA PC § 647(b)(2) |
| 11/27/2018ff | S.D.N.Y. & C.D. Cal. | ███ | 18 USC §§ 1952(b)(i)(1), 2422(a) & NY PL § 230.00 |
| 12/08/2018ff | D.D.C. & S.D. Fla. | ███ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 12/13/2018ff | S.D.N.Y. & D. Mass. | 1-510-███ | 18 USC §§ 1952(b)(i)(1), 2421(a), 21 USC § 844(a), NY PL § 230.00 & MA GL 272 § 8 |
| 12/20/2018ff | D. Mass. & W.D. Tex. | ███ | 18 USC §§ 1952(b)(i)(1), 2422(a) & MA GL 272 § 8 |
| 12/27/2018ff | S.D.N.Y. | ███ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 12/27/2018 | S.D.N.Y. | ███ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 12/28/2018ff | D. Del. | ███ | 21 USC §§ 841(a)(1), 841(b)(1)(C) & 11 DE C. § 1342 |
| 12/29/2018ff | S.D.N.Y. | ███ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 12/31/2018ff | S.D.N.Y. | ███ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |

**SEX-RELATED CRIMES**                                                                                234

| When | Where (Venue) | Who | What |
|---|---|---|---|
| →01/01/2019ff | E.D.N.Y. | ▮ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 01/06/2019 | D. Del. | ▮ | 21 USC § 844(a) & 11 DE C. § 1342 |
| 01/18/2019ff | D. Mass. & S.D.N.Y. | ▮ | 18 USC § 1952(b)(i)(1) & MA GL 272 § 8 |
| 01/26/2019ff | D. Mass. | ▮ | 18 USC § 1952(b)(i)(1) & MA GL 272 § 8 |
| 02/06/2019ff | D. Del. | ▮ | 21 USC §§ 841(b)(1)(C), 843(b), 844(a), 846 & 11 DE C. § 1342, 16 DE C. § 4753 |
| 02/11/2019ff | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1), 21 USC §§ 841(b)(1)(C), 843(b), 846 & 952 CT PC §§ 21a-279, 53a-8321 |
| 02/11/2019ff | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 02/12/2019 | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 02/12/2019 | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 02/12/2019 | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 02/13/2019 | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 02/13/2019 | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 02/14/2019 | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1), 21 USC § 844(a) & 952 CT PC § 53a-83 |
| 02/17/2019ff | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1), 21 USC § 843(b) & 952 CT PC § 53a-83 |
| 02/19/2019ff | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1), 21 USC § 843(b) & 952 CT PC § 53a-83 |
| 02/24/2019 | D. Mass | ▮ | 18 USC § 1952(b)(i)(1) & MA GL 272 § 8 |
| 02/26/2019 | D. Conn. | ▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 02/27/2019 | D. Conn. | 1-213-▮ | 18 USC § 1952(b)(i)(1) & 952 CT PC § 53a-83 |
| 03/07/2019 | N.H.C.S.C. | - | 952 CT PC § 53a-83 |
| 03/09/2019 | S.D.N.Y. | ▮ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 03/09/2019ff | S.D.N.Y. | 1-213-▮ | 18 USC §§ 1952(b)(i)(1), 1957(a) & NY PL § 230.00 et al. |
| 03/10/2019 | N.Y.C.S.C. | - | NY PL § 230.00 |
| 03/12/2019 | S.D.N.Y. | ▮ | 18 USC § 1952(b)(i)(1) & NY PL § 230.00 |
| 03/12/2019 | N.C.C.S.C. | - | 11 DE C. § 1342 |
| 05/26/2018ff | D. Md. | - | 18 USC §§ 1801, 2257 & MD CLC § 3-809 |
| 08/02/2018 | D. Md. | - | 18 USC § 2257 & MD CLC § 3-809 |
| 09/02/2018 | C.D. Cal. | - | 18 USC § 2257 & CA PC § 647(j)(4)(A) |
| 11/20/2018ff | C.D. Cal. | - | 18 USC § 2257 & CA PC § 647(j)(4)(A) |
| 01/30/2019 | C.D. Cal. | - | 18 USC § 2257 & CA PC § 647(j)(4)(A) |
| 05/06/2018ff | N.C.C.S.C., E.C.S.C. & L.A.C.S.C. | ▮ | 16 DE C. § 903, MA GL 119 § 51A & CA PC § 11165.7 |
| 08/28/2018ff | I.C.C.C. | ▮ | Ark. Code § 9-10-108 |
| 06/29/2018ff | N.Y.C.S.C. | ▮ | NY PHL § 2307 |

**SEX-RELATED CRIMES**   235

## IV. DRUG-RELATED CRIMES

The Biden family's drug and alcohol addictions have been sympathetically written about by the mainstream American press since 2009, when a video surfaced of Ashley snorting cocaine at a party. The mainstream media has not focused, however, on the fact that it was Joe who came up with the phrase "drug czar"[1373] in 1982. Indeed, Joe played a leading role in crafting stricter sentences for drug offenders that, if applied equally, would have sent his own son and daughter to prison for decades. Furthermore, only a foreign outlet has covered the incredible admission from Joe that Hunter apparently inherited his addictive urges from Joe, and Hunter's mother, Neilia: "[Y]ou got the disease from mommy [Neilia] and me[.]"[1374] It is critical to remember that many of Hunter's drug dealers—and Hunter himself—used sex trafficking[1375] and other illegal pursuits in tandem with narcotics offenses.



Instagram: @naomibiden
archive.ph/D9wIt

The list of drug-related crimes below are in the order in which they appear in the Report:

| When | Where (Venue) | Who (Accomplice(s)) | What |
|---|---|---|---|
| 09/01/2015 | D.D.C. | ■ | 21 USC § 844(a) |
| 03/26/2016ff | S.D. Fla. | ■ | 21 USC § 844(a) & FL Stat § 893.13 |
| 01/15/2017ff | E.D. Pa. | ■ | 21 USC § 844(a) & 35 PA Stat § 780-113 |
| 06/14/2017ff | D.D.C. | ■ | 18 USC § 1952(b)(i)(1) & 21 USC §§ 841(b)(1)(C), 843(b), 846 |
| 12/17/2017ff | D. Md. | - | 21 USC § 844(a) & MD CLC § 5-601 |
| 12/22/2017 | S.D.N.Y. | - | 21 USC § 844(a) & NY PL § 220.00 |
| 02/24/2018ff | D. Md. | ■ | 21 USC §§ 841(b)(1)(C), 844(a), 846 & MD CLC § 5-601 |
| 04/13/2018ff | C.D. Cal. | - | 21 USC § 844(a) & CA PC § 11350 |
| 05/26/2018 | D. Md. | - | 21 USC § 844(a) & MD CLC § 5-601 |
| 06/12/2018ff | D.D.C., D. Md. & C.D. Cal. | ■ | 18 USC § 1349 & 21 USC §§ 841(a)(1), (b)(1)(C), 843(b), 846 |
| 06/23/2018ff | D. Del. | ■ | 21 USC §§ 841(b)(1)(C), 843(b) & 846 |
| 06/24/2018ff | C.D. Cal. | 1-310-■ | 18 USC § 1952(b)(i)(1), 21 USC §§ 841(b)(1)(C), 843(b), 846 & CA PC § 11350 |
| 08/06/2018ff | C.D. Cal. & D. Nev. | 1-626-■ 1-562-■ | 18 USC § 1952(b)(i)(1), 21 USC §§ 841(b)(1)(C), 843(b), 846 & CA PC § 11350 |

---

[1373] "Ashley Biden's alleged cocaine video," *The Week*, January 2015, archive.ph/OQkPn
[1374] Lauren FRUEN, "Biden says Hunter got addiction 'disease from mommy and me' in texts as 5 family members revealed to have been to rehab," July 2021, *The U.S. Sun*, archive.ph/4NcAS
[1375] Jarod Forget, "Violent drug organizations use human trafficking to expand profits," *Drug Enforcement Administration, U.S. Department of Justice*, January 2021, archive.ph/SCViK

| When | Where (Venue) | Who (Accomplice(s)) | What |
|---|---|---|---|
| 10/09/2018ff | D. Del. | ▇▇▇ | 21 USC §§ 841(b)(1)(C), 843(b), 846 & 16 DE C. § 4753 |
| 10/13/2018ff | D. Del. | - | 21 USC §§ 841(b)(1)(C), 843(b), 846 & 16 DE C. § 4753 |
| 11/14/2018 | D. Mass. | ▇▇▇ | 21 USC §§ 841(b)(1)(C), 843(b), 846 & MA GL 94 § 32 |
| 12/08/2018ff | D. Mass. | ▇▇▇ | 18 USC § 1952(b)(i)(1), 21 USC §§ 841(b)(1)(C), 843(b), 846 & MA GL 94 § 32 |
| 12/10/2018ff | D. Mass. | ▇▇▇ | 18 USC § 1952(b)(i)(1), 21 USC §§ 841(a)(1), (b)(1)(C), 843(b) & MA GL 94 § 32 |
| 12/19/2018 | D. Del. | - | 21 USC § 844(a) & 16 DE C. § 4753 |
| 12/28/2018 | D. Del. | ▇▇▇ | 21 USC §§ 841(b)(1)(C), 843(b), 846 & 16 DE C. § 4753 |
| 01/06/2019 (1990) | D.D.C. | ▇▇▇ | 21 USC § 844(a) |
| 01/28/2019 | D. Del. | ▇▇▇ | 21 USC §§ 841(b)(1)(C), 843(b) & 846 |
| 01/30/2019 | D. Mass. | - | 21 USC § 844(a) & MA GL 94 § 32 |
| 02/15/2019ff | D. Conn. | ▇▇▇ | 21 USC §§ 841(a)(1), (b)(1)(C), 843(b) & 952 CT PC § 21a-279 |
| 02/24/2019 | D. Mass. | - | 21 USC § 844(a) & MA GL 94 § 32 |
| 02/25/2019ff | D. Conn. & D.R.I. | ▇▇▇ | 18 USC § 1952(b)(i)(1), 21 USC §§ 841(a)(1), (b)(1)(C), 843(b) & 952 CT PC § 21a-279 |
| 03/02/2019ff | D. Conn. | ▇▇▇ | 21 USC §§ 841(a)(1), (b)(1)(C), 843(b) & 952 CT PC § 21a-279 |
| 03/05/2019ff | D. Conn. | ▇▇▇ | 21 USC §§ 841(a)(1), (b)(1)(C), 843(b) & 952 CT PC § 21a-279 |
| 03/15/2019 | D. Del. | ▇▇▇ | 21 USC §§ 841(b)(1)(C), 843(b), 846 & 16 DE C. § 4753 |
| 03/15/2019ff | D. Del. & S.D.N.Y. | ▇▇▇ | 21 USC §§ 841(b)(1)(C), 843(b), 846 & 16 DE C. § 4753 |
| 03/16/2019 | S.D.N.Y. & E.D.N.Y. | ▇▇▇ | 18 USC § 1952(b)(i)(1), 21 USC §§ 841(a)(1), (b)(1)(C), 843(b) & NY PL § 220.00 |
| 10/27/2016ff | DC, CA & TX | ▇▇▇ | DC Code § 22–3225.02, CA PC § 550(a)(4) & TX Code § 35.02(a)(2) |
| 10/28/2016ff | D. Ariz. | ▇▇▇ | 21 USC § 844(a) & AZ Stat § 13-3407 |
| 06/12/2018 | E.D. Va. | - | 21 USC § 844(a) & VA Code §§ 18.2-250, 18.2-266 |
| 08/02/2018 | C.C.D.C. | - | NRS 484B.653 |
| 07/25/2018 | C.D. Cal. | ▇▇▇ | 21 USC § 843(b) & CA PC § 11390 |
| 08/16/2018ff | C.D. Cal. | 1-661-▇▇▇ | 21 USC § 843(b) & CA PC § 11375 |
| 11/30/2018ff | S.D.N.Y. | ▇▇▇ | 21 USC §§ 331(a), 843(b) & NY PL § 220.00 |
| 10/12/2018 | D. Del. | - | 18 USC § 922(a)(6) |
| 10/23/2018ff | D. Del. | ▇▇▇ | 18 USC § 922(q)(2)(A) & 11 Del. C. §§ 1245A, 1442, 1456, 1457 |
| 06/06/2018ff | D. Del. | - | 18 USC § 875(c) |

**DRUG-RELATED CRIMES**