# Exhibit F

# Garrett Ziegler interview on Twitter Spaces with kimdotcom

Attendance:   Kim D. (KD)
              Garrett Ziegler (GZ)

Date:         December 11, 2022

| Minute | Speaker | Dialog |
|---|---|---|
| 00:00:00 | KD | All right, so hey Marco, are you there? Can you hear me, Marco Polo? |
| | GZ | Hey, Kim, this is Garrett Ziegler, founder, Marco Polo. I appreciate you having me on and I appreciate the tweet. We have a we have a mutual enmity between between us for the American President. Yours goes back much, you know longer than mine but ta I appreciate that tweet that you made and the more eyes we can get on this dossier the better. You know our our motive for it was modeling it after the Mueller Report and they had 2000 subpoenas and all they got was 11 fake GRU officers. Whereas, we have at the very least 459 violations of of federal laws, and it's really, you know, it took us a year to go through and I appreciate having me on, you know, this is umm this is a very a very contemporary thing. Usually when you have this much data to go through, it's as if it's after a presidential library has been opened, right? But it's a weird it's a weird thing we have with with Hunter's laptop that we're going to get that we're going through this all in real time and we're actually, you know, seeing the same bad actors. You know Victoria Newland well, she features prominently in our report and the same people involved in the 2014 Ukraine coup, are they they have failed upwards from Anthony Blinken to his wife, Evan Ryan, to you know, to to everybody in between. So I'm I'm honored to be here. I have a lot to to talk to you about publicly or privately. |
| | KD | So why don't we do? Why don't we do this as the filler until Barry Weiss starts with her release today. Why don't we talk a little bit about what you have found in your vast, expensive research into the Hunter Biden laptop and the files? Uh the primary question that I would like to ask you is, huh I've seen an interview where you stated that you have found huh several umm matters in which Joe Biden himself is implicated huh and has acted criminally. Can you just summarize that real quick for us? What are those huh points that you found that umm make you say that? |
| | GZ | Yes, very good question. So we found seven federal felonies that Joe committed over a decade long period and very quickly, they deal with the foreign Agents Registration Act. That is, huh that's that's two of the seven. Joe, as you'll recall, was basically umm the the person who closed deals for Hunter. Hunter was the family bagman. And what what would occur is, is, is is very simple, but it's sort of a corruption tango that they had to play out, ah you know, out of the public eye. And what would happen is this. Hunter would advocate on behalf of a foreign principle which is again in the United States, illegal if you do not |

1

| Minute | Speaker | Dialog |
|---|---|---|
| | | declare that relationship to the Justice Department, and that exact exact statute is what they went after Paul Manafort for. For stuff that happened way before the 2016 election, which was what Mueller's quote unquote purview was all about. And so two of the seven deal with FARA, Foreign Agents Registration Act. It's been on the books since 1938 in the United States, very old statute. The other uh, yes. |
| | KD | Can you explain what exactly the statute means? Not in too much detail, but does it mean that if you have any role in the U.S. government or are connected in any kind of official capacity, that if you have any kind of dealings with foreign nations, foreign governments, then you have to disclose |
| | GZ | Umm hum |
| | KD | that and get permission to act in that way. Is that right? |
| | GZ | Well, it's it's it's really a low bar in that the the relationship itself so so I'll get very, very concrete and I'll, I'll I'll explain this through an example. Hunter was a quote unquote, consultant for a Romanian tycoon named Gabriel Popoviciu. Gabriel Popoviciu hired Hunter Biden's firm, Rosemont Seneca, to try to lobby the U.S. State Department umm and specifically the U.S. Embassy in Bucharest to strong arm Romanian prosecutors to lessen their case against Gabriel. Now, if Hunter declared that relationship to the U.S. Justice Department, that relationship in itself is not illegal, but what happened was Hunter was trunk was ah was acting as Gabriel's agent without disclosing it to the DOJ. And so, because the the bar is so low and it's mere disclosure, and the U.S. government allows these principal agent relationships to occur, if you don't disclose the penalties are steep. Manafort had millions of dollars in funds ah, you know, excised and there was a there was a lot of of of asset forfeiture there. And so ah theoretically, all of all Hunters gains from from Burisma, umm the 1.2 million dollars in board fees could be umm forfeited because they came through a relationship that was not legal under the FARA. |
| 0:05:07.7 | GZ | OK, so you, yeah. |
| | KD | Can you explain why FARA would even cover Hunter Biden, the son of a then Vice President? Like why is he |
| | GZ | Yes |
| | KD | Under that umbrella. |
| | GZ | Um hum so what the laptop shows is very concretely, and we put all of the emails from the from the Biden laptop up online. It's called Biden laptopemails.com. We did this in May, and you can go today, huh search keyword Vadim Pozharsky and the reason why I'm going into the weeds here is because he was Hunters handler at Burisma. He was an advisor technically to the board of directors and what Hunter did was advocate on behalf of Burisma to government officials, and that's the key for FARA. You have to huh advocate a certain umm policy or a certain huh position taken huh for that agent and and and and |

2

| Minute | Speaker | Dialog |
|---|---|---|
| | | basically he was lobbying the U.S. government, meaning his dad. And the reason why we're so, you know, cause these are these are huh very, very hard allegations we're making that somebody committed a federal felony. It's because we have verified emails of of Vadim saying to Hunter, we need you to quote use your influence about our, you know, our current situation umm which is basically Nicolas Lachowski was being investigated for corruption. Hunter's job was to get that investigation stopped. Joe Biden in January of 2018 bragged about this very thing at the Council of Foreign Relations another demonic entity and said, you know, son of a bitch, I got him fired. And so what happened was. |
| | KD | Wait a minute, wait a minute that wasn't in Bucharest, that was in Ukraine. He got the prosecutor in Ukraine fired. |
| | GZ | Yes, yes, yes. |
| | KD | He got a prosecutor in Ukraine fired. |
| | GZ | Yep, and and that's why I'm I'm saying there's there was at least 459 violations of law because there were six different countries that Hunter represented agents from illegally. And so there's the Romania case with Gabriel Popoviciu, in which they were lobbying the U.S. government huh to take a position in. And then, of course, the infamous one with Burisma, where George Kent, the liberal huh bow tie wearing huh State Department official, huh you know, testified under oath that that's Lachowski paid a 6 million dollar bribe to the prosecutor's office. |
| | KD | So, so wait a minute are you saying that Hunt that Joe Biden did the same in in another country and got another prosecutor fired? |
| | GZ | Yes, this is one of the key I I think you know all this material has been out there, |
| | KD | Wow |
| | GZ | but what our contribution is to all of this and we have not been really self promoting too much, but our contribution to all of this is that I played me and five other guys an attorney, a private investigator an accountant and a couple of other you know, digital forensics folks, I pla, we played with the Rubik's Cube long enough to make these connections. And what what happened in both Romania and and Ukraine was very simple. It boils down to this. Hunter was hired to to, to influence law enforcement umm matters in a country in Romania and Ukraine and these oligarchs, Gabriel Popoviciu and huh Nicholas Lachowski all of, you know, both of which have vast holdings in Cyprus shell companies. They hired Hunter to do the wink, wink, nod, nod huh and and get Joe to intervene on their behalf. Now, without Hunter's laptop, we wouldn't be able to prove this, and that's why I'm being so forthright on this call. I'm usually not like this, but because we have their comms in WhatsApp, in huh in emails, in their text messages, it's clear as day. Once you play with the Rubik's Cube long enough and put all and put all the pieces together you see what the |

3

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | mission was. And so everybody can go to biden.digital or hereshunter.com, our main website is marcopolousa.org and they could read it for themselves. We've not had one left wing debunker yet. |
|  | KD | So I mean what I find quite interesting is huh not only did Joe Biden remove a prosecutor that was investigating corruption at Burisma, the company where Hunter Biden was sitting on the board, but the same thing happened in another country. So and again with Hunter Biden's involvement, I mean, the U.S. going around pulling its weight to make sure that foreign prosecutors are getting kicked out of their jobs. In in Ukraine, I believe Biden threatened that a billion dollar loan from from the |
|  | GZ | [Laughter] IMF, Yep. |
|  | KD | is not going to come forward if that doesn't happen immediately and they fired the guy the same day and |
|  | GZ | [Laughter] |
|  | KD | he's done that in other countries. Wow, that is new to me. I didn't know he's done the same thing in Romania. |
|  | GZ | Well, Kim, there is one other huh point that I think you'll particularly be interested in. In the Romanian case, one of the people that violated the FARA on ah with Hunter, he was basically his partner in this sordid affair. His name is Mike Gottlieb, longtime attorney at Boies Schiller Flexner. He's at a different firm now and the reason why I'm bringing him up right now with you is that |
| 0:09:59:6 | GZ | Mike Gottlieb represented Seth Rich's brother, Aaron Rich, after and he got him to basically sue these people for defamation. And so and and Mike Gottlieb represented Ruby Freeman, who committed federal felonies in Georgia and got put out by the January 6th committee in front of the whole world. Basically, she made it on camera that she was ballot harvesting. So what do we have here? Not only is it Hunter Biden, because remember Hunter has an IQ just barely above room temperature. He's really, really not that sharp. His job is is is very simple he's making. |
|  | KD | What it is is substance abuse that does that to you, no? |
|  | GZ | [Laughter] Yeah, his his job is to make the introductions and and and be in the room and make sure that the message gets conveyed to his daddy. But these killers like Mike Gottlieb, on the other hand, they do have a very verbal, a high verbal IQ and he is at the center of both, not only the Romanian FARA violations with Gabriel Popoviciu, but also the Seth Rich saga and Ruby Freeman. And again, if if anybody on this call, you know you probably haven't heard of me before, but we we we're we're we're hitting very close to the bone here. Hunters attorney actually threatened me and my nonprofit. Said I needed to pick out an outfit for jail, and I needed to get lube because he's going to bankrupt me and my family. You can go look it up on Daily Mail, ==Kevin Morris. We basically catfished him and infiltrated Hunter Biden's like upper== |

4

| Minute | Speaker | Dialog |
|---|---|---|
| | | research team this summer, and Kevin Morris got so mad when he found the pictures posted in the New York Post, they just went on a rampage and called me all these bunch of names. It's really it's really quite incredible. |
| | KD | What I what I find interesting when you when you mentioned Seth Rich is the recent umm development that the FBI again does not want to disclose the contents of his laptop and have asked the judge who is already ordered to |
| | GZ | Yep |
| | KD | disclose the data to stop it because of some labeling technicality now saying not under the FARA Act. It's something completely different |
| | GZ | Um hum |
| | KD | So the the U.S. government is struggling to keep the Seth Rich data secret, just like they were huh in collusion really to kill the Hunter Biden story, which is turning out to be, you know, much more interesting than the media made us believe. But please go ahead, sorry for that. |
| | GZ | Well, no. I was just going to say thank you for bringing that up. I think that umm we have, you know, one thing I've been meaning to reach out to you on your private line is that we have access to discovery materials based on a lawsuit that huh shows another character is involved in this Seth Rich saga. And it's somebody that hasn't even reached the public domain yet and it deals with one of Seth Rich's college classmates who ironically was a Republican, sort of an establishment GOP figure who we believe, and again this is speculation. Everything I've said, you know, heretofore has been documented in our report. But ah but there's another figure in this Seth Rich saga that I think you of all people on planet earth could help us uncover and and so maybe we can connect. |
| | KD | Well, it's the person that he has been frequently in touch with, right? |
| | GZ | Yeah. And and this person actually called him a dozen times the night Seth Rich was murdered, July 10th, 2016. |
| | KD | Yeah. |
| | GZ | And the reason why I'm going into this is because these materials, these call logs were only given to my nonprofit from somebody who is in civil litigation. So they got it through discovery and the subpoena. And so I think this is, I guess all I'm trying to say is the the the the Internet's written in ink. This is not going away and we set up this small 501(c)3 with a very small budget to go after the most, you know, things that are very close to the bone. They're very protective of Hunter. He's the most protected person. And I mean, look at the Pavlovian dog like response, not just at Twitter guys, but did you know that the the signatories on that letter from the intelligence officials, the former spooks, right, of those 51 more were Republicans. So yes, I worked for. |
| | KD | Well, that's the uniparty for you, right? Yep |

| Minute | Speaker | Dialog |
|---|---|---|
| 0:14:15.9 | GZ | Yes, exactly. In, in, in a lot of a lot of people don't don't tell that side of the story that this is not oh this these aren't crocodile tears from from Republicans on Twitter this is this was a uniparty operation to influence an election. |