Exhibit G

### Hunter Biden's Lawyer Gets Exposed

**Attendance:**   **Phelim McAleer ("P. McAleer")**
**Ann McElhinney ("A. McElhinney")**
**Garrett Ziegler ("G. Ziegler")**

**Date:**      **On or about Jan. 18, 2023**

| Minute | Speaker | Dialog |
|---|---|---|
| 0:00:00 | Unknown | Ron Johnson, the sitting senator who released another Biden report mentioned our dossier on that interview, which means that he's taken it in, and he thinks it's above board and legit, and worthy to be investigated. So, I'm very proud of that because they have to send criminal referrals. The House and, I know the Senate's not cuz they're in the minority, but the House has to do this. It's not just investigations, but actually criminally you know refer Hunter to local and state prosecutors. |
| | | Intro music |
| | A. McElhinney | Hi, my name is Ann McElhinney. |
| | P. McAleer | Hello and I'm Phelim McAleer. |
| | A. McElhinney | Welcome to the Ann and Phelim Scoop, and I'm back. |
| | P. McAleer | You're back. |
| | A. McElhinney | I'm back. |
| | P. McAleer | Where were you? |
| | A. McElhinney | Back and, back and better and all of those things. I think I had a very severe dose of jet lag combined with . . . |
| | P. McAleer | Whatever's going around. |
| | A. McElhinney | . . . whatever else is going around, yeah. But, yeah. |
| | P. McAleer | And you're back and the weather's beautiful. It's good to be back in Southern California, isn't it Ann? |
| | A. McElhinney | I, I think before we start, before we get into everything else that's happening on the show, this is, this, I just have to bring everyone's attention to this very funny situation. So, yeah, it's raining in Southern California, um, really, and obviously, actually, it's very, in some parts of Southern California with devastating effects by the way. |
| | P. McAleer | And Northern California. |
| | A. McElhinney | Awful things have happened. But here in L.A. basically all that's happening is that it's raining an awful lot. And the local news, as you can imagine, have had a very measured and sane and appropriate kind of response to that. I just wanted to share this with you, I came across this the other day on the T.V. I caught just a little bit of it, but listen to the meteorologist speaking to a psychiatrist about how to deal with rain. |
| | P. McAleer | Seasons, cool. |
| | Recording | "Okay, when someone is experiencing these symptoms, what's your advice." "Um, I think, you know, there's a lot of ways to kind of go about it, certainly if it's really impacting your ability |

| Minute | Speaker | Dialog |
|---|---|---|
| | | to go to school or go to work, do your daily activities of living, that's definitely a sign that it's time to seek professional help." |
| | A. McElhinney | Can you imagine for people who live in Ireland, which is where we're from, basically the weather that we're having here in Los Angeles, this rain, we would have six or seven months of that every year, maybe more actually. |
| | P. McAleer | Yup, yup. |
| | A. McElhinney | And instead of the fact that here, in between the showers, the sun comes out. In Ireland, the sun doesn't come out, it just stays gray all the time. |
| | P. McAleer | Right. |
| | A. McElhinney | So, no wonder the people are, no wonder the people are writing sad songs and writing depressing poetry. |
| | P. McAleer | Yes. |
| | A. McElhinney | Anyway Phelim, what else is happening in the show today? |
| | P. McAleer | Um, well we remember safe, legal and rare, uh, the democrats don't, we'll look at that. And another told you so, the Washington Post finally catches up with us on COVID. You know, many years later they finally . . . |
| | A. McElhinney | Yes, 3, 3 years later. And we give you reason 479 of why your child should not go to universities. |
| | P. McAleer | Yes, there's just so many of them. And we meet the man who out-Morris' Kevin Morris. Yeah, someone who was able to see the, to see the very deceptive lawyer representing Hunter Biden. And who, so who better to talk about all things Hunter and Joe Biden, their dodgy dealings and Joe Biden's top secret documents found in Hunter's house, who better, we'll talk to him, you won't want to miss this interview, it's a complete 360 on Hunter Biden, on Joe Biden, so that comes up later. |
| 0:03:17 | A. McElhinney | And we went to see the Banshees this year so that you wouldn't have to. Let's – No that's not actually – no, that's not really true. But anyway, we went to see the banshees of this year because we're Irish and we also wanted to know what the fuss was about and we'll bring you our review of that. |
| | P. McAleer | Yes. Comedy now a tragedy, no tragedy not a comedy? |
| | A. McElhinney | And finally, our cats have decided not to be freeloaders and |
| | P. McAleer | Yes |
| | A. McElhinney | they're beginning to earn a living. We'll bring you that story for those that can - that can stomach it and |
| | P. McAleer | Did you hear that? Magdalena Sagitta |
| | A. McElhinney | Yes. Magdalena Sagitta, who was actually accusing our cats of being freeloaders. They have earned their living. And as I said, it's not for everyone. For the faint heart. We tell you when to look away and and I I have a recipe for the air fryer and we also want to bring you um a story from another friend of ours. Another friend of ours who has left California um but it's an interesting. It's an interesting story worth hanging out for at the |

| Minute | Speaker | Dialog |
|---|---|---|
| | | end because quite extraordinary. But we're going to start with this story, you know. Safe, legal and rare, you know. Um. Do you remember safe legal and rare because the Democrats definitely don't. So, in one of the first moves by the new Congress um the House passed the born alive abortion bill. And if one Democrat, just one Democrat, um, voted in favor of it um and joined the Republicans. And his name is |
| | P. McAleer | So this a bill, the bill. |
| | A. McElhinney | Henry Color. Henry Color. Yeah. |
| 0:04:35 | P. McAleer | Henry - I think it's it's a Hispanic name, Cuellar Cuellar. C-U-E-L-L-A-R. Please tell us. Please tell us in the comments how to correctly |
| | A. McElhinney | If we're saying it properly |
| | P. McAleer | How to correctly pronounce the name? |
| | A. McElhinney | And this film says, this bill is to protect infants born alive after an attempted abortion. And you kind of would think, you know, one would think a normal person, I think I think a normal person would think |
| | P. McAleer | That baby is born alive. |
| | A. McElhinney | that if a baby was born alive in an abortion that, you know, you'd think, OK, we need to do everything we can to to save the life of this, of this child. Well, every last Democrat bar one went nuts um over this proposed bill, which has luckily passed. But just amazing. Just amazing to imagine and and just to uh, just to give you a flavor of how the Democrats, you know, quietly and soberly and measuredly responded to this, you know, here's Nancy Pelosi today instead of joining Democrats to condemn all political violence. OK. Random, right? House Republicans chose to push their extreme anti-choice agenda. You know. And then you know, we have, Schumer said, the Maga Republican controlled house is putting on display their extreme views on women's health with legislation that does not even have the support of the American people. I don't know about that. I don't know that the American people have been asked if they think it's OK that a child that's that survives an abortion attempt um would be basically neglected to death. I don't think the American public think that that's OK. Um. I don't know where he's getting those. I don't know where he's getting that statistic from. And of course, you know Kamala Harris. She had to weigh in. Of course, Kamala. Kamala had to weigh in because you know, of course, the philosophical, the mind, the mind, the brilliant mind. |
| | P. McAleer | Kamala |
| | A. McElhinney | Of course, Kamala. Kamala had to weigh in because you know, of course, the philosophical, the mind, the mind, the brilliant mind of Kamala Harris. |
| 0:06:20 | P. McAleer | Soaring, soaring oratory. |

3

| Minute | Speaker | Dialog |
|---|---|---|
|  | A. McElhinney | Here's what she said. House Republicans passed an extreme bill, you know, extreme by the way, unbelievable bill today that will further jeopardize the right to reproductive health care in our country. This is yet another attempt by Republican legislators to control women's bodies. Well, actually, no. Actually, it's actually very much the opposite of that, because this is when the body, the baby's body, is outside of the woman's body. It. |
|  | P. McAleer | It's actually an attempt to control a baby's body and |
|  | A. McElhinney | Yeah. And save and save a baby's body. |
|  | P. McAleer | Talking of extreme healthcare. |
|  | A. McElhinney | Yeah. Safe. So yeah. So safe, legal and rare. Like, by the way. So, it was safe, legal and rare not that long ago. And now it's if the baby survives an abortion, we're going to let it die, neglect it to death. And but luckily that wasn't passed, and luckily the Republicans. Yeah, the new the new Republican House. |
|  | P. McAleer | It's called comfort care. As we learned as we, as we learned in Gosnell, it's called comfort care. It's accepted medical practice, and that's why that remember that Republican governor. That's why Pramod (sp?) were the first people to ask him to insist that he resigned because he blew the lid on comfort care and talked about it casually. |
|  | A. McElhinney | And then another story we wanted to bring to you, I mean, you know, in an amazing told you so and a an extraordinary told you so. So Phelim McAleer, not a doctor, Ann McElhinney, not a doctor but we know doctors not that helps right but |
| 0:07:32 | P. McAleer | Yes, they spent a lot of time with them last year or two. |
|  | A. McElhinney | yeah but it doesn't make us qualified. However, we are logical and we can read data. And three years ago, 2 1/2 years ago, to be precise, we were basically saying that they were recording COVID deaths for people who had been shot, people who had committed suicide |
|  | P. McAleer | People who had died are dragging car accidents. |
|  | A. McElhinney | People who died in car accidents. And now, finally. |
|  | P. McAleer | No, let explain, explain. Explain. So, when they when when you had a motorcycle accident like that guy in Texas or remember that guy in Derry and all these people. When you were at the hospital for you to get your appendix out. They tested you. Uh and if you tested positive for COVID, even though you had no symptoms or that wasn't why you're in hospital suddenly you were a COVID patient and suffering from COVID. And if you died in hospital from a heart attack or from appendix or from or from a motorcycle accident, they recorded it as a COVID death. They were over counting the number of COVID deaths and. |
| 0:08:26 | A. McElhinney | And we said that 2 1/2 years ago, not doctors, but very, very, you know, just being logical about the thing and rational about the thing and looking at the data. Well now, finally the Washington Post, by the way, has caught up with the Phelim and |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | Ann show and and they have just published um, an op-ed from Doctor Leana Wen, who says that the number of deaths attributed to COVID-19 may be greater than the number of people actually dying from the virus. Experts, you know, God, the word expert has been really devalued recently. Say patients hospitalized with other illnesses may also test positive for COVID, but the virus may not have been a contributing factor to their death. Doesn't mean that they have, but of course the numbers have been have been added, you know, and it's just extra just kind of reading through this when in her, in her piece for the Washington Post said, according to the Center for Disease Control and Prevention. the United States is experiencing around 400 COVID deaths every day. At that rate, there would be nearly 150,000 deaths a year. But are these Americans dying from COVID? Or with COVID? |
| | P. McAleer | Or with. But I mean this. |
| 0:09:25 | A. McElhinney | Mean we were a broken record on this, right? |
| | P. McAleer | We were with they, they they have we were saying they didn't die from COVID they died with COVID. You have COVID. But you died from something else. |
| | A. McElhinney | Yeah - but Wen, who's obviously just so brilliant, by the way, says, as I said, we just mentioned again 2 1/2 years later Wen says, understanding this distinction is crucial to putting the continuing toll of the coronavirus into perspective. You think so? Really. Doctor Wen. Determining how likely it is an infection will result in hospitalization or death helps people weigh their own risks? Thanks a million, doctor. |
| | P. McAleer | This is why This is why the silencing and the shadow banning and the banning of people on Twitter and other social media. This is why it's so damaging. Yes, three years later, Doctor Leana Wen or Leana Wen uh finally comes to this conclusion. If she'd been bombarded with people saying this from the beginning. |
| 0:10:13 | A. McElhinney | Yes. For example, yeah, exactly. But people, people who were silenced like, like for example, Jay Bhattacharya, by the way, 36 years a professor of medicine at Stanford who was shadow banned. |
| | P. McAleer | Then she would be coming up. |
| | A. McElhinney | That she goes on to say, like, I mean, it's unbelievable this by the way, but we may as well just, you know, highlight a little bit of this and at the end I want to weigh in with a little bit that Justin Hart, our friend Justin Hart had to say about this was a data expert. She cites one example. She cites, one expert, Robin Drexler, an attending physician at Emory Decatur Hospital, who estimates that at his hospital 90% of patients diagnosed with COVID are actually in the hospital for some other illness. I. All I |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | gotta say to you Doctor Wen is shame on you. Like like, you know, right. Shame on you. |
| | P. McAleer | Yeah. No, but this is very funny. So thought I recognized when we're sitting here talking. I thought I recognized the name Doctor Leana Wen. |
| 0:11:04 | A. McElhinney | Oh really. Not that it was some kind of sort of, you know, sound generalized name for somebody who's Asian and a doctor. |
| | P. McAleer | No. What's the Asian? What's the general Asian name? Wong is it? |
| | A. McElhinney | Stop it. Go on. |
| | P. McAleer | Why? Why is the Chinese phone book useless? There's too many Wong numbers? |
| | A. McElhinney | Stop Phelim. |
| | P. McAleer | That was a great joke when I was 14. |
| | A. McElhinney | Yeah, it has that 14 year old feel to it. Oh, and tell us what you found about Doctor Wen. |
| | P. McAleer | And no, I knew I knew I recognized it. Guess her what her previous job was?. |
| | A. McElhinney | No don't please. |
| | P. McAleer | She was she was the head of Planned Parenthood. She's the one who left. She's the one who left Planned Parenthood. Actually, to be fair to her, she left Planned Parenthood because she said, you know. Maybe we should. |
| | A. McElhinney | Because she realized that it wasn't exactly what it said on the tin. |
| | P. McAleer | Well, no, no. Well, kind, you know, she says. She said, look, we should. Why are we getting involved in the policy? You know, we're Planned Parenthood. We're Women's Health, right? That's what we say we should actually do more Women's Health. Stop being so political on abortion, and stop being so political on other things that are not connected to Planned Parenthood. Um. And you know, have a more holistic view of Women's Health etcetera and they went, no, no, no, we're, we're we're about pushing a progressive agenda and pushing abortion. Uh, even for people who who might benefit from other choices. So, she was immediately fired. So anyway, so. |
| 0:12:19 | A. McElhinney | Just another so. In the article, by the way, and the article's worth reading, you know there's other stuff that they, you know, couple of other statistics. California-based epidemiologist Dr. Tracy Hogan tweeted, Spring 2021 USA had good evidence. Yeah, in spring 2021. Had good evidence that more than 40% of child COVID admissions were incidental. In 2021, Denmark announced you see Denmark was a bit ahead of the curve here, Denmark announced that they they had distinguished um did distinguish with COVID hospitalized deaths um and sorry that the COVID hospitalized deaths, that 60 to 70% of them were incidental. And I just had a look at Justin Hart, Justin Hart, of |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | course, who is our very reliable source for all things data related to um to COVID has an end. |
| 0:13:11 | P. McAleer | That's at at Justin underscore Hart – H-A-R-T. |
| | A. McElhinney | And if you're on Twitter, you should really be following Justin Hart. But Joe, here's a couple of things from Justin really disturbing. The CDC. You know, the great CDC recently that's now recently, by the way, which is 2023, recently confirmed over 800 accident COVID-19 deaths in 2021 for people under 60. These deaths which obviously had little to do with COVID, but they were logged as COVID anyway. Here's an example: a 42 year old white female died in July from an unspecified fall that resulted in an injury of the spleen, pneumonia, mental and behavioral disordered related to alcohol use, and other unspecified cirrhosis of the liver. She was listed as a COVID death. |
| | P. McAleer | Yeah, cause she had COVID-19 as well. |
| | A. McElhinney | Yeah, a 55 year 57 – there's a ton of these, by the way. A 57 year old white male died in February from another fall on the same level that resulted in a diffuse brain injury. Unspecified injury of the head, diabetes, Hyper Lipidemia and and COVID-19, another COVID-19 one. I'm not. This goes on and on and on. But actually, I just wanted. There's a couple of different categories that Justin has um brought attention to. He has another one where the CDC recorded 60 suicide, 60 suicide COVID deaths. I know, take a moment for that one. Yeah. 60 COVID suicide deaths under the age of 60. The death certificate obviously denotes intentional self-harm to unlive oneself but they slapped it in the COVID pile and I won't go into them. Obviously extremely sad. Huge number though. Um and he has another one which I think is also extraordinary. Dozens and dozens of homicides. |
| | P. McAleer | That are logged as COVID deaths. |
| | A. McElhinney | That are logged as COVID deaths. Where somebody was shot, but they also had COVID and that was a COVID death. So, you know, well done. You know, finally to the Washington Post, to acknowledge something that we had said 2 1/2 years ago. So yeah, big fat told you so from us for that one. And another reason, by the way, then another story we had, which was another reason. This is just a short and just dis, you know, very funny except for it's very distressing if you've got a child in university story. Another reason why you shouldn't have a child in university. So, this is the University of Southern California. This is not some kind of backwater. This is the University of Southern California. Like a very you know big name right? In the education world anyway. You'll be very happy to know that they have banned the word field. The University of Southern California's School of Social Work recently put out a letter |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | declaring it would no longer use the word field when referring to one's area of expertise, etcetera. |
| | P. McAleer | As in a field worker. |
| | A. McElhinney | Or I went out, you know, he was out in the field. He was in the field. And, well, how did you do? Umm, he's he's very foremost in his field. It will henceforth use the word, which is so easy to say, by the way – practicum. Practicum. Is that how I said it Phelim? P-R-A-C-I – P-R-A-C-T-I-C-U-M. Practicum. |
| 0:16:11 | P. McAleer | I've never heard of the word. |
| | A. McElhinney | Practicum instead? So, here's the letter that USC accompanied to this fabulous decision of theirs. You know, and this is, you know, just to for those of you spending $100,000 a year sending somebody to USC this will give you so much comfort. Specifically, we have decided to remove the term field from our curriculum and practice and replace it with practicum. This change supports, the anti-racist social work practiced practiced by replacing language that could be considered anti-black or anti-immigrant in favor of inclusive language. Language can be powerful and phrases such as going into the field or field work may have connotations for descendants of slavery and immigrant workers that are not benign. |
| | P. McAleer | So, when I used to chase cattle across the field. |
| | A. McElhinney | So, you're I I don't think they're thinking of you, though Phelim when they're worrying about triggering people. |
| | P. McAleer | I'll tell you. I was pretty. I was pretty triggered. |
| | A. McElhinney | People were killed by the way in fields in Ireland by being chased by bulls right? Wasn't that a thing? |
| 0:17:10 | P. McAleer | Yes. And how is actually the we didn't have those kind of cows, but it seems now if a cow has given birth and their particular breed they can be really nasty and take out farmers in the field. |
| | A. McElhinney | I think we're going over to our to our interview now. |
| | P. McAleer | Oh, yes. Oh, yes, yes. So yes, so. You won't want to miss this interview. I did it just before we came on air and it's with Garett Ziegler, uh the man who knows more about Hunter Biden, the man who knows more about Joe Biden than seemingly most of the mainstream media. But no surprise there because they don't want to know. So, let's go over that interview now with Garrett Ziegler. Uh. Let's go. Welcome to the show Garrett Ziegler. Uh. Garrett is the founder of Marco Polo a not-for-profit uh, dedicated to exposing corruption. Uh, so therefore no better person to expose Hunter Biden and Joe Biden and the various cronies around him. Garrett also holds the distinction of having worked in the Donald Trump White House. Welcome to the show Garrett. |
| 0:18:09 | G. Ziegler | Thank you very much, Phelim. I appreciate it. And I I very much enjoyed your film and I'm honored to be on. |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | P. McAleer | Thank you. Thank you. So, listen. Um. This is the Hunter Biden and Joe Biden and there's such a big topic and what you've done is so interesting that I I I hardly know where to start. You're the person who out-Morrised Kevin Morris. Kevin Morris is Hunter Biden's lawyer, but he's so much more than that. He's kind of a crony of his as well. And uh Kevin Morris is the famously person who posed as a documentary filmmaker and infiltrated the set of my son, Hunter, who put up some headlines on that. Yeah. So, he came to us and said, hey, I'm documentary filmmaker. We're making a film about Hunter Biden, and we want to spend time on the set. Interview all the actors. Interview you. And uh and the people he was with were documentary filmmakers. Uh. And they spent days on the set of my son Hunter. Asked us a lot about the origins of the laptop. The origins of the hard drive. The origins of of where, how we knew about the story. Interviewed me at length. Interviewed actors at length. Film the film. You know. All that and then uh left in a hurry and and then it emerged several months later that Kevin Morris is actually Hunter Biden's lawyer and he was there under false pretenses, infiltrating the set. Now you, Garett, and your organization, you did a a similar, uh, con on Kevin Morris. If maybe I'm, maybe I'm misrepresenting this. But you posed as Hunter Biden friendly and fed him some information and he then trusted you and fed you information. Or maybe I'm misrepresenting that. So, tell us your connection to the Hunter Biden story and and Kevin Morris. |
| 0:20:02 | G. Ziegler | So, I'll take the Kevin Morris thing first. We had been following you and your wife's work for for months. Um. We actually, you know, were watching from afar and donated a small amount and we didn't know you from Adam. But we saw this story come out that he had infiltrated your group. And I thought he was a scumbag for doing it. And so, we dug into him. We had two private investigators looking to Kevin Morris for about a month. Got all this personal information and I thought that this guy needed a taste of his own medicine suppository style. And so, one of the guys on my team, Aaron, to be exact, um he lives in the South, posed as John Cooper, who was the chairman, the vice chairman of Obama's Finance 2012 Committee. We just, you know, made it up. We took, we picked some blue stooge on Twitter that, uh you know, sort of repeated Democrat talking points. Posed as this person over the course of weeks and fed Kevin ridiculous information. Based upon the false information that Kevin was laundering to another paid Twitter shill, Brooklyn dad, who is paid by a super PAC that's capitalized by Kevin Morris. And so, all we did was give him a taste of his own medicine, motivated by the fact of what he did to you guys, which is lie and in fact in this dossier, this 600 page dossier, |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | which you alluded to, we put the entire situation. We put the redacted bar complaint. We put the uh the ridiculous e-mail by Robb Bindler, who's another partner in crime, along with Jason Cohen. You know these folks better than me. But you, you know, they gave us ridiculous information and then we had a post in the New York Post. And he lost his mind. |
| 0:21:57 | P. McAleer | Yeah. So, you, you one of your you and one of your associates, you posed as this guy John Cooper. And and my understanding is you wrote them saying, look, we've been examining the hard drive or what's purported to be the hard drive. We found out that it's being tampered with, that it's being fiddled with, that it's not accurate. Here's this. And he got excited about that. Uh, and then? |
| | G. Ziegler | Like a Pavlovian dog. It was like talking to a 7th grade boy who, you know, I don't even know the example to use, but basically Kevin was fawning over our ridiculous BS intel and he sent us this diagram that looked like it was produced by the professor on the film, a Beautiful Mind. Where there's a lot |
| 0:22:41 | P. McAleer | Yeah, let's just put a picture. We'll just put a we'll just put a picture of that that up. So, he he responded by saying, look, this is my theory here, right? Um. And here's the map of his theory. Right and it looks – what did you say – it looked like something had been done by the professor of a A Beautiful Mind. |
| | G. Ziegler | Yeah, yeah, the film A Beautiful Mind, right? Was about professor with the surname Nash, who had schizophrenia. And he was doing all these equations. Kevin Morris has so many facts wrong. First of all, the laptop that c-came through, Julian's attorney has material that was created after Hunter left Ablow's care. |
| | P. McAleer | Well, let, let's let's. We're getting a little ahead of ourselves. So. So. So, yeah. So, Kevin Morris' theory is. |
| | G. Ziegler | Totally ridiculous. |
| | P. McAleer | If you if you can decipher this, this drawing is that actually the laptop wasn't retrieved from a repair shop in Delaware. Uh, which you know, is actually the most obvious explanation. Uh, because it's it's a repair shop close to uh Hunter Biden's house. Uh Hunter Biden's signature is on the document. The repair shop guy says that's where it came from. The repair shop guy told the FBI about it. The FBI came and to copy you know. There's all this documentation |
| | G. Ziegler | Corroborating evidence. |
| 0:24:03 | P. McAleer | Corroborate actually, it's more, yeah, it's corroborating evidence. But no, Kevin Morris uh in his best professor Nash way, believes that the laptop actually was the lap a laptop that Hunter Biden left with his then therapist/psycho psychiatrist, Keith Ablow, and Ablow is is a conservative or has appeared on Fox News. I'm not sure of his politics, so therefore uh I think |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | what Kevin Morris is trying to to the story he's trying to push is that this was released to the media by a psychiatrist who stole it from his patient and therefore it's deeply, deeply unethical and perhaps criminal, and that that the media should not be disseminating it. And actually, it's a very good analysis of the media. They're looking for an excuse not to disseminate this. And if they had the idea that this was stolen data or unethically obtained data, then they would say well, we can't, we can't distribute that. Is that's what, that's what Morris's theory is. Is that correct? |
| | G. Ziegler | Yes, Kevin Morris is relying on people like Brooklyn dad who he pays through Super PACs, who have room temperature IQ's who do not realize that over a year on our nonprofit's website, we've posted videos, photos, text messages that took place after Hunter verifiably left the Newburyport office/sex den of Keith Ablow. And so, he is just throwing everything at the wall. And one of our motivations, Phelim, was Kevin Morris. He doesn't get messed with by anybody in the entire 21st century. All he's done is negotiate a couple of contracts for degenerate South Park creators and live in Malibu. He doesn't get messed with by anybody. He's one of the most privileged dudes in the country. And look how he reacted to one time where he was made to be embarrassed. Yes, he started. |
| 0:26:12 | P. McAleer | Yes. So. So yes. So, you then revealed that you weren't John Cooper. That you, uh, were, um, infiltrating his mad world, which God help you. Um. I feel sorry for you. And his reaction was of course suitably measured and rational. Tell tell us about that. |
| | G. Ziegler | Well, if he had a a touch of humility and he tries to come off as this working class guy from suburban Philly with gruff facial hair, but he reacted like he'd never been messed with before and said that I needed to pick out an outfit for jail and that he knew where I lived. He was going to bankrupt my parents, cause apparently, he couldn't find anything on me. I'm too young to have any skeletons in my closet, and I haven't spent two decades in Malibu like he has. So, he was gonna bankrupt my parents and um that I needed to pick out lube for jail. |
| 0:27:10 | P. McAleer | I suppose I should declare uh uh an interest here in the sense that um we are currently or I am currently um I've lodged an ethics complaint against him with the California Bar Association. It's not. It's not looking good for the speed uh or thoroughness of the California Bar Association. Um. You know, or transparency either. Uh. This, you know, they were supposed you have all these things. Your complaint will be dealt with within 60 days and or, you know, served all these time spans and they've all just gone to the wayside and you, you try and follow up on your own complaint and it's just you have to phone this person but no, |

11

| Minute | Speaker | Dialog |
|---|---|---|
| | | then you have to phone that person. But no, they then they send you back to that person. And it's so it's not looking good. Uh. Let me just say I wouldn't uh the the complaint is a slam dunk because lawyers are not and I've I've there's a number of grounds for the complaint, but lawyers are not allowed to misrepresent that they are working for a client. So, they're not allowed to come to you and ask you questions about your house that you live in, whilst not revealing that they're actually representing the landlord or the builder who built it, you're suing, you know they can't. They can't pose as a disinterested party and they can't pose as a disinterested party by by, by commission of a lie or by omission of the truth? Yeah, just because you made a documentary 30 years ago but you, but you're you've also admitted you are Hunter Biden's lawyer. Right. So, you were there as Hunter Biden's lawyer gathering information. That is a fact. We we all know that. We actually trusted him because we knew he was a lawyer and we knew he had a duty not to lie. Uh, |
| | G. Ziegler | Well said. |
| | P. McAleer | We were wrong. So, let's see where that goes. Let's see where Kevin Moore, where this ethics complaint goes. Let's see where Kevin Moore. I wouldn't, I mean. Hunter Biden is is so ill served by his lawyers; I I think also. I saw his what's his lawyer called Smith? Is it Chuck Smith? Charles Smith? Chris Clark. That's it. I mean, he reacted to to a question by I think it was Miranda Devine. |
| 0:29:20 | G. Ziegler | Josh Bosswell. |
| | P. McAleer | He reacted with with profan-profanity, and I'm going. So, you've got Hunter Biden's lawyers, who are Kevin Morris, who by his he told me he's a recovering addict. Uh, who who uses deception to gain information. Uh. The other guy who reacts with profanity when asked simple questions. Hunter Biden is not being served well by his lawyers, but maybe he gets the lawyers he deserves. |
| | G. Ziegler | Yes, maybe it's just a reflection of the client's character. |
| | P. McAleer | Yes, possibly, possibly. So. This brings us on now to, you know, as I say, it was so hard to know how to get into this story because it brings us on now to the the latest uh, well, Hunter, the the Joe Biden's classified documents being found in uh beside his Corvette and in his his NGO that's really a money laundering operation. We won't even go into that. And we I would just like to say I always felt that the the Donald Trump classified inform – look, I it seems in Washington that they they classify a ham sandwich as top secret like this gross over classification of of everything. There's, I mean, one of the statistics that's truly shocking about America is that there are 2 million people with a top secret clearance in in America. 2 million people. So |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | therefore, top secret means nothing when you have 2 million people who can access it. So, everything's overclassified. Everything people, people are given classifica uh, you know, access to documents when they shouldn't be. There's so. And every president leaves with top secret documents. It seems every one of them. Uh, I mean, one of the jobs that they have when they're setting up their presidential library is to go through what they have to make sure to get to get all the top secret and the national archive documents back to the National Archives. You know, that's just you pay that. That's part of the budget. So, I never really bought the the the idea that this was a scandal for Donald Trump. I'm not particularly buying it a scandal for Joe Biden, except that they said it was a scandal for Donald Trump. So now it's also a scandal for, for, for Biden. But there's a very interesting story that's come out that that Hunter Biden was actually living in that house and paying Joe rent is is that correct? |
| 0:31:37 | G. Ziegler | The rent part is not correct. I have reached out to the officials. Zerohedge being one of them. What they're doing is conflating two pieces of data. So, it is verified that Hunter listed that address as his residence and we put on Twitter the uh the ID that Hunter had from Delaware, the driver's license. That he was residing at that address. But the $49,900 figure is Hunter's rent to his office space in the House of Sweden. Which is full of other controversies, right? Because he brought in the homeless crack addict, the stripper baby mama. They were going to share office space with Yijing Ming and Gong Wendong. So, it's a it's a scandal insofar as Hunter declared to the DMV in Delaware that he resided there. But we still don't know the 5W's. We don't know the document. Uh. You know the subjects of the of of the documents, the, the, who, where, what? And the one interesting thing about this is that Kathy Chung has been questioned according to the luminaries at NBC, by law enforcement. Kathy Chung appears 31 times in our dossier. We had uh two private investors. |
| 0:33:02 | P. McAleer | Who is she? |
| | G. Ziegler | She is the longtime aide to Joe. Hunter installed her as the Joe's assistant in 2012. He personally orchestrated this hire. Kathy Chung is now the deputy director of diplomacy and diplomatic visits at the Department of Defense. She's uh she's an American of Korean extraction. And she knows so much. She ran Joe's schedule. She was responsible for emailing the family all the time. |
| | P. McAleer | You may have noticed, of course you have, you know, finally, the New York Times and the Washington Post and CBS are finally catching up with us. You and you and us, and accepting mostly accepting that the contents of the laptop are genuine and |

13

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | kind of accepting that this some - it looks a bit dodgy, but really there's, you know, I think the general conclusion is, yeah, we'll cover it, but it's nothing really to see here. And I think the best example of this was the recent 5,300 word um article in the New York Times. Basically whitewashing, acknowledging you know the laptop is real and pretending to analyze its contents, but actually ignoring the biggest and biggest red flags in its content. And that's really what you know, that's what I wanted to discuss here. But as I say, there's so much to discuss. So, tell us about the, the, the, 5,300 words on Hunter on his laptop and and one of the biggest tell me the the first big red flag from the piece that, that that struck you. |
| | G. Ziegler | Oh, they took the Bidens' families word for it. At least four different times in the piece, Michael Schmidt, Adam Entous and Katie Benner solidified their points by saying that |
| 0:34:54 | P. McAleer | These are the journalists. These are the journalists |
| | G. Ziegler | These are the journalists. I could go into so much about each of them, especially Michael Schmidt. But they just take the Bidens' word for it. For example, very first page, and this is the one I want to touch on first. Hunter is sober now. First of all, no evidence for that. He's produced zero evidence. How do we know he's sober? They're just taking his word for it and no longer entangled in foreign business deals. That's an absolute abject lie. We have no clue who the buyers of the art are number one and number two Hunter has produced no evidence for the claim that he's divested the 10% share in BHR. Chris Clark just said it to the New York Times and the New York Times stenographer, just put it in the piece, although every single public source uh business registry information site in China says that Skinny Atlas LLC, which is beneficially owned by Hunter Biden, still owns 10% of BHR, which is backed and capitalized by the Chinese state. |
| 0:36:00 | P. McAleer | Look. I mean, this is that they just when they want, they will accept. I mean the uh but like uh Kevin Morris, they commit sins of lies by commission and omission. Right? And um like Hunter Biden is sober now, and this is just put in the at the beginning of the paragraph early on as a definitive statement of fact. Look, as you say, I mean, if you read his book, his, his, his fake autobiography, you know, he he meets this South African woman woman and I think it's their first dinner or their second dinner, he says, look, I'm a drug addict and she goes well you're not now, it's over. And this is a man who who couldn't survive more than 20 minutes with how to getting a a hit of crack. That that's by his own admission, right? So suddenly, just by meeting this woman and having a nice dinner in Malibu with her, he's now cured. You know and then they could ask for, by the way, a doctor's note, they could ask for a blood test. You don't have to, |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | but you have to add the element of Hunter Biden says he is sober now. I mean, I heard him on it on a radio interview when he was promoting his book. He didn't sound sober, but I I don't know enough about him to to know what he sounds like sober. |
| | G. Ziegler | I think so many synapses are destroyed from him or for him, and from his abuse that he's losing hair. I think his voice has changed. Even his CEFC chicklets the new grill he got installed for 60 grand is this fading a little? You know, so. |
| 0:37:31 | P. McAleer | So. So what else struck you about the New York Times article? Give me another uh red flag that, that, that, that this is not a the analysis of Hunter Biden's laptop that it should be. |
| | G. Ziegler | First of all, do not even mention Devine's book or our dossier, which focuses on Joe. It's not the report on the Hunter Biden laptop. It's the port on the Biden laptop. And we have four different scenarios where Joe, either evader he it committed tax evasion. He didn't declare income. He received money from Hunter's firm that was capitalized by foreign oligarchs and didn't declare that on his tax returns. And so, it doesn't go into Joe at all. So, the limited hangout takes Hunter's word that he's sober, takes the Biden's family's word that they didn't share joint bank accounts, which our report proves. And again, their strategy is to say that Hunter's troubled. He's an addict, but this doesn't touch Joe, which the only reason why we dedicated a year to this is because Joe is the head of the RICO operation. Yeah. Hunter was just his bag man. |
| | P. McAleer | The our movie My Son Hunter, which is available, by the way, on DVD or you can buy it. Go to mysonhuntermovie.com. It's a you'll you'll enjoy it if you haven't seen it already. But it it's not looking at it's not about Hunter Biden's addiction, right? It's, you know, it's not about um it's about the corruption that's surrounded that. And I always felt Joe Biden talks about his troubled son and plays this card. Look, if you were really Joe Biden, looked at his son and sometimes yes, he thought about getting him help, but then he looked at him and thought he'd be the perfect bag man. He'd be the perfect man to go out and make money for this family, to keep us in the manner to which we want to become accustomed. I mean the New York Times never even mentions and or tries to explain the big guy email 10% for the big guy. Tell us about that email and tell us how much how many words the New York Times devoted to analyzing 10% for the big guy email. |
| 0:39:43 | G. Ziegler | The number of words, probably 72 paragraphs. And it was it was I won't even call the limited hangout because they say that that venture wasn't consummated. But if it was consummated, what happened was Hunter went around James Gillierurl, who was the author of the email and simply got the money through another avenue. He he he basically committed fraud against Gillierurl |

15

| Minute | Speaker | Dialog |
|---|---|---|
| | | and Bobulinski and got that 5.8 by setting up a joint venture directly with Yiying Ming's underlings and so we we think that the focus on the 10% for the big guy is a good appetizer and the left focuses on that because it's just an appetizer. Whereas the entree is that joint venture they set up in August of 2017 whereas the email from Gillierurl's in May of 2017 and so, like true smear merchants, Schmidt, Benner and and and and Adam Entous just say that, oh yeah, Gillierurl said the VP wasn't involved, and then that's it. And then they don't mention that the 5.8. from Yiying you know basically hitman, Gong Wendong and Mervyn Yen was all FARA violations. In fact, Jimmy Biden put up a dope chart of all the public officials that they were going to approach for infrastructure projects, for their for their uh CEFC grift. That's all federal felonies. They were representing foreign interest, yeah. |
| 0:41:29 | P. McAleer | That's a very good point that all the FARA violations. Now I'm old enough to remember when a FARA violation could be could be rectified by just recorrecting the record back before 2016. Look Washington was full of FARA violations and I I remember many of them because I did work with uh on on on the Chevron scam out of Ecuador and there was a PR company there in in DC or Miami that was secretly working for uh the Ecuadorian government to to to smear Chevron and uh they they were revealed. They were exposed and it was an obvious FARA violation. They were getting hundreds of thousands a month from the uh Ecuadorian government and they just were allowed to correct the record and so many people were, you know, so many DC, uh PR people were allowed to correct the record. Then they realized they could use it against people who worked for the Trump campaign uh, who had in the past worked for the Ukrainian government or different governments. So, they prosecuted people for that. And then there was this massive rush uh to register uh under the FARA, and so now it's a serious crime. It went from you need to fix this to you're gonna go to jail for this. And so, if you know, again sauce for the goose sauce for the gander. FARA violations, uh should be prosecuted to the full extent of the law now. |
| 0:42:56 | G. Ziegler | It's a great point you make. They prosecuted Manafort, which in truth, he did violate the FARA. But then Tony Podesta at the exact same time was allowed to backdate it. And I'm sure this comes up in your research but two women that litter our dossier are Sally Painter and Karen Tramontano. They just last summer were allowed to retroactively file as foreign agents for Nicolas Lechefski (sp?) a name, you know well. And so, it's disgusting. It's double standards at the pinnacle of American politics. So, this does the it doesn't get higher than this. And so, that's why I think Kevin, apart from just telling you to get lube ignores us. |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | Because we don't focus on flimsy allegations. Our report's very conservative and says based on this email, this is a FARA violation. So, we don't we don't extrapolate, we just take the data and talk about it. |
| | P. McAleer | So um, if you'd like someone to know - one thing people to know about the what's on the laptop? You know what? What's what's the what's the most egregious thing is on that's on Hunter Biden's laptop? |
| 0:44:10 | G. Ziegler | The money laundering from individuals affiliated with Chinese intelligence. Millions of dollars. That's number one. I'm going to answer your question by adding two more things real quick. Three verified human trafficking violations. Apart from just the dozens of, you know, solicitations, we have the name, phone number, IP address of a woman named Ekaterina Mareva who ran a human trafficking ring that's still to this day uh up on UberGFE.com. That's number two meaning Hun - and we received SARS from a whistleblower within the banking industry separate from the ones the Senate received that proved that Owasco, PC, his shell company, was paying Ekaterina Mareva. |
| | P. McAleer | Exactly as as Chuck Todd at the weekend tried to say, you know. You have ethical difficulties with that, and it's like he's trying to make this um look this is this is their law. This is a federal law. They've put people in prison for it. You can have your um disagreements with the law, but uh you can't put some your your enemies in prison for it and then try and say when your friends do the same that it's that's that this is an ethical matter that shouldn't be part of a legal matter. |
| 0:45:27 | G. Ziegler | That's that's like western justice 1850 America. That's not justice. But one more thing. Thank you for mentioning the Todd the uh Chuck Todd interview because we're a very small nonprofit. We're not nationally known. We only have like $150,000 budget. But Ron Johnson, the sitting senator, who released another Biden report, mentioned our dossier on that interview. Which means that he's taken it in and he thinks it's above board and legit and worthy to be investigated. So, I'm very proud of that because they have to send criminal referrals. The house and I know the Senate's not because they're in the minority, but the House has to has to do this. It's not just investigations, but actually criminally, you know, refer Hunter to local and state prosecutors. |
| 0:46:20 | P. McAleer | Let's see if that will happen. Let's see if it'll make any difference. Thank thank you very much, Garett. How do people get? How do people find out where you are? How did they get in touch with you? |
| | G. Ziegler | Marcopolousa.org is our website. Has all of our social media channels on there, Marcopolousa.org. |

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | P. McAleer | Thanks for coming on, Garrett. And let's, we'll, we'll talk again, I'm sure, because this story is going to run and run. |
| | G. Ziegler | Thank you very much. Absolutely. And we're sending you a couple of copies once we get them printed. |
| | P. McAleer | Thank you. Thank you all the best. Bye. |
| | G. Ziegler | Thank you. |
| | P. McAleer | So amazing interview there and there's so much more. Check out their website, check out their report actually at, Marcopolousa.org and actually check out the original Senate report on Hunter Biden. It's all there or no, it's not all there, but so much is there. And this is the gift that just keeps on giving. These are deeply corrupt people. They don't know how not to be corrupt. Uh, go and watch the My Son Hunter movie at mysonhunter.com. You can buy the DVD there. Give it to someone as a present. Uh, we want the movie to be seen by as many people as possible and we're hoping to make an announcement and not very soon that will widen its audience. So what else is on the show? |
| 0:47:31 | A. McElhinney | So, we went to see the Banshees of Inisherin and because we thought we should. Yeah, with Colin Farrell and Brendan Gleeson. What do we think, Phelim? |
| | P. McAleer | We we we don't, I suppose what you what I would say is just be careful who you take to it? We took some American friends and we mis-sold it as a comedy because the thriller is a comedy. |
| | A. McElhinney | And also no, it's people you know in the Golden Globes where it won some prizes. It was in a category called Comedy. Um, I have to say it's very low on comedy. |
| | P. McAleer | It's a dark comedy. It's a tragic comedy. It's it's. |
| | A. McElhinney | A shocking, shockingly bleak comedy. |
| | P. McAleer | It's a tragic comedy without much comedy. |
| | A. McElhinney | But the thing good things about it and funny I so I would be here's my thing. I don't think I'd recommend it, but I'm not sorry I saw it. Does that make sense? And I thought it was really beautiful. |
| | P. McAleer | I'd recommend it. Yeah I think we're saying is you'd recommend it, but. |
| | A. McElhinney | With with an asterisk. |
| | P. McAleer | But. But no telling people this is not. It's it's gripping. Like it is entertaining. |
| | A. McElhinney | Oh yeah, there's not a bore I wasn't bored for a minute. The performances are extraordinary. Colin Farrell and Brendan Gleeson are just absolutely fabulous and it's beautiful. It's gorgeous. It's it's some of it's shot on the Achill Islands. I think some of it shot on on Inishmoor. So it's on these island groups off the off the West Coast of Ireland. Stunning scenery, the gor-gorgeous music and some extraordinary moments. But it's very disturbing. |

18

| Minute | Speaker | Dialog |
|--------|---------|--------|
| 0:48:52 | P. McAleer | Yeah. |
| | A. McElhinney | Yeah, it's very dark. |
| | P. McAleer | But it is entertaining and gripping. I just felt. And of course, you've got Jenny the donkey too. |
| | A. McElhinney | Well, there's Jenny the donkey, by the way. By the way, the use of animals in the in in the in the movie is actually very, very impressive. There's a fabulous sort of miniature donkey that would make everyone want to have a miniature donkey. There's also a really nice sheepdog. It's gorgeous, and there's a lovely bunch of horses. There's lovely cows. There's all kinds of animals. And are there goats in it, too? Or did I see goats somewhere else? But anyway, there's a lot of animals in it. It's really gorgeous to look at from that point of view. But there's some very disturbing action in the film. Let's just say that and we kind of thought what it possibly was, where our interpretation of what the film was trying to say was that it was about the futility of war, the madness of war. The craziness of war. |
| | P. McAleer | Which is my big problem with it. I just felt, you know, the the, the there was this nonsensical really dispute between the two main characters whose names are Colin Farrell playing Pádraic Súilleabháin and Brendan Gleeson, playing Colm Doherty and there's this dispute between them. It's really it's about nothing and just escalates beyond beyond anything that's logical and and at the same time the Irish Civil War is going on on the mainland. And I think it's it's you know, it's quite obviously the, the the dispute between the two characters is quite obviously a metaphor for the Irish, the futility of the Irish Civil War is going that's going on in the mainland. |
| 0:50:14 | A. McElhinney | And it was kind of the brother of brother kind of brother against brother, kind of sense of it, you know. |
| | P. McAleer | Yes, and uh two long-standing friends falling out, which is the Irish Civil War, was vicious as all civil wars are and uh you know. It just it was very clunky. I felt that metaphor was very clunky. I just felt also, it's not true. It's not the the Irish Civil War was based on very real points of principle. It was based on whether you had a Republic, would have a Republic with Northern Ireland included included or excluded. Whether you would have a republic that would swear allegiance to the British British Crown. That was one of the big sticking points was that if you were going to take a uh become uh an MP in the Irish Parliament, you would have to swear an oath of allegiance to the British King or Queen British King. So, there was really real um principle principles about the Irish civil war. No. I think what the what the what the movie did get was once you start a war uh, you you have no control of it and it just goes to absolutely horrendous lengths and we see that in Ireland. The Irish Civil |

19

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | | War, more people were executed by the State of Ireland during the Civil war than the British in the War of Independence. Uh you know, and we saw that again, even in Northern Ireland. The Irish have a great way of escalating violence beyond the original dispute. You know the troubles in Northern Ireland perhaps started because of legitimate beefs with the British Government. At 3,000 dead. 30 years and 3,000 deaths later. I don't, I think no one could remember the original beefs, and the original beefs were long since solved by that stage. And a bit like all the various identities here in America, you were picking out microaggressions to justify the violence and so that that is true. I get that. But to imply that the dispute between these two characters, uh Pádraic Súilleabháin and Colm Doherty was was the equivalent of the Civil War. They were falling out over something that was nothing, that there was no explanation for over no principle, nothing significant, nothing. Uh, the Irish Civil War was over a over over principles. And I think this reflects really the, the writer Martin McDonagh, his trajectory. Martin McDonagh has written some great plays and some great movies. Uh, he wrote The Beauty Queen of Leenane uh he all which is a play. He wrote Three Billboards Outside Ebbing, Missouri, which and he got slammed for that because at the beginning there's a racist cop who goes through a redemption uh throughout the movie and in the end, teams up with the mother to try and catch her daughter's killer. It's it's a it's a great movie. It's a great movie about redemption, people moving, people changing. It's a great movie about unpleasant people becoming better people. Uh uh. |
| | A. McElhinney | Our old our old colleague is in it. Nick Searcy plays a part in Three Billboards. He plays a part of a priest. He has this little cameo in it. |
| 0:53:16 | P. McAleer | Yes, yes. Nick who? Nick, who directed the Gosnell movie and who's in the Gosnell movie? |
| | A. McElhinney | He's really good, by the way. Yeah, yeah. |
| | P. McAleer | And but Martin McDonagh was so wounded by the criticism that he received for having a redemptive, racist character uh that he was called racism. I mean, here's April Wolfe in the Village Voice writing about writing about the because she she said, she said watching the movie was comparing was. She compared watching the movie to reading those alt right fashion profiles of Richard Spencer that insisted we overlook his campaign of quiet terror and find common ground with him. He says I came out of Three Billboards, which is a great movie about principles, about redemption, about story arcs, he said. I came out of it wounded. And and he says he will no longer write about race in any of these movies, he says. |

| Minute | Speaker | Dialog |
|---|---|---|
|  | A. McElhinney | Yeah, and he said, I think, you know, he he said about his own film. I think it's an anti-racist piece, but once you get a little wounded, you say I'll just write about something else. |
| 0:54:15 | P. McAleer | Yes, but that's not the way it works right? When you get scolded for leaving the script, you never want to leave the script, so he thinks I'll write now about war. Uh. But he's been told don't deviate from this from the script. So, he writes about war, but he writes about it in this kind of - imagine there's no heaven, no religion. You know this kind of um – what was that look for? |
|  | A. McElhinney | That was lovely Phelim for that little musical interlude there. |
|  | P. McAleer | Yes, yes. In this kind of childish way about war, all war is bad. All war is illogical. Um… |
|  | A. McElhinney | Yeah, there's no principles involved at all. There's no reason it was. It's never it never makes sense. Kind of. |
|  | P. McAleer | No principles involved all. And it's all actually, it's all about toxic masculinity. Again, the only good character in the movie is is the woman. Is Pádraic's sister. |
|  | A. McElhinney | Oh, she's great. |
|  | P. McAleer | She's great. Yeah, but think about it. All the men are feckless and violent and. |
|  | A. McElhinney | But Jenny's great, but also that's another. It's a female female. |
|  | P. McAleer | Donkey, Jenny the donkey? Yeah, even Jenny. That's right I forgot that the donkey's a female. |
| 0:55:12 | A. McElhinney | Jenny Jenny is. I mean. Yeah, there's a shocking scene with Jenny, by the way, anyway. We won't talk about that anymore. |
|  | P. McAleer | Yes, yes. So so. He he's been told you can't stray from the work camp so he makes a movie that he thinks gets away from the race thing, but again, it just comes to simplistic. It has a simplistic storyline and simplistic conclusions and is all the weaker for that. |
|  | A. McElhinney | OK, we're coming. We're coming to the very end of the show, but I have a little bit of a recipe. So, this is this is my take on egg bites. I'm not sure. I I I think it's I think it's a work in progress, but I this is still - were they delicious this morning Phelim? |
|  | P. McAleer | Delicious |
|  | A. McElhinney | Delicious. So, um but I put into each mold a little bit of everything and then pour in your egg and I've got 6 eggs there. So, 6 eggs and a half and I put into that pepper and salt and a little bit of chili flakes. I always put chili flakes into everything |
|  | P. McAleer | Yes you do. |
|  | A. McElhinney | And then basically what you want to do with this, by the way, is low and a slightly lower cooking temperature, so um |
|  | P. McAleer | But we put it in it and then we eventually put in the 300. Yeah. So, but you're saying better |
| 0:56:14 | A. McElhinney | Yes, I'm. I'm saying 250, I said 250 for 30 minutes, I think is what you want. You can test it by the way because some of these |

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | air fryers are faster than others. You can test it. Just put a knife -- stick a knife into it at any time during the cooking process. Then pop those out and have them with -- in our case, with some Sriracha, Yum, Yum, Yum. Yum. Yeah, and I know I'm going to get back into the cooking now that I'm back in full and in full health. And just to say on the health front, very good quotation from a very good friend of mine in Ireland. "Health is the crown that the healthy man wears that only the unhealthy can see," because basically, when you're unhealthy, you think healthy people are really lucky. And you also think that you're gonna be sick forever. And by the way, some people are sick forever and God help them. Now, not talking about being sick or anything, what wanted to refer to more people? Oh, start with the cats. OK. Tell us about the cats Phelim. |
| 0:57:23 | P. McAleer | So, um yes |
|  | A. McElhinney | Our cats who were recently accused of being wasters? |
|  | P. McAleer | No, no, no, that's just part of part of the general story. So, Ann was went into the office, which has not been used because too much since we came back. |
|  | A. McElhinney | It's cold weather and the bad weather and all that. |
|  | P. McAleer | Bad weather and the door had been mostly closed so Ann went in there and pulled the curtain to open the French to look out the French windows to close off the French windows and what came dashing out from above the, the curtain rail was a rat and I used the word rat with an asterisks because… |
|  | A. McElhinney | It could be a mouse. |
|  | P. McAleer | I think it's a rat. |
|  | A. McElhinney | It could be a very large mouse. |
|  | P. McAleer | Yes, could be an American mouse, but I want your opinion … |
|  | A. McElhinney | But I think for the purpose of the story, let's go with rat because I think we all have an emotional, emotionally different response to rats than to mice. |
|  | P. McAleer | So, the next thing the poor rat is scared because Ann is screaming so much. |
|  | A. McElhinney | I couldn't stop. |
| 0:57:54 | P. McAleer | And then I come in and I see so, the first thing I do, what do I know about rats? But I closed the cupboard or the closet, as you say, so make sure it doesn't get in there because I know once it gets in there, you'll never get it. I closed the door to prevent it from getting into the main house. I opened the French windows and this is important, this rat had a chance for freedom. |
|  | A. McElhinney | Not French windows, French doors. So actually, opening up really easily. So, loads and loads of space for him to get out to freedom to Southern California where some people really do want to live in Southern California. |
|  | P. McAleer | Yeah, you're a rat in Southern California. |

22

| Minute | Speaker | Dialog |
|--------|---------|--------|
| | A. McElhinney | Yeah. Enjoy it. Smoke cigarettes, you know, get in for, you know, to hang out. |
| | P. McAleer | Yeah. So, I open these, bring in the cats and the rat - I poke wherever the rat is, the rat comes running out, the rat runs everywhere. The rat panics, cause Ann's screaming, of course, the cat's there. The cat's sort of smoking, not doing much. The rat's running around, he runs back into the hiding place. I get him out again. He runs towards the door and I think well, at least he can't get out the door and of course there's this small quarter of an inch gap onto the door and the rat squeezes under the door and the rat is in our house and it's midnight. So, what do we do? |
| | A. McElhinney | We went to bed. |
| | P. McAleer | Went to bed because we were tired, even though there's a rat in the house |
| | A. McElhinney | The two were two, the two cats were on the bed, by the way. |
| | P. McAleer | The two cats often sleep at the at the bottom of our bed, so we know that at least the rat is probably not going to come into our room, not come on our bed. Whatever he's going to do in the house, we put away all the food, so he can't be at that. So, uh, then the next day I'm talking about rat traps, cat friendly rat traps, of course, because you know. So, the next night we're in bed and there's two cats on the bed, and I hear a noise in another room and quite a loud noise and then we hear a cat, a scaredy cat, jump off the bed and then 10 or 15 minutes later, I hear cat come back in the room. I put on the light and there is scaredy cat. Let's have a look at the picture. I'd love your opinion whether that's a rat or a mouse. To me, it looks like a rat. That's an Irish rat and |
| | A. McElhinney | All they can see now is the tail there. |
| | P. McAleer | And every time Top would come near him or I would come near him, he'd go, no way. Sometimes cats will present you with a prize and go well |
| | A. McElhinney | It's also midnight again. |
| | P. McAleer | He didn't. He didn't. He didn't present us with the prize. He, he just every time we got. Anyway, once he dropped the rat, I was my biggest fear was the rat would still be alive. But no, I can confirm the rat was totally dead. So, he, he ran over to the other end of the room whenever I went close to him, and then was close to the little cat flap we have, ran out the cat flap. Top cat followed him and you know what I did even though the rain was pouring in Southern California and it was cold and miserable? I locked them out because I did not want him eating that rat in our room or presenting us with partial corpse or anything like. |
| 1:01:08 | A. McElhinney | That I think that's enough information about this now.\
\
So, they came back in the morning, and they were there and they were living anyway. They earned their living and it's all good. |

| Minute | Speaker | Dialog |
|---|---|---|
| | P. McAleer | Yes. |
| | A. McElhinney | Oh, by the way, Mike, the accused -- yes, Mike -- during all this drama, when we were, I was off buying rock drops. Mike the accuser. |
| | A. McElhinney | I'm actually accused the cats of being freeloaders, which. |
| | P. McAleer | Being welfare Queens. |
| | A. McElhinney | We were very-- |
| | A. McElhinney | We were hurt on their behalf anyway. Long story short, she has had to eat her words, boom, boom, Moving right along. |
| | P. McAleer | Yes. |
| | A. McElhinney | Just -- we're going to finish up right now, but I just wanted -- |
| | P. McAleer | From Jenny the donkey to -- |
| | A. McElhinney | --Today -- we are recording and, and you know loads and you know, as you know, and we must get back to that feature of our podcast. By the way, loads and loads of people are leaving California, and another friend has left today. Literally today our friend Geraldine, um, who -- she's a very big feature of our lives here in California. Amazing, amazing person who rescues disabled and elderly dogs in Mexico and has been bringing them for years to her delightful home in Malibu. Um, and anyway, she has decided she is sick of the cartels in Southern California and sick of the madness of Southern California, and she is moving to Mexico, driving there and started this week. We're going to give you her -- she's on Instagram telling the whole story, and I'd recommend people to go on there and watch it. It's called Vangabons, 2023. Vangabons – because she's in a van with all these dogs she's got, I think 11 dogs and, and what they're, I mean, she hilarious. I spoke to her this morning before she left, and she left around 7:00 this morning from her, from another home she has in Agoura Hills, and she basically, you know, was getting the dogs up at 5, feeding the dogs, getting them to poop their heads off as much as possible before she put them into the van. But a lot of them were panicking. They were getting nervous because, of course, the, the dogs don't want to go to Mexico, they want to stay in Malibu. But anyway, she is moving to Mexico. It's a really big deal. But if you want to follow her progress and as she travels with these dogs in a van, she's not on her own. She's got a couple of guys with her, thank God. Um, she's going. They're going to go to -- she said they first cross the border at Mexicali, then to San Felipe, onto Santa Rosalia to Loretto, and then to her new home in the East Cape of, um, of Mexico, really, really gorgeous. As she says, blowing up my life. I mean, she's just an incredible person. We'll tell you more about Geraldine another day, but she's just an incredible person. We wish her all the safety in the world and all the joy in the world on her new massive, extraordinary adventure. And one of the things she's going to be doing in Mexico, as I said, she's uh, |

| Minute | Speaker | Dialog |
|--------|---------|--------|
|  |  | very -- she's just has an amazing heart for dogs and particularly for dogs who are disabled. But one of the things that she does is that there's a lot of abandoned dogs in Mexico. So, she is -- she has these big neutering, um, clinics that she does spaying and neutering clinics that she has in Mexico, so that's what she's going to do. But anyway, I would recommend go to her on Instagram Vangabonds |
|  | P. McAleer | V-A-N-G-A-B-O-N-D-S2023. |
|  | A. McElhinney | -- 2023. And that's it for this week. Good to be back. The -- apparently the rain has literally just stopped, so we won't need to see a psychiatrist for our, um, seasonal adjusted disorders or any of that or we won't even start writing sad poetry. Not even a bit of it. No, not us. Look at us. All sunny and Southern California. Bye. See you soon. |
| 1:03:38 |  | [END OF RECORDING] |