# Exhibit I

# REPORT ON THE BIDEN LAPTOP: CA FIELD TRIP

**Speaker:** Garrett Ziegler

**Date:** November 1, 2022

| Minute | Speaker | Dialog |
|---|---|---|
| 00:00:00 to 00:01:16 | G. Ziegler | Hey! It's Garrett Ziegler, founder of Marco Polo.<br><br>We were hoping to get some good pictures today of the Golden Gate Bridge, which is actually right behind me. I know you can't see it, but we thought it'd be a good analogy for the current state of our regime. We don't know all the details of the Paul Pelosi fiasco. Now that the FBI is involved, we will for sure never know the full details, but more broadly beyond maybe Hammer sex toys and the husband of the speaker of the house, it is a great analogy for America. We have a cloud of corruption, that is the Biden family, and our recent 640-page dossier that was released last week, over 2,000 footnotes, documents at least, at the very least, 459 violations of state and federal laws and you know, this is, this is, uh, where a lot of it started. I mean this, this sort of cancer -- and Joe Biden had the gall in the, uh, state legislature's house, in the middle of Ukraine, 2014, to say that the culture of corruption is a cancer. Well, that is supremely ironic considering his family, the patriarch of which he is, is just full of criminality.<br><br>So, uh, we just thought it be a good, a good video even though the fog cover is heavy, and go to our website, go to our report bidenlaptop.emails.com and marcopolousa.org. God Bless. |

1