# Exhibit J

# GARRETT ZIEGLER ON MARCO POLO'S RESPONSE TO BIDEN'S LAWFARE

Attendance:   Garrett Ziegler

Date:   February 1, 2023

| Minute | Speaker | Dialog |
|---|---|---|
| 00:00:46 | Ziegler | Hey folks, I finally figured out how to record these things and so I think the value add is going to be much greater so that people who cannot make it, uh, can listen after the fact. So this is only the second time I've hosted a space. You're listening to the voice of Garrett Ziegler. I am the founder of a very, very small nonprofit research group in terms of its budget and number of personnel. I am a former Trump White House staffer for a gentleman named Peter Navarro, who is the President's in-house trade advisor. The President created an office called the Office of Trade and Manufacturing Policy, and I was one of Peter's staffers. Peter was a college professor for 30 years, and so it felt not unlike a college research assistant position. We got to do a lot of, a lot of cool things that most young people in the White House don't get to do, and thank God I wasn't with, sort of, what I call the "Conservatard Crowd" of Mark Meadows or Mick Mulvaney. And then obviously we were, uh, opposed at the senior level to Jared Kushner and all of his cronies in the, in the White House. And speaking of Jared Kushner, he's going to be a tangential, uh, person tonight because Jared Kushner's lawyer is actually the same lawyer that Hunter Biden hired to write a tattle note to the head of the tax exempt organizations group at the IRS. Your, you heard that right. Abbe Lowell a, um, a very, uh, high dollar lawyer of Jewish extraction was Jared Kushner's attorney during the Russia Gate scandal. And so think about that. The two corrupt, um, Kushner's not Donald Trump's son, of course, but he's definitely he, he was in his inner circle. Kushner now is wanting to make another fortune in real estate. But think about that. The corrupt son-in-law of DJT, who I love, and then also the uber corrupt son of the American President have the same attorney. So this Abbe Lowell figure, and we'll get into him a little bit. This Abbe Lowell figure is, um, obviously, a legal merchant and will go to the highest bidder. Okay. So Abbe Lowell is gonna to be featured a lot in our public commentary over the next couple of weeks as we decide how best to punch back and we always punch back harder than what we did in the first, the first go around. And so, um, maybe somebody who's listening in tonight has no idea about our group and just was scouring the articles in NBC, CBS and other lamestream outlets, and maybe you hate me personally and know nothing about me, um, or just, you know, think that I'm a, I'm a partisan hack. Nothing could be further from the truth, and that's why I went into the background at the beginning is we're very small nonprofit that just punches above its weight. And we've obviously stuck a salt laden finger to the right wounds and really got under these people's skins. And what did we do? We basically expose their criminality at the granular level that they don't know what to deal, they know what to do with it anymore. I mean, Hunter for two years has said it's not his laptop. It cou-, |

1

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | you know, maybe it could be, it was stolen, it was, it was Russian intelligence. Um, you know, they could have stole it and then now it's holy shit i.e., this letter today, which I posted as an exhibit in a, um, uh, as a response rather to this space. You'll see that Hunter does not dispute that any of it, um, (laughs) any of it's real. And so, uh, it's just a, it's a, it's a turn of events that, that shows that their backs are against the wall. And I, I posted the links to the two exhibits, and then I, going over again, we are not a sort of popular watchdog group. We dive deeply into documents, and we're not always going to be first on something, but we promise to be the absolute most thorough. And so if you've read our dossier on the Biden laptop, you realize that. Well, there's about a dozen new stories if you want to use that verbiage like breaking new things that haven't even been talked about yet, to haven't even, had an exclusive written about it yet. Uh, but most of it, most of it is just going deeper, digging deeper than anyone else is, and really digging into the networks. But before I go into that, before I g-, uh, summarize Abbe Lowe's letter about the nonprofit that I run and trying to revoke its status, which is preposterous and again ironic considering our dossier criticizes Republicans more than Democrats. |
| 00:05:00 |  | Which means they haven't read the damn thing. And if they have, they're being purposely mendacious. So before we get into that though, I wanted to, I wanted to, uh, thank everybody who has, uh, supported our work so far and has secured a copy of our physical report. Obviously the reader view has been online and for, for free, uh, since October, but we printed 3,000 copies because people wanted physical copies and I wanted you to know that, um, everything's going, everything's going okay. They're going to go out, there's been a backlog, there's been a delay, um, at the printers. Apparently they couldn't get a part in, um, so nothing is, uh, nothing is, nothing is permanently messed up there. I'm obviously pestering them every single day because I want to get down to Georgia and sign all 3,000 of these copies. So again, all of this, the, the wisdom of our project will only be-, become more apparent in time. And the reason why I'm going into this is because we have no, we have no stenographers in the mainstream press. We have nobody, you know, we have to toot our own horn, because nobody else is doing it, uh, and really appreciating our work. So, um, again, the reports are coming. There's been a delay at the printers, out of our hands. The second that it gets done, uh, you'll get a tracking, a tracking code via USPS. We're sending it media mail because I'm conservative. So, um, in media mail, as, as you know, if you've sent stuff before, it's good for, uh, books and other things like that. You also get a sticker of Biden Laptop Matters. That was a donation from somebody, so we didn't, we didn't spend donor money on that, but we thought it was fun. So now that we have that out of the way, again, we're 501(c)(3). We applied for that back in July of 2021. I have nothing to do with partisan politics, that's the key irony. Um, (laughs) I hate the current Republican Party and I've said that now for over 2 years. And so this whole argument is predi-, is predicated upon we're using Marco Polo for political activities, which is a joke! We're a nonprofit research group exposing corruption and blackmail. There are over 150 feature articles on our website |

2

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | right now, marcopolousa.org. If you, a monkey can navigate our website, it's that damn simple. So you go to marcopolousa.org, the second thing, it says "Features." Click "Features." Go through each and every time that our work in our, in our research is cited, you will not see me advocate for a, for legislation. I do, I don't do and that's why this letter that I posted the link for in our space, you'll see that he, he does not cite any time that I advocate, uh, for partisan activity; because I don't. Because I'm not an idiot, and I know that smear merchants and hired legal mercenaries like Abbe Lowell are gonna be scouring everything we officially put out. Now my public, uh, personal social media account, um, again, is my own personal account. It's unaffiliated with Marco Polo, but let's, and again, so that's legally separated, but I don't even do stuff on there that's partisan. They actually included an attachment, which is the second link of a post that I made on True Social Guys about me giving a talk at the, uh, Macomb County GOP event on December 8th, 2022. You'll see that that very post says that I'm coming in my personal capacity, (laughs), and we, and I delivered reports there for free. For free! So it's just so retarded their, their, their argument is asinine. They don't cite any statements from me that could be construed as partisan or for a non-exempt purpose, because there are none. That is how, that's the level of gaslighting that people will go to when they feel like they're in a corner. And Hunter should feel like he's in a corner. We created a dossier that has a floor, a floor of 459 violations of state and federal laws and regulations. So if you were thoroughly exposed like that, it's no surprise that he's writing this letter. It's just pathetic that Kevin Morris, his sugar brother's spent 1,400 bucks an hour to come up with this slop and didn't even cite one thing that supports his argument. So that's what's really pathetic about this. So the letter starts thus, and, um, and I'll go through the again, Abbe Lowell is a white shoe attorney at, um, Winston & Strawn LLP, which is just again, another, another legal mercenary outfit. |
| 00:10:00 |  | They addressed it to Mr. Robert Malone, not the vaccine guy, but the director of tax, tax exempt organizations. Obviously, we've done a small digital colonoscopy on him already. He went to law school in Delaware at Widener University Law School. So that's a weird coincidence that, uh, that deserves further investigation to whether there is any personal connection between the Biden family and the director of tax-exempt organizations, considering he's from their backyard. Remember Hunter Biden bragged to his Chinese business partner Gongwen Dong that he knew every single member of the Chancery Court in Delaware. The Chancery Court in Delaware, as you'll recall, is the venue where they fought the Twitter legal battle, and it's where a lot of corporate legal battles, uh, are fought because the Delaware incorporation laws are so lax and so beneficial for corporations and you waive your right to a jury trial and so they get, they get resolved very speedily. And so what does this mean? This means that there's a non-zero chance that there is some professional or familial connection between the director of tax exempt organizations and, um, the Bidens. And so that's why I think beyond just the fact that this is the guy responsible for it, I wouldn't be surprised if they're trying to backchannel with this dude to |

3

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | say, hey, look, even if you think our letter, our letter is bullshit, it is, um, at least you ought to look into this group, um, because you know where your bread is buttered and you know who runs the state of Delaware. And so there's basically four main, four main points to this, this letter. And again, I understand that this is not the sexiest, um, sexiest subject to discuss, but it is a response to a legal letter that is, uh, non-justifiably targeting my group. It's illegal what they're doing. Suh, so the big one is, I guess I should say point no, point, uh, A is organization must be organized exclusively for exempt purposes. He makes a claim that, um, the information online at the Secretary of State's Office for Wyoming is not sufficient, even though he cites no law proving such. Meaning, he just says, "I couldn't find what I wanted to online, ergo, this is not a compliant group," um, which is horse shit, of course. You can, uh, start an LLC and then while, um, and then immediately after, apply for your tax-exempt status, which if you, if you actually did the math and looked at the dates, he knows that's exactly what we did at like 9:00 AM on July 8th, 2021, we formed the LLC and then at like 2:00 PM that day, we applied on the IRS website for tax-exempt status. So again, his theory itself is bullshit, but it's undercut not just by the law but by the facts of the matter. Meaning this was never set up to be a for profit entity. There's multiple vehicles you can go through to create a nonprofit, to create a 501(c)(3). The reason why we went to Wyoming is because it's not a left wing state. We didn't want to incorporate in Delaware. There's no taxes and, I don't, I don't, um, I don't want to go to a place that has a state income tax for obvious reasons, right? And so, Wyoming has no tax and it's not a left wing state that's literally the only two reasons (laughing) why we picked Wyoming. If we picked Delaware, um, we don't trust that the Bidens don't know people in the Secretary of State's Office in the Division of Corporations not to mess with us. So, it's all very logical and anybody who has, uh, again, I've done many livestreams where people can ask me these sorts of questions all the time. Um, it's very transparent, I've been, been this way for, you know, for 18 months now. And so again, it was organized exclusively for exempt purposes. And the exact thing, the exact line, from our damn 501(c)(3) application, which I just pulled up before this Twitter spaces is, quote, "we are committed to exposing corruption through detailed research reports covering topics and persons heretofore relatively unexplored by the media. This endeavor will serve a profound educational purpose for the nation." That's exactly right. And that's why they approved us in the first place. They cited an interview that I had done with Roger Stone and Tyler Nixon saying I was surprised that Joe's nonprofit allowed us, and what Abbe Lowell was too dense, or in my opinion, too mendacious, uh, to speak the truth about, because I think he's a pretty high IQ individual, to be frank. He knows this as he's peddling. You can't polish a turd and he's really trying hard here. What I was meaning by that statement was, the Bidens are so corrupt and Joey has been for over 50 years. |
| 00:15:00 |  | That I'm shocked that, that he, he didn't have one of those IRS agents he want, that he loves so much, assigned specifically to me. So the point wasn't saying that we are not legitimate. In fact, it was the exact opposite. That we |

4

| Minute | Speaker | Dialog |
|---|---|---|
| | | are completely legitimate. We did post our budget online. We are under certain threshold to where, um, we are not obligated to release the 990s even though we have and are. Um, so it's such a joke that I, that I was saying to Roger, yeah, you'd think that the IRS would go after us. And again, his own letter proves that that's exactly what they're doing. So I was actually prophetic in my interview with Roger Stone because I knew that they were going to do this. So it's such a joke, he said, that I was surprised that the nonprofit didn't get targeted by the IRS. That's exactly what Abbe Lowell's calling to do to us. So he's proving my fucking point, right here. Point number B, er, not number B, sorry, it's getting late. Point B, organization must be operated exclusively for exempt purposes. Again, what somebody writes on Marco Polo's donor wall is not my responsibility. Um, so, if they say, go get the Biden family, first of all, there are many members of the Biden family that are not elected officials. Second of all, we have not, um, uh, we have not called for specific legislation be passed or advocated for or against the success of a political candidate. (Heavy breath) So, um, I think that, again, the, there's no examples that Abbe Lowell cites in his letter that, um, (laughs), that, that says that I have done this for partisan political reasons. Again, I'm not a member of the Republican Party and, um, there's, multiple, there's so much case law out there saying that you're, this is the, the, the trigger is what is a substantial portion of the activity. And you're going to see that if you, again, are, are as smart as a monkey and spend 15 minutes on a website, you're going to see that a substantial portion is dedicated to exposing corruption and blackmail. So it's not against the law for me in my own personal capacity to go and speak at a Republican dinner. This isn't, this isn't North Korea. I can do that, guys. Um, and you'll see that in the true social post that stupid ass Abbe Lowell featured as an exhibit, I say that I'm going in my personal capacity. And I have posted the damn audio of my speech there, and you'll see that I criticize Republicans more than I criticize Democrats at that event at a Republican event. And again, there's a, here's a, here's a little tidbit that people don't realize, there were more Republican intel spooks who signed the letter on October 19th, 2020 than there were Democrats. You go back and look. You look at the political affiliation where, which presidents they served under. There were more spooks from the GOP establishment that didn't want Hunter, um, that didn't want Hunter than quote, unquote, "Democrats". I'm not saying that there wasn't a left-wing conspiracy, there was. It's not a theory, it is, there was a conspiracy. But I am saying that the key truth of this story, um, is that, again, this is all laid out in our report. If you can read at a 10th grade level, you'll see that this is all laid out in our report and we've criticized Democrats just as much as, er, we criticize Republicans just as much as Democrats. And we'll call it out on either side! You know, um, somebody said, by the way, I wanted to, I want to make an aside, um, to a comment somebody stupidly made, um, on our, uh, 18rabbit_ said "it was printed in Georgia. This can mean they are dragging their feet". No, it's not. It wasn't printed in Georgia. We're shipping them from Georgia. Again, if you go back and look what I said, it's all there. So, I don't know why somebody said it was printed in |

5

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | Georgia. It's not printed George. It's printed in Florida. So, anyways I, I needed to set the record straight for that. There's nothing, nothing, um, going wrong with the print, the printed editions. They're coming. |
| 00:20:00 |  | They're just delayed and they're delayed for not a reason that Marco Polo can control. And again, if anybody, we've issued refunds to three people out of 2800 who didn't want to wait and we issued refunds within the hour. So, if you don't want to wait, if you don't want to wait for the physical report, no skin off our back, we'll give it to somebody who wants to. Um, going forward, uh, Point C, organization must not be an action organization. Well, this is novel, Mr. Lowell. Um, again, we are not an action organization. The only things he cites in that is I did an interview with Roger Stone and Steve Bannon and that's now a quote, unquote, uh, "act" that, that under the regime that Abbe Lowe would run, doing an interview with Roger Stone or Steve Bannon would be illegal. That's their, that's their argument. And again, he doesn't cite anything I say. There's no, um, there's no quotes. The quote that he provides, uh, is a re-tru-, a re-truth on my personal account from a lovely woman named Rachel Hamm who said our bidenlaptopemails.com site, which again if you're new to this, if you're new to this chat, we put up a site in March, in May of 2022 called bidenlaptopemails. It's actually helped, it was helped the, the son of somebody who's listening in helped create that site. Um, I see her on the, uh, space here. God bless you, Brian. Um, that site was, was quoted by Rachel Hamm as, quote, "an active intelligence tool for voters at home." Again, I agree with that in my personal capacity, but I didn't write that, and I posted that on my personal page. Again, these distinctions, anybody who is honest will make them that, but, Abbe Lowell was a dishonest fuck. Okay? So that's why he doesn't distinguish between my personal account and Marco Polo account. And again, if you look on the Marco Polo accounts, you'll see no partisan political activity and that's what undergirds this entire letter. It's all bullshit. It's all just a Lawfare technique to get at people who are unafraid. Remember Kevin Morris, the guy who funded these letters, who's paying thousands of dollars per hour for Hunter Biden, who paid his one more than $1,000,000 back tax bill, he's already threatened my group. He said he's gonna bankrupt me and my parents and I need to pick out an outfit for jail and pick out which lube I need. That's the pr-, that's Hunters attorney. It's unreal. So this is just, uh, following up on a threat he made. He said I was, he's going to take all my money. He's going to be sorely misunderstood cause I don't, I don't, uh, go after money. That's not my, unlike Kevin Morris, my goal in life is not to make money. My goal in life is to punch, uh, corrupt people in the mouth, figuratively. So these, uh, points again, they don't quote me, there's nothing political about them, there's no partisan political activity in them. And the final, I guess there's two more. There's one more, and then a plea to, uh, review our, our, uh, exempt status. Organization's earnings must not inure to benefit any of it, in any individual. Of course, they don't benefit me. Um, we have this in our damn operating agreement. Three Board members can, um, testify to this that they signed a document that none of the net earnings go to any of us. So that's like the basic 501(c)(3) functioning, uh, you know, sort of MO. And |

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | what they're doing is just asserting this, right? He said, "It is possible under the circumstances that contributions to ICU LLC d/b/a Marco Polo inure," yeah, it, it's possible, but it's not true, and it's just speculating. We don't do that. And there are three members of the Board that can outvote me. So I have no idea why he's saying that, um, other than it's just a smear campaign. Um, and again, that's their entire letter, and, uh, it says there's going to be a request. He was requesting a review of our exempt status. Again, we will be writing to this person, I would say within the week. Um, obviously, I've been bugging the printers like every day, um, to, so I can get down there. Um, (laughs), uh, so assuming, assuming the, the, the, I can start finally signing these puppies and, and, uh, shipping them out, you can expect it within the week. |
| 00:25:07 |  | We will be sending like a four page probably match the, the size of it to Robert Malone and we're going to be cc'ing the head of the IRS Criminal Division, which this son of a bitch did as well, Jim Lee. We will get, we will get, uh, colonoscopies on all of these people. We will be sending our letter directly to Abbe Lowell and Hunter Biden and Kevin Morris. Um, they fucked with the wrong people, okay? This is, this is not, uh, about me personally, and it's, it's not about Kevin Morris and our little spat. It is about the President of the United States being utterly compromised. They haven't talked about our, the content of our dossier at all. And look what's embedded within this letter; it is an admission. An admission that everything we've put out is true because it's Hunter Biden's, uh, it was the material was from Hunter Biden's laptop that he abandoned. And he signed a document, think about, think about how flimsy the evidence is that Abbe Lowell used to write this hit piece letter on us. Think about how ridiculous the letter is. And then, think about all of the documentation that we have in our report and contrast it to. So here, we lay out, and by the way, there are people out there that are making up bullshit about Hunter, uh, hoaxes and we've put those down. That's the key irony in this. There's pe-, people saying that Malia Obama's on the laptop. No, that's actually Erin Straughter. Daily Mail did a piece on her yesterday. She was mentioned in a sus-, a suspicious activity report. She was Hunter's employee at his law firm. She was one of four women that he screwed. That woman is Erin Straughter. She was a track standout at UNLV. Of course, we've known this for over a year. People still spread these lies. And so that's the irony of what Abbe Lowell is doing, is he's going after the one person, well not the one person, but one of the few people that has fought back on the lies against Hunter. Um, so we have really, we've raked the Biden family over the coals, okay? And that is why they're doing this. Um, we're a very small group. When, uh, Robert Malone, if he's corrupt, when he opens up the file on us, he's going to see that we run a very lean, humble outfit. And it's going to be hilarious to watch these people squirm. Obviously, I have already set up a call tomorrow with the new attorney that is focused solely on nonprofits. CNN and the other fake news reached out to my personal attorney dealing with the January 6th situation. I don't know why they did, he's not my attorney for Marco Polo. Um, so we have another, we have another call with somebody else tomorrow that focuses just on this |

7

| Minute | Speaker | Dialog |
|---|---|---|
| | | and that actually spent time in the IRS. So again, Kevin Morris and all these fuckers, they have consistently underestimated us, okay? They don't talk about our report 'cause it's totally airtight and they're gonna think that we're going to get this bump, you know, this backwater shithead lawyer who has no experience in nonprofit law to fight this force. No, no, no, no, no, no. We are going to play their own game against them. And I will figure out a way to get it done. Just like I have my entire life. And anybody who has thrown cold water on our work or tried to dismiss me because our age has got fuckin' burned. And I, that is an absolute promise. And, uh, these exhibits that he attached to this are laughable. I'm just going to go through 'em here really quickly, um, and apologies from the mouse clicking. Um, somebody is bitching in the comments that my mouse clicking is loud. I apologize. I'll try to thumb through these again. They just attach our determination, IRS, uh, determination. We used a registered agent service in Wyoming. It's used by thousands of companies. Um, because I don't live there personally, this is like basic stuff. Again, we are providing greater transparency than all, than all of Hunter Biden shell companies. That's what's the key irony of this. We had to ti-, we had to, we had to pay a German firm to go into the bowels of the Cypress business registry to find the Board documents for Burisma. And these shitheads try to defame our registered agent service in Wyoming. What a joke! I would love to sit across the table and, uh, shove that irony up suppository style of Hunter and Abbe Lowell's ass. Uh, they go, they, they talk about our charity navigator site. The ironic thing is that we have the highest stars. In fact, this other site they use to go over nonprofits, it's hilarious. |
| 00:30:00 | | Um, its, uh, it basically goes into our metrics. Like if we have a, if we, if we have a, a mission, vision, goals and leadership development, adaptability story, we have all those filled out. So, the exact, like, nonprofit evaluator site that they include in the attachments, it exonerates us completely. It's hilarious. Again, they posted messages from my personal True Social account that I posted back in early December, late November. I said, "Speaking in my personal capacity at a Christmas dinner next month in one of the six counties they stole in 2020, Macomb County, Michigan. If you're in or around Detroit, come on out." That's the entire thing. And if you actually listen, I posted the audio the night of, um, you're gonna see that there's no, uh, legislative activity going on there. It's so ridiculous. We don't live in North Korea. I can go to a damn dinner. Um, and you'll see also that he edited out who posted the message about, um, the bidenlaptopemail site being an, uh, intelligence tool for voters at home, I didn't post that. That was a very good post from Rachel Hamm. I reposted that on my personal account. That's not illegal. Uh, one, one post that he includes is a very good tweet from Miranda Devine, the author of <u>Laptop from Hell</u>, saying that we have done a very thorough forensic on Hunter Biden's laptop. It's very difficult work and the report appears to be meticulously fact checked and footnoted. It's an invaluable reference for future GOP investigations since the DOJ is turning a blind eye. It's absolutely true. Couldn't agree more, Miranda. And that's, that's the problem with this is they're including things |

8

| Minute | Speaker | Dialog |
|---|---|---|
| | | that exonerate us. That's, the, it's, it's hilarious, actually. Another exhibit they use is my interview with Roger Stone and Tyler Nixon. Tyler Nixon grew up with Hunter Biden. He's a fuckin high school classmate of the guy at Archmere Academy in Wilmington, Delaware. And, um, again, they include no statement of political activity because I didn't make one. That's the, that's the, that's what's hilarious about this. They write this letter supplicating for an exempt for, to revoke our exempt status. Um, and (laughs) they, they don't actually cite, um, uh, you know, any, anything that I said. Um, and somebody once said if you were in for financial gain, um, you wouldn't post an entire PDF beforehand to everyone for free. Of course, this is what all the uninformed and just, I think some informed people and just straight up haters, don't realize is that we're, again, we're a charity. Everything we've put out is for free. There's no payrolls, nothin'. Um, because we've had very generous supporters. And so, it's so ridiculous that, um, people are getting mad about a delayed, uh, print shop in Florida when the entire report is available to anybody with an internet connection. Some piss ant in Nigeria can look up this report if he has an internet connection, okay. It's available on any browser, uh, any, you could be poor as a church mouse and be shitting in a hole and still read this report. So, it's ridiculous that we would be doing this for private gain. If I was in it for private game man and I had no soul, I would be some, some well, some oily political consultant. That's not what I'm doing. Every single day I'm in here in my home office using the tools of open source intelligence and contracts with private investigators that we have to look into pri-, to public corruption and to use the methods of private investigative work and apply them to public corruption. That's what we do. And it's so effective that we have the personal counsel for the son of the President going after me, a 26-year old. So, if anybody hates me and doesn't like what we do, you gotta at least admit that we're effective. We are absolutely right over the target here. There's been nobody else, um, getting this type of heat. One more thing I wanted to mention is, um, Aaron, on our team, just wrote me a note, he said, you know it just occurred to me these letters to the IRS and the DOJ aren't, uh, asking for an investigation necessarily, they could be justifying an ongoing investigation that has already started. That's obviously not a scary thought, but it is a concerning thought. Obviously, um, you know, we're, we're, uh, feeling pressured to get the best legal counsel we can. And I'm under no illusions that they're gonna play by the rules, right? But we're still gonna fight. We are gonna fight. And so, um, one person asks the question, I'm just going off of the comments here. |
| 00:35:00 | | One person asked the question, "What is the end game?" Again, I'll read the whole thing, because I don't want to take pieces and, uh, just, uh, Verbal Nation Apparel said, "What is the end game? Bring them to justice? This is not an option because they control the Justice Department. How do the people hold them accountable?" Well, again, we are not law enforcement, so we can't effectuate justice. All we can do is put it on the platter for those who can, and I think that the state AGs and one of them, Jeff Landry, has actually written an op-ed about this very laptop for Breitbart in February of |

9

| Minute | Speaker | Dialog |
|---|---|---|
| | | 2022, I believe. Um, he said that it's going to be up to the state AGs. So our end game, Marco Polo's end game, the nonprofit that you're listening to a space about right now, our end game is the truth. The full truth, no matter who it exonerates and implicates. And what you're gonna find is that that's very rare. Most people don't tell the full truth. They maybe tell 45% of it 65 and then sometimes they won't tell it because it bumps up against people that they know personally. We don't operate like that. We go wherever it leads us. And again, you've seen by these letters today that that pisses off the right people. That pisses off very powerful people. Because usually these watchdog groups get, um, atrophied and they only go after certain topics or they won't go into the nitty gritty, or they'll start redacting shit. We only redact that which isn't legally necessary to redact. One of the, um, and obviously he, they didn't just write a letter to the IRS about our nonprofit status, they wrote a letter to the freaking Assistant Attorney General for the National Security Division, and then the Attorney General for Delaware. And one of, in mentioning me personally and our non-profit, Marco Polo, and one of the ironic things is that they cite the statute that we talk about in our report, 18 USC 119, uh, which is making available restricted information of covered individuals. We have an entire page on that in our report. And, and, and explains what you have to redact for certain people that are protected by the Secret Service, and on our laptop e-mail site we have a disclaimer at the bottom of the damn site that our counsel James helped put together. Um, and I'll read it to you for your listening pleasure tonight. This is the bottom of bidenlaptopemails.com. "Legalese: having seen the lengths that the FBI and other entities in the apparatus have gone to harass citizens who expose corruption and pursuant to 18 USC 119, Marco Polo testifies that the contents of the Biden laptop were abandoned banned property. Furthermore, Marco Polo unequivocally disclaims any intention to cause any threat, intimidating action or incitement of harm to any person covered by 18 USC 119 and we do not condone, encourage, intend or have any knowledge that any other person will or may use the information herein for any unlawful purpose. Marco Polo's motive is to see justice delivered to all criminals by those whose responsibility it is to carry out that duty." Look at that damn statement. We put that together in May of 2022, and then they cite that statute. For example, on page, um, what page is this in the report, er, letter? Excuse me, page 12 of the 13-page letter to the AG. Um, this one was to Matt Olson. It basically they say the same thing, but they said, um, in addition to the statutes limited, statutes listed above, um, (laughs). And again, there are, there are three clauses you have to hit for that statute to apply to you. . You have to, uh, know that these people are gonna be inciting harm and you have to do it with the intent to threaten, intimidate or incite the commission of a crime. We didn't do any of that. In fact, the only people that have committed crimes are Hunter's attorney against us, which is an interstate transmission of threats. (laughs) So, it's, it's all ridiculous. Um, and there's been no pecunicary gain at all. Our research group has many other topics beyond the Biden crime family. Guys, we talk about the Larry Ray sex cult, um, and so many other things. Um, so it's such a, it's such a |

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | joke. I'm going through the kind messages, um, I'm getting right now in the DM's and going through these other questions. Again, this is only our second space, so I'm going to get better at this as time goes on. |
| 00:40:00 |  | I wish I could do this on my computer and not just my damn phone. Um, but these are legal documents, this is a letter, and so I haven't, um, sorry for, uh, you know, uh, going through the, the, this is not the, the sexiest material, but if you read our report, you realize that, uh, we're not about always the splashiest stuff. We, um, subscribe and I could speak for every member of Marco Polo, both volunteers, contractors, et cetera. And again, we have a group of like at least 40 volunteers that I'm in group with every single day and. I love 'em all. So this isn't just me, I'm just the public face of it. And that's why we've been so effective and why this damn letter got out today is because I'm the face of, um, you know, uh, (laughs), these, these attacks, um, is because it's not just me, it's, it's all these other people. So I'll keep going through these, uh, these questions. Um, Kevin Miller said blah blah blah, alright man, you're a doomer. Um, Hunter called Patrick O the fucking spy chief of China. That's true. That was a little bit of an exaggeration, but it definitely wasn't a complete lie. Um, the subject was, you know, obviously was a spy. Patrick O was a spy, but he was just bragging to his hooker friend there Zoe Kestan that he was, quote, "the fucking spy chief". It was a May 24th, 2018 recording at the Chateau Marmont, um, which Zoe Kestan then entitled "The Most Genius Shit Ever." That has been on our website, the transcribed version of that call has been on our website for over a year. Um, it's an incredible call. It goes into how Joe Biden himself was listed as a witness in the freaking case in the Indian bond fraud case, and if any of these people, um, by the way, uh, if any of these people are listening in, if Abbe Lowell is getting paid $1,400.00 an hour to listen in on this call, later on, first of all, fuck you. And second of all, um, the, the level of detail that we have gone through and the attention to the rules and the, the, the parameters of the 501(c)(3) organization that we're organized under, none of this has been haphazard. We've done everything by the book. And I know that phrase has been butchered by Susan Rice and Barack O-, Barack Hussein Obama. But we have done everything by the book. And so, um, again, I appreciate everyone's attention for this, uh, very somewhat boring matter, because it involves legalese. I will be updating you on this periodically. I urge everybody to go read these ridiculous letters. It'll give you a little bit of the idea of the gaslighting. Remember, Hunter has spun this for two years as this isn't his laptop, it could have been Russian intelligence. And then these letters confirm that, oh wait, this is all real. So, what does this mean? This means that every single one of the 459 violations of state and federal laws and regulations is legit and is worth mentioning and looking into. And Ron Johnson already has. We've gotten endorsements of the report from both houses of Congress. Again, that's not political activity. Under the freaking statute, we are not, um, advocating for particular legislation. What we want done, this is what we want and it's been, been at the bottom of bidenlaptopemails for over a year. We want justice to be delivered. And the only way that that can happen is presenting the full truth of the matter. We're |

11

| Minute | Speaker | Dialog |
|---|---|---|
| | | not naive to believe that one exhibit in our report is going to save the country. What we want though is, is for the evidence to be so overwhelming and for public outcry to be so damning that some justice has to be delivered. I'm not say-, Joey will pardon Hunter at the federal level. That's why I haven't been scared about the U.S. Attorney in Delaware's investigation. But what they're not expecting is a state level AG to come forward with crimes and that's what we're pushing for. That's not the pushing of a legislation. That's the pushing for justice. So, if we're guilty of anything, we're, we've been, uh, brazenly pursuing justice for 18 months and hopefully you will share this space with others. And I really appreciate your time tonight. God bless you. |
| 00:44:52 | | END |