TYLER LAW, LLP
Robert H. Tyler, Esq. (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Mariah Gondeiro (SBN 323683)
mgondeiro@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax: (951) 600-4996

Attorneys for Defendants
**Garrett Ziegler** and **ICU, LLC**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br>    Plaintiff, <br><br> vs. <br><br> GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive, <br><br>    Defendant(s) | Case No.: 23-cv-07593-HVD-KS <br><br> *Honorable Hernan D. Vera* <br> *Magistrate Judge Karen L. Stevenson* <br><br> **GARRETT ZIEGLER'S DECLARATION IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO RULES 12(b)(1), 12(b)(2), AND 12(b)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** <br><br> Date:    March 21, 2024 <br> Time:   10:00 a.m. <br> Ctrm:   5B |

I, Garrett Ziegler, declare as follows:

1. I am a Defendant in this action. I am also the founder and chairman of the board of directors of Defendant ICU, LLC dba Marco Polo. Unless otherwise stated, I have personal knowledge of the facts set forth herein that if called as a witness I could and would testify competently thereto.

1

DECLARATION OF GARRETT ZIEGLER

2. On July 8, 2021, ICU, LLC was organized as a Wyoming limited liability company. ICU, LLC is a tax-exempt non-profit 501(c)(3) doing business under the name Marco Polo (hereafter, ICU, LLC shall be referred to as "Marco Polo"). Marco Polo is a research group whose mission is to expose corruption and blackmail. Although Hunter Biden is included in the 644-page report we compiled detailing criminal activity, we did not direct our activity to California.

3. Our website can be accessed by anyone and is primarily used for informational purposes. Although our supporters can donate funds to secure a hard copy of the Biden Report, the payment is made in the form of a donation. We do not engage in targeted commercial activity to Californians; we are a charity.

4. The sources of the Biden Report derive from the copies of the hard drive from Hunter Biden's abandoned laptop.

5. I did not intentionally target California when I promoted the Biden Report. I made it accessible on our website for anyone in the public to see. Marco Polo posted the contents from Hunter Biden's abandoned laptop to serve the public interest. I believe any criminal activity and corruption involving a sitting president and his son is a matter of significant public interest. Indeed, it is difficult for me to imagine an issue of more significant public interest.

6. The image of me with the Biden Report, which Plaintiff cites, in front of the Chateau Marmont was taken when I was in California. However, the only reason for me traveling to California was to speak with my recently retained attorneys from Tyler Law, LLP regarding this specific lawsuit brought by Plaintiff. If it was not for Plaintiff filing this lawsuit, I would not have been in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 7, 2024.


Garrett Ziegler (Mar 7, 2024 16:57 CST)

Garrett Ziegler