TYLER LAW, LLP
Robert W. Tyler (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Mariah R. Gondeiro (SBN 323683)
mgondeiro@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:    (951) 600.2733
Facsimile:    (951) 600.4996

Attorneys for Attorneys for Defendants **Garrett Ziegler**
and **ICU, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, | Case No.:  2:23-cv-07593-HVD-KS |
| Plaintiff(s) | *Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson* |
| v. | **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EVIDENCE FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |
| GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive, | |
| Defendant(s) | Date:      March 21, 2024<br>Time:      10:00 a.m.<br>Ctrm:      5B |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants Garrett Ziegler and ICU, LLC, hereby object to Plaintiff's evidence submitted in support of their opposition to the motion to dismiss as follows:

Considering the foregoing, this Court should dismiss the Complaint with prejudice under Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the federal rules of civil procedure and section 425.16 of the California Code of Civil Procedure.

### OBJECTION TO PLAINTIFF'S EXHIBITS

| Material Objected To | Grounds For Objection |
|---|---|
| **Objection #1**<br><br>Exhibit "A" *New York Post* article entitled "*Hunger Biden owns massive home in swanky Hollywood Hills, court docs reveal*,". | Hearsay. Fed. R. Evid. 801.<br><br>Lacks foundation. Fed. R. Evid. 602.<br><br>Lacks authentication. Fed. R. Evid. 901. |
| **Objection #2**<br><br>Exhibit "B" – Transcript of *War Room* podcast interview dated November 22, 2022. | Best Evidence Rule. Fed. R. Evid. 1102. |
| **Objection #3**<br><br>Exhibit "C" – transcript of *The Eric Metaxas Radio Show* interview dated December 12, 2022. | Best Evidence Rule. Fed. R. Evid. 1102. |
| **Objection #4**<br><br>Exhibit "D" – transcript of *The StoneZONE with Roger Stone* interview dated December 9, 2022. | Best Evidence Rule. Fed. R. Evid. 1102. |
| **Objection #5** | Best Evidence Rule. Fed. R. Evid. 1102.<br><br>Hearsay. Fed. R. Evid. 801. |

| Material Objected To | Grounds For Objection |
|---|---|
| Exhibit "E" – excerpts of the *Report on the Biden Laptop*. | Lacks foundation. Fed. R. Evid. 602. Lacks authentication. Fed. R. Evid. 901. |
| **Objection #6** Exhibit "F" – transcript of Twitter Spaces interview with Kim Dotcom dated December 11, 2022. | Best Evidence Rule. Fed. R. Evid. 1102. |
| **Objection #7** Exhibit "G" – transcript of *The Ann & Phelim Scoop* interview dated January 18, 2023. | Best Evidence Rule. Fed. R. Evid. 1102. |
| **Objection #8** Exhibit "H" – Instagram post allegedly from Defendant Garrett Ziegler's Instagram Feed. | Lacks foundation. Fed. R. Evid. 602. Lacks authentication. Fed. R. Evid. 901. |
| **Objection #9** Exhibit "I" – Transcript of video of Defendant Garrett Ziegler entitled "Report on the Biden Laptop: CA Field Trip." Posted on Rumble on or about November 1, 2022. | Best Evidence Rule. Fed. R. Evid. 1102. |
| **Objection #10** Exhibit "J" – transcript of Twitter Spaces video by Defendant Garrett Ziegler dated approximately February 1, 2023. | Best Evidence Rule. Fed. R. Evid. 1102. |

1

### OBJECTION TO DECLARATION OF GREGORY A. ELLIS

| Material Objected To | Grounds For Objection |
|---|---|
| **Objection #11**<br><br>The entirety of paragraph 12 of Mr. Gregory A. Ellis' declaration stating a copy of the *Report* was mailed to his colleague Angela Machala. | Hearsay. Fed. R. Evid. 801.<br><br>Lacks foundation. Fed. R. Evid. 602. |

DATED:  March 7, 2024

TYLER LAW, LLP


By: /s/ Robert Tyler
Robert Tyler, Esq.
Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**