# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>Plaintiff(s)<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company,<br><br>Defendant(s) | Case No.: 2:23-cv-07593-HVD-KS<br><br>*Honorable Hernan D. Vera*<br><br>**[PROPOSED] ORDER REGARDING OBJECTIONS TO EVIDENCE**<br><br>Date:   March 21, 2024<br>Time:  10:00 a.m.<br>Crtm.:  5B |

Having considered Defendants GARRETT ZIEGLER and ICU, LLC's ("Defendants") objections to evidence, it is **HEREBY ORDERED** that:

| Material Objected To | Ruling On Objection |
|---|---|
| **Objection #1** | Sustained:_____<br>Overruled:_____ |
| **Objection #2** | Sustained:_____<br>Overruled:_____ |
| **Objection #3** | Sustained:_____<br>Overruled:_____ |
| **Objection #4** | Sustained:_____<br>Overruled:_____ |

| Material Objected To | Ruling On Objection |
|---|---|
| Objection #5 | Sustained:_____ <br><br> Overruled:_____ |
| Objection #6 | Sustained:_____ <br><br> Overruled:_____ |
| Objection #7 | Sustained:_____ <br><br> Overruled:_____ |
| Objection #8 | Sustained:_____ <br><br> Overruled:_____ |
| Objection #9 | Sustained:_____ <br><br> Overruled:_____ |
| Objection #10 | Sustained:_____ <br><br> Overruled:_____ |
| Objection #11 | Sustained:_____ <br><br> Overruled:_____ |

**IT IS SO ORDERED.**

DATED: _____, 2024        _____
                                    Honorable Hernan D. Vera