TYLER LAW, LLP
Robert H. Tyler, Esq. (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Mariah Gondeiro (SBN 323683)
mgondeiro@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax:  (951) 600-4996

Attorneys for Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.: 23-cv-07593-HDV-KS<br><br>*Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson*<br><br>**DECLARATION OF EMMA F. PLOTNIK IN SUPPORT OF DEFENDANTS' MOTION FOR RECUSAL** |

I, Emma F. Plotnik, declare as follows:

1. I am an attorney at Tyler Law, LLP, the firm representing Defendants GARRETT ZIEGLER, an individual and ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo ("Defendants"), in the above-entitled action. I am not currently counsel of record for Defendants in this matter. I am a member in good standing of the State Bar of California. Unless otherwise noted as being on information and belief, I know the facts herein are stated based upon my own personal knowledge, and if called upon to do so, I could competently testify to them under oath.

2. Attached as **Exhibit 3** to the Request for Judicial Notice in Support of the Motion to Recuse ("RJN Mot. to Recuse") is a true and correct copy of an excerpt of the deposition transcript of the deposition of Robert Hunter Biden, taken by the United States House of Representatives Committee on Oversight and Accountability and Committee on the Judiciary on February 28, 2024. I last accessed relevant portions of the transcript on or about March 5, 2024, from the following URL: https://oversight.house.gov/wp-content/uploads/2024/02/Hunter-Biden-Transcript_Redacted.pdf . This URL is provided on the press release from the official website of the United States House of Representatives Committee on Oversight and Accountability, titled "Oversight and Judiciary Committees Release Hunter Biden Transcript" and published on February 29, 2024, at the following URL: https://oversight.house.gov/release/oversight-and-judiciary-committees-release-hunter-biden-transcript%ef%bf%bc/ .

3. Attached as **Exhibit 4** to the RJN Mot. to Recuse is a true and correct copy of an excerpt of the transcripts of the interview of Mervyn Yan, taken by the United States House of Representatives Committee on Oversight and Accountability and Committee on the Judiciary on January 25, 2024. I last accessed a copy of the relevant portions of the transcript on or about March 5, 2024, from the following URL: https://oversight.house.gov/wp-content/uploads/2024/02/Mervyn-Yan-Transcript.pdf . This URL is provided on the press release from the official website of the United States House of Representatives Committee on Oversight and Accountability, titled "Oversight and Judiciary Committees Release Mervyn Yan Transcript" and published on February 8, 2024, at the following URL: https://oversight.house.gov/release/oversight-and-judiciary-committees-release-mervyn-yan-transcript%ef%bf%bc/ .

4. Attached as **Exhibit 5** to the RJN Mot. to Recuse is a true and correct copy of an excerpt of the transcripts of the interview of John Robinson Walker, taken by the United States House of Representatives Committee on Oversight and Accountability and Committee on the Judiciary on January 26, 2024. I last accessed a copy of the relevant portions of the transcript on or about March 5, 2024, from the following URL: https://oversight.house.gov/wp-content/uploads/2024/02/Walker-Transcript.pdf . This URL is provided on the press release from the official website of the United States

House of Representatives Committee on Oversight and Accountability, titled "Oversight and Judiciary Committees Release Rob Walker Transcript" and published on February 13, 2024, at the following URL: https://oversight.house.gov/release/oversight-and-judiciary-committees-release-rob-walker-transcript%ef%bf%bc/ .

5. Attached as **Exhibit 6** to the RJN Mot. to Recuse is a true and correct copy of an excerpt of the transcripts of the interview of James Biden, taken by the United States House of Representatives Committee on Oversight and Accountability and Committee on the Judiciary on February 21, 2024. I last accessed a copy of the relevant portions of the transcript on or about March 5, 2024 from the following URL: https://oversight.house.gov/wp-content/uploads/2024/03/James-Biden-Transcript.pdf This URL is provided on the press release from the official website of the United States House of Representatives Committee on Oversight and Accountability, titled "Oversight and Judiciary Committees Release James Biden Transcript" and published on March 1, 2024, at the following URL: https://oversight.house.gov/release/oversight-and-judiciary-committees-release-james-biden-transcript%ef%bf%bc/

6. Attached as **Exhibit 7** is a true and correct copy of excerpts of the Federal Election Commission web page showing "Individual Contributions" for Hernan D. Vera, that I most recently accessed on or about March 6, 2024, using the following URL: https://www.fec.gov/data/receipts/individual-contributions/?contributor_name=hernan+vera&contributor_city=los+angeles&two_year_transaction_period=2020&min_date=01%2F01%2F2019&max_date=12%2F31%2F2020 .

7. Attached as **Exhibit 8** is a true and correct copy of a press release titled, "Senate Confirms Superior Court Judge Hernán D. Vera as United States District Judge for the Central District of California" and dated June 13, 2023, which I last accessed on or about March 6, 2024, from the following URL: https://www.cacd.uscourts.gov/sites/default/files/documents/2023-06-13%20Press%20Release%20-%20Judge%20Vera.pdf . This URL is provided on a web page from the official website of the United States District Court for the Central District of California: https://www.cacd.uscourts.gov/news/senate-confirms-superior-court-judge-hern%C3%A1n-d-vera-united-states-district-judge-central

8. Attached as **Exhibit 9** is a true and correct copy of an internet news article published on June 13, 2023, by BloombergLaw.com, and titled, "Vera Confirmed as US Trial Judge in California After Long Wait," which I last accessed on or about March 6, 2024, at the following URL: https://news.bloomberglaw.com/us-law-week/vera-confirmed-as-us-trial-judge-in-california-after-long-wait

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2024, at Murrieta, California.

/s/ Emma F. Plotnik
Emma F. Plotnik