TYLER LAW, LLP
Robert H. Tyler, Esq. (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Mariah Gondeiro (SBN 323683)
mgondeiro@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax:  (951) 600-4996

Attorneys for Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.:  23-cv-07593-HDV-KS<br><br>*Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson*<br><br>**NATHAN R. KLEIN'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR RECUSAL** |

I, Nathan R. Klein, declare as follows:

1. I am an attorney for Defendants GARRETT ZIEGLER, an individual and ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo ("Defendants"), in the above-entitled action. Unless otherwise noted as being on information and belief, I know the facts herein are stated based upon my own personal knowledge, and if called upon to do so, I could competently testify to them under oath.

2. On Friday, February 16, 2024, I sent a letter via email to counsel for the Plaintiff informing them that Defendants intended to file a motion for recusal. My email included the rules and law Defendants intended to rely on and the specific facts that supported Defendants' arguments.

3. On Tuesday, February 20, 2024, I spoke with attorney Paul Salvaty, one of Plaintiff's attorneys on the telephone to discuss Defendants' motion to recuse/disqualify the Honorable Judge Vera pursuant to 28 U.S.C. § 455(a).

4. We did not reach an agreement on the issues, although both he and I recognized this motion is directed at the Court and therefore even our agreement could not affect any change in the proceedings as the decision to recuse lies with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 03/07, 2024, at Murrieta, California.

/s/ Nathan R. Klein
Nathan R. Klein