UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>    Plaintiff(s)<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company,<br><br>    Defendant(s) | Case No.: 2:23-cv-07593-HDV-KS<br><br>*Honorable Hernan D. Vera*<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECUSAL**<br><br>Date:   April 25, 2024<br>Time:  10:00 a.m.<br>Crtm.:  5B |

    Having considered Defendants GARRETT ZIEGLER and ICU, LLC's ("Defendants") Motion for Recusal, Plaintiff ROBERT HUNTER BIDEN's ("Plaintiff") Opposition, Defendants' Reply papers, and oral argument presented to this Court in support of the parties' position on the Motion, it is **HEREBY ORDERED** that:

    1.    Defendants' Motion for Recusal of Honorable Hernan D. Vera is **GRANTED** pursuant to 28 U.S.C. § 455(a). Recusal is proper under 28 U.S.C. § 455(a) because Judge Vera's impartiality might reasonably be questioned in light of the relief sought by plaintiff combined with Judge Vera's political contributions and perceived bias, given the facts and circumstances surrounding this case.

2.     Judge Vera does recuse himself from this case, and hereby requests that the Honorable Philip S. Gutierrez, Chief Judge, reassign this case.

**IT IS SO ORDERED.**

DATED: _____, 2024     _____
                                                                Honorable Hernan D. Vera