# II. BUSINESS-RELATED CRIMES

The following three sections of this Report are in order of their relative importance to the American citizenry. Naturally, the Biden family's business crimes came first, as what the family sold—influence over the direction of public policy and access to the people who directed it (whether overtly or, as in many cases, covertly)—affects every American citizen, regardless of how he or she feels about, say, marijuana laws or judicial philosophy. Said differently, the family's numerous sex and drug-related crimes are critical to understanding them, particularly their egregious hypocrisy and double standards; however, an impartial view of the situation clearly showed how their entanglements in international business and politics were the paramount national security threat on the laptop. In fact, the Bidens' dealings changed the course of history, particularly America's relationship with its most formidable opponent: the Chinese Communist Party (CCP). Do not take *Marco Polo*'s word for it; in this section, the exhibits themselves—many taken directly from the Biden Laptop—will confirm our statement.

Joe's longtime confidant and "wise man" who replaced him in the Senate when he became vice president, Ted Kaufman, described the environment which produced these business crimes (both large and small) as the "Delaware Way." In fact, Kaufman credited Joe as "kind of the person who helped create the Delaware Way."[308] And while many commentators[309] posit that Beau was the spitting image of his father, Hunter edged out Beau at Joe's corruption tango. Indeed, Hunter's entire life, not just his professional career, was a kaleidoscope[310] of shell companies, large round-dollar wire transfers, and corrupt foreign (and domestic) oligarchs.[311] American history is replete with white and blue collar crime families, and the Bidens are a unique mix of both. The family was involved in both petty and elaborate[312] financial corruption schemes, eastern European energy companies, and multimillion dollar "consulting" contracts with firms run by CCP-linked operatives. Said differently, shell companies are as common with the Bidens as shellfish off the coast of Nantucket, where the Bidens spend every Thanksgiving.[313] This section was written with the goal of cracking open these numerous shells. The media—and the U.S. Congress—bathe in Bucket #1 below. Many so-called conservative writers typically reveal findings from Bucket #2, but *Marco Polo* strove to write a comprehensive Report about Bucket #3—the bucket that really matters to the American people and their future.

| Sketchy or, in legalese, "raises the potential for a conflict of interest" | Unethical and nepotistic, but not enough information to prove illegality | Definitively illegal, with perhaps both civil and criminal penalties |
|:---:|:---:|:---:|
| **Bucket #1**<br>"Smell smoke from a fire" | **Bucket #2**<br>"See smoke from a fire" | **Bucket #3**<br>"The fire is visible" |

[308] Melanie Mason, "Joe Biden personifies the 'Delaware Way.' In Wilmington, that clubby style of politics is being questioned," *Los Angeles Times*, February 2020, archive.ph/HebnS

[309] "It really is no secret that Beau was Biden's favorite son. He had most closely followed in his father's footsteps into a career in service, serving as the attorney general of Delaware, and, at the time of his death, preparing for a run for governor. And unlike his brother Hunter, Beau lived a fairly scandal-free life."
*See* Leena Kim, "Beau Biden, the Late Son of Joe Biden, is Still a Strong Presence in His Father's Life," *Town & Country*, January 2021, archive.ph/y3Hse

[310] Aime Williams et al., "Hunter Biden's web of interests," *Financial Times*, October 2019, archive.ph/BJt2C

[311] Emma Schwartz, "My Son, The Lobbyist: Biden's Son a Well-Paid DC Insider," *ABC News*, August 2008, archive.ph/cugVA

[312] "A few weeks after Biden was re-elected in November 1996, there came yet another tie between the senator and MBNA when the company hired Biden's son Hunter … MBNA officials seem delighted with their new executive."
*See* Byron York, "The Senator from MBNA," *National Review*, August 2008, archive.ph/IVXKQ

[313] Nicole Goodkind, "President Biden eats his Thanksgiving meal at $30 million Nantucket home of private equity billionaire David Rubenstein," *Fortune*, November 2021, archive.ph/qE0Rn

What did Bucket #3 contain after a comprehensive review of the Biden Laptop? Only a table with four columns adequately conveyed the contents. The business crimes[314] listed below are in the order in which they appear in the Report. Unless stated otherwise, Hunter was involved in the criminal act and those listed in the third column are his accomplices (or, in some cases, Hunter's co-conspirator(s)).

| When | Where (Venue) | Who (Accomplice(s)) | What |
|---|---|---|---|
| 01/08/2011 | D.D.C. | Devon Archer & Eric Schwerin | 18 USC § 371 |
| 01/28/2011 & 05/11/2011 | D.D.C. | Randy Russell | 2 USC § 1603 & 18 USC §§ 2, 371 |
| 10/19/2011ff | D.D.C. | Devon Archer & Gary Fears | 18 USC §§ 2, 219 & 22 USC § 612 |
| 04/13/2015 & 09/01/2015 | D.D.C. | Devon Archer & Jimmy Bulger | 18 USC § 2 & 22 USC § 612 |
| 04/23/2015 | D.D.C. | Devon Archer & Jimmy Bulger | 18 USC § 2 & 22 USC § 612 |
| 07/29/2015 | D.D.C. & C.D. Cal. | Devon Archer | 18 USC § 2 & 22 USC § 612 |
| 04/25/2017 | S.D.N.Y. | Jimmy Biden & Rob Walker | 18 USC § 2 & 22 USC § 612 |
| 09/11/2017ff | D.D.C. & S.D.N.Y. | Sara Biden, John Sandweg et al. | 18 USC § 2 & 22 USC § 612 |
| 08/16/2017ff | S.D.N.Y. | Jimmy & Sara Biden | 18 USC §§ 2, 1344 |
| 09/22/2017—03/26/2018 | S.D.N.Y. | Jimmy Biden & HO Patrick | 18 USC § 2 & 22 USC § 612 |
| 03/20/2018ff | S.D.N.Y. & E.D. Ark. | DONG Kevin & HO Patrick | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(i), 1957(a) & Ark. Code § 5-42-204 |
| 05/24/2018ff | D.D.C. & E.D. Pa. | Jimmy & Sara Biden | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(i), 1957(a) & 18 PA Stat § 5111 |
| 03/26/2012 | D.D.C. | Joe & Tony Blinken | 18 USC § 2 & 44 USC § 2207 |
| 04/12/2014ff | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |
| 04/22/2014 | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |
| 05/09/2014ff | D.D.C. | Devon Archer & Heather King | 2 USC § 1603, 18 USC §§ 2, 371 & 22 USC § 612 |
| 05/13/2014 | D.D.C. | Devon Archer, Eric Schwerin & Demetra Lambros | 18 USC §§ 2, 219 & 22 USC § 612 |
| 09/10/2014 | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |
| 02/15/2015ff | D.D.C. | Devon Archer & U.S. State Department official | 5 CFR § 2635.703, 18 USC §§ 2, 219 & 22 USC § 612 |
| 04/16/2015 | D.D.C. | Devon Archer | 18 USC §§ 2, 219 & 22 USC § 612 |
| 08/12/2015ff | D.D.C. | Devon Archer, John Sandweg, Eric Schwerin, Blue Star Strategies et al. | 5 CFR § 2635.703, 18 USC §§ 2, 219, 1001 & 22 USC § 612 |
| 09/17/2015ff | S.D.N.Y. & D.D.C. | Devon Archer | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(ii), 1957(a), 22 USC § 612 & NY PL § 470.20 |
| 03/24/2016 & 09/15/2016 | D.D.C. | John Buretta & Blue Star Strategies | 18 USC § 2 & 22 USC § 612 |
| 05/26/2016 | D.D.C. | Joe & John Flynn | 5 CFR § 2635.703, 18 USC §§ 2, 219, 22 USC § 612 & 44 USC § 2207 |

---

314 "Joe Biden is [] a corrupt politician … the Biden family is a criminal enterprise … this is called the laptop from hell." *See* "Donald Trump Holds a Campaign Rally in Prescott, Arizona," October 2020, <u>archive.ph/fl8TF</u>

| When | Where (Venue) | Who (Accomplice(s)) | What |
|---|---|---|---|
| 07/08/2016 | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |
| 07/12/2016ff | D.D.C. | Evan Ryan & Blue Star Strategies | 18 USC §§ 2, 219 & 22 USC § 612 |
| 11/22/2016 & 12/08/2016 | D.D.C. | Dan Fried, John Herbst & Blue Star Strategies | 18 USC § 2 & 22 USC § 612 |
| 03/19/2017ff | D.D.C. | - | 22 USC § 612 |
| 07/11/2013 | S.D.N.Y. & D.D.C. | Devon Archer & John Kerry | 18 USC §§ 2, 219, 951 |
| 02/05/2014ff | D.D.C. | Devon Archer | 18 USC §§ 2, 951 |
| 04/22/2014ff | S.D.N.Y. & D.N.J. | Devon Archer | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(ii), 1957(a) & NY PL 470.15 |
| 05/07/2014ff | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |
| 03/15/2015ff | D.D.C. | Devon Archer & Marc Holtzman | 18 USC § 2 & 22 USC § 612 |
| 02/27/2013ff | D.D.C. | Rick Leach | 2 USC § 1603 & 18 USC § 2 |
| 03/24/2016—07/15/2016ff | D.D.C. | Chris Boies, Louie Freeh, Mike Gottlieb & Rob Walker | 18 USC § 2 & 22 USC § 612 |
| 11/17/2016—06/24/2017ff | D.D.C. | Joan Mayer, Eric Schwerin & Rob Walker | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(i) & 1957(a) |
| 02/11/2014ff | D.D.C. | Jeff Cooper | 18 USC §§ 2, 371 & 22 USC § 612 |
| 01/21/2015 | D.D.C. | Jeff Cooper | 18 USC § 2 & 22 USC § 612 |
| 05/07/2015—11/19/2015 | D.D.C. | Joe, Jimmy Biden & Kathy Chung | 18 USC §§ 2, 219 & 22 USC § 612 |
| 06/07/2015 | D.D.C. | Joe & Kathy Chung | 5 CFR § 2635.703 & 44 USC § 2207 |
| 02/24/2016 | D.D.C. | Jeff Cooper | 18 USC § 2 & 22 USC § 612 |
| 04/07/2015ff | D.D.C. | - | 22 USC § 612 |
| 01/28/2015 | D.D.C. | Sam JAUHARI | 18 USC § 371 |
| 02/26/2016 | D.D.C. | John Sandweg & Sam JAUHARI | 18 USC § 371 |
| 06/05/2010 | D. Del. & D.D.C. | Joe & Eric Schwerin | 18 USC § 2 & 26 USC § 7201 |
| 12/07/2016 | D. Del. & D.D.C. | Joe & Eric Schwerin | 18 USC § 2, 26 USC § 7201 & 30 DE C. § 571 |
| 01/16/2017 | D.D.C. | Eric Schwerin | 18 USC § 371 & 26 USC §§ 6662(d)(1)(A)(i), 7201 |
| 02/14/2017ff | D.D.C. | Sarah Mancinelli | 18 USC § 2 & 26 USC § 7201 |
| ?→01/03/2019→? | D. Del. & D.D.C. | Joe | 18 USC §§ 2, 1961 & 26 USC § 7201 |
| 01/17/2019 & 03/15/2019 | D. Del. & D.D.C. | - | 26 USC § 7201 |
| 04/14/2016ff | D.D.C. | Eric Schwerin & Bill Morgan | 15 USC § 78r(a), 18 USC §§ 371, 1001(a)(3) & 26 USC § 7206(1) |
| 01/11/2019ff | D.D.C. | Eric Schwerin & Katie Dodge | 15 USC § 78r(a), 18 USC §§ 371, 1001(a)(3) & 26 USC § 7206(1) |
| 07/15/2014—01/16/2017 | S.D.N.Y. | Devon Archer, Jason Galanis et al. | 17 CFR § 240.10b-5(c) & 18 USC § 371 |

The vehicles through which the aforementioned crimes were committed are numerous. Nearly half of the entities listed in the table below are shell companies, which obfuscated[315] true ownership. They are listed as they appear in the formation documents in the jurisdiction in which they were registered.

| Firm | Est. | RHB Involvement | Jurisdiction |
|---|---|---|---|
| MBNA America Bank | 1982 | 1996 | Delaware |
| Oldaker Biden & Belair LLP | 2001 | 2001 | D.C. |
| Paradigm Companies LLC | 1991 | 2006 | New York |
| Owasco, P.C. | 2006 | 2006 | D.C. |
| Aqaba International, LLC (Aqaba) | 2006 | 2006 | D.C. |
| Skaneateles, LLC | 2008 | 2008 | D.C. |
| Eudora Global, LLC (Eudora) | 2008 | 2008 | Illinois |
| Seneca Global Advisors LLC | 2008 | 2008 | D.C. |
| Rosemont Seneca Advisors L.L.C. | 2009 | 2009 | Delaware |
| Rosemont Capital, LLC | 2005 | 2009 | Delaware |
| Boies Schiller Flexner LLP | 1997 | 2010 | New York |
| Rosemont Seneca Partners LLC | 2010 | 2010 | Delaware |
| Rosemont Realty | 2010 | 2010 | Delaware |
| Rosemont Seneca Technology Partners | 2011 | 2011 | Delaware |
| RSP Holdings LLC & RSP Investments LLC | 2011 | 2011 | D.C. |
| Rosemont Seneca Thornton | 2013 | 2013 | Delaware |
| Bohai Harvest RST (Shanghai) Equity Investment Fund Management Co., Ltd ("BHR") | 2013 | 2013 | China |
| Rosemont Seneca Bohai, LLC | 2014 | 2014 | Delaware |
| Burnham Financial Group | 1935 | 2014 | New York |
| Burisma Holdings Limited (Burisma) | 2002 | 2014 | Cyprus |
| Owasco, LLC | 2015 | 2015 | Delaware |
| Robinson Walker, LLC | 2008 | 2017 | Delaware |
| CEFC China Energy Company Limited (CEFC Energy) | 2002 | 2017 | China |
| GK Temujin LLC | 2017 | 2017 | Delaware |
| Oneida Holdings LLC (Oneida) | 2017 | 2017 | Delaware |
| Sinohawk Holdings LLC (SinoHawk) | 2017 | 2017 | Delaware |
| Hudson West III, LLC | 2016 | 2017 | Delaware |
| Georges Berges Galleries, LLC | 2014 | 2020 | New York |

---

[315] "Of the four states which are often recognized as being particularly appealing for the formation of shell companies … only Delaware falls in the group offering the least transparency." *See* "The Role of Domestic Shell Companies in Financial Crime and Money Laundering: Limited Liability Companies," *Financial Crimes Enforcement Network, U.S. Department of Treasury*, November 2006, web.archive.org/web/20161211090638/https://www.fincen.gov/sites/default/files/shared/LLCAssessment_FINAL.pdf

The nonprofit[316] industrial complex served Hunter well as a resume booster and networking conduit:

| Organization | EIN | Est. | RHB Involvement | Jurisdiction |
|---|---|---|---|---|
| Jesuit Volunteer Corps: Northwest | 23-7361814 | 1956 | 1992 | Oregon |
| U.S. Department of Commerce | 72-0564834 | 1903 | 1999 | D.C. |
| The National Railroad Passenger Corporation (Amtrak) | 52-0910053 | 1971 | 2006 | D.C. |
| Friends of the World Food Program Inc. (World Food Program USA) | 13-3843435 | 1995 | 2011 | D.C. |
| Truman National Security Project Inc. | 20-1597444 | 2004 | 2011 | D.C. |
| US Global Leadership Coalition | 52-2024493 | 1997 | 2012 | D.C. |
| Georgetown University - Adjunct Professor | 53-0196603 | 1789 | 2012 | D.C. |
| Center for Strategies & International Studies (CSIS) | 52-1501082 | 1962 | 2013 | D.C. |
| Center for National Policy | 52-1080919 | 1981 | 2013 | D.C. |
| National Democratic Institute | 52-1338892 | 1983 | 2014 | D.C. |
| Beau Biden Foundation for the Protection of Children | 47-4507397 | 2015 | 2015 | Delaware |
| The Biden Foundation | 81-1329470 | 2016 | 2017 | Delaware |

The business model for Hunter and Joe's siblings was simple but required walking a high and delicate tightrope: sell Joe's influence over the American government as its pResident (and previously as its vice president and the senior Senator from Delaware) and execute the "Delaware Way" while attracting as little law enforcement attention as possible. This tightrope required scant knowledge in the nitty-gritty of business operations; after meticulously reviewing 128,000+ emails on the Biden Laptop, *Marco Polo* is confident in confirming that Hunter did almost nothing in the way of day-to-day business management. Instead, he served in puff positions[317] as a figurehead for an array of vanilla organizations—such as the Center for National Policy—all the way down to the gutter of American politics: lobbying on behalf of online gambling companies.[318] One of Hunter's few public speaking engagements was on 11/04/2015—he accepted an award on behalf of his deceased brother, Beau.[319]



Hunter, Joe, Indian PM MODI, John Kerry & Chris Heinz (09/30/2014)       Joe & Kerry (12/08/2019)

---

316 "Board of Directors - Robert Hunter Biden," *Center for National Policy*, September 2013, archive.ph/DQ2PT

317 "As a tax-exempt organization, the Truman National Security Project is required to file tax returns indicating whether any of its officers or key employees have a 'business relationship' with any others. Though Burisma tapped [Sally] Painter's public relations outfit while [Hunter] Biden was a member of the board, the Truman Project answered 'no.'" *See* Eliana Johnson, "Where's Hunter? Until Recently, On the Board of the Left's Premier National Security Network," *The Washington Free Beacon*, February 2020, archive.ph/GjRYh

318 "Lobbying Report - Oldaker, Biden, & Belair LLP," *Clerk of the House of Representatives* and *Secretary of the Senate*, June 2008, web.archive.org/web/20200422151143/https://www.citizen.org/wp-content/uploads/biden-lobbying-disclosure.pdf

319 "HOBY LA Gala 2015 - Albert Schweitzer Honoree: Beau Biden, accepted by Hunter Biden," *HOBY - Hugh O'Brian Youth Leadership - YouTube*, archive.ph/HBJlr & tinyurl.com/yzz5whz3

## FIXERS

So, who actually made all of this work? An operation of this size cannot be managed by one family alone. The Bidens' band of loyal fixers is extremely large. We explored the key ones:

### KEVIN MORRIS



The husband of "one of the most powerful women in the entertainment industry"[320] paid off a nearly $3M bill for back taxes that Hunter owed to the IRS. Kevin Morris—the husband of Gaby Morgerman, an agent for Miley Cyrus and other former A-list celebrities—has been a legal fixer for the upper brass in Hollywood for decades. When not gallivanting around the globe with his client, Matthew McConaughey, Morris negotiates[321] on behalf of *Southpark*'s creators, whose show has made the Pennsylvania native wealthy. On the side of those moneymaking endeavors, Morris threatens[322] those who he sees as Hunter's opponents[323] and cooks up ridiculous PR and media strategies for his defense.[324]

Patrick Kevin Morris
DOB: 07/17/1963
SSN: ██████-2679
CA Bar #: 137129

Retreat Court
Malibu, CA
&
Parshot Lane
Franklin, TN
&
Bellyache Ridge Road
Wolcott, CO



Message received from +13107601353 5/30/2022 8:50:36 AM

Call your lawyer, Garrett. We already have you. You've been a bad boy.

Message received from +13107601353 5/30/2022 9:37:54

I know where you live.

Message received from +13107601353 5/30/2022 9:37:55

I'll tell you more if you want.

Message received from +13107601353 5/30/2022 9:37:55 AM

You're fucking with the wrong guys. It's not like this wont be hanging on you for the rest of your life -   There is right and wrong in this world. You are a viscous little pussy and I'm coming to get you.

Message received from +13107601353 5/30/2022 9:37:55 AM

Make sure you take a few nice outfits to jail. You'll want to look pretty.



Morris & Matthew McConaughey
(03/02/2014)



Instagram: @rocky__m_
archive.ph/IT5Fu



Instagram: @dulcieandgabbana
archive.ph/rUMp2

Gabrielle "Gaby" Lindsay Morgerman
DOB: 07/10/1963
Instagram: @malibugaby



320 "Huntington Alumni News," January 2009, archive.ph/1FVII

321 "Kevin Morris had just negotiated a landmark deal that set Hollywood buzzing, giving the creators of 'South Park,' Matt Stone and Trey Parker, a precedent-setting 50 percent stake in the cartoon's success on the Web and other emerging media. For Morris, an attorney and entertainment agent, this might have been the coup of a career. But he is already onto his next project: trying to build bridges between Hollywood and Silicon Valley. … Though Morris's clients include the likes of Mike Judge, Minnie Driver, Mike Newell and Matthew McConaughey, it is hard to imagine that there would have been much interest in his conference had he not just cut the 'South Park' deal soon after his firm helped set up FunnyorDie.com, an attention-getting comedy site created by Will Ferrell and Adam McKay."
*See* David Halbfinger, "Rewriting Hollywood's rules," *New York Times*, September 2007, archive.ph/mNa8l

322 Alex Thompson and Max Tani, "The Holy War over Hunter Biden's laptop," *Politico*, July 2022, archive.ph/ZgfF7

323 Josh BOSWELL, "[] Hunter Biden's lawyer sent threatening texts to member of right wing group Marco Polo and faces ethics complaint for other 'dirty tricks,'" *Daily Mail*, October 2022, archive.ph/AauMQ

324 Miranda DEVINE, "New bid to spin Hunter Biden's laptop," *New York Post*, May 2022, archive.ph/GD9B8

One of the strategies that Morris employed—with the help of filmmakers, Jason Kohn and Robb Bindler—involved infiltrating the set of the aforementioned biopic, *My Son Hunter*. Morris took advantage of the kind but gullible producer of the biopic, an immigrant named Phelim McALEER.[325]



*A Beautiful Mind-inspired schematic by Morris*

[325] "Morris … flew on his private jet in November to Serbia, where the Hunter Biden biopic was being filmed, and pretended he was an independent documentary filmmaker[.]"
*See* Miranda DEVINE, "Hunter Biden's 'sugar brother' lawyer allegedly spied on 'My Son Hunter' set: complaint," *New York Post*, September 2022, archive.ph/t41Qd

Based on the obviously deceptive tactics that Morris and his co-schemers[326] perpetrated, McALEER filed a complaint with the State Bar of California—Morris broke three codified rules, at the very least.





Hunter & Morris (11/11/2021)



Robb Bindler (11/2019)



Shannon Christine Rueger Bindler
Wife of Robb Bindler
DOB: 01/1977
archive.ph/KSs2X
archive.ph/flgzZ

In short, Kevin Morris was Hunter Biden's lawyer who used deception and misrepresentation to spy on a movie project about his client to gather information to help his client. He used deceit to secure such access by not disclosing he was Mr Bidens lawyer. Mr Morris used his cover as a documentary filmmaker to conceal his true purpose: performing legal investigative work on behalf of his client, Mr. Hunter Biden.

. It is my understanding that Mr. Morris' conduct potentially constitutes a violation of the Rules of the State Bar of California Rule 4.1(a), 4.3(a) and 8.4(c).

Rule 8.4(c) of the Rules of the State Bar of California ("RSBC") prohibits lawyers from engaging in "conduct involving dishonesty, fraud, deceit, or reckless or intentional misrepresentation." There is an exception for "lawful covert activity" when investigating "violations of civil or criminal law or constitutional rights." However, the lawyer's conduct during such covert activity must be "in compliance with these rules and the State Bar Act." In other words, lawful covert activities must comply with the other rules of the RSBC. This clause "does not apply where a lawyer advises clients or theirs about, or supervises, lawful covert activity in the investigation of violations of civil or criminal law or constitutional rights, provided the lawyer's conduct is otherwise in compliance with these rules and the State Bar Act." Id., comm. 5.

Here, Mr. Morris violated RSBC Rule 8.4(c) by using deceit and dishonesty to infiltrate and gather information on the production of My Son Hunter, along with the sources I used for the film. Further, as illustrated below, Mr. Morris' activities were not "lawful covert activity" – because his conduct violates RSBC Rules 4.1(a) and 4.3(a) – as discussed below.

behalf." Id., comm. 1. The "nondisclosure" of a material fact is the "equivalent of a false statement of material fact" where a lawyer "makes a partially true but misleading material statement or material omission." Id.

Here, Mr Morris violated RSBC Rule 4.1(a) by knowingly: (1) misrepresenting to me that he had no connection to Mr. Hunter Biden as part of Mr. Morris' scheme to infiltrate the production of My Son Hunter and obtain information on the sources I used for the film; and (2) making partial representations to me that implied he was making a independent documentary associated with Trey Parker and Matt Stone and not there because he represented Mr. Hunter Biden.

RSBC Rule 4.3(a) states that, when a lawyer communicates "on behalf of a client with a person who is not represented by counsel, a lawyer shall not state or imply that the lawyer is disinterested. When the lawyer knows or reasonably should know that the unrepresented person incorrectly believes the lawyer is disinterested in the matter, the lawyer shall make reasonable efforts to correct the misunderstanding." "The rule is intended to protect unrepresented persons, whatever their interests, from being misled when communicating with a lawyer who is acting for a client" Id., comm. 1. In other words, attorneys speaking to unrepresented persons on behalf of a client cannot give the appearance they are disinterested.

Here, despite representing Mr. Hunter Biden, Mr. Morris portrayed himself to me as a neutral (and even supportive) third-party. I was not represented by counsel at that time. Mr. Morris knew I incorrectly viewed him as a neutral third-party when I asked him if he was working on behalf of Trey Parker and Matt Stone, and he said that he was their lawyer for 25 years. Mr. Morris further reinforced the impression by claiming he never met Mr. Hunter Biden – despite being his attorney at the time.

In my 30 years as a journalist I have never encountered a lawyer who behaved in such an unethical manner. This was not a spur of the moment fraud. It was a planned deception and carried out over several days. It was

California or anywhere and am asking that he faces severe sanctions from the California Bar including disbarment.

Please feel free to contact me for further information, including documentary evidence of the above.

---

### The State Bar of California

OFFICE OF CHIEF TRIAL COUNSEL

845 South Figueroa Street, Los Angeles, CA 90017          (800) 843-9053
                                                          +(ac 213-765-1339

**Attorney Misconduct Complaint Form**

**Your Information**

| Title: | Mr | | |
| First Name: Phelim | | Middle Name: | |
| Last Name: McAleer | | | |
| Address: 578 Washington Blvd | | | |
| City: Venice | | State: CA | Zip Code: 90292 |
| Email: Phelim@UnreportedStory.Gossety.com | | | |
| Home Phone: | Work Phone: | Cell Phone: | |

If you prefer to communicate by email, please provide an email address. Complaints are confidential unless charges are filed. So that we may promptly communicate with you, please provide an email address to which you have exclusive access is not share with others.

**Attorney's Information**

| First Name: Kevin | | Middle Name: Patrick |
| Last Name: Morris | | |
| Address: 337 S. Roberson Blvd. #203 | | |
| City: Beverly Hills | | State: CA | Zip Code: 90211 |
| Email: | | CA Bar License #: 137129 |

#### Statement of Complaint

My wife, Ann McElhinney, and I are journalists, writers and film producers. We have worked for numerous major newspapers and television stations covering wars, crime and conducting in-depth investigative journalism projects. I have worked for the Irish News and the UK Sunday Times during the Troubles in Belfast. I was a foreign correspondent for the Financial Times in Romania, Moldova and Bulgaria. I also covered Eastern Europe for The Economist. Afterwards, my wife and I have worked both internationally and in the United States on a range of projects. Our investigative journalism has resulted in real world results, including two people serving lengthy jail sentences for operating a "Baby Selling Ring" in Indonesia.

We also write and produce books, plays and movies about matters of politics and public interest.

One of our current projects concerns a movie - a biopic - about Hunter Biden and his past – which has been the topic of widespread political and extensive media coverage. The movie is called My Son Hunter. I am the producer of the movie. It has been reported widely that Mr Biden is facing several criminal investigations, including tax evasion, corruption, failing to register as a foreign agent and lying in a firearm application. This complaint concerns Kevin Morris' misconduct in relation to our creation of this biopic. At the time the events described below occurred, I was unaware that Mr. Morris was serving as Hunter Biden's attorney. Further, I was not represented by counsel during the events discussed below.

That same day, I called the phone number on the business card and spoke with Mr. S.R. Bindler. Mr. Bindler repeated to me the representations that were made to Mr. James – i.e., that he was part of a documentary film crew connected with the creators of South Park and they were making a documentary about Hunter Biden.

I subsequently met with Kevin Morris, S.R. Bindler and Jason Kohn. We had a one hour conversation in a nearby Belgrade cafe. I decided to record part of it for my own protection. Collectively, they reiterated that they were an independent documentary film crew connected with the creators of South Park and were making a documentary about Hunter Biden. They said they had just flown in on a private jet. During the conversation, Mr. Morris detailed his past work serving as the lawyer for the creators of South Park. He said thetis and other deals had made him financially comfortable and able to afford luxuries such as the jet. He claimed this level of success meant he had stepped back from being an active lawyer to pursue his first passion for making documentaries which would also help fill South Park's need for content under their new massive and lucrative streaming deal. Mr. Morris and his team wanted access to the film, the set, the production, the producers and the actors. I asked Mr Morris if his documentary was being produced under the 'Trey Parker and Matt Stone South Park documentary banner'. Mr. Morris responded "I'm their lawyer. For 25 years. They're good guys." Mr Morris further added that he was "confident" the documentary would be part of a future "South Park streaming". Mr. Bindler further represented that the documentary crew was making a "straight up documentary" and that its theme would be "corruption is corruption" - to which Mr Morris agreed. Mr Morris also said they were hoping to interview Hunter Biden for the documentary but had not spoken to him as yet.

After this meeting, I received additional email correspondence from Messrs. Bindler and Kohn regarding their purported request for access to our film set. A film set is a very controlled

Phelim McAleer

_(signature)_

Sept 21, 2022



---

[326] "[T]he filmmakers stayed for several days and 'never left the set and had the camera constantly running.' In short: they got what they wanted."

*See* Alex Thompson, "The premiere of the new Hunter Biden film was as wild as you'd think," *Politico*, September 2022, archive.ph/4fRwM

REPORT ON THE BIDEN LAPTOP

## ARCHERS: DEVON AND KRISTA

A convicted felon who was sentenced[327] to a year in federal prison, Devon Archer has been by Hunter's side for decades, as they overlapped at Yale in the late 1990s. A former Abercrombie & Fitch model from Long Island, Archer was described by Hunter as his "best friend in business." Archer was the vice chairman of finance for John Kerry's failed 2004 presidential campaign, where he teamed up with his college pal Chris Heinz, Kerry's stepson. Hunter and Archer traversed the globe together with Secret Service protection and secured state-backed financing from communist and post-Soviet regimes. No business risk was off the table for the two, which eventually scared away Heinz (and others). In fact, Archer even used his son's grade school assignment[328] as a pretext to meet with Joe at the White House.[329] In Hunter's mind, Devon was a part of the family: "That[']s the way Bidens are different and you are a Biden. It[']s the price of power [] and the people questioning you truly have none whereas you do through perseverance and poise."



Devon Dodson Archer
DOB: 05/31/1974
SSN: ████-7708

Dr. Krista Marie Ammirati Archer
DOB: 03/06/1975
NY MD License #: 006080

Devon & Krista Anniversary: 06/03/2003

Sackett Street
Brooklyn, NY
&
Quaquanantuck Lane
Quogue, NY



Hunter & Devon Archer in Norway (08/04/2015)

---

[327] *United States v. Galanis et al.* (16-cr-00371), Document 1005, S.D.N.Y., March 2022, archive.ph/otWMZ

[328] "Hunter, [Devon] Archer, and Archer's son Lukas, who is now twelve, told me that the visit was arranged by Hunter for Lukas, who was working on a model of the White House for a grade-school assignment. Afterward, Lukas posted a picture on Instagram of himself shaking the Vice-President's hand."
*See* Adam Entous, "Will Hunter Biden Jeopardize His Father's Campaign?," *The New Yorker,* July 2019*,* archive.ph/v0f7t

[329] "Archer has since been convicted of securities fraud, which he perpetrated against the Oglala Sioux tribe at the same time of his West Wing meeting with Biden. The e-mail is also the first documented meeting to date, within the White House itself, between Joe Biden and the Burisma Boys, Hunter and Devon. … The most egregious example is perhaps Adam Entous, a reporter with the *New Yorker* … In a September 23, 2020 tweet, no longer available, Entous insisted [that the] meeting between [Joe] and Devon and Luke Archer was for a school art project. From the looks of it, they supplied him with a brief video that advanced their narrative. Entous, of course, mindlessly amplified it. With this newfound evidence of Hunter's presence for what he published was an 'art project' discussion, maybe Entous can admit he was manipulated by the Bidens into covering for them."
*See* Mike McCormick, "Unearthed E-mails Place Hunter Biden at West Wing Meeting with then VP Biden and Burisma Board Partner Devon Archer.," *The National Pulse*, April 2021, archive.ph/luoaC

**BUSINESS-RELATED CRIMES**                                                                                          59

## ERIC SCHWERIN



Eric David Schwerin
DOB: 05/24/1969
Passport #: ███████3370

W Street NW
Washington, DC

Hunter also met Democrat political and business operative, Eric Schwerin, in the late 1990s when they were both at the Commerce Department, where Hunter was the "Executive Director of E-Commerce Policy Coordination" (even though he had zero experience in e-commerce).[330] The partnership they forged in government bled into the so-called "private sector," although their work after their stint in the executive branch was almost completely untethered to free markets. Functionally, Eric was a well-paid babysitter for Hunter: he maintained and curated guest lists for White House functions, shared a joint bank account with Joe and paid his bills, and negotiated[331] the settlement and alimony agreement with Hunter's first wife, Kathleen. Schwerin was deeply embedded in Hunter's personal life and the Biden political machinery for nearly twenty years, even sitting next to Joe in public at campaign events.[332] For his handler services, Schwerin was rewarded with a patronage gig: membership on the Commission for the Preservation of America's Heritage Abroad.[333] However, by January 2019, Hunter was threatening Schwerin (and their aide Joan Mayer) with a lawsuit and nondisclosure agreement if Schwerin touched "one dime" of their Q4 Distribution from Eudora Global, LLC lest Schwerin lose his stake in their broker-dealer firm, RSPI.[334]

*Eric D. Schwe*

Joe, Jimmy Carter & Eric Schwerin (08/26/2008)

From: Robert Hunter rhbdc@icloud.com
Subject: Re: Expenses/Distribution
Date: January 19, 2019 at 00:51
To: Eric Schwerin eschwerin@rosemontseneca.com
Cc: George R. Mesires george.mesires@FaegreBD.com, Katie Dodge dodgekatie13@gmail.com
Bcc: Jeff Cooper jcooper@eudoraglobal.com

If you touch one dime of that money I promise I will file a law suit against you on Tuesday. I promise Eric- no more of your bullshit.

Sent from my iPad

On Jan 18, 2019, at 5:01 PM, Eric Schwerin <eschwerin@rosemontseneca.com> wrote:

Hunter,

We just got a check for $21,590 from Eudora which represents our Q4 Distribution from them.

In addition, you owe some money to RSA for expenses - mostly our quarterly insurance payment.  That totals $1,563.55.

After deducting that amount, I will transfer the remainder of your 75%, which would be $14,628.95 to Owasco, LLC.  This is all based on the understanding that you still intend to transfer your share of the broker-dealer to me in exchange for my share of BHR.  If that is not the case, there is a capital contribution due to RSPI of approximately $15,000 and an additional share of your Eudora distribution (approximately $11,250) would have to go to that.

If I don't hear from you (or George or Katie on your behalf) by Monday Joan will deposit the Eudora check, take out your share of RSA expenses and transfer the remaining $14,628.95 to Owasco, LLC.

---

[330] "Hunter Biden," *Energy Security for the Future*, archive.ph/y3Bhy

[331] "I really hope that's a lesson that women hear: Understand your finances, take responsibility for them."
*See* Mark Moore, "Hunter Biden's business partner Eric Schwerin handled 'almost every aspect' of finances," *New York Post*, June 2022, archive.ph/iN8MW

[332] "Former President Jimmy Carter, right, is seen with Democratic vice presidential candidate Sen. Joe Biden, D-Del., at the Democratic National Convention in Denver[.]"
*See* archive.ph/8gGMX

[333] "Members - Eric D. Schwerin," *U.S. Commission for the Preservation of America's Heritage Abroad*, archive.ph/Fx2Gj

[334] Natalie Winters and Raheem KASSAM, "Joe Biden's Texts to Hunter Show Ex-VP Had 'No Hesitancy' in Helping Son Get $1M From Chinese Communist-Linked Business Partner," *The National Pulse*, October 2020, archive.ph/XXpUJ

## JEFF COOPER

A two-time[335] failed congressional candidate from Illinois, Jeff Cooper made a small fortune from the asbestos litigation gravy train with his old law firm, SimmonsCooper. He finagled his way into the inner Biden orbit by sending legal work to Beau Biden in the aughts; at that time, Joe was—conveniently, for Cooper and his partners—blocking asbestos litigation reform in the Senate.[336] Joe made sure to pay back Beau's benefactor in more ways than one by hosting Cooper and his soon-to-be[337] ex-wife for a state dinner at the White House with the South Korean president.[338] Cooper was instrumental to Hunter's businesses and appeared to provide the acumen required to manage them.[339] Along with frequently sending wire transfers to Hunter, Cooper rode on Air Force Two when the pair tried to broker a deal with Carlos SLIM, the world's then-richest man.[340]



Jeffrey Scott Cooper
DOB: 08/05/1969

St. Louis Street
Edwardsville, IL





Jeff Cooper, Carlos SLIM, Joe, Miguel ALEMÁN VELASCO, Hunter & Miguel ALEMÁN MAGNANI (11/19/2015)

335 "Jeffrey Scott Cooper United States House of Representatives," archive.ph/Sbiqb

336 "Hunter Biden's restless search for gain brought him through Madison County, in name if not in person. For now, the nation is fixed on his recovered laptop and whether father Joe Biden will answer questions about potentially incriminating emails before the looming election. But from 2012 to 2014, Hunter listed himself as a manager of Eudora Global, an investment firm that lawyer Jeffrey Cooper set up in Edwardsville. … Jeffrey Cooper first connected his name to the family of Vice President Joe Biden on public record in 2005, not through Hunter but through Joe's late son Beau. The asbestos firm that Cooper and John Simmons led, Simmons Cooper, began filing suits in Delaware in association with Beau's firm. At the time, Joe Biden served as U.S. Senator in Delaware. Biden, in his position on the Senate judiciary committee, blocked reform of asbestos litigation. In 2008, the Los Angeles Times reported that Simmons Cooper employees had donated about $200,000 to Joe Biden's campaigns since 2001."
*See* Steve Korris, "Hunter Biden was manager of Edwardsville-based investment firm," *Madison-St. Clair Record*, October 2020, archive.ph/ILDrb

337 Coincidentally, Francesca Moroney (Cooper's soon-to-be ex-wife) and Kathleen Buhle (Hunter's ex-wife) both attended Saint Ignatius College Prep in Chicago, a Jesuit high school just a couple of blocks southwest of downtown.
*See Francesca Cooper vs Jeffrey Cooper* (2022DC000106), Madison County Circuit Court, Illinois, April 2022

338 "South Korea state dinner guest list," *Washington Post*, October 2011, archive.fo/NCXyh

339 "'Breakfast with Dad — NavObs', a meeting, was reportedly recorded for 8.30 am on November 19, 2015 … five photographs date-stamped on that day and taken at 10.03 am and 10.04 am appeared on Hunter's laptop, showing Joe Biden posing with four of Hunter's business associates … Mexican billionaires Carlos Slim and Miguel Alemán Velasco."
*See* Pathikrit SANYAL, "Carlos Slim and Miguel Aleman Velasco: Then-VP Joe Biden hosted Hunter's Mexican business associates," *Meaww*, July 2021, archive.ph/dj93P

340 "Jeff Cooper, another Founder and CEO of one of Eudora's portfolio companies, was on the email thread and appeared to be involved with a joint business deal between Pemex and Burisma."
*See* Natalie Winters, "Hunter Biden-Led Firm Scrubs Website, 'See You After the Election!'," *The National Pulse*, October 2020, archive.ph/ZqJdm

REPORT ON THE BIDEN LAPTOP

## WALKERS: ROB AND BETSY



John Robinson
"Rob" Walker
DOB: 07/16/1970



Nancy Elizabeth
"Betsy" Massey Walker
DOB: 11/18/1972

The husband-and-wife duo of Rob and Betsy Walker has been in the shadows of American public life for three decades. They have, in their own way, been loyal foot soldiers for both the Clinton and Biden political syndicates. Hailing from Arkansas, Rob worked on the Clinton campaign and in Bill's administration in the 1990s, and Betsy worked as the personal assistant to Jill Biden (Jill) through 2014. The most accurate portrait of Rob's role was described by Rob himself: "I've generally been acting as a surrogate for H[unter] around the country and abroad pursuing opportunities and…. I see myself continuing to do that."[341] Aside from being Hunter's globetrotting stand-in, Walker has traversed Latin America with Bill Clinton. Pilot Growth Equity, a firm owned, in part, by Walker, also invested heavily in a pandemic tracking company called Metabiota, the value of which has appreciated significantly since COVID surfaced.[342] After her time working for Jill, Betsy ran a design business.[343]

Country Club Lane
Little Rock, AR



Betsy

---

341 "These transactions are a direct link between [Rob] Walker and the communist Chinese government and, because of his close association with Hunter Biden, yet another tie between Hunter Biden's financial arrangements and the communist Chinese government. At the time of the transfers, State Energy HK Limited was affiliated with CEFC China Energy, which was under the leadership of Ye Jianming. In the past, State Energy HK Limited transferred funds to at least one company associated with Hunter Biden's business associate, Gongwen Dong. … Hunter Biden's business partner, Ye Jianming, had established ties to the Chinese Communist Party and Chinese military, the People's Liberation Army. So, too, did Gongwen Dong, in light of his relationship with Ye."
*See* "Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns — Supplemental," *U.S. Senate Committee on Homeland Security and Governmental Affairs and U.S. Senate Committee on Finance, Majority Staff Report*, page 3, November 2020, tinyurl.com/45dvcddy

342 Natalie Winters, "Hunter Biden Invested in a Pandemic Firm Collaborating with Daszak's EcoHealth and the Wuhan Lab.," *The National Pulse*, June 2021, archive.ph/P8V23

343 "Betsy Massey Interiors," *Manta*, archive.ph/CI6uH

Hunter used Rob for facilitating payments, including and especially illegal ones, that Hunter did not want to be tied to directly. Rob's shell company received[344] $6 million from a CCP-linked firm, State Energy HK Limited, one month after Joe left the vice presidency. A U.S. Senate report described it as such: "[O]n February 23, 2017, and March 1, 2017, a Shanghai-based company called State Energy HK Limited[345] sent two wires, each in the amount of $3,000,000, to a bank account for Robinson Walker LLC."[346] A Suspicious Activity Report (SAR)[347] noted that it "[wa]s unclear what the true purpose is behind these transactions and who the ultimate beneficiary is."[348] In short, Hunter laundered money through Walker's bank account and emailed Walker days before a $3 million wire from YE's company hit Walker's account: "Can you do another [$]20[k] to my account pl[ea]s[e][?]"



Joan Mayer

YE Jianming

344 "'Ah, Tony, you're just going to bury all of us, man,' Walker said." *See* Bruce Golding, "[] Biden associate got $6M from Chinese firm []," *New York Post*, November 2020, archive.ph/ntCW4

345 "State Energy HK Limited," *OpenCorporates*, archive.ph/Y7Q4Z

346 Robinson Walker, LLC, *Delaware Department of State: Division of Corporations*, File Number: 4511448

347 "Suspicious Activity Reports (SAR)," *Office of the Comptroller of the Currency*, archive.ph/yuT25

348 "According to Delaware records, a company named Robinson Walker, LLC was formed on February 28, 2008 … located at an address on V Street NW Washington, DC 20007, received $6,000,000 in wire transfers from the CEFC China Energy-affiliated company, State Energy HK Limited. In a text exchange with Tony Bobulinski, a 'Rob Walker' stated that he controls a single person entity incorporated in Delaware called 'Robinson Walker LLC' … A confidential document on file with the Committees shows that the Arkansas address is associated with a 'John R. Walker,' the Managing Director of Rosemont Seneca Advisors and includes a 'robinsonwalker,' 'pilotgrowth'… Further, public lobbying registration filings show that in the past, an individual named 'John Walker' registered in association with lobbying work …the registrants for the lobbying work were two Hunter Biden-linked companies, Oldaker, Biden & Belair LLP and Seneca Global Advisors, LLC, as well as Robinson Walker LLC."
*See* "Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns — Supplemental," *U.S. Senate Committee on Homeland Security and Governmental Affairs and U.S. Senate Committee on Finance, Majority Staff Report*, page 1, November 2020, tinyurl.com/45dvcddy

## MEL MONZACK



Melvyn Irwin Monzack
DOB: 11/26/1940
SSN: ███-██-8297

Ridings Way
Chadds Ford, PA

For over five decades, Mel Monzack has been behind the scenes of the Biden political operation.[349] Based on the contents of the Biden Laptop, Mel was the most discreet mover and shaker, with a digital trail that Hunter should have envied. Monzack and Joe co-founded a law firm[350] in Wilmington in the early 1970s and he has been, since 1987, Joe's power of attorney.[351] He also served as the treasurer for Joe's failed 2008 presidential campaign, which ended with multiple guilty pleas, hefty fines, and Monzack's admission of fraud to the Federal Election Commission.[352][353] Monzack also served as treasurer for Beau Biden's Attorney General campaign, along with other campaign slush funds.[354]

The back scratching has gone both ways: Monzack received a shoutout during Joe's Presidential Medal of Freedom ceremony.[355] He—along with his wife, Ann, who is a fundraiser[356] for Jewish groups—also attended a state dinner at the White House in 2011 for the General Secretary of the Chinese Communist Party.[357] Monzack's daughter, Nina,[358] worked at the Delaware Department of Justice when Beau Biden was the Attorney General of Delaware.[359] His son, Juddson, is an overt supporter[360] of a Marxist[361] organization called Black Lives Matter. Mel's niece, Elyssa Monzack, happens to be the current chief of staff in a division at the National Institutes of Health (NIH).[362]

---

349 "The Commission found reason to believe that Biden for President, Inc. and Melvyn Monzack, in his official capacity as Treasurer (collectively 'Respondents'), violated 11 C.F.R. §ll.0.1(l)(4)(ii)."
*See* "In the Matter of Biden for President," *Federal Election Commission*, April 2012, web.archive.org/web/20211229231538/https://eqs.fec.gov/eqsdocsMUR/12044313515.pdf

350 "Melvyn I. Monzack," *Monzack Mersky and Browder, P.A*, archive.ph/rH8sW

351 "The law firm that received the big payout was originally founded as Biden and Walsh and is now known as Monzack Mersky McLaughlin and Browder … Monzack served as Biden's 2002 Senate reelection treasurer, as well as the treasurer for Biden's 2008 presidential run."
*See* Gregg Re, "Biden-founded law firm, as well as a company tied to Pelosi, received PPP funds, docs show," *Fox News*, July 2020, archive.ph/iUwOU

352 "[G]overnment records show GEH is owned by a New York hedge fund[.]"
*See* "Biden 2008 presidential campaign penalized $219,000," *Reuters*, July 2010, archive.ph/6Gtfg

353 "In the normal course of carrying out its supervisory responsibilities, the Commission found that Biden for President, Inc. (the Committee) and Monzack, in his official capacity as treasurer, did not retain adequate records to document the notification of a committee's presumptive redesignation of $1,092,899 in excessive contributions. Biden was a 2008 primary candidate for president. … The Commission entered into a conciliation agreement whereby Biden for President, Inc. and Monzack, in his official capacity as treasurer, agreed to pay a civil penalty of $50,000."
*See* "Biden For President Fined $50000 By FEC, 2008 Inadequate Records, Over One Million Dollars Excessive Contributions, Melvyn Monzack Treasurer," *Citizen News*, May 2012, archive.ph/GSTzb

354 "Monzack also served as treasurer for Biden's principal campaign committee, Citizens for Biden, during the 2000s."
*See* Karl Baker, "Is Ashley Biden's charitable startup Livelihood still in business?," *Delaware News Journal*, March 2019, archive.ph/gOERx

355 "'I see great friends like Ted Kaufman, who has been -- has so much wisdom. Guys like Mel Monzack.'"
*See* "Remarks by the President and the Vice President in Presentation of the Medal of Freedom to Vice President Joe Biden," *The White House*, January 2017, archive.ph/DCJja

356 "2009 Annual Report," *Jewish Family Services of Delaware*, page 16, tinyurl.com/4vc7yhz2

357 "Expected Attendees at Tonight's State Dinner," *The White House*, January 2011, archive.ph/OFvMb

358 "Nina Monzack," *Facebook*, archive.ph/xjnX2

359 Nina was the Deputy Director of External Affairs at the Delaware Department of Justice (nina.monzack@state.de.us)

360 "Juddson Monzack," *Facebook*, archive.ph/Bt10O

361 Yaron Steinbuch, "Black Lives Matter co-founder describes herself as 'trained Marxist'," *New York Post*, June 2020, archive.ph/sTHPd

362 "Elyssa Monzack," *LinkedIn*, archive.ph/v3iih

Monzack's law firm was the registered agent for both Joe and Jill's S-corps[363][364] and Ashley Biden's sweatshirt grift, "Livelihood."[365][366] The Bidens' S-corps, which Monzack organized, shielded[367] them from hundreds of thousands of dollars in income taxes.[368] Monzack's firm is also the registered agent for the Robinson Walker LLC[369] which, as previously noted, received $6M from a CCP-linked entity less than one month after Joe ended his term as vice president. The point is this: From the most sensitive and important matters (power of attorney and campaign treasurer) for the Bidens to the mundane (insurance bookkeeper), Monzack was always there. Mel was hardly mentioned—until now.



Monzack & Beau

Monzack, Joe & Beau

[363] CelticCapri Corp., *Delaware Department of State: Division of Corporations*, File Number: 6307620

[364] Giacoppa Corp., *Delaware Department of State: Division of Corporations*, File Number: 6348860

[365] Livelihood, Inc., *Delaware Department of State: Division of Corporations*, File Number: 6120499

[366] Hayley Phillips, "Ashley Biden has Launched a Line of Hoodies," *Washingtonian*, February 2017, archive.ph/4KoWP

[367] Steven Nelson, "Biden could owe as much as $500K in back taxes, government report indicates," *New York Post*, September 2021, archive.ph/D1zgw

[368] "The tax savings were as much as $500,000, compared to what the Bidens would have owed if paid directly or if the Obama proposal had become law. … The Obama administration proposed closing that gap by requiring all such income to be subject to a 3.8% tax, and it was the largest item on a list of 'loophole closers' in a plan Mr. Obama released during his last year in office. … The Bidens' S corporations—CelticCapri Corp. and Giacoppa Corp.—reported more than $13 million in combined profits in 2017 and 2018 that weren't subject to the self-employment tax, while those companies paid them less than $800,000 in salary."
*See* Richard Rubin, "Joe Biden Used Tax-Code Loophole Obama Tried to Plug," *Wall Street Journal*, July 2019, archive.ph/WAp5C

[369] Robinson Walker, LLC, *Delaware Department of State: Division of Corporations*, File Number: 4511448

The laptop confirmed the close relationship that Monzack shared with the entire clan, from wiring money to Hunter on Joe's behalf (Hunter responded, "*Thx love you*") to legal issues with the family's so-called charity, the Beau Biden Foundation for the Protection of Children.[370] Monzack also managed trusts[371] based in the Cook Islands with David Walsh I, another former Biden law partner.[372]



Monzack & Beau

Beau, Monzack & Joe

Mel

Who?  10:24 AM

10:26 AM

Thx love you  10:30 AM

Melvyn Monzack
Treasurer
Biden for President, Inc.

Melvyn I. Monzack   Rachel R. Mersky   Mary Elizabeth M. Browder

---

[370] "The full name of the Beau Biden Foundation is the Beau Biden Foundation for the Protection of Children and sells workshops and training programs for fighting the exploitation of children. Little has changed even after allegations emerged about Hunter Biden's possibly inappropriate behavior with girls."
*See* Daniel Greenfield, "Biden's Shameless Exploitation of His Dead Son," *Front Page Magazine*, September 2021, archive.ph/LFDSd

[371] "Penndel Investment Trust," *International Consortium of Investigative Journalists*, archive.ph/MJ4l0

[372] "They included … Ted Kaufman, who has been around whenever Joe or Beau needed him since the first campaign for senator in 1972 and was appointed to the seat when Joe gave it up, and David Walsh, who went back with Beau to the days they were toddlers and their fathers were law partners."
*See* Celia Cohen, "Major Beau," *Delaware Grapevine*, May 2016, archive.ph/uFVwv

**BUSINESS-RELATED CRIMES**                                                                 66

REPORT ON THE BIDEN LAPTOP

## GEORGE MESIRES

The Biden brothers and George Mesires[373] go back decades, as Mesires attended the Syracuse University College of Law in the early 1990s at the same time as Beau. A graduate of the tony Deerfield Academy prep school in Massachusetts, George is also a former assistant attorney general of New York.[374] Mesires is from a family of lawyers whose love, according to George himself in an iMessage to Hunter, "was conditioned." George's sister, Christina Mesires Fournaris, is a highfalutin lawyer in Philadelphia at Morgan Lewis.[375]

George Robert Mesires
DOB: 01/29/1969
SSN: ███-██-0058
NY Bar #: 2693281

North Sheridan Road
Chicago, IL

Mesires was often deputized to publicly and privately lie[376] on Hunter's behalf on a wide range of issues—from Ukrainian oligarchs and Chinese private equity fund remunerations to Archer's shell corporations and excuses to Kathleen for why Hunter's alimony payments to her were repeatedly late. Hunter and Mesires[377] had an extremely unconventional relationship and often talked about the latest rap songs and Hunter's many operating agreement disputes with Schwerin during the same conversation. For example, on 01/02/2019, Hunter told Mesires, his $845/hour lawyer (and surfing[378] partner), that a song entitled, "break da law,"[379] was in an album that described Hunter's "life without exaggeration for the past 3 years[.]"



[373] Alice Peacock, "Who is Hunter Biden's lawyer George Mesires?," *The U.S. Sun*, June 2021, archive.fo/3f0dV

[374] "George Mesires," *Kendal*, archive.ph/H1hMo#selection-2603.0-2609.1534

[375] "A significant portion of her time is devoted to working with women business owners, as well as women who control their family's wealth."
*See* "Christina Mesires Fournaris," *Morgan Lewis*, archive.ph/eANxV

[376] Based on the contents of the Biden Laptop, *Marco Polo* can prove that the following statement was a blatant lie: "Because of Burisma's stated commitment to corporate best practices, it was able to attract well-qualified board members, including the former president of Poland, Aleksander Kwasniewski, a leading advocate of democratic principles in the region. President Kwasniewski, familiar with Hunter's work on behalf of Burisma, recommended that Hunter join the board." In reality, Hunter joined Burisma's board due to the Kremlin-tied Alex KOTLARSKY. In fact, for the first 10 months of his board membership, Hunter paid KOTLARSKY one-third of his board payments as a "Finders Fee."
*See* George Mesires, "A Statement on behalf of Hunter Biden," *Medium*, October 2019, archive.ph/Mrt1C

[377] George and his wife, Stuart Dyer Mesires (fb.com/stuart.mesires), have one son: Alexander (known as Xander).

[378] Harriet ALEXANDER, "[] Biden, 51, dons a very tight wetsuit and hits Malibu beach with surf legend Strider Wasilewski amid ongoing controversy over his $500K art deals," *Daily Mail*, July 2021, archive.ph/wVuSg

[379] "Actin' Hollywood, I kicked her out on Wilshire (Bye), Got a model and she tighter than a grill plier (Fine)[.]"
*See* "break da law," *21 Savage*, December 2018, archive.ph/BoRZy

To demonstrate just how unconventional this particular lawyer-client relationship was between the two men, consider that Hunter took after his father[380] by using an extremely pejorative term for Blacks four different times on two separate occasions.[381] In the morning on 12/13/2018, Hunter complained to George about his fees: "Becaause [*sic*] nigga you better not be charging me Hennessy rates[,]" to which Mesires jovially shot back: "That made me snarf my coffee." This sordid exchange between the pResident's son and his attorney already has an entry on the tongue-in-cheek site, *Urban Dictionary*.



A few weeks later, on 01/01/2019, Hunter used the term in a statement describing his atheism: "nigga did you just [use] a fictional character [God] from the imagination of the collective frightened and my dead brother[']s unconditional love is what I should rely on and my kids aren't children[,] George[.]"[382]



Beau, Andy Groat, Chris D'Amato, Hunter & Mesires

[380] Katelyn Caralle, "Joe Biden says he was like the 'token black' when he first ran for Senate," *Washington Examiner*, March 2019, archive.fo/Oo7aJ

[381] Samuel Chamberlain, "Hunter Biden repeatedly called his white lawyer the N-word, texts show," *New York Post*, June 2021, archive.ph/F8ott

[382] Pragati PAL, "Who is George Mesires? Hunter Biden called his White lawyer N-word in shocking texts," *Meaww*, June 2021, archive.ph/3pLxO

## JIMMY BULGER




James Joseph "Jimmy" Bulger
DOB: 04/26/1962

James Joseph "Whitey" Bulger Jr.
DOB: 09/03/1929
DOD: 10/30/2018
Former BOP Inmate #: 02182-748

In the preceding section, we compared the Biden political syndicate to a mafia—that comparison was certainly not hyperbole. From the legendary white-collar crime boss John Galanis to Boston's Winter Hill Gang, Hunter's direct[383] and indirect[384] connections with mobsters runs the gamut. In fact, the nephew of the infamous leader of the Winter Hill Gang, "Whitey" Bulger, was one of Hunter's key business partners. James Bulger, known as "Jimmy," was actually named after his serial killer uncle, who was convicted[385] of murdering at least eleven people.



Hatherly Road Quincy, MA

Jimmy Bulger sat on the board of BHR with Hunter.[386] BHR was the state-backed Chinese investment fund that was registered just twelve days after Hunter joined his father on Air Force Two for a visit to China in December 2013. Jimmy's firm, Thornton Group LLC, is deeply embedded with CCP cells in the United States and abroad.[387][388] Bulger and Hunter can be seen below relaxing with XIE Guoliang, who called Hunter a "close friend."

Incredibly, in spite of the serial killing, Jimmy declared that Whitey was "not the monster they made him out to be."[389] One writer did not mince words about Jimmy's father, the longtime Democrat leader of the Massachusetts Senate who refused to cooperate with federal authorities: "The [Ted] Kaczynski brother decided it was more important that his brother be captured and not kill any more than to stay loyal to him… Bill Bulger [Whitey's brother], in the face of a God-awful amount of horror, has made a different choice."[390]



Whitey Bulger (06/30/2011)
© Stuart Cahill



From: Arlene Busch abusch@contegocapital.com
Subject: Jim's uncle....
Date: June 23 2011 at 05:35
To: eschwerin@rosemontseneca.com, hbiden@rosemontseneca.com, darcher@rosemontseneca.com

Whitey Bulger Is Arrested in California
James (Whitey) Bulger, the legendary Boston crime boss who had eluded the authorities for 16 years was arrested in Santa Monica, Calif. by the F.B.I. on Wednesday night.
http://www.nytimes.com/2011/06/23/us/23bulger.html?nl=today

Times Topic: James (Whitey) Bulger
http://topics.nytimes.com/top/reference/timestopics/people/b/jan
-----------------------------------
Arlene R. Busch
312.402.9595 Mobile
abusch@contegocapital.com

James J. Bulger, Manager



Alannah Bulger



Thornton

Jimmy Bulger, XIE Guoliang & Hunter

383 Jimmy's daughter, Alannah, runs in the same sinophilic art circles as Hunter and she, too, graduated from Georgetown. *See* "Alannah Bulger," *LinkedIn*, archive.ph/tE7yk

384 Tom Deignan, "Biden, the Mob, and and an Irish American showgirl," *IrishCentral*, August 2022, archive.ph/n3k5n

385 "James (Whitey) Bulger, the South Boston mobster and F.B.I. informer who was captured after 16 years on the run and finally brought to justice in 2013 for a murderous reign of terror … was found beaten to death on Tuesday in a West Virginia prison. He was 89. … Mr. Bulger had been beaten unrecognizable by inmates." *See* Robert McFaddon, "Whitey Bulger is Dead in Prison at 89; Long-Hunted Boston Mob Boss," *New York Times*, October 2018, archive.ph/patSX

386 "James Bulger," *BHR*, archive.ph/t3mmh

387 "Internet Film Conference of the 8th Beijing Int'l Film Festival," April 2018, archive.ph/yEMdy

388 "Alliances/Clients," *Thornton Group*, archive.ph/Q9ONZ

389 Brendan Byrne, "My Name Is Bulger," *Northern Ireland Screen*, June 2021, archive.ph/LloF5

390 Dick Lehr, "Whitey: The Life of America's Most Notorious Mob Boss," *Crown*, 2013, archive.ph/c326P

## KEY CONFIDANTES



Steven "Steve"
John Ricchetti
DOB: 07/11/1957
fb.com/steve.ricchetti

Turkey Run Road
McLean, VA

The preeminent foot soldiers of the Biden political syndicate—those who have served on the inside of government—have a combined 130 years of service to Joe. The day-to-day operations of the American executive branch are being handled by these extremely guarded operators, all of whom have stuck with Joe through his multiple plagiarism scandals in the 80s, campaign finance violations in the aughts, and his (basement) campaign in 2020. The chairman of that campaign was Steve Ricchetti, a fixture in influential circles on the left since the early days of the Clinton White House, where he was hip-to-hip with John Podesta.[391] Ricchetti has relished his new position in the Biden administration, where he has secured employment for three[392] of his children under the watchful eye[393] of Ron Klain, the chief of staff at the White House. The "chief strategist" for the aforementioned campaign was Mike Donilon, who has been described as Joe's "conscience."[394] Mike's brother, Tom Donilon, was Obama's national security advisor.[395] Tom's wife, Catherine Russell, was the longtime chief of staff to Jill and was Joe's director of the White House personnel office for the first year of his pResidency; Russell became the executive director of UNICEF in February 2022.[396] However, Ted Kaufman is in a league of his own, having served on Joe's first Senate campaign in the 70s[397] and was both his successor in the U.S. Senate and chairman of the Biden Foundation.[398]



Michael "Mike"
Christopher Donilon
DOB: 12/25/1958
archive.ph/2l5VZ

Alexandria Avenue
Alexandria, VA









Edward "Ted"
Emmett Kaufman
DOB: 03/15/1939
archive.ph/2nfvn

Bellant Circle
Wilmington, DE

---

391 "[Ricchetti] personifies the prevalence of influence industry veterans in Mr. Biden's orbit that concerns progressives. He rose to prominence as a liaison to the Senate under President Bill Clinton. He left the White House in 1995 and opened a lobbying shop … He was recruited to return to the White House in 1998 by the then-White House chief of staff, John D. Podesta. Mr. Ricchetti sold his firm to Mr. Podesta's brother Tony[.] … In 2001, after Mr. Clinton left office, Mr. Ricchetti opened a new boutique lobbying firm, Ricchetti Inc."
*See* Kenneth Vogel and Glenn Thrush, "Biden Faces Pressure From Left Over Influence Industry Ties," *New York Times*, August 2020, archive.ph/IiuWi (steven.j.ricchetti@who.eop.gov)

392 "[A]t least five children of his top aides have secured coveted jobs in the new administration."
*See* Sean Sullivan and Michael Scherer, "A family affair: Children and other relatives of Biden aides get administration jobs," *Washington Post*, June 2021, archive.ph/CFY9i

393 Mark Leibovich, "The Ascension of Ron Klain," *New York Times*, July 2021, archive.ph/KNmBZ (ronald.a.klain@who.eop.gov)

394 "Donilon, who has been with Biden for decades, is seen by the others as his conscience, alter ego and shared brain."
*See* Ashley Parker, "Weightlifting, Gatorade, birthday calls: Inside Biden's day," *Washington Post*, May 2021, archive.ph/0FcTM (michael.c.donilon@who.eop.gov)

395 "Thomas E. Donilon," *Council on Foreign Relations*, archive.ph/Ictwa

396 "Statement from President Joe Biden on the Appointment of Catherine Russell as Executive Director of UNICEF," *The White House*, December 2021, archive.ph/rUlx1

397 "Co Chair of VP Biden VP transition and pre-election transition committees[.]"
*See* "Curriculum Vitae," *Ted Kaufman*, archive.ph/4xRiY

398 "Former Senator Ted Kaufman, Valerie Biden Owens, Mark Gitenstein, Mark Angelson and Jeff Peck will lead the Foundation and serve on the Foundation Board of Directors. Louisa Terrell will serve as Executive Director."
*See* "Supporters Launch Biden Foundation to Build on Bidens' Ongoing Commitment to Protect and Advance Rights and Opportunities of All People," *Biden Foundation*, February 2017, archive.ph/FLFLo

## CORE OF THE CRIMES

Several small volumes[399] have been written about the Biden Laptop and the scandals therein, and rightfully so. However, most of those volumes have been primarily dedicated to the aforementioned Buckets #1 & #2, along with the family's moral depravity, while paying special attention to Hunter and Hallie. What these exposés omitted were the hundreds of documented crimes (both felonies and misdemeanors) and the necessary information to thoroughly expose and prosecute them. The Bidens' nepotism, although egregious, was not easily actionable under U.S. law. These omissions have served as a classic limited hangout for the family, who benefitted from the milquetoast research put forward by most of the press. Nearly everyone who has written about these matters has buried the lede by missing—like ships passing in the dead of night—a statute that was written with Hunter and his ilk in mind: the Foreign Agents Registration Act (FARA).[400] The FARA requires those acting as an agent for a "foreign principal" to register with the DOJ. FARA does not prevent any otherwise legal relationship or transaction between the parties; it merely requires the agent to register and declare for which foreign principal he is acting as an agent. Because the bar to comply with the FARA is so low, the penalties for violating the statute are relatively steep, including fines and up to five years in prison.

Hunter and his business partners flagrantly violated this law for nearly a decade. Do not take *Marco Polo*'s word for it; the exhibits in this section will clearly illustrate the aforementioned "5 Ws." Even with the FARA's low bar of mere disclosure, the DOJ OIG in the Obama-Biden regime released a report[401] detailing how the DOJ lacked "a comprehensive FARA enforcement strategy."[402] The OIG explicitly stated that many FBI agents do not even understand the law and are frustrated with the lack of guidance and overall communication between the FBI and the National Security Division in the DOJ. Nevertheless, this lack of "a comprehensive FARA enforcement strategy" did not stop the DOJ from using this exact law to prosecute Paul Manafort.[403] In a sickeningly ironic twist, Joe's feds[404] used the FARA to "investigate" Rudy Giuliani's quest to expose the Bidens' crimes in the Ukraine.[405]





(07/12/2018)

[399] "All About the Bidens: RealClearInvestigations' Hunter Biden Reader," October 2021, archive.ph/wx3hV

[400] "Foreign Agents Registration Act," *U.S. Department of Justice*, archive.ph/MGp3I

[401] "Audit of the National Security Division's Enforcement and Administration of the Foreign Agents Registration Act," *Office of the Inspector General, U.S. Department of Justice*, page ii, September 2016, web.archive.org/web/20160920200628/https://oig.justice.gov/reports/2016/a1624.pdf

[402] "FARA is written so broadly that … it could … require registration for … business activities of … consulting firms[.]" *See* "The Foreign Agents Registration Act ('FARA'): A Guide for the Perplexed," *Covington & Burling LLP*, January 2018, tinyurl.com/2p8c3p2r

[403] *United States v. Manafort* (17-cr-00201), Document 13, D.D.C., October 2017, archive.ph/Kp66r

[404] "Feds," *Cyber Definitions*, archive.ph/8S2mD

[405] Peter Wade, "Bad News for Rudy: Prosecutors See Evidence of Illegal Activity in His Ukraine 'Investigation' of Hunter Biden," *Rolling Stone*, November 2021, archive.ph/LZ03z

Although repeatedly misattributed[406] to Saul Alinsky, Joe's *apparatchiks* in the FBI were actually following Hunter's *modus operandi* taken[407] from Joseph GOEBBELS: accuse others of what you are, in fact, guilty[408] of doing or covering up.[409] The Bidens have blamed their laptop debacle on the Russians, Giuliani, and other actors supposedly working at the behest of foreign principals, for which they have no evidence.[410] At the very same time, the Biden clan and their partners[411] were actually unregistered agents for a plethora of foreign principals.[412] The irony was not lost on Schwerin after he read an article[413] about Obama's chief of staff: "I wonder why we stress about this [FARA] so much."



---

406 "Charlie Kirk," *Twitter*, June 2018, archive.ph/GYnb4

407 "The cleverest trick used in propaganda against Germany during the war was to accuse Germany of what our enemies themselves were doing."
*See* "Goebbels at Nuremberg — 1934," *Calvin University*, archive.ph/nOwBF

408 Josh BOSWELL, "Russian oligarch with close ties to Putin met with Hunter Biden in Moscow over potential investment deal before meeting twice more in New York and DC - and is now sanctioned by the UK (but not the US)," *Daily Mail*, May 2022, archive.ph/jqxYF

409 Vicky WARD, "Oligarch with Hunter Biden Connection Avoids Sanction List," April 2022, archive.ph/wLXJI

410 Yaron Steinbuch, "Hunter Biden calls laptop 'red herring' during 'Jimmy Kimmel' appearance," *New York Post*, April 2021, archive.ph/GaUjx

411 "Joining them in the Rosemont venture was Devon Archer, a longtime Heinz and Kerry friend. The three friends established a series of related LLCs. The trunk of the tree was Rosemont Capital, the alternative investment fund of the Heinz Family Office. … Rosemont described themselves as 'a $2.4 billion private equity firm co-owned by Hunter Biden and Chris Heinz,' with Devon Archer as 'Managing Partner.' The partners attached several branches to the Rosemont Capital trunk, including Rosemont Seneca Partners, LLC, Rosemont Seneca Technology Partners, and Rosemont Realty."
*See* Peter Schweizer, "Inside the shady private equity firm run by Kerry and Biden's kids," *New York Post*, March 2018, archive.ph/LGc7g

412 "DOJ OIG Releases Report on the DOJ's Enforcement of the Foreign Agents Registration Act," *Office of the Inspector General, U.S. Department of Justice*, September 2016, web.archive.org/web/20210912112448/https://oig.justice.gov/press/2016/2016-09-07.pdf

413 Paul Blumenthal, "Why doesn't William Daley violate Obama's lobbyist ban?," *Sunlight Foundation*, January 2011, archive.ph/AY1bj

## SUBPOENA—MAY 2019

The Bidens and those in their orbit had good reasons to worry—more than a million of them, in fact, as their financial statements and wire transfers revealed. During the course of writing this Report, a whistleblower—after realizing a purposeful delay from the DOJ was afoot—approached *Marco Polo* with a copy of a grand jury subpoena[414] (an "external referral" in financial compliance industry parlance) issued by the aforementioned U.S. Attorney for the District of Delaware, David Weiss. The whistleblower was a party to the subpoena, dated 05/15/2019, which sought Hunter and his partners' financial transactions and other business records. The cover letter to the subpoena—which was signed by Assistant U.S. Attorney (AUSA) Jamie McCall—bore the name of Lesley Wolf, who, because of her husband's employment[415] at Penn, should have recused herself per **28 CFR § 45.2**.[416]



McCall & David Weiss

---

[414] "Subpoena on 05/15/2019," *Marco Polo*, web.archive.org/web/20220131033549/https://www.marcopolousa.org/bidenlaptopreport/bidensubpoena.pdf

[415] "Joe Biden's longtime ties to Penn," *Penn Today*, January 2021, archive.ph/BsGi0

[416] "Wolf, Lesley Frieder," *Supreme Court of Pennsylvania*, archive.ph/6ENil

Wolf[417] issued the wide-ranging subpoena in case **19-3-LFWS-V-32**, seeking records from Joe's son and brother, Jimmy. Fifteen companies, mostly shells used for money laundering, were included on the document. Predictably, most of the companies listed below will be on exhibits in this Report. The order demanded all transfers emanating to and from Account #**453365557784** at the Bank of China[418] (**BKCHCNBJ**), presumably alluding to Foreign Bank Account Registration violations (**31 USC § 5314**) that Hunter and his partners committed. In fact, the DOJ used this exact statute to indict Paul Manafort two years earlier: "United States citizens who have authority over certain foreign bank accounts -- whether or not the accounts are set up in the names of nominees who act for their principals -- have reporting obligations to the United States."[419] If the respondent from JP Morgan Chase had questions about the subpoena, they were to contact IRS Special Agent Joe Ziegler.[420] JP Morgan was directed to send the responsive documents to Stefania Roca, a registered[421] Democrat.

With this subpoena, we have definitive proof of a miscarriage of justice—because *Marco Polo* possessed a copy of the Biden Laptop, we can be certain that the bank, when it responded to the subpoena, would have produced evidence of multiple felonies. Regardless of whether it was Barr or Weiss who made the call to blatantly slow-walk the investigation, someone must be held accountable.



Joseph Anthony Ziegler
DOB: 02/13/1985
joseph.ziegler@ci.irs.gov
archive.ph/2P4Bg
fb.com/joey.gladdstone







Eric Schwerin



Jimmy Biden



Stefania Iannacco Roca
DOB: 02/16/1985
archive.ph/4tL7
fb.com/stefaniairoc

[417] Lesley Frieder Wolf and Stephen Kastenberg, "The Company v. Itself: Derivative Action Pitfalls," *Corporate Counsel Business Journal*, March 2006, archive.ph/48KpX

[418] "Bank of China," *Society for Worldwide Interbank Financial Telecommunication (*SWIFT), archive.ph/4Iygf

[419] *United States v. Manafort* (17-cr-00201), Document 13, D.D.C., October 2017, archive.ph/Kp66r

[420] "Joe is currently a Special Agent in the International Tax & Financial Crimes Group out of the Washington DC Field Office … Prior to this, Joe was a Special Agent / Public Information Officer for the Atlanta Field Office and before that was a Special Agent in the Cincinnati Field Office (POD Cleveland Ohio). Joe is currently working international cases touching Egypt, Switzerland, France, Guernsey, Ukraine, and China."
*See* "Joe Ziegler, CPA | Special Agent, International Tax and Financial Crimes Group, IRS," *VSU Criminal Justice Program - Facebook*, February 2021, archive.ph/JWue6

[421] "1603 Shadybrook Rd Wilmington, DE 19803," *Voter Records*, archive.ph/MIDL6

The lack of accountability can be explained, in part, by the makeup and presumed biases of the law enforcement investigative team and their associates. For example, Ziegler's partner is connected—at least socially—with Joe's Monkeypox spokesman, Demetre Daskalakis, likely from Demetre's stint at the CDC in Atlanta, where Ziegler and his partner are based.[422] The wife[423] of Jamie McCall is also an ardent supporter of the Marxist-inspired Black Lives Matter riots, which Joe heavily promoted in 2020.



Ziegler (06/2019, one month after the subpoena was issued)
Instagram: @josephanthony01
archive.ph/ighiw

fb.com/brenda.mccall.754

archive.ph/ar1Dq

Instagram: @drdemetre
archive.ph/MaaUr

Instagram: @koreyaustin
archive.ph/r5b01
fb.com/thekorey.austin

archive.ph/5Bi8m

archive.ph/C4WSv

---

[422] "Another image from the same night shows MacNeal with a producer friend, Bianca Grey, using the Ouija board with the crucifix. … shows Daskalakis appearing to mock Christ in the depiction of the Last Supper. … image shows the White House staffer wearing a pentagram helmet with an upside-down cross above it."
*See* Raheem KASSAM and K. Christopher Powell, "[] Biden's Monkeypox Spox has a Penchant for Pentagrams, Occultism, and Satanism.," *The National Pulse*, September 2022, archive.ph/Uj3Ky

[423] "Sr. Marketing Director, North America - AstraZeneca[.]"
*See* "Brenda McCall," *LinkedIn*, archive.ph/gQKTr

**BUSINESS-RELATED CRIMES**

## SUSPICIOUS ACTIVITY REPORTS

*Marco Polo* was also provided two SARs which had been submitted to the U.S. Department of Treasury as a supplement to JP Morgan Chase's response to the aforementioned subpoena.[424] The SARs revealed the international business networks and human trafficking rings that Hunter and his associates facilitated and patronized. More detail will be provided later in the Report, particularly in the SEX-RELATED CRIMES section, but, in the interest of complete transparency, the SARs are pasted below as-is. Footnotes and highlights were added for reference and clarification purposes:

### SAR #1

JPMorgan Chase Bank N.A. ("JPMC") and J.P. Morgan Securities LLC ("JPS") is filing this Suspicious Activity Report ("SAR") to report transactions involving current, former and non-customers of JPMC and J.P. Morgan Securities LLC; ROBERT HUNTER BIDEN ("ROBERT"), DEVON D. ARCHER[425] ("DEVON"), and THORSDALE FIDUCIARY AND GUARANTY COMPANY LTD[426] ("THORSDALE"), ERIC D SCHWERIN[427] ("ERIC"), ROSEMONT SENECA BOHAI LLC,[428] ROSEMONT SENECA ADVISORS, OWASCO P.C ("OWASCO"), BURISMA HOLDINGS LIMITED ("BURISMA"), and BOHAI HARVEST RST (SHANGHAI) EQUITY INVESTMENT FUND MANAGEMENT CO LTD[429] ("BOHAI HARVEST") for 93 wires between 02/03/2014 and 08/02/2019 totaling $2,461,962.60. The SAR is being filed to report wire activity involving parties linked to a Politically Exposed Person[430] ("PEP") with negative media for possible political corruption; as well as, alleged business conflicts involving related companies and individuals.

After receipt of an external referral,[431] JPMC conducted a review of focal subjects ROBERT, DEVON, ERIC, OWASCO, ROSEMONT SENECA ADVISORS, ROSEMONT SENECA BOHAI LLC, and BOHAI HARVEST. No counterparties will be listed as subjects in the filing because the transaction activity for the counterparties is expected activity, with the exception of THORSDALE, who was listed as a subject in a prior SAR with DEVON.

---

[424] "A financial institution is required to file a suspicious activity report no later than 30 calendar days after the date of initial detection of facts that may constitute a basis for filing a suspicious activity report."
*See* "Suspicious Activity Reports (SAR)," *Office of the Comptroller of the Currency*, archive.ph/yuT25

[425] "Jason Galanis also touted links to Hunter Biden and Archer in text messages with Michelle Morton, an investment adviser who has pleaded guilty to conspiracy charges. 'Hunter and Devon … will change your access forever,' Jason Galanis wrote Morton in an Oct. 24, 2014 text message … 'By the way I was with Devon and the son of the prime minister of Kazakstan [sic] last night. Devon is coming in full time to burnham we have a plan with buying hunters broker-dealer[.]'"
*See* Andrew Kerr and Chuck Ross, "'You Don't Get More Politically Connected': Participants in Securities Fraud Scam Touted Links to Hunter Biden," *Daily Caller*, October 2019, archive.ph/CLvFy

[426] "Thorsdale Fiduciary and Guaranty Company Ltd. ('Thorsdale') was incorporated in Nevada on June 23, 2011 as a 'Family Trust Company' for 'members of the Berger family and its Family Affiliates.' Ralph Berger, Galanis's father-in-law (now deceased), was one of Thorsdale's two members."
*See* "In the Matter of Lichter, Yu and Associates, Inc., et al.," *U.S. Securities and Exchange Commission*, September 2018, web.archive.org/web/20210929172916/https://www.sec.gov/litigation/admin/2018/34-84281.pdf

[427] "Eric Schwerin," *LinkedIn*, archive.ph/RcY4F

[428] "Here are the Payments to Hunter Biden, Leaked from Ukraine," *CD Media*, November 2019, archive.ph/o7KCT

[429] Srivats LAKSHMAN, "Who owns Bohai Harvest RST? Hunter Biden still has 10% stake in Chinese equity firm despite promises to divest," *Meaww*, April 2021, archive.ph/jtIsS

[430] "BSA/ASM Manual - Risks Associated With Money Laundering and Terrorist Financing - Politically Exposed Persons," *Federal Financial Institutions Examination Council*, archive.ph/vi64r

[431] A grand jury subpoena, known in financial compliance industry parlance as an "external referral," prompted JP Morgan Chase to submit the SARs to the U.S. Department of Treasury.

Internal records revealed ROBERT is a former JPMC customer. Research revealed he is an American lawyer and PEP, as he is the second son of former U.S. Vice President Joe Biden. Negative media was found on Robert for alleged business conflicts. For example, ROBERT worked for a U.S.-based company which received monthly transfers exceeding $166,000 per month from BURISMA (a natural gas company in the Ukrainian oil and gas market) while the vice president was leading the U.S. policy with the Ukrainian government. (ijr.com/biden-questioned-after-forcing-out-ukrainian-official-investigating-his-son).[432]

Internal records revealed DEVON is a former JPMC and JPS Customer. Research revealed Devon is Robert's business associate and has been convicted of conspiracy and securities fraud. According to the SDNY press release, Devon and two other defendants were convicted of orchestrating a scheme to defraud investors and a Native American tribal entity of tens of millions of dollars. However, in 2018 a federal judge overturned the conviction. (justice.gov/usao-sdny/pr/three-convicted-manhattan-federal-court-fraudulent-issuance-and-sale-more-60-million;[433] reuters.com/article/us-usa-crime-tribalbonds/judge-overturns-montana-mans-conviction-in-tribal-bond-scheme-idUSKCN1NK341)[434]

Third party web presence revealed OWASCO[435] is a law firm associated with ROBERT. However, very little information could be found on the law firm.

ROBERT, along with DEVON and ERIC, founded several companies using the name Rosemont Seneca. ROSEMONT SENECA ADVISORS and ROSEMONT SENECA BOHAI LLC appear to be related companies in the investment field.

There are allegations that ROBERT received funds from the Chinese government that coincided with the former vice president negotiating issues with China. (thefederalist.com/2019/05/02/bidens-alleged-financial-ties-u-s-enemy-china-overshadow-2020-bid)[436]

Although ERIC is not directly listed in any of the wires included in the SAR filing, internal records revealed ERIC is listed as the only signer for ROSEMONT SENECA ADVISORS. As it is unknown if ERIC is the signer of the external account for ROSEMONT SENECA ADVISORS, no account will be associated to him in this SAR filing.

Per web presence, BURISMA is a natural gas firm that appointed ROBERT to its board of directors in 2014.[437]

---

[432] "Shokin … had 'specific plans' to investigate Burisma that 'included interrogations … into all members of the executive board, including Hunter Biden.'"
See Madison Dibble, "Biden Faces Corruption Concerns After Bragging About Forcing Out Ukrainian Official Who Investigated His Son," *Independent Journal Review*, April 2019, archive.ph/xUhlg

[433] "As a unanimous jury swiftly found, these defendants orchestrated a highly complex scheme to defraud a Native American community and multiple pension funds, all to corruptly bankroll their own personal and business interests."
See "Three Convicted in Manhattan Federal Court for the Fraudulent Issuance and Sale of More than $60 Million of Tribal Bonds," S.D.N.Y., June 2018, archive.ph/nDI0d

[434] "'Mr. Archer has maintained his innocence throughout this painful process, and today's decision is a critical step in clearing his good name once and for all,' Matthew Schwartz, one of Archer's lawyers, said in a statement."
See Brendan Pierson, "U.S. judge overturns New York man's conviction in tribal bond scheme," *Reuters*, November 2018, archive.ph/sZHl9

[435] "Owasco, P.C.," *OpenCorporates*, archive.ph/97oi7

[436] Ben Weingarten, "Biden's Alleged Financial Ties to U.S. Enemy China Overshadow His 2020 Bid," *The Federalist*, May 2019, archive.ph/OwsxX

[437] "Hunter Biden joins the team of Burisma Holdings," *Burisma*, May 2014, archive.ph/uMijb

Per web presence, BOHAI HARVEST is ROBERT'S investment company in China that has pooled money, largely from state-owned venture capital, to buy or invest in a range of industries in the U.S. and China. BOHAI HARVEST allegedly operates and works with a number of funds and the structure brought ROBERT into close proximity to influential Chinese government[438] and business figures. (theintercept.com/2019/05/03/biden-son-china-business)[439]

Internal records indicate that THORSDALE is in the personal and testamentary trust field. THORSDALE's signers will not be named as subjects in the SAR, as it is unclear if they are involved in the actual transactions.

DEVON is associated with the following prior SARS; -SAR_NA_26386812-(filed-02/19/2016)- Initial Report- Devon was listed as a subject and the SAR was filed to report transactions consistent with a penny stock fraud scheme.

-SAR_NA_28011744-(filed-03/17/2016)- Correct/Amend Prior Report SAR_NA _26386812 to include additional subject record information and to correct the owning institution of a subject's credit card.

-SAR_NA_55865328-(filed-07/26/2017)- Devon was listed as a subject and the SAR was filed to report suspicious wire credits and debits with an unknown purpose.

-SAR #1479025 (filed-10/28/2015)- Devon was listed as a subject and the SAR reported wires with an unknown purpose and relationship.

OWASCO is associated with the following prior SAR;
-SAR_NA_114256858-(filed- 04/19/2019)-reported that OWASCO sent funds to an individual for an unknown purpose.

BURISMA is associated with the following prior SAR;
-SAR #1226764 (filed- 08/15/2014)-The SAR was filed to report wires with an unknown economic purpose.

THORSDALE is associated with the following prior SARs;
-SAR_NA_55865328-(filed- 07/26/2017); SAR #1333066-(filed- 01/05/2015); SAR #1510720-(filed-12/24/2015); SAR #1465166 (filed- 09/02/2015); SAR # 1402524- (filed- 05/05/2015)- The SARs were filed to report rapid movement of funds, unknown relationships, and unknown economic purpose.
-SAR #1479025-(filed- 10/28/2015)-Correct/Amend prior report SAR #1465166 to omit a possible association, include additional activity, update the cumulate amount of the filing, and update suspects listed.

---

[438] "Much of the financing of BHR projects would be financed primarily by Bohai shareholders via other financial vehicles or products. China Development Bank and Bank of China specifically appear repeatedly in BHR deals funding their projects throughout China and around the world."
See "Project Time," *Typhoon Investigations*, October 2020,
web.archive.org/web/20201022161416/https://www.baldingsworld.com/wp-content/uploads/2020/10/KVBJHB.pdf

[439] "Bohai Harvest relies heavily on an international subsidiary of the state-owned Bank of China to finance its investments, referring to itself as an 'investment platform under BOC' on its website. The investment fund has also partnered with a subsidiary of HNA Group, a controversial conglomerate that has snapped up investments in a wide range of businesses across the world."
See Lee Fang, "Chinese Fund Backed by Hunter Biden Invested in Major Chinese Surveillance Firm," *The Intercept*, May 2019, archive.ph/oBAWm

The transactions below were chosen via a risk-based review of the wire activity based on various factors, such as, subject involved, amount, and frequency. The transactions highlighted in this narrative are only a portion of the activity being reported in this SAR.

ROBERT (US) sent 3 wires totaling $2,920.00 between 05/22/2014 and 06/17/2014 from account #0164385452 and account #0168390876 at USAA FEDERAL SAVINGS BANK (US) for the benefit of a counterparty.

DEVON (US) received 1 wire in the amount of $100,000 on 06/27/2014 into account #47833683 at CITIBANK N.A. (US) from JPMC account #908323181 in the name of THORSDALE (US).

OWASCO (US) sent 10 wires totaling $84,400.16 between 08/14/2017 and 10/02/2018 from account #000009084065142 and account #52611208 at WELLS FARGO BANK (US) to various counterparties.

ROSEMONT SENECA BOHAI LLC (LOCATION NOT PROVIDED ON WIRE) received 1 wire in the amount of $600,513.00[440] on 11/10/2014 into account #40611172 at CITIBANK N.A. (US) from JPMC account #908323181 in the name of THORSDALE (US). Payments details state "FOR FURTHER TO CREDIT TO ACCOUNT TO 876018483 ROSEMONT SENECA BOHAI LLC."

ROSEMONT SENECA ADVISORS (US) received 30 totaling $382,497.00 between 02/03/2014 and 09/11/2015 into account #65761664 at FIRST CLEARING LLC (US) from counterparties. The funds flowed through WELLS FARGO NA[441] (US).

BURISMA (CYPRUS) sent 4 wires totaling $222,566.97 between 07/05/2016 and 08/02/2019 from account #101010012769010 at THE CYPRUS DEVELOPMENT BANK PUBLIC COMPANY LTD[442] (CYPRUS) for the benefit of [the] counterparties.

BOHAI HARVEST (CHINA) sent 16 wires totaling $119,095.31 between 07/11/2017 and 03/11/2019 from account #453365557784 at BANK OF CHINA[443] (CHINA) to BANK OF CHINA LIMITED - NEW YORK (US) for the benefit of [the] counterparties.[444]

---

[440] "Rosemont Seneca Bohai Bank Records Listing Payments from Burisma & to Hunter Biden (2014-2016)," page 73, archive.org/details/6003585-Rosemont-Seneca-Bohai-Bank-Records-Listing

[441] Hunter boasted about his longstanding relationship with Wells Fargo in an iMessage on 05/29/2018 to a female pimp associated with 1-424-644-5858: "I have [had] an account with Wells Fargo for 25 years[.] I have my entire savings account[,] retirement account[,] business accounts[, and] 17 different accounts with Wells Fargo and I have talked directly to my broker for the past 15 years[.] I have talked to the vice President for fraud management at Wells Fargo and you have totally completely [sic] Let's say this you made this very difficult and if you question one more time whether or not I'm working hard to get the money that you took out of my account back into my account all of which are frozen also with peoples['] livelihoods frozen[…]"

[442] "Two of those investors, Alexey Kulikov and Andrey Gorbatov, allegedly helped orchestrate one of the largest money laundering operations in history, the infamous 'mirror trading' scheme that moved $10 billion from Russia to Europe through offsetting securities trades[.]"
See "Russian-owned Cyprus Development Bank fined for violating anti-money laundering regulations," Alliance for Securing Democracy, May 2018, archive.ph/NxuSy

[443] "Bank of China - FDIC Cert # 33653," Federal Deposit Insurance Corporation, archive.ph/y7cFy

[444] "Biden SAR #1," Marco Polo, 2019, web.archive.org/web/20220211022456/https://www.marcopolousa.org/bidenlaptopreport/bidensar1.pdf

## SAR #2

JPMorgan Chase Bank (JPMC) is filing this Suspicious Activity Report (SAR) which originated from an external referral for transactions involving non-JPMC accounts held by a Politically Exposed Person (PEP) who remitted funds to various JPMC and non-JPMC customers, some of the recipients have ties to the adult entertainment industry, while others were unknown, or were listed in prior SAR filings related to human trafficking (HT). Additionally, the source of funds for the transactions is unknown and inconsistent with the known line of business. This activity was transacted by non-JPMC customers ROBERT HUNTER BIDEN ("HUNTER") and his law firm OWASCO PC. Activity being reported totals $149,843.00 (rounded up) between the dates of 10/24/2016 and 05/10/2019.

OWASCO PC was identified to be a sole proprietorship law firm owned by HUNTER and established in 2006. Per internet research, the law firm specializes in intellectual property and international law. HUNTER is a former JPMC customer who previously held a home mortgage that was paid off in 2017, as well as a credit card that was closed by JPMC due to non-payment in 2016.

OWASCO PC (WELLS FARGO #9084065142) and HUNTER (using unknown account, as well as WELLS FARGO #729109035738578) sent electronic fund transfers (EFT) and checks totaling $149,842.44 to 13 JPMC customers and non-customers between 10/24/2016 and 05/10/2019. Two of the JPMC customers were listed in prior SAR filings by JPMC reporting transactions consistent with possible Human Trafficking which are detailed below. Also, three of the JPMC Customers have KYC and/or public media and social media ties to the adult entertainment industry. The other recipients have no identifiable relationship with either HUNTER or OWASCO PC which would explain the activity being reported.

ANNA DEKHTIAR[445] (JPMC 356067030 (closed 06/14/2019)) is a Miami FL non-resident alien and Ukrainian citizen. KYC reflects student born in 1995. She received a wire for $5,100 on 12/10/2018 from OWASCO PC which was reported in SAR_NA_114256858 filed on 04/19/2019. On the same day, 12/10/2018 HUNTER also sent $1,300 to ANNA DEKHTIAR via three (3) EFTs. The funds ANNA DEKHTIAR received from OWASCO PC and HUNTER were subsequently remitted to Oksana Naratovska located in the Ukraine[446] via a $7,000 wire on 12/13/2018. The wire to Oksana Naratovska and Oksana Naratovska were reported under the prior SAR filing and are only being discussed here to show the full flow of funds.

OLESIA KUDASHKINA[447] (JPMC 270297812, closed on 04/30/2019) is a Russian citizen and [a] non-resident alien residing in Manhattan, NY. She [was] born in 1984 and listed "Zara"[448] as her employer. She received an EFT from HUNTER for $1200.00 on 03/11/2019. Those funds were subsequently

---

[445] Based on the contents of the Biden Laptop, Hunter corresponded with DEKHTIAR via her phone number, 1-646-249-7051, which has apparently been disconnected.

[446] "[F]ormer Soviet republics, such as Ukraine, Belarus, Latvia, and Russia, have become major sending countries for women trafficked into sex industries all over the world."
See Donna Hughes and Tatyana DENISOVA, "Trafficking in Women from Ukraine," *Office of Justice Programs, U.S. Department of Justice*, December 2003,
web.archive.org/web/20210209214606/https://www.ojp.gov/pdffiles1/nij/grants/203275.pdf

[447] Based on the contents of the Biden Laptop, Hunter corresponded with KUDASHKINA via her email address, kudashkina111@gmail.com, and phone number, 1-646-906-4893.

[448] "Zara is one of the biggest international fashion companies[.]"
See "Company," *Zara*, archive.ph/kweWX

included in a wire to an individual in Russia. This activity was reported under SAR_NA_124521834 filed on 07/16/2019, but is also being included in this filing to show the full source and use of funds.[449]

PAOLA A MARTINEZ[450] (JPMC 266779283), ZOE G KESTAN[451] (JPMC 755098626) and LEHUA M ALAMA-JORDAN[452] (JPMC 290390167) each appear to be in the adult entertainment industry and are receiving payments from HUNTER and OWASCO PC. It is unclear what relationship HUNTER or OWASCO PC have with these individuals, and based on public media it appears possible the payments may be associated to prostitution or adult entertainment services.

PAOLA A MARTINEZ is a NY resident, and employed at Scores NY[453] a high end gentleman's club. She received three (3) quickpays for $3500.00 from Hunter between 12/28/2017 and 03/26/2018.

ZOE G KESTAN is a NY resident, and employed as "freelance." Per internet research, she is a social media influencer and adult entertainer. She received six (6) quickpays for $6250.00 from HUNTER between 03/29/2018 and 11/20/2018.

LEHUA M ALMA-JORDAN[454] is a CA resident, and is employed with "Cali Girls," a gentleman's club.[455] She received two (2) wires totaling $6,000.08 from OWASCO PC between 07/24/2018 and 08/27/2018, and three (3) quickpays for $2500.00 from HUNTER between 08/27/2018 and 10/05/2018.

Erin N Straughter[456] is a CA resident currently employed with "FSS Management." Between June 2018 and October 2018, Erin N Straughter was employed by OWASCO PC as evidenced by her receipt of bi-weekly payroll remittances from OWASCO PC. However, during this same period of time Erin N Straughter also received large round dollar wires[457] from OWASCO PC which referenced "new hire," "8k wage," "10k golf member," and "Pay." Erin N Straughter received five (5) wires totaling $44,500.08 in a 4 month period between 06/12/2018 and 10/02/2018.

---

[449] "Federal authorities on Wednesday busted a mob-sponsored sex trafficking operation that allegedly smuggled women from Russia and Eastern Europe to work at New York strip clubs … All the defendants [are] alleged members of both the Gambino and Bonanno crime families[.]"
*See* "20 Arrested in Alleged Mob-Linked Sex-Trafficking Ring in New York," *Fox News*, December 2011, archive.ph/WGjkh

[450] *Capital One Bank (USA) N A vs. Martinez, Paola A* (CV-019804-11), Queens County Civil Court, March 2011

[451] "Zoë Kestan," *Facebook*, archive.ph/Qkb21

[452] "Lehua Alama-Jordan," *Facebook*, archive.ph/90hsz

[453] "Blutrich tells all: From recording armed gangsters in the act of committing felonies and repeatedly evading discovery through amazing stealth to enduring a psychotic break from the imposed pressures and losing everything[.]"
*See* Michael Blutrich, "Scores: How I Opened the Hottest Strip Club in New York City, Was Extorted out of Millions by the Gambino Family, and Became One of the Most Successful Mafia Informants in FBI History," *BenBella Books*, January 2017, archive.ph/Q3Lum

[454] "@lehuaaj," *Twitter*, April 2015, archive.ph/mpyew

[455] "The FBI has also reported that certain locations such as truck stops, massage parlors, and strip clubs are often havens for sex trafficking. … The patronage of strip clubs is where prostitution and sex trafficking flourish. In regard to sex trafficking at strip clubs, the FBI has reported it, national and local law enforcement agencies have reported it, and the media has reported it."
*See* Dan O'Bryant, "Inextricably Bound: Strip Clubs, Prostitution, and Sex Trafficking," *Dignity: A Journal of Analysis of Exploitation and Violence*, July 2017, tinyurl.com/yc7kptj9

[456] "Nikki Bea," *Facebook*, archive.ph/IIPTO

[457] "A high volume of round-dollar deposits via wires, ACH, or cash in the range of $2,000 to $3,000 … The U.S. is not immune, and in fact provides a large portion of the world's demand for sex and labor slaves."
*See* Terri Luttrell, "Human Trafficking: Closer to Home Than You Think," *American Bar Association*, January 2020, archive.ph/We6si

ANNA DEKHTIAR, OLESIA KUDASHKINA, PAOLA A MARTINEZ,[458] ZOE G KESTAN,[459] and LEHUA M ALMA-JORDAN will be listed as subjects because they were either: (1) listed as subjects in prior SAR filings for transactions consistent with possible human trafficking;[460] or (2) for their association to the adult entertainment industry[461] and potential association with prostitution. …

…linked to negative media that alleged potential corruption, which included subjects HUNTER and OWASCO PC. [The] [r]eported activity occurred between 02/03/2014 and 08/02/2019 totaling $2,461,962.60.

SAR_NA_114256858 filed on 04/19/2019 for possible structuring, foreign wires and funding derived from an individual tied to the escort industry transacted by ANNA DEKHTIAR occurring between 11/14/2018 and 03/01/2019 totaling $274,873.00. OWASCO PC was also a subject in this SAR.

SAR_NA_102479763 filed on 11/30/2018 ($267,887.00 between 04/24/2018 and 10/09/2018), SAR_NA_111820881 filed on 03/20/2019 ($134,810.00 between 01/10/2019 and 03/01/2019) and SAR_NA_124521834 filed on 07/16/2019 ($503,420.00 between 03/19/2016 and 07/03/2019) reported structuring and possible human trafficking activity transacted by OLESIA KUDASHKINA. OWASCO PC was also listed as a subject in SAR_NA_124521834 on 07/16/2019.

Please note, effective 05/18/2019, Chase Bank USA ("Chase Bank") merged with JPMorgan Chase Bank, NA ("JPMC").[462] Some transactions reported herein may have been conducted through Chase Bank prior to the merger.

Supporting documentation associated with this report (SAR#: SAR_NA_133738921) includes, but may not be limited to, documents maintained or identified in case file # CASE_AML_NA_132000483 and can be retrieved upon request. … [463]

---

[458] "Judge Name: Honorable Michael A. Martinelli[.]"
*See Midland Funding LLC vs. Martinez, Paola A* (CV-001685-08), Yonkers City Court, March 2008

[459] "Search for Lost Money — Owner Name: Zoe Kestan, Owner Address: 252 Norman Avenue Brooklyn NY 11222, Reported By: Extreme Reach Talent, Inc., Type of Property: Wages/Payroll/Salaries/Comm/Pension Pmts, OUF Code: 079376064," *Office of the New York State Comptroller*, 2020

[460] "Human traffickers use interstate funnel accounts to transfer funds, move profits quickly, and maintain anonymity. Once funnel accounts receive multiple cash deposits in an amount below the reporting threshold in one geographic area, the funds are quickly withdrawn in a different geographic area. On occasion, victims are coerced to wire proceeds via money services businesses to facilitate the funneling of proceeds."
*See* "FinCEN Issues Advisory on Human Trafficking," *Ballard Spahr LLP*, October 2020, archive.ph/D0R1h

[461] "Although many may think that women working in adult entertainment do it because they want to, researchers have noted that 70% of females who are trafficked are trafficked into the commercial sex industry, which includes porn, strip clubs, and massage parlors in the United States."
*See* "The Connection Between Adult Entertainment and Sex Trafficking," *Qualified Women*, May 2017, archive.ph/X0exQ

[462] "Pursuant to an Agreement and Plan of Merger, dated as of January 24, 2019, by and among the JPMorgan Chase Bank, National Association, a national banking association ('JPMorgan Chase Bank'), and Chase Bank USA, National Association, a national banking association ('Chase USA'), Chase USA merged with and into JPMorgan Chase Bank on May 18, 2019 (the 'Merger Date'), with JPMorgan Chase Bank as the surviving entity (the 'Merger'). The Merger was announced in a press release of JPMorgan Chase & Co. included as Exhibit 99 to the registrants' Current Report on Form 8-K filed on December 4, 2018."
*See* "Form 8-K", *U.S. Securities and Exchange Commission*, May 2019, archive.ph/XEnVG

[463] "Biden SAR #2", *Marco Polo*, 2019,
web.archive.org/web/20220211022800/https://www.marcopolousa.org/bidenlaptopreport/bidensar2.pdf

# SAR CORROBORATION: A SMALL SAMPLE

Because *Marco Polo* did not have access to the attached CSV files alluded to in the SARs, corroborating every transaction listed on the SARs with the Biden Laptop's contents was not feasible. However, we were able to corroborate many of the transactions. Below are a just couple of them:

| When | Where (Venue) | Who | What |
|---|---|---|---|
| 11/21/2017ff | S.D.N.Y. | 1-929-238-5753 | SAR #2—18 USC § 1952(b)(i)(1) & NY PL § 230.00 |

Confirmed by a request sent to Hunter via Zelle[464] in his emails, a female featured in **SAR #2** requested a commensurate amount around the front end of the time period listed in the SAR. Additionally, a .numbers document on the laptop entitled, "Checking2RHB," featured a transaction indicating that Hunter paid the female $1,400 on 11/21/2017. Verification of the transaction is below:



Instagram: @_vegandreams_
archive.ph/WNiFb

Venmo: @Andrea-Paola-2
archive.ph/p8Zpj

[464] "Frequently Asked Questions," *Zelle*, archive.ph/2eI0N

| When | Where (Venue) | Who | What |
|------|---------------|-----|------|
| 06/12/2018ff | D.D.C. | 1-714-812-5463 | SAR #2—18 USC §§ 1952(b)(i)(1), 2422(a) & DC Code § 22–2701 |

The relationship between Hunter and the female[465] shown below was an egregious ethical lapse, as iMessages between the two revealed the female would make up for the female's "back pay" if—and only if—she performed sexual acts in person or via FaceTime. The Wells Fargo transactions featured below (from Hunter's business brokerage account) were initiated only after the female traveled from Los Angeles to D.C., where Hunter and the female engaged in a multi-day (photographed) sex binge.



20180612_023610.jpg

Instagram: @nikkilati archive.ph/qnWkK

iPhone XS_20181020_130901.PNG

465 "2011-12 Women's Track & Field Roster: Erin Straughter," *University of Nevada Las Vegas*, archive.ph/pPxoK

In the Nation's capital, Hunter solicited—and took explicit photos of—a female who was described in **SAR #2**, which was, as a reminder, submitted to the U.S. Department of Treasury. This particular solicitation will also appear in the NON-CONSENSUAL PORNOGRAPHY subsection of this Report.



Apple iPhone X_20180615_045922.jpg

20180927_185843.jpg

Apple iPhone X_20180615_063427.jpg

Apple iPhone X_20180615_063418.jpg

Hunter clearly violated the federal statute[466] in question and he paid for the female's airfare to D.C.[467]

**From:** **United Airlines, Inc.** unitedairlines@united.com 🚩
**Subject:** eTicket Itinerary and Receipt for Confirmation D0BXY4
**Date:** June 15, 2018 at 17:20
**To:** RHB@rspdc.com RHB@RSPDC.COM ⬅

## Receipt for confirmation number D0BXY4

**UNITED** ✈ | A STAR ALLIANCE MEMBER ✦  **Confirmation: D0BXY4**

Issue Date: June 14, 2018

| Traveler | | eTicket Number | | Frequent Flyer | | Seats |
|---|---|---|---|---|---|---|
| STRAUGHTER/ERINNICLOE | | 0162403751009 | | | | ---/--- |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 14JUN18 | UA2281 | Y | LOS ANGELES, CA (LAX) **3:10 PM** | WASHINGTON, DC (IAD - DULLES) **11:06 PM** | | Lunch |
| Fri, 15JUN18 | UA1448 | A | WASHINGTON, DC (IAD - DULLES) **10:01 PM** | LOS ANGELES, CA (LAX) **12:29 AM (16JUN)** | 737-900 | Snack |

**FARE INFORMATION**

**Fare Breakdown**

| | |
|---|---|
| Airfare: | 1,579.53USD |
| U.S. Transportation Tax: | 118.47 |
| U.S. Flight Segment Tax: | 8.20 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |
| Per Person Total: | 1,726.40USD |



Twitter: @nikkilati
archive.ph/hiliR



Instagram: @girlnextdoorlv
archive.ph/6LgDT

# 18 U.S. Code § 2422 - Coercion and enticement

U.S. Code     Notes

prev | next

**(a)** Whoever knowingly persuades, induces, entices, or coerces any individual to travel in interstate or foreign commerce, or in any Territory or Possession of the United States, to engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

---

[466] "It is no defense that the individual enticed was predisposed to travel in order to engage in prostitution upon arrival." *See* Charles Doyle, "Sex Trafficking: An Overview of Federal Criminal Law," *Congressional Research Service*, June 2015, tinyurl.com/32vkre5s

[467] "Nikki Bea," *Facebook*, August 2019, fb.com/photo.php?fbid=10219954315676381

## CHINA

Hunter viewed himself as an unfulfilled artist, and he said as much in his semi-fictional memoir, *Beautiful Things*. In fact, art was the "only thing" to have "kept [Hunter] sane." It was no surprise, then, for *Marco Polo* to discover that—when analyzing over 128,000 emails on the Biden Laptop—almost none of Hunter's free time or private conversations were about business strategy or private equity market entry ideation. You will recall that Hunter graduated with a bachelor's degree in history, wrote a poem, of all things, for his application to Yale Law School, and did not even attempt to enter high finance until his dad was preparing to be vetted for the V.P. slot by Obama (after Obama's folks told Joe's son to drop his shameless registered lobbying grift). When Hunter was gifted a portion of a hedge fund in 2006 called Paradigm by a trusty donor to Joe (the aforementioned Jeff Cooper), former executives at Paradigm testified in a lawsuit that Hunter and his uncle, Jimmy, had absolutely no clue what they were doing. The vignettes[468] offered in *Lotito v. Biden*[469] were a perfect illustration of the chasm that existed between Hunter's actual business acumen and the coveted positions he held for decades. In fact, after Hunter and Jimmy conducted a takeover of Paradigm and fired the incumbent leader, Joe's brother assured the rest of the employees with the following pep talk: "Don't worry about investors. We've got people all around the world who want to invest in Joe Biden. We've got investors lined up in a line of [Boeing] 747s filled with cash ready to invest in this company."[470]

With that verified principle in mind—Hunter's employment was untethered to his natural or cultivated abilities—we explored the Bidens' financial entanglements with the communist Chinese. You can think about those entanglements in two tranches, or deals, with a plethora of interjecting people splattering the periphery. Other writers[471] have done a tremendous job of explaining the obvious conflicts of interest emanating from these two deals; *Marco Polo* was focused on the verifiable crimes[472] committed in the course of facilitating and leveraging these deals. Immediately after Hunter, Archer, and Kerry's stepson (Chris Heinz) established their influence peddling firms with variations of the name Rosemont Seneca, they were courted by the financial elite in China who—according to China's own laws—serve at the direction of the CCP.[473] With zero discernible quantitative skills, Hunter secured multimillion dollar carveouts with the Chinese state-backed entity, BHR, and the CCP's crown jewel overseeing their One Belt One Road (OBOR) project, an energy conglomerate called CEFC.

---

[468] "At the time that Lotito and the two Bidens hired Fasciana, he was awaiting sentencing on a 2005 fraud conviction. All I had to do to find those two DOJ press releases was to google John Fasciana — didn't the Bidens do any due diligence in this $21 million deal? Apparently not[.]"
*See* Bill Allison, "Due diligence in the Biden family lawsuit," *Sunlight Foundation*, September 2008, archive.ph/kLKda

[469] "Lotito v Biden," *Justia*, 2007, archive.fo/LxP5v

[470] "Three former Paradigm executives said James and Hunter Biden also sought to capitalize on Joe's strong ties to labor unions in the hopes of landing investments from them; Charles Provini, who briefly served as Paradigm's president, said both James and Hunter repeatedly cited Joe's political ties when they recruited him to work for the fund."
*See* Ben Schreckinger, "Biden Inc.," *Politico*, August 2019, archive.ph/6RrcU

[471] Peter Schweizer, "Red-Handed: How American Elites Get Rich Helping China Win," *HarperCollins*, January 2022, archive.fo/mVpdK

[472] "For example, based on recently released emails, texts, and my recent report with Senator Johnson on conflicts of interest relating to Hunter Biden's financial activities and those of his business associates, it appears that he and his uncle, James Biden, had significant connections to CEFC China Energy Co. Ltd. (CEFC). The records also show that CEFC was an extension of the Chinese government and that CEFC intended to alter U.S. policy and public opinion to its benefit and that the Chinese government would be the principal beneficiary of those actions."
*See* "Grassley Questions DOJ on Biden Family FARA Compliance Stemming from Business Deals With Chinese Communist-Backed Energy Tycoons," *U.S. Senator Chuck Grassley*, November 2020, archive.ph/hRZS9

[473] "The new law defines as a national security matter anything that threatens China's government[.]"
*See* "Chinese law broadens national security to include internet, space, domestic 'threats'," *Radio Free Asia*, July 2015, archive.fo/MwCB9

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 01/08/2011 | D.D.C. | Devon Archer & Eric Schwerin | 18 USC § 371 |

A debate over whether Hunter and his business partners violated the FARA (and/or conspired to do so) was made simpler when one of them—Archer, in this particular case—used the precise wording in an email to the other partners: "He [ZONG Qinghou] came to NYS [New York State] looking for powdered milk and we've done an initial pitch with him in NYC [] on Real Estate. China's richest man, literally.[474] We're going to do a follow-on real estate pitch and just general 'we can be your agent in US' convo." The last line confirmed the group had the unregistered agent of a foreign principal game down to a science, as Archer did not need to elaborate on what his "agent in US convo" with ZONG would entail. Before flying to the middle kingdom, Archer snagged three copies of Joe's book, *Promises to Keep*,[475] to hand out to ZONG and other big wigs at two state-backed entities: China International Trust and Investment Corporation (CITIC)[476] and China Investment Corporation (CIC).[477]

From: darcher@rosemontseneca.com
Subject: Re: Biden books
Date: January 8, 2011 at 18:18
To: Schwerin, Eric D. eschwerin@rosemontseneca.com
Cc: Biden, Hunter hbiden@rosemontseneca.com



Sam's contact, not sure that's the same.  He came to NYS looking for powdered milk and we've done an initial pitch with him in NYC in Dec. over lunch on Real Estate.  China's richest man, literally.  We're going to do a follow-on real estate pitch and just general 'we can be your agent in US' convo.

------Original Message------
From: Schwerin, Eric D.
To: darcher@rosemontseneca.com
Cc: Biden, Hunter
Subject: Re: Biden books
Sent: Jan 8, 2011 6:00 PM

Is the Wahaha meeting related to the Rank Group?

Eric D. Schwerin
eschwerin@rosemontseneca.com

Sent from my iPhone

On Jan 8, 2011, at 4:57 PM, darcher@rosemontseneca.com wrote:



Joe signing *Promises to Keep*
© Tim Prendergast



ZONG Qinghou
Chairman of Wahaha

Any chance I can get 3 Biden books to leave with cic, citic and chairman zong of wahaha? As an fyi chris is no longer attending.
Sent via BlackBerry by AT&T



474 "How China's richest man made it," *Washington Post*, November 2012, archive.ph/alq8c

475 Brian Dakss, "Joe Biden's 'Promises to Keep'," *CBS News*, August 2007, archive.ph/7cPDY

476 "Mr Rong Yiren established the China International Trust and Investment Corporation on instructions of the State Council … In December 2011, CITIC Limited was incorporated as a joint stock limited company in China, 100% owned by CITIC Group Corporation which itself is owned by the Ministry of Finance."
*See* "History," *CITIC*, archive.ph/dtUrw

477 "It is wholly owned by the Chinese government and has its own corporate entity status."
*See* "China Investment Corporation," *International Forum of Sovereign Wealth Funds* (IFSWF), archive.ph/A1UPu

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 01/28/2011 & 05/11/2011 | D.D.C. | Randy Russell | 2 USC § 1603 & 18 USC §§ 2, 371 |

As noted, Hunter's lobbying did not stop when Joe became vice president—he merely (and illegally) stopped registering. He violated lobbying laws by assuring Randy Russell[478] of his (unregistered, and therefore illegal) back channels to the CCP: "I just had dinner with the Chinese DCM [Deputy Chief of Mission, DENG Hongbo] here in DC and we've developed a little bit of a relationship- so once the visa is issued I can contact him directly."[479] But before Hunter pulled out the big guns, he offered to advocate on Russell's behalf to John Kerry's aide-de-camp, David Wade, and/or someone in Joe's entourage: "Should I have someone from jrb's office weigh in or is that overkill. And/or should I send email or call personally. … I am willing ready able to do all of the above or none of the above at your direction. How about David Wade[480] on Kerry's staff?" Hunter also spoke with YANG Jiechi, the CCP's top foreign minister and Politburo member, the CCP's most powerful decision-making body.[481]





ZHOU Jingxing

YANG Jiechi

Randy Russell

David Wade
archive.ph/aCfKA

DENG Hongbo
archive.ph/UQQki

[478] "Randy currently serves as Chairman of the Board … for the World Food Program USA[.]"
See "Who We Are - Randy Russell," *The Russell Group*, archive.ph/KTx6j

[479] Mark Moore and Miranda DEVINE, "Hunter Biden set up dinner for client at Chinese Embassy in DC after Joe's luncheon: emails," *New York Post*, September 2022, archive.ph/LV7Cn

[480] "Wade was the Chief of Staff to the US Department of State for more than two years. … [He was] the national spokesperson and traveling communications chief for the successful 2008 vice presidential campaign of Joe Biden. … He is a Life Member of the Council on Foreign Relations."
See "David E. Wade - Lecturer," *Yale Jackson Institute for Global Affairs*, archive.ph/V2kGu

[481] "YANG met frequently with BIDEN during his tenure at the Chinese embassy in Washington. Hunter Biden's 2013 Bohai Harvest Rosemont investment partnership was set-up by Ministry of Foreign Affairs institutions designed to garner influence with foreign leaders during YANG's tenure as Foreign Minister."
See "Project Time," *Typhoon Investigations*, October 2020,
web.archive.org/web/20201022161416/https://www.baldingsworld.com/wp-content/uploads/2020/10/KVBJHB.pdf

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 10/19/2011ff | D.D.C. | Devon Archer & Gary Fears | 18 USC §§ 2, 219 & 22 USC § 612 |

A flamboyant online and Indian gambling industry huckster named Gary Fears finagled Hunter and Archer to join him as an unregistered agent for the China Entrepreneur Club (CEC). The CEC had the reputation of being "a second foreign ministry"[482] for the CCP, and the group brought nearly thirty billionaires to the White House on 11/14/2011. Eager to claim plausible deniability, Hunter tasked Archer with facilitating a meeting between Joe and the group, which it later bragged[483] about in a report. In fact, quite a few members of this "private sector" junta would be Hunter's future partners.[484]



Gary Fears

LIU Chuanzhi

---

[482] "On Tuesday, hours after landing in Beijing, [TRUDEAU] answered questions from the China Entrepreneur Club, an exclusive group of billionaires who have come to act as a second foreign ministry."
*See* Nathan VANDERKLIPPE, "Economic, political plans at play as Ma sells Trudeau on a modern China," *The Globe and Mail*, September 2016, archive.ph/TMGyL

[483] "The delegation was received with the highest respect and greatest hospitality by the host countries, marked by meetings held with international political leaders such as U.S. Vice President Joe Biden[.]"
*See* "China Entrepreneur Club," May 2015, tinyurl.com/397teeme

[484] "CEC's leadership boasts numerous senior members of the Chinese Communist Party. … The Obama-Biden Administration archives reveal that this Chinese delegation did indeed visit the White House on November 14, 2011, and enjoyed high-level access. The delegation included approximately thirty members, according to White House visitor logs. But those records also obscure perhaps the most important item for the Chinese delegation: a meeting with Vice President Joe Biden himself. … But the Vice President's off-the-books meeting was revealed by one of the core founders of the CEC. … CEC Secretary General Maggie Cheng alleges that she facilitated the CEC delegation meetings in Washington in 2011 and boasts of the Washington establishment figures that CEC met with. The first name she dropped was that of Vice President Joe Biden."
*See* Peter Schweizer and Seamus Bruner, "'This is China, Inc.': Emails Reveal Hunter Biden's Associates Helped Communist-Aligned Chinese Elites Secure White House Meetings," *Breitbart*, October 2020, archive.ph/sv60c

## BOHAI HARVEST RST (BHR)

BHR, a Chinese state-backed fund that Hunter helped form, was the biggest payoff for the Biden family—that is, if Hunter actually divested from the fund. Through his fixer and lawyer, Chris Clark, Hunter has repeatedly[485][486] assured the press that he does not either "directly or indirectly" own a portion of BHR, although he has provided zero evidence to support that claim. There are, however, multiple[487][488] sources—governmental[489] and private—showing that a shell company he controls, namely Skaneateles LLC, still owns 10% of the fund. BHR, not by mere conjecture or presumption but as a matter of public record and governmental financial data, is an organ of the Chinese state. More than a controlling portion of its shares are owned by entities under the purview of the CCP's Ministry of Finance and, in its most critical deals, BHR has partnered with state-owned enterprises (SOEs). In fact, the fund's head honcho explicitly stated as much and bragged about it: "LI Xiangsheng, CEO of BHR, told local media that the fund's strong government background would allow it to make super-big investments, saying the fund could take loans from its shareholders such as China Development Bank and Bank of China to complete transactions."[490] In U.S. media, the ostensible mission of BHR is to facilitate "cross border" transactions, but this vanilla description was purposely obscure. Rather, BHR has repeatedly acquired sensitive technologies that the CCP sought. Again, BHR does not hide this fact and a revelatory interview with LI and WANG Xin on BHR's own website testified to this imperialistic economic mission.[491] LIN Junliang "Michael"[492] and Hunter have been partners for over a decade[493] under the watchful eye of the aforementioned Bulger, and LIN helped facilitate BHR. Before getting on the bad side of Xi Jinping and disappearing in June 2015, CHE Feng, known to Hunter as the "Super Chairman," served as the ring leader who promised funding and facilitated introductions to state-supported financial firms who eventually backed BHR.[494]



LIN Junliang "Michael"
DOB: 11/01/1963
Chinese Passport #: 13168[]



LI Xiangsheng "Jonathan"
DOB: 04/06/1964
Hong Kong ID #: P160302(0)



WANG Xin
California Bar #: 237567
Canadian Passport #: AC745165



CHE Feng
"Super Chairman"
DOB: 07/02/1970



GUO Hua "George"
DOB: 10/13/1965
SSN: ███-██-7163

485 "While Chinese corporate records show Skaneateles remains a part owner of BHR, Chris Clark, a lawyer for Mr. Biden, said that he 'no longer holds any interest, directly or indirectly, in either BHR or Skaneateles.'"
*See* Michael Forsythe, Eric Lipton and Dionne Searcey, "How Hunter Biden's Firm Helped Secure Cobalt for the Chinese," *New York Times*, November 2021, archive.ph/IrfEI

486 Keith Bradsher and Michael Forsythe, "Why a Chinese Company Dominates Electric Car Batteries," *New York Times*, December 2021, archive.ph/fbhAy

487 "BHR," *Qixin*, qixin.com/company/d65265d8-3668-4d69-961d-e106f5a32024

488 "BHR," *Baidu*, tinyurl.com/2p8wzpsd

489 "BHR - Unified social credit code: 9131000008619858X2," *National Enterprise Credit Information Publicity System*, sh.gsxt.gov.cn

490 Aime Williams et al., "Hunter Biden's web of interests," *Financial Times*, October 2019, archive.ph/BJt2C

491 "Q&A: BHR Partners' Jonathan Li & Xin Wang," *BHR*, March 2016, archive.ph/h3LzM

492 LIN's given name is also spelled as Chun-Liang in American corporate documents.
*See* "Thornton Group LLC," *OpenCorporates*, archive.ph/6otIk#selection-331.0-333.9

493 Chuck Ross, "Hunter Biden-Linked Legislative Group has Partnered for Years with a Chinese Propaganda Front," *The Washington Free Beacon*, May 2021, archive.ph/vvntB

494 FANG Frank, "Paradise Papers Reveal Son-in-Law of Former Bank of China Governor had Murky Stock Dealings," *The Epoch Times*, November 2017, archive.ph/AQ24l

Hunter's emails confirmed that he has lied to numerous media outlets about the timeline and chain of events surrounding BHR—from the date he was introduced to the CCP-supported proxies to when crucial agreements were signed.[495] Hunter was so enthusiastic about working with LI Jonathan that in April 2011, more than two years before BHR was put in Shanghai's business registry, he gushed to LI: "You are the best … Just give me my marching orders." When Hunter tagged along with Joe to China in December 2013 on Air Force Two, he orchestrated a meeting between Joe and LI in Joe's hotel.



From: Jim Bulger jbulger@thorntonai.com
Subject: Re: Thanks
Date: May 4, 2011 at 16:43
To: Michael Lin michael.c.l.lin@gmail.com, Hunter Biden hbiden@rosemontseneca.com
Cc: Jonathan Li jonathan.li@bohaicapital.com

Nicely done savage beast!!
We are standing at attention over here waiting to leap into action.
Thanks
Jimmy


James J. Bulger
Chairman
Thornton Group LLC
14 Beacon Street, Suite 804A
Boston, MA 02108
Office Tel: 617.248.9440

From: michael.c.l.lin@gmail.com
Date: Wed, 4 May 2011 15:57:41 +0800
To: Jim Bulger<jbulger@thorntonai.com>; Hunter Biden<hbiden@rosemontseneca.com>
Cc: Jonathan Li<jonathan.li@bohaicapital.com>
Subject: Re: Thanks

Gents,

Jonathan and I had a phone chat. He talked to Mr. Che yesterday again. According to Jonathan, 1) Che is pleased to get us engaged in this deal, 2) Che wishes to get Jonathan involved in this important transaction, and 3) Jonathan will soon help come up with the deal intro./info. and let us know the cooperation mechanism among us.

Thanks and regards,

Michael

On Fri, Apr 29, 2011 at 1:54 AM, Hunter Biden <hbiden@rosemontseneca.com> wrote:
Dear Jonathan,
You are the best. I was so glad to see you in good spirits and good health. I am in full agreement with Jim- between all of our organizations we should be able to achieve a great deal. Just give me my marching orders. I look forward to seeing you soon. Best, Hunter.

Joe & LIN Michael (2019)

Jonathan Li

On Apr 28, 2011, at 10:45 AM, Jim Bulger wrote:
Jonathan
Thanks for the great time last week we had a blast with you and Super Chairman Che in Beijing!
I want you to be aware that we can help Mr. Che with his medical equipment procurement process. Between Thornton Rosemont and yourself I know that we can help Che with this endeavour.
I am hesitant to suggest a next step to you Jonathan, as you are the expert, but if you could have Mr. Che send a brief write up of exactly what he is looking for. Then we could begin the process on this side.
What do you lads think?

Joe standing on the 中国的长城 (08/10/2001)

Hunter, LIN & LI Jonathan (04/12/2010)

[495] "In 2012, Archer and Hunter talked to Jonathan Li, who ran a Chinese private-equity fund, Bohai Capital, about becoming partners in a new company that would invest Chinese capital … in companies outside China."
See Adam Entous, "Will Hunter Biden Jeopardize His Father's Campaign?," *The New Yorker,* July 2019, archive.ph/v0f7t

To Archer, who would become the vice chairman of the fund, BHR was "a serious opportunity. Not only on it's [*sic*] own merits from an economics standpoint but from the leverage in access it provides with the big boys here in the west who all need China; from Tiger to Blackstone to Carlyle etc."



Marc Michael LoPresti
DOB: 07/31/1972
NY Bar #: 2928455
LoPresti introduced Archer to Hunter

Hunter agreed and, after seeing CHE's proposed term sheet, he elatedly wrote to Archer: "[B]ottom line is if I/ you and me get around 7% of this fund it could be in many ways the end all be all. I dont believe in lottery tickets anymore, but I do believe in the super chairman. … if we were 20% owners of a CIC [China Investment Corporation] super chairman backed fund I think the sky's the limit." Hunter continued gushing to Archer and compared him to a Third Reich model: "Your question- 'why does Super Chair[man] love me so much?' is easily answered. It has nothing to do with me and everything to do with my last name (and I bring along very handsome Aryan godlike men wherever I go)."



LoPresti & Joe in the West Wing
(04/12/2011)

Archer, LIN, Bulger & Michael Leonard (10/2012)

CHE, the son-in-law[496][497] of former People's Bank of China governor DAI Xianglong, had shamelessly wined-and-dined Hunter, an alcoholic, and Hunter's colleagues at the Four Seasons in Hong Kong. Remember: According to Hunter himself, CHE's courtship and generosity had "everything to do with" the Biden surname. LIN—who had been ingratiating[498] himself with sinophilic American officials and political operatives alongside Bulger for a decade—nonchalantly told Hunter: "When secret service wish [*sic*] to call to check things as they always do, pl[ea]s[e] make them call [LI] Jonathan or me."

Michael Lin <michael.c.l.lin@gmail.com>                                     Oct 8, 2011 at 03:46:10

Four Seasons Hotel Hong Kong – A Luxury Hotel in Hong Kong, China
To: Jimmy Bulger <bulgerthor@aol.com>, "hbiden@rosemontseneca.com" <hbiden@rosemontseneca.com>
Cc: jonathanlee838@hotmail.com

Gents,

http://www.fourseasons.com/hongkong/

This is the hotel Super Chairman will book and pay for us to stay Oct 19th- 21th.

Best,

Michael



CHE
"Super Chairman"



DAI Xianglong
Father-in-law of CHE

Michael Lin <michael.c.l.lin@gmail.com>                                     Oct 8, 2011 at 05:01:44

Re: Hong Kong Trip

To: hbiden@rosemontseneca.com

Cc: Jimmy Bulger <bulgerthor@aol.com>, jonathanlee838@hotmail.com

Hunter,

When secret service wish to call to check things as they always do, pls make them call Jonathan or me.

Jonathan: +86 15822500998
Michael: +86 13511035966

Regards,

Michael

发自我的 iPad

在 2011-10-8, 下午5:54, Michael Lin <michael.c.l.lin@gmail.com> 写道:

Gents,

Here are the schedules Jonathan and Super Chairman propose:

Oct 19th:  HB, JB, JL and ML to arrive in HK at night, check in Four Seasons Hotel and rest
Oct 20th morning: Free time
Oct 20th noon: HB, JB, JL and ML lunch together at Four Seasons Hotel
Oct 20th 2:00- 5:00pm: Discuss our project in a conference room of Four Seasons w/ SC
Oct 20th 6:30pm: SC to host dinner party in a club (Shop A G/F Citicorp Centre 18 Whitfield Road Hong Kong)
Oct 21th: We four depart HK for US/Beijing

Four Seasons Hotel in Hong Kong

---

[496] "Behind him is the help of his contacts in the political and financial circles … [i]ncluding MA Jian and GUO Wengui."
*See* "The clues of the case of Che Feng are entangled with Wen Jiabao," July 2015, archive.ph/WjR72

[497] David Barboza, "Family of Chinese Regulator Profits in Insurance Firm's Rise," *New York Times*, December 2012, archive.ph/upcXt

[498] "I have just returned from Beijing, China where a delegation of state legislative leaders and I had the good fortune to meet with prominent Chinese political and business leaders."
*See* "Steve Lakis Reports on Bridge-building Trip to China," *Thornton Group*, 2007, archive.fo/0xV9I

**BUSINESS-RELATED CRIMES**                                                                                94

Whitey Bulger's nephew wanted to keep the fund hush-hush until a formal agreement was signed: "Please remember that I have not informed anyone in my office about the reason for my trip to Hong Kong last week. … I want to keep this effort quiet until we have a contract." Hunter lied[499] about not owning equity in BHR until Joe was done with the vice presidency; additionally, Bulger and Hunter's "effort" required zero money down from Hunter! His attorney, Ken Levinson, explained it in an email from April 2016: "$361,168 (payoff/down of Devon's loan to fund Hunter's investment in BHR)[.]"[500]



---

[499] Mesires wrote: "Hunter neither played a role in the formation or licensure of the company, nor owned any equity in it while his father was Vice President." Unsurprisingly, the Biden Laptop told a completely different story. In fact, Hunter was integral to the formation of the fund, and his company—Skaneateles, a shell entity he controls—owned 10% of BHR while his father was vice president through a proxy. Archer even provided Hunter with a loan for the shares.
*See* George Mesires, "A Statement on behalf of Hunter Biden," October 2019, *Medium*, archive.ph/Mrt1C

[500] "Ken Levinson," *LinkedIn*, archive.ph/EfYEN

**BUSINESS-RELATED CRIMES**                                                                 95

A schematic in a BHR pitch deck touted its global connections—from the former Lord Mayor of London to George Soros's money changer, Paul Sohn.⁵⁰¹ Jason Sugarman, who would be charged by the SEC in relation to the Indian bond fraud that brought down Archer and others, was also intimately involved.⁵⁰² BHR enjoyed Ambassador-level access made possible by Joe's relationship in the Senate with Max Baucus.⁵⁰³⁵⁰⁴ With seemingly endless liquidity from the Bank of China and other SOEs, BHR was a billion dollar fund whose returns were not merely financial, but also political.⁵⁰⁵



501 "As often happens when hedge fund managers get on opposite sides of a trade, it got personal, with Bill Ackman complaining to the SEC that Soros had violated insider trading laws and Sohn bragged about his boss Soros, 'George Soros broke the back of England, and George Soros can break the back of Ackman.'"
*See* Vered Weiss, "Herbalife Bull Paul Sohn Leaves Soros Management," *Jewish Business News*, January 2015, archive.ph/NXKfF/image

502 "BANC: Extensive Ties to Notorious Fraudster Jason Galanis Make Shares Un-Investible," *Dividend Detective*, October 2016, web.archive.org/web/20220201192226/https://dividenddetective.com/BANCreport.pdf

503 "Former Democratic Sen[ator] Max Baucus of Montana was sworn in as ambassador to China on Friday during a closed-door ceremony at the State Department. … Vice President Joe Biden administered the oath of office[.]"
*See* Malia Herman, "Max Baucus sworn in as ambassador," *Great Falls Tribune*, February 2014, archive.fo/JQLy1

504 "Milt is the senior partner of the firm and has practiced law in Montana for over 40 years."
*See* "Milton Datsopoulos," *Datsopoulos, MacDonald, & Lind, P.C.*, archive.ph/tabnV

505 Yuichiro Kakutani, "Hunter Biden's China Entanglements Spark Concern in Senate," *The Washington Free Beacon*, October 2019, archive.ph/EEGgW

As noted previously, the grooming[506] process by LIN and other handlers started before 2010 and culminated in December 2013. The Chinese rolled out the red carpet for not only Hunter but also the CEO of Rosemont Realty (RR), on whose advisory board Hunter sat. Dan Burrell, for his connections to American princelings, was given special treatment and flowery photo ops.[507] Another 2004 Kerry presidential campaign alumnus and Yale graduate, Burrell facilitated the large commercial real estate firm's pump-and-dump sale to the Chinese SOE-linked Gemini.[508] Burrell[509] worked closely with Archer to court foreign cash—in fact, over $200M poured in from the wife of the former mayor of Moscow.[510] RR's sale to Gemini provided hundreds of thousands of dollars to Hunter and millions to Burrell, who is also a divorcé and is said to have repeatedly indulged in cocaine and prostitute binges.



Dan Burrell, Jimmy Bulger, Hunter, Archer & LIN (2011)

**Rosemont Realty**

**Background** — Rosemont Realty is a player in the commercial property acquisition and asset management space operating in over 25 states. The company is headquartered in Santa Fe, New Mexico. The current Rosemont portfolio comprises over 16 million square feet and is heavily weighted to the office sector. It has over 200 properties. Rosemont Realty is the largest private holder of commercial real estate in New Mexico. Founded in 1991, Rosemont Realty has eight regional offices in Albuquerque, Atlanta, Dallas, Denver, Houston, New York, San Antonio and Washington D.C.

Rosemont Realty LLC was earlier known as BGK Group (largest real estate holder in New Mexico). Rosemont Realty LLC operates as a subsidiary of Rosemont Solebury Capital Management LLC, a private equity arm of Solebury Capital Group LLC specializing in buyouts, growth equity, recapitalizations, and large-cap privatizations.

**Management** — **Daniel Burrell, CEO:** Prior to being appointed as CEO, Mr. Burrell was a Partner of Rosemont Capital, L.P, where he managed the firm's fixed income and real estate operations. Before joining Rosemont, Mr. Burrell was President of DCB Private Equity, a boutique firm specializing in real estate debt and equity financing. Prior to DCB Private Equity, Mr. Burrell was a Vice President at Brentwood Capital Partners, a LA based real estate opportunity fund. Mr. Burrell has also held positions in the Domestic Policy Council of the White House during the Clinton Administration and as an advisor to Senator John Kerry during his 2004 presidential campaign. Mr. Burrell received a Bachelor of Arts degree from Georgetown University, a General Course Degree from the London School of Economics, and a J.D. from Yale Law School. Mr. Burrell recently served as Vice Chairman of New Mexico's Mortgage Finance Authority and Chairman of its Contract Services Committee.

In response to questions, Mr. Archer further commented on his personal wealth and business relationships and stated that he expected the sale of his real estate business to realize a significant amount of money (in the many millions) and noted his friendship with Chris Heinz. He further stated that he believed his personal net worth likely exceeded that of Mr. Sugarman. Mr. Archer again confirmed he was not beholden to Mr. Sugarman in any way.

Mr. Archer further discussed the possible sale of his company and the revenues that might be realized, which he said would be a big liquidity event for him, as well as his connections with Bohai, which he said was sponsored by major banks and institutional investors in China. He also discussed his client relationship with Yelena Baturina, who he said had invested over $200 million dollars in his various investment funds. Mr. Archer emphasized that he had ample funding, but that the investors wanted to be efficient.

**Key Considerations**
- Over 20 years of experience in real estate investments.
- Portfolio value currently stands at approximately $1.5billion. Goal is to increase value to over $2 billion by 2014.
- Significant activity in the last 12 months with over $500 million of investments made in more than 4 million square feet of Class A/B office space.
- Hunter Biden (son of Vice President Biden) is on the advisory board

Burrell



GEMINI ROSEMONT — COMMERCIAL REAL ESTATE

---

506 "The delegation was led by James Bulger, Chairman of Thornton Group, and Hunter Biden, Senior Advisor of [the] Rosemont Realty Fund[.]"
*See* "Thornton Group visits financial holding executives in Taiwan," (translated), *Thornton Group*, May 2011, archive.ph/vbMm6

507 "Board of Advisors," *Rosemont Realty*, September 2011, archive.ph/gJRPN

508 "So what if China did launch an investigation into the Bidens' dealings in that country? What would they find? Well, one of the pins on the string board could be placed in Santa Fe. The connecting thread, perhaps thin, runs through a hugely successful City Different company once known as the BGK Group and later as Rosemont Realty and which has now moved its headquarters to Los Angeles under the name Gemini Rosemont – following [the] purchase of a majority stake in the company by a Chinese firm. The backstory contains elements of wealth, crime and intrigue, and a cast of characters worthy of a novel by sometimes Santa Fean Stuart Woods. The story starts with Eddie Gilbert, the Santa Fe real estate magnate who died in 2015, four days short of his 93rd birthday. Gilbert's life was recorded by Richard Wittingham's 2003 biography 'Boy Wonder of Wall Street[.]'"
*See* T.S. Last, "There's a Hunter Biden-Santa Fe connection," *Albuquerque Journal*, December 2019, archive.ph/nTnGp

509 "Burrell was able to tap into some of the families and funders he met on the campaign circuit. 'There is no networking experience on earth like being a senior member of a presidential campaign,' he said. In 2009, he came to New Mexico for a Diane Denish campaign event and met some of the managers at BGK Properties — and eventually Eddie Gilbert himself, the former New York financier whose life on Wall Street was documented in Boy Wonder of Wall Street, the 2003 book by Richard Wittingham. Gilbert came to Santa Fe when he was in his mid-60s to rebuild his life and business and was in his mid-80s when he met Burrell."
*See* Bruce Krasnow, "Poised for growth, Rosemont Realty CEO wants to nurture New Mexico," *Santa Fe New Mexican*, December 2012, archive.ph/m40dn

510 *United States v. Galanis et al.* (16-cr-00371), Gov't Exhibit 758, S.D.N.Y., archive.ph/otWMZ

BHR's portfolio[511] includes companies who owned critical dual-use technologies that have been harnessed by the CCP for OBOR's imperialistic economic mission.[512] A sample of these companies, shown in the table below, included Face++ which—according to the U.S. government—has "been implicated in human rights violations and abuses in China's campaign targeting Uighurs and other predominantly Muslim ethnic minorities in the Xinjiang Uighur Autonomous Region (XUAR)."[513514] Put bluntly, the son of the sitting pResident was invested in a sanctioned company that profiled ethnic minorities.[515516] BHR was also invested in a Chinese nuclear energy company whose engineer (HO Szuhsiung "Allen," who lived just five minutes from Joe in Delaware) was convicted—and subsequently deported—for stealing nuclear technology and conspired to act as an agent for the CCP.[517] Hunter's firm bragged about being the "cornerstone investor in CGN's Hong Kong IPO."[518]



HO's home in Delaware (39.783108, -75.591758)

| Sample of BHR Portfolio Companies | Investment Date | Jurisdiction |
|---|---|---|
| China General Nuclear Power Group (CGN) | 2014 | China |
| Sinopec | 2014 | China |
| Henniges Automotive [with AVIC] | 2015 | USA |
| Contemporary Amperex Technology Co. Limited (CATL) | 2015 | China |
| Didi | 2015 | China |
| Tenke Fungurume Mining [with China Molybdenum] | 2016 | DRC (Congo) |
| Watagan Mining [a wholly-owned subsidiary of Yancoal Australia] | 2016 | Australia |
| Face++ | 2017 | China |

511 QIAN Fengjunsheng, "'International Concept, Chinese Practice,'" (translated), July 2018, archive.ph/k7WrW

512 "Guidance on Promoting Green Belt and Road," *State Information Center of China*, May 2017, archive.ph/y7S93

513 "U.S. Department of Commerce Adds 28 Chinese Organizations to its Entity List," *U.S. Department of Commerce*, October 2019, archive.fo/KjQ8z

514 "Bohai Harvest relies heavily on an international subsidiary of the state-owned Bank of China to finance its investments, referring to itself as an 'investment platform under BOC' … The fund has also partnered with a subsidiary of HNA Group, a … conglomerate … has snapped up investments in a wide range of businesses across the world."
*See* Lee Fang, "Chinese Fund Backed by Hunter Biden Invested in Major Chinese Surveillance Firm," *The Intercept*, May 2019, archive.ph/oBAWm

515 "A key Chinese business partner of Hunter Biden said the Chinese state-backed private equity company was conducting 'internal studies' on whether, and how, to explain the son of former vice-president Joe Biden's role in the company. Jonathan Li Xiangsheng, the chief executive of BHR Equity Investment Fund Management Company, said the firm was working to produce an explanation about Hunter's role when he was reached by the *South China Morning Post* by telephone, but declined to elaborate. … The US president's claims have also drawn attention to BHR Equity Investment, which is backed by China's state-owned lender Bank of China and the country's flagship mutual fund management firm Harvest, even though China's media outlets have remained silent on the matter."
*See* ZHOU Cissy, "Chinese business partner of Joe Biden's son yet to decide whether to comment after Donald Trump's call for investigation," *South China Morning Post*, October 2019, archive.ph/dDe5K

516 "As the anchor investor, Bohai Harvest participated in the Hong Kong listing of CGN Power (translated)," *BHR*, December 2014, archive.ph/wG1vZ

517 "U.S. Nuclear Engineer, China General Nuclear Power Company and Energy Technology International Indicted in Nuclear Power Conspiracy against the United States," *U.S. Department of Justice*, April 2016, archive.ph/CyhgX

518 Aime Williams et al., "Hunter Biden's web of interests," *Financial Times*, October 2019, archive.ph/O2FtS

Until Hunter and Schwerin had a falling out, the latter held a 2.5% stake in BHR and was a corporate "supervisor" for the fund. Schwerin sent Hunter a note about how BHR's sale of Didi[519] stock was going to put over $300,000 in their pocket.[520] Another "significant distribution" was BHR's application in 2019 to sell their shares of the Chinese lithium-ion battery manufacturer, CATL.[521] Correlation does not imply causation, but it was certainly an advantageous development for CATL when their stock price appreciated more than 50% after Joe announced[522] a U.S. evacuation from Afghanistan, where lithium deposits are plentiful and Chinese extractors are ready to feast upon the natural resource.[523]



[519] "Apple Invests $1 Billion in Didi, Uber's Rival in China," *Wall Street Journal*, May 2016, archive.ph/UPp6W

[520] "One of BHR's first major portfolio investments was a ride-sharing company like Uber called Didi Dache—now called Didi Chuxing Technology Co. That company is closely connected to Liu Chuanzhi, the chairman of the China Entrepreneur Club (CEC) and the founder of Legend Holdings—the parent company of Lenovo, one of the world's largest computer companies. Liu is a former Chinese Communist Party delegate and was a leader of the 2011 CEC delegation to the White House. His daughter was the President of Didi. Liu has long been involved in CCP politics, including serving as a representative to the 9th, 10th, and 11th sessions of the National People's Congress of the PRC and as a representative to the 16th and 17th National Congress of the Chinese Communist Party."
*See* Peter Schweizer and Seamus Bruner, "'This is China, Inc.': Emails Reveal Hunter Biden's Associates Helped Communist-Aligned Chinese Elites Secure White House Meetings," *Breitbart*, October 2020, archive.ph/sv60c

[521] "An even earlier investor in CATL was a Chinese private equity company connected to Hunter Biden, the American president's son. The firm, known as BHR, bought a 0.4 percent stake in 2016, paying roughly $15 million. In 2019, when BHR applied to sell the stake, it was valued at roughly $76 million."
*See* Keith Bradsher and Michael Forsythe, "Why a Chinese Company Dominates Electric Car Batteries," *New York Times*, December 2021, archive.ph/fbhAy

[522] "Biden Announces Full U.S. Troop Withdrawal from Afghanistan by Sept. 11," *U.S. Department of Defense*, April 2021, archive.fo/nTsCJ

[523] Eltaf NAJAFIZADA, "Chinese Miners in Talks to Access Vast Afghan Lithium Reserves," *Bloomberg*, November 2021, archive.ph/fVXKi

In truth, what we know about BHR's vast portfolio was limited by the secrecy of the Cayman Islands and other tax havens. In a document marked[524] "Confidential" that was distributed to board members before the quarterly meeting (for which Hunter sent Whitey Bulger's nephew as his proxy), the list of BHR's offshore subsidiaries looked like an invoice from Gene Hackman's character in *The Firm*.[525]

### Summary of BHR Subsidiaries and Managed Funds

| | Category | Naming Rule | Shareholder / General Partner | Place of Registration/ Incorporation | Total | Comment |
|---|---|---|---|---|---|---|
| **Onshore** | Direct and Indirect Subsidiaries | Bohai Huamei Rui X (Shanghai) Investment Management Co., Ltd., Bohai Huamei Chengdu Equity Investment Fund Management Co., Ltd., Beijing Bohai Huamei Rui X Equity Investment Fund Management Co., Ltd., Bofeng (Shanghai) Industrial Development Co., Ltd., Huayu (Shanghai) Information Technology Co., Ltd. | Shareholder: BHR or its Shenzhen subsidiary | Shanghai Free Trade Zone, Shenzhen Qianhai, Chengdu Tianfu New District, Beijing | 7 | |
| | Deal Funds | (i) Bohai Huamei##Phase (Shanghai) Equity Investment Fund Partnership (Limited Partnership) (ii) Bo X (Shanghai) Investment Center (Limited Partnership) (iii) X Yuan (Shanghai) Investment Management Center (Limited Partnership) (iv) Chengdu Bohai Huamei X Phase Equity Investment Fund Partnership (Limited Partnership) (v) Wenzhou Run X Equity Investment Fund Partnership (Limited Partnership) (vi) Bohai Huamei (Shenzhen) Investment Consulting Partnership (Limited Partnership) (vii) Ningbo Meishan Bonded Port Area Bohai Huamei Qing X Equity Investment Fund Partnership (Limited Partnership) | GP: BHR, BHR Ruiyun, BHR Ruila, BHR Chengdu LP: Angju | Shanghai Free Trade Zone, Chengdu Tianfu New District, Zhejiang Wenzhou, Ningbo Meishan Bonded Port Area | 22 | |
| | Carried Interest Entities | Gongqingcheng Huamei Xieli Investment Management Partnership (Limited Partnership) Gongqingcheng Bohai Huamei X Phase Investment Center (Limited Partnership) | GP: Angju, BHR Ruiyun, BHR Ruila LP: BHR employees | Gongqingcheng, Jiangxi | 6 | |
| | Employee Co-investment Entity | Gongqingcheng Huamei Qixin Investment Management L.P. | GP: Angju LP: BHR employees | Gongqingcheng, Jiangxi | 1 | Will serve as LP and co-invest in deal funds with other investors. |
| **Offshore** | Direct Subsidiaries | BHR Investment Management Limited BHR Investment Consulting Limited | Shareholder: BHR | Hong Kong | 2 | |
| | Indirect subsidiaries | BHR (Cayman) Management Limited BHR (Cayman) GP I, L.P. BHR (Cayman) GP II, L.P. BHR (Cayman) GP III, L.P. | Shareholder: BHR Investment Management Limited | Cayman | 4 | Will serve as Manager/GP of shell funds in Cayman Islands. |
| | SPV | BHR Win XXX Investment Management Limited | Shareholder: BHR Investment Management Limited | Hong Kong | 4 | Will serve as SPVs in overseas M&A projects where Jonathan Li as the sole initial shareholder and upon registration transfers all his shares to the deal fund as necessary. |
| | | BHR New XXX Investment Management Limited | Shareholder: Jonathan Li / Onshore Deal Fund | Hong Kong | 6 | |
| | | United NSW Energy Limited | Shareholder: BHR (Cayman) Management Limited | BVI | 1 | |
| | Shell Funds | BHR Investment Fund ##, L.P. | GP: BHR (Cayman) GP I, Limited BHR (Cayman) GP II, Limited BHR (Cayman) GP III, Limited LP: BHR New Energy Limited | Cayman Islands | 10 | |
| | Carried Interest Entities | BHR New XXX Investment Management Limited | Shareholder: employees | BVI | 2 | In overseas projects with carried interest distribution, the sole shareholder of the deal funds in Cayman Islands (a.k.a. BHR Investment Management Limited) will transfer 30% of its shares of GP I/GP III to the carried interest distribution entity. |
| | Employee Co-investment Entity | BHR New XXX Investment Management Limited | Shareholder: employees | BVI | 1 | Will serve as LP and co-invest in deal funds with other investors. |

524 "BHR Q1 2019 Board Meeting Minutes," *Marco Polo*, tinyurl.com/2vsjpz95

525 Vincent Canby, "The Firm; A Mole in the Den of Corrupt Legal Lions," *New York Times*, June 1993, archive.ph/HrON0

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 04/13/2015 & 09/01/2015 | D.D.C. | Devon Archer & Jimmy Bulger | 18 USC § 2 & 22 USC § 612 |

Given the secret code name of "Project Hanson," BHR's takeover of Henniges Automotive—an American manufacturer of critical dual-use, anti-vibration technologies—was enabled by Hunter and his business partners' repeated violations of the FARA. The sale required interagency approval by the Committee on Foreign Investment in the United States (CFIUS)[526] and for BHR—along with the Aviation Industry Corporation of China (AVIC), BHR's partner—to prove they did not pose grave national security threats.[527] The question of whether Hunter used his father's influence to grease the wheels of CFIUS was not ascertainable from the laptop; however, it was abundantly clear that Hunter's representation of BHR—for months—was illegal given that he did not register with the DOJ.



[526] "The direct involvement of Mr. Hunter Biden and Mr. Heinz in the acquisition of Henniges by the Chinese government creates a potential conflict of interest. Both are directly related to high-ranking Obama administration officials. The Department of State, then under Mr. Kerry's leadership, is also a CFIUS member and played a direct role in the decision to approve the Henniges transaction. The appearance of potential conflicts in this case is particularly troubling given Mr. Biden's and Mr. Heinz's history of investing in and collaborating with Chinese companies, including at least one posing significant national security concerns. This history with China pre and post-dates the 2015 Henniges transaction." *See* "Grassley Raises Concerns Over Obama Admin Approval of U.S. Tech Company Joint Sale to Chinese Government and Investment Firm Linked to Biden, Kerry Families," *U.S. Senator Chuck Grassley,* August 2019, archive.ph/8W3tX
[527] Amrietha NELLAN, "AVIC International a Success: How Regulatory Changes to CFIUS Has Limited Political Interference and Empowered Chinese Investors to Obtain a Successful Review," *Hastings Business Law Journal,* Spring 2013, tinyurl.com/585ws9dh

"Project Hanson" was mentioned in 25 separate emails on the Biden Laptop; accordingly, Hunter was intimately involved in the transaction beginning, at least, in February of 2015. He inquired about which law firm in the U.S. BHR had hired. Just seven months later, WANG apparently had advance notice that BHR's deal was going to be approved by CFIUS—in her words, the approval was "expected by Tuesday NY time." WANG even used acquisitive language to describe the purchase: "On BHR's side, Xinzhong and the key deal team members … will be in Detroit to celebrate this milestone together with AVIC Auto officials and the Target company [Henniges]." Not even a year later, WANG bragged about the deal in a somewhat candid interview[528] with LI: "Henniges is our typical business model. We set up a joint venture with AVIC[529] - they own 51% and we own 49% - and did the acquisition together. AVIC has industry experience, operations in China, and it knew Henniges well."[530] Firstly, who would have given BHR advance notice to "expect" CFIUS to approve the deal and, secondly, how would WANG have known a specific time for the approval? A contact card on the laptop for a Michael Goodwin from the "CFIUS Office" at the U.S. Commerce Department could provide answers.



[528] "Q&A: BHR Partners' Jonathan Li & Xin Wang," *BHR*, March 2016, archive.ph/h3LzM

[529] "A report prepared for the U.S.-China Economic and Security Review Commission in 2009 warned about China's 'defense enterprise groups' and the Chinese government's pursuit of civilian-military dual-use technologies, with a focus on AVIC's role, with the report noting that 'AVIC develops, manufactures, and markets military and commercial aircraft, as well as engines and airborne weapons.' The report warned about 'the overlap between civil and military programs as a commercial endeavor beneath the single umbrella of AVIC' and the 'involvement with dual-use applications' of some of AVIC's subsidiaries."
*See* Jerry Dunleavy, "Hunter Biden holds stake in Chinese firm that invested in companies sanctioned by US," *Washington Examiner*, June 2021, archive.fo/Rd0vN

[530] James Areddy, "What We Know About Hunter Biden's Dealings in China," *Wall Street Journal*, October 2019, archive.ph/NG9XW

Hunter's divorce proceedings with Kathleen referenced his ownership share in Henniges and other extended arms[531] of the CCP, which ultimately controlled AVIC, BHR's majority partner in their Henniges joint venture. Despite these and other generous handouts[532] and state-backed investments, the potential consequences for Hunter's tax evasion and money laundering crimes were at the top of his mind. In fact, Hunter recounted Schwerin's statement to his attorney: "I believe you [Hunter] can do better but if it is a question of going to jail or not I [Schwerin] think $750,000 is the right number."



531 Jerry Dunleavy, "Hunter Biden-founded company still holds 10% stake in Chinese firm, records show," *Washington Examiner*, July 2022, archive.ph/XIjem

532 "Hosting Chinese officials as the vice president in May 2011, Mr. Biden recalled that trip fondly. While acknowledging a 'debate' on the question, he said he 'believed then what I believe now: that a rising China is a positive, positive development, not only for China but for America and the world writ large.'"
*See* Edward Wong et al., "Joe Biden's China Journey," *New York Times*, September 2020, archive.ph/mg1Xf

**BUSINESS-RELATED CRIMES**                                                                                        103

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 04/23/2015 | D.D.C. | Devon Archer & Jimmy Bulger | 18 USC § 2 & 22 USC § 612 |

Hunter, Archer, and Bulger violated the FARA when they acted on BHR's behalf in an ill-fated effort to secure Bill Clinton as a speaker for an event, which required registration with the DOJ.[533] Indeed, the FARA guidelines could not be more clear about this scenario: one must register as a foreign agent when one "[a]cts within the United States as a public relations counsel, publicity agent, information service employee, or political consultant" for a "foreign principal."[534] In this case, the foreign principal sought—through Hunter and his business partners—access to a former U.S. president. Perhaps the Chinese side knew that former president Clinton had intervened for Hunter in the past, going so far as to (unsuccessfully) plead from the Oval Office to the dean of Yale Law School to admit Hunter.[535]



533 "Huawei's mistake, as pointed out by many in the US, is that it did not do enough to develop relationships with US policymakers, government regulators and the media. The company may have been too naive in thinking that guanxi, connections, only applies to China."
See CHEN Weihua, "Pay the lobbyists to beat double standards," *China Daily*, March 2011, archive.ph/MDdHg
534 "FARA Frequently Asked Questions," *U.S. Department of Justice*, archive.ph/FyypN
535 Daniel Golden, "'The Epitome of Sleaze,'" *The Chronicle of Higher Education*, October 2019, archive.ph/3TAPh

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 07/29/2015 | D.D.C. & C.D. Cal. | Devon Archer | 18 USC § 2 & 22 USC § 612 |

The General Secretary of the Chinese Communist Party, XI Jinping, was planning to visit Los Angeles in September 2015. BHR would receive a "one-time advisory fee" if Hunter and Archer "orchestrate[d] a stop by" for XI to a Chinese-controlled electric vehicle[536] facility, Faraday Future. This planned quid pro quo violated the FARA and was merely another attempt by BHR to ingratiate itself with American politicos—as they had done with their partner[537] GUO George—to achieve their corporate (and state) objectives.[538] In summary, Hunter depended on CCP-backed firms for his planned BHR exit.[539]



Joe & XI (01/17/2017)



Faraday Future



JIA Yueting
then-CEO of LeTV



LIU Hong
then-Vice Chairman of LeTV

---

536 Andrew Hawkins, "Biden wants to replace government fleet with electric vehicles," *The Verge*, January 2021, archive.fo/kvXEs

537 "George Guo," *BHR Partners*, archive.ph/OgORS.

538 GUO, alongside Rodney JOFFE, co-founded Neustar, the firm at the center of a DNS spying debacle laid out by Special Counsel John Durham: "Mr. Guo was with Neustar for 13 years, where he was a founding member[.]"
*See* "Speaker Profile - George Guo," *Carrier Community*, archive.ph/G3ucj
*See also United States v. Michael A. Sussmann* (21-cr-00582), Document 35, D.D.C., February 2022, archive.ph/UcDhp

539 "When your son Hunter came under scrutiny during the campaign, you vowed: 'No one in my family or associated with me will be involved in any foreign operation whatsoever, period, end of story' -- unquote."
*See* "Interview with President-Elect Joe Biden," *CNN*, December 2020, archive.ph/vJZah

Hunter's uncle Jack, Joe's brother-in-law, also had a soft spot for the CCP. Kathy Chung, Joe's aide, invited the family to a luncheon[540] hosted by Joe at the State Department during the aforementioned visit by XI in September 2015. Jack, Joe's classmate at Syracuse, responded with glee: "Yes[,] Kathy, I would like to attend this one. I know I have passed up everything else, but this is a bit different."



**From:** **Jack Owens** jack.owens4@gmail.com
**Subject:** Re: Luncheon Honoring President Xi, Sept. 25 ←
**Date:** September 16, 2015 at 14:29
**To:** Chung, Kathy S. EOP kathy_s_chung@ovp.eop.gov
**Cc:** hbiden@rosemontseneca.com, kathleenbiden@mac.com, Mom Owens hurricane5155@gmail.com, Missy Owens missy.owens@gmail.com, Ashley Biden abiden@dcjustice.org, Howardkrein@yahoo.com, Elizondo, Carlos E. EOP Carlos_E._Elizondo@ovp.eop.gov, Suber, Kellen C. EOP Kellen_C._Suber@ovp.eop.gov, Muldoon, Annemarie P. EOP anne_m_person@ovp.eop.gov, apatterson@mediguide.com

Yes Kathy, I would like to attend this one. I know I have passed up everything else, but this is a bit different. I just rec'd this so I do not know what VBO is going to do. Do you have my info to respond with picture, etc, or do you want me to do that. Thx, Jack

On Wed, Sep 16, 2015 at 3:14 PM, Chung, Kathy S. EOP <kathy_s_chung@ovp.eop.gov> wrote:
Please find attached an invitation to the State Department Luncheon Honoring Chinese President Xi, hosted by VP Biden, on Friday, September 25.  Please let us know if you would like to attend.  Thank you.

[540] "With U.S. Secretary of State John Kerry looking on, U.S. Vice President Joe Biden raises his glass to toast Chinese President Xi Jinping at a State Luncheon in the Chinese President's honor at the U.S. Department of State in Washington, D.C., on September 25, 2015."
*See U.S. Department of State - Flickr*, September 2015, archive.ph/vHGmq

**BUSINESS-RELATED CRIMES**                                                                                           **106**

## CEFC China Energy Company Limited (CEFC Energy)

Starting in early 2015, Hunter and his partners were setting up a deal with CEFC Energy whose founder, YE Jianming, was the former deputy secretary-general[541] of a branch of a CCP-funded[542] organization known as the China Association for International Friendly Contact (CAIFC).[543] According to a U.S. government commission report, CAIFC is a "front organization" that "performs dual roles of intelligence collection and conducting propaganda and perception management campaigns."[544] CEFC Energy[545] was a behemoth, spanning the globe and acting as China's "private" sector arm of OBOR. The aforementioned partnership—according to correspondence on the Biden Laptop and audio messages from Hunter himself—involved players from at least four countries. Prospective meetings between YE and Joe were to be approved by XI Jinping himself, who they called the "No. 1," and the daily operations were overseen by ZANG Jianjun.[546] The core players in the partnership[547] are below:


HO Chi Ping "Patrick"
DOB: 07/24/1949
Former BOP Inmate #: 76101-054


ZANG Jianjun
DOB: 12/1974


YE Jianming
DOB: 06/05/1977


DONG Gongwen "Kevin"
DOB: 09/02/1969
Chinese Passport #: JK0080295
Hong Kong ID #: R090004(3)


LIU Yadong
DOB: 10/03/1962


BAO JiaQi Wang
DOB: 02/08/1988
SSN: ███-1280


YAN "Mervyn"
DOB: 05/02/1975
archive.ph/7zdzW


Anthony "Tony"
Robert Bobulinski
DOB: 07/28/1972
archive.ph/qRzFM


James Andrew GILLIAR
DOB: 03/18/1964
U.K. Passport #: 099228373
Residence: Opálová 537
154 00 Praha, Czechia


Sanan Sasha Phutrakul
DOB: 02/19/1976
U.S. Passport #: ███0181
fb.com/sanan146
sanan.cz

541 "From 2003 to 2005, Mr. Ye Jianming has been working in CAIFC as deputy secretary-general." *See* "The Road to Success: CEFC International Limited | Annual Report 2012," tinyurl.com/3texxtr5

542 "[CAIFC is a] United Front organization run by the Liaison Department of the Political Work Department of the Central Military Commission, active in intelligence collection." *See* "Project Time," T*yphoon Investigations*, October 2020, web.archive.org/web/20201022161416/https://www.baldingsworld.com/wp-content/uploads/2020/10/KVBJHB.pdf

543 "[YE's] position was actually with the Shanghai Association for International Friendly Contact (SAIFC), formerly known as the CAIFC Shanghai Branch, which is very much part of the CAIFC system. Moreover, yearly audit reports from one of CEFC's charitable enterprises … show Ye Jianming still holding the position of SAIFC Deputy Secretary-General as recently as 2014. His right-hand man CHEN Qiutu holds a matching position in SAIFC … as of April 2014." *See* Andrew CHUBB, "Pistons, PX, petroleum, politics: checking in with Chairman Ye Jianming," *SouthSeaConversations*, January 2017, archive.ph/sZjiG

544 "China's Overseas United Front Work," *U.S.-China Economic and Security Review Commission*, August 2018, tinyurl.com/2p8nn6dx

545 "The Secretive China Energy Giant That Faces Scrutiny," *Bloomberg*, March 2018, archive.ph/uJDQM

546 "Influential Chinese businessman helps strengthen Georgia-China friendship," archive.ph/8c0Rw

547 Lloyd Billingsley, "China Gets Biden," *American Greatness*, January 2021, archive.ph/g5Ru2

Instrumental to the partnership was a bald and elusive[548] Englishman named James GILLIAR, who explained[549] to Tony Bobulinski on Christmas Eve 2015 that there was going to be "a deal between one of the most prominent families from" the U.S. and CEFC Energy. The deal was going to be "constructed by" GILLIAR, who called the planned Biden/CCP-linked slush fund[550] a "no brainer." Rob Walker, Hunter's aforementioned business partner, had been working with GILLIAR since at least March of that year and was introduced to Bobulinski by GILLIAR, who joked that Rob had his address "for commission[s]." A longtime consigliere to some of Joe's friends (the ruling family of the United Arab Emirates (UAE)), GILLIAR[551] had also facilitated CEFC Energy's buying spree in the Czech Republic, where he was based. In fact, YE became an "economic advisor"[552] to the President of the Czech Republic, Miloš ZEMAN. By May 2017, Joe's term as vice president had ended, and "optics" were ripe for the Bidens to cash in. Bobulinski and GILLIAR drew up a joint venture called Sinohawk Holdings LLC[553]* (SinoHawk), which was owned 50/50 by 1) Hudson West IV LLC[554] (Hudson West IV), which was controlled by YE and DONG Gongwen "Kevin," and 2) Oneida Holdings LLC[555] (Oneida), the shell company through which Joe's son and brother would hold 20% of SinoHawk.



Joe & GILLIAR's boss, Mohammed bin ZAYED al NAHYAN (03/07/2016)

2015-12-24 - JG - Prominent Family.jpg

2016-01-28 - JG - Walker Chinese intro 1.jpg

2016-03-08 - JG.jpg

548 "Wanted: James Andrew GILLIAR," *Marco Polo*, web.archive.org/web/20220225013816/https://marcopolousa.org/reports/JAGEnglish_11_10_2021.pdf

549 "Tony Bobulinski Messages," *Marco Polo*, web.archive.org/web/20220324230713/https://www.marcopolousa.org/bidenlaptopreport/tonybmessages.pdf

550 "James Gilliar, Joe Biden's handler of dirty cash," *Blitz*, July 2022, archive.ph/jAfyS

551 "In just two years Mr. Ye's company, CEFC China Energy, had spent more than $1 billion on deals in the Czech Republic. He hired former Czech officials, including a onetime defense minister. Mr. Ye was even named a special economic adviser to [the President of the Czech Republic,] Mr. Zeman."
*See* Sophie Beach, "Beijing, CEFC, and the Czech Republic," *China Digital Times*, August 2018, archive.fo/oUZox

552 "Advisors - James Gilliar," *S.B.K Holding*, archive.ph/xo0DZ

553 The first syllable denoted the Chinese half of the joint venture, while the last syllable was Beau Biden's favorite animal.
*See* Sinohawk Holdings LLC, *Delaware Department of State: Division of Corporations*, File Number: 6412130

554 Hudson West IV LLC, *Delaware Department of State: Division of Corporations*, File Number: 6053439, EIN: 61-1845610

555 Oneida Holdings LLC, *Delaware Department of State: Division of Corporations*, File Number: 6401584

Back to 2015: the earliest appearance of the keyword "CEFC" on the Biden Laptop was a lengthy email on 10/04 from globalhawk7777@gmail.com, which referred to Hunter as "Chairman." The note promised "invitations for the B[idens] to speak in China, etc" and that "[a]ll expenses will be covered as well as speaking engagements." OH Suk "Scott" bragged about CEFC's prowess as it was "tagged to be part of the delegation [that] Chinese President Xi Jinping brought with him recently to the U.S."





John William Ashe (then-UN President) & YE (2014)



True to form, Hunter responded to OH's honey-pot email within a day: "Scott-when is a good time for a call today [?]" Other than being a seemingly wealthy[556] "consultant" of Korean extraction who has given exclusively[557] to Democrats, OH's business relationships and background are a mystery. OH is affiliated with over a dozen shell companies in various jurisdictions. When asked by *Marco Polo* if he had met YE in South Korea—where YE attended college—OH offered to introduce us to his attorney. When we asked for his attorney's contact information, OH hung up. This ghost-like character facilitated[558] a meeting between YE and Hunter on 12/07/2015, yet very little is known about him.



Home of OH Scott

---

556 "8824 Twin Creek Ct, Potomac, MD 20854," *Zillow*, archive.ph/1Ha6U

557 "Individual Contributions," *Federal Election Commission*, fec.gov/data/receipts/individual-contributions/?contributor_name=oh%2C+suk&contributor_employer=tmg%2Cllc

558 "This magic weapon can take a variety of forms, but typically involves co-opting elites in foreign governments[.]" *See* "China Task Force Report," *U.S. Representative Michael McCaul*, September 2020, tinyurl.com/ycktr5jx

After hosting OH and ZANG Jianjun (YE couldn't make it) for a meeting, Hunter spent the next 18 months in a blur of prostitutes, strip clubs, crack cocaine, and pornography while he waited for Joe's vice presidency to end so he could overtly cash out with the Chinese (instead of attempting to be discreet, as he had done in the case of BHR). While HO "Patrick"—another key underling for YE and CEFC—was delivering glowing speeches about the greatness[559] of OBOR and the "China Dream," Hunter browsed CEFC Energy's website and shopped for luxury slippers while a pornographic video raged in the background (see screenshot below).[560] The kaleidoscope of people and entities that were courting Hunter and the Biden family were all imbedded at the United Nations (UN) and other seemingly benign organizations with flowery mission statements. Indeed, the former President of the UN General Assembly (GA), a Serbian named Vuk JEREMIĆ, was a key plank on the road that connected the Bidens to their Chinese payout.[561] JEREMIĆ was called as a witness in HO's trial.[562]



20170313_015959.jpg

---

[559] "In order to conceal their ownership of privatized state assets, Red Princelings use the 'white gloves' of People's Liberation Army figures like Lai. In fact, after Lai fled to Canada, a young Fujian named Ye Jianming who is believed to have Chinese intelligence connections, 'bought' Lai's oil assets at auction and built a transnational oil conglomerate worth about US$40 billion. That was before Ye was disappeared in March 2018, after a United Nations corruption case surfaced, with direct connections to a Macau casino tycoon named Ng Lap Seng."
*See* Sam COOPER, "Wilful Blindness," *Optimum Publishing International*, May 2021, archive.ph/eONni

[560] "From a famous ophthalmologist to a capable politician, Patrick Ho was once a rising star. After leaving the SAR government as Secretary for Home Affairs, he turned himself into a civil diplomat, but was arrested in New York in late 2017 and charged with corruption and money laundering. Hong Kong Connection looks into the evidences of the trial and reconstructs the network built by Ho that covers Africa, middle America, Middle East and Eastern Europe, through a former president of the United Nations General Assembly."
*See* "Hong Kong Connection: Patrick Ho's List," *Radio Television Hong Kong*, March 2019, archive.org/details/rthk-podcast-hkconnection-en-i-2019-03-29

[561] "Summary of Allegations - CEFC China Energy Company Ltd," *TRACE Compendium*, archive.ph/UdUSr

[562] *United States v. Chi Ping Patrick Ho* (17-cr-00779), Document 204, S.D.N.Y., December 2018, archive.ph/uLrZU

These internationalists explicitly leveraged and showcased Joe's time in public office—and his relationships as a result of that office—to attempt to drum up business for their planned joint venture. GILLIAR, who came from a family[563] of leftists and advocated[564] for CEFC Energy[565] to take over the legendary American company Westinghouse, utilized Joe's liberal public positions such as his support for so-called "green energy" policies to forge partnerships with foreign oligarchs.[566] For those readers who still believe the lie that Joe was not involved with this planned joint venture with CCP proxies, why would it be relevant that Joe and the Colombian president got along well when he was the V.P.? GILLIAR deemed it so important that he put a picture of them in his "Proposal for Investment Vehicle."



---

563 GILLIAR's daughter, Imogen, worked for a prime contractor to the Hillary Clinton presidential campaign in 2016. *See* "Imogen Gilliar," *LinkedIn*, archive.ph/HyUkv

564 "2016-02-22 - EEIG CEFC Westinghouse," *The Epoch Times - Scribd*, archive.ph/GWFtL

565 "[CEFC] used a complex web of affiliated companies to facilitate fake deals[.]"
*See* JI Tianqin and HAN Wei, "Citic Advances Deal to Buy Czech Assets of CEFC," *Caixin*, April 2019, archive.ph/EdDOZ

566 "They were deeply involved in Xi Jinping's neo-imperialist Belt and Road infrastructure projects. Their branding depicted the world as a Go board — the ancient Chinese game in which the winner occupies territory[.]"
*See* Sam COOPER, "Wilful Blindness," *Optimum Publishing International*, May 2021, archive.ph/eONni

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 04/25/2017 | S.D.N.Y. | Jimmy Biden & Rob Walker | 18 USC § 2 & 22 USC § 612 |

Hunter's uncle, Jimmy Biden, acted as an unregistered agent for a foreign principal, CEFC Energy. Jimmy was hoping to meet with the disgraced former Governor of New York, Andrew Cuomo (who previously gave Naomi Biden, Hunter's daughter, an internship). Jimmy also wrote the wrong month in the memo to Cuomo's aide (the month should have been May).[567] The Bidens hoped to bring the key players to the meeting including YE, CEFC Energy executive ZANG, and Prince Felix of Luxembourg.[568] GILLIAR—an ever-present force in the background—organized the meeting request.



Frances "Annabel" Walsh
DOB: 03/03/1991
archive.ph/5EN9d
fb.com/frances.a.walsh



Andrew Cuomo

## Meeting with CEFC

*Attention:* Annabel Walsh, Director of Scheduling, Office of the Governor

*From:* James B. Biden, jbiden@lionhallgp.com, (610) 247-8992

*Issue:* On April 5th & 6th of 2017, CEFC will be in New York, NY for a series of meetings regarding Real Estate and Infrastructure investments in the US. Pending availability, we request a brief meeting or "drop by" by the Governor at a convenient location & time either the 5th or 6th. We intend to discuss potential projects and investments in New York.

*Background:* CEFC (us.cefc.co) is a private collective enterprise with energy and financial services as its core business. The strategy of the Company seeks to expand international economic cooperation in the energy sector and establish a well-organized international investment bank and an investment group. With revenue of 220 CNY (35 billion USD) in 2014, CEFC is among the 10 largest private companies in China and credits most of those returns to oil and gas (60%) and financial services (25%), but they also operate in a wide range of other sectors, such as transport infrastructure, forestry, asset management, hotel management, warehousing services, real estate development and logistics services. A large portion of CEFC's assets and successful investments are concentrated in overseas markets, driving the company to further its activities abroad. Since 2013, the company has been listed on the Fortune Global 500 list, rising from number 342 in 2015 to 229 in June 2016. Most of the company is owned by Shanghai Energy Fund Investment Ltd (SEFI), which is registered under Ye Jianming, the Chairman of CEFC.

*Attendees:*
James B. Biden
R. Hunter Biden
Ye Jianming, *Chairman, CEFC*
Zang Jianjun, *Executive Director of the Board, CEFC*
(t) Member of the Royal Family of Luxembourg
James Gilliar, *Chairman, J2CR*
Rob Walker, *President, J2CR*



Prince Felix



ZANG Jianjun



James GILLIAR

[567] "Annabel Walsh, Cuomo's former director of scheduling, said she was kissed on the lips by Cuomo on several occasions[.]"
*See* Josefa Velasquez et al., "Andrew Cuomo's Smear Team: His Brother and Top Advisers, Transcripts Reveal," *The City*, November 2021, archive.fo/XyVb8

[568] In an email from James GILLIAR to Hunter on 04/27/2017, GILLIAR stated: "You [Hunter] are travelling with Jim[my Biden] and I [*sic*] to see Prince Felix in [the] next [couple of] weeks to push [a deal with CEFC Energy]."
*See* "Biography of His Royal Highness Prince Felix," tinyurl.com/yc4jrmhc

A screenshot from CEFC Energy's website around the time Jimmy prepared the memo displayed a headline of YE[569] bragging about his recent meeting with the chairman of the Russian SOE oil conglomerate, Rosneft.[570] Although CEFC Energy's ownership structure[571] was purposely opaque, their news headlines—and their logo—pointed to the (oftentimes unspoken) truth that the company was ultimately controlled by the Chinese state.[572] It made sense why CEFC Energy and its NGO did not advertise their true owners and partners—they were aligned with the CCP's People's Liberation Army, specifically its propaganda organ: "PLA Unit 61716, also known as the 'Public Opinion Warfare, Psychological Warfare and Legal Warfare Base,' or Base 311, was connected with CEFC."[573]



[569] "In September 2017, CEFC China Energy announced its most high-profile investment yet. The company was to buy a 14% stake in Russian oil giant Rosneft for $9 billion -- the sort of super spend usually reserved for a state-owned company."
*See* Jenni Marsh, "The rise and fall of a Belt and Road billionaire," *CNN*, December 2018, archive.ph/oEIoq

[570] "In its latest mega deal, the Shanghai-based company agreed last September to buy 14% of Russia's Rosneft for about $9.1 billion to become third largest shareholder of the world's biggest listed oil firm."
*See* JI Tianqin and HAN Wei, "In Depth: Investigation Casts Shadow on Rosneft's China Investor CEFC," *Caixin*, March 2018, archive.ph/YGKiP

[571] Julie Carr, "Crom Carmichael Dissects the LLC's, Company's, and Emails Associated with Hunter Biden Leading to His Father," *The Tennessee Star*, October 2020, archive.ph/HNqqM

[572] Chen AIZHU and Jan LOPATKA, "China's CEFC has big ambitions, but little known about ownership, funding," *Reuters*, January 2017, archive.ph/vCusL

[573] Paul CHARON & Jean-Baptiste JEANGÈNE VILMER, "Chinese Influence Operations: A Machiavellian Moment," *Institute for Strategic Research*, October 2021, archive.ph/hh6tt

A week after Bobulinski met with Joe before the latter's speech at the Milken Conference[574][575][576] on 05/03/2017, CEFC Energy partnered with the Rothschild family.[577] The company also sent a personal invitation to Bobulinski in order for him to secure a business visa (which, like the joint venture, would fall through; however, the Bidens moved on without him, as will be explained later in this section).



574 Ambassador Yousef al-OTAIBA, who reported to GILLIAR's boss (the ruling family of the UAE), was also a keynote speaker at the conference. Based on correspondence from the Biden Laptop, al-OTAIBA and Hunter spoke frequently. *See* "Global Conference 2017," *Milken Institute*, May 2017, archive.ph/txrdq

575 "Biden met with Al Otaiba and Lawal on Jan. 5, 2012. Biden later wrote to Al Otaiba asking him to arrange a meeting with then-Saudi ambassador Adel al-Jubeir[.]"
*See* Chuck Ross, "Hunter Biden Consulted for Oil Man Connected to Notorious Congolese Warlord []," *The Washington Free Beacon*, July 2021, archive.ph/Yhu2P

576 Ryan Grim, "The Sordid Double Life of Washington's Most Powerful Ambassador," *The Intercept*, August 2017, archive.fo/iEzx2

577 "CEFC China Energy, Rothschild & Co to team up," *China Daily*, May 2017, archive.ph/nfty9

Just two days after YE's meeting with the Rothschilds, GILLIAR—who was a key spoke in the CCP's wheel[578] of "elite capture" in the Czech Republic—sent an email to Bobulinski (with Walker and Hunter ccd) about the group's expected "renumeration [*sic*] packages." Hunter was to receive an $850,000 salary and 10% of the holding company's shares for Joe, who GILLIAR called "the big guy." In response, Hunter said that he "need[ed] a hell of a lot more" than $850k. Importantly, there were other references to Joe as "the big guy" on the Biden Laptop, along with Bobulinski's confirmation.[579]



James GILLIAR

Perhaps more incredible than Joe's involvement[580] in the planned joint venture was XI Jinping's covert oversight of the deal. On two separate occasions, both GILLIAR and Hunter alluded to XI's role in both approving meetings and ownership shares. GILLIAR told Bobulinski: "As I know chairman [YE] will come to meet VP [Joe] if he gets approval from no 1 [XI], [but] I think otherwise he wouldn't[.]" The following day, Bobulinski expressed concerns about the Bidens' ability to overrule him on corporate decisions, to which Hunter shot back with fervor: "TONY that is what Zhang[581] [sic] implied - they are both [ZANG and YE] coming to be MY partner [—] to be partners with the Bidens. He [ZANG] has implied that the #1 [XI] has made that clear and available to him." Along with a party to the messages confirming to Marco Polo that the multiple allusions were to XI himself, other direct references (such as Hunter referring to Joe as "my Chairman" and GILLIAR warning Bobulinski to "not mention Joe being involved" except when "face to face" because the Bidens were "paranoid") are more than enough to refute GILLIAR's bald-faced lies to the Wall Street Journal that Joe was not involved.[582]







YE, Czech Republic President & XI in the CCP's "Great Hall of the People" (2015)

2017-05-16 - JG - CEFC meeting plan.jpg    2017-05-16 - JG - CEFC sanctioned and planned.jpg

Mr. Gilliar told the Journal: "I would like to clear up any speculation that former Vice President Biden was involved with the 2017 discussions about our potential business structure. I am unaware of any involvement at anytime of the former Vice President. The activity in question never delivered any project revenue."









2017-05-17 - Partners with Bidens.jpg    2017-05-19 NO.JPG    2017-05-19 - RW - Chairman is his dad.jpg    2017-05-20 - JG - Dont Mention Joe.jpg

580 Andrew Duehren and James Areddy, "Hunter Biden's Ex-Business Partner Alleges Father Knew About Venture," Wall Street Journal, October 2020, archive.ph/Kzy6U

581 "Biography: Mr. Zang Jianjun," archive.ph/iyVDN

582 "Bobulinski, who has been invited to be a special guest of President Trump at tonight's presidential debate, said before the event: 'It was made clear to me that Joe Biden's involvement was not to be made in writing, but only face to face[.]'" See Joseph Simonson and Jerry Dunleavy, "Leaked files show years of Hunter Biden's business dealings," Washington Examiner, October 2020, archive.fo/gDtG9

As it turned out, when the papers[583] were signed, Jimmy[584] held Joe's shares through a shell company aptly named Sino Atlantic Solutions.[585] GILLIAR, like a good English subject, held his 20% of Oneida through the opaque "8 International Holdings Limited" based in the British Virgin Islands.[586]



Joe & XI (08/19/2011)

583 "Hunter also referenced Khan in his business dealings, files on the laptop show. He used the name Temujin GK LLC for a shell company[.]"
*See* Alex DIAZ, "Hunter Biden has an obsession with Genghis Khan & used the Mongol empire founder's name on sex webcams, laptop shows," *The U.S. Sun*, October 2022, archive.ph/KiOcT

584 "Jim 'makes sure he tells you his brother is Joe Biden' Pinto said."
*See* Daniel Golden et al., "The Benefits of Being Joe Biden's Brother," *ProPublica*, February 2020, archive.ph/WBEHv

585 Sino Atlantic Solutions LLC, *Delaware Department of State: Division of Corporations*, File Number: 6419282

586 "Exploitation of its offshore financial services, the unique share structure that does not require a statement of authorized capital, and the lack of mandatory filing of ownership information pose significant money laundering risks. The BVI is a favored destination for registering shell companies that can be established for little money in a short amount of time. There are reports that a substantial percentage of BVI's offshore business comes from China."
*See* "International Narcotics Control Strategy Report," *U.S. Department of State*, page 82, March 2016, web.archive.org/web/20210403004926/https://2009-2017.state.gov/documents/organization/253983.pdf

The first agreement by SinoHawk was for the Chinese side to wire $10M to Bobulinski so he, as the CEO, could make the first tranche of OBOR "investments." However, nearly a month passed and they were slow-walking the wire transfer, offering random excuses. Plus, according to Bobulinski, Hunter's "manic and bipolar" personality was on full display. Exasperated, Bobulinski convinced Hunter to send a letter to YE in which Hunter called him "a very close friend of the Biden family" and pleaded with YE to expedite the transfer and receive the "best wishes from the entire Biden family."[587] What Bobulinski did not realize is that—in response to his logical concerns about Hunter's antics—Jimmy and Hunter had been back-channeling with YE's lieutenants so they could cut out Bobulinski, GILLIAR, and the others to more easily receive YE's cash but via another channel—namely, Hudson West III LLC.



[587] Andrew Kerr, "Joe Biden's Absence from Chinese Venture Business Records Doesn't Rule Out His Involvement," *Daily Caller*, October 2020, archive.ph/b4izN

The contrived excuses from the Chinese side ran the gamut from "the risk management department of CEFC is showing concerns" to "we do not have a review and approval mechanism for projects." Bobulinski was not buying these lame attempts at stonewalling, and for good reason: Behind the scenes, ZHAO Runlong's associate, YAN Mervyn, was drawing up an ownership share schematic for another entity, Hudson West III LLC, which would be funded by YE through Hudson West V LLC[588] (although YAN initially planned on funneling the cash through his shell company, Monochrome Capital Partners LLC)[589] and would partner with Hunter's single member law firm, Owasco P.C. The final result actually split the baby: Even though the joint venture which was "so much more interesting to [the Biden] family," they still received millions of dollars from the Chinese for "introductions alone" by using Hudson West III (EIN: 82-1599897) as a 50/50 joint LLC. The objective for the business entity gymnastics was clear: obfuscate[590] true beneficial ownership to evade law enforcement authorities.[591]



YAN Mervyn

Apple iPhone 6_N40.8232W73.7333_20170801.jpg

Apple iPhone 6s_20170806_184505.jpg

588 Hudson West V LLC, *Delaware Department of State: Division of Corporations*, File Number: 6053446

589 Monochrome Capital Partners LLC, *New York Department of State: Division of Corporations*, DOS ID: 4619283

590 Nate SIBLEY, "Money laundering loophole allows China's shell companies to attack and steal from U.S.," *The Washington Times*, June 2020, archive.ph/XsD7q

591 "Note that Section 951 does not require that the activity be political. On the other hand, under Section 951 the person has to act as an agent of a government, not of some other entity. And the statute does not specify the mode of notification to the attorney general. So the elements of the offense are at once more and less forgiving than the elements of a FARA violation. Those who violate Section 951 may face up to 10 years in prison."
*See* Matthew Kahn, "No, Maria Butina Wasn't Charged With Violating FARA," *Lawfare*, July 2018, archive.ph/IJDPb

Wire transfers and bank statements[592] on the Biden Laptop were featured in a U.S. Senate report: "Starting on August 8, the same day the $5 million was received, and continuing through September 25, 2018, Hudson West III[593] sent frequent payments to Owasco, Hunter Biden's firm. These payments, which were described as consulting fees, reached $4,790,375.25 in just over a year."[594]



[592] Emma-Jo MORRIS and Gabrielle Fonrouge, "Emails reveal how Hunter Biden tried to cash in big on behalf of family with Chinese firm," *New York Post*, October 2020, archive.ph/VGvwX

[593] "The 12 Foxwood address also appears on millions of dollars worth of bank transfers among Cathay Bank, CEFC, and multiple semi-anonymous LLCs and hedge funds. One single transfer to Hudson West III on August 8, 2017, represented the movement of $5 million from Northern Capital International[.]"
*See* Peter Van Buren, "Hunter Biden's Guilty Laptop," *The American Conservative*, December 2020, archive.ph/zcC8O

[594] "The Hudson West entities are important entities in the flow of funds among and between Ye, Gongwen, and Hunter Biden and his associates. There are frequent fund transfers across these numbered Hudson West entities, and transactions involving all eight have been identified for potential criminal financial activity. For example, Hudson West III was not the only Hudson West entity associated with CEFC, Ye's business. According to reporting, Hudson West V maintains an ownership interest in CEFC Infrastructure Investment, a subsidiary of CEFC. By extension, this means Hudson West V is linked to Ye and the aforementioned $5 million payment to Hudson West III on Aug. 8, 2017. Hudson West V … had ownership in a series of these companies: Hudson West Partners LLC, Hudson West Aggregator LLC, Hudson West VIII LLC, and Hudson West VII LLC which begins to show the complex corporate structure at play."
*See* "Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns," *U.S. Senate Committee on Homeland Security and Governmental Affairs and U.S. Senate Committee on Finance, Majority Staff Report*, September 2020,
web.archive.org/web/20211122055401/https://www.hsgac.senate.gov/imo/media/doc/HSGAC_Finance_Report_FINAL.pdf

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 09/11/2017ff | D.D.C. & S.D.N.Y. | Sara Biden, John Sandweg et al. | 18 USC § 2 & 22 USC § 612 |

The FARA violations shown below were a good representation of who went behind Bobulinski's back to work with CEFC on a range of issues. ZANG and his family were in need of visas, so Sara Biden enlisted former Obama appointee and GILLIAR associate, John Sandweg, to advocate on ZANG's behalf to the U.S. government.[595] Even though all of ZANG's visas were denied, Sandweg did have experience illegally representing criminals before the Department of Homeland Security (DHS), as Sandweg was involved in the NXIVM sex cult scandal and represented heiress Clare Bronfman.[596]



John Sandweg

Sara Biden at the White House (01/12/2017)



2016-03-05 - JG - Sandweg involved.jpg



Sandweg & NXIVM sex cult leader, Bronfman

[595] Facilitating the violation of U.S. immigration laws was nothing new for Sandweg. In fact, he should have been indicted for violating 18 USC § 371 by conspiring to circumvent immigration laws related to smuggling minors across the border for the NXIVM sex cult human trafficking operation. A motion filed by the U.S. attorney read as follows: "The email attached a letter from Mr. [John] Sandweg in support of a grant of a nonimmigrant visa for M.F. In the letter, which was addressed to the United States Embassy in Mexico, Mr. Sandweg identified himself as the 'former Acting General Counsel for DHS and Acting Director of U.S. Immigration and Customs Enforcement' and stated that M.F. had entered the United States to care for one of her 'closest personal friends, Pamela Cafritz' and that M.F. 'poses no threat to immigrate to the United States.'" *See United States v. Raniere* (18-cr-00204), Document 256, E.D.N.Y., December 2018, archive.ph/MRVSA

[596] Frank Parlato, "Burke and Sandweg – two high-profile Obama lawyers – represent NXIVM in suspicious visa dealings," December 2018, archive.ph/CyqrH

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 08/16/2017ff | S.D.N.Y. | Jimmy & Sara Biden | 18 USC §§ 2, 1344 |

Under the penalty of perjury, Hunter lied on an official bank document to receive a credit card collateralized by companies financed by YE. Hunter testified to Mandy Wong[597] at Cathay Bank that he was not subject to backup withholding from the IRS, a blatant lie. In fact, Owasco P.C. owed thousands of dollars due to undeclared income from Burisma. YAN was happy to accommodate the "$30,000 limit" credit cards for not only Hunter, but also Jimmy and Sara Biden. A U.S. Senate report, based on SARs, stated they went on a "global spending spree" and quickly liquidated the cards.[598]



Man "Mandy" Ting Wong
DOB: 12/27/1980
fb.com/mandy.wong.969952

Apple iPhone SE_N40.7668W73.9823_20170922.jpg

[597] "Mandy Wong," *LinkedIn*, archive.ph/ftiNv

[598] Jenna Curren, "Bidens purchased $100K of 'extravagant items' with China-linked credit cards," *Law Enforcement Today*, September 2020, archive.ph/nx5Xo

One week after receiving the credit card backed by YE's proxies, Hunter instructed Cecelia BROWNING, his office's building manager at the House of Sweden, to get keys cut for Joe.599 In fact, Joe's new grift—called the Biden Foundation—and YE's espionage600 outfit were going to be "office mates." Hunter then pasted an internet biography of YE, who Hunter admiringly601 called "his partner." YE had just bought a luxury condo and apartment in Manhattan via DONG ("Chairman Ye['s] CEFC emissary") and Hunter thought it was relevant to include an article describing the purchases.602



House of Sweden
(38.901411, -77.058836)

**From:** Hunter Biden [mailto:hbiden@rosemontseneca.com]
**Sent:** Thursday, September 21, 2017 10:37 AM
**To:** Cecilia Browning <cecilia.browning@houseofsweden.com>
**Subject:** 507

please have keys made available for new office mates:

Joe Biden Jill Biden Jim Biden

Gongwen Dong (Chairman Ye CEFC emissary)

I would like the office sign ton reflect the following

The Biden Foundation

Hudson West (CEFC US)

The lease will remain under my company's name Rosemont Seneca.

if you need information on the individuals above please refer to their wiki

Chairman Ye, my partner:

**Ye Jianming** (Chinese: 叶简明; born June 5, 1977 in Pucheng, Fujian) is Chairman and Executive Director of CEFC China Energy Company Limited, a Global Fortune 500 energy and finance conglomerate. He is also Chairman of China Energy Fund Committee, a Hong Kong-based think tank with consultative status with the UN, Chairman of the Academy of Chinese Culture, Director of the Shanghai Energy Security Research Center, Chairman of CEFC Shanghai Charity Fund, Economic Adviser to President of the Czech Republic, and Political Adviser to the New People's Party of Hong Kong. He is also Chairman of the Board of Trustees of the Institute for the Analysis of Global Security (IAGS).

Under Ye's leadership CEFC China was ranked 229 on the Fortune Global 500 List in 2016. With a workforce of over 30,000 it has been honored as one of the Top Ten Most Influential Chinese Enterprises and Top Ten Most Internationally Competitive Chinese Enterprises by the China Most Influential Brand Names Summit Forum.[1] During his tenure CEFC China solely funded the establishment of the Hong Kong-based China Energy Fund Committee (CEFC), a non-governmental global think tank, an NGO with special consultative status with the UN Economic and Social Council. The China Energy Fund committee has engaged former heads of states from a dozen countries and over a hundred political leaders are serving as advisers and researchers. It has also formed long-term cooperation mechanisms with UN and EU institutions and has entered into strategic cooperation with international organizations and think tanks.[2]

Gongwen Kevin) Dong: gongwen.dong@gmail.com:

This is only online info I have

https://therealdeal.com/2017/07/26/buyer-of-50m-penthouse-at-15-cpw-just-shelled-out-big-money-for-432-park-pad/
Why buy one trophy apartment when you can have two?
Hong Kong financial executive Gongwen Dong just shelled out $33 million for a condominium at 432 Park Avenue — just three

If you need to speak with my partners for their personal information:

Gongwen Dong, 516-713-6006
Mervyn Yan, 917-402-0017

40 West 57th Street
16th Floor
New York, NY 10019

Joe Biden's personal cell is 202-615-▇▇▇▇

Jim Biden's - 610-247-8992



XI & Joe (02/17/2012)

---

599 Mattias CARLSSON, "Swedish emails reveal new facts on Joe Biden's keys to Hunter's office," *Dagens Nyheter*, February 2021, archive.ph/QcqZ8

600 Kristina Wong, "Biden Family Planned to Share Office Space with Company Employing 'F**king Spy Chief of China'," *Breitbart*, January 2022, archive.ph/gUs3d

601 Neil CAMPBELL, "Hunter Biden Emails: Family to Facilitate CCP Hegemony," December 2020, archive.ph/0BBJd

602 E.B. Solomon, "Buyer of $50M penthouse at 15 CPW just shelled out big money for 432 Park pad," *The Real Deal*, September 2017, archive.ph/ygfq8

The only deal which the Bidens seriously attempted to consummate in return for their $5.7M+ payout from YE's entities would have given those entities "preferential access" to American liquified natural gas (LNG). Greg Michaels from Monkey Island LNG[603] and attorney Britt Singletary[604] tried to help Hunter secure those American LNG exports for CEFC. Fortunately, for the U.S., the deal fell through.



603 "Meet Our Chairman," *Monkey Island LNG*, archive.fo/ZP0lM

604 "Britt R. Singletary," *Singletary & Thrash, P.A.*, archive.ph/TW0Wf (stblx1229@gmail.com)

## HO CHI PING "PATRICK" REPRESENTATION

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 09/22/2017—03/26/2018 | S.D.N.Y. | Jimmy Biden & HO Patrick | 18 USC § 2 & 22 USC § 612 |

Although he told[605] Bobulinski he signed an attorney engagement letter with YE, Hunter illegally represented HO for $1M while not registering per the FARA.[606] The timing of the agreement was curious, as HO was arrested upon landing at JFK International Airport exactly two months after Hunter signed the "Attorney Engagement Letter."[607] HO, who Hunter called "[t]he fucking spy chief of China,"[608] would be convicted[609] of violating the Foreign Corrupt Practices Act (FCPA) for bribing and laundering money to African officials in exchange for oil rights. Along with LIU Yadong, HO also ran YE's sham charity, the UN-affiliated China Energy Fund Committee (CEFC NGO) slush fund.[610][611]



LIU Yadong

[605] "Tony Bobulinski Messages," *Marco Polo*, web.archive.org/web/20220324230713/https://www.marcopolousa.org/bidenlaptopreport/tonybmessages.pdf

[606] "Cathay Bank 8992," *Marco Polo*, web.archive.org/web/20220301020258/https://www.marcopolousa.org/bidenlaptopreport/cathaybank8992.pdf

[607] David GARDAS, "Why are Czech elites being captured by Beijing narratives?," *Global Voices*, October 2021, archive.ph/K6tga

[608] Robert Hunter Biden and Zoe Gabrielle Kestan, "Most Genius Shit Ever.mp3," *Marco Polo*, May 2018, web.archive.org/web/20211207070650/https://marcopolousa.org/reports/Most_Genius_Shit_Ever_05_11_2018.pdf

[609] "Patrick Ho, [] Head of Organization Backed by Chinese Energy Conglomerate, Sentenced to 3 Years in Prison for International Bribery and Money Laundering Offenses," *U.S. Department of Justice*, March 2019, archive.ph/xLGk2

[610] "Executive Summit 2018," *China Institute*, April 2018, archive.ph/VqJlb

[611] EIN: 35-2444623

Unsurprisingly, HO's first call from the Metropolitan Detention Center after being arrested by federal agents on 11/18/2017 was to the pResident's brother, Jimmy, in order to track down his attorney, Hunter.[612] HO was under FISA[613] surveillance, so HO's calls to Jimmy[614] and Hunter were recorded, which would certainly make for some very interesting listening—and it made the FBI slow-walk of the Biden Laptop that much more egregious.[615] According to evidence[616] presented at HO's trial, the FISA surveillance revealed the CEFC NGO's *modus operandi* in detail: ensnare[617] so-called developing countries in situations that eventually force them to give up ownership of their natural resources to CEFC Energy. In other words, HO, and his benefactor, YE, were loan sharks to African despots—and the African countries were left holding the bag because the despots would get paid off.[618] Judge Preska, at HO's sentencing hearing, repeated lines from a UN Convention: "Corruption is an insidious plague" that is "found in all countries—big and small, rich and poor—but it is in the developing world that its effects are most destructive."



612 David Barboza et al., "A Chinese Tycoon Sought Power and Influence. Washington Responded.," *New York Times*, December 2018, archive.ph/7Si9h

613 "Respectfully submitted … By … Andrew J. DeFilippis[.]"
*See United States v. Chi Ping Patrick Ho* (17-cr-00779), Document 45, S.D.N.Y., tinyurl.com/2s4kv2a7

614 Rowan Scarborough, "Hunter Biden took care of Uncle Jim," *The Washington Times*, May 2022, archive.ph/GqMvu

615 Chuck Ross, "Feds Obtained FISA Warrant Against Hunter Biden's Chinese Business Associate []," *Daily Caller*, October 2020, archive.ph/OcQQi

616 Alvin LUM, "Patrick Ho's lawyers accuse US authorities of using 'illegally' obtained evidence in charges for US$2.9 million corruption scandals," *South China Morning Post*, April 2018, archive.ph/ypj3a

617 "One subsidiary of the CEFC that is of particular interest is the China Institute of Culture Limited (CIOC, 中国文化院). Registered in 2012 (also in Hong Kong), the CIOC is a nationally supported organization in charge of 'promoting Chinese culture.'"
*See* J. Michael Cole, "Unstoppable: China's Secret Plan to Subvert Taiwan," *National Interest*, March 2015, archive.fo/zVEeo

618 James Areddy, "Bribery Trial Spotlights China's 'Belt and Road'," *Wall Street Journal*, November 2018, archive.ph/Q6GiY

Hunter did not spend a single day in court on behalf of the globe-trotting[619][620] Chinese loan shark. Instead, Hunter farmed that work out to attorneys at the white-shoe firm Krieger Kim & Lewin LLP (whose founding partner, Ed Kim, departed the S.D.N.Y. just two[621] months before HO was arrested). However, Hunter did arrange to get the $1M from HO[622] wired to his shell company, Owasco LLC.[623]



[619] *United States v. Chi Ping Patrick Ho* (17-cr-00779), Document 40-2, S.D.N.Y., February 2018, archive.ph/uLrZU

[620] "The Belt and Road Initiative put forward by China in 2013 has attempted to achieve similar goals with bilateral and multilateral cooperation in building infrastructure to promote connectivity and produce jobs, followed by empowering MSME for trade and exchanges, and finally achieving a win-win situation of improving the livelihood of the people by bringing prosperity, hope, and peace. Since 2013, the Belt and Road Initiative is beginning to see results." *See* "[] Forum on Sustainable development: Dr. Patrick C P HO," *United Nations*, July 2017, tinyurl.com/35a84w58

[621] "Edward Y. Kim," *LinkedIn*, archive.ph/nfBi9

[622] "Its investments have largely meshed with China's efforts to court other countries by offering infrastructure investment, an indication of why it has been able to make such deals. The company's expansion underscores how Chinese businesses are increasingly mixing money with diplomacy as they scour the world to secure valuable natural resources. The criminal complaint charging Mr. Ho casts a light on the practice — and on a vast, mysterious conglomerate with ties to the Chinese Communist Party. CEFC provides all of the financing for the China Energy Fund Committee, a Hong Kong research organization. The conglomerate's founder, Ye Jianming, is listed as a chairman on the think tank's website." *See* Alexandra Stevenson, "U.S. Bribery Case Sheds Light on Mysterious Chinese Company," *New York Times*, November 2017, archive.ph/JudZE

[623] Nick Monroe, "The Down Low on Hunter Biden and China," January 2021, archive.ph/p1GpT

One of the feds who was likely involved in the FISA surveillance of HO was Charlie McGonigal, the then-SAC for Counterintelligence in the New York Field Office (NYFO).[624] (McGonigal's wife was on the Biden Laptop, as the couple's daughter and one of Hunter's daughters played lacrosse together.) McGonigal is the subject of a federal grand jury probe[625] for possible FARA violations and other dealings with Russian oligarchs. Based on an email from Kim, determining if McGonigal was one of the agents Hunter "spoke with" on HO's behalf ought to be the focus of a Congressional subpoena.



Edward "Ed" Young Kyu Kim
NY Bar #: 4305223

Charles 'Charlie' Franklin McGonigal
DOB: 06/23/1968
archive.ph/eLPpY
fb.com/pamela.f.mcgonigal
fb.com/sarah.mcgonigal.1
archive.ph/knG5r

Kim walking to HO's trial (11/2018)
archive.ph/Op1SU

McGonigal's daughter

---

[624] "Ambassador John Herbst, Director, Eurasia Center, Atlantic Council, moderates the discussion."
*See* "Lubyanka federation: How the FSB determines the politics and economics of Russia," *Atlantic Council*, October 2020, archive.ph/XYvQv

[625] "While it wouldn't necessarily have been illegal for McGonigal to work on behalf of Deripaska, failing to disclose activities covered by the Foreign Agents Registration Act, such as lobbying and public relations, is punishable by a $250,000 fine and up to five years in prison. … 'You are seeing an erosion in any rule of law as it relates to the FSB,' [McGonigal] said. 'It would be akin to having in the United States the FBI as a rogue element, operating at the behest of the highest bidder.' McGonigal's profile on LinkedIn says he is the senior vice president of 'global security and life safety' at Brookfield Properties, a multibillion-dollar real-estate company in New York. But that information, apparently, is inaccurate. 'Charlie McGonigal is no longer with Brookfield,' Andrew Brent, Brookfield's head of communications, told Insider. McGonigal left the company, he added, in early January — just as witnesses were scheduled to appear before the grand jury."
*See* Matthias Schwartz, "Former top FBI official involved in Trump-Russia investigation under scrutiny by federal prosecutors for his own ties to Russia," *Business Insider*, September 2022, archive.ph/6VdW5

**BUSINESS-RELATED CRIMES**                                                                 129

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 03/20/2018ff | S.D.N.Y. & E.D. Ark. | DONG Kevin & HO Patrick | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(i), 1957(a) & Ark. Code § 5-42-204 |

One month after XI[626] detained YE, an email from Wells Fargo's Cindy Duncan[627] confirmed that a $1,000,032 wire transfer hit Hunter's account after he requested his retainer from HO[628] via DONG. Within an hour, Hunter asked Duncan how to access the illegally acquired funds (per the FARA) and send it to other shell companies, such as Skaneateles.[629] These paper trails exposed Joe's ridiculous lie: "My son has not made money in terms of this thing about—what are you talking about—China."[630]



Cynthia "Cindy" Duncan

HO & Greenspan (10/28/2015)



20180330_203752.jpg

[626] "Ye's detention in China was ordered directly by the Chinese president Xi Jinping[.]"
*See* NG Eric and YU Xie, "China detains CEFC's founder Ye Jianming, wiping out US$153 million in value off stocks," *South China Morning Post,* March 2018, archive.ph/oEpZb

[627] "Cindy Duncan," *Wells Fargo Advisors,* archive.ph/TZk0n

[628] "His name is Patrick Ho. He's from Hong Kong. And he's becoming a regular fixture at these types of events. It's not quite clear what he does. But he does run a think tank, seems to have a ton of money to spend. … 'Not just a think tank - a do tank.' And Patrick Ho was doing a lot. What people at that event didn't know is that over the past few years … Patrick Ho had been trying to make globalization 2.0 happen with millions of dollars in bribes."
*See* "The Belt, the Road and the Money," *NPR,* April 2020, archive.fo/qFGg5

[629] "Documents reveal ex-Hong Kong minister Patrick Ho's offshore firms and business ties in mainland," *Hong Kong Free Press,* July 2018, archive.fo/7aBLs

[630] "Presidential Debate at Belmont University in Nashville, Tennessee" *The Commission on Presidential Debates,* October 2020, archive.ph/5fPo2

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 05/24/2018ff | D.D.C. & E.D. Pa. | Jimmy & Sara Biden | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(i), 1957(a) & 18 PA Stat § 5111 |

Jimmy and his wife, Sara, benefited from Hunter's illegal (unregistered) representation of a foreign principal. Later that spring, Jimmy's firm sent multiple fraudulent invoices for $82,500 as his "Monthly Retainer for International Business Development" to Hunter's shell company. In truth, the funds Jimmy sought originated from Hunter's faux legal counsel for HO and the original slush fund[631] set up by YE. As you will read in the INFLUENCE PEDDLING section, Jimmy alluded to these transactions as his "monthly draw," confirming that there was no active "business development" occurring. YE had, in every sense of the phrase, set up a piggy bank for Hunter and Jimmy. In a bold and hilariously ironic move, Jimmy sent a reminder—"Invoice 1180"—to let Hunter know that Hunter owed $14,001.



HO's trial in the S.D.N.Y. (12/2018)

Jimmy Biden (05/18/2019)

Apple iPad_N39.7781W75.5965_20180210_054109.jpg

[631] "Cathay Bank 8969," *Marco Polo*, web.archive.org/web/20220301002600/https://www.marcopolousa.org/bidenlaptopreport/cathaybank8969.pdf

Jimmy was not the only one to refer to the payments as their "monthly draws." A few months later, their Chinese piggy bank was almost empty and Hunter tied up loose ends with YAN: "Please wire to my Owasco PC account the remaining two monthgkly [*sic*] draws minus the [$]35K adv[ance] once [*sic*] I took last week.  So $295,000.00 today.  Then please give men [*sic*] detailed bank statements of what is left in the account after you've taken your final two draws.  We then need two [*sic*] discuss what we owe and to whom and determine what of [*sic*] any money is left for disbursement." U.S. Senate investigators created a crude diagram (shown below) which featured the money flow from YE's piggy bank through Hunter's shell law firm to Jimmy and Sara. Investigators also noted that, based on SARs, Sara refused to cooperate with her bank when employees inquired about the large and frequent round-dollar wire transfers, giving the bank no other choice but to close their account.[632]



Venmo: @Sara-Biden

Sara Jones Biden
MD Bar #: 2109210003
fb.com/sara.biden.5

[632] "Hunter Biden moved large sums of money from his firm, Owasco, to James Biden's consulting firm, the Lion Hall Group. Between Aug. 14, 2017 and Aug. 3, 2018, Owasco sent 20 wires totaling $1,398,999 to the Lion Hall Group, a consulting firm that lists James Biden and his wife, Sara Biden, on the bank account. This transaction was identified for potential criminal financial activity. These transfers began less than one week after CEFC Infrastructure Investment wired $5 million to Hudson West III and Hudson West III sent its first payment of $400,000 to Owasco. Most of the payments from Owasco to the Lion Hall Group had vague notes in the memo lines, 15 of which simply indicated that they were for further credit to James Biden; however, the memo line for one of the payments read 'HW3,' which indicates some of the transferred money could be from Hudson West III. When the bank contacted Sara Biden regarding the overall wire activity, she stated that the Lion Hall Group and Owasco provide international and business consulting and that the Lion Hall Group was assisting Owasco with an international client through a contract that had since terminated. Sara Biden told the bank that she would not provide any supporting documentation, and she also refused to provide additional information to more clearly explain the activity. Consequently, the bank submitted the account for closure. … On Aug. 17, 2017, three days after the first transfer from Owasco to The Lion Hall Group, it was publicly announced that Ye's CEFC Energy was in talks to purchase a stake in the Russian state-owned energy company Rosneft[.]"
*See* "Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns," *U.S. Senate Committee on Homeland Security and Governmental Affairs and U.S. Senate Committee on Finance Majority Staff Report*, page 79ff, September 2020,
web.archive.org/web/20211122055401/https://www.hsgac.senate.gov/imo/media/doc/HSGAC_Finance_Report_FINAL.pdf

Exactly three months after Hunter told YAN to wire the last of the "monthly draws" from YE's piggy bank, Hunter sent another $95k to his uncle Jimmy. YE's largesse[633] did not win YE any favors with XI, however, as Hunter complained about his benefactor's fate[634] to his "idiot" assistant, Katie Dodge: "If you haven't noticed[,] Katie[,] my business partner [YE] is now a prisoner on death row in China."



From: **Robert Hunter** rhb@rspdc.com
Subject: **Wire to James Biden**
Date: September 28, 2018 at 3:03 PM
To: cynthia.duncan@wellsfargoadvisors.com, Edward Prewitt edward.e.prewitt@wellsfargo.com

Cindy, please wire $95,000.00 from the Owasco account to Jim today. Much appreciated. I can be reached at 424-395-▮▮▮▮▮ Thank you, Hunter

---

Robert Hunter <rhbdc@icloud.com>                                                Dec 28, 2018 at 17:59:08

Re: Please respond

To: Katie Dodge <dodgekatie13@gmail.com>

Pay the health care. Pay the Porsche.

Pay yourself 1500 not 3000. Im sorry if there was a misunderstanding but I clearly don't remember saying not so I think you could believe that I have the capacity to pay you a $72,000 a year salary for part time work with no hours and no Responsibilities beyond responding to my mail and paying my bills. Of which you rarely do anything but tell me I need to figure out what's in my inbox and do what I had hoped you could do that Joan did that Eric did that you weren't. I'M not using ADP for a $22000 down payment so you can have your taxes taken out. If you haven't noticed Katie my business partner is now a prisoner on death row in China. Somehow the directive of not cutting Devon half my Burisma pay never happened I pay more alimony than single divorce in the east coast including NYC. You pay more alimony just b/c I told her I would give her everything than Ron Perlman who is worth 6 billion dollars. So there's not much income coming through these days.

Ive told Eric 10 times to talk to George. Eric is  not agreeing to my terms and pretending like I'm not being responsive. Please email him George and me that George knows my position and that Eric should talk to him. Also tell Eric that is asked that he please pay me 30-% of any business debt including the Wells Fargo business card- whatever the balance was the day I fired him. And please discontinue the autopay to Amex he somehow put into my Wells Fargo account.  And I also am positive I signed  esigned and returned loan doc to BHR directly. Please ensign it - I have the text to you that says yes I sign.  FYI Eric has zero equity in any single thing related to me. Not BD not BHR nothing.

I am fully aware of what Kathleen wants.

I'll deal with tuitions when time comes.

In order for me to close the WF brokerage accounts you need to move all autopsy's to whatever new account best option would be for you to move them to one of my Bank or America checking accounts.  I thought that was made clear in the email Edward sent us both. All brokerage accounts can then be closed and the Maisy account should be closed and the check sent to the CA address ASAP.

Today is the 28th not the 30th. Payday is the first and 15th.

On Dec 28, 2018, at 1:35 PM, Katie Dodge <dodgekatie13@gmail.com> wrote:

Hello - I am trying to figure out what to do about bills/BD & BHR travel etc.  Would you be able to let me know how you plan to proceed with things?  Below is a up or we have discussed. No particular order …

1) Signing the BHR loan? - sent to you by Eric and forwarded to you by me - he also is asking about the BD buyout.  Should I start by contacting George?

2) UPenn tuition payment due Jan 4 - $27,945

3) Sidwell Payment due Jan 5 - $4,244.70

4) Health Insurance is past due - $5841.45 would make it current



Katie Dodge (2016)
archive.ph/G2o3e
archive.ph/634xQ

5) KBB - Monthly payment due and She has asked you to sign a doc for her refi of the lake house. Email was sent to you around Dec 14 re:refi possibly sent by her attorney.

6) Your storage unit check was returned.  It costs $780/month.  It will cost $4,975 to move all the stuff to Delaware.  Due now is just the $780. They have called me about this.

7) Pay day is today (Friday, Dec 30).  Not sure how to handle that.  ADP is is looking for $22,500 to restart with them.  Total bi-weekly is $4k (you) +$3k (me) +$1k (Erin) = $8k total ::  Benefit of ADP is they do all the state & Fed taxes and issue W2s etc.  Also - Health Insurance uses tax compliance from payroll as part of the verification that the company exists/legit.

8) Porsche payment was due and was returned by Wells Fargo — ( Not sure if you have responded officially to Edward about closing accounts.)  The Porche payment was about $1,700.

---

[633] "[] Xi Jinping's so-called Belt and Road projects … the type of Chinese infrastructure investment deals warmly accepted by tin-pot dictators in underdeveloped nations. … This [is] despite the fact the U.S. State Department believes Belt and Road projects are a major vector for Chinese espionage and trade-based money-laundering[.]"
*See* Sam COOPER, "Wilful Blindness," *Optimum Publishing International*, May 2021, archive.ph/eONni

[634] "Ye chairs a conglomerate based in Shanghai called CEFC China Energy, which aggressively expanded abroad in recent years. However, the company is now selling assets and unwinding deals as Ye's whereabouts are still unknown." *See* "A Chinese oil entrepreneur was scooping up Manhattan properties. Then he disappeared.," *The Real Deal*, October 2018, archive.ph/KDHLP

**BUSINESS-RELATED CRIMES**                                                                                     133

HO's arrest not only impacted the destiny of YE, whose cover—and the influence[635] operation[636] he was conducting—was blown when HO was detained.[637] Hunter's business colleagues were hounded with press inquiries for the latter half of 2018 and, according to Hunter, CIA operatives in China were detained in retaliation. Jimmy and others have not[638] cooperated with inquiries from U.S. senators.



Matthew Goldstein

David Barboza

---

[635] Peter Schweizer, "Secret Empires," *HarperCollins*, March 2019, archive.fo/73o6b

[636] "Chairman Ye was listed in 2016 as number two by Fortune magazine on its global 40 Under 40 'measure of power, influence and success in business.' The blurb explaining his place on the list highlighted that the then-39-year-old 'mysterious tycoon … runs a USD 42bn-a-year oil business' with global reach and state-owned partners, 'making him a rare, powerful private player aligned with the Chinese government.' … The ongoing consolidated PRC liquidation process for China CEFC and 14 of its onshore units are likely to generate only pennies on the dollar for creditors[.]"
*See* "CEFC Energy retail bondholders file SFC complaint against bond bookrunner CLSA," *Debtwire*, December 2020, archive.ph/rQXTb

[637] Alvin LUM, "What impact will Patrick Ho corruption case have on Chinese companies doing business in the US?," *South China Morning Post*, December 2018, archive.ph/NXuGZ

[638] "To date, Devon Archer, James Gilliar, John Sandweg, Eric Schwerin, and Rob Walker have not been responsive to our letters and emails.  Attorneys for Hunter and James Biden have refused to cooperate with the committees. It should be noted that, collectively, President Trump's family and associates produced documents and agreed to appear at interviews with a number of congressional committees."
*See* "Outstanding Senate Requests to Biden Family and Associates," *U.S. Senate Committee on Homeland Security and Governmental Affairs and U.S. Senate Committee on Finance Majority*, December 2020, archive.fo/4JmTw

In summary, the Bidens committed over two dozen federal felonies in connection with China. Hunter and his business partners (including his family members) committed egregious crimes, specifically money laundering, that have put many others—less connected saps—in prison for decades. Three of Hunter's Chinese benefactors[639][640] have either vanished[641] or been deported.[642] The family's crimes span over a decade and, as we will note in the final section of the Report, the statute of limitations have not passed on many of them. We want to tip our hat to an anonymous Twitter user who ascertained



the CEFC Energy/NGO laundering scheme and the players. Aside from the crude layout and one small mistake (HO called Jimmy after being detained at JFK International Airport), the graphic above was a clear presentation of a complex swindle and multiple FARA violations.[643] The Bidens' business dealings with the CCP are still being probed[644] by two Senators, albeit through milquetoast[645] letters.



© New York Post

639 "[T]hat would put the value of Hunter Biden's share closer to $20 million[.]"
See Robert Farley, "Trump's Claims about Hunter Biden in China," *FactCheck.org*, October 2019, archive.ph/1fGft

640 "Gemini Investments and Rosemont Realty Form Joint Venture," *Rosemont Realty*, August 2015, archive.fo/exGVm

641 "By order of Xi Jinping, powerful businessman Ye Jianming is arrested," *AsiaNews*, March 2018, archive.ph/eFitu

642 "We reject each of Ho's arguments and affirm the district court's judgment in all respects."
See *United States v. Ho* (19-761), 2d Cir., December 2020, archive.ph/EYF5U

643 LAU Chris et al., "Back in Hong Kong after serving US prison term for bribery, a 'very tired' Patrick Ho begins quarantine after testing negative for Covid-19," *South China Morning Post*, June 2020, archive.ph/PUxGG

644 "How much has Hunter Biden made from the Chinese deal that took over Rosemont Realty? … emails reveal at least one payment of approximately $188,000 from Rosemont Realty to Hunter Biden."
See Peter Schweizer, "Chinese elite have paid some $31 million to Hunter and the Bidens," *New York Post*, January 2022, archive.ph/GTIHg

645 "Johnson, Grassley Continue Probe Into Biden Family Financial Entanglements," U.S. *Senator Ron Johnson*, March 2021, archive.ph/sabvB

## THE UKRAINE

Much has been written about Hunter joining the board of a Ukrainian-based energy company in April 2014 and Joe overseeing U.S. policy in that country and broader region. To simplify matters, Hunter's associates—with a few outliers—in this international fiasco were from these three organizations:

- ‣ Burisma (energy company): Vadym POZHARSKYI[646] and Mykola "Nikolay" ZLOCHEVSKY[647]
- ‣ Blue Star Strategies (lobbying firm): Karen Tramontano[648] and Sally Painter[649]
- ‣ Boies Schiller Flexner LLP (law firm): Heather King[650]

Deeply embedded into Democrat political circles, King was also an adviser to the ill-fated Hillary Clinton presidential campaign in 2016 and the former general counsel for a scam company called Theranos, a firm[651] whose facilities Joe hailed as the "laboratory of the future."[652] Tramontano and Painter were also far-left operatives and D.C. fixtures, having both served in key, high-ranking positions in the Clinton administration.[653] In the background, Ihor KOLOMOISKY[654] was the bankroller[655] of Burisma through Cypriot shell companies—e.g. Brociti Investments Limited—and his front man, ZLOCHEVSKY. Hunter conceded that his Burisma gig was due to his surname: "The Biden name is synonymous with democracy and transparency, and that's why I said it was gold to them."[656]

     

Vadym POZHARSKYI
DOB: 01/26/1979
Passport #: FE 391491

Mykola "Nikolay" Vladislavovich
ZLOCHEVSKY
DOB: 06/14/1966
Passport #: ES 242211

Karen Ann Tramontano
DOB: 06/01/1957
MD Bar #: 8806010351

Sally Anna Painter
DOB: 10/03/1961

Heather Marie King
DOB: 12/16/1973
NY Bar #: 4447165
CA Bar #: 315246

Ihor Valeriyovych
KOLOMOISKY
DOB: 02/13/1963
Israeli Passport #: 10905729

646 "Vadym Pozharskyi," *Energy Security Forum*, archive.ph/6UOOT

647 Zdravko LJUBAS, "Ukraine's Anti-Graft Officers Offered Record $6M Bribe to Drop Case," *Organized Crime and Corruption Reporting Project*, June 2020, archive.ph/c0xCk

648 "Karen A. Tramontano," *Blue Star Strategies*, archive.ph/L7XIW

649 "Sally A. Painter," *Blue Star Strategies*, archive.ph/AZE5s

650 "Heather King," *South by Southwest*, March 2019, archive.ph/h5mSa

651 "King spent almost a year-and-a-half as general counsel for Theranos, which she left in August 2016 to return to Boies Schiller and serve as an adviser to Hillary Clinton's presidential campaign. King was one of several Boies Schiller lawyers who had ties to the Clinton camp … King and Boies Schiller parted ways within the last week… The timing of her exit with the start of Holmes' trial was coincidental, two of them said. King declined to comment. Her LinkedIn profile, like King's biography page on Boies Schiller's website, was deleted last week."
*See* Brian Baxter, "Former Theranos General Counsel King Leaves Boies Schiller," *Bloomberg Law*, September 2021, archive.ph/cCmiX

652 Theo Wayt, "Joe Biden visited Theranos, called Elizabeth Holmes 'inspiring'," *New York Post*, January 2022, archive.ph/dxAPz

653 "Blue Star Strategies," *InfluenceWatch*, archive.ph/gBZes

654 "[KOLOMOISKY] backed the election last year of Ukraine's current president, Volodymyr Zelensky, a TV comedian known for, among other things, playing the piano with his penis."
*See* Dana Kennedy, "Hunter Biden's Ukraine contact allegedly a 'fixer' for shady oligarchs," *New York Post*, October 2020, archive.ph/DHy5E

655 "[M]uch of Brociti's stocks would be handed to Ukrainian oligarch Ihor Kolomoyskyi[.]"
*See* Peter Baffoe, "The Trump Impeachment Inquiry and the Infamous Company Nobody's Ever Heard of," *The Acronym*, October 2019, archive.ph/Q8myF

656 Rob Crilly, "Hunter Biden says his name was like 'gold' to Burisma," *Washington Examiner*, April 2021, archive.ph/HUUZI

## THE BEGINNING

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 03/26/2012 | D.D.C. | Joe & Tony Blinken | 18 USC § 2 & 44 USC § 2207 |

Evidence on the laptop of the Bidens' meddling[657] in the Ukraine began in March 2012 when Joe illegally[658] utilized his private, alias email address (robinware456@gmail.com) to communicate about his son Beau's speech in Kyiv (ironically)[659] entitled, "Corruption and the Judiciary." The gushing former U.S. Ambassador to the Ukraine, John Tefft, told Joe's then-National Security Advisor, Antony Blinken, that Beau's speech was "terrific" and that the "many young lawyers" present who were "involved with NGOs fighting corruption" doled out compliments to Joe's firstborn (and favorite) son.

From: Robin Ware robinware456@gmail.com
Subject: Re: Beau Biden
Date: March 26, 2012 at 2:18 PM
To: Blinken, Antony J. Antony_J._Blinken@ovp.eop.gov, BEAU 261penn@gmail.com, HUNT hbiden@rosemontseneca.com

Thanks

Sent from my iPhone

On Mar 26, 2012, at 3:44 PM, "Blinken, Antony J." <Antony_J._Blinken@ovp.eop.gov> wrote:

Please see below from our ambassador to Ukraine.

~~Antony Blinken~~
~~Deputy Assistant to the President~~
~~National Security Advisor to the Vice President~~
~~202-456-9301~~

From: Tefft, John F [mailto:TefftJF@state.gov]
Sent: Monday, March 26, 2012 3:22 AM
To: Blinken, Antony J.; Silverman, Lawrence
Cc: Gordon, Philip H; Russell, Daniel A; Schultz, Eric T; Hunt, Baxter; Wolfe, James A
Subject: Beau Biden

Tony and Larry: As you know Delaware Attorney General Beau Biden was here on Friday to speak on Corruption and the Judiciary. He was terrific.

We had an overflow crowd at the Hyatt for the 90 minute presentation and "Q and A", including the largest number of Members of Parliament we have attracted to our Ambassador's Forum Speaker's series. Beau then attended a reception at the Residence where many of our Ukrainian colleagues had time to follow up with him in private conversation. We received many compliments on his presentation and for simply bringing him to Kyiv for a frank discussion of a problem that still bedevils this country. There was also a large group of young lawyers present, many involved with NGOs fighting corruption.

I would appreciate it if you could let the Vice President know that his son really helped us here. No exaggeration – Beau's visit was everything we had hoped for.



Antony Blinken & Joe in Kosovo (05/22/2009)

Former U.S. Ambassador John Tefft
archive.ph/Et6GL

---

[657] "Perhaps he is saying this because of the videos that were uploaded to the Web which showed it to be so, but this statement by him contradicts the description that is asserted by the U.S. White House and the European Union, and the Western press, which description is that Yanukovych's overthrow was instead just the result of the U.S. Government's $5+ billion expense since 1991 to establish 'democracy' in Ukraine."
*See* Eric Zuesse, "Head of Stratfor, 'Private CIA,' Says Overthrow of Yanukovych was 'The Most Blatant Coup in History'," December 2014, archive.ph/NAXCc

[658] Kerry Picket, "Here's a List of Obama Admin Officials Who Used Alternate E-Mails to Conduct Government Business," *Daily Caller*, September 2016, archive.ph/mU8oN

[659] Michael Ruark, "Timeline: Ukraine, Biden, Barisma [*sic*] and Kolomoyskyi," October 2019, archive.ph/77oZ9

## BURISMA: THE GREAT IRONY

For over eight years, Hunter and his fixers have repeated the lie that his Burisma board seat served as a "bulwark" against Russian aggression and energy dominance in the Ukraine.[660] The key irony in this lie was that ZLOCHEVSKY—the front-man who helped fund Hunter's board seat—served under a Ukrainian president, Viktor YANUKOVYCH, who repeatedly rejected the European Union (EU) and other transnational arrangements, a key interest for Russia.[661] ZLOCHEVSKY had previously served as the Minister of Ecology and Natural Resources under YANUKOVYCH, who fled to Russia[662] in March 2014 following Western-led protests. (Unsurprisingly, YANUKOVYCH is, to this day, PUTIN's preferred[663] man to lead the Ukraine). Because of his previous position under YANUKOVYCH, ZLOCHEVSKY had authority to grant and/or revoke energy drilling permits, resulting in egregious self-dealing and enrichment for his firm, Burisma. In summary, Hunter and Archer's board seats were insurance policies—with a $166k monthly premium—that ZLOCHEVSKY purchased against potential prosecution for his illegal acts when he served as Minister. Some mainstream outlets acknowledged this insurance policy and even a few liberal writers[664] criticized[665] Hunter's scheme: "The appointment of the vice president's son to a Ukrainian oil board looks nepotistic at best, nefarious at worst."[666]

 

PUTIN & YANUKOVYCH                    YANUKOVYCH & ZLOCHEVSKY

[660] Zachary Evans, "Hunter Biden Claims Position on Burisma Board Served as 'F***-You To Putin'," *National Review*, April 2021, archive.ph/MBCQy

[661] Viola Gienger and Ryan Goodman, "Timeline: Trump, Giuliani, Biden, and Ukrainegate," *Just Security*, January 2020, archive.ph/1BpHT

[662] "Yanukovych's administration collapsed, and he along with other family members fled to Russia[.]"
*See* Katya GORCHINSKAYA, "A brief history of corruption in Ukraine: the Yanukovych era," *Eurasianet*, June 2020, archive.ph/UJrnE

[663] Jeremy Khan, "Who is Viktor Yanukovych, the former Ukrainian president Putin reportedly wants to put back in power?," *Fortune*, March 2022, archive.ph/B7MrT

[664] "But the credibility of the vice president's anticorruption message may have been undermined by the association of his son, Hunter Biden, with one of Ukraine's largest natural gas companies, Burisma Holdings, and with its owner, Mykola Zlochevsky, who was Ukraine's ecology minister under former President Viktor F. Yanukovych before he was forced into exile. Hunter Biden, 45, a former Washington lobbyist, joined the Burisma board in April 2014. That month, as part of an investigation into money laundering, British officials froze London bank accounts containing $23 million that allegedly belonged to Mr. Zlochevsky."
*See* James Risen, "Joe Biden, His Son and the Case Against a Ukrainian Oligarch," *New York Times*, December 2015, archive.ph/U7PyH

[665] Adam Taylor, "Hunter Biden's new job at a Ukrainian gas company is a problem for U.S. soft power," *Washington Post*, May 2014, archive.ph/2XBHh

[666] "Biden's son lands job with Ukraine oil and gas giant," *Petro Global News*, May 2014, archive.ph/3zaCU

ZLOCHEVSKY scrambled to navigate the "delicate spot"[667] in which he found himself after YANUKOVYCH fled. He appointed Hunter to Burisma's board just days before Joe flew to the Ukraine to announce a "new U.S. support package."[668] However, due to optics, Burisma waited three weeks to publicly announce Hunter's new position.[669] In the press release, Hunter explained that his expertise in corporate transparency would help Ukrainian citizens: "As a new member of the Board, I believe that my assistance in consulting the Company on matters of transparency, corporate governance and responsibility, international expansion and other priorities will contribute to the economy and benefit the people of Ukraine." Hunter was not transparent about his lucrative no-show "Of Counsel" position with BSF, which had just received a $250k wire from Burisma for "legal and consulting services" one week before the press release; Hunter was effectively double-dipping from ZLOCHEVSKY's largesse. The announcement also touted Hunter's nonprofit affiliations and endeavors, which were supposedly "helping to provide food and education to 300 million malnourished children around the world."[670]



667 "The ouster of Yanukovych put the founder and president of Burisma, Mykola Zlochevsky, in a delicate spot. Zlochevsky had served as the environment minister under Yanukovych, handing out gas licenses to cronies. Having watched the president flee Ukraine for his life, currying favor with the Obama administration was paramount for Zlochevsky."
*See* Max Blumenthal, "DC's Atlantic Council raked in funding from Hunter Biden's corruption-stained employer while courting his VP father," *The Gray Zone*, October 2019, archive.fo/fmrhh

668 "A senior administration official … said the vice president would announce a new U.S. support package[.]"
*See* Scott Wilson, "Biden arrives in Ukraine to show U.S. support as crisis with Russia continues," *Washington Post*, April 2014, archive.ph/ZcGcf

669 "Hunter Biden joins the team of Burisma Holdings," *Burisma*, May 2014, archive.ph/ZYIOM

670 "Board of Directors," *Burisma*, May 2014, archive.is/Ia4q4

REPORT ON THE BIDEN LAPTOP

## THE CURIOUS CASE OF ALEX KOTLARSKY

So how did Hunter snag this double-dipping gig with Burisma? Clues were offered by two of his business associates: Seb MOMTAZI[671] and Henri du Pont. MOMTAZI, an Englishman of Persian extraction who Devon Archer described in his lengthy sentencing memorandum[672] as "an inexperienced Assistant turned COO who was quick with my signature," referenced multiple $10k outbound wire transfers to an "Alex K" from an account Hunter accessed. du Pont, from a well-known family[673] of bankrollers for the Bidens, conveyed to Hunter that he "happened to meet Alex Kotlarsky," a Ukrainian Jew who lived in Brooklyn and worked for Archer at Rosemont Capital. KOTLARSKY was a digital ghost and photos of him could not be located online. Nevertheless, KOTLARSKY—who also ran a limousine service—struck an agreement with Hunter to receive 30% of Hunter's fees from Burisma for his first eight months on the board because he helped Hunter secure the position.



Sebastian "Seb" Parviz MOMTAZI
DOB: 07/1988
archive.ph/hyjh1
archive.ph/oZgav

Henri Verge du Pont
DOB: 02/01/1966
archive.ph/vLWYu
archive.ph/pqC2u

Alexsandr KOTLYARSKIY
"Alex KOTLARSKY"
DOB: 07/17/1974
2984 Avenue Z
Brooklyn, NY 11235

Flag of the United Arab Emirates (UAE)

[671] "Sebastian Momtazi," *The Hendon Mob*, archive.ph/8ambM

[672] *United States v. Galanis et al.* (16-cr-00371), Document 1002-1, S.D.N.Y., February 2022, archive.ph/otWMZ

[673] "Contributions related to the du Ponts ranged up to $10,000, like the one from Tanya Copeland, the well-known arts patron who is the great-niece of Sergei Rachmaninoff and married into the family. Copeland sat on the host committee for the reception at the vice president's house[.]"
*See* Celia Cohen, "Big Bucks for Beau," *Delaware Grapevine*, February 2014, archive.ph/o5uZE

In total, KOTLARSKY managed to collect nearly a quarter of a million dollars for his unconventional head-hunting services—$222,224 to be exact. KOTLARSKY's handsome "Finders Fee" certainly supplemented his income from Rosemont Capital and Fine Fare Express Car & Limo Service, Inc., his atypical side gig.[674][675] Either way, this Ukrainian-born enigma facilitated Hunter's Burisma grift.[676]



Signature of KOTLARSKY

On Apr 13, 2016, at 11:48 AM, Levinson, Kenneth S. <ken.levinson@FaegreBD.com> wrote:

Eric, All

Here are the cash "numbers" I referenced in our call this morning; these were derived (hopefully accurately) from Eric's email of April 11th (his was time stamped at 4:50 PM EDT; we got it from George via email time stamped 5:23 PM that day).

Given Eric's description of the $51,835 "over draw" by Hunter in 2015, I have accounted for that amount below both as a "receipt" and as a subset of the "taxes" account/payout. However, as Eric clarified in our call today, the "taxes" hold back (whether constituting the gross amount of $245,498, or the "net" amount after "repayment" of the overdraw (the net being $193,663 per Eric's email)) was NOT actually paid to the IRS by or on behalf of Hunter during 2015.

Based on the calculations and assumptions shown below, it appears there is a "net" unexplained difference that I can't identify (thus far) for 2015 of +$222,944. I'm hoping Eric's more experienced and knowledgeable eyes will let us know what I am missing.

In any case, here are my calculations from last night:

Hunter receives/is owed:
- $833,333 (10 months of Burisma tracked through RSB)
- 51,835 (the "excess draw" taken out by Hunter from RSB)
- 166,666 (2 months of Burisma payments to Owasco)
- $1,051,834

Hunter pays out:
- $361,168 (payoff/down of Devon's loan to fund Hunter's investment in BHR)
- 222,224 (per Eric, which works out to 30%/mo, $27,778, paid to Alex for 8 months as Finder's Fee)
- 51,835 (repayment attributable to Hunter out of "taxes" Hold Back to repay "over draw" from RSB)
- 193,663 (balance of "taxes" Hold Back of $245,498 remaining after repayment of "over draw" to RSB)
- $828,890

**2015 cash payments attributable to Hunter not accounted for:** $222,944 (the difference between $1,051,834 and $828,890)

What am I missing?

Thanks for any input from any of you, especially Eric…

Kenneth "Ken" Samuel Levinson
Minnesota Bar #: 0354090
archive.ph/aEdGz

---

674 "Fine Fare Express Car & Limo Service, Inc.," *OpenCorporates*, archive.ph/r2aEN

675 Fine Fare Express Car & Limo Service, Inc., *New York Department of State: Division of Corporations*, DOS ID: 1809555

676 "Kotlarsky is described in the 2019 article as a 'Ukrainian who was in the car-service business in New York City.' But he appears to have had a significant role in Burisma. He is copied into Hunter and Archer's correspondence with the company and used to fly with Hunter, a row behind him in first class."
*See* Miranda DEVINE, "Laptop from Hell," *Post Hill Press*, November 2021, archive.is/683Jm

**BUSINESS-RELATED CRIMES** 141

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 04/12/2014ff | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |

The grift was spelled out in an email by Archer six days before Hunter was appointed to the board of Burisma (and eleven days after Archer was appointed). Archer's "Key points" included ensuring Hunter could double-dip by "[e]ngag[ing] Bois [*sic*] Schiller (where Hunter is of counsel)" and to "[e]xplain [the] less overt role [Hunter] will play relative to [Archer, the] front man particularly through [the] elections[.]" Two weeks later, Archer stated in an interview to a Ukrainian outlet, *Kapital*, that the "sphere of my duties [with Burisma] is also building the policy of G[overnment][677][678] R[elations]."[679]



From: **Devon Archer** darcher@rosemontseneca.com
Subject: Key points
Date: April 12, 2014 at 12:51
To: Hunter Biden hbiden@rosemontseneca.com

- Stress significant reputational risk
- Stress equity in the long haul is where our interests lie
- Want to build largest independent Uk O&G producer over the next decade
- We see this as a 10 year commitment
- Engage Bois Schiller (where Hunter is of counsel)
- Stress zero tolerance policy on using names that are not ours in direct reference
- Explain less overt role you will play relative to me front man particularly through elections





Burisma's office: Ryljejeva St, 10-A, Kyiv, 02000
(50.488228, 30.465901)



ZLOCHEVSKY & Hunter

677 Paul Sperry, "Ukraine Worked with Democrats Against Trump in 2016 to Stop Putin []," *RealClear Investigations*, March 2022, archive.ph/ZbXJQ

678 Kenneth Vogel and David Stern, "Ukrainian efforts to sabotage Trump backfire," *Politico*, January 2017, archive.ph/g31dh

679 "Throughout his career, Archer has been involved in establishing links between Wall Street and Washington, the financial and government centers of the United States." (translated)
*See* Dmitry TOVSTENKO, "Devon Archer: 'Today Burisma Holdings resembles Exxon at the dawn of its formation,'" *Kapital*, April 2014, archive.ph/1JOHS

Hunter then replied to Archer with a 22-point plan on how they were "not going to let a crisis go to waste."[680] To cash in on the Western-backed chaos in the Ukraine, Hunter offered the following plan: "Our guy [Joe] needs to set himself up as the anti- Victor Pinchuk (coal and steel oligarch- pro Russian Yanukuvich [*sic*] supporter) … The [Burisma] contract should begin now- not after the upcoming visit of my guy [Joe]." To discuss further plans, Hunter told Archer to "[b]uy a cell phone from a 7/11 or CVS tmrw and ill do the same." Hunter's twentieth point was another "cover your ass" (CYA) insertion for the paper trail, as the very next point (#21) laid out how "domestic policy makers" including (and especially) his father, Joe, were to be leveraged for a "[$]25k p[er]/m[onth]" deal.[681]



From: Robert Biden rhbdc@icloud.com
Subject: Tmrw
Date: April 12, 2014 at 9:43 PM
To: Devon Archer darcher@rosemontseneca.com

I have to go to Houston with Beau tmrw for MD Anderson check up. Some thoughts after doing some research. And some further thoughts on organization going forward.

1. Poroshenko appears to be the likely next President. Determining our teams relationship with him is important. He is credible with the west and by all accounts a true reformer (by Uk standards).

2. Some sort of decentralization will likely occur in the East. If it doesn't the Russians will continue to escalate there destabilization campaign, which could lead to a full scale take over of the eastern region most critically Donetsk. The strategic value is to create a land bridge for RU to Crimea.

3. That won't directly affect Burisma holdings but it will limit future Uk exploration and utilization of offshore opportunities in particular.

4. It will also result in further destabilization of Uk nationally and for whatever govt is in power.  And the US will respond with even stronger sanctions. Those sanctions will threaten the tenuous support of the EU which does not have the political will to incur steep energy price increases.

5. Which will result in further price increases on RU gas to the Uk.

6. The IMF loan guarantees will allow the Uks to weather the economic impact, but the required reforms to Uk public subsidies will weaken the new President.

7. There will be enormous pressure on Burisma to lower prices for the national good. Even if the company takes a hit in profits it would seem imprudent to raise prices in convert with RU price gouging.

8. Burisma has an opportunity here to play the hero if it ignores the artificial market value of their product and plays to the national interest.

9. Kazakstan could play a pivotal role by providing gas at rates lower than what the RUs are asking but I doubt they would want to poke the Bear.

10. The pipelines across Uk are the key to all of this. But if the Uks shut down the pipeline they also shut down 60% of their energy supply and put a strangle on EU supplies from RU which the EU will never accept (b/c they are pussies).

11. There is no immediate supplier solution to replace RU. Even if Burisma increased output from their reserves by 100% it would - 1, take at least two years and 2, Uk would still be about 35% short of their needed gas supplies.

12. Our guy needs to set himself up as the anti- Victor Pinchuk (coal and steel oligarch- pro Russian Yanukuvich supporter).

13. The best way to weather the storm btw now an elections is to throw all in with the chocolate king. Even if he looses to Tymosheko (unlikley per polls as of today) Poroshenko is a safe ally that could help protect him from the vultures of the moment. Additionally you me and Alex shoud reconnect with the boxer and help gain his support of our guy.

14. And it is the moment (btw now and Elections) that he needs to weather. If he is seen as unfairly profiting from the RU induced price spike things could turn against him fast.

15. The Burisma website or press releases should talk about how Burisma as the largest independent is committed to supplying Uk industry with as much power at a fair price as possible during this crisis with an emphasis on utilizing the best technologies and world class team to ensure increased production and domestic delivery post haste.

16. We can actually be of real value here. Developing relationships, bringing US expertise to the company, supplying strategic advice on politics and geopolitical risk assesment.

17. BSF can actually have direct discussions at state, energy and NSC. They can devise a media plan and arrange for legal protections and mitigate US domestic negative press regarding the current leadership if need be.

18. The announcement of my guys upcoming travels should be characterized as part of our advice and thinking- but what he will say and do is out of our hands. In other words it could be a really good thing or it could end up creating too great an expectation. We need to temper expectations regarding that visit.

19. We need to ask for long term agreement and across the board participation. This is a huge step for us that could easily become very complicated. And if we are not protected financially regardless of the outcome we could find ourselves frozen out of a lot of current and future opportunities.

20. To that end they need to know in no uncertain terms that we will not and cannot intervene directly with domestic policy makers, and that we need to abide by FARA and any other US laws in the strictest sense across the board.

21. The contract should begin now- not after the upcoming visit of my guy. That should include a retainer in the range of 25k p/m w/ additional fees where appropriate for more in depth work to go to BSF for our protection. Complete separate from our respective deals re board participation.

22. Buy a cell phone from a 7/11 or CVS tmrw and ill do the same.

[680] Rahm Emanuel, "Let's make sure this crisis doesn't go to waste," *Washington Post*, March 2020, archive.ph/vw6XB
[681] "Committee staff have found that several of the references to Mr. Biden's travel align with the travel records USSS produced to the Committees. For example, in one email allegedly sent from Hunter Biden to Devon Archer on April 13, 2014 at 12:43 AM, Mr. Biden referred to traveling to Houston 'tmrw.' Secret Service records show a travel entry for Mr. Biden from April 13, 2014 – April 14, 2014, to Houston, TX."
*See* "Johnson, Grassley Use Secret Service Records to Verify Content from Alleged Hunter Biden Laptop, Request More Travel Records," *U.S. Senator Chuck Grassley*, October 2020, archive.ph/9d8FE

Hunter was chomping at the bit to enter the Ukrainian energy sector—an industry in which he had no experience—and leverage his connections: "This could be the break we have been waiting for if they [Burisma] really are smart enough to understand our long term value." In order for Hunter and Archer to "actually earn [their] keep" and appear indispensable, they needed to hire a "discreet firm to perform due diligence … on an ongoing basis" so they could launder the information back to Burisma.

This could be the break we have been waiting for if they really are smart enough to understand our long term value. If they are looking to just use us until the storm passes then we risked far too much for far too little. We could be invaluable in expanding their operations outside Uk by promoting their US partnerships and expertise- whether that's China, Mexico, other parts of the Black Sea, Poland etc...

Finally, we need to have a plan on how we develop a corporate entity or LLP that allows us to draw on funds generated here to free us from existing (under-producing current commitments) and to build our own investment and expansion strategy. Maintaining the status quo is not an option. We can preserve our interest in the areas where minimal involvement is appropriate but should not get greedy and try to keep all the balls in the air that exist today. RCP, RSTP, BHRT all make sense and can co-exist and progress without our day to day oversight. But Advisors and the BD need a transition plan. I am assuming that by making this move it will require us to be traveling extensively and actually earning our keep. If that's not the case then we will know we are being used in a way that's not appropriate. BHRT will be our only other major time commitment (and Realty). But from my discussions with Jimmy I'm a little concerned that their strategy of marketing a soft commitment from BOC is not going to get the job done. We had assurances that the PRC money would come first and we would build on that. Right now I don't see that happening. If they want us in Beijing once a month and pitching this outside PRC we should be getting paid in advance just like every other team member thats getting a salary. We should be hiring people like Jim Lee to work east Asia and Australia and our new 3rd party marketer here in the states to do the heavy lifting if she is interested. We should also find someone of similar capabilities to do the same in Europe.

We should also find a highly credible and discreet firm to perform due diligence and deep information for us on an ongoing basis. The kind of people that can get us information that's not available through a google search and some phone calls. We can use our own funds to pay for it and I'm sure your buddies down in Little Creek have some trusted independent contacts  that do that sort of work.

Thoughts?

During the following week—and the day before Hunter was appointed to Burisma's board—the former President of Poland, Aleksander KWAŚNIEWSKI (also a Burisma board member), scheduled a Parisian retreat for Burisma in early May. Archer suggested how, as unregistered agents, they could leverage their connections for their foreign principal's gain: "Our guy [Christian Clerc][682] probably has to help on securing rooms if we can't book thr[o]u[gh] regular means. We'll need 5 or 6 more rooms."



ZLOCHEVSKY & Hunter (06/02/2016)

Christian Clerc

Four Seasons Hotel George V in Paris

[682] "President [of] Global Operations - Four Seasons Hotels and Resorts[.]"
*See* "Christian H. Clerc," *LinkedIn*, archive.ph/PbGoX

| When | Where (Venue) | Who (Accomplice) | What |
|------|---------------|------------------|------|
| 04/22/2014 | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |

The following week, Hunter sent an email to Archer with a subject line of "JRB [Joseph Robinette Biden] in UKR [the Ukraine]" and quoted Joe's hypocritical[683] remarks[684] to lawmakers about their "cancer of corruption[.]" Archer responded gleefully: "Wow. We need to make sure this rag tag[685] temporary Government in the Ukraine understands the value of Burisma to its very existence." Hunter shot back: "You should send to Vadim [POZHARSKYI]- makes it look like we are adding value."[686][687]



**From:** Robert Biden rhbdc@icloud.com
**Subject:** Re: JRB in UKR
**Date:** April 22, 2014 at 4:31 PM
**To:** Devon Archer darcher@rosemontseneca.com



You should send to Vadim- makes it look like we are adding value.

RHB
202.333.1880

POZHARSKYI & Archer

On Apr 22, 2014, at 7:29 PM, Devon Archer <darcher@rosemontseneca.com> wrote:



Wow.  We need to make sure this rag tag temporary Government in the Ukraine understands the value of Burisma to its very existence.

Devon Archer
646 436 3745

On Apr 22, 2014, at 7:14 PM, Robert Biden <rhbdc@icloud.com> wrote:

Mr. Biden spoke of the "humiliating threats" faced by Ukraine and said the United States was "ready to assist." But he also stressed that Ukraine needed to put its own house in order, calling on it to "fight the cancer of corruption that is endemic in your system right now" and to reduce its crippling dependence on Russia for supplies of natural gas.
"Imagine where you'd be today if you were able to tell Russia: Keep your gas. It would be a very different world you'd be facing today," Mr. Biden told Ukrainian legislators. "It takes some difficult decisions, but it's collectively within your power and the power of Europe and the United States. And we stand ready to assist you in reaching that."

---

683 "'This [board appointment] is totally based on merit,' Mr. [Alan] Apter said."
*See* Paul Sonne and James Grimaldi, "Biden's Son, Kerry Family Friend Join Ukrainian Gas Producer's Board," *Wall Street Journal*, May 2014, archive.ph/uPufR

684 "[] Vice President Joe Biden at a Meeting with Ukrainian Legislators," *The White House*, April 2014, archive.ph/8odZ1

685 Harriet SALEM, "Who exactly is governing Ukraine?," *The Guardian*, March 2014, archive.ph/3kAKJ

686 "'Consulting' payments to Seneca Bohai also do not square with Hunter and Devon Archer's roles as independent directors at Burisma. Federal securities law prohibits any person from serving as an independent director if they 'accept directly or indirectly any consulting, advisory, or other compensatory fee…' 17 CFR § 240.10A-3(b)(1)(ii). … US law does not apply to a private foreign entity because they are not subject to federal securities law. However, that squares the circle by putting Hunter Biden in the position of both claiming he was focused on good governance as a board member while also ignoring US best practices for board members."
*See* John Cheffers, "Hunter Biden: Was He Paid Appropriately as an Independent Director?," *Watchdog Research*, November 2019, archive.ph/EGNIL

687 "[I]t would be illegal in the U.S. to have an arrangement such as Hunter Biden's – being a corporate governance monitor while also a paid consultant to company management."
*See* Mark Hemingway, "Hunter Biden's Burisma Post had a Troubling Conflict, Watchdog Says," *RealClear Investigations*, November 2019, archive.ph/3BADj

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 05/09/2014ff | D.D.C. | Devon Archer & Heather King | 2 USC § 1603, 18 USC §§ 2, 371 & 22 USC § 612 |

King wrote a standard CYA email about how she did not want to register as a agent under the FARA, but then—in the next sentence—explained how she was going to lobby a U.S. State Department official named Carlos Pascual along with a longtime confidante Kerry and lobbyist, David Leiter.[688]



King & Elizabeth Holmes

Carlos Pascual
archive.ph/18Ppg

David Leiter

[688] "David Leiter," *Plurus Strategies*, archive.ph/cRBSR

**BUSINESS-RELATED CRIMES**

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 05/13/2014 | D.D.C. | Devon Archer, Eric Schwerin & Demetra Lambros | 18 USC §§ 2, 219 & 22 USC § 612 |

"REQUEST RE: BURISMA" was the email's subject line. "Demetra[689] [Lambros, Counsel to Joe and his former Senate staffer when he was the Chairman of the Judiciary Committee] or someone from over there [White House] may call directly (but she asked if we could do it and she didn't know who to call)." This email—apart from showing the obvious conspiracy between Joe's lawyer, Hunter, his business partners, and Burisma—was emblematic of the cultural differences between corruption in the Ukraine and the U.S. Burisma knew what they were paying for with Hunter on their board: influence. Illegal influence. Burisma wanted to show it off on their company's website.[690] However, the Americans had to put a proverbial arm-around-the-shoulder and say, "Hey, look, optics matter here in the U.S. We cannot be too overt about our illegal representation of you, just in case the law starts to apply equally to us (princelings) and the DOJ begins to ask questions about FARA enforcement." The photo in question—of Joe and Archer in Joe's office—is still available[691] through a Google search, yet the *Washington Post* declared that a copy "couldn't be located."[692] Within six months of taking office, Joe appointed Lambros as the Chair of the President's Commission on White House Fellowships.[693]



Archer & Joe (04/16/2014)



From: Devon Archer darcher@rosemontseneca.com
Subject: Re: REQUEST RE: BURISMA
Date: May 13, 2014 at 10:37
To: Eric Schwerin eschwerin@rosemontseneca.com
Cc: Hunter Biden hbiden@rosemontseneca.com

Thanks Eric. Hunter got the call and it's down. Was put up without authorization. Just on a Board call now and will call you this afternoon.

On May 13, 2014, at 6:26 PM, Eric Schwerin <eschwerin@rosemontseneca.com> wrote:

Hey, guys. There is apparently a photo of Devon and the VP on Burisma's website (I can't see it - the website isn't working very well right now) but Demetra (VP Counsel) called and asked that we tell Burisma they need to take it down (legally they aren't comfortable with the VP's picture being up on the site as what seems like an endorsement). Are either of you in touch with them to ask them to do so? Or is there someone you want me to call? Demetra or someone from over there may call directly (but she asked if we could do it and she didn't know who to call). Let me know if there is something I can do.



Schwerin



Demetra Lambros

[689] "Ms. Lambros was the general counsel for the Senate Judiciary Committee, under the chairmanship of then-Senator Joe Biden. There she helped craft sweeping anti-crime legislation, gun control measures, as well as the Violence Against Women Act, Mr. Biden's landmark effort to address domestic violence. More recently she served as counsel to the vice president and played a central role in the White House's initiative to help combat sexual assault on college campuses." *See* "Headmaster's Lecture Series - Sexual Assault: The New Legal and Ethical Rules," *St. Albans School*, December 2015, archive.ph/3MhBz

[690] Mia Cathell, "Hunter Biden's business partner asks him to remove Joe Biden's photo from Ukraine energy firm website," *The Post Millennial*, October 2020, archive.ph/UI3NO

[691] *Burisma*, May 2014, archive.ph/iC8Og

[692] "A copy couldn't be located, but the Biden campaign doesn't dispute that it may have been taken when Archer visited the White House in April 2014[.]"
*See* David Ignatius, "The truth behind the Hunter Biden non-scandal," *Washington Post*, October 2020, archive.fo/WItPN

[693] "Demetra Lambros is a criminal appellate lawyer … she served as Counsel to then-Vice President Biden."
*See* "President Biden Appoints Members to President's Commission on White House Fellowships," *The White House*, June 2021, archive.ph/E28ph

| When | Where (Venue) | Who (Accomplice) | What |
|------|---------------|------------------|------|
| 09/10/2014 | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |

Archer provided a status update to Hunter after he illegally represented Burisma's interests at the U.S. embassy in Kyiv: "Embassy meetings today all went well. Tomorrow with Ukraine ministries and the conference starts. Nicoli's [ZLOCHEVSKY] house is completely and absolutely ridiculous."[694] In addition to Archer admitting his FARA violations, he explained to Hunter that BSF—the law firm which served as a source of "protection" for them—was milking the Burisma teat too quickly: "I think [Burisma is] getting a little frustrated with Boies. Heather [King] already blew through the retainer and sent another $30k bill … I am explaining we needed Boies for our protection initially … And they haven't gotten [ZLOCHEVSKY's] [US] visa [ban] sorted yet either … But again with Burisma, it's written off as 'protection' for us and everything's fine." In other words, the duo's plausible deniability scheme for violating the FARA—using the FARA's misunderstood legal exemption—was exposed.[695]



Home of ZLOCHEVSKY
(50.614605, 30.539468)

---

[694] "'The PGO filed a petition to court to arrest the property of the ex-Minister of Ecology and Natural Resources of Ukraine, the Deputy Secretary of the National Security and Defence Council of Ukraine, Mykola Zlochevsky, from which arrest was withdrawn, and other property he actually uses, namely housing estate with a total area of 922 square meters, a land plot of 0.24 hectares, a garden house with a total area of 299.8 square meters, a garden house in the territory of Vyshgorod district, a garden house of 2,312 square meters, a land plot of 0.0394 hectares, a Rolls-Royce Phantom car, a Knott 924-5014 trainer,' reads the report."
*See* "Court seizes property of ex-minister Zlochevsky in Ukraine – PGO," *Kyiv Post*, February 2016, archive.ph/4ap1v
[695] 22 USC § 613(g)

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 02/15/2015ff | D.D.C. | Devon Archer & U.S. State Department official | 5 CFR § 2635.703, 18 USC §§ 2, 219 & 22 USC § 612 |

Two months after the investigation into ZLOCHEVSKY was reportedly closed due to ZLOCHEVSKY's $7M bribe[696] paid to Ukrainian state prosecutors, Hunter violated the FARA and intervened on the energy mogul's behalf at the U.S. State Department regarding ZLOCHEVSKY's trip to Mexico.[697]



**From:** Vadym Pozharskyi v.pozharskyi.ukraine@gmail.com
**Subject:** Re: Re Mexico trip
**Date:** February 16, 2015 at 10:55
**To:** Hunter Biden hbiden@rosemontseneca.com
**Cc:** Devon Archer darcher@rosemontcapital.com, Alex Kotlarsky a.kotlarsky@yahoo.com

Thank you Hunter for your concern, really appreciate it!
Best regards
V

Отправлено с iPhone

ZLOCHEVSKY

Feb 16, 2015, в 17:52, Hunter Biden <hbiden@rosemontseneca.com> написал(а):

Me contact has said that he will take care of it--- BUT I have not gotten confirmation yet that he has done so with 100% certainty. If he cannot give me complete confidence that there will not be an issue I agree the risk is too great. I will let you know as soon as I hear. I am asking everyday for an update.

RHB
202.333.1880

On Feb 16, 2015, at 10:26 AM, Devon Archer <darcher@rosemontcapital.com> wrote:

Vadim,
Hunter is still trying to get confirms from our contacts there.  If we cannot absolutely clear safe passage perhaps you can just come.  We cannot postpone these high level meetings at this point.  It's a holiday today in the States so we'll know more tomorrow.
Best,

Devon Archer
646 436 3745

On Feb 16, 2015, at 10:18 AM, Vadim Pozharskyi <v.pozharskyi.ukraine@gmail.com

Dear colleagues,

Hope, you are well.

Just to let you know, our sources at the Mexican embassy confirmed to us that if a person has had certain unsettled issues re the American visa in the past, there's a strong probability that he or she might have problems at the Mexican border.

With this in mind, I feel that we should consider the risks for Nikolay going there.

Hunter & an onlooking POZHARSKYI (06/02/2016)

---

[696] "'Team Yarema closed the case against Zlochevsky in December 2014 just before western Christmas day,' Kent wrote his colleagues. … 'When I met with Yarema's right hand man, the jovially corpulent first deputy PG Danylenko six weeks later during the first week of February 2015, I asked him bluntly how much was the bribe and who took it,' Kent added. Danylenko cheerfully replied: 'That's exactly what President Poroshenko asked him last month. I told him $7 million[.]'" *See* John Solomon, "State Department reported Burisma paid bribe while Hunter Biden served on board, memos show," *Just the News*, September 2020, archive.ph/JWeM4

[697] "Far from ethical concerns about Hunter Biden being debunked, the case for close scrutiny only grows stronger when viewed in the full context of the family's story and in light of events that have unfolded since Election Day. … Ukraine's anti-corruption prosecutor Nazar Kholodnytsky … and national anti-corruption bureau chief Artem Sytnik  ….  say they intercepted a … bribe attempt at dropping a criminal investigation against the head of [] Burisma[.]" *See* Ben Schreckinger, "'Hiding the Ball': Hunter Biden Complicates White House Anti-Corruption Push," *Politico*, October 2021, archive.ph/xSA6z

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 04/16/2015ff | D.D.C. | Devon Archer | 18 USC §§ 2, 219 & 22 USC § 612 |

A now-infamous email from POZHARSKYI, the key fixer for ZLOCHEVSKY, revealed that Hunter and Archer acted as unregistered foreign agents by organizing a secret dinner[698] with Joe at Cafe Milano in D.C. The rendezvous with Joe was planned months in advance, and POZHARSKYI—a key advisor for Burisma—thanked Hunter for the "honor and pleasure" of dining with Joe, the vice president.





POZHARSKYI

The following month, Hunter requested to "grab a cup of coffee"[699] with the Deputy Secretary of State, Tony Blinken.[700] Blinken committed perjury with Senate investigators when he stated that he had "no knowledge of Hunter Biden's service on [Burisma's] board"[701] even though Hunter's associates at Blue Star Strategies invoked Hunter's name when lobbying Blinken and his department for Burisma.



Joe & Tony Blinken in the Oval Office (11/01/2013)

---

[698] "'I have no response,' Biden said when asked about the report."
*See* John Dorman, "Biden calls controversial New York Post story about his son Hunter a 'smear campaign,'" *Business Insider*, October 2020, archive.ph/wx1iQ

[699] "Scheduler Linda Landers [room] 7208[;] 202-647-1522[.]"
*See* "Organizational Directory," *U.S. Department of State*, page OD-3,
web.archive.org/web/20211207160341/https://www.state.gov/wp-content/uploads/2019/10/Org-Directory.pdf

[700] Dan Alexander, "Inside the $10 Million Fortune of Antony Blinken, Biden's Secretary of State," *Forbes*, June 2021,
archive.ph/oxnH5

[701] "Interview of: Antony John Blinken," *U.S. Senate Committee on Homeland Security and Governmental Affairs and U.S. Senate Committee on Finance, Majority Staff Report*, December 2020, tinyurl.com/sn48v4et

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 08/12/2015ff | D.D.C. | Devon Archer, John Sandweg, Eric Schwerin, Blue Star Strategies et al. | 5 CFR § 2635.703, 18 USC §§ 2, 219, 1001 & 22 USC § 612 |

Even though the Ukrainian energy mogul had arranged for Hunter and Archer to be on the board of Burisma, ZLOCHEVSKY's visa was still being denied, rendering him unable to travel to the States. As a result, the former[702] acting director of Immigration and Customs Enforcement (ICE), Sandweg, was summoned to (illegally) grease the gears of ICE and other U.S. federal agencies, violating the FARA.



702 Dan Cadman, "Dumb and Dumber: John Sandweg []," *Center for Immigration Studies*, April 2019, archive.ph/jknC9

Sandweg also illegally utilized nonpublic information from at least two federal government officials when he inquired about ZLOCHEVSKY's visa status. However, the nonpublic information Sandweg received was bad news: the visa was still being blocked. Sandweg then laundered the information about the visa status back to ZLOCHEVSKY through POZHARSKYI and Hunter's business partner, Schwerin. In the background of this illegal representation, POZHARSKYI pressed[703] Hunter and Blue Star Strategies for "concrete tangible results" with the "ultimate purpose" of their aforementioned $166k monthly insurance premium being to "close down for [*sic*] any cases/pursuits against Nikolay in Ukraine." Tramontano committed perjury when testifying to Senators about her firm's involvement.[704]



Jesica Dobbins Lindgren

YANUKOVYCH & ZLOCHEVSKY

---

[703] Katie Weddington, "November 2, 2015 – A Hunter Biden laptop email shows Burisma's goal is to buy influence through him and Devon Archer," archive.ph/pKHYb

[704] "Interview of: Karen A. Tramontano," *U.S. Senate Committee on Homeland Security and Governmental Affairs and U.S. Senate Committee on Finance, Majority Staff Report*, page 174, August 2020, tinyurl.com/5n7uytpx

| When | Where (Venue) | Who (Accomplice) | What |
|------|---------------|------------------|------|
| 09/17/2015ff | S.D.N.Y. & D.D.C. | Devon Archer | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(ii), 1957(a), 22 USC § 612 & NY PL § 470.20 |

The $166k monthly insurance premium for Nikolay's[705] "support" was sent to RSB, LLC—formerly named Rosemont Seneca Bohai, LLC—in two equal wire transfers of $83,333.33. The wire transfers were typically facilitated though AS PrivatBank in Latvia, which was KOLOMOISKY's laundering vehicle of choice.[706][707] Ten days after the wire transfers went through in September 2015, Hunter flew on Air Force Two and took in the pleasantries of Italy, which included a private tour of the Coliseum. The Bidens' government-sponsored jaunt included Joe, Jill, and the rest of the family—sans Kathleen.



[705] "[I]n the case of former Ecology Minister Mykola Zlochevsky, the U.K. authorities had seized 23 million dollars in illicit assets that belonged to the Ukrainian people. Officials at the PGO's office were asked by the U.K. to send documents supporting the seizure. Instead they sent letters to Zlochevsky's attorneys attesting that there was no case against him. As a result the money was freed by the U.K. court and shortly thereafter the money was moved to Cyprus. … We want to work with Prosecutor General Shokin so the PGO is leading the fight against corruption."
*See* "Remarks by US Ambassador Geoffrey Pyatt at the Odesa Financial Forum on September 24, 2015," *U.S. Department of State*, tinyurl.com/yc5kc4z6

[706] "The Latvian law enforcement memo identified a series of loan payments totaling about $16.6 million that were routed from companies in Belize and the United Kingdom to Burisma through Ukraine's PrivatBank between 2012 and 2015. The flagged funds were 'partially transferred' to Hunter Biden, a board member at Burisma since May 2014, and three other officials working for the Ukrainian natural gas company, the Latvian memo said."
*See* John Solomon, "Latvia flagged 'suspicious' Hunter Biden payments in 2016," *Just the News*, February 2020, archive.ph/1KVgK

[707] John Christmas, "Burisma connects Latvian Banks," *EU Bubble*, November 2020, archive.fo/HyCJR

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 11/30/2015ff | D.D.C. | Devon Archer, Eric Schwerin, Ryan Toohey, David Wade & Blue Star Strategies | 18 USC § 2 & 22 USC § 612 |

As with Hunter's many shell companies, the Bidens' goal was to create plausible deniability by inserting layers between the origin of information/money/influence and the recipient/beneficiary. One week near the end of 2015 was especially illustrative of these schemes. Hunter and his partners used Ryan Toohey as a front man for the FARA violations when trying to massage stories[708][709] from the *Wall Street Journal* and *New York Times*. No one knew these schemes better than Kaufman, Hunter's frequent lunch guest and confidante who Joe appointed to the Senate when he became the V.P.[710]



Joe & Ted Kaufman (07/20/2010)

Ryan Toohey
archive.ph/djnsx

---

[708] Paul Sonne and Laura Mills, "Ukrainians See Conflict in Biden's Anticorruption Message," *Wall Street Journal*, December 2015, archive.ph/zzSOL

[709] James Risen, "Joe Biden, His Son and the Case Against a Ukrainian Oligarch," *New York Times*, December 2015, archive.ph/U7PyH

[710] "Arguably Biden's closest and most trusted advisor, Kaufman has aided Joe From Delaware in every election he's entered: six successful bids for the Senate, and two failed bids for the White House. For the past six months, Kaufman said, he's been in Washington two, three days a week, advising the Vice President."
*See* Rob Kunzig, "Ted Kaufman, Biden's Guy," *Morning Consult*, November 2015, archive.ph/6SMg9

Immediately preceding Hunter's lunch with Kaufman was a White House conference call. During that call, Blue Star Strategies was busy doing the bidding of Burisma. Evidently, the lobbying shop tasked the young guy in the office with sending the most incriminating emails, as the note from Sean Keeley describing the call revealed blatant FARA violations. POZHARSKYI was on the email chain, so Keeley either did not bother—or forgot—to launder the information from the White House through Hunter's crew back to POZHARSKYI. Equally interesting was the fact that Schwerin forwarded Keeley's email to Hunter, not realizing that Hunter was on the original distribution list. Schwerin's email implied that Hunter was deliberately kept off of other email chains in the past in an attempt to cover Hunter's digital tracks and create plausible deniability. The memo, which "outlined [Joe's] trip[711] agenda," was not available on the Laptop, as the Wi-Fi was disconnected. Joe's DOJ let Blue Star Strategies get away with these crimes by retroactively filing under the FARA, à la Tony Podesta.[712]



POZHARSKYI

Sean Keeley
archive.ph/Bdgib

[711] Glenn Kessler, "Correcting a media error: Biden's Ukraine showdown was in December 2015," *Washington Post*, October 2019, archive.fo/pFOfl

[712] "The new filing, stamped May 12 and made 'pursuant to guidance from DOJ personnel,' involves the firm 'acting retroactively a foreign principal for a specific and limited time in 2016.' The foreign principal was Zlochevsky[.]"
*See* Isaac Stanley-Becker, "Lobbying shop says DOJ probe into its work for Burisma has been closed," *Washington Post*, May 2022, archive.ph/q8OI4
*See also* Isaac Arnsdorf, "Podesta Group files new disclosures in Manafort-linked Ukraine lobbying," *Politico*, April 2017, archive.ph/amELj

The following day, John Kerry, then-U.S. Secretary of State, pressured the president of the Ukraine, Petro POROSHENKO, to fire the Ukrainian Prosecutor General, Viktor SHOKIN, who had opened an investigation into Burisma.[713] In fact, Kerry told POROSHENKO that "the Vice President [Joe] is very concerned about it." Two months later, Joe threatened to withhold a $1B loan guarantee, in coordination with the International Monetary Fund (IMF), if POROSHENKO did not fire SHOKIN.[714] When Joe later bragged and recounted this international quid pro quo at an event[715] sponsored by the Council on Foreign Relations—"Well son of a bitch! He got fired!"—Joe was flanked by Michael Carpenter.[716] When the calls between Kerry, Biden, and POROSHENKO leaked, Carpenter went on the record and declared that the audio files—for which there is zero evidence of tampering—were part of a "KGB-style disinformation operation tied to pro-Russian forces in Ukraine whose chief aim is to make deceptive noise … to advance the interests of … the Kremlin[.]"[717] Just two weeks before Joe threatened POROSHENKO, Hunter gushed to POZHARSKYI about ZLOCHEVSKY's generosity: "[T]hank NZ [ZLOCHEVSKY] for the beautiful birthday gifts[, but they were] far too extravagant[.]"



Viktor SHOKIN



Petro POROSHENKO

**From:** Hunter Biden hbiden@rosemontseneca.com
**Subject:** Re: Happy birthday
**Date:** February 4, 2016 at 7:09 PM
**To:** Vadym Pozharskyi vadym.pozharskyi@burisma.com



POROSHENKO, Joe, Kerry & Victoria Nuland (2015)

V- Thanks so much. Let Nikolay know how much I appreciate his friendship and loyalty. I truly believe in what we are doing and I'm proud to say I am a part of this organization. And I am so glad you and I are on the same team. Finally- thank NZ for the beautiful birthday gifts it was far too extravagant but much appreciated. Let's talk tomorrow or Saturday about the editorial- I have a few ideas I'd like to share.

Sent from my iPad

On Feb 4, 2016, at 11:46 AM, Vadym Pozharskyi <vadym.pozharskyi@burisma.com> wrote:

Dear Hunter,
Hoping even though it's a working day, you've at least had some cake already!!

I would like to wish you a Happiest birthday! May you have what you truly need!

Also, I would like to share with you birthday wishes from Nikolay below:



Michael Carpenter, Joe & Richard Haas (2018)

"Dear Hunter,
I know we haven't known each other for long, but in the short time that I've known you I have seen that you are a smart decent person which believe me is a rare quality in the world of business, and even more so, with my background as a minister, in the world of politics. Today, on your birthday with all my heart I am wishing you to remain true to yourself, regardless of the circumstances, and give yourself some credit now and then!!"



Kerry: But before Vice President Biden comes in, I just wanted to try to urge you to see if there is a way to get by this problem



Kerry: of replacing the Prosecutor General, you know, Shokin. Because to my perception he's blocked the cleanup of the Prosecutor Generals' Office



Kerry: and I know the Vice President is very concerned about it. And I think it would be good to try to have some resolution

---

[713] "Hunter Biden was appointed to the board of the firm, which Shokin claimed was an appointment made by Zlochevsky 'in order to protect himself.'"
*See* Brooke Singman, "Ex-Ukraine prosecutor said he was told to back off probe of Biden-linked firm, files show," *Fox News*, October 2019, archive.ph/43icN

[714] "I especially asked him to resign in his position as a state person, and despite [*sic*] of the fact that he has support in the public, and as a [*sic*] finish of my meeting with him, he promised me to give me the statement of his resignation, and one hour ago he bring [*sic*] me the written statement of his resignation."
*See* "Joe Biden Call with Petro POROSHENKO," February 2016, archive.fo/SlWGt

[715] "Foreign Affairs Issue Launch with Former Vice President Joe Biden," *Council on Foreign Relations*, January 2018, archive.ph/SrbjZ

[716] "Michael Carpenter," *Penn Biden Center for Diplomacy & Global Engagement*, July 2018, archive.ph/E33oC

[717] Paul Sonne et al., "Hunt for Biden tapes in Ukraine by Trump allies revives prospect of foreign interference," *Washington Post*, July 2020, archive.ph/Hhvtl

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 03/24/2016 & 09/15/2016 | D.D.C. | John Buretta & Blue Star Strategies | 18 USC § 2 & 22 USC § 612 |

A prominent legal fixer named John Buretta—a former Principal Deputy Assistant Attorney General under Obama—violated the FARA on behalf of ZLOCHEVSKY by advocating to Amos Hochstein and U.S. Ambassador, Marie Yovanovitch.[718] Whether the assertions in Buretta's letter to Yovanovitch were accurate was irrelevant, as it was part of an illegal lobbying scheme with Blue Star Strategies.



archive.ph/WLg44

Then-Attorney General Eric Holder & John Buretta (11/16/2012)

John Buretta: For us it was important to close all cases against Burisma and Nikolay Zlochevskyi in a legally sound manner
Published Feb 1. Updated Feb 1 at 3:47 pm

archive.ph/Fctwa

U.S. Ambassador Marie Yovanovitch

John D. Buretta

[718] "Legal Exemption: Advisory Opinions on 613(g)," *National Security Division, U.S. Department of Justice*, December 2012, web.archive.org/web/20220120055747/https://www.justice.gov/nsd-fara/page/file/1038226/download

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 05/26/2016 | D.D.C. | Joe & John Flynn | 5 CFR § 2635.703, 18 USC §§ 2, 219, 22 USC § 612 & 44 USC § 2207 |

A senior[719] advisor[720] to the vice president, John Flynn, sent notes and a scheduling card to Joe—via Joe's secret alias[721] email address, Robert.L.Peters@pci.gov—for Joe's upcoming call with POROSHENKO, which was to take place the next morning (05/27/2016) at 9:00 AM. Notwithstanding the fact that the notes for the call with POROSHENKO would ordinarily be classified, the email and accompanying notes were ccd to Hunter at his business email address. As a reminder: Hunter, at that time, sat on the board of Burisma, whose core operations were in POROSHENKO's country (although Burisma was actually domiciled in Cyprus for money laundering purposes).[722] A simple web search confirmed Joe's schedule[723] during that time frame and proved that Joe did travel to Rhode Island on 05/27/2016, where he met with his current Secretary of Commerce, Gina Raimondo.[724]







John Flynn & Joe

Joe & POROSHENKO (01/16/2017)

[719] "Executive Branch - Office of the Vice President," *Government Printing Office*, February 2016, tinyurl.com/yfj53eaj

[720] "Term Member [—] Council on Foreign Relations[;] June 2012-June 2017[.]"
*See* "John S. Flynn," *LinkedIn*, archive.ph/7Y2Fi#selection-2077.36-2077.93

[721] "'Robin Ware,' 'Robert L. Peters' and 'JRB ware' were three such pseudonyms on e-mails that mixed official and family business. In a four-week period in 2016, for instance, John Flynn, who worked in the Office of the Vice President, sent Joe his official daily schedule to his private e-mail address Robert.L.Peters@pci.gov and copied Hunter. There were 10 such e-mails copied to Hunter between May 18 and June 15, 2016. … The Robert Peters e-mail address used a @pci.gov domain, a service labeled as problematic by the DNS Institute's Domain Name System security report last year."
*See* Miranda DEVINE, "Veep Joe Biden skirted 'no see' mail law with private accounts," *New York Post*, July 2021, archive.fo/pKvHG

[722] "Αρχιεπισκόπου Μακαρίου III, 155, PROTEAS HOUSE, Floor 5, 3026, Λεμεσός, Κύπρος Cyprus[.]"
*See* "Burisma Holdings Limited," *OpenCorporates*, archive.ph/YcAxn

[723] "In the morning, the Vice President will depart New York, New York en route Providence, Rhode Island. At 12:00 PM, the Vice President will tour the East Providence Department of Transportation Maintenance Facility. … At 12:30 PM, the Vice President will join Governor Gina Raimondo, Senator Jack Reed, Senator Sheldon Whitehouse, Congressman Jim Langevin, and Congressman David Cicilline in highlighting the RhodeWorks infrastructure program."
*See* "May 27, 2016," *The White House*, archive.ph/KYNGZ

[724] "NBC 10's Dan Jaehnig interviews Vice President Joe Biden," *NBC 10 News,* May 2016, archive.ph/zcNu0

Joe's secret alias email address was, in one respect, simply par for the course during the Obama administration: Loretta Lynch and Eric Holder used aliases, as well as Obama[725] himself, along with Hillary Clinton who used two private aliases: hdr22@clintonemail.com and hrod17@clintonemail.com.[726] However, the Presidential Records Act (**44 USC § 2207**) and its requirements put Joe's alias account (Robert.L.Peters@pci.gov) in a particularly troubling light. (As an example, when one searches for Robert.L.Peters@pci.gov on BidenLaptopEmails.com, 27 results appear.) Members of the U.S. Senate[727] have asked questions about this email account, but Joe's lawyers have simply ignored[728] the letters.[729] A nonprofit watchdog has also submitted a FOIA[730] request to the National Archives and Records Administration (NARA), although the likelihood that the NARA is responsive is low. One person who will have answers—or knows someone who does—is Mark Grabow from the SS. Grabow (mark.grabow@usss.dhs.gov & 1-917-838-9469) was the network administrator who configured itchy.pci.gov, one of several subdomains that has since been taken offline.



Simple Email Reputation

RISKY

archive.ph/RiZ59



Log-in page of clintonemail.com

archive.ph/TAzlf

archive.ph/qtBaa

archive.ph/I2osZ
archive.ph/Pnoz2

Mark Grabow
tinyurl.com/bdekz89h

---

[725] Josh Gerstein and Nolan McCaskill, "Obama used a pseudonym in emails with Clinton, FBI documents reveal," *Politico*, September 2016, archive.ph/1Rk8a

[726] "Had Blumenthal been sending Clinton emails about personal business, such as an upcoming ski trip, there would be no issue here. But he was sending Clinton emails about, among other things, Benghazi—one of the largest fuck-ups in State Department history and the subject of numerous Congressional inquiries."
*See* J.K. Trotter, "This is Hillary Clinton's Secret Email: HDR22@ClintonEmail.com," *Gawker*, March 2015, archive.ph/6Ba77

[727] "Moreover, it would be quite easy for the president to deny the news reports if they weren't accurate … One would think that the White House would gladly say that it's properly archiving email records."
*See* "Biden White House Needs to Provide Answers on Record Keeping Practices," *U.S. Senator Chuck Grassley*, September 2021, archive.ph/t8HGR

[728] "Hunter Biden's lucrative salary was later cut two months after his vice president father left office in 2017."
*See* Tristan Justice, "White House Blows Off Senate Inquiry into Joe Biden's Use of Private Email," *The Federalist*, September 2021, archive.fo/CEmt0

[729] "Hunter Biden served on the board of the corrupt Ukrainian energy company, Burisma, at that time and information relating to any communication between the United States Government and Ukrainian Government could have been of interest to Hunter Biden and his colleagues at Burisma."
*See* "Letter to Ms. Dana Ann Remus, Counsel to the President," *U.S. Senators Chuck Grassley and Ron Johnson,* July 2021, tinyurl.com/sfy8rxcv

[730] FOIA Submitted to NARA (NGC22-596), *Southeastern Legal Foundation*, archive.ph/dc7OB

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 07/08/2016 | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |

The extremely persistent POZHARSKYI needed Hunter at a very "critical moment," and Hunter apparently delivered on Burisma's behalf: "Keep D[evon Archer] updated. I went as high as I could." Hunter's purposely vague message presumably alluded to the NATO Summit[731] in Poland, which had just begun, an event critical to Burisma's interests. As you can imagine, Burisma had its fingers in many Western-funded pies, including the aforementioned Metabiota, a "pandemic tracking"[732] company which raised money from Rosemont Seneca Technology Partners.[733] In fact, ZLOCHEVSKY took out insurance policies against his prosecution in other ways, from placing Cofer Black—a Romney advisor—on Burisma's board to partnering with KOLOMOISKY's lackeys[734][735][736] in Cyprus.



KWAŚNIEWSKI & Hunter (06/02/2016)

Hunter & Prince Albert of Monaco (06/02/2016)

Painter, Tramontano, Joseph Cofer Black, POZHARSKYI & KWAŚNIEWSKI

---

731 "Fact Sheet: NATO Warsaw Summit," *The White House*, July 2016, archive.ph/ixDe9

732 "The Pentagon has got access to Ukrainian biological research facilities under the plausible pretext of preventing the proliferation of biological weapons. The biological projects are sponsored and supervised by the U.S. Defense Threat Reduction Agency (DTRA), which is operating through its office in the U.S. Embassy in Kyiv, headed by Joanna Wintrol. … Under the program in Georgia and Ukraine, the firm Metabiota, [a] Black & Veatch subcontractor, signed $18.4 million federal contract."
*See* "USA Taking Control Over Biological Research in Ukraine," January 2018, archive.ph/50GNI

733 Raheem KASSAM, "Hunter Biden Bio Firm Partnered with Ukrainian Researchers 'Isolating Deadly Pathogens' Using Funds from Obama's Defense Department.," *The National Pulse*, March 2022, archive.ph/NCbB0

734 "Christina Sofocleous," *Andreas M. Sofocleous & Co LLC*, archive.ph/f9z9p

735 "Marina Savvidou," *LinkedIn*, archive.ph/d6uNd

736 "Andreas Sofocleous," *LinkedIn*, archive.ph/xCkV2

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 07/12/2016ff | D.D.C. | Evan Ryan & Blue Star Strategies | 18 USC §§ 2, 219 & 22 USC § 612 |

Evan Ryan, who was the then-Assistant Secretary of State for Educational and Cultural Affairs, helped Hunter and Blue Star Strategies violate the FARA by coordinating calls and meetings with her husband, Tony Blinken, who was the then-Deputy Secretary of State.[737][738] Along with the U.S. Embassy in Kyiv apparently writing letters on Burisma's behalf, Blinken's department was coordinating[739] Burisma's work with Hunter, who told Ryan: "[I] [t]alked with S[ally Painter][740] and K[aren Tramontano] and they said they called [Blinken] at 5:30[.]" Even though Ryan acted as a conduit for these FARA and other lobbying violations (**2 USC § 1603**), her career prospects were not hurt—Ryan is now Joe's Cabinet Secretary, overseeing his administration's executive agencies.[741]



Evan Ryan & Joe

Kerry, Ryan & Blinken (01/09/2015)

Hunter & Ryan (2013)

[737] "Ms. Ryan and Mr. Blinken met in 1995 at the White House, where she was special assistant to Mrs. Clinton's chief of staff and he was a special assistant to the President and the senior director for speechwriting."
*See* "Weddings; Evan Ryan, Antony Blinken," *New York Times*, March 2002, archive.ph/KkIXI

[738] "He met Erin Ryan … the two married in a bi-denominational ceremony officiated by a rabbi and priest at Georgetown University in Washington, D.C."
*See* "Antony 'Tony' Blinken," *Virtual Jewish Library*, archive.ph/WhISJ

[739] Iggy OSTANIN, "Exclusive: 1) While Hunter Biden served on Burisma board, his employer secretly kept a Crimean oil business, despite Joe Biden's demands for sanctions over Crimea [and] 2) Bank account used to pay directors, including Hunter, received funds from Belize company linked to embezzlement." May 2020, archive.ph/Av19i

[740] "Throughout 2000 she served as Executive Director of the Business Coalition for U.S.-China Trade, a business group of 100 major corporate leaders that secured passage of Permanent Normal Trade Relations with China — the largest trade legislation ever concluded."
*See* "Sally Painter," *Concordia*, archive.ph/r8O16

[741] "Evan Ryan," *Miller Center*, *University of Virginia*, archive.ph/ffXIN

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 11/22/2016 & 12/08/2016 | D.D.C. | Dan Fried, John Herbst & Blue Star Strategies | 18 USC § 2 & 22 USC § 612 |

Buretta wasn't the only John to violate the FARA on behalf of Burisma; John Herbst—the Director of the Eurasia Center at the infamous[742] Atlantic Council "think" tank—also pleaded with Yovanovitch[743] about ZLOCHEVSKY. Dan Fried, Herbst's colleague, also illegally lobbied U.S. official George Kent.



Footnote 2: When Dan Fried called me in the summer, asking if I would be willing to talk to Painter, the subject was Zlochevsky, and allegedly the bad reputational deal he was getting. I warned Dan this was a sticky wicket, that Zlochevsky was viewed as corrupt, not just in Ukraine but by the USG/FBI, that he almost certainly had paid a bribe to the PGO office (Yarema team) to have them close a case against Zlochevsky in December 2014 and issue a letter to that effect to Zlochevsky's lawyer, who flipped it to a UK judge, who unfroze assets that the FBI and MI5 had spent months trying to make a case about - a successful asset repatriation – the first and so far only possible case in, in an effort we collectively have spent hundreds of thousands of dollars. Furthermore, the presence of Hunter Biden on the Burisma board was very awkward for all US officials pushing an anti-corruption agenda in Ukraine. Dan then said: "Sally's apparently been asked to gather information in an attempt to convince Hunter to sever the relationship." I said he was free to pass my name and number to her, and I would be as forthright about

U.S. DEPARTMENT OF STATE - PRODUCED TO HSGAC
NOT FOR PUBLIC RELEASE                STATE-2019-18-0000346

Zlochevsky and Burisma as I had been to him. I heard nothing further. From the conversation today with Painter, it would appear she is on a first name basis with Zlochevsky.



From: Kent, George P
Sent: Tue, 22 Nov 2016 00:46:32 -0500
To: Andrews, Jorgan K
Subject: Fw: Meeting request from Ambassador Herbst

Meet with Herbst, to talk about zlochevsky okay.

Meet with zlochevsky no - not under any circumstances.

I shut down the ill-advised USAID co-branding effort for precisely this perception challenge.

Dan Fried
archive.ph/8ithZ



John Herbst <JHerbst@ATLANTICCOUNCIL.ORG>
SPECIAL INVITATION | Ukraine Strategy Session | March 19
To: "hbiden@rosemontseneca.com" <hbiden@rosemontseneca.com>
Cc: Tamari Ramianvili <tramishvili@ATLANTICCOUNCIL.ORG>

Dear Mr. Biden,
The Atlantic Council invites you to attend a **Ukraine Strategy Session** on March 19, 2018 from **12:00 p.m.** to **3:00 p.m.** at the **Atlantic Council headquarters** (1030 15th Street NW, 12th Floor, West Elevators).
The session will feature prominent international policy makers and experts. To RSVP, please email my colleague Tamari Ramishvili at tramishvili@atlanticcouncil.org.
We hope you can join us for this important and timely strategy session.
Best,
John

image001.jpg
(Downloading...)

**John Herbst | Director, Eurasia Center**
Ambassador (Ret.)
1030 15th Street NW, 12th Floor | Washington, DC 20005
T: +1.202.778.4965 | Cell: +1.202.340.8727 | Email: jherbst@AtlanticCouncil.org

John Herbst



United States Embassy
Kyiv, Ukraine

**BRIEFING CHECKLIST (BCL)**
**Ambassador Yovanovitch's Meeting with**
**Karen Tramontano, Blue Star Strategies**

Thursday, December 8, 2016           Interpretation: N/A
10:30-11:00                          Notetaker:
Ambassador's Office                  EXT: 5365

**CONTEXT**

An Atlantic Council member and Washington veteran, Tramontano informally represents Mykola Zlochevsky, the Burisma CEO who has long been the target of law enforcement proceedings in Ukraine.

**WHAT DO WE WANT?**
• You should hear Tramontano out on Zlochevsky's situation, but not suggest we will change our posture on his case.

**WHAT DOES THEY/HE/SHE WANT?**
• Tramontano would like the USG to take a more positive view of Zlochevskiy and possibly meet with him.

**KEY OBJECTIVES**

1. **Zlochevsky:** the former Minister of Ecology fled Ukraine in early 2014 and was charged with corruption and sanctioned by the European Union. In 2014, British officials seized $23 million in his British bank accounts. Zlochevskiy owns Burisma, one of Ukraine's largest gas producers. His official U.S. representatives sent a letter in September (attached) asking that the Embassy reconsider its position on him.

• I appreciate hearing your side of the story.

• However, we have extensive concerns about corruption in Ukraine, and we believe Mr. Zlochevskiy is an example. If he would like to clear his name, he should return to Ukraine to face the charges against him.

- 2 -

**WATCH OUT FOR**

**Burisma and USAID:** In September, USAID withdrew its Municipal Energy Reform Program's (MERP's) cooperation with Burisma on a joint program to award journalists for outstanding coverage of energy efficiency issues in Ukraine citing concerns about the appearance of a conflict of interest rewarding journalists with prizes paid by an energy company. Burisma provided approximately $7,500 in prizes for last year's contest. Subsequently, USAID spoke to Blue Star Strategies representative Sally Painter by phone and indicated that we would be open to discussing other forms of cooperation between USAID and Burisma, and agreed to meet with Burisma Government and Public Affairs representative, Vadym Pozharskyi. In the November meeting, Pozharskyi briefed USAID on Burisma and the gas sector more broadly, but did not propose specific ideas for cooperation. While keeping the lines of communication open, we do not intend to pursue any joint cooperation with Burisma.

• I understand that Susan Fritz and Joel Sandefur had a good meeting with Vadym Pozharskyi.

• If pressed: I encourage you to have Vadym reach out to ____ again should Burisma have further ideas.

**PARTICIPANTS**

United States                        Other Country/Organization
Ambassador Yovanovitch               Karen Tramontano, Blue Star CEO
____, Econ Counselor

Attachment:
Biographic Information
Letter from Zlochevsky's representatives

[742] Stephen Braun and Richard Lardner, "Trump diplomat met with adviser for targeted Ukraine firm," *Associated Press*, October 2019, archive.ph/Q1Hwk

[743] "[] Meeting with U.S. Ambassador Marie Yovanovitch," *U.S.-Ukraine Business Council*, April 2017, archive.fo/s0gAg

| When | Where (Venue) | What |
|---|---|---|
| 03/19/2017ff | D.D.C. | 22 USC § 612 |

If there were any lingering doubts about whether Hunter—as a member of Burisma's board—was an unregistered "agent of a foreign principal" under the provisions of the FARA, his WhatsApp messages to Bobulinski certainly cleared things up: Four months after Joe left the vice presidency, Hunter was on ZLOCHEVSKY's yacht off the coast of Monaco and was "fighting for the only income [Hunter had] left right now from Burisma." In other words, Hunter's value[744] to the foreign principal took a nosedive after his father left public office. ZLOCHEVSKY even cut Hunter's director's fee in half! Nevertheless, the always eager-to-please POZHARSKYI assured Hunter that he would find the new director's rate of $40k/month "both fair and reasonable." Besides the annual jaunt to Monaco (where ZLOCHEVSKY was hiding[745] out) in the early summer for a forum on "Energy Security" sponsored by Burisma, Hunter's duties were thin. So thin were Hunter's responsibilities that Schwerin even joked with Hunter after he signed the new Burisma[746] contract: "That's the easiest $500 million dollars you ever made!"



Apple_iPhone_X_20180601.jpg

Hunter & ZLOCHEVSKY

2017 – 06 – 06 – Nikolays boat Kazak deal.jpg

744 Tim Hains, "Joe Biden Brags at CFR Meeting about Withholding Aid to Ukraine to Force Firing of Prosecutor," *RealClear Politics*, September 2019, archive.fo/1ZH0s

745 "The money was intended to cause the closure of the criminal proceedings against the former Minister of Ecology, which was transferred in the fall of 2019 from Prosecutor General's Office to NABU." (translated)
*See* "NABU and SAP briefing: who (and why they) tried to bribe the heads of the anti-corruption bodies," (translated), *NABU - YouTube*, June 2020, archive.ph/e9F9A & archive.ph/3OSPA

746 "Burisma Holdings financial transactions released by the Ukraine prosecutor general's office[.]"
*See* "Burisma Holdings Accounting Ledger," *JohnSolomon - Scribd*, archive.ph/RZOML

Hunter wanted to make sure his "idiot secretary," Katie Dodge, knew that their company's payments from Burisma were solely due to Hunter's valuable surname. In fact, Hunter was enraged that Archer considered the Burisma payments "his $," considering that Archer resigned from Burisma's board after his aforementioned indictment (for scamming Indians and pensioners with junk bonds). Adding to Hunter's beef was the fact that Archer named Hunter and Joe as witnesses in Archer's trial in NY and did not tell him. Two weeks after Hunter's outburst, Joe told Katie that Hunter had "gone missing."



The Bidens' crimes in and around the Ukraine left many loose ends. If there ever were a loose end that had to be tied up, it was KOLOMOISKY.[747] Joe had been focused on KOLOMOISKY for years; in fact, on 11/16/2016, just after the U.S. presidential election, Joe pressured[748] POROSHENKO to nationalize PrivatBank right away. KOLOMOISKY had stolen[749] billions in IMF loans—funded, in part, by U.S. taxpayers—through his ownership of PrivatBank. If PrivatBank collapsed, then the Ukraine would have descended into deeper chaos. People might have started asking questions about the ultimate source[750] of the money ZLOCHEVSKY used to pay Hunter's Burisma board fees. Joe was not going to let civil forfeiture cases in district courts be his only warning to KOLOMOISKY to keep quiet about Burisma and other matters. Joe—through his fixer, Blinken—banned KOLOMOISKY from entering the U.S., a toothless and posturing move as KOLOMOISKY rarely travels to the States.[751]



archive.ph/f026p

[747] John Caniglia, "Ukrainian oligarch at the center of Cleveland raid described as 'ruthless' businessman who laundered millions, records say," *Cleveland.com*, August 2020, archive.ph/w2Srb

[748] "[A]nything you can do to push the PrivatBank to closure so that the IMF loan comes forward … is critically important to your economic as well as physical security."
*See* "[] Biden put pressure on Poroshenko on PrivatBank nationalization, leak claims," *UNIAN*, archive.ph/zaNDK

[749] Debra Heine, "Missing $1.8 Billion in Aid Linked to Corrupt Oligarch Who 'Bankrolled' Ukraine Revolution," *The Tennessee Star*, February 2020, archive.ph/53rKm

[750] "Kings of Ukrainian Gas," *Anticorruption Action Centre*, August 2012, archive.ph/HYr3k

[751] "Public Designation of Oligarch and Former Ukrainian Public Official Ihor Kolomoyskyy Due to Involvement in Significant Corruption," *U.S. Department of State*, March 2021, archive.fo/49RT5

## KAZAKHSTAN

Hunter and Archer were deeply imbedded with the highest levels of government and wealth in Kazakhstan. Alongside an American-born banker named Marc Holtzman (a former vice chairman[752] of Barclays who helped coordinate the meetings), Hunter and his activities can be put into two boxes: he 1) acted as unregistered agent for oligarch Kenes RAKISHEV[753][754] and the then-Prime Minister of Kazakhstan, Karim MASSIMOV, and 2) attempted to strike a deal between Burisma and the China National Offshore Oil Corporation (CNOOC), which would have utilized energy reserves in Kazakhstan. CNOOC is under U.S. sanctions for actions in the South China Sea. MASSIMOV, a graduate[755] of Wuhan University, has been praised by CCP-controlled[756] outlets because he "work[ed] with China to promote the construction of the Belt and Road."[757] However, praise from the CCP could not keep MASSIMOV from serious legal troubles—he was charged with treason in January 2022.[758]





Kenges "Kenes" RAKISHEV
DOB: 07/14/1979

Karim Qajymqanuly MASSIMOV
DOB: 06/15/1965

Marc Lawrence Holtzman
DOB: 03/01/1960

[752] "Mr Holtzman is also the current Chairman of the Board of Directors of the Bank of Kigali, the largest financial institution in Rwanda.  …. Prior to joining Meridian, Mr. Holtzman served as Vice Chairman of Barclays Capital and as Vice Chairman of ABN Amro Bank. Previously, he was co-founder and President of MeesPierson EurAmerica… and a Senior Advisor to Salomon Brothers."
*See* "Chairman Sets out Strategic Vision for CBZ's Transformation," February 2020, archive.ph/e7EYg

[753] "Kenes Rakishev," archive.ph/gi6VB

[754] "[MASSIMOV and RAKISHEV's] effort to curry favor with prominent American politicians included … lavishing money on Hunter Biden, who called Rakishev a 'close friend.'"
*See* Margot Cleveland, "Lawsuit Claims Foreign Powers Sought to Interfere in 2016 Election to Help Hillary Clinton," *The Federalist*, February 2022, archive.ph/mbqLS

[755] "It was his close relation with China that made Mr. Masimov a famous 'China Hand.' He also acted as a messenger who has made a great contribution to the dialogue and exchange between two peoples and two countries. Mr. Masimov has always been strongly supportive of the mutual cooperation between Wuhan University and Kazakh universities."
*See* "WHU Alumni Karim Masimov Re-appointed Prime Minister of Kazakhstan," *Wuhan University*, April 2016, archive.ph/KMwmy

[756] HUANG Zheping, "Inside the Global Times, China's hawkish, belligerent state tabloid," *Quartz*, August 2016, archive.ph/Wxi60

[757] "Masimov said Kazakhstan and China are good neighbors and strategic partners. Developing ties with China is a priority of Kazakhstan's foreign policy."
*See* "Chinese vice president meets Kazakh National Security Committee chairman," *Global Times*, April 2019, archive.ph/fHEMT

[758] Andrew Kerr, "Hunter Biden's 'close friend' charged with treason in Kazakhstan," *Washington Examiner*, January 2022, archive.ph/USLWd

Archer was eager to introduce Hunter to RAKISHEV, who he described as the "the son in law of the Mayor of Astana … Kazakstan's richest man." RAKISHEV was apparently keen on "capitalizing Rosemont Seneca Partners in some way[,] shape[,] or form." Vitaly PRUSS, the president of TriGlobal Strategic Ventures (TriGlobal), told Archer that RAKISHEV was "worth close to a billion in his own right." TriGlobal employed the aforementioned KOTLARSKY and worked closely with figures[759] connected to PUTIN—the firm's founders ingratiated themselves with whomever was close to power.[760] RAKISHEV's father-in-law, Imangali TASMAGAMBETOV, was the ambassador to Russia.



RAKISHEV

**From:** **Devon Archer** darcher@rosemontseneca.com
**Subject:** Re: Kenes Rakishev meeting NYC
**Date:** April 24, 2012 at 5:37 AM
**To:** Hunter Biden hbiden@rosemontseneca.com

Cool.  Let me know as soon as you know so I can plan accordingly.

Devon Archer
646 436 3745

On Apr 23, 2012, at 7:31 PM, Hunter Biden <hbiden@rosemontseneca.com> wrote:

I'll try

RHB
202.333.1880

On Apr 23, 2012, at 6:17 PM, Devon Archer <darcher@rosemontseneca.com> wrote:

Hunt - I mentioned this on text before but Kenes Rakishev is coming into NYC for a meeting Wednesday late afternoon / early evening.  He is the son in law of the Mayor of Astana, Kazakhstan, Kazakstan's richest man.  Vitaly says he worth close to a billion in his own right.  Vitaly has told me repeatedly that he is interested in exploring capitalizing Rosemont Seneca Partners in some way shape or form.  He's a young guy, around 32 and wants more global brand and reach for his business.  We're planning on meeting Wednesday late afternoon / early evening.  Let me know of you can make it to the city Wednesday as I think this is worth our time to explore.  In Denver headed back to NYC tomorrow at 8am.




MANAGEMENT TEAM

VITALY PRUSS, PRESIDENT, TRIGLOBAL
NEW YORK



PUTIN & TriGlobal's co-founder, Ara ABRAMYAN (2020)


Imangali TASMAGAMBETOV & PUTIN (03/16/2017)

[759] "TriGlobal's founding partner is Armenian-born Moscow oligarch Ara Abramyan, a close ally of Vladimir Putin who awarded him one of Russia's highest civilian honors, the Order of Merit to the Fatherland. Abramyan's sixtieth birthday party in 2017 at a banquet hall near the Kremlin showed how plugged in he is to Putin. Senior government leaders showed up, including Foreign Affairs minister Sergey Lavrov … A tribute from Putin was read to guests. … The plot thickens when you find that Hunter had breakfast with Abramyan at his Moscow home on February 16, 2012. He flew to Russia straight after a lunch in Washington with then-Chinese vice president Xi Jinping. Hunter's diary entry for February 16 shows 'breakfast board of directors [] troika dialog [] lunch w Ara Abramyan his home.' …. Abramyan's partner, Vitaly Pruss, the president of TriGlobal in New York, and a friend of Zlochevsky[,] once represented the Russian state-owned oil pipeline Transneft. Hunter liked to say that Burisma was in the noble business of helping Ukraine gain energy independence from Russia. Yet all the people who introduced him to Burisma were aligned with Russia[.]"
*See* Miranda DEVINE, "Laptop from Hell," *Post Hill Press*, November 2021, archive.is/683Jm

[760] "From 2008 to 2011 Mr. Pruss worked closely with Giuliani Partners, LLC – international consulting company of former New [Y]ork Mayor Rudolph W. Giuliani."
*See* "Management," *TriGlobal Strategic Ventures*, archive.ph/h755l

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 07/11/2013 | S.D.N.Y. & D.D.C. | Devon Archer & John Kerry | 18 USC §§ 2, 219, 951 |

Made possible by his relationship with Secretary of State Kerry, Archer illegally back-channeled for the government of Kazakhstan. Archer bragged to his (and Hunter's)[761] colleague, Bevan[762] Cooney, about his § 951 violations: "I am coordinating the Sec State's [Kerry's] call with Foreign Minister Idrisov[763] [sic] today in order for Idrisov [sic] to brief Pres[ident] Nazarbaz [sic]. I am going full Kazak."



IDRISSOV & Kerry (09/22/2014)

Erlan Abilfayizuly IDRISSOV

Kerry at Nazarbayev University (11/02/2015)

Bevan Troy Cooney
DOB: 12/06/1972
Former BOP Inmate # 53275-048

Archer & Cooney (08/08/2012)

---

761 "Cooney … serv[ed] a sentence in federal prison due to his conviction over financial deals he made connected to Hunter Biden and his other partner Devon Archer."
*See* Matthew Boyle, "Hunter Biden's Flipped Business Partner Provided 26,000 Emails," *Breitbart*, October 2020, archive.ph/jU7tG

762 "Bevan Cooney Sentenced to 30 Months in Prison for the Fraudulent Issuance and Sale of More than $60 Million of Tribal Bonds," *U.S. Department of Justice*, July 2019, archive.ph/OIcWt

763 "On December 10, 2014, Kazakhstani Foreign Minister Erlan Idrissov paid an official visit to the United States. During his visit, U.S. Secretary of State John Kerry and Foreign Minister Idrissov co-chaired the third meeting[.]"
*See* "Joint Statement of the Third U.S.-Kazakhstan Strategic Partnership Dialogue," *U.S. Department of State*, December 2014, archive.ph/bqRUS

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 02/05/2014ff | D.D.C. | Devon Archer | 18 USC §§ 2, 951 |

RAKISHEV was so close with Hunter and Archer that he referred to them in familial terms when he inquired about their illegal back-channeling: "Brothers[,] how is our meeting with JK [John Kerry]? Pl[ea]s[e] last push! That will be great! Thanks!" Archer responded calmly: "He [Kerry] is ready to visit KZ [Kazakhstan]. If we [RAKISHEV and Hunter's firm] have some business[764][765] started as planned[,] I will ensure its [*sic*] planned soonest." Well, as luck would have it, "some business" between the parties began to materialize: CNOOC wanted a chunk of Kazakhstan's vast oil reserves—and Burisma was a natural fit, in Archer's mind, to operate the rigs above those reserves: "If we can connect the dots here between CNOOC and Burisma[,] we can do only that, forever." The following year, Hunter's dad and Archer's mentor (Kerry) worked to shut down the U.S.'s Keystone pipeline.[766]



Kerry & Beau

Joe, Kerry & Obama (11/06/2015)
Conferring before the announcement of the Keystone XL Pipeline cancellation

---

[764] Josh BOSWELL, "Hunter Biden tried to broker a $120million oil deal between Chinese energy firm now under US sanctions and former Kazakhstan prime minister who has been accused of treason in hopes of pocketing a fortune, laptop emails reveal," *Daily Mail*, February 2022, archive.ph/HCUrO

[765] "[T]he plan was for the Kazakh government to award drilling rights to CNOOC, while Burisma would operate rigs and wells in the Central Asian country."
*See* FANG Frank, "Hunter Biden Tried to Broker Energy Deal With China's State-Owned Oil Company," *The Epoch Times*, February 2022, archive.ph/Nv36P

[766] Stephanie Condon, "Obama rejects Keystone XL pipeline," *CBS News*, November 2015, archive.ph/qYoWD

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 04/22/2014ff | S.D.N.Y. & D.N.J. | Devon Archer | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(ii), 1957(a) & NY PL 470.15 |

Archer's purposely obscure reference to "some business" also included a new Porsche SUV for Hunter, the funds for which Hunter did not report to U.S. tax authorities. One of RAKISHEV's many shell[767] companies—Novatus Holding Pte. Ltd., domiciled[768] in Singapore—wired $142,300[769] to Archer's bank account at Rosemont Seneca Bohai, LLC on 04/22/2014. ABLV Bank, based in Latvia, facilitated the transaction, the memo for which read: "For a car." ABLV bank was a favorite money laundering vehicle for criminals like RAKISHEV and Archer; in fact, because ABLV was intimately involved "in North Korea's procurement or export of ballistic missiles"[770] and other egregious illegal activity, the U.S. Treasury effectively killed the bank by cutting it off from the U.S. financial sector.[771]



---

767 "Form 4," *Securities and Exchange Commission*, October 2012, archive.ph/nrVzO

768 "Novatus Holding Pte. Ltd., … registered in Singapore (Registration No. 201211486K)[.]" *See* "Novatus," archive.ph/Mkorl & archive.ph/dOMlp

769 *United States v. Galanis et al.* (16-cr-00371), Gov't Exhibit 301, S.D.N.Y., archive.ph/otWMZ

770 "Most damning of all, FinCEN alleges that the bank not only facilitated transactions for North Korean sanctioned entities, it lied about it[.]" *See* Frances COPPOLA, "Why the U.S. Treasury Killed a Latvian Bank," *Forbes*, February 2018, archive.fo/2oPcs

771 "FinCEN Names ABLV Bank of Latvia an Institution of Primary Money Laundering Concern and Proposes Section 311 Special Measure," *FinCEN, U.S. Department of Treasury*, February 2018, archive.fo/yVFhh

The very next day after receiving the wire from RAKISHEV's shell company, Hunter caused the $142,300 lump sum to be wired to a "Schneider Nelson Motor Company," based in New Jersey.[772] Contemporaneous emails exchanged between Hunter and Archer revealed that Nurlan ABDUOV orchestrated the money laundering, but the cash was sent through RAKISHEV.[773] Later that summer on 07/15/2014, Hunter called the criminal activity "a business transaction too complicated to explain," but he nevertheless "ended up with a 2014 Porsche Panamera Executive 4S fully loaded blue[.]"[774]



[772] "Schneider + Nelson Auto Group," January 2014, archive.ph/8RiH8

[773] "One of those oligarchs included Nurlan Abduov, the associate of another Kazakh oligarch, Kenges Rakishev. Rakishev is the son-in-law of the former vice prime minister of Kazakhstan, Imangali Tasmagambetov. Tasmagambetov was also formerly the defense minister and is now the Kazakh ambassador to Russia."
*See* Kristina Wong, "Hunter Biden's Firms Scored Reportedly Hundreds of Millions from Russians, Chinese, and Kazakhs," *Breitbart*, January 2020, archive.ph/ttZG3

[774] "VIN Check Report: 2014 Porsche Panamera - WP0BB2A7XEL063655," archive.ph/WWJv0

| When | Where (Venue) | Who (Accomplice) | What |
|------|---------------|------------------|------|
| 05/07/2014ff | D.D.C. | Devon Archer | 18 USC § 2 & 22 USC § 612 |

The aforementioned energy deal—which Hunter's colleagues discussed using the code name of "Project Carmen"—between CNOOC[775] and Burisma was going to be capitalized with $40M by BHR. Archer told POZHARSKYI that the "primary meeting [was] set [up] with the Prime Minister of KZ [Kazakhstan], Masimof [*sic*], on June 2nd [2014]. Everything will revolve around that meeting and the subject will be securing the highest quality proven reserve fields in KZ" in order for Burisma to then send those energy deposits to China.[776] Hunter not only violated the FARA by advocating for "Nikolay's visa issue[s]" to U.S. feds, but he also declined Secret Service protection in Kazakhstan.



---

[775] "The eastern South China Sea accounted for about 242,000 barrels of oil equivalent a day for the company in 2019[.]" *See* "Why South China Sea Is Key to Blacklisted Oil Giant CNOOC," *Bloomberg*, January 2021, archive.ph/sohEa

[776] "U.S. Investors are Funding Malign PRC Companies on Major Indices," *U.S. Department of State*, December 2020, tinyurl.com/msfhdnd3

REPORT ON THE BIDEN LAPTOP

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 03/15/2015ff | D.D.C. | Devon Archer & Marc Holtzman | 18 USC § 2 & 22 USC § 612 |

Holtzman, who at that time was the Chairman[777] of Kazkommertsbank (the largest so-called "private" bank in the post-Soviet nation), wanted Archer—and Hunter—to join him and MASSIMOV[778] for breakfast in a private suite[779] at the Willard Hotel. The prime minister was "eager" to discuss "several matters" with Hunter and Archer. As was standard practice, these sorts of invitations were sent to Archer—the parties wanted Hunter (and presumably Joe) to be able to claim plausible deniability.



From: **Devon Archer** darcher@rosemontcapital.com 🏴
Subject: Fwd: Thursday, April 16 small private breakfast with Prime Minister Karim Massimov of Kazakhstan in Washington, DC
Date: March 15, 2015 at 5:00 AM
To: Hunter Biden hbiden@rosemontseneca.com

FYI

Devon D. Archer
646 436 3745

Begin forwarded message:

From: Marc Holtzman <marc@marcholtzman.com>
Date: March 15, 2015 at 7:57:19 AM EDT
To: Devon Archer <darcher@rosemontseneca.com>
**Subject: Thursday, April 16 small private breakfast with Prime Minister Karim Massimov of Kazakhstan in Washington, DC**

Dear Devon, On Thursday, April 16, Prime Minister Massimov will be most delighted if you will please join us for a small breakfast at one table at the Willard Hotel, Holmes Suite from 8 am until 9 am. There are several matters the Prime Minister is eager to discuss with you and he will be grateful for the opportunity to spend quality time together. Please confirm your availability directly to me and I look forward to seeing you. Warmest regards. Sincerely, Marc (cell +1-970-948-3353)


Holtzman


Kazkommertsbank


Holmes Suite at the Willard Hotel


MASSIMOV

[777] "During Holtzman's tenure as Chairman and later as CEO, Kazkommertsbank was the largest private bank in Kazakhstan."
*See* "Marc Holtzman," *LinkedIn*, archive.ph/uVyLW

[778] "[T]he Masimov family is one of the richest ones in Kazakhstan and, in our opinion, is unfairly neglected by the Forbes Kazakhstan magazine when compiling its local dollar billionaires ratings. The correspondence at hand was conducted between Iskander Karim and Kenes Rakishev who holds the 9th place on the list of the most influential entrepreneurs in Kazakhstan. … Mr. Rakishev is a son-in-law of Imangali Tasmagambetov who used to serve as the Almaty and Astana akim, the Prime Minister of the Republic of Kazakhstan, the Minister of Defence[.]"
*See* "A Soccer Club for Iskander Karim," *Kazakhstan 2.0*, September 2021, archive.ph/aQVYI

[779] "Holmes & Hughes Rooms," *Willard InterContinental*, archive.ph/X8Y6z

The following week, MASSIMOV was still on Hunter's mind as he formulated the guest list for the aforementioned dinner with Joe and his business partners. Hunter confessed the scheme in an email to Michael Karloutsos, the son of the then-leader[780] of the Greek Orthodox Church in America: "Ok- the reason for the dinner is ostensibly to discuss food security. Dad [Joe] will be there but keep that btw [between] us for now. … Most notable [*sic*] the Prime minister [MASSIMOV] of a country[.] I'll tell you over [the] phone." Karloutsos gleefully replied: "Everything is between us. All good! … I know you mentioned your dad [Joe] would probably join the dinner as well." Karloutsos and Hunter also sought Chinese cash together, even exploring an ill-fated venture which involved shipping Chinese railcars to Greece. Incredibly, Karloutsos—a friend of Reince Priebus—worked at the State Department under President Trump.[781] Xanthi, Michael's mother, serves on the board of the Beau Biden Foundation.[782]



Alex Karloutsos & Joe (07/07/2022) archive.ph/zzY0o

Michael Karloutsos, Joe & Alex Karloutsos (08/27/2016)

Michael Karloutsos & Reince Priebus

Alex Karloutsos, Joe & Xanthi Karloutsos

---

[780] "Father Alex Karloutsos, the strongman for the Greek Orthodox Archdiocese of America, has known eight Presidents throughout his tenure, but as he says, among all of them, President-elect Joe Biden is 'his closest friend.'"
*See* Tasos KOKKINIDIS, "Father Karloutsos: Biden Considers Himself Part of the Cultural Heritage of Greece," *Greek Reporter*, January 2021, archive.fo/0YPBw

[781] "Karloutsos, a politically connected consultant and former owner of the Water Works restaurant at the foot of the Art Museum, became deputy chief of protocol in the State Department in late July … the former restaurateur is responsible for planning foreign trips for the president and vice president[.]"
*See* Rob Tornoe, "How a Philly restaurant owner landed a top State Department job," *Philadelphia Enquirer*, August 2017, archive.ph/hX8QY

[782] "Beau Biden Foundation for the Protection of Children Board Members: Xanthi Karloutsos," archive.ph/JOt1o

Hunter not only had an affinity for RAKISHEV and MASSIMOV, who he called a "close friend." Hunter was also "very good friend[s]" with MASSIMOV's son, Iskander KARIM, their embassy's military attaché.[783][784] Photographic evidence produced by an anti-corruption outfit[785] exposed Joe's lie that he never met with Hunter's foreign business partners. Joe most certainly did—at Cafe Milano in D.C. on 04/16/2015. The following day, Holtzman (the Kazakhs' American handler) wrote a gushing email about how Hunter's guests were "wonderful company" who had engaged in a "great conversation."



RAKISHEV, Hunter, Joe & MASSIMOV at Cafe Milano



hbiden@rosemontseneca.com                                    Jan 2, 2016 at 10:56:48

Re: Is this the guy?

To: Rob Walker <rob@rstp.com>

Yes- also standing w/ Masimov- Prime minister of KZ- close friend.

RHB
202-333-1880

On Jan 2, 2016, at 11:10 AM, Rob Walker <rob@rstp.com> wrote:

---------- Forwarded message ----------
From: "pavel novak" <eightint@gmail.com>
Date: Jan 2, 2016 10:07 AM
Subject:
To: "Rob Walker" <rob@rstp.com>
Cc:

<IMG-20151214-WA0004.jpg>

Massimo,Thomas,G,U99902,,VA,,,,06/18/2015 12:00:00 AM,6/18/15 16:00,6/18/15 23:59,,,269,MM,WIN,6/16/15 17:00,MM,OFFICE,VISITORS,WH,EW TOUR,OFFICE,VISITORS,,EW Tour
Massimo,Karim,,,U79849,,VA,,,,04/16/2015 12:00:00 AM,4/16/15 14:00,4/16/15 23:59,,2,CF,WIN,4/16/15 14:05,CF,Rice,Susan,WH,Susan Rice,FROMSTEIN,CHARLES,,PM and Ambassad

White House Visitor Logs

From: Marc Holtzman marc.holtzman@GIBBSTON-INTL.COM
Subject: Thank you
Date: April 17, 2015 at 1:00 PM
To: hbiden@rosemontseneca.com                                              MH

Deer Hunter, Thank you for an amazing evening, wonderful company and great conversation. I look forward to seeing you soon and to many opportunities to work closely together. Under separate cover, I will send all of my contact details. With my friendship and warmest personal regards. Sincerely, Marc

Devon Archer <darcher@rosemontseneca.com>          Mar 29, 2014 at 16:47

sync up

To: Hunter Biden <hbiden@rosemontseneca.com>

I will call you back around 7pm if that works?

President Kwasniewski's site: http://www.kwasniewskialeksander.eu/

I am meeting KZ Prime Minister's son for dinner in New York with wives this evening as an fyi.

Katie Dodge                                          Feb 10, 2015 at 05:28:25
<kdodge@rosemontseneca.com>

Today & List

To: Hunter
<hbiden@rosemontseneca.com>

Cc: Eric Schwerin
<eschwerin@rosemontseneca.com>

Tuesday, February 10:
2:30 PM – Lunch at Bourbon Steak, Four Seasons, with Iskander Karim

[783] "But I would especially like to know about the fate of Karim Massimov's son – Iskander, who became the military attaché of the Embassy of Kazakhstan in the USA at the age of 25[.]"
See "How many intelligence services could the ex-prime minister and ex-head of the KNB of Kazakhstan, arrested for treason, work?," Newswep, January 2022, archive.ph/DFive
[784] "Central Asia has been a strategically important region during the Great Game[.]"
See Iskander KARIM, "Identifying Instability Pockets," School of Advanced Military Studies, United States Army Command and General Staff College, April 2014, web.archive.org/web/20200318084356/https://www.hsdl.org/?view&did=763320
[785] "The son of former US Vice President Biden received money not only in Ukraine but also in Kazakhstan.," KIAR, November 2019, archive.ph/bWqne & archive.ph/yNaPE

**BUSINESS-RELATED CRIMES**                                                            **174**

As previously noted, Archer was repeatedly sent invitations—even from foreign ministries with the son (KARIM) of their prime minister ccd—that were actually intended for Hunter. The practice was an effort to create layers between Hunter and the influence that was being sought, in order for Hunter to claim plausible deniability and leave as little of a paper trail as possible. As he himself explained to Hunter, Archer was the loyal "front man" who organized one-on-one, face-to-face meetings with Secretary Kerry in Hunter's place. Hunter bragged about these connections, even to Americans.[786]



Iskander KARIM, son of MASSIMOV

2015-12-24 - JG - Chinese Kazak gas.jpg

[786] "Bobby Laughlin," *LinkedIn*, archive.ph/cqCaI

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 02/27/2013ff | D.D.C. | Rick Leach | 2 USC § 1603 & 18 USC § 2 |

Hunter's "food security" cover story for hosting the dinner at Cafe Milano with Joe was an old trick he had used for decades. Hunter's "humanitarian"[787] nonprofit grift allowed him to mix his commercial interests with photo ops surrounded by indigent foreigners. Rick Leach—who was the president of the World Food Program USA—used his position to engage in lobbying violations with Hunter, who "met with Dad [Joe] and talked about Title 2 [of the U.S. Congress appropriations bill]." Bruce Reed, a Clinton appointee, and David Wade (Kerry's aide) were also targets of the illegal lobbying effort.[788]

Rick Leach <RLeach@wfpusa.org>
RE: Also
To: Hunter Biden <hbiden@rosemontseneca.com>

Feb 28, 2013 at 08:21:21

Great – thank you.  Do you think I should follow-up with Bruce (an old friend from the Clinton days)?

**From:** Hunter Biden [mailto:hbiden@rosemontseneca.com]
**Sent:** Wednesday, February 27, 2013 3:29 PM
**To:** Rick Leach
**Subject:** Also

I just met with Dad and talked about Title 2.  I also spoke with Bruce Reed and passed along your email regarding a solution.  Bruce said he would get back to me.  Finally, I have a meeting today with David Wade- and ill bring it up there.

Rick Leach
Organizing initiatives to affect social change
**Organizations**
Council on Foreign Relations
Member

archive.ph/tQ8h9



Richard "Rick" Alan Leach
DOB: 11/05/1959




Apple iPhone 6_20160119_101856.jpg    Apple iPhone 6_20160118_144341.jpg




[787] "I was still trying to function to a certain degree in normal society. And I would be, you know, holding a board meeting for the World Food Program and I'd have to excuse myself to go to the bathroom to smoke crack. And it became something that was literally every 15 minutes."
*See* Vic Vela, "Hunter Biden," *CPR News,* April 2021, archive.ph/3EuZo
[788] "Bruce Reed," *LinkedIn,* archive.ph/QNGxp

## ROMANIA

As was the case with the Bidens' misadventures in the Ukraine, Hunter's commercial endeavors in Romania involved a prosecutor who did not serve his benefactor's interests—and therefore needed to go—and Boies Schiller Flexner LLP (BSF) fixers always by his side. This time around, the mission was to utilize Hunter's connections in the U.S. government to get an enterprising prosecutor in Romania to stand down. Along with Chris Boies[789] (the son of BSF's founder) and former White House lawyer[790] Mike Gottlieb, Hunter was on a mission to turn the gears of the so-called justice system in Romania for the benefit of Gabriel "Gabs" POPOVICIU.[791] A real estate tycoon, POPOVICIU was a member of the so-called "communist royalty" in the post-Soviet country and had been charged with bribery and abuse of power involving a commercial development in Bucharest called Baneasa.[792] Hunter's shameless arm-pulling operation was put into overdrive by former FBI director, Louie Freeh, who he recruited.[793] Right-leaning publications, such as the *Daily Mail*, did not point out the similarities between Hunter's influence peddling on Burisma's board for ZLOCHEVSKY and his attempt to get POPOVICIU out of a jam (seven years in prison). The *New York Times* even asserted that Hunter and his fixers did not violate the FARA—nothing could be further from the truth.






Gabriel "Gabs" Aurel POPOVICIU
DOB: 12/13/1959

Louis "Louie" Joseph Freeh
DOB: 01/06/1950
NY Bar #: 1654623

Christopher "Chris" Allen Boies
DOB: 03/30/1968
NY Bar #: 2714079
archive.ph/Q76HR

Michael "Mike" Julian Gottlieb
DOB: 01/26/1977
NY Bar #: 4424149
fb.com/michael.j.gottlieb.5

[789] Chris's father, David Boies, was the longtime counsel and legal fixer for serial rapist Harvey Weinstein: "Boies personally signed the contract directing Black Cube to attempt to uncover information that would stop the publication of a *Times* story about Weinstein's abuses, while his firm was also representing the *Times*, including in a libel case."
*See* Ronan Farrow, "Harvey Weinstein's Army of Spies," *The New Yorker*, November 2017, archive.ph/XhRN0

[790] Gottlieb, in addition to representing a 2020 presidential [s]election worker from Atlanta named Ruby Freeman, was one of the legal fixers for Aaron Rich, the brother of DNC staffer Seth Rich. Alongside his colleague from BSF, Gottlieb stomped out any opposing narrative surrounding Seth's unsolved murder on 07/10/2016.
*See* Jenna Greene, "Litigators of the Week: The Boies Schiller Duo Pushing Back Against a Vile Conspiracy Theory," *The American Lawyer*, October 2018, tinyurl.com/mrywra7d
*See also* Freeman v. Herring Networks, Inc. (21-cv-03354), Document 1, D.D.C., December 2021, archive.ph/uRkvI

[791] "Popoviciu married into Romanian communist 'royalty,' becoming the son-in-law of the last pre-1989 Deputy Prime Minister, Ion Dincă. This, nonetheless, did not stop Popoviciu from leaving the country after the collapse of the old regime for the US. Popoviciu established himself in New Jersey in 1990 — only to triumphantly return in the early 90s[.]"
*See* "The businessman with a finger in every pizza pie..," August 2017, archive.ph/1cmbT

[792] "Gabriel Popoviciu ('the appellant') was convicted in Romania of two offences: accessory to aggravated abuse of power, and bribery. He was sentenced to a total of 7 years' imprisonment … the criminal charges date back to 2000 and cover a period of about eight years. The appellant was accused of conspiring with Alecu Ioan Nicolae to transfer a plot of land known as Baneasa Farm from state ownership to a private company, SC Log Trans SA, in which [POPOVICIU] had an interest. Baneasa Farm was occupied by the University of Agricultural Sciences and Veterinary Medicine, Bucharest. Alecu was the Rector of that university."
*See* "[2021] EWHC 1584 (Admin)," [U.K.] *Royal Courts of Justice*, June 2021, tinyurl.com/4hfsycs6

[793] "When one considers his involvement in concealing criminal wrongdoing in the 1992 Ruby Ridge ambush, Waco, Vince Foster's murder, the Oklahoma City bombing (OKC), Hillary Clinton's Filegate fiasco, Montana's Freeman standoff, the Los Alamos espionage case of Wen Ho Lee, and even the 9-11 terrorist attacks, why would Pennsylvania State University's (PSU) Board of Trustees appoint him to lead their internal investigation of the Jerry Sandusky child molestation scandal if for no other reason than to orchestrate another cover-up?"
*See* Victor Thorn, "Louis Freeh: The Cover-up Goes National," *American Free Press*, June 2012, archive.ph/xojU3

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 03/24/2016—07/15/2016ff | D.D.C. | Chris Boies, Louie Freeh, Mike Gottlieb & Rob Walker | 18 USC § 2 & 22 USC § 612 |

Chris Boies was the perfect partner for Hunter in this arm-pulling operation, given the former's deep relationships with people who could help influence the outcome of Gabs's case. Boies bragged to Archer: "One of my partners is best friends with the newly-appointed[794] Ambassador to Romania [Hans Klemm] (he's going to the swearing in)." Gottlieb facilitated a dinner with Hunter and Klemm in D.C. to propagandize the U.S. ambassador about the misdeeds of the Romanian prosecutor, Laura KÖVESI.[795] KÖVESI was going after a princeling—POPOVICIU. Hunter was hired to shut it down.[796]



U.S. Ambassador Hans Klemm

Prosecutor Laura CODRUȚA KÖVESI

Julianna Goldman (Gottlieb's wife) & Obama
archive.ph/nqiSC

---

[794] "President Obama Announces More Key Administration Posts," *The White House*, March 2015, archive.ph/yjev4

[795] "Kövesi is the former chief prosecutor of Romania's National Anticorruption Directorate (DNA in Romanian), a position she held from 2013 to 9 July 2018 … between 2006 and 2012 Laura Kövesi was the Prosecutor General of Romania … In October 2019, Kövesi was confirmed by the European Parliament and the Council as the first European Chief Prosecutor[.]"
*See* "European Chief Prosecutor," *European Union*, archive.ph/eDXhd

[796] "When Hunter visited Romania, Gottlieb, who was pals with the ambassador, set up a meeting between Hunter, himself, Klemm and Klemm's wife Mari, emails show."
*See* Jon Levine, "Hunter Biden met with dad immediately after Romanian business meetings," *New York Post*, August 2022, archive.ph/xMGHq

A former[797] U.S. Ambassador to Romania and a close personal friend[798] to Joe, Mark Gitenstein was also involved in the propaganda effort. Hunter told Walker and others about "assembl[ing] a more high profile [sic] team" which included, of course, "Judge Freeh." In a sickeningly ironic email, Gottlieb lamented an article[799] in *Politico* which detailed how Romania had increased transparency into their judicial proceedings. In the end, Hunter enticed Freeh to join their team for POPOVICIU, who, he claimed, "never balked at bringing whatever team it t[ook] together at whatever cost" to stop KÖVESI.



Joe & U.S. Ambassador Mark Gitenstein in Bucharest (10/22/2009)

---

[797] "Romania was by then a familiar place to the Biden family. A close friend and former staffer of Joe Biden, Mark Gitenstein, held the position of U.S. ambassador to Romania from August 2009 to December 2012. In March 2012, Hunter's brother, Beau, was asked to do the ribbon-cutting at the new U.S. embassy in Bucharest. Vice President Biden visited Romania in 2014 and delivered a forceful speech against graft. 'Corruption is a cancer, a cancer that eats away at a citizen's faith in democracy,' he said. 'Corruption is just another form of tyranny.'"
*See* Laura Strickler and Rich Schapiro, "Hunter Biden's legal work in Romania raises new questions about his overseas dealings," *NBC News*, October 2019, archive.ph/PbzC4

[798] David Herszenhorn, "[] Brussels pick isn't just one of the president's men," *Politico*, August 2021, archive.ph/CuxgH

[799] Andrew MacDOWALL, "The DNA of Romania's anti-corruption success," *Politico*, April 2016, archive.ph/SiZ48

Freeh[800] was a FARA-violating machine who "had conversations [about Gabs] with the head of the FBI's Criminal Division and there [was] a sincere Bureau interest in meeting and debriefing Gabriel on other matters he may be willing to discuss." He also "reached out through the FBI here [in Romania] and requested (courtesy first) meetings with the DNA, SRI and US Ambassador [Klemm]." However, Freeh ran into roadblocks doing POPOVICIU's bidding: "The problem with DOS (and probably DOJ/FBI) is they have been trumpeting the success of rule of law in Romania[.]" The content of Freeh's messages was irrelevant, as the interactions themselves were illegal—Freeh did not qualify for an exemption per **22 USC § 613(g)** and, although on foreign soil, he repeatedly lobbied U.S. officials.[801]



Beny STEINMETZ

800 Joe LEVIN, "Romanian Prosecutor Seeks to Arrest Israeli Billionaire Beny Steinmetz," May 2016, archive.ph/7HJYO

801 "Your letter includes an analysis of FARA which asserts that even if your clients were to engage in activities that would normally require registration under the Act, they would still not be required to register under FARA because they would be physically outside the United States at the time of performance or delivery of the service. Please be advised that we do not concur with this analysis of FARA[.]"
See "Advisory Opinions on Agency Relationship," *National Security Division, U.S. Department of Justice*, page 2, June 2017, web.archive.org/web/20180608150124/https://www.justice.gov/nsd-fara/page/file/1070091/download

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 11/17/2016—06/24/2017ff | D.D.C. | Joan Mayer, Eric Schwerin & Rob Walker | 18 USC §§ 2, 981(a)(1)(A), 1956(a)(1)(a)(i) & 1957(a) |

Being an unregistered foreign agent for POPOVICIU paid well. Cash windfalls were advantageous in the short run, as Hunter was certainly in need of liquidity due to mounting debts in all areas of his domestic life: From his long-suffering marriage counselor and shrink[802] Debbie Schechter to his boat[803] marina, along with his family's dentist[804] and daughter's psychiatrist,[805] the Bidens' financial obligations were pulling Hunter all over the globe—literally. In addition to Louie Freeh, Hunter shared his work load with Joan Mayer, who did everything from arranging transportation from soccer games to managing Hunter's characteristically[806] opaque—and, in this case, illegal—foreign cash flow: "Romania money has NOT come in yet so that will give you an additional approx. $30K when it does."



Joan Karyle Peugh Mayer
DOB: 07/03/1985
FINRA CRD #: 6186877

archive.ph/JOt1o

[802] "I am a Licensed Professional Counselor practicing psychotherapy[.]"
See "Debbie Schechter, J.D., M.S., LPC," archive.ph/H66HQ

[803] "Tome's Landing Marina | Marine Dealership in Port Deposit, MD," archive.ph/r0dSn

[804] "Dr. Eugene Giannini D.D.S. - 1548266364," National Provider Identifier, archive.ph/ogMHA

[805] "Dr. Anne Parker Wake - 1245664556," National Provider Identifier, archive.ph/hbx5l

[806] "At first glance, there's nothing too remarkable about Delaware – a small, seemingly sleepy state on the US north-eastern coast. If people have heard of it at all, it's probably in relation to being the home of chemical company DuPont or US Vice-president Joe Biden. But mention the second smallest US state to corruption fighters, and they'll tell you of a very different Delaware: a place where extreme corporate secrecy enables corrupt people, shady companies, drug traffickers, embezzlers and fraudsters to cover their tracks when shifting dirty money from one place to another. It's a haven for transnational crime."
See "Delaware: The US corporate secrecy haven," Transparency International, January 2016, archive.ph/Q3OT9

POPOVICIU's payments to Hunter and his colleagues[807] for their illegal services came up again in Hunter's divorce proceedings. Kathleen's attorney explained: "Hunter's office confirmed to Kathleen a deposit of more than $120,000 into Hunter's TD account, as funds from the 'Romania deal.'" The following month, Hunter's lawyer spoke about another lump sum payment from the exiled tycoon: "Hunter believes a $60,000 'Romania' payment may come in before the end of the [*sic*] January."

From: Rebekah J.H. Sullivan [mailto:RSullivan@kstmlaw.com]
Sent: Thursday, December 15, 2016 3:38 PM
To: SMancinelli
Cc: Theresa M. Mihalik
Subject: RE: Biden

Dear Sarah,

I sent you the draft Motion to Assign this morning. Please let me know when you have had a chance to review.

On the disclosures, help me understand why it is taking so long to get this basic information. Hunter's office confirmed to Kathleen a deposit of more than $120,000 into Hunter's TD account, as funds from the "Romania deal." There is no reason to continue to delay providing us the TD account statements and all expenses since the end of the last statement. If there is a reasonable explanation for why those funds are not being used to pay the family's pressing expenses that reason should be shared with us immediately. Otherwise, please immediately provide Kathleen with half of this deposit.

We agree with you that the parties are in a very precarious financial situation: they owe $200,000 in taxes, they owe Kathleen's parents $100,000 (which has not been paid in two years), the credit cards are maxed out, Hunter maxed out a Bank of America cash advance, and their bills are not being paid. And yet, Hunter has been enjoying time in California with Hallie? It is more than fair to ask for Hunter immediately to provide Kathleen with half of the $120,000, and immediate disclosure with respect to his TD account.

On Jan 12, 2017, at 12:56 PM, SMancinelli <SMancinelli@airbanklaw.com> wrote:

I am comfortable with the email as drafted below- I added language about this being without prejudice, etc.

If you approve, Hunter, I will send this out.

Rebekah:

I met with Hunter last week. We spent the vast majority of that time doing our best to develop an interim support and bill paying arrangement. While it is not a sustainable scenario for a final settlement, Hunter wants to develop an interim arrangement in keeping with Kathleen's desire for him to continue to be responsible for the payment of all of their recurring monthly expenses (which ranges between $22,000 and $25,000). Hunter recognizes the bill paying responsibility has never fallen on Kathleen's shoulders and at this juncture, he appreciates that she would prefer that not to change so he will continue to pay all of the recurring expenses in the interim.

Our primary goal with the proposal below is to project for Kathleen the payments that Hunter expects to receive this month and how those funds will be allocated- including funds for retainer payments. I will say that for a long-term settlement, we will have to have a better understanding of Kathleen's expenses. Given that all of her fundamental living expenses are paid for from the auto-pay account, we will need to more fully understand what her additional reasonable living expenses are so we can develop an appropriate support structure going forward. Therefore, this proposal is without prejudice to a final settlement.

1) On or about January 20th, Hunter will receive his salary payment of $70,000 from Owasco, PC representing his monthly fees from Burisma:

Salary: $70,000
Net pay: $39,000
Autopays (approx): $25,000
Remainder (approx.): $14,000

Hunter proposes paying Kathleen $10,000 on or about the 20th and he would retain the remaining $4,000.

2) Hunter believes a $60,000 "Romania" related payment may come in before the end of the January. Should that payment be received, Owasco, P.C. would pay out a bonus in the amount of $60,000 and there would be $34,000 remaining after taxes.

Bonus: $60,000
Net pay: $34,000

From that $34,000, Hunter proposes the following:

Dr. Giannini's bill is paid ($3,662)
$10,000 for Kathleen's retainers
$10,000 to Hunter
$10,338 to Hunter

Therefore, of the possible $130,000 Hunter hopes to receive in January, Kathleen would receive $20,000 and Hunter would receive $14,338. And Kathleen's retainer and the bill for Dr. Giannini would also be paid. In addition, Lourdes is owed $1,380 that Kathleen promised Lourdes to help with her taxes. If Kathleen could pay that out of her $20,000 that would go a long way to chipping away at some outstanding debts.

Should any additional money come in above and beyond that $130,000, we will alert you to that ASAP. I can say, however, that any additional cash that becomes available will likely need to first be applied to debt/tax payments before being distributed out to the parties for their discretionary use.

3) There is not yet certainty as to what the February numbers will be at this point. We hope to have a better idea of that figure soon and once we do we can better ascertain how to handle February. I would note however, that in February, Hunter and Kathleen will have to begin a payment plan to pay the IRS which will impact the amount available for discretionary spending. In addition, while Hunter is no longer paying rent and utilities for his apartment, the apartment was rented by Owasco, P.C. and Hunter will need to dedicate a portion of future discretionary spending to pay Owasco, P.C. back for those costs and/or dedicate a similar amount of money to his own living expenses.

With the goal of operating in a fully transparent manner, every week a spreadsheet will be circulated demonstrating how all of the parties funds are being spent.

I understand that the majority of Hunter's belongings were removed from the garage at the marital home. Please confirm.

We trust this will be an agreeable way forward for the remainder of the month of January. We would like to turn our attention to developing a mutually agreed upon comprehensive settlement arrangement.



POPOVICIU



Joe & Kathleen (05/14/2015)

[807] "The man has overseen a bureau that has bungled investigations of high-profile criminal cases and repeatedly misled probers and judges in legal proceedings[.]"
*See* Howard Gleckman, "The Case against Louis Freeh," *BusinessWeek*, September 2000, archive.is/eKY5u

The proceeds from the illegal representation[808] were repeatedly discussed by Hunter and his colleagues,[809] who were "technically under contract [with POPOVICIU] [un[til] Sept[ember] [2017]." The proceeds from this contract were then used, in part, to pay Hunter's liabilities to the IRS. As was done with Manafort's conviction, the U.S. government is entitled to these funds (as they were illegally acquired) and any assets Hunter purchased with them.[810] Remember, Hunter was free to represent foreign principals—he merely needed to disclose that representation to the DOJ and he never did.



2017-06-24 - RW - 160000 payment 1.jpg   Freeh   Apple iPhone 7_20170715_150919.jpg

[808] "I am deeply disappointed in the recent decision of Romania's High Court of Cassation and Justice to affirm the criminal conviction of Romanian businessman, Gabriel Popoviciu, and sentence him to seven years in prison. … I am hopeful that courts and reviewing authorities will review this case and … demand another result."
*See* "Statement of Former Federal Judge and Former FBI Director Louis J. Freeh regarding the conviction of Romanian businessman, Gabriel Popoviciu," *Freeh Group International Solutions, LLC*, August 2017, archive.ph/wZfdH

[809] "It's no secret the FBI suffered a series of embarrassments during Freeh's tenure, some of them deadly. They include the botched handling of the investigations into Waco and Ruby Ridge; the bombing at the Atlanta Olympic Village and the heavy-handed tactics used against Richard Jewell; the breakdown of the FBI crime labs; the inept pursuit of suspected atomic spy Wen Ho Lee; the belated discovery of turncoat agent Richard Hanssen; and the failure to deliver thousands of documents to defense attorneys during the trial of Oklahoma City bomber Timothy McVeigh. The FBI fiascoes seemed to come like clockwork under Freeh, and they continue to roll out to this day. A recently uncovered March 2000 memo reveals that agents mistakenly destroyed evidence gathered in an investigation involving Osama bin Laden."
*See* Eric Boehlert, "Judging Louis Freeh," *Salon*, June 2002, archive.ph/4rMFg

[810] "The e-mail is a prosecutor's dream. FARA violations, like tax violations, can be viewed as cut-and-dried charges for jurors … the potential defendant not only incriminated himself under the law, but his associates and family, as well."
*See* Jonathan Turley, "By the standard the DOJ set for Trump associates, Hunter Biden should be charged," *New York Post*, April 2022, archive.ph/UpTzm

Astonishingly, Hunter and his partners in the CEFC Energy grift also wanted to strike a deal with POPOVICIU over the same real estate tract in Bucharest that POPOVICIU was convicted of bribery over—Baneasa. Dubbed "Project Tiger" by Bobulinski and GILLIAR, the deal called for CEFC Energy and SinoHawk to co-own a company with Bladon Enterprises Limited, which was managed by POPOVICIU and owned by his mother, Ligia.[811] You will recall the aforementioned subpoena that JP Morgan received on 05/15/2019 from the Delaware U.S. Attorney's office listed Bladon Enterprises Limited (the prosecutor misspelled the name of the firm as "Bladen") as one of the fifteen companies that the U.S. government was supposedly investigating. Gab's businesses—which implicated both Giuliani[812] and the Bidens—were mired in so many crimes that even the *New York Times* sued the U.S. State Department over the latter's refusal to respond in a timely manner to its FOIA request.[813]



[811] "The deal between Chinese group China Energy Company Limited (CEFC) and Kazakhstan's state oil company KazMunayGas, which targeted a majority stake in KMG International, the former Rompetrol group, fell through, KMG International announced on Tuesday, July 3. KMG International controls the biggest oil refinery in Romania – Petromidia and has the second-biggest fuel distribution network in the country. CEFC reached an agreement with KazMunayGas to take over 51% of KMG International in December 2016. … However, the deal was never completed as the Chinese group was confronted with big financial problems at the beginning of this year. In February, the Chinese authorities started an investigation targeting suspected economic crimes committed by CEFC chairman Ye Jianming[.]"
*See* "Chinese group fails to take over Romania's biggest oil refinery," *Romania Insider*, July 2018, archive.ph/wYuyD

[812] "In effect, Mr. Giuliani and Hunter Biden were on the same team, if not at the same time. And their work to help the business executive, along with that of Mr. Freeh, stood in contrast to efforts by the United States … The dynamic in Romania underscores how Mr. Giuliani has done a brisk international business with clients who sometimes seem to be seeking to capitalize on his connections to Mr. Trump even as he has accused Hunter Biden of seeking to capitalize on his father's name while doing business in other countries."
*See* Kenneth Vogel, "Giuliani Is Drawing Attention to Hunter Biden's Work in Romania. But There's a Problem.," *New York Times*, October 2019, archive.ph/FsXSs

[813] "In a new lawsuit on Monday, the newspaper sued the State Department to obtain emails from Romanian embassy officials sent between 2015 and 2019 mentioning a number of international business people, including the president's son and his former business associate[.]"
*See* Max Tani et al., "Gray Lady ain't done with Hunter yet," *Politico*, February 2020, archive.fo/4LDtY

## MEXICO

Hunter and Cooper relied on Joe to make inroads with the Mexican elite; Joe directly negotiated deals with the world's then-richest man, Carlos SLIM, and met with SLIM on multiple occasions.[814] Like Hunter, Miguel ALEMÁN VELASCO was the son of a president and used that public office to enrich his family. VELASCO's son, Miguel ALEMÁN MAGNANI, used those riches to spoil Hunter and the Bidens, hosting them at his villa in Acapulco. However, like Hunter, MAGNANI has tax[815] and other legal issues; MAGNANI fled[816] to France—where his Miss Universe mother hails from—in July 2021.



Miguel ALEMÁN MAGNANI
DOB: 04/25/1966
archive.ph/nfUBG

Miguel ALEMÁN VELASCO
DOB: 03/18/1932

Carlos SLIM HELÚ
DOB: 01/28/1940

[814] "In country after country, the oligarchs Hunter was wooing had the good fortune to meet with the vice president, meetings that Hunter apparently arranged. Some were held in the host countries, some on the White House grounds."
*See* Charles Lipson, "Biden Inc.: Hunter, Joe, and the Mexican Oligarchs," *RealClear Politics*, July 2021, archive.fo/OUgof

[815] "A federal control judge in Mexico City issued an arrest warrant against businessman Miguel Alemán Magnani for the crime of tax fraud, judicial sources said. The order was at the request of the Attorney General's Office (FGR), who prosecuted the investigation file against the businessman. Last February, the Ministry of Finance, through the Federal Tax Prosecutor's Office, filed a complaint about possible tax fraud against ABC Aerolíneas – Interjet's controller – and Miguel Alemán Velasco and Miguel Alemán Magnani, president and vice president of the company, respectively[.]"
*See* "Arrest warrant issued against Mexican businessman Miguel Alemán Magnani," *The Yucatan Times*, July 2021, archive.ph/8LhRa

[816] "Miguel Aleman Magnani is residing in France and fighting an arrest warrant in his native country on charges of tax fraud, his lawyer said Tuesday. Aleman Magnani is accused by Mexican authorities of not paying 65 million pesos ($3.2 million) in taxes dating back to 2018 that the airline he co-founded, Interjet, collected from customers and employees but failed to forward to the government. Aleman Magnani has no intention to travel to Mexico for the time being."
*See* Andrea NAVARRO, "Tycoon Takes Refuge in France as Mexico Seeks Arrest in Tax Case," *Bloomberg Business*, July 2021, archive.ph/ycOTS

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 02/11/2014ff | D.D.C. | Jeff Cooper | 18 USC §§ 2, 371 & 22 USC § 612 |

Along with conspiring to violate lobbying laws, Cooper organized meetings for his foreign principals, the founders[817] of a Mexican airline, with Joe. These businessmen, Hunter's "buddies," had a keen interest in meeting with the U.S. Secretary of Transportation, Anthony Foxx,[818] and Hunter made it happen. Hunter also organized meetings at the White House for them: "JRB [Joe] could do lunch on 26th or breakfast on 27th with Allemans. We could meet all day 26th and morning of 27th. I leave for AZ with Beau and dad [Joe] afternoon of 27th." For Cooper, the meeting details aligned with Obama's travels: "[A]ny movement on his[819] [MAGNANI's] stuff for O[bama]'s visit[820] to Mexico next week?"



SLIM, Joe & VELASCO (11/19/2015)

Joe & VELASCO (02/26/2014)

---

817 "Interjet, founded in 2005 by the heirs of a Mexican president, debuted as a low-cost carrier in a market dominated by larger airlines. One of the founders, Miguel Aleman Magnani, fled to France in July as Mexico sought to arrest him in connection to a tax fraud case."
*See* Andrea NAVARRO and Cyntia Aurora BARRERA DIAZ, "Mexico's Interjet Sees Return to Skies in 2022[]," *Bloomberg*, December 2021, archive.ph/IV7gF

818 "Foxx, a former mayor of Charlotte, was sworn in as the 17th U.S. Secretary of Transportation … developed the Obama Administration's first surface transportation bill[.]"
*See* "Anthony Foxx," *LinkedIn*, archive.ph/MPm2u

819 "@MiguelAlemanM," *Twitter*, archive.ph/vzrd8

820 "President Obama Travels to Mexico for the North American Leaders' Summit," *The White House*, February 2014, archive.ph/TMfXW

| When | Where (Venue) | Who (Accomplice) | What |
|------|---------------|------------------|------|
| 01/21/2015 | D.D.C. | Jeff Cooper | 18 USC § 2 & 22 USC § 612 |

Hunter was likely perturbed that MAGNANI's[821][822] assistant actually copied him and Cooper on her email to Secretary Foxx's aide. As evidence on the Biden Laptop made clear, Hunter preferred to orchestrate these FARA violations in a less-than-direct manner to maintain plausible deniability.[823]



ALEMÁN MAGNANI, VELASCO & Foxx

Foxx & Joe (07/11/2013)

[821] Luke Rosiak, "Mexico Pursuing Charges Against Hunter Biden Associate and Son of Mexican Political Royalty, In Contrast to DOJ Treatment of Hunter," *The Daily Wire*, September 2022, archive.ph/FyCRB

[822] "Alemán and subsequent political figures benefited from an arrangement known as the *prestanombre* (literally translated as 'borrowed name,' but perhaps best understood as a front-man), which allowed them to make investments that, to this day, remain virtually untraceable. The existence of this practice has made difficult the prospect of following many of the investments made by Alemán and his colleagues. Nevertheless, the arrangement, which resulted in the enrichment not only of Alemán, but also of numerous public figures during and after his term, became one of the defining characteristics of this group and represented a major incentive for these individuals to pursue careers in public life." *See* Ryan Alexander, "Fortunate Sons of the Mexican Revolution: Miguel Alemán and his Generation, 1920-1952," *University of Arizona*, November 2011, tinyurl.com/2p8dr828

[823] "[I]t is an example of the entire Biden clan cashing in on its name with a U.S. rival." *See* Kimberly Strassel, "The Biden Family 'Legacy,'" *Wall Street Journal*, October 2020, archive.ph/Nsugg

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 05/07/2015—11/19/2015 | D.D.C. | Joe, Jimmy Biden & Kathy Chung | 18 USC §§ 2, 219 & 22 USC § 612 |

Hunter worked with Joe's assistant, Kathy Chung, to arrange a private powwow between SLIM and the V.P. for 10/30/2015.[824] Just months before the meeting, Joe's brother, Jimmy, sent Hunter a characteristically frantic[825] and error-ridden email about SLIM: "Have a very real deal with Pemex[826] ( Carlos slim)[827] need financing literally for a few days to a week. Have the seller (refinery /slims) and buyer major being [sic] delivered from pipeline in ( h/ USA)   Nothing is simple but this comes very close.  As always the devil is in the detail!  Any interest on the long skirts part?   Need to know if there is any interest asap. Love you, u[ncle] Jim. I know you are buried and if this is just too much I completely understand.   A [sic] really do.  Hang in there hunt !! You can and will hold it together. I'm very proud of you and have the greatest respect, you are a great, sweet and incredibly strong man. I know you pal!!!" Chung's violations apparently did not create any risks for Joe, as Chung served[828] on his presidential transition team and is currently the deputy director of the protocol office at the DOD.



Apple iPhone 6_20151119_100336.jpg

---

[824] "I just corresponded with Kathy Chung, his [Joe's] assistant. Does not sound good. Huma, I think you should reach out to her and let her know HRC wants to pass on her thoughts and prayers."
See "Re: Beau Biden," WikiLeaks, May 2015, archive.ph/TCwBe

[825] "'People called [Jimmy] 'the Hammer,' explained one future associate of his. 'He would hammer the table until people agreed to give money to Joe's campaign.'"
See Ben Schreckinger, "The Biden family's strange business history," Politico, August 2019, archive.ph/Kxukh

[826] Cas BIEKMANN, "US Oil Group Pursues US$100 Million Claim Against Mexico," Mexico Business News, May 2021, archive.ph/0bdJK

[827] Miranda DEVINE, "Hunter Biden used Joe's VP perks to pursue deal with Carlos Slim," New York Post, July 2021, archive.ph/iMwD3

[828] "Biden will become president tomorrow … a number of senior aides will stay … including … Kathy Chung[.]"
See "The Transition Continues," Politico, Janaury 2021, archive.ph/4lRMw

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 06/07/2015 | D.D.C. | Joe & Kathy Chung | 5 CFR § 2635.703 & 44 USC § 2207 |

Another crime—unrelated to Mexico, but relevant considering the accomplices—involved Chung[829] again advancing Hunter's business interests by leveraging Joe's position. Chung sent to Joe via his secret alias email address (Robert.L.Peters@pci.gov) and Hunter—with his business email address ccd—a list of the personal[830] cell phone numbers of the most powerful people in the U.S. government. With a subject line of "See below. These are all cell numbers.," we can presume that Joe was working the phones after Beau's funeral and Hunter was expected to help. Based on subsequent emails, we deduced that these numbers were provided by the White House Situation Room directly to Chung, and then laundered to Hunter, a clear violation of federal regulations concerning the use of nonpublic information. The list from Chung[831] included former president Bill Clinton, a dozen incumbent and former U.S. senators and congressmen, along with multiple current and former cabinet secretaries.



---

[829] "Executive Branch - Office of the Vice President," *Government Printing Office*, February 2016, tinyurl.com/yfj53eaj

[830] Caroline Graham and Ian GALLAGHER, "National security nightmare of Hunter Biden's abandoned laptop containing phone numbers for the Clintons, Secret Service officers and most of the Obama cabinet plus his sex and drug addictions []," *Daily Mail*, October 2020, archive.ph/TSreR

[831] "Kathy Chung (aka Kathy Sang-Ok Chung, Kathy S. Geraghty) was an assistant to then Vice President Joe Biden … it's easy to imagine that a foreign intelligence service would be interested in having all those cell phone numbers[.]" *See* "Who is Kathy Chung?," November 2020, archive.ph/1U1IP

Chung's loyalty[832] to Hunter and Joe has paid significant professional dividends. Chung followed Joe after he left the White House in 2017 to the "Biden Center for Diplomacy and Global Engagement" at the University of Pennsylvania. It is certainly a national embarrassment and severe OPSEC[833] threat for someone with Chung's judgment to occupy these sensitive positions[834] interacting with foreigners.



Office of the U.S. Secretary of Defense Badge

---

832 "During Joe's vice presidency, Kathy Chung's small tidy office, which I visited on a few occasions, positioned her literally as the gate keeper for Joe Biden's West Wing office. No one entered or exited without passing her desk."
*See* Mike McCormick, "Laptop Emails Confirm Staffers Assisted Hunter & Joe's Secretive Burisma Biz," April 2022, archive.ph/yvoyh

833 "Operational security (OPSEC) is a security and risk management process that prevents sensitive information from getting into the wrong hands."
*See* "What is Operational Security?," *Fortinet*, archive.ph/Q2fOf

834 "Kathy Chung, Deputy Director of Protocol, Office of the Secretary of Defense[.]"
*See* "New Officials Sworn-in at the Department of Defense," *U.S. Department of Defense*, May 2021, archive.ph/VRUtl

REPORT ON THE BIDEN LAPTOP

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 02/24/2016 | D.D.C. | Jeff Cooper | 18 USC § 2 & 22 USC § 612 |

The most clear-cut example of Hunter's (unregistered) representation of his foreign principal, MAGNANI, was a bizarre afternoon email he sent while aboard Air Force Two: "Jeff [Cooper] is with me [Hunter] on [the] [p]lane[835][836] and [h]e will be with us all day [in Mexico City]." Hunter lamented about how, even though he had "delivered on every single thing [MAGNANI] ever asked," his favors were not being fully reciprocated. In fact, although Hunter "appreciate[d] you [MAGNANI] letting me stay at your resort villa," Hunter had done more for MAGNANI by bringing "every single person you have ever asked me to bring to the F'ing WHite House and the Vice President's house and the inauguration[.]"[837] Like a spurned girlfriend, Hunter was mad at MAGNANI's lack of communication: "I haven't heard from you since I got you a mtg [with Joe] for Carlos [SLIM] and your Dad [VELASCO]."



From: hbiden@rosemontseneca.com
Subject: Me and Jeff
Date: February 24, 2016 at 3:00 PM
To: MALEMANM miguelalemanm@interjet.com
Bcc: jcooper@eudoraglobal.com



We are arriving late tonight on Air Force 2 to MX City. We will be there for Thursday - I'm attending meeting w/ President N w/ Dad. Jeff is with me on lane and we will be with us all day. Would love to see but you never respond . I am really upset by it. You respond when it's something you need. You are the most generous person I know but WTF. We have so many great things to do together and I want you at the plane when the VP lands with your Mom and Dad and you completely ignore me. I've looked at what your family has done and want to follow in that tradition and always say you will help but I haven't heard from you since I got you a mtg for Carlos and your Dad. We have been talking about business deals and partnerships for 7 years. And I really appreciate you letting me stay at your resort villa...but I have brought every single person you have ever asked me to bring to the F'ing WHite House and the Vice President's house and the inauguration and then you go completely silent - I don't hear from you for months. I don't know what it is that I did but I'd like to know why I've delivered on every single thing you've ever asked - and you make me feel like I've done something to offend you.

RHB





Miguel ALEMÁN MAGNANI

Joe, VELASCO, ALEMÁN MAGNANI & Hunter (02/26/2014)

---

835 "When the younger Mr. Biden's business relationships first surfaced—e.g., his highly paid position on the Burisma corporate board, despite no background in Ukraine or energy—it should have provoked serious reporting. Instead, the people who spent years claiming Donald Trump was a Russian agent ignored much stronger evidence that the younger Mr. Biden had been getting rich on his father's name. He sometimes traveled to business meetings as a tag-along with his Vice President dad on Air Force II."
*See* "The Hunter Biden Business," *Wall Street Journal*, December 2020, archive.ph/OrCpx

836 "The Secret Service did not indicate, as was requested, whether Biden's travel was on Air Force One, Air Force Two or other government aircraft, or whether additional family members were present."
*See* "Judicial Watch Obtains Secret Service Records Showing Hunter Biden Took 411 Flights, Visited 29 Countries," *Judicial Watch*, June 2020, archive.ph/ZXM4G & tinyurl.com/4cvuyphm

837 Natalie Winters, "Hunter Biden 'Brought Every Single Person to White House, VP's House' that Foreign Business Partner Wanted, Received Resort Villa Stays, Artwork in Exchange," The *National Pulse*, October 2020, archive.ph/ddK8u

## SERBIA

As previously mentioned, Vuk JEREMIĆ was called as a witness[838] in HO's money laundering and FCPA trial. HO, as noted, was convicted, but JEREMIĆ very well could have been sitting in HO's seat, as the contents of the Biden Laptop revealed. JEREMIĆ's connections were made possible by his position[839] as the minister of foreign affairs for Serbia from 2007 to 2012, and, afterwards, as the youngest president of the UNGA in history.[840][841] When not posing for photos with Hillary Clinton and "steering the UN towards the establishment of the 2030 Agenda for Sustainable Development," JEREMIĆ was busy receiving cash from YE and HO as a "consultant" for their CEFC Energy conglomerate.[842] This gap-toothed UN technocrat also introduced Hunter to the Serbian monarchy.



Vuk JEREMIĆ
DOB: 07/03/1975

JEREMIĆ testified at HO's trial (11/27/2018)

JEREMIĆ & Hillary Clinton (12/15/2009)

[838] "Vuk Jeremic reported to the indicted businessman, Dr. Chi Ping Patrick Ho, when he worked as a consultant for CEFC China Energy. Jeremic told a federal jury that he connected Ho to high-ranking officials in several countries and opened diplomatic doors for CEFC as it expanded its business around the globe. But in an interview following his hours-long testimony, Jeremic said he never had concerns about Ho's dealings."
*See* Jim Mustian, "Former UN president backs indicted Hong Kong businessman," *Associated Press*, November 2018, archive.ph/0wmar

[839] "Well, I'm very pleased to welcome the foreign minister of Serbia here. Vice President Biden had a very productive meeting last May in Belgrade."
*See* "Remarks With Serbian Foreign Minister Vuk Jeremic Before Their Meeting," *U.S. Department of State*, December 2009, archive.ph/gUdhb & archive.ph/tOTRg

[840] John Metzler, *The Korea Times*, September 2012, archive.ph/KleLD

[841] JICHANG Lulu, "United Nations with Chinese Characteristics: Elite Capture and Discourse Management on a global scale," *Sinopsis*, June 2018, archive.fo/ajcsm

[842] "Despite clear legal provisions Vuk Jeremić failed to report and seek approval from the Anti-Corruption Agency for the performance of commercial private activity while in public office at the UN for which he received a net salary of USD 8,000 per month from the Budget of the Republic of Serbia! As previously written by Antidote, Jeremić received a commission of USD 180,000 from PEMEX for his consultancy services, and 1.34 million USD from CEFC for the same service. … CEFC directly and through related companies paid additional 4 million USD to Jeremić's non-governmental organization."
*See* "[] Why Vuk Jeremić Received Millions," *Antidot*, December 2018, archive.ph/AnujF

Integral to JEREMIĆ's schemes[843] was his "charity" called the Center for International Relations and Sustainable Development (CIRSD).[844] Much like the CEFC NGO, CIRSD's mission statement was flowery but its operations were extremely murky. CIRSD enjoyed large "donations"[845] from shell companies with opaque paper trails. In fact, Archer and Hunter coordinated a $25k "gift" to CIRSD from one of Archer's shell companies (the aforementioned Rosemont Seneca Bohai LLC, which was used for laundering in for the Indian bond fraud). Emilio LOZOYA—who, like MAGNANI, was a Mexican businessman, fugitive, and Hunter's close associate—also leveraged Vuk's UN position.[846]

| Transaction Settlement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Data | Activity Type | Description | Comments | Quantity | Price | Credits/(Debits) |
| 12/18 | 2/23 | Check | CIRSD | Check # 1036 | | | $(25,000.00) |
| 2/2 | 2/2 | Online Transfer | FUNDS TRANSFERRED | CONFIRMATION # 32958567 FROM 654-028318 | | | 50,000.00 |
| 2/2 | 2/2 | Automated Payment | CUSTOMIZED SERVI RENTPYMNT | AUTOMATIC BILL PAYMENT | | | (49.00) |
| 2/2 | 2/2 | Online Transfer | TRANSFER AS OF 01/31 | CONFIRMATION # 32798186 TO 654-028318 | | | (50,000.00) |
| 2/3 | 2/3 | Funds Transferred | WIRED FUNDS SENT | BENE: DMITRY DOROGAN ACCT: XXXXXX1282 | | | (1,500.00) |
| 2/5 | 2/5 | Automated Payment | J CONDOMINIUM SO 1010888706 | AUTOMATIC BILL PAYMENT | | | (906.74) |
| 2/6 | 2/6 | Funds Transferred | WIRED FUNDS SENT | BENE: ROBERT BIDEN ACCT: XXXXX5452 | | | (15,000.00) |
| 2/9 | 2/9 | Funds Received | WIRED FUNDS RECEIVED | BANK OF CHINA BOHAI HARVEST RST (SHANGHAI) E | | | 2,451.74 |




JEREMIĆ, WU Liqiong (YE's wife) & YE          JEREMIĆ & HO




---

843 "In December 2018, three additional UN officials were found to be implicated in the case: UN former General Assembly presidents Sam Kutesa, his predecessors Vuk Jeremic from Serbia, and John William Ashe from Antigua. Vuk Jeremic Connected Ho with Gadio and referred business to CEFC when in office. After leaving the job in the UN, Vuk Jeremic worked as a consultant for CEFC at an annual rate of US$330,000. He connected CEFC to energy and public officials, while receiving … fund[ing] by CEFC in establishing his think tank [CIRSD]."
*See* "Summary of Allegations - CEFC China Energy Company LLC," *Trace Compendium*, tinyurl.com/ms9c8ne7

844 "CIRSD - International Center for money laundering," *Antidot*, June 2018, archive.ph/zL2aX

845 "Beijing's close cooperation with former Serbian foreign minister Vuk Jeremic is a textbook example of the way it uses non-Chinese actors and entities to advance its ambitious strategic goals."
*See* Filip JIROUŠ, "China's Serbian Proxy Highlights How Beijing Captures Elites," June 2019, archive.ph/dhrAp

846 "Emilio Lozoya is accused of taking $10m (£8m) in bribes from a Brazilian construction firm that has admitted paying off Latin American politicians. … Mr Lozoya, who was chief executive of Pemex until four years ago, fled to Spain after being accused of receiving substantial bribes from construction company Odebrecht."
*See* "Emilio Lozoya: Former Mexican oil boss leaves Spain to face charges," *BBC*, July 2020, archive.ph/oyrb9

| When | Where (Venue) | What |
|---|---|---|
| 04/07/2015ff | D.D.C. | 22 USC § 612 |

JEREMIĆ was one of Hunter's key foreign principals with whom he wanted Joe to interact[847]: "The 16th for a dinner [at Cafe Milano] with my guy [Joe] and if you could be there it would be great."[848]



JEREMIĆ & XI (12/27/2018)

JEREMIĆ & YE

[847] "The Chinese Communist Party has sought to further enhance this positive view by cultivating ties with cultural and political elites … China supports the Center for International Relations and Sustainable Development, a think tank led by a former Serbian foreign minister and opposition politician Vuk Jeremic, which holds events and releases publications about the benefits of the Belt and Road Initiative and the expanding China-Serbia relationship. The institute is partly funded through CEFC China Energy, a conglomerate linked with Chinese Communist Party and mired in corruption scandals." *See* Vuk VUKSANOVIC, "Light Touch, Tight Grip: China's Influence and the Corrosion of Serbian Democracy," *War on the Rocks*, September 2019, archive.ph/B7F4R

[848] "Vuk JEREMIĆ," *Belgrade Security Forum*, archive.ph/56Ecz

**BUSINESS-RELATED CRIMES**                                                                                   **194**

Just hours before he extended to Vuk a dinner invitation with Joe and his business partners, Hunter conveyed to JEREMIĆ that he had a "real plan for [Vuk's UN Secretary-General] campaign." Although he ended up losing, Vuk—as a darling[849] of the liberal[850] technocratic elite—enjoyed broad support.[851]



[849] "[JEREMIĆ's] mentor and psychology teacher two decades ago at the First Belgrade High School, the current Serbian president, Boris Tadic, spent the holiday at the Visoki Decani monastery in Kosovo, under guard amid protests by local ethnic Albanians."
*See* Nicholas Kulish, "Recasting Serbia's Image, Starting with a Fresh Face," *New York Times*, January 2010, archive.ph/tC2b

[850] "Four years ago, as Serbia's prime minister, Vucic donated $2 million to Hillary Clinton's Presidential campaign and publicly endorsed her. Serbian broadcasting tycoon Zeljko Mitrovic sent €5 million ($5.5 million at the 2016 exchange rate) for her campaign to an account connected to Biden."
*See* Joseph D'Hippolito, "The Serbian Connection," *Front Page Magazine*, December 2020, archive.ph/XKqmU

[851] "Serbia's Jeremic Second in Poll for UN Top Job," *Balkan Insight*, August 2016, archive.ph/ckbuC

**BUSINESS-RELATED CRIMES**                                          **195**

## LIBYA

Hunter was cautiously determined to profit[852] from what Obama called the "greatest mistake"[853] of his presidency. Due to Obama's CIA-backed overthrow and death of Libyan dictator Muammar GADDAFI in October 2011, the country descended into utter chaos. Over $30B in assets held in Libya were effectively frozen, and these assets were unsurprisingly clawed at for years by a legion of lobbyists and foreign agents who offered their back-scratching services. This legion included a Saudi princeling named Mohammad al-RAHBANI, who had illegally contributed to Obama's second inauguration fund using a front man, Imaad SHAH ZUBERI. For these and other illegal contributions, ZUBERI was sentenced[854] in February 2021 to twelve years in prison. al-RAHBANI[855] wanted to hire Hunter to help recover his assets in Libya; Hunter's key qualification[856] for this monumental effort was his surname. al-RAHBANI's offers were mediated through two characters, one familiar and one new. The former is Sandweg, a NXIVM-affiliated lawyer who ran ICE for a short time, and the latter is Sam JAUHARI.





Mohammed al-RAHBANI
DOB: 01/1966

John Robert Sandweg
DOB: 08/06/1974
SSN: ███-██-2417

Husam "Sam" JAUHARI
DOB: 05/19/1958

---

[852] "The Biden email however provides an even bigger clue when it notes that Hunter 'said he has access to highest level in PRC, he can help there.' … The People's Republic of China had been a major player in Libya. When the civil war arrived, it sided with Gaddafi and once he was overthrown, Chinese oil companies were frozen out. Getting China to support lifting some sanctions would require a quid pro quo arrangement that would let the PRC's oil companies and other businesses back into Libya. … But the China factor explains why the Libyans considered Hunter Biden as an intermediary at all. The Biden family was a perfect halfway point between the Muslim Brotherhood and the People's Republic. Both the Islamists and the Communists had invested in the Biden clan."
*See* Daniel Greenfield, "Hunter Biden and the Muslim Brotherhood," *Jihad Watch*, October 2021, archive.fo/oU7W3

[853] "Since the downfall of Gaddafi … Libya descended into near-anarchy – ruled by rival militias vying for power while the Islamic State group has gained influence in the country."
*See* "Barack Obama says Libya was 'worst mistake' of his presidency," *The Guardian*, April 2016, archive.ph/uOXpx

[854] "Zuberi turned acting as an unregistered foreign agent into a business enterprise … He used foreign money to fund illegal campaign contributions that bought him political influence, and used that influence to lobby U.S. officials for policy changes on behalf of numerous foreign principals."
*See* "Political Donor Sentenced to 12 Years in Prison for Lobbying and Campaign Contribution Crimes, Tax Evasion, and Obstruction of Justice," *U.S. Department of Justice*, February 2021, archive.ph/8olCl

[855] "Sheikh Mohammed Al Rahbani is Chairman, and major shareholder in SAFID, a company based in the Kingdom of Saudi Arabia. SAFID is one of the leading providers of engineered air solutions in the GCC region. The company was founded in Riyadh in 1978 by Sheikh Mohammed's father Sheikh Haleem Al Rahbani … Sheikh Mohammed oversees a group of privately held companies … He regularly travels to the USA and the Middle East as he looks to further develop the family's investment activities."
*See* "Sheikh Mohammed Al Rahbani," *LinkedIn*, archive.ph/p4Mmt

[856] "[H]e's a guy no one would hire except for his influence as Joe's son. … Hunter Biden is a wreck who does well simply by milking his ability to influence his dad, a game he learned decades ago from his Uncle Jim, Joe's lobbyist-fixer brother."
*See* "Fresh proof Hunter Biden's 'work' was always about selling influence over Joe," *New York Post*, September 2021, archive.ph/M6x5G

| When | Where (Venue) | Who (Accomplice) | What |
|---|---|---|---|
| 01/28/2015 | D.D.C. | Sam JAUHARI | 18 USC § 371 |

The email below, which was released[857] in another article apart from the Biden Laptop, revealed how candid and calculating JAUHARI[858] and his partner were about the risks of hiring Hunter: "Per phone conversation[,] I met with #2 [Joe's] son. He [Hunter] wants $2[M] per year [for a] retainer +++ success fees. He [Hunter] wants to hire his own people - it can be [a] close circle of people for confidentiality. His dad [Joe] is deciding to run [for pResident] or not. His [Hunter's] positives are he is [the] Chairman of [the] UN World Food Program [USA], son of #2 [Joe] who has [the] Libya file, access to [the] State [Department], Treasury [Department], business partner [of the] SofS [Secretary of State] J. [John] Forbes K [Kerry's] son [Chris Heinz] and since he [Hunter] travels with dad [Joe] he is connected everywhere in Europe and Asia where M. Q. [GADDAFI] and [the] LIA [Libya Investment Authority] had money frozen. He [Hunter] said he has access to [the] highest level[s] [of the CCP] in PRC [China], [so] he can help there. His negatives are that he [Hunter] is [an] alcoholic, drug addict - [he was] kicked [out] of U.S. Army [Navy] for cocaine, chasing low class hookers, constantly needs money-liquidity problems and many more headaches. We should meet in Gstraad [sic] or London to decide next steps." As noted, JAUHARI—a liberal donor with business holdings across the Persian Gulf—was spearheading the project for al-RAHBANI, another Obama donor who had connections to Boston. Despite Joe's foreign policy[859] mishaps, his keen interest[860] in Libya caught JAUHARI's eye.



857 "[T]he documents offer a window into the mechanics of Beltway influence peddling, and the stock that was put in Biden's political connections — particularly his relationship with his father, who was vice president at the time." *See* Matthias Schwartz, "New emails reveal Hunter Biden asked for $2 million plus 'success fees' to help unfreeze Libyan assets," *Business Insider*, September 2021, archive.ph/VrJ4q

858 "Sam Jauhari[,] Chairman - GFT – Gulf Facilities General Trading Co[.]" *See* "Board of Directors 2021-2022," *American Business Council - Kuwait*, archive.ph/QUD6z

859 "'I think he [Joe] has been wrong on nearly every major foreign policy and national security issue over the past four decades,' Gates writes[.]" *See* Zeke Miller, "Gates Slams Biden in Memoir, Reveals He Nearly Quit," *Time*, January 2014, archive.ph/dEFVl

860 "S.3370 - Libyan Claims Resolution Act," July 2008, archive.ph/FFrnH

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 02/26/2016 | D.D.C. | John Sandweg & Sam JAUHARI | 18 USC § 371 |

Sandweg, too, conspired to violate the FARA by pitching Hunter—by virtue of his dad's position as the vice president—on the contract to unfreeze assets held in Libya. Given that Hunter's firm paid for one of Joe's iPhones and many other expenses, conspiracy to violate federal bribery laws (**18 USC § 201**) could be argued on the basis of Joe's material, pecuniary interests in the outcome of the contract. Sandweg[861]explained to JAUHARI: "I[862] spoke with HB's [Hunter's] team yesterday. They are interested in the project, but emphasized that for them to get involved, the team (lobbyists, lawyers and PR) would need to be a small group of folks they have a tight relationship with. They do not want a large group involved and they only want people with whom they have a close relationship with due to the sensitivities surrounding their involvement." These so-called "sensitivities" put other operatives in prison for years, including ZUBERI, who even co-hosted events with Hunter and Beau for Joe.[863]



JAUHARI with Joe & Obama, respectively

Joe & Imaad ZUBERI, a convicted felon and middleman of al-RAHBANI

861 Jana Winter, "New ICE boss's background as defense attorney for murderers, pedophiles raises questions about his credentials," *Fox News*, August 2013, archive.ph/wQGaD

862 Jana Winter, "Acting ICE Director Sandweg resigns after five months on the job," *Fox News*, February 2014, archive.fo/WEiNZ

863 *United States v. Zuberi* (19-cr-00642), Document 312-2, C.D. Cal., February 2021, archive.ph/DFRcU

# UNREPORTED INCOME & GIFTS

The Bidens' financial affairs were akin to a messy pickup truck dashboard that required constant and careful intervention from Hunter's business partners, particularly Schwerin, and Joe's discreet taxpayer-funded[864] staff. To say that Joe has repeatedly lied about his knowledge and involvement with Hunter's businesses is not merely an opinion—the exhibits shown in the following pages proved that there was effectively one pot of money for the clan, and Joe was free to withdraw as much as necessary. Bear in mind that, both during Joe's vice presidency and immediately following his term, this family pot was filled by CCP-connected oligarchs with 3 carat diamonds[865] and other hucksters who had financial interests that Joe could influence. The family money pot was overseen by Walter Deyhle, whose name appeared on Joe's tax returns, which did not disclose all of Joe's income.[866]



Joe & Cynthia Hogan (10/12/1991)

---

864 "Cynthia Hogan," *LinkedIn*, archive.ph/U5IgB

865 Matthew Russell Lee, "CEFC Diamond to Hunter Biden for UN WFP Unaudited By S[ecretary] G[eneral] Guterres[,] [a]lso CEFC Linked," *Inner City Press*, July 2019, archive.ph/iKK4g

866 "Form 1040 - Joseph R. Biden, Jr. & Jill T. Biden," *Internal Revenue Service*, tinyurl.com/5brxcnr6

| When | Where (Venue) | Who (Accomplices) | What |
|------|---------------|-------------------|------|
| 06/05/2010 | D. Del. & D.D.C. | Joe & Eric Schwerin | 18 USC § 2 & 26 USC § 7201 |

Schwerin controlled bank accounts that were capitalized by Hunter's firm (which was funded, in part, by foreign oligarchs). These accounts—with Schwerin as the front man—were used to pay bills, large and small, for "JRB" [Joe].[867] Schwerin wrote and deposited checks on behalf of Joe, with at least one of the bank accounts being held at Wilmington Trust, a notoriously corrupt bank in Delaware.[868]

> **From:** Eric Schwerin eschwerin@rosemontseneca.com 
> **Subject:** FYI
> **Date:** June 5, 2010 at 1:47 PM
> **To:** Hunter Biden hbiden@rosemontseneca.com
>
> Hate to do this but I am going to send you a separate email that hopefully you can share with your Dad and get him to call me at some point.  He hasn't called me and I need to figure out what to do on a few things.  No need to discuss with him, just have the email with you in case he asks for it.  Thanks.

> **From:** Eric Schwerin eschwerin@rosemontseneca.com 
> **Subject:** JRB Bills
> **Date:** June 5, 2010 at 2:03 PM
> **To:** Hunter Biden hbiden@rosemontseneca.com
>
> FYI, there a few outstanding bills that need to be paid and I am not sure which ones are a priority and which should get paid out of "my" account and which should be put on hold or paid out of the "Wilmington Trust Social Security Check Account".
>
> There is about $2,000 extra in "my" account beyond what is used for monthly expenses.  I could probably pay #2, #3 and then #4(d) now (and possibly #4(a)) and then let me know if there are few we can pay from the Wilmington Trust account.
>
> 1) FYI, your annual workers compensation premium came due (for your household employee) and I had to pay that on May 28th.  That was $632.
>
> 2) Fran Person is owed $436.80 for things he paid for on your trip to Arizona and Madrid
>
> 3) We have your first bill for your new line of credit from the Senate Credit Union, which is $383.10 a month.  I assume you want me to have this deducted from your salary automatically.  If so, it is will obviously be $383.10 less a month into the household bill account.
>
> 4) There is are a number of Mike Christopher bills outstanding: a) $1,239 for repairs to the A/C in Mom-Mom's cottage (this is from last summer, I think and needs to be paid pretty soon.) b) $1475 to Ronald Peacock for back wall and columns at the Lake house c) $2600 to Earle Downing for a stone retaining wall at the Lake  d)$475 for shutters from RBI Construction
>
> 5) There is an outstanding bill for $969.29 to Kiawah Island for your golf, etc that you played there last August.  To be honest, we've tried to call them a few times to pay but they haven't gotten back to us.
>
> Finally, I wanted to discuss the rental income you are going to receive for leasing out Mom-Mom's cottage.  Since this counts as income we should hold a little back to be able to pay the taxes at the end of the year.  If you want to have it deposited into my account, I can hold back a portion and deposit the remainder into the Wilmington Trust account.  Wanted to discuss what your thoughts were on that.

> Eric Schwerin <eschwerin@rosemontseneca.com>                          Jun 10, 2010 at 16:45:38
> FYI
> To: "hbiden@rosemontseneca.com Biden" <hbiden@rosemontseneca.com>
>
> Your Dad's Delaware tax refund check came today.  I am depositing it in his account and writing a check in that amount back to you since he owes it to you.  Don't think I need to run it by him, but if you want to go ahead.  If not, I will deposit tomorrow.

867 Jessica Chasmar, "Joe Biden met with at least 14 of Hunter's business associates while vice president," *Fox News*, July 2022, archive.ph/D9uVN

868 "U.S. Attorney David C. Weiss on the Guilty Verdict in U.S. v. Wilmington Trust Corporation et al." D. Del., May 2018, archive.ph/1WcjB

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 12/07/2016 | D. Del. & D.D.C. | Joe & Eric Schwerin | 18 USC § 2, 26 USC § 7201 & 30 DE C. § 571 |

Over an 11-year period, Hunter's firm paid over $25k for Joe's second iPhone (1-302-377-3313), which circumvented White House security protocols, along with "most lines" on a "Wells Fargo credit line" that Joe utilized. These phone, banking, and other financial records must be subpoenaed.[869]



Joe with his second iPhone, which was paid for by Rosemont Seneca (1-302-377-3313)

(Photo from 01/06/2017)

| Monthly Autopays | |
|---|---|
| AUTO PAYS | AMOUNT |
| Mortgage- DC | $7,349.00 |
| Mortgage- Lakehouse | $3,463.00 |
| Chubb (Mercedes) | $295.50 |
| Chubb (Home) | $377.00 |
| Life insurance | $2,998.00 |
| M&T boat loan payment | $419.00 |
| DC Water | $198.00 |
| Lourdes | $966.00 |
| NIPSCO | $200.00 |
| Mercedes | $845.98 |
| AT&T | $1,000.00 |
| BB&T | $1,650.00 |
| Comcast (Lakehouse) | $260.00 |
| AT&T (JRB) | $190.02 |
| Washington Gas | $175.00 |
| AES Student Loan | $348.66 |
| Chubb (Vehicle-Suburban) | $101.92 |
| Long Beach Water | $78.00 |
| Truck | $764.94 |
| Audi | $668.73 |
| Lourdes | $966 |
| Comcast (DC) | $300 |
| WashingtonFirst Bank (HELOC) | $400.00 |
| Naomi ($150/weekly) | $600.00 |
| TOTAL | $24,614.75 |

[869] "'[Schwerin] did financial stuff for the family but that's really all I know,' Margaret Campbell, a former Special Assistant to Jill Biden told The Post."
*See* Jon Levine and Miranda DEVINE, "Joe Biden met with Hunter Biden business partner at the White House," *New York Post*, April 2022, archive.ph/SD1Vr

| When | Where (Venue) | Who (Accomplice) | What |
|------|---------------|------------------|------|
| 01/16/2017 | D.D.C. | Eric Schwerin | 18 USC § 371 & 26 USC §§ 6662(d)(1)(A)(i), 7201 |

Along with pulling in a $216k annual salary for a no-show "Of Counsel" position at the firm which represented Seth Rich's[870] brother, Hunter evaded taxes on "approximately $400,000" of "unreported Burisma income" in 2014 because Hunter "couldn't have lived on approximately $550,000 a year[.]"[871]



Flag of Romania

870 "The FBI admitted [that] it not only had a huge file on the case — some 20,000 documents — [but] it [also] had Seth Rich's laptop. After four years of denying it."
See Al Perrotta, "Durham's Got a Murder Mystery on His Plate … Has He Realized It Yet?," *The Stream*, October 2021, archive.ph/RAoWi

871 "'They wanted every record relating to Hunter Biden we had,' Clint Lancaster told CBS News."
See Catherine Herridge and Andrew Bast, "Attorney says feds subpoenaed Hunter Biden paternity documents, including tax returns: 'They wanted every record,'" *CBS News*, April 2022, archive.ph/nnXJI

**BUSINESS-RELATED CRIMES**

| When | Where (Venue) | Who (Accomplice) | What |
|------|---------------|------------------|------|
| 02/14/2017ff | D.D.C. | Sarah Mancinelli | 18 USC § 2 & 26 USC § 7201 |

Hunter and Walker flew down to Miami to meet with YE on Valentine's Day in 2017, as YE was in town for the International Boat Show.[872] After their dinner, which Hunter arranged under the false pretense of YE donating to the World Food Program USA, the Chinese tycoon gave Hunter a 3.16 carat diamond.[873] Because Hunter was going through tense divorce settlement negotiations, this rock was indeed a fortuitous potential source of liquidity; however, Kathleen found out and her attorney sent a curt email—with a "Biden - Urgent" subject line—to Hunter's attorney: "Hunter is in possession of a large and extremely valuable diamond. Given his [Hunter's] recent dissipation of more than $100,000 from his TD Bank account while the family's debts remain outstanding, we are concerned he will dissipate this asset as well. Please provide proof that the diamond has been placed in a safety deposit box – accessible only by both parties together – by noon tomorrow or we will have no choice but to ask the court, on an emergency basis, to enjoin his further dissipation of assets, including the diamond." Interestingly, Hunter's attorney modified the email that was sent to her before forwarding the email to Hunter by excising the portion about his dissipation of $100k from the TD Bank account.

Hunter directed his attorney to lie, as her response to Kathleen's attorney demonstrated: "There is no diamond in Hunter's possession. I don't know where Kathleen is getting access to this information, but on this score, what your email purports below is inaccurate." Hunter certainly did not declare the approximately $80k rock[874] as income, and he has also provided no proof about where it ended up.



[872] "Miami International Boat Show - 2017," *Super Yacht Times*, archive.ph/9BcK6

[873] Miranda DEVINE, "'More money than God': Chinese titan lavished Hunter Biden with 3-carat gem, offer of $30 million," *New York Post*, November 2021, archive.ph/wBeEm

[874] "GIA Report: 1245444872," *Gemological Institute of America*, tinyurl.com/y8tcra2d

Kathleen was not bluffing about her demands, and the now-infamous diamond from YE actually made its way into her divorce filings amidst lurid (and truthful) accounts of Hunter's "drug use and infidelity" which caused the couple to "bounce[] three checks to their housekeeper." Kathleen's court filings also revealed Hunter's lie[875] that he returned the diamond to YE, as Hunter later contradicted.[876]

The Biden Laptop contained multiple photos of the 3.16 carat diamond, which were taken with an iPhone 6s on 03/11/2018 at 39.776900, -75.615100 (coordinates which correspond with Hallie's home in Delaware). Kathleen would likely find it ironic that the diamond in dispute during her divorce proceedings with Hunter—that he denied possessing—was still in his possession over a year later at the home of her sister-in-law (with whom Hunter was having an affair during the divorce proceedings).









Apple iPhone 6s_N39.7769W75.6151_20180311_143205.jpg

Apple iPhone 6s_N39.7768W75.6151_20180311_142951.jpg     Apple iPhone 6s_N39.7769W75.6151_20180311_143335.jpg

875 Miranda DEVINE, "Laptop from Hell," *Post Hill Press*, November 2021, archive.fo/683Jm

876 Adam Entous, "Will Hunter Biden Jeopardize His Father's Campaign?," *The New Yorker,* July 2019, archive.ph/v0f7t

| When | Where (Venue) | Who (Accomplice) | What |
|:---:|:---:|:---:|:---:|
| ?→01/03/2019→? | D. Del. & D.D.C. | Joe | 18 USC §§ 2, 1961 & 26 USC § 7201 |

In an iMessage to his oldest daughter, Hunter confessed[877] to how Joe—for three decades—did not report income he received from Hunter: "I Hope you all can do what I did and pay for everything for this entire family Fro [*sic*] 30 years. It's really hard. But don't worry[—]unlike Pop[,] I won't make you[878] give me half your salary."[879] Indeed, according to his own son, Joe insisted that Hunter cough up half of his earnings. Based upon the decades of tax returns that he released as a member of the U.S. Senate, and then as the V.P., Joe illegally received these hefty payments[880] from his second son.



Apple iPhone 6s_N39.7679W75.6093_20160424.jpg

Apple iPhone 7_20170828_193131.jpg

Apple iPhone 6s_20170630_192905.jpg

---

877 "Giuliani held up a text from Hunter Biden to Joe Biden's granddaughter Naomi Biden discussing money … it [] revealed the 'distribution scheme that the Biden crime family has had for years.'"
*See* Debra Heine, "Members of Biden Clan Expected to Give Half of Their Earnings to 'Pop,' Hunter Biden Text Reveals," *American Greatness*, October 2020, archive.ph/2YM3X

878 "Naomi Biden," *LinkedIn*, archive.ph/2DB12

879 Laura Gesualdi-Gilmore, "Hunter Biden was 'forced to give half his salary' to Joe and 'paid thousands to repair dad's home,' emails reveal," *The U.S. Sun*, July 2021, archive.ph/oembF

880 Sarah Paynter, "A look at four of Joe Biden's houses before the White House," *New York Post*, January 2021, archive.ph/iCiCD

| When | Where (Venue) | What |
|------|---------------|------|
| 01/17/2019 & 03/15/2019 | D. Del. & D.D.C. | 26 USC § 7201 |

The illegal financial arrangement[881] between Joe and Hunter that worked for 30 years was flipped around, however, when Hunter blew through his millions[882] from YE on women and drugs. Dodge, Hunter's assistant, and Joe's aide-de-camp, Richard Ruffner, set up a process whereby most of Hunter's bills—hundreds of thousands of dollars in state and federal back taxes[883] for unreported income and legal fees[884] for the restructuring of his Chinese fund, BHR—were to be paid by Joe.



Catherine "Katie" Louise Brannigan Dodge
DOB: 08/16/1969
SSN: ███-██-0219

Joe & Richard Ruffner (05/14/2018)

[881] "President Joe Biden and his son Hunter shared a bank account and paid each other's bills out of it[.]"
*See* Brian Trusdell, "Biden and Son Shared Bank Account," *Newsmax*, October 2021, archive.ph/WUC95

[882] "Clint Lancaster, the attorney for the mother … gave 'a significant amount of Hunter's financial records' to federal investigators to comply with a subpoena for those files … financial records that had been ordered sealed from public view by the judge in the Arkansas case … he notified Biden's lawyer in the paternity case, Brent Langdon, shortly after receiving the subpoena. Lancaster said that within hours of when he contacted Langdon on Dec. 9, 2020, Biden issued a statement publicly disclosing for the first time that he was under criminal investigation for his 'tax affairs.'"
*See* Dan Mangan, "Mother of Hunter Biden's child testified in tax probe, lawyer gave financial records," *CNBC*, March 2022, archive.ph/JD1Mj

[883] "A Wrecked Life: Hunter's Bills," *Marco Polo*,
web.archive.org/web/20220428020347/https://bidenlaptopreport.marcopolousa.org/HuntersBills.pdf

[884] Bruce Golding, "Joe Biden agreed to pay Hunter's legal bills tied to Chinese firm deal," *New York Post*, April 2022, archive.ph/gF8Tn

# BACKDATING FINANCIAL DOCUMENTS

Hunter's handling of paperwork and record retention practices required constant intervention from Schwerin and his other business partners. Hunter did not properly classify—or, in several cases, pay taxes on—certain income. Schwerin attempted to rectify these situations, but his actions were illegal in some cases. For instance, Schwerin conspired with Hunter to submit backdated documents to the SEC, IRS, FINRA, and other regulators—a clear violation of federal statutes and regulations.[885]

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 04/14/2016ff | D.D.C. | Eric Schwerin & Bill Morgan | 15 USC § 78r(a), 18 USC §§ 371, 1001(a)(3) & 26 USC § 7206(1) |

In April 2016, Schwerin conspired with Hunter's longtime accountant, the late Bill Morgan, to backdate an agreement concerning Hunter's taxable income from Burisma. The conspiracy involved an aforementioned shell company, Rosemont Seneca Bohai, which Schwerin referred to as "another entity." One of Hunter's attorneys, Levinson, again raised concerns about the legality of the actions.



William "Bill" Arthur Morgan
DOB: 05/16/1944
DOD: 06/26/2019
archive.ph/J26En

---

885 "[I]n response to an SEC examination request, the CCO produced the earlier backdated memo to the SEC exam staff and represented in the cover letter that it was a contemporaneous memorialization of the events it described … The CCO, among other things, was censured, ordered to pay a civil money penalty of $25,000, and prohibited from acting in a compliance capacity with any broker, dealer, or investment adviser for three years."
*See* Peter Fetzer et al., "Dangers of Chief Compliance Officer Backdating Documents," *Foley & Lardner LLP*, October 2020, archive.ph/7bB9I

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 01/11/2019ff | D.D.C. | Eric Schwerin & Katie Dodge | 15 USC § 78r(a), 18 USC §§ 371, 1001(a)(3) & 26 USC § 7206(1) |

In January 2019, Schwerin—with the help of Dodge, whose husband[886] just so happens to be a former bigwig in the SEC's enforcement division—conspired to backdate an agreement with Hunter, acknowledging that the SEC could actually start doing its job if they waited any longer: "By next week it would be great to get a handshake agreement effective 12/31/18 that I will give up my interest in BHR in exchange for you giving up your interest in the BD [broker dealer]. … Because the BD is regulated by FINRA and the SEC we are both exposing ourselves to potential issues if we continue to leave this in limbo and we will lose any flexibility on when we can make this agreement effective."[887]

**From:** **Katie Dodge** dodgekatie13@gmail.com
**Subject:** Fwd: Agreement Timing - NEXT STEPS
**Date:** January 14, 2019 at 10:24 AM
**To:** Hunter Biden rhbdc@icloud.com

Hi Hunter. Just following up on this. Is there any thing I can do to help with it?

-- Katie

Begin forwarded message:

**From:** Eric Schwerin <eschwerin@rosemontseneca.com>
**Date:** January 11, 2019 at 1:01:04 PM EST
**To:** Robert Hunter <rhbdc@icloud.com>
**Cc:** "George R. Mesires" <george.mesires@FaegreBD.com>, Katie Dodge <dodgekatie13@gmail.com>
**Subject:** Agreement Timing - NEXT STEPS



Katie Dodge, Joe, Conway Dodge & Jill (12/2016)
archive.ph/mF4mz

Hunter,

I wanted to circle back and make sure we are all aware of some of the issues we will quickly encounter if we don't come to some conclusion on our agreement ASAP.

For a number of time sensitive reasons we need to at the very least come to an agreement on the high level structure. As it relates to the BD, we want to have an agreement that is effective as of 12/31/18 for tax purposes among others.

Most pressing, RSPI is currently undergoing its annual audit for 2018 and we need to inform the auditors about any potential structural changes. This audit will be finalized and submitted to the SEC in the next 3-4 weeks.

In addition, there is a capital contribution due for RSPI in the next couple of weeks and we don't want to make those contributions via Skaneateles so we can avoid having to file a joint 2019 Skaneateles return that reflects transactions related to RSPI.

By next week it would be great to get a handshake agreement effective 12/31/18 that I will give up my interest in BHR in exchange for you giving up your interest in the BD. We can deal with putting it into a written agreement and some of the smaller issues in the coming weeks after that. I don't think the smaller issues are great and shouldn't take much time regardless. But at least we can start operating under the new structure when we have the handshake agreement.

Because the BD is regulated by FINRA and the SEC we are both exposing ourselves to potential issues if we continue to leave this in limbo and we will lose any flexibility on when we can make this agreement effective.

Copying George and Katie as well so everyone is in the loop and on the same page.

---

[886] "Conway Dodge, former Assistant Director in the Securities and Exchange Commission's Division of Enforcement, focused on securities regulation and enforcement at the SEC for over 12 years."
*See* "Understanding What it Means to be a Fiduciary - Insights from Former SEC Assistant Director," *Financial Recovery Technologies*, October 2021, archive.ph/wDH8g

[887] "RSP Investments, LLC - CRD#: 161622/SEC#: 8-69046," *FINRA*, archive.ph/MlZ1Q

## UNITED STATES v. GALANIS et al.

| When | Where (Venue) | Who (Accomplices) | What |
|---|---|---|---|
| 07/15/2014—01/16/2017 | S.D.N.Y. | Devon Archer, Jason Galanis et al. | 17 CFR § 240.10b-5(c) & 18 USC § 371 |

Hunter was deeply involved in the acquisition of a company that stole at least $43M from pensioners and Native Americans, even though Hunter was the only one in the upper cadre of the company who was not indicted.[888] The company was called Burnham Financial Group, and the illegal scheme was straightforward but certainly not easy. The group 1) purchased—and thereby gained control of—two registered investments advisors (RIAs), namely Hughes Capital Management and Atlantic Asset Management, and 2) used funds under the control of those RIAs to purchase[889] junk bonds issued by Native Americans, namely the Wakpamni Lake Community Corporation (WLCC) of the Oglala Sioux tribe. The management of the company then pocketed the proceeds from the sham bonds.[890] Peter Schweizer recounted—based on publicly available documents—how critical Hunter was to the execution of the deal: "In the closing arguments at the trial, one of Devon Archer's defense attorneys, Matthew Schwartz, explained to the jury that it was impossible to talk about the bond scheme without mentioning Hunter Biden's name: 'Mr. Archer responded to further questions. They [the board] wanted to know about this too, and one of the reasons—by the way, it was perfectly sensible—was because Hunter Biden was part of the Burnham team. You remember that. You saw on that Teneo slide deck[891] he was going to be the vice chairman. You heard testimony that he was in the office. Mary Moynihan from the [] board told you they had questions about his commissions and how much he was going to bring in in terms of clients. He was part of this deal.'"[892] The standard defense by Hunter—and his mouthpieces in the media—was that his name was invoked without his knowledge to provide "legitimacy"[893][894] for the tribal bond issuances. Unsurprisingly, the contents of the Biden Laptop told a completely different story, conclusively proving that Hunter was an integral part of the conspiracy.[895]

---

888 *United States v. Galanis et al.* (16-cr-00371), Document 1, S.D.N.Y., May 2016, archive.ph/otWMZ

889 "In order to deposit the bonds at a bank, Archer misrepresented the source of the money used to purchase the bonds, falsely claiming that he had obtained it through real estate sales. The bonds purchased by Archer and others were then used to meet net capital requirements at two broker dealers in which Archer and others had interests … millions of dollars in bond proceeds from the first and second issuances were used finance the acquisition of companies which the defendants … acquired as part of a strategy to build a financial services conglomerate, which Archer expected to control." *See* "Devon Archer Sentenced to a Year and a Day In Prison for the Fraudulent Issuance and Sale of More than $60 Million of Tribal Bonds," *U.S. Department of Justice*, February 2022, archive.ph/yFGP1

890 "[A] portion of the misappropriated proceeds was recycled and provided by GALANIS to entities affiliated with Archer[.]" *See* "Jason Galanis gets 189 months in prison []," *GreekNews*, September 2020, archive.ph/Y7WWx

891 "A consultant's report aimed at potential investors listed Mr. [Devon] Archer as chairman of the combined financial firm and Mr. [Hunter] Biden as its vice chairman, according to trial testimony." *See* Dave Michael and Theo Francis, "Hunter Biden's Name Was Used as Selling Point in Fraudulent Bond Scheme," *Wall Street Journal*, October 2019, archive.ph/SyxSJ

892 Peter Schweizer, "Profiles in Corruption," *HarperCollins*, chapter 3, January 2020, archive.ph/DFmFO

893 Ernestine Chasing Hawk, "Hunter Biden's name used to legitimize sale of fraudulent tribal bonds," *Native Sun News*, January 2020, archive.ph/CNpwl

894 James Areddy and Andrew Duehren, "Hunter Biden's Family Name Aided Deals with Foreign Tycoons," *Wall Street Journal*, December 2020, archive.ph/IUOKf

895 "[Bevan] Cooney has released the emails because he claims that Hunter Biden improperly escaped accountability and responsibility for his role in the fraud for which seven other people have gone to prison." *See* Bill Shipley, "Should Hunter Biden Be in Jail? Another Look at the Oglala Sioux Indian Tribe Securities Fraud Case," *RedState*, October 2020, archive.ph/TMwBn

REPORT ON THE BIDEN LAPTOP

Jason Galanis[896] was the ringleader of this band of illicit[897] financiers, but Archer's role[898] as suave rainmaker was critical. Archer introduced Galanis and the other partners to Serbian royalty (Alison ANDREWS, the daughter of Crown Princess Katherine)[899] and a corrupt[900] Russian oligarch named Elena BATURINA, the wife of the former mayor of Moscow, in an effort to raise funds for Burnham.[901]





Jason Galanis, Archer, Kyle Wool & Alison ANDREWS



Elena BATURINA & her late husband Yury LUZHKOV, the former mayor of Moscow

[896] Christian ERIKSSON, "Russia's richest woman quits role at London Mayor's charity after Finance Uncovered investigation," *Finance Uncovered*, September 2019, archive.ph/7YSMI

[897] David Rooks, "Wakpamni Lakotas Blindsided by $60M Wall Street Scam," *Indian Country Today*, June 2016, archive.ph/kiTGO

[898] "Mr. Archer represents a new breed of fund-raiser. In this age, the person with the most connections, who collects contributions from the widest circle of friends and contacts, has become the new macher in party politics. … Now his hard work is paying off, with the kind of convention access lowly Hill staffers can only dream of. He has a room at the Four Seasons Hotel, tickets to all the hot parties, access to the convention floor and face time with Mr. Kerry. The convention is his induction into the Democratic elite, and when the bunting comes down and the four-day Boston romp is done, there will be little doubt that Mr. Archer is the Democratic equivalent of a made man."
*See* Anna Schneider-Mayerson, "Baby Bundlers Feed Democrats," *The New York Observer*, August 2004, archive.ph/OkL4P

[899] "Family photo – Mrs. Alison Andrews, HRH Hereditary Prince Peter, HRH Crown Prince Alexander[.]"
*See* "Interview: Her Royal Highness Crown Princess Katherine of Serbia," *Liberty Press*, January 2019, archive.ph/IVgMN

[900] "Luzhkov's wife, Yelena Baturina, definitely has links to the criminal world, and particularly to the Solntsevo criminal group (widely regarded by Russian law enforcement as one of the most powerful organized crime groups in Russia)."
*See* John Beyrle, "The Luzhkov Dilemma," *Wikileaks*, February 2010, archive.ph/1NUFJ

[901] "A few months before Russian oligarch Elena Baturina wired $3.5 million in February 2014 to a Hunter Biden-linked firm, his business associates scrambled to secure U.S. bank approval because she was on a federal government 'watch list' for financial transactions … Baturina, the wife of former Moscow mayor Yury Luzhkov, became Russia's first female billionaire through her real estate empire before corruption allegations against her in Moscow in 2011 forced her to move to London."
*See* Seamus Bruner and Matthew Tyrmand, "'If you have to sleep with her, do it': a Hunter Biden-linked firm's pursuit of Russian money," *Just the News*, October 2020, archive.ph/6eIP5

## HUNTER WAS INVOLVED IN THE CONSPIRACY

Based on his indisputable paper trail, Hunter would not be able to use the now-infamous (and Biden family favorite) phrase that his uncle Jimmy spouted off with Bobulinski: "plausible deniability."[902][903] In addition to Joe's "union relationships"[904] and the "direct [presidential] administration pipeline" that Hunter provided, he was consulted on the fraudulent bond scheme and called it "a great plan." Archer conceded, however, that he and Galanis didn't "actually want Hunter [to be the] CEO of anything."



Jason Galanis & his then-wife, Monet Berger

Jason Galanis (12/23/2014)
(40.720425, -74.005294)
archive.ph/EtAJS

---

902 "'Plausible deniability. He said it directly to me in a cabana at the Peninsula Hotel.' … He outlines how an alleged meeting with Joe Biden took place on May 2, 2017. Bobulinski said that it was the Bidens, not him, who had pushed the meeting. … 'They were sort of wining and dining me and presenting the strength of the Biden family to get me engaged and to take on the CEO role to develop SinoHawk in the U.S. and around the world in partnership with CEFC,' … He went at length into how Joe Biden arrived for a Milken conference, partly held at the Beverly Hilton Hotel, and how he was introduced by Jim and Hunter Biden to the former vice president. 'I didn't request to meet with Joe … They requested that I meet with Joe. They were putting their entire family legacy on the line. They knew exactly what they were doing.'"
*See* Adam Shaw and Brooke Singman, "'Plausible deniability': Tony Bobulinski claims Biden family shrugged off concerns about risk to 2020 bid," *Fox News*, October 2020, archive.ph/CcFVn

903 "When I ask him Tuesday by phone if there is any doubt in his mind that Joe Biden was deeply involved in the deals, Bobulinski says absolutely not. 'I was only there because I would be running the family business. Why else would he even talk to me?'"
*See* Michael Goodwin, "'Look out for my family' — Hunter's biz partner tells all on meetings with Joe Biden," *New York Post,* October 2020, archive.ph/zIYdu

904 "The day after the election the information picket line came down and the newspaper went back to normal and Delaware had a new United States Senator [Joe]."
*See* Charles Brandt, "I Heard You Paint Houses," *Steerforth Press*, pages 264ff, 2004, archive.ph/Kx9Bs

A slide deck prepared by Galanis[905] that Archer sent to Hunter included the "roll up"[906] plan to line Hunter's pockets and grow his rolodex: "H. Biden broker dealer tuck-under enhances relationships[.]"



Members of the Oglala Sioux tribe in South Dakota (2014)
© Patrick Cavan Brown

905 Kaja Whitehouse and Samantha Tomaszewski, "'Porn's New King' pleads guilty to manipulating company shares," *New York Post*, July 2016, archive.ph/9gLzF

906 "When the roll-up was eventually complete, he [Archer] was to be its Chairman, with Hunter Biden as Vice Chairman and Sugarman as CEO."
*See United States v. Archer* (18-3727), Document 62, 2d Cir., June 2019, tinyurl.com/mwcw9vt5

Hunter was bccd on an email from Archer to Galanis[907] and the other partners that described concerns from one of their main investors, ZHAO Xuejun "Henry."[908] ZHAO was "confused on how we [could] pull it all off," but Archer conceded that they had "given the disclaimer [to ZHAO] that this is some very creative thinking[.]" ZHAO's confusion was well-founded, as the group's so-called "creative thinking" was just a cover for a massive financial fraud, which drove Archer to lie to his bankers about the source of the funds used to purchase the tribal bonds.[909] Archer even sent an article to Hunter about the tribe[910] they ripped off: "This is one of the tribes we're approaching for financing. Timely…"



archive.ph/R2bST

---

907 "John Peter Galanis, who bilked investors of $400 million before he was thrown in the slammer, has had heavy if not controlling influence on Jason's businesses."
*See* "The Long Reach of John Peter Galanis," *Forbes*, September 2000, archive.ph/oNbUU

908 "Dr. Henry Zhao - Group Chairman," *Harvest Advisors*, archive.ph/g5h9h

909 "Burnham Securities, Tribal Bonds, Joe Biden's Son, and Some Other Star-Studded Connections," *Silver Law Group*, October 2016, archive.ph/Iir23

910 Ernestine Anukasan, "Reservation community responds," *Native Sun News*, February 2020, archive.ph/uWCmE

Hunter was called up to Burnham's offices in Manhattan to assuage ZHAO of any concerns: "It was great to catch up with you and discuss the Burnham business in detail last week in New York. I hope having Jason Sugarman[911] and Andrew Godfrey[912] explain the business and how it will all work together was informative."[913] Sugarman—who was charged[914][915] by the SEC over the tribal bond fraud in June 2019 but was inexplicably not listed on the indictment by the S.D.N.Y.—has been embroiled in another controversy—his assistant, Heidi Planck, disappeared[916] in October 2021.[917][918]



ZHAO Xuejun "Henry"
DOB: 1966

Andrew Fenimore Godfrey
DOB: 12/16/1975
FINRA CRD #: 4043432

Jason Adam Sugarman
DOB: 10/15/1971

Planck & Sugarman (2016)

Heidi Sue Planck Wayne
Sugarman's (former) assistant
DOB: 04/04/1983
SSN: ████████-6375

[911] "Jason Sugarman, Director," *Burnham Financial Group*, February 2015, archive.ph/G0iZq

[912] "Andrew Godfrey, President & COO," *Burnham Financial Group*, February 2015, archive.ph/G0iZq

[913] "Jason Sugarman played a significant role in the Indian Tribe bond scheme — but for reasons unknown, at this point, the prosecutors in New York did not charge him with securities fraud along with the others. But the SEC did. They filed a civil enforcement action against Sugarman in 2019 that includes all the defendants named in the criminal case … in the early days of trying to put together their 'roll up', when Galanis and Archer needed capital to fund their acquisition of various businesses to make the fraud scheme work, they turned to Sugarman for the money to make those acquisitions." *See* Bill Shipley, "The Sugar-Man Can -- The Funder Who Got the Ball Rolling for Devon Archer and Hunter Biden: Part Two," *RedState*, October 2020, archive.ph/z03y4

[914] "SEC Charges New Defendant in $43 Million Tribal Bonds Scheme," *U.S. Securities and Exchange Commission*, June 2019, archive.ph/a5s9N

[915] *Securities and Exchange Commission v. Jason Sugarman* (19-cv-05998), Document 41, S.D.N.Y., December 2019, archive.ph/RR7Yl

[916] "#MP85784 - Heidi Sue Planck," *National Missing and Unidentified Persons System*, archive.ph/6jIjL

[917] "Until her disappearance, the mom-of-one had been working as a bookkeeper for Camden Capital Partners under managing partner Jason Sugarman. Sugarman, 50, is accused by the Securities and Exchange Commission of directing a $43million tribal bonds fraud which started in 2013 and left a Native American tribe and several pension funds with $60million in debts. The financier - who has been a co-owner of the LAFC Major League Soccer club and also has ties to the Golden State Warriors through his Hollywood mogul father-in-law Peter Guber - was accused of pocketing around $9million through the plot."
*See* Alex DIAZ, "Missing mom Heidi Planck's boss did business with convicted fraudster linked to Hunter Biden and Gambino crime family," *The U.S. Sun*, December 2021, archive.ph/MUOgv

[918] Michele McPhee, "Murder, Escape, Cover-Up? The Bizarre Mystery of Missing Mom Heidi Planck," *Los Angeles Magazine*, December 2021, archive.ph/IiISV

**BUSINESS-RELATED CRIMES**

Before the Burnham group moved into their new offices on 57th Street in Manhattan, Hunter made sure to get his generous benefits package set up on ADP's website portal. So, not only was Hunter operationally tied to the scheme, but he was also administratively locked in, which begged the question: Why wasn't he indicted? Hunter's activities violated **18 USC § 371**, among others. Derek Galanis, the younger brother of the mastermind behind the fraud and a noted "Gambino [crime family] Assoc[iate]" by the U.S. Bureau of Prisons, offered this sober explanation to *Marco Polo*: "Given the unfortunate circumstances of my upbringing, I am keenly aware of what merits conviction for the typical American. Hunter's name wasn't just used in documents next to Archer[919] and Sugarman.[920] Hunter was ccd on numerous emails and wrote emails on behalf of the conspiracy. Hunter raised money from the Chinese and was set to offload his broker-dealer under the Burnham umbrella. He was not just guilty by circumstance; Hunter was guilty in four or five separate ways. Why was Hunter not indicted? Government misconduct—period. For the typical American, it would not matter which details of the conspiracy he or she knew. The typical American would be in the custody of the Bureau of Prisons right now. The bottom line is that we have a two-tiered 'justice system,' and it must end."



Derek & John Galanis (2015)

archive.ph/EL2zx

919 "Archer for his part is not just questionable. He's a crook. Why would the Bidens want to work so closely with him?" *See* James Freeman, "A Biden Bestie and the Oligarchs," *Wall Street Journal*, February 2022, archive.ph/DcuZT

920 Alex DIAZ, "Hunter Biden did business with missing Heidi Planck's boss and president's son 'should have been charged over fraud'," *The U.S. Sun*, December 2021, archive.ph/ux68z

REPORT ON THE BIDEN LAPTOP

Less than two months before his partners were indicted, Hunter emailed ZHAO about how he was
"glad to hear that we have concluded our joint venture between Harvest[921] and Burnham." Harvest
had sunk $4M into the ill-fated venture. In addition to BHR, Fran Person—Joe's loyal and longtime
aide-de-camp—was another connection Hunter shared with ZHAO and the Chinese financial elite.[922]
In fact, Zuberi, the aforementioned felon, said Person was an "adopted son to [the] VP [Joe]."[923][924]
Unsurprisingly, Person made these Chinese connections after he left Joe's office in August 2014.[925]





**From:** Hunter Biden hbiden@rosemontseneca.com
**Subject:** Harvest/Burnham
**Date:** March 18, 2016 at 12:56 PM
**To:** 赵学军[Henry Zhao] zhaoxuejun@jsfund.cn
**Cc:** James Bulger jbulger@thorntonai.com, Devon Archer darcher@rosemontseneca.com

Henry-
I am so glad to hear that we have concluded our joint venture between Harvest and Burnham. This is an exciting milestone and I look forward to helping building a cross border institution that helps investors in our respective countries across the globe.

Thank you for all your leadership in getting this joint venture done. You and your team- particularly Ming- have been great to work with. I have no doubt that this working relationship will continue as we go forward.



Case 2:19-cr-00642-VAP   Document 319-5   Filed 02/10/21   Page 2 of 2   Page ID #:1298

Fran **PERSON** for US Congress

Please Save the Date
for lunch with

**Vice President Joe Biden**
**Fran Person**

: They want that because they want

imaad zuberi: The Saudi and I got to hang out in

: 8 am no way.     will not wake

May 16, 11:41 PM – imaad zuberi: Don't talk about women in front of Fran
May 16, 11:41 PM – imaad zuberi: He is close to VP Biden
May 16, 11:41 PM – : Not in front of anyone
May 16, 11:41 PM – imaad zuberi: He is like adopted son to VP
May 16, 11:41 PM – : Not just Fran
May 16, 11:41 PM – : Are you crazy
May 16, 11:42 PM – imaad zuberi: He is close to VP



Obama, Fran Person & Joe

921 "Under Mr Zhao's leadership, Harvest has developed into one of China's largest investment managers. It has $110bn in assets spread across equities, fixed income, property, infrastructure and, more recently, private equity."
*See* Chris FLOOD, "'Investors can still enjoy a free lunch in China,'" *Financial Times*, March 2017, archive.ph/rvUgd
922 "April 7-9, 2010: Hunter Biden visited China as a Rosemont Seneca rep during the second year of his father's vice presidency. There he gained audiences with top officials of influential state-linked enterprises including the Postal Savings Bank, China Investment Corp., and Founder Group. [Hunter] was joined on the trip by James Bulger, the politically connected co-founder of the Thornton Group, an Asia-oriented financial services firm."
*See* Jon Levine and Mary Kay Linge, "Hunter Biden and China: A timeline of his business ties to the Far East," *New York Post*, December 2020, archive.ph/qO0jb
923 "'He is close to VP Biden. ... He is like adopted son to VP,' Imaad Zuberi wrote in newly released court records."
*See* Josh Gerstein, "Dealmaker, now awaiting sentencing, tried to work his way into Biden's inner circle," *Politico*, February 2021, archive.ph/0zG0D
924 *United States v. Zuberi* (19-cr-00642), Document 319-5, C.D. Cal., February 2021, archive.ph/DFRcU
925 "Vice President Joe Biden's personal aide for the past eight years - starting in the Senate office, then campaigning across all 99 counties in Iowa, and finally landing in the White House - will leave the administration Friday[.]"
*See* Mike Allen, "Biden's personal aide leaving," August 2014, archive.ph/AZ9qc

Just two days before Hunter sent the foregoing email to ZHAO, Tejal Shah from the SEC issued an extremely wide-ranging subpoena which would have covered Hunter's email to ZHAO. Either Hunter did not truthfully respond to the subpoena, or the prosecutors in the S.D.N.Y. willfully overlooked his involvement in the conspiracy. Perhaps due to his guilty conscience, Hunter contacted Archer's attorney, Matthew Schwartz, about "coordinat[ing] with the same team representing Devon[.]"926



| Apple iPhone 6_20160321_150348.jpg | Apple iPhone 6_20160321_163131.jpg | Apple iPhone 6_20160321_163139.jpg |





archive.ph/6RIaU
mlschwartz@bsfllp.com

archive.ph/cvQ6m
shahte@sec.gov

926 "A meeting of the World Economic Forum is held in Davos, Switzerland at the end of January every year. It brings together politicians, academics, religious leaders, NGO's and companies to discuss key issues of global concern."
*See* "[] Discussion in Davos, sponsored by Cardano Foundation," *Cardano Foundation*, January 2019, archive.ph/R35OM

Two weeks later, Hunter met with two attorneys in his D.C. office to "discuss [the] subpoena" issued by Shah, who is currently the "principal advisor on matters involving the Division of Enforcement" at the SEC.[927] Hours after his meeting with the attorneys, the waters parted for Hunter and he scored a one-on-one discussion with Obama in the Oval Office. Hunter's cover story was perfect, too: his meeting with Obama occurred after a White House reception that he attended in the East Room.[928]





---

[927] "April 4, 2016," *The White House*, archive.ph/gKm7G & archive.ph/wUnO0

[928] "Tejal D[eenesh] Shah serves as Chair Gensler's principal advisor on matters involving the Division of Enforcement. She joined the SEC in 2014 as a staff attorney in the New York Regional Office[.]"
*See* "Gary Gensler Announces Additions to Executive Staff," *U.S. Securities and Exchange Commission*, July 2021, archive.ph/TGru5

Even though Schwerin indicated that there were a number of "issues that the SEC and DOJ [were] concerned with" regarding Hunter's role in the conspiracy, those concerns went precisely nowhere. Mesires, Hunter's legal fixer, conveyed the government's numerous (and polite) inquiries in an email with a subject line of "Government questions[.]" If we assume Hunter responded truthfully (which is, indeed, a significant assumption), then the only conclusion is that the prosecutors failed at their job.[929]



Jason Galanis

Hunter's office at Burnham
40 West 57th Street, 28th Floor
New York, NY

---

[929] "How Hunter Biden was left off a case in which he was clearly involved is a question only prosecutors in the Southern District of New York can answer. … Bevan Cooney released his emails linking Hunter, my brother Jason, Archer and himself to the press in the run-up to the November election and called himself a scapegoat for Hunter. … [T]he Galanis crime family, my family, is linked to drug trafficking, organized crime, sex trafficking and fraud. Coincidentally — or not — Sen. Ron Johnson's Senate report independently linked Hunter to organized crime and sex trafficking."
See Derek Meyer Galanis, "Have I Got a Hunter Biden Story for You…," *Ozy*, February 2021, archive.ph/6H9pa

Not only was Hunter compensated by Burnham to the tune of $166,666 in 2015 alone, he was also going to be its Vice Chairman had the "roll up" occurred and law enforcement refused to step in. When Hunter's band of attorneys suspected that an indictment was coming down the pike for Archer and the other[930] partners, they considered whether Hunter should "disclaim" his "Vice Chairman" title.



[930] Matthew Boyle, "Bevan Cooney Moved from Prison Cell After Providing Email Account Exposing Hunter Biden," *Breitbart*, October 2020, archive.ph/rKk3h

It took two years for Archer[931] to actually go to trial; weeks before the opening arguments, he sent an iMessage to Hunter: "What's the latest and greatest? Gearing up to start trial [on] the 22nd. Give me a call when you're free. [I] [w]ant an update[.]" Hunter expressed no sympathy for Archer and instead accused him of not being generous: "Man you have no idea and buddy I know you're in the shit but mother fucker you fucking have not given me even a niblet of a prospect of hope from let's see (KZ [Kazakhstan] - Jeff [Cooper] - RF.) I gave up my salary from BS [Boies Schiller Flexner LLP] half [of] the other [from Burisma] that's cut in half [because Joe was no longer the vice president] and while you were smart enough to marry someone [Dr. Krista Archer] with a little drive to make cash I gave away 85 cents of every dollar last year and I'm literally running out of run way. … Oh[,] by the way —— [the] guys you're up against are all over me along with[] 6 of their overseas counterparts and the NYT[,] WSJ etc…." Three days later, Devon asked Hunter if he planned on "coming back east for my trial at all? It would be important and love to see you if you can." Hunter curtly responded: "No[.]"



Joe & Archer on the front page of the *NYT*

Instagram: @drkristaarcher
archive.ph/BMR8c

---

[931] "Devon Archer is the co-founder of Rosemont Capital, LLC, where he has led the development of an investment platform which manages private equity, fixed income and real estate investments. Mr. Archer started his career at Citibank's foreign direct investment group, Citicorp Asia Ltd., before serving as a vice president at New England Financial and subsequently MetLife where he worked as a special analyst to the Strategic Management Group of both groups' executive committees. Mr. Archer was the founder and President of Sitaro LTD., a leading marketing software and services company that was acquired by CoActive Marketing Group (NASD - CMKG) in 2004. He served as a senior advisor to John Kerry during his 2004 Presidential campaign, and he co-chaired the National Finance Committee. Mr. Archer is a member of the Board of Directors of Burnham Financial Group and Valor Group Ltd. He is Director of the Kazakhstan Sovereign Wealth Fund, as well as Director and Vice Chairman of Bohai Harvest RST. Mr. Archer earned his Bachelor of Arts from Yale University and he lives in New York City."
*See* "Our People," *Burnham Asset Management*, archive.ph/CEBwf

Two months passed, and Hunter was still steaming over Devon's behavior. Hunter complained to his assistant (whose husband, as noted earlier, was previously[932] an assistant director in the enforcement division at the SEC) that Devon[933] made him "question" his "largesse" because Archer named Joe and Hunter as potential witnesses[934] in his trial and, according to Hunter, Archer did not tell them. Hunter aired those grievances to his lady friend/prostitute in a now-infamous audio recording.[935]



Even though Archer was convicted by a jury of his peers who deliberated for a mere 3 hours following a six-week trial, the Obama-appointed S.D.N.Y. judge named Ronnie Abrams granted Archer a new trial. Archer sent Hunter an iMessage on 11/15/2018: "The judge [Abrams] threw out my conviction today." The pResident's son responded: "Thank fucking god! First good news in way too long[,] my friend. … I know it[']s been a living hell … Motherfuckers … I swear to god we'll have the last laugh."





Archer, Ralph Pascucci, Joe & Hunter (08/2014)

---

932 "Conway Dodge," *LinkedIn*, archive.ph/dB23f

933 "Devon Archer," *Facebook*, fb.com/devon.archer.568

934 "'If Joe knew nothing, why would he be named as a witness?' said Toni Caiazzo Neff, a Wall Street compliance officer who has closely tracked several securities fraud cases connected to the Bidens. The Biden campaign had no comment. It has not disputed the authenticity of emails and other messages found on Hunter's laptop, but has dismissed the entanglement of Joe Biden in his son's affairs as a 'desperate smear campaign.'"
*See* Paul Sperry, "Court File Shows Joe Biden Listed as Possible Witness with Son in Fraud Case," *RealClear Investigations*, November 2020, archive.ph/9Rvr7

935 Robert Hunter Biden and Zoe Gabrielle Kestan, "Most Genius Shit Ever.mp3," *Marco Polo*, May 2018, web.archive.org/web/20211207070650/https://marcopolousa.org/reports/Most_Genius_Shit_Ever_05_11_2018.pdf

REPORT ON THE BIDEN LAPTOP

The Second Circuit, however, reversed the Abram's ruling in October 2020 and reinstated Archer's fraud conviction.[936][937] Unsurprisingly, Archer petitioned[938] the SCOTUS to review the Second Circuit's reversal, but the court did not[939] grant Archer's petition, so, Abrams—whose husband[940] Greg Andres[941] just happened to be an Obama DOJ appointee and prosecutor on Robert Mueller's Special Counsel team—was put in the awkward position of sentencing a defendant[942] to whom she granted a new trial. Nevertheless, Archer was sentenced to one year and one day in prison in addition to a $15M forfeiture bill, which he is appealing. Joe has likely been approached for a pardon or, at least, a commutation.[943]



Greg Donald Andres
DOB: 03/18/1967
NY Bar #: 2845568

Judge Ronnie Abrams
DOB: 06/03/1968
NY Bar #: 2624815

Archer (02/28/2022)

936 "'The jury was entitled to credit the circumstantial evidence that Archer knew that his codefendants with whom he had worked to acquire these companies specifically to offload the Wakpamni bonds, would then place the bonds into their investors' accounts without disclosing the conflicts of interest,' Sullivan wrote."
See Steve Korris, "Second Circuit reinstates jury's fraud verdict against Hunter Biden's former business partner," *Legal Newsline*, October 2020, archive.ph/pby16

937 Harry Sandick, "Circuit Reverses Grant of New Trial, Clarifies High Standard for Rule 33 Motions," *Patterson Belknap Webb & Tyler LLP*, October 2020, archive.ph/CNvUH

938 "Circuit Judge Richard Sullivan wrote that Archer's interest payment delayed disclosure of the fraud."
See Steve Korris, "Hunter Biden's former business partner Devon Archer wants United States Supreme Court to review fraud conviction," *Madison-St. Clair Record*, January 2021, archive.ph/N7T8q

939 *Devon Archer, Petitioner v. United States* (No. 20-1644), Supreme Court of the United States, May 2021, archive.ph/UlQK3

940 "Ms. Abrams, 32, is keeping her name. She graduated from Cornell and Yale Law School. She is the daughter of Efrat and Floyd Abrams of Manhattan. Her father is the First Amendment lawyer who represented the Brooklyn Museum of Art in 1999 in the dispute over its 'Sensation' art exhibition."
See "Weddings; Ronnie Abrams, Greg Andres," *New York Times*, May 2001, archive.ph/xrcoP

941 "Judge Abrams's husband is Greg Andres, a partner at law firm Davis Polk & Wardwell LLP who previously worked under Lanny Breuer in the Criminal Division of the U.S. Department of Justice. (Breuer announced his resignation one day after the PBS *Frontline* program reported that 'when it came to Wall Street, there were no investigations going on. There were no subpoenas, no document reviews, no wiretaps.') To date, not one key executive at any Wall Street bank that played a role in the financial collapse has been indicted."
See Pam Martens, "A Mangled Case of Justice on Wall Street," *Wall Street on Parade*, May 2014, archive.ph/sFmxG

942 "Kristopher Lakin of Wood River and three others who work for Jeffrey Cooper of Edwardsville requested a light sentence for Hunter Biden's former partner Devon Archer … Cooper didn't send a letter but son John Cooper did[.]"
See Steve Korris, "Staff working for Jeff Cooper request light sentence for Devon Archer, former Hunter Biden partner," *Madison-St. Clair Record*, February 2022, archive.ph/p23tG

943 "Archer's slim, blonde wife, podiatrist Dr. Krista Archer, sat calmly at the back of courtroom 1506 in the Thurgood Marshall courthouse during the sentencing, surrounded by friends. Archer, who arrived at court in a $5,000 Brunello Cucinelli cashmere peacoat, has lost weight but also appeared relaxed after the verdict as he spoke to lawyers."
See Miranda DEVINE, "Only hope for Hunter Biden's best friend now is a presidential pardon," *New York Post*, March 2022, archive.ph/sTQHN