# In the News

DEC 22, 2023

 7          Share

In reverse chronological order, explore each instance in which our work was cited in other outlets:

1. **03/01/2024 — *The Absolute Truth with Emerald Robinson* —** Swamp Watch: What Did Hunter Biden's Closed Door Testimony Reveal?

## February 2024

2. **02/28/2024 — *World Tribune* —** Report: Andrea Mitchell played key role in Biden influence network

   a. "A cardinal rule of the news business once stipulated: 'Journalists must maintain independence from those they cover.' The wife of former Federal Reserve Chairman Alan Greenspan may have felt no need to abide by such guidelines during her rapid rise to media prominence. Longtime 'journalist' Andrea Mitchell 'belongs to the second layer of the influence peddling orbit in America's capital, massaging stories and cementing narratives at MSNBC and other outlets,' the Marco Polo research group noted in a Feb. 25 post on X."

3. **02/25/2024 — *WABC Radio* —** The Roger Stone Show



4. **02/23/2024 — *New York Post* —** Biden told Russian oligarch, ex-Moscow mayor to 'be good to my boy' during phone call while VP: Hunter associate

     a. "An email from Hunter Biden's abandoned laptop indicates he was due to attend a 'Birthday Party @ Romanoff Restaurant' at 4 p.m. on May 4, 2014."

5. **02/22/2024 — *New York Post* —** Impeachment investigators to hold prison interview with fraudster who boasted with crooked colleague about Hunter Biden 'access'

     a. "Hunter, now 54, was vice chairman of the Burnham Financial Group, according to trial testimony and abandoned-laptop emails."

6. **02/21/2024 — *Daily Caller* —** Tony Bobulinski's Lawyer Slams Jamie Raskin's Effort To 'Smear And Defame' His Client In The Press

     a. "The ABC News piece initially claimed that it was Bobulinksi who wrote the now-infamous May 2017 email proposing an equity split that would include 'a 10% cut for the 'the big guy,'' an archived version of the story shows. James Gilliar, another former Hunter Biden business associate, wrote that email, not Bobulinski, the Hunter Biden laptop archive shows."

7. **02/21/2024 — *World Tribune* —** Update: Research group adds 7 FBI officials to Biden family coverup directory

     a. "The Marco Polo research group has added seven names to its published directory of FBI personnel said to be involved in covering up Biden family crimes. The new additions bring the total to 33 names on the list. The directory includes photos and references to whistleblower statements and other evidence said to implicate the officials who have largely avoided media scrutiny unlike other government coverup scandals such as Watergate."

8. **02/21/2024 — *Daily Caller* —** Joe Biden's Brother Switched Up Story On China Deal After Lawmakers Showed Him Receipts, Source Says

     a. "Fifty percent of SinoHawk was to be owned by Hudson West IV — an entity nominally managed by CEFC 'emissary' and Joe Biden 'office mate' Gongwen Dong — with the other 50% to be owned by Oneida Holdings LLC ... A May 2017 email from Gilliar to Hunter Biden, Bobulinski and Walker detailed the potential equity split for Oneida's piece of SinoHawk, with 20% for 'H,' 20% for 'RW,' 20% for 'JG,' 20% for 'TB,' 10% for 'Jim' and '10 held by H for the big guy,' according to the archive of Hunter Biden's laptop."

9. **02/20/2024 — *New York Post* —** Ashley Biden settles $5,000 Pennsylvania lien after missing income tax payments

    a. "Garrett Ziegler, a former White House aide to President Donald Trump, notified Fox News and The Post about the updated tax filing for Ashley Biden, adding in a statement to Fox that 'the people in her life should have done a better job of helping with her financial affairs.' ... As a board member of the conservative nonprofit Marco Polo, Ziegler is locked in a legal battle with Ashley's brother, Hunter Biden, over the publication of a searchable online portal of emails and media found on the first son's infamous laptop."

10. **02/20/2024 — *Fox News* —** Ashley Biden pays off thousands owed in taxes, latest filing shows

11. **02/16/2024 — *Daily Caller* —** 'Absurd And Childish': Dems Chastised Ex-Hunter Biden Associate During Closed-Door Interview

    a. "Bobulinski was involved with Hunter Biden in business dealings involving China in the 2010s, and he was a recipient of a May 2017 email describing a proposed joint venture equity split among Hunter Biden and his associates which would have designated '10 held by H for the big guy.'"

12. **02/15/2024 — *The Tyler Nixon Show on TNT Radio***



13. **02/14/2024 — *Washington Examiner* —** Special counsel David Weiss unveils Hunter Biden laptop evidence in gun case

    a. "Marco Polo took to X to highlight that the group had already published the items and also identified what it claimed was an apparent mistake in the prosecutors' filing, a photo that, according to then-psychiatrist Keith Ablow, was of sawdust rather than illicit drugs."

14. **02/09/2024 — *The Absolute Truth with Emerald Robinson* —** Hunter Biden Former Business Partner Tony Bobulinski Back on Hill Next Week

15. **02/01/2024 — *The Tyler Nixon Show on TNT Radio***



## January 2024

16. **01/30/2024 — *Zero Hedge* —** Hunter Biden Partner Says Payments From China Were Delayed Until Joe Biden Left Office

17. **01/28/2024 — *The Real Story with Jeanne Ives***



18. **01/28/2024 — *The Epoch Times* —** Hunter Biden Partner Says Payments From China Were Delayed Until Joe Biden Left Office

    a. "In messages given to the FBI by Tony Bobulinski, another former associate of Mr. Hunter Biden, and made public by the group Marco Polo, Mr. Biden referred to his father as 'chairman,' according to Mr. Walker. Mr. Biden wrote at one point that 'my chairman gave an emphatic NO' on a business proposal."

19. **01/26/2024 — *World Tribune* —** 'Lawfare' on steroids: Biden's federal judge assigned to Hunter's lawsuit against laptop researcher

    a. "[] Marco Polo created a publicly available database scrupulously indexing the contents of Hunter Biden's abandoned 'laptop from hell' and documenting 459 violations of state and federal law."

20. **01/26/2024 — *Watching the Watchers* —** Georges Berges Art Gallery Owner Transcript

Georges Berges Art Gallery Owner Transcript

21.

Hunter Sues Marco Polo Founder | The Vince Coglianese Show

22.

Hunter to avoid answering questions. Joined by Garrett Ziegler of
**Marco Polo** ."



Hunter's "Lawyer" Financier Documentarian? Kevin Morris

23. **01/:**
Fam

a.

24. **01/:**
Stal

a.

initial transaction, emails obtained by Breitbart News from Marco Polo show."

25. **01/22/2024 — *Newsmax* —** Napolitano to Newsmax: Why Did Wade Meet With
WH?

a. "As highlighted by the nonprofit Marco Polo on X, Wade met with the White House twice, once in May 2022 and on Nov. 18, 2022."

26. **01/22/2024 — *Fox News* —** Hunter has ties to nearly 2 dozen current, former Biden officials as federal charges, House probes loom

a. "Former White House communications director Kate Bedingfield, who departed the role last year but is still a staunch defender of the Biden administration and serves as an outside surrogate, previously communicated with Hunter in 2016 about a column written by Joel Goldstein, a law professor, praising his father's presidency. 'It is excellent. We will move it around to the WH press corps,' she wrote to Hunter and a number of others. Bedingfield was serving as then–Vice President Biden's communications director at the time."

27. **01/19/2024 — *Stephen Gardner***

a. "See the searchable report now or buy it at https://bidenreport.com"

Shocking NEW WHISTLEBLOWER EVIDENCE Rattles White House Law

28. **01/**

29. **01/**
    Bide

30. **01/**
    Hur

3/4/24, 2:08 PM

    a. "Wolf's new position was first reported by nonprofit research firm Marco Polo, the group that created a public database of the emails from Hunter Biden's abandoned laptop archive."

31. **01/16/2024 — *Madison - St. Clair Record*** — [] Marco Polo seeks to dismiss Hunter Biden's laptop suit or transfer to Illinois

32. **01/11/2024 — *The Charlie Kirk Show*** — Garrett Ziegler Has the Smoking Gun: Citizens Funded a Meeting Between the White House & Nathan Wade

33. **01/10/2024 — *One America News*** — Hunter Biden Crashes Oversight CMTE Hearing On Contempt Of Congress

34. **01/09/2024 — *War Room*** — Garrett Ziegler Joins WarRoom To Discuss Fani Willis['s] Inappropriate Relationship With Prosecutor

35. **01/09/2024 — *The Absolute Truth with Emerald Robinson*** — Sleazy Willis Accused Of Sleeping With Her Special Prosecutor

36. **01/09/2024 — *World Tribune*** — Prosecutor sex scandal hits the Fani in Fulton County Georgia; Invoice itemized White House meeting

    a. "The documents showing the White House involvement were first highlighted by the Marco Polo research group[.]"

37. **01/09/2024 — *Daily Mail*** — Invoices from lawyer 'lover' hired by Fani Willis to prosecute Donald Trump in election interference case show he had TWO 8-hour meetings with the Biden White House counsel

    a. "The documents showing the White House involvement were first highlighted by Marco Polo ... Wade billed a total $4,000 for his two days of White House meetings and calls, the invoices show. It was part of nearly $654,000 of work Wade did for Willis['s] probe into Trump and his staffers since January 2022[.]"

38. **01/08/2024 — *Real America's Voice*** — HUNTER BIDEN SUING FORMER TRUMP AIDE []

39. **01/07/2024 — *New York Post*** — Kyiv mayor Vitali Klitschko was 'core shareholder,' part of Hunter Biden-led Burisma subsidiary

a. "'You... should reconnect with Vitaly Klitschko (boxer candidate) who was a central leader of the overthrow of Yanukovych,' Hunter wrote in an April 13, 2014, email to his close business partner Devon Archer, who joined Burisma's board alongside him that year."

40. **01/05/2024** — *Intercessors for America* — What's on Hunter Biden's Laptop?

41. **01/04/2024** — *America First Legal* — [] New Evidence of Influence Peddling and Ethical Lapses During Biden's Vice Presidency

a. "In 2014, Truman Project board members Scott Bates and Michael Breen asked Hunter to pitch the Japanese Ambassador on behalf of their private organization, according to an email recovered from Hunter Biden's laptop."

42. **01/03/2024** — *One America News* — Tyler: Hunter Biden Contempt Charges Could Help Ziegler's Legal Defense Against Biden


# December 2023

43. **12/31/2023** — *Mike McCormick* — HOUSE OVERSIGHT MUST DIG DEEPER W/DEVON ARCHER

a. "Photo Courtesy of Marco Polo Report on the Biden Laptop"

44. **12/28/2023** — *BLiTZ* — Barack Obama's public persona is fiction, says biographer

a. "Garrett Ziegler, founder of Marco Polo and President Donald Trump's White House staffer in a recent post of Telegram noted that former US President Barack Hussein Obama had 'entered the American presidency with virtual zero true digging into his background'. Meanwhile, Obama's biographer David Garrow, who authored a book titled 'Rising Star: The Making of Barack Obama' shed light on a figure whose public persona, he said[,] is largely fiction. ... Meanwhile, Marco Polo founder Garrett Ziegler noted: 'Whereas with  **Marco Polo** , every single pimp, dealer, and hooker that interacted with a member of the current American first family was contacted and questioned. Obama has had perhaps the easiest personal life of any American president. It's not just that he's lazy as hell. It's that he's glided through everything. Even

his paternal line has had basically a breeze through existence. Not one
ancestor of his was ever in chattel slavery. Not one'."

45. **12/22/2023 —** *Mike McCormick* — 2015 WHITE HOUSE VIDEO TIES JOE BIDEN
TO BURISMA DUTIES

    a. "Below is my explanation of this previously unreported video which I found
and puzzled out — with the help of Marco Polo — as the critical evidence that
proves Joe Biden was the mastermind of the Biden Crime Family kickback
scheme with Ukrainian natural gas conglomerate Burisma Holdings ...
Standing next to Klitschko was our sleazy U.S. Ambassador to Ukraine,
Geoffrey Pyatt. The geniuses at Marco Polo identify Victoria Nuland as the
woman next to Pyatt. The laughing man beside Joe Biden was none other than
Joe's son-in-law, Howard Krein."

46. **12/20/2023 —** *BillLawrenceOnline* — Ziegler And Leah And Greg Explain
America's Corruption Crisis At Bill Of Rights Banquet

    a. "This year's crowd at the Bill of Rights Banquet was the largest we've seen
with about 200 from several states and and of all ages ... Speakers were
former Trump staffer Garrett Ziegler who created a definitely detailed report of
the crimes revealed on Hunter Biden's laptop ... Ziegler, who travelled from his
home in Illinois, described his investigations into Hunter's laptop via Marco
Polo, the research organization he founded."

47. **12/20/2023 —** *Inquisitr* — Joe Biden's Daughter Ashley Biden Faces Financial
Scrutiny, Owes Over $5,000 in Taxes

    a. "Despite attempts to reach out for comments, both Ashley and her attorney
have maintained a conspicuous silence on the matter. This revelation adds a
layer of complexity to the Biden family's financial dealings, with Garrett
Ziegler, founder of the nonprofit Marco Polo and a former aide to ex-President
Donald Trump, highlighting the irony of Joe's rhetoric on wealthier individuals
paying their fair share."

48. **12/19/2023 —** *Fox News* — Biden daughter adds to lengthy family history of tax
issues

    a. "'The scale is not anything like Hunter, but... Joe is constantly talking about
how wealthy and connected people do not pay their fair share and can afford

to pay more, and it just so happens that both of his living children did not pay
their taxes,' Garrett Ziegler, the founder of nonprofit Marco Polo and former
President Trump aide, told Fox News Digital."

49. **12/19/2023 — *American Military News*** — Biden's daughter owes $5,000 in
taxes: Report

    a. "According to the tax lien provided to Fox News by Garrett Ziegler, founder of
the Marco Polo nonprofit organization and a previous aide to former President
Donald Trump, the Pennsylvania Department of Revenue in Philadelphia
County notified Ashley Biden on Dec. 1 that the 'amount of such unpaid tax,
interest, additions or penalties is a lien in favor of the Commonwealth of
Pennsylvania upon the taxpayer's property – real, personal, or both – as the
case may be.'"

50. **12/19/2023 — *WIBC*** — The Biden Family Has a Tax Evasion Problem

    a. "'This is just another example of the Bidens being careless,' he said. 'Like,
you'd think that they would show a little bit more prudence when you're the
American first family to make sure you don't have any tax liens on you,
especially going into an election year.' Ziegler founded the website
BidenLaptopMedia.com, which contains nearly 10,000 photos from Hunter's
infamous laptop between 2008 and 2019. Ziegler said his team found Ashley's
lien while conducting a routine search in the Philadelphia County courthouse
system."

51. **12/18/2023 — *The Post Millennial*** — Ashley Biden owes over $5,000 in back
taxes, documents reveal

52. **12/18/2023 — *Daily Caller*** — Joe Biden's Daughter Reportedly Owes Thousands
In Unpaid Income Taxes

53. **12/18/2023 — *The Epoch Times*** — President's Daughter Ashley Biden Owes
Thousands in Taxes []

    a. "'The scale is not anything like Hunter, but ... Joe is constantly talking about
how wealthy and connected people do not pay their fair share and can afford
to pay more, and it just so happens that both of his living children did not pay
their taxes,' Mr. Ziegler said. "From items large and small (and this is

admittedly small and nothing like the scale of Hunter's depravity and criminality), the Bidens are the living embodiment of hypocrisy.'"

54. **12/18/2023** — *New York Post* — First daughter Ashley Biden owes $5,000 in income taxes, lien documents show

55. **12/18/2023** — *Fox News* — Biden's daughter owes thousands in income taxes, lien documents show

56. **12/15/2023** — *War Room* — Garrett Ziegler Joins War Room To Discuss Hunter Biden's Work As A Foreign Agent

57. **12/14/2023** — *The Absolute Truth with Emerald Robinson* — Why are Republicans Refusing to Vote on Hunter's Contempt []?

58. **12/12/2023** — *American Wire* — Cell phone records expose Hunter Biden's web of power

   a. "The document disclosing that information was released in 2022 by the nonprofit Marco Polo."

59. **12/11/2023** — *World Tribune* — Unredacted: The who's who in the Hunter Biden indictments

   a. "The Marco Polo group, which has compiled an online database of Hunter Biden's laptop from hell, unredacted the (redacted by the DOJ) identities of the players in the first son's indictment."

60. **12/11/2023** — *The Daily Signal* — Hunter Biden's Receipt of Obama Officials' Personal Cell Numbers Undercuts White House Impeachment Defense

61. **12/11/2023** — *Powerline* — David Garrow's book of the year

   a. "Professor Garrow recommends three 2023 books. He concludes with a choice that was off my radar: '[B]y far the most powerful tome I perused this year is a privately published 640-page Report on the Biden Laptop, authoritatively compiled by Garrett Ziegler and available on the web from his 501(c)3, 'Marco Polo.' It's a transfixing window into the entire Biden family, and the scale of human depravity it relentlessly details is unforgettably disgusting.' Coming from David Garrow, that is quite a recommendation. The book is accessible online for free at Report on the Biden Laptop"

62. **12/10/2023** — *Watching the Watchers* — Hunter Biden Indictment Breakdown with Garrett Ziegler []

   a. "Garrett Ziegler with  Marco Polo  joined to breakdown the latest Hunter Biden indictment."

63. **12/09/2023** — *New York Post* — Hunter Biden's top deputy and 'go-between' for businesses will testify in January

   a. "'Your dad just called me [about his mortgage] and mentioned he'd be out a lot soon and not really back until Labor Day … He could use some positive news about his future earnings potential,' Schwerin wrote in a July 2010 email to Hunter Biden."

64. **12/08/2023** — *World Tribune* — 'Smoke and mirrors': Joe Biden's personal attorney linked to new indictments of son Hunter

65. **12/08/2023** — *Zero Hedge* — 'Similarities Between Late-'80s USSR & Present-Day USA Are Uncanny...'

   a. "The indictment, a public document, contains some interesting particulars, such as Hunter attempting to write off as business expenses $683,212 in fees for the unspecified services of 'various women' (much as the services rendered by Hunter's Owasco PC shell company were never specified in million-dollar legal retainer agreements made with Chinese 'clients'). The curious can consult the website https://bidenreport.com [] for a photographic record of Hunter B's sex trafficking capers"

66. **12/08/2023** — *War Room* — Garrett Ziegler On Hunter Biden Tax Evasion Indictment: Drugs, Pimps, And Prostitutes

67. **12/08/2023** — *Daily Mail* — Mel Monzack, 83, Joe Biden's personal lawyer who is authorized to act on the president's behalf in financial matters, is LINKED to Hunter's newly filed criminal indictment

   a. "Monzack's links to the Bidens were first highlighted by right-wing nonprofit Marco Polo in its 645-page report on Hunter published last year. Marco Polo founder Garrett Ziegler told DailyMail.com: 'Monzack provides Joe plausible deniability. He's been Joe's power-of-attorney for nearly 40 years and has managed offshore trusts. The fact that Monzack has not been subpoenaed by

Congress is unconscionable.' Apart from his mention in Marco Polo's report, the president's close friend has otherwise largely flown under the radar."

68. **12/04/2023** — *Fox News* — Jesse Watters Primetime

69. **12/03/2023** — *World Tribune* — 'Sammy the Bull' Gravano: Charges against Hunter Biden 'beyond theft, it's treason'

    a. "Marco Polo research group founder Garrett Ziegler noted on social media: 'Loan sharking in a neighborhood is a sin, yes, but it touched maybe hundreds of people. The Bidens' crimes have effected billions of people all over the globe. And I am getting sued for talking about it. Bizarro world. I will not stop.' Wisconsin Republican Sen. Ron Johnson said on Fox News: 'If you've ever seen the Marco Polo Report ... there's hard evidence of wrongdoing.'"

70. **12/01/2023** — *War Room* — Garrett Ziegler: 'Hunter Biden's entire lifestyle is paid for by this bong smoking degenerate'

## November 2023

26. **11/29/2023** — *The Absolute Truth with Emerald Robinson* — Hunter Biden Is Expected To Testify Publicly In Congress

27. **11/28/2023** — *New York Post* — Republicans demand Biden withdraw Hunter's pal Hampton Dellinger as pick to helm whistleblower agency

    a. "The pair dined together in March of that year, emails from Hunter's abandoned laptop show."

28. **11/24/2023** — *World Tribune* — Research group publishes directory of FBI officials in alleged Biden family coverup

    a. "The Marco Polo research group has published a directory of 26 FBI personnel said to be involved in covering up Biden family crimes. The directory includes photos and references to whistleblower statements and other evidence said to implicate the officials who have largely avoided media scrutiny unlike other government coverup scandals such as Watergate."

29. **11/20/2023** — *Daily Caller* — Hunter Biden Lashed Out At Business Magnate For Ignoring Him After He Secured Meetings With Joe Biden, Emails Show

   a. "'We have so many great things to do together and I want you at the plane when the the VP lands with your Mom and Dad and you completely ignore me,' Hunter Biden emailed Magnani, his abandoned laptop archive shows."

30. **11/16/2023** — *The Daily 302 Show* — The Daily 302 -Garrett Ziegler

31. **11/14/2023** — *The Spectator* — *The Spectator*'s 2023 Books of the Year

   a. "But by far the most powerful tome I perused this year is a privately published 640-page Report on the Biden Laptop, authoritatively compiled by Garrett Ziegler and available on the web from his 501(c)3, 'Marco Polo.' It's a transfixing window into the entire Biden family, and the scale of human depravity it relentlessly details is unforgettably disgusting."

32. **11/10/2023** — *Viva Frei* — Live with Marco Polo - Talking Judge Engoron, Hunter Biden, and that Crazy Democrat Guy! Viva Frei

33. **11/09/2023** — *World Tribune* — Who is Mel Monzack? Researcher suggests adding 'the fixer' to Biden subpoena list

   a. "Ziegler characterized Monzack as the Biden family 'fixer,' who has 'power of attorney' and 'even gets their car insurance paperwork.'"

34. **11/09/2023** — *The Post Millennial* — Unhinged progressive who accosted Virginia Republican poll greeter identified as contractor with Biden's HHS

   a. "Marco Polo, an 'opposition research group for the American People,' confirmed through 'facial [recognition] tools' that the man filmed outside an Arlington polling station is 54-year-old Brendan Anthony Martin."

35. **11/09/2023** — *Breitbart* — Angry Arthur Disrobed: Trump New York Trial Judge Posts Nude 'Bonus Torso Photo' on HS Alumni Blog He Edits

   a. "Marco Polo, a website detailing the contents of the Hunter Biden laptop[], posted on X a side-by-side comparison of one of the nude torso photos, and a clothed photo of Engoron showing his face."

36. **11/08/2023** — *The Republic Brief* — Trump-Hating Judge In NYC Exposed In Alarming Selfies

a. "Judge Arthur Engoron, who has made a habit out of mugging for the cameras while in court, has apparently posted many shirtless photos of himself in a high school alumni newsletter that he edits. The photos were posted online to the Wheatley School newsletter before being removed following reporting by opposition research group Marco Polo."

37. **11/07/2023** — *World Tribune* — Unreported: Naked selfies by Judge Engoron; Fulton County sheriff's gay porn side hustle

a. "The Marco Polo research group wrote in a post on X: 'The judge who is harassing DJT in NYC takes naked selfies in the mirror at the gym & then posts them to the high school alumni newsletter he maintains. Engoron included a 'BonusTorsoPhoto' but luckily spared his readers the bottom half,' the group said on Monday. ... Meanwhile, Fulton County Sheriff Pat Labat, who demanded that Trump pose for a mugshot after his indictment in Georgia, was featured in an episode of 'The Closet,' which is a 'series about black men with 'hidden sexual lives,'' the Marco Polo group tweeted. In the episode entitled 'Groomsmen' Labat is told to 'get [his] fine ass under' a fellow actor."

38. **11/07/2023** — *The Post Millennial* — Manhattan judge in Trump civil trial snapped shirtless selfies to share with his alumni newsletter

a. "The photos were published in the 51st and 63rd editions of the newsletter, wedged between stories from graduates of The Wheatley School in Old Westbury and fan mail from readers. The photos were first made public by X account Marco Polo, which describes itself as 'the opposition research group for the people.'"

39. **11/06/2023** — *Fox News* — The Ingraham Angle

40. **11/03/2023** — *World Tribune* — Oversight committee spotlights role of Hunter Biden's 'sugar brother' on Chinese loan

# October 2023

41. **10/25/2023** — *WTRF* — Another Biden bares all: nude selfie of President's brother, Frank, posted online

42. **10/23/2023** — *The Absolute Truth with Emerald Robinson* — Hunter Biden Had His Feelings Hurt By Marco Polo So He's Suing Them

43. **10/16/2023** — *Just Facts News* — Evidence Warranting the Impeachment of Joe Biden

44. **10/11/2023** — *Just Facts Daily* — Hard Evidence Warranting the Impeachment of Joe Biden

    a. "In November 2015—seven months after Hunter and Joe dined with a Burisma executive at a restaurant near the White House—the same executive sent an email to Hunter and his partners..."

45. **10/10/2023** — *Newsweek* — Frank Biden Nude Selfie: What We Know as President's Brother Speaks Out

46. **10/10/2023** — *MEAWW* — 'What is with these Biden men?' Internet in disbelief after scandalous Frank Biden pic shows up on dating site

    a. "A naked mirror selfie of the 69-year-old was recently discovered on a gay adult site GuysWithiPhones.com. Per Daily Mail, the photo was uploaded to the site on May 23, 2018. The photo was unearthed by the non-profit organization Marco Polo, which has been investigating the family for years. The photo is allegedly owned by a 'gay porn blog' QueerClick.com."

47. **10/10/2023** — *Breitbart* — Frank Biden Suggests He Was Hacked After Naked Selfie Surfaces

    a. "The image, obtained by Breitbart News, was first unearthed by the nonprofit Marco Polo. It was posted to the site on May 23, 2018, according to the image's watermark."

48. **10/09/2023** — *Daily Mail* — Joe Biden's younger brother Frank admits naked selfie on GuysWithiPhones gay dating site is genuine. 'My phone must have been hacked'

    a. "A naked selfie of Joe Biden's brother Frank has been discovered on a gay porn site. The photo was uploaded to GuysWithiPhones.com in 2018, when Frank – who has a long-term female partner Mindy Ward – was 64. Even after more than five years, it is still live on the site. It was first unearthed by right

wing nonprofit Marco Polo, which has been investigating the Biden family for alleged political corruption and crimes for years."

49. **10/07/2023** — *New York Post* — Hunter Biden's daughter Naomi 'vandalized' US Capitol while a Senate Page — which led to groveling apology

   a. "Hunter Biden — who spent much of 2011 leveraging his name and connections in the service of foreign business partners — attempted to stem the imbroglio in a desperate email to Elizabeth Roach, the longtime boss of the Senate page program."

50. **10/06/2023** — *New York Post* — IRS weighed Hunter Biden felony charge for raiding daughter's college fund of $40K after he spent most of it on drugs, hookers

   a. "After liquidating Maisy's college savings, he went even deeper into the throes of his addiction in the coming months, sending payments to his drug dealer, a webcam service and prostitutes in the following weeks, emails on his laptop show."

51. **10/04/2023** — *Daily Caller* — The Hollywood Attorney Identified As Hunter Biden's Financial Benefactor Is Reportedly Helping Pay His Legal Bills

   a. "In addition, Biden is suing the IRS because of the whistleblower disclosures alongside his lawsuits against former Trump attorney Rudy Guiliani and former Trump aide Garrett Ziegler for disseminating the contents of Hunter Biden's abandoned laptop archive. Ziegler's publicly available database of Hunter Biden's laptop archive has been used by the Daily Caller and numerous media outlets to report on its contents."

52. **10/04/2023** — *New York Post* — Biden names ex-Hunter colleague to helm whistleblower agency

   a. "Hampton Dellinger, nominated by Biden for the post of US Special Counsel Wednesday, worked on the Crisis Management and Government Response team at Boies Schiller Flexner in 2014. Hunter Biden tapped that firm to assist Ukrainian energy company Burisma Holdings in 2014 and had dinner with Dellinger and others in March that same year, emails from his abandoned laptop show."

53. **10/02/2023 —** *World Tribune* **—** Documents shed light on alleged payments by Hunter Biden to international sex traffickers

   a. "The trafficking website is still active -- ubergfe dot com"

54. **10/02/2023 —** *Daily Mail* **—** Hunter Biden was suspected of hiring prostitutes from 'Eastern European sex trafficking ring' during drug binges and falsifying checks to pay the women, Treasury documents reveal

   a. "DailyMail.com has previously published texts from Hunter's iPhone showing he wrote checks disguised as medical services to escorts supplied by New York-based Ekaterina Moreva, whose website offered a 'girlfriend experience' with escorts as young as 20. Videos and pictures from Hunter's laptop show he hired women via Moreva then helped transport them over state lines for a debauched night with him – a potential federal offense. Moreva was named in other SAR documents leaked by Marco Polo that tracked her as part of a suspected sex trafficking ring."

55. **10/02/2023 —** *Daily Caller* **—** 'Really Embarrassed To Ask': Hunter Biden Begged Joe For Cash To Pay For Alimony, Other 'Financial Issues,' Texts Show

   a. "Shapero spoke with Hunter Biden's assistant in Jan. 2019 about Joe Biden paying his son's bills, an email on Hunter Biden's laptop archive indicates. Global Deez did not respond to a request for comment by the time of publication. The email was first reported on by the New York Post in April 2022 along with a document showing all the bills Joe Biden would be paying for his son."

56. **10/01/2023 —** *World Tribune* **—** Hunter's defense against Biden crime family evidence? All-out lawfare; Who is picking up the tab?

   a. "Hunter Biden filed papers against former White House aide Garrett Ziegler, whose nonprofit Marco Polo made much of the data from the laptop publicly searchable in an online database. ... Ziegler acknowledged in a social media post that Hunter Biden is undoubtedly paying big bucks for all his legal maneuvering and added: 'Yup ... and we're going to beat him with 1/10th of the resources.'"

# September 2023

57. **09/30/2023 — *New York Post*** — Hunter Biden's daughter Naomi repped Peru, lived in White House: public records

    a. "When Hunter Biden visited Monaco in 2016 for a meeting of the board of Burisma, the shady Ukrainian energy company that had Hunter on its payroll, Naomi came along — in part to celebrate her recent graduation from the University of Pennsylvania. Photo and video from the event show Naomi Biden posing with Burisma CEO Mykola Zlochevsky and chatting up his daughter Karina Zlochevsky. 'She is very excited to join us. Maybe we can find her a job now that she's graduating college,' Hunter Biden told Vadym Pozharsky, the company's chief financial officer, according to emails from his abandoned laptop. When Naomi Biden was a student at the University of Pennsylvania, professors urged her to cash in on her name in China. 'Don't be shy,' Hunter Biden advised her of the idea, according to messages contained on his abandoned laptop."

58. **09/29/2023 — *BillLawrenceOnline*** — Garrett Ziegler Gives Lesson On Hunter Laptop To ChescoUnited

59. **09/29/2023 — *Watching the Watchers*** — Biden Impeachment Exhibits EXPLAINED by Garrett Ziegler

60. **09/27/2023 — *The Ann and Phelim Scoop*** — Hunter Biden Lives In Delusion

61. **09/26/2023 — *Breitbart*** — Oversight Committee: BHR Partners' Bank Wires List Joe Biden's Delaware Home as Beneficiary Address

    a. "No matter how Ian Sams spins this, it's either Hunter residing at a home with classified documents, or Joey was directing the CEFC/BHR FARA violations. Or both. It's both."

62. **09/24/2023 — *WABC Radio*** — Garrett Ziegler | Founder of Non-Profit – Marco Polo

63. **09/23/2023 — *Breitbart*** — Sen. Bob Menendez Aide Asked Hunter and His Partner to Invite Joe Biden to 2010 Event

    a. "Schwerin emailed Hunter Biden on April 7, 2010, about a call he received from Menendez's chief of staff, Danny O'Brien, regarding an event Menendez

wanted Joe Biden to attend, according to an email unearthed by non-for-profit
Marco Polo. The email came days after O'Brien was turned down by Joe
Biden's official office."

64. **09/22/2023** — *The Tamara Scott Show* — Guest Host: Ed Martin Joined By -
Garrett Ziegler

65. **09/22/2023** — *New York Post* — Bob Menendez aide asked Hunter Biden partner
for then-VP to host 2010 event

   a. "'Danny wants to explore with you possibility of getting VP to host event at
   NAVOBs for group,' Schwerin said in an April 7, 2010, email to Hunter Biden,
   referring to the vice president's residence at the Naval Observatory.
   At the time, Menendez was serving as the honorary chair of the council, which
   was planning to host 'CEOs of the major banks' in Spain as well as the
   country's foreign minister, according to Schwerin. 'I think Solomont mentioned
   your interest in Spain and that is why Danny is calling us,' he also told Hunter,
   mentioning then-US Ambassador to Spain Alan Solomont."

66. **09/21/2023** — *The Ohio Star* — Joe Biden's Email Alias Escorted Phone Numbers
of Top U.S. Officials to Hunter Biden

67. **09/20/2023** — *Pro America Report* — Garrett Ziegler — CCP Work Led to Biden
Research

   a. "Garrett Ziegler, founder of Marco Polo and former aide to Peter Navarro in the
   Trump White House, joins Ed to discuss the Biden laptop. He is the author of
   the massive report on Hunter Biden's laptop which can be found at
   bidencrimes.info. Garrett and Ed talk about how Garrett's research on the
   Chinese Communist Party led him to the Biden research. Garrett also
   discusses how nobody ever challenges his work on its own merits, instead just
   attacking him ad hominem. Garrett Ziegler's deep dive is extensive, deep, and
   one-of-a-kind."

68. **09/19/2023** — *The Absolute Truth with Emerald Robinson* — Garrett Ziegler
Speaks Out After Being Sued by Hunter Biden

69. **09/18/2023** — *Just Facts Daily* — Joe Biden's Email Alias Escorted Phone
Numbers of Top U.S. Officials to Hunter

a. "When Hunter and his partners wrote to each other about how they would fulfill Burisma's request, they said nothing about Blue Star. Instead, they said that it would be handled by top U.S. officials whose names they 'deliberately' didn't mention, and Hunter needs to 'deliver that message.'"

70. **09/18/2023** — *Fox News* — Hunter Biden's texts, emails contradict lawyer's claim that he 'did not share' money from businesses with dad

a. "Texts from Hunter Biden to his daughter, Naomi, in 2019 suggested he had to fork over half his salary to his dad, President Biden. (Marco Polo)"

71. **09/18/2023** — *Newsmax* — Eric Bolling the Balance

72. **09/18/2023** — *World Tribune* — Who is Ihor Kolomoysky? Billionaire's funds went to Biden, Zelensky, murderous militias

a. "A 2012 study of Burisma Holdings done in Ukraine by the AntiCorruption Action Centre (ANTAC), an investigative nonprofit co-funded by American billionaire George Soros and the U.S. State Department, found the valid owner of Burisma Holdings was Kolomoysky. ... The nonprofit research group Marco Polo, doing a comprehensive report on Hunter Biden's Laptop, identified Kolomoysky as one of many 'loose ends' the Bidens wanted tied up to conceal their Ukraine transactions."

73. **09/18/2023** — *The Charlie Kirk Show* — We Have Biden on 7 Federal Felonies: How We Know He Was Involved in Hunter's Illegal Business Deals

74. **09/16/2023** — *Phyllis Schlafly Eagles* — Garrett Ziegler — Importance of Oversight | Eagle Council 52

75. **09/14/2023** — *The Kari Lake Show* — The Kari Lake Show Ep. 1: Inside 'The Laptop from Hell'

76. **09/13/2023** — *The Absolute Truth with Emerald Robinson* — Hunter Biden Sues Marco Polo For Exposing Him

77. **09/13/2023** — *Daily Mail* — Biden ripped Obama for having 'no grace' in 2010 email where Hunter accused the then-president of COPYING his father's speeches

a. "Marco Polo first revealed in a report last year the 'auks' email account was one of many used by the then-vice president to communicate with his family.

The Auks are the mascot of Archmere Academy in Delaware, where both Joe
and Hunter Biden attended high school."

78. **09/13/2023** — *19FortyFive* — Joe Biden Hinted That Barack Obama Plagiarized
His Ideas In Leaked Emails

   a. "The emails obtained from Hunter Biden's laptop show that
auks@att.blackberry.net was among the email addresses used by Joe Biden
during his tenure as vice president, frequently used for communication with
family members. This email address also appears in multiple email exchanges
on Hunter Biden's laptop, as previously reported by Marco Polo."

79. **09/13/2023** — *Fox News* — Biden ripped Obama as having 'no grace' in 2010
email after Hunter suggested plagiarism

   a. "Biden's bristling at Obama's speech is particularly noteworthy because his
first failed presidential campaign in 1988 collapsed under the weight of
plagiarism allegations. He also plagiarized a paper during his first year at
Syracuse University College of Law by using 'five pages of a published law
review article without quotation or citation,' according to the dean.
Biden's personal email address, auks@att.blackberry.net, is one of many used
by the then-vice president to communicate with family, and it appears in
multiple email exchanges on Hunter's abandoned laptop, Marco Polo first
revealed in its extensive report last year. The Auks are the mascot of Archmere
Academy, where Biden and his son attended high school."

80. **09/12/2023** — *One America News* — Biden's Niece, Ex-U.S. Treasury Employee,
Informed Hunter On Chinese Sovereign Wealth Fund During Obama-Biden Admin.

81. **09/11/2023** — *New York Post* — Biden's niece talked with Hunter while she was
serving as Treasury official during Obama admin about potential China investment

   a. "President Biden's niece — while working at the Obama administration's
Treasury Department — shared tips with first son Hunter Biden about China's
largest government wealth fund, which he later sought as a potential
investment opportunity, according to emails on his abandoned laptop. Casey
Owens, the daughter of first sister Valerie Biden Owens, notified her cousin
and his business partners at now-defunct Rosemont Seneca Advisors about
an investment conference held by China Investment Corporation (CIC) while

working as a special assistant for the department's US-China Strategic and
Economic Dialogue, an April 12, 2010, email shows."

82. **09/11/2023** — *Breitbart* — 'Auks': A Fourth Joe Biden Email Alias Surfaces

   a. "Then-Vice President Joe Biden used a fourth alias, 'auks@att.blackberry.net,'
   as early as 2010 to communicate with his family, according to the nonprofit
   Marco Polo, based on information from Hunter Biden's 'Laptop from Hell.'"

83. **09/11/2023** — *Fox News* — Biden's niece updated Hunter's company on Chinese
   sovereign wealth fund during stint at Treasury: emails

84. **09/10/2023** — *The Real Story with Jeanne Ives* — The Hunter Biden Laptop
   Scandal Unveiled: Garrett Ziegler's Explosive Insights on The Real Story.

85. **09/08/2023** — *Breitbart* — James Comer Argues Joe Biden Is 'Ringleader' of
   'Organized Crime' Family

   a. "Burisma tried to wire money to the Bidens through various bank accounts,
   one of which was a Maltese account set up by a Burisma executive for Hunter
   Biden, emails uncovered by the nonprofit Marco Polo show."

86. **09/07/2023** — *World Tribune* — Unreported: Beau Biden issued a warrant for
   Larry Sinclair's arrest on Feb. 4, 2008

   a. "While major media went to great lengths to dismiss Sinclair as a con man with
   a long rap sheet, what they didn't report was the Sinclair-Biden connection,
   according to records obtained by the Marco Polo research group. Sinclair went
   public about his claims of Obama's drug use and homosexuality in early 2008.
   Soon after, Sinclair said then Delaware Attorney General Beau Biden (now
   deceased) issued a grand jury indictment against him."

87. **09/05/2023** — *Deep Center Field Press* — Boycott the Yankees?: Hunter Biden
   Connects to Starr Insurance Through CEFC Cutout X. Rick Niu

   a. "I want to thank Marco Polo for providing all the RECEIPTS to link this together.
   One could not have done this without them."

88. **09/03/2023** — *Mike McCormick* — Geoffrey Pyatt's Burisma Crimes

89. **09/01/2023** — *Breitbart* — Email: Joe Biden Used 'Robin Ware' Alias to Email
   Hunter About White House Hire

    a. "White House staffers reportedly copied Hunter Biden on about ten emails to
       Joe's alias addresses. Hunter Biden's laptop contained 27 emails linked to Joe
       Biden's alias email address, non-for-profit Marco Polo's dossier cataloged."

## August 2023

90. **08/31/2023 — *Newsmax* —** Nation's Discontent Burns Over Swamp's Chilling
Effect on Rights

    a. "As the liberal media focuses on the politically weaponized Trump distraction,
       over six alleged crimes at minimum are now directly associated with Joe
       Biden. These serious allegations include tax evasion and Foreign Agents
       Registration Act violations. Acts occurring throughout Romania, Ukraine and
       China. The Marco Polo report further exposed 459 alleged crimes linked to
       Hunter, from illicit foreign lobbying to money laundering."

91. **08/30/2023 — *Watching the Watchers* —** Biden Crime Family Update with
Hunter Laptop Report Author Garrett Ziegler

92. **08/28/2023 — *World Tribune* —** As attorneys declare 'lawfare' on researchers
who mined his laptop, Hunter Biden makes do in Malibu

    a. "[A]ttorneys representing the Biden family and other powerful Democrats are
       free to wage well-funded 'lawfare' not only on lawyers supporting Joe's top
       political rival but also on, for example, the Marco Polo research group that has
       exposed the first family's misdeeds, chapter and verse. Marco Polo created an
       online database and encyclopedic report featuring the contents of the first son
       Hunter Biden's abandoned laptop and documenting 459 crimes. It then
       published the findings in a massive 640-page volume, distributed to everyone
       who matters in the Swamp and beyond and offered it for sale to the general
       public. Not good. The Marco Polo data base of the emails on the laptop even
       became an international story after being barraged by truth seekers
       worldwide, many of whom were concerned that something they wrote might
       be on the 'laptop from hell.'"

93. **08/27/2023 — *1010 WCSI* —** Hunter Biden traveled to at least 15 countries with
VP dad: 'I can catch a ride with him'

a. "Two years later, Hunter and his family accompanied Biden on his Thanksgiving trip to Croatia and Italy. Hunter appeared in several family photos with his father in Rome during the vice president's official trip in late November 2015, according to Marco Polo. The Washington Free Beacon reported at the time that the trip abroad cost taxpayers over $300,000, not including the Air Force Two flights."

94. **08/25/2023 — *New York Post* —** Hunter Biden flew on Air Force Two with VP Joe to 13 nations: report

a. "'How about we go over around May 10th. JRB will be in Madrid and I can catch a ride with him and fly over to Serbia and back with you,' Hunter wrote in an April 16, 2010, email, referring to his dad by his initials."

95. **08/23/2023 — *Fox News* —** Hunter Biden traveled to at least 15 countries with VP dad: 'I can catch a ride with him'

96. **08/23/2023 — *Breitbart* —** Joe Biden's Email Alias on Government Network Raises Suspicion

a. "Hunter Biden's laptop contained 27 emails linked to Joe Biden's 'Robert L. Peters' alias, Marco Polo's dossier cataloged."

97. **08/22/2023 — *Compact Magazine* —** Hunter Biden's Raw Art

a. "If those in charge at Bergès had an ounce of courage, they might instead have chosen to showcase his iPhone self-portraiture—the scandalous images found on his infamous laptop. Hunter will never be more than a mediocre dilettante in his painting, but it is hard to deny the curious, appalling magnetism of his photographic self-portraiture."

98. **08/20/2023 — *WABC Radio* —** Garrett Ziegler | Founder of Non-Profit – Marco Polo

99. **08/20/2023 — *Rare* —** Roger Stone To Interview Legendary Country Music Star Lee Greenwood

a. "Garrett Ziegler, head of MarcoPoloUSA.org, will also be joining Roger Stone during his broadcast at 3pm EST. Ziegler and Stone will discuss Hunter Biden, and the Biden family corruption that continues to unravel in front of the entire world."

100. **08/19/2023 — *Breitbart* —** Six Obama Admin Officials Used Alias Emails: Obama, Hillary, Holder, Lynch, Jackson, Biden

   a. "Hunter Biden's laptop contained 27 emails linked to Joe Biden's pseudonym email address, Marco Polo's dossier cataloged."

101. **08/18/2023 — *New York Post* —** Joe Biden used email pseudonyms while VP to loop in Hunter on Ukraine, government business

   a. "Hunter also lobbied his dad through the 'Robin Ware' alias to consider a friend for a legal role in the Obama administration. 'Before you fill position pls talk to me — [John] McGrail very much wants to serve as detail fr [sic] treasury,' Hunter told Joe in a June 23, 2014, email."

102. **08/17/2023 — *Daily Caller* —** Here's The Fake Name Joe Biden Used To Schedule A Discussion With Ukraine's Former President

   a. "He also used the aliases Robin Ware and JRB Ware in addition to the Peters moniker, emails from his son's laptop archive indicate."

103. **08/16/2023 — *BLitZ* —** Hunter Biden's Zelle payments to a large number of females

104. **08/16/2023 — *Daily Caller* —** Hunter Biden Used Secretive PR Firms To Put Spin On Wikipedia Pages, Emails Show

   a. "Burisma executive Vadim Pozharskyi emailed Hunter Biden, Burisma board member Devon Archer, FTI consultant Ryan Toohey and additional business associates on May 21, 2014, outlining the firm's PR strategy following a meeting with FTI."

105. **08/15/2023 — *Fox News* —** GOP erupts over 2018 text from Hunter Biden claiming he'd paid dad's bills for 'past 11 years'

   a. "Hunter Biden and Katie Dodge discussed paying bills through a Well Fargo credit line on April 12, 2018. (Marco Polo)"

106. **08/14/2023 — *World Tribune* —** Amid the Hunter Biden spin war, here are his Zelle payments to an interesting assortment of females

107. **08/12/2023 — *Heavy* —** David Weiss Family: Wife Deborah Scheinbach Weiss, Father Meyer Weiss

    a. "The non-profit group Marco Polo tweeted that David Charles Weiss 'is the
son of Meyer Weiss,' adding, 'Meyer was an IRS agent in Philly from 1955 to
1984. During his tenure, Meyer accepted over $200k in bribes from
businessmen to help them break federal tax laws.'"

108. **08/12/2023 — *New York Post* —** Joe Biden may have shared the wealth of
Hunter's influence-peddling, emails show

    a. "As early as 2010, Hunter Biden and Schwerin were discussing how to
monetize the veep once his term ended in in 2017, emails show."

109. **08/10/2023 — *Blitz* —** Stripper ex-girlfriend of Hunter Biden reveals shocking
details

    a. "Allie ~~Kennedy~~ [Welborn] appears nude in a number of photos found on
Hunter Biden's infamous laptop, details of which are available on the Marco
Polo website[.]"

110. **08/09/2023 — *New York Post* —** Hunter Biden's staggering $20M haul from
Kazhaks, Chinese, Russians, Romanians and Ukrainians revealed in new bank
records: Comer

111. **08/09/2023 — *Fox News* —** House GOP release bank records on Hunter Biden
payments from Russian, Kazakh oligarchs, total clears $20M

112. **08/09/2023 — *New York Post* —** Joe Biden ABSOLUTELY benefited from
Hunter's foreign business

113. **08/09/2023 — *19FortyFive* —** The Biden Family Is Starting To Look Truly Corrupt

    a. "The Marco Polo report on the Biden laptop notes that Hunter Biden and
Archer allegedly acted as an 'unregistered agent' for Rakishev. The report
notes that Rakishev was closely linked to Putin's circle and that his father-in-
law had been ambassador to Russia. Rakishev used the Latvian bank ABLV for
many of his transaction[s]. The bank was cutoff from the U.S. financial sector
due to its involvement in money laundering."

114. **08/09/2023 — *RedState* —** New Report Raises Question About What Devon
Archer Told Congress, Connection to BHR Partners

    a. "According to a new report from Breitbart based on emails from Marco Polo
(the organization/site that has a repository of the laptop information and other

related Biden information), there's one piece of information that Archer allegedly didn't tell the House Oversight Committee — that his wife still had an interest in BHR Partners, the Chinese government-connected company. Not only that, but he's 'managing' his wife's interest, according to the report — information seemed to be going through him, according to recent emails."

115. **08/09/2023** — *Breitbart* — Emails Show Devon Archer Manages Wife's Stake in BHR Partners

   a. "Although Krista Archer now controls her husband's stake in BHR Partners, Devon Archer is the family member that primarily manages the family's stake in the Chinese investment fund, according to recent emails exclusively obtained from Marco Polo."

116. **08/09/2023** — *Fox News* — Hunter's text about Biden making him fork over half his salary resurfaces amid new Democrat talking point

   a. "Texts from Hunter Biden to his daughter, Naomi, in 2019 suggested he had to fork over half his salary to his dad, President Biden. (Marco Polo)"

117. **08/07/2023** — *Breitbart* — Devon Archer's Wife Falsely Claimed She Had No Involvement in BHR Partners

   a. "Krista Archer holds a ten percent stake in a Chinese state-backed investment fund, BHR Partners, according to legal documents unearthed by nonprofit Marco Polo and exclusively obtained by Breitbart News."

118. **08/06/2023** — *The Tennessee Star* — Breitbart Report: Devon Archer's Wife Holds 10 Percent Stake in Same Chinese-State-Backed Fund as Hunter Biden's Lawyer

119. **08/06/2023** — *Breitbart* — Devon Archer's Wife Holds 10% Stake in Same Chinese-State-Backed Fund as Hunter Biden's Lawyer

120. **08/05/2023** — *PJ Media* — Ex-Stripper Says Hunter Biden Is an Easily Manipulated 'Puppy'

   a. "'He was like a dog that I dragged and led on,' Kennedy told investigative organization Marco Polo. 'I just led him on and played with him like a walking ATM.'"

121. **08/04/2023** — **_Daily Mail_** — Devon Archer tells Tucker Carlson that Hunter's laptop turned his life into a 'nightmare' - and how his crack addiction and 'downward spiral' damaged their friendship and led to volatile business decisions

    a. "Marco Polo posted 8,864 pictures on bidenlaptopmedia.com that include hundreds of images of Hunter Biden taking drugs and having sex with prostitutes."

122. **08/04/2023** — **_Viva Frei_** — The Biden Crime Syndicate & the Laptop From HELL []

123. **08/04/2023** — **_Daily Mail_** — Devon Archer tells Tucker Carlson it's 'categorically FALSE' to say Joe didn't know about his son Hunter's business deals

124. **08/02/2023** — **_Washington Times_** — Hunter's courtroom debacle vindicates IRS whistleblowers

125. **08/01/2023** — **_Daily Mail_** — Hunter Biden told Devon Archer to buy a BURNER PHONE three days before meeting with then-VP Joe at the White House - and weeks later the business partners announced their board seats at 'corrupt' Ukrainian gas firm Burisma

    a. "The First Son downloaded sixteen private messaging apps prior to 2019, many of which used encryption, according to an analysis of Hunter's laptop by right wing nonprofit Marco Polo. The apps included Signal, Chinese messaging app WeChat, and Wickr, an encrypted app once favored in the criminal underworld. The Wickr app did not appear on the iPhone backup included in the laptop, but had previously downloaded onto the phone from iCloud, suggesting it had been installed and then deleted, Marco Polo's analysis concluded."

## July 2023

125. **07/31/2023** — **_The Federalist_** — Are The DOJ And Hunter Biden Attempting To Commit Fraud In Federal Court?

126. **07/31/2023** — **_World Tribune_** — Report: Most sensitive Joe Biden conversations may be concealed on one of Hunter's 16 messaging apps

127. **07/30/2023 — *The Epoch Times* —** Banks Flag 170 Suspicious Activity Reports on Biden Family: Rep. Comer

   a. "A nonprofit research group called Marco Polo has published some of the Biden family SARs on its website. One of the SARs filed by JPMorgan talks about Hunter Biden's remittances to certain accounts, the recipients of which 'have ties to the adult entertainment industry' or were listed in previous SAR filings 'related to human trafficking.' Another SAR talks about Hunter Biden and the Ukraine-based natural gas firm Burisma, which appointed him to its board of directors in 2014."

128. **07/30/2023 — *World Tribune* —** Set to testify, Devon Archer in hiding after being spurned by the Bidens he loyally served

129. **07/30/2023 — *WABC Radio* —** The Roger Stone Show

130. **07/30/2023 — *Heavy* —** Devon Archer: 5 Fast Facts You Need to Know

   a. "The website Bidenlaptopemails.com has an archive with many Devon Archer emails."

131. **07/30/2023 — *Fox News* —** Hunter Biden told Devon Archer they would get 'last laugh' after conviction was thrown out: 'Motherf---ers'

   a. "Hunter Biden and Devon Archer exchanged messages after Archer's conviction was thrown out in November 2018. (Marco Polo)"

132. **07/29/2023 — *RedState* —** Hunter Biden Laptop Analysis: May Have Stored More Sensitive Info on Encrypted Messaging Apps

   a. "But the non-profit group Marco Polo, which has a site with all the laptop photos and video, has discovered something new after an analysis of the hard drive — that Hunter Biden used at least 16 private messaging apps, many of which were encrypted, which could have had even more sensitive communications if what was on the open drive wasn't already shocking enough."

133. **07/29/2023 — *Townhall* —** It Looks Like Hunter Biden's Laptop Could Indeed Implicate His Father

134. **07/29/2023 — *Frontline America* —** Joe Biden Acknowledges Hunter's Love Child, Now Wants Privacy

a. "Of course, the child has no way of knowing that her father, Hunter, has a
sor[di]d love life, which has been chronicled by a group named Marco Polo,
and who have posted the details from Hunter's laptop and phone to the
public."

135. **07/29/2023** — *New York Post* — Hunter Biden may have stored 'Joe Biden
conversations' on encrypted messaging apps: laptop analysis

a. "Hunter Biden used no fewer than 16 private messaging apps — many of them
highly encrypted — which could contain his most sensitive business and
personal correspondence, according to an analysis of his infamous hard drive
by the nonprofit Marco Polo. 'We know he downloaded the app Wickr. The app
downloaded 226 times from his iCloud account from 2012 onward' said a
person familiar with the research. 'I think that's where you're going to find the
Joe Biden conversations.'"

136. **07/29/2023** — *Daily Mail* — Hunter Biden downloaded SIXTEEN private
messaging apps including drug dealers' favorite Wickr

137. **07/29/2023** — *New York Post* — Hunter Biden's laptop full of secret agreements
and contracts with foreign business partners

138. **07/27/2023** — *World Tribune* — Transcript of Hunter Biden court appearance:
Plea deal terms did not hold up under scrutiny

a. "The transcript of Wednesday's hearing was obtained by Trump White House
adviser Garrett Ziegler's Marco Polo investigative group."

125. **07/27/2023** — *Breitbart* — Judge Hadn't Reviewed IRS Whistleblower Transcripts
Before Hunter's Plea Deal Fell Apart

a. "During Hunter Biden's court appearance on Wednesday, the judge said she
did not have time to review the IRS whistleblower testimony provided by the
committee, which she said might 'cast doubt' on the Justice Department's
probe into Hunter Biden, according to the hearing transcript obtained by non-
for-profit Marco Polo."

126. **07/27/2023** — *The Absolute Truth with Emerald Robinson* — Many Wanted
Judge to Reject Hunter's Sweetheart Deal

127. **07/27/2023 — *Breitbart* —** Hunter Biden Admits in Court He Made $664K from CEFC China Energy, Contradicting Joe Biden's Claims

    a. "'During calendar year 2017, Biden earned substantial income, including: just under $1 million from a company he formed with the CEO of a Chinese business conglomerate []; $666,666 from his domestic business interests; approximately $664,000 from a Chinese infrastructure investment company[CEFC]...' Clark told the judge, according to the court transcript obtained by not-for-profit Marco Polo."

128. **07/26/2023 — *Newsmax* —** Hunter's Sweetheart Plea Deal Implodes

129. **07/26/2023 — *World Tribune* —** Panic in Delaware: Hunter Biden pleads not guilty after deal falls through

130. **07/26/2023 — *Daily Mail* —** Devon Archer, Hunter Biden's business partner, is 'in hiding' and 'fears for his family's safety' after receiving threats – but he WILL testify to Congress next week about his shady dealings with the First Son

    a. "A 2019 grand jury subpoena requested by Weiss' office demanded records from JP Morgan Chase bank of any international financial transactions over the previous five years involving Archer, Hunter, his uncle Jim Biden and business partner Eric Schwerin. A copy of the subpoena was published last year by right wing nonprofit Marco Polo, which has been investigating the Biden family."

131. **07/26/2023 — *19FortyFive* —** Hunter Biden Can't Escape

    a. "The research group Marco Polo led by former Trump aide Garrett Ziegler sent a letter to Noreika joining Hewitt in calling on her to nix Biden's plea deal. The group compiled an over 600-page research report about the contents of Biden's abandoned laptop that has had a strong behind-the-scenes influence on the congressional investigations. The report details dozens of alleged possible criminal infractions on the part of Hunter Biden and his business partners. They are joined by former New York Mayor Rudolph Guiliani and his counsel Robert Costello, the first person to whom computer repair shop owner John Paul Mac Isaac gave a copy of the hard drive from Hunter Biden's laptop, in the complaint."

132. **07/26/2023** — *Daily Mail* — Hunter Biden flew alongside his 'sugar brother' and lawyer in private jet from LA to Philly as the First Son prepares to appear for the first time in a Delaware criminal courtroom on Wednesday

   a. "Morris' private jet flight on Tuesday evening was first spotted by researchers from right wing nonprofit Marco Polo, which has been investigating the Biden family for over two years. The organization co-authored a letter this week to the Delaware district judge in Hunter's criminal case, urging her to toss his plea deal, alleging preferential treatment by prosecutors and abuse of power in Biden's favor by senior Justice Department officials."

133. **07/25/2023** — *Fox News* — Longtime Biden ally was prosecutor in US Attorney Weiss' office during Hunter probe, called him 'a brother'

   a. "March 2019 text exchange between Alexander Mackler and Hunter Biden (Marco Polo)"

134. **07/25/2023** — *One America News* — Giuliani[,] Non-Profit Requests Federal Judge To Deny Hunter Biden's Plea Deal

   a. "Rudy Giuliani, former New York City mayor who also worked as Trump's attorney, has joined the nonprofit research group Marco Polo in an effort to urge Federal Judge Maryellen Noreika to throw out Hunter Biden's plea deal. The nonprofit research group that has thoroughly examined Hunter Biden's laptop recently sent a letter to the Trump-appointed judge before the president's son is slated to appear in court on Wednesday in Delaware."

135. **07/25/2023** — *The New York Sun* — Flood of Incriminating Disclosures About Hunter Biden's Business Dealings, Including Allegations That His Father Was Involved, Could Threaten 'Sweetheart' Plea Deal

   a. "Another request to Judge Noreika — sent by Mayor Giuliani and a former aide to President Trump, Garrett Ziegler, who helped disclose contents of Mr. Biden's infamous laptop — asks that the jurist reject the plea deal on the basis that Mr. Biden is receiving preferential treatment because of his family name. 'Not only will the plea deal in front of you, if accepted, make a mockery of the phrase 'slap on the wrist,' but it will also send a sobering message to citizens which demonstrates that nepotism and proximity to political power determines outcomes in our criminal justice system,' the letter to Judge Noreika states. It

was sent by the nonprofit run by Mr. Ziegler, Marco Polo, and was signed by
Mr. Giuliani. Mr. Biden's laptop contains 'evidence for, at the very least, 459
violations of state and federal laws and regulations on the device,' the letter
claims. 'The breakdown is as follows: 140 business-related crimes, 191 sex-
related crimes, and, lastly, 128 drug-related crimes. These instances of
criminal wrongdoing are supported by primary source evidence: emails,
photos, videos, text messages, audio files, et al. The plea deal for your
consideration is so meager that the phrase 'limited hangout' does not
describe the situation.'"

136. **07/25/2023 — *1030 KVOI AM — Winn Tuscon***

| **1×** | 0:00 | | -43:03 | ▶ |

137. **07/25/2023 — *Just the News*** — Giuliani, non-profit ask judge to reject Hunter
Biden's plea deal

  a. "Former Trump attorney Rudy Giuliani joined the nonprofit research group
     Marco Polo in a letter urging the judge overseeing Hunter Biden's tax evasion
     case to reject the plea deal that the Justice Department offered. ... Marco
     Polo, known for publishing nearly 10,000 photos from the first son's laptop
     online, sent a letter Friday to Noreika outlining the reasons she should reject
     the plea deal."

138. **07/25/2023 — *Washington Examiner*** — Hunter Biden investigation: Close Biden
political aide worked for Weiss when inquiry began

  a. "In emails found on Hunter Biden's laptop, Mackler corresponded frequently
     with Hunter Biden and his business associates and even referred to Hunter
     Biden fondly as a 'brother' in October 2018."

139. **07/24/2023 — *The Daily Wire*** — Giuliani, Researchers Ask Judge To Reject
Hunter Biden Plea Deal, Saying Laptop Proves Hundreds Of Crimes

  a. "A nonprofit research group which combed through Hunter Biden's laptop has
     sent a letter to the judge overseeing the First Son's tax fraud case, urging her
     to reject the plea deal offered by prosecutors. Marco Polo, which put emails

from the laptop online and wrote a 630-page report summarizing its contents, said that judges are not obligated to accept plea deals even if prosecutors and the defendant agree on them, and that 'not only will the plea deal in front of you, if accepted, make a mockery of the phrase 'slap on the wrist,' but it will also send a sobering message to citizens which demonstrates that nepotism and proximity to political power determines outcomes in our criminal justice system.'"

140. **07/24/2023 — *Fox News* —** Photos show Hunter Biden in dad's Corvette at Delaware home on same day as 'shakedown' message

    a. "The photos – published by website Marco Polo led by former Trump aide Garrett Ziegler – were first reported by the Washington Free Beacon, which said one of the girls appeared to be Hunter's niece."

141. **07/23/2023 — *World Tribune* —** Who is David Weiss? Hunter Biden's tax prosecutor paid for his law school with tax bribe money

142. **07/22/2023 — *New York Post* —** Prosecutor who investigated Hunter Biden is son of crooked IRS agent

    a. "Meyer Weiss — whose son David served as the US Attorney for Delaware — was convicted in 1985 of taking more than $200,000 from businessmen looking to skirt federal tax laws, according to the nonprofit Marco Polo."

143. **07/22/2023 — *Daily Mail* —** Top prosecutor in Hunter Biden tax probe David Weiss had his law school fees paid for with dirty money from his crooked IRS agent father who was caught accepting $200k in bribes from shady businessmen

    a. "The criminal history of the Delaware prosecutor's family was unearthed by right wing nonprofit Marco Polo. The organization previously conducted a two-year investigation into the Biden family and last year published a shocking 650-page report alleging dozens of crimes by Joe Biden, his son, family members and associates."

144. **07/18/2023 — *Breitbart* —** House Oversight Committee Releases Official Timeline of Biden Influence Peddling

    a. "Documents obtained by Breitbart News, first revealed by nonprofit Marco Polo, show the control of Skaneateles, LLC is held by Kevin Morris, Hunter

Biden's top attorney, who also paid Hunter Biden's IRS debts."

145. **07/18/2023 — *The Write Revolution* —** Marco Polo's 'Report on the Biden Laptop'

   a. "Throughout the report, Marco Polo gives information related to Hunter and the Bidens' connection to China (BHR and the One Belt Road Project)."

146. **07/16/2023 — *Sky News* —** Hunter Biden and family are a group of 'drunks and drug addicts'

147. **07/13/2023 — *19FortyFive* —** Joe Biden's Lies Could Destroy His Presidency

   a. "Devon Archer, a close Hunter Biden associate, met with the vice president on April 16, 2014, two days before Jake Sullivan told reporters that the U.S. would be helping Ukraine with 'unconventional' means of extracting gas, the Marco Polo report shows, based on Hunter Biden's laptop. It also was the same week that Hunter Biden joined the Burisma board."

148. **07/13/2023 — *Daily Caller* —** Hunter Biden Worked To Secure US Visa For Ukrainian Oligarch Allegedly Involved In Suspected Bribery Scheme

   a. "Pozharskyi emailed Archer on May 7, 2014, asking about 'Nikolay's visa issue' as a follow-up to 'previous communications' between them. Pozharskyi frequently used the 'Nikolay' moniker to refer to Mykola Zlochevsky in correspondence with Hunter Biden and his associates."

149. **07/13/2023 — *The Absolute Truth with Emerald Robinson* —** Eric Swalwell Cries Over Hunter Biden Laptop Being Exposed

150. **07/10/2023 — *The Daily Signal* —** Bidens Do the Crimes, but Not the Time

   a. "An anti-corruption nonprofit called Marco Polo on July 1 released photos discovered on the 'Laptop from Hell.' In them, Hunter snapped himself holding a crack pipe while driving through Arlington, Virginia, on June 12, 2018. That Aug. 1, Hunter photographed himself piloting a Porsche to Las Vegas at 172 mph."

151. **07/06/2023 — *19FortyFive* —** Hunter Biden Is Pure Trouble

152. **07/06/2023 — *NewsRadio WINA* —** The Schilling Show

153. **07/06/2023** — *War Room* — Ziegler Calls Out Hunter's Cronies To Identify Single False Fact In Hunter Biden Laptop Report

154. **07/05/2023** — *World Tribune* — Whistleblower: DOJ sidelined investigative team working on Hunter Biden case

    a. "Garrett Ziegler, a former Trump White House staffer and founder of the Marco Polo investigation team, claimed in a report last year that Freeh and Hunter Biden had committed Foreign Agents Registration Act violations by lobbying U.S. officials for Romanian real estate tycoon Gabriel Popoviciu, who was on the brink of a bribery conviction in 2015, without notifying the DOJ. 'The charges filed against Hunter Biden are a limited hangout in the superlative,' Ziegler told DailyMail.com, referring to an intelligence community technique to use a minor admission to cover a greater wrongdoing. 'In fact, those charges are filed by somebody who was a special counsel to Louis Freeh, who himself is implicated in crimes in the Biden Laptop. It is a full court suppression campaign, even today.'"

155. **07/05/2023** — *Breitbart* — Kash Patel: 'Baffles the Mind' Why GOP State Officials Don't Investigate Hunter Biden

    a. "According to Marco Polo, a nonprofit, photos show Hunter Biden smoking crack cocaine in Arlington, Virginia, on June 12, 2018."

156. **07/03/2023** — *Fox News* — Hunter Biden driving 170 mph in Porsche among new laptop photos posted online

    a. "President Biden's son Hunter Biden took a photo on Aug. 2 of his Porsche dashboard driving 172 mph toward Sin City. (Marco Polo)"

157. **07/03/2023** — *Daily Mail* — 'This calls into question the integrity of their investigation.' Sen. Ron Johnson slams Hunter Biden probe as it's revealed prosecutor who signed off on 'sweetheart' tax deal previously worked for First Son's business partner

    a. "Garrett Ziegler, a former Trump White House staffer and founder of right-wing nonprofit Marco Polo investigating the Bidens, claimed in a report last year that Freeh and Hunter had committed Foreign Agents Registration Act violations by lobbying US officials for Popoviciu without notifying the Department of Justice."

158. **07/03/2023 — *KNEWZ*** — Hunter Biden Smoked Crack Behind The Wheel, Driving At 172 Mph On Way To Vegas — And Filmed It All

159. **07/03/2023 — *The Post Millennial*** — Hunter Biden recorded himself smoking crack while driving, speeding 172mph

    a. "The photos were discovered on the first son's infamous 'laptop from hell' and uploaded to the internet by Garrett Ziegler's nonprofit group, Marco Polo."

160. **07/03/2023 — *BizPac Review*** — Laptop reveals Hunter Biden took selfies smoking crack in his Porsche, driving 172mph to Las Vegas bender

    a. "The new trove of images said to be from the younger Biden's infamous laptop that he abandoned at a Delaware computer repair shop have been uploaded to the website set up by the nonprofit firm Marco Polo which is led by a former Trump administration aide who, in the interest of transparency, has been posting images and other material showing the depravity of the presidential son, a once crack-smoking sexual degenerate with a taste for guns, fast cars and shady ladies."

161. **07/03/2023 — *Sputnik*** — Hunter Biden Allegedly Photographed Himself Smoking Crack Behind the Wheel of a Car

162. **07/02/2023 — *The Blaze*** — Hunter Biden reportedly talks about possibly being blackmailed after 'dealer' stole laptop with videos of him 'doing crazy f***ing sex;' newly surfaced photos allegedly show president's son speeding 172 MPH and flashing crack pipe while driving

    a. "A cache of nearly 10,000 photos from Hunter Biden's laptop dated between 2008 and 2019 were released last month on a website developed by the nonprofit research group Marco Polo."

163. **07/02/2023 — *Townhall*** — Hunter Biden Filmed Himself Smoking Crack, Driving 172 MPH to Vegas

164. **07/02/2023 — *One America News*** — Additional Pics And Videos Emerge Of Hunter Biden Smoking Crack, Driving 172mph To Vegas

165. **07/02/2023 — *New York Post*** — Hunter Biden filmed himself smoking crack behind the wheel, driving at 172 mph on way to Vegas: photos

166. **07/01/2023** — *Breitbart* — A 19-Point Time Line of Joe Biden's Infamous Links to the Family Business


# June 2023

167. **06/29/2023** — *American Military News* — Nearly 10,000 Hunter Biden laptop photos published online

168. **06/29/2023** — *Breitbart* — Joe Biden Says He Met Alone 68 Times with Xi Jinping

   a. "Documents obtained by Breitbart News, first revealed by nonprofit Marco Polo, show the control of Skaneateles LLC is held by Kevin Morris, Hunter Biden's top attorney, who also paid Hunter Biden's IRS debts."

169. **06/28/2023** — *19FortyFive* — Can America Really Trust Joe Biden?

170. **06/26/2023** — *The Stone Zone* — Will Hunter Biden Skate? w/ Garrett Ziegler of Marco Polo

171. **06/26/2023** — *War Room* — Abbe Lowell's Worst Nightmare | Hunter Biden's Lead Investigators Say US Prosecutors Were 'Corrupt'

172. **06/25/2023** — *AM 870 The Answer* — The Naked Truth Report

173. **06/24/2023** — *American Thinker* — 'Someone's got to go to prison'

   a. "One can learn much more at Marco Polo, a website set up by Garrett Ziegler. It is a phenomenally complete report on everything that is on that laptop. If there is anyone remaining who still believes that Hunter is being railroaded, what is in that report will disabuse them of their ignorance. He is a truly sick, perverted man. He is apparently so perverted he was banned from a high-end sex club in Los Angeles! We've all known that he was a degenerate drug addict and adulterer, but he is truly depraved. And yet there he was at the state dinner at the White House for Indian PM Modi, glad-handing around the room as if he were some kind of diplomat."

174. **06/23/2023** — *Pro America Report* — The Power of Words and Research

a. "Garrett Ziegler and his Marco Polo Research group have put out an incredible
amount of truth and research on the Hunter Biden Laptop. Finally, current
events are catching up to what Garrett's been making available for six months!
His persistence is paying off. If you're just presenting facts and not a narrative,
it's so very powerful. It can't be disputed!"

175. **06/23/2023 — *World Tribune* —** Damning and stunning IRS whistleblower
transcripts released; Hunter attends state dinner

176. **06/23/2023 — *War Room* —** Hunter Biden Investigation Began Due To Foreign
Sex Trafficking Payments

177. **06/23/2023 — *National File* —** Hunter Biden Identified as 'Heteroflexible' on
Fetish Hook Up Site

a. "The profile was discovered in the depths of his infamous 'laptop from hell,'
which has been published by the non-profit research group Marco Polo ...
Marco Polo's *Report On The Biden Laptop* also shows that Hunter Biden had a
rather large-scale profile on the website Porn Hub, which has been repeatedly
found to be publishing child porn, and pornography featuring women and girls
who are being sexually trafficked."

178. **06/22/2023 — *War Room* —** Garrett Ziegler: Do NOT Let Hunter Biden's Lawyers
Cover-Up His Degeneracy And Crimes With Lawfare

179. **06/20/2023 — *Pro America Report* —** Garrett Ziegler's Marco Polo Work

180. **06/20/2023 — *The Washington Free Beacon* —** Federal Prosecutor on Hunter
Biden Case Served as Right-Hand Man to Longtime Biden Family Crony

a. "Derek Hines, a special assistant U.S. attorney on the Hunter Biden case, was
special counsel to former FBI director Louis Freeh at Freeh's private consulting
firm from August 2013 to February 2015, according to Hines's LinkedIn profile.
Freeh has extensive ties to the Biden family. He was recruited by Hunter Biden
in 2016 to help a Romanian businessman fight bribery charges in Europe. That
same year, Freeh gave $100,000 to a college trust for two of Joe Biden's
grandchildren, according to emails from Hunter Biden's abandoned laptop.
Freeh said that he looked forward to 'future work' with Hunter Biden and that
he had discussed 'future work options' with then-vice president Biden. Freeh

later joined the board of the Beau Biden Foundation, named for the president's late son."

181. **06/19/2023 —** *The Stone Zone* — THE ANTICS OF THE BIDEN CRIME FAMILY w/ Garrett Ziegler & Tyler Nixon

182. **06/19/2023 —** *Daily Caller* — Hunter Biden Worked With Burisma Executives To Open Account With Shady Maltese Bank, Emails Show

   a. "'Dear colleagues, Hope, all is well. Taking into account that Burisma will be opening an account at the Maltese bank, could you kindly provide us with your latest utility bills and a bank reference?' Pozharskyi wrote to Biden, Devon Archer and other Burisma board members in April 2016."

183. **06/19/2023 —** *New York Post* — Burisma had Hunter Biden help open account with corrupt Malta bank

184. **06/18/2023 —** *Breitbart* — Emails Show Burisma Executive Opened Maltese Bank Account for Hunter

185. **06/16/2023 —** *Kanekoa News* — Hunter Biden's Maltese Bank Account Opened by Burisma Amid FBI Allegations of $10 Million Bribe

186. **06/15/2023 —** *World Tribune* — Researcher takes Biden laptop roadshow to Wilmington, Delaware

   a. "Garrett Ziegler, founder of the research group, Marco Polo, that has published the contents of the 'laptop from hell' in an online database, kicked off the laptop roadshow in Wilmington, Delaware."

187. **06/15/2023 —** *Blitz* — Garrett Ziegler exposed Hunter Biden's drugs, crimes and prostitutes

   a. "Marco Polo founder Ziegler said it took 'months' to go through the images and edit out any graphic material."

188. **06/14/2023 —** *Covert Action Magazine* — CIA And Intelligence Agencies Lied About Hunter Biden Laptop To Help Joe Biden Win 2020 Election, New Report Proves Beyond Any Reasonable Doubt

   a. "Over a 13-month period, Ziegler carried out a forensic examination of every email and file on the copy made of Hunter Biden's laptop hard drive. The

laptop had been abandoned in a Wilmington, Delaware, repair shop in April
2019 and turned over to the FBI by its owner[.]"

189. **06/13/2023** — *War Room* — Garrett Ziegler: 'Get the Audio Out' of Joe Firing
Viktor Shokin, Biden Laptop Repository

190. **06/13/2023** — *World Tribune* — Bidens failed to ID source of millions in revenue
to Delaware S Corporations

191. **06/12/2023** — *War Room* — Garrett Ziegler Reveals Identity Of Second IRS
Whistleblower On Biden Family Corruption

192. **06/11/2023** — *New York Post* — Hunter Biden's suspicious email on Ukraine
raises red flag for classified doc probe

   a. "An artificial-intelligence analysis of the email shows a stark difference in the
   author's IQ compared to a dozen other writing samples by Hunter on his
   laptop. The Ukraine email is found to be written by someone with an estimated
   IQ of 120 compared to other emails, text messages and notes which have an
   IQ level no greater than 106, according to the analysis by nonprofit Marco
   Polo, which has just published a website of photos from Hunter's laptop."

193. **06/10/2023** — *St. Kitts & Nevis Observer* — Hunter Biden's Saucy Laptop
Photos Released Online by Former Trump Employee

194. **06/10/2023** — *The Telegraph* — Hunter Biden's explicit laptop images released
by former Donald Trump employee

   a. "Mr Ziegler defended the decision to release the images, telling the Daily Mail:
   'If the American people want to know what their first family is like, they're
   going to get it. And we're not going to be taking out photos that paint the
   Bidens in a good light.' The photographs are presented in chronological order
   and include geolocation tags, allowing users to see where they were taken on
   a world map. Mr Ziegler said it took 'months' to go through the images and
   edit out any graphic material."

195. **06/09/2023** — *The Times* — Hunter Biden laptop images are revealed

196. **06/08/2023** — *New York Post* — Hunter Biden surrounded by nude women,
drugs — and family — in recently released trove of laptop photos

a. "The photographs — which were all taken between 2008 and 2019 — were published on BidenLaptopMedia.com last week after a former Trump White House aide spent months scanning the digital archive extracted from the first son's notorious abandoned laptop. Many have geographic coordinates attached, meaning Hunter took many of the photos in Cabo San Lucas, Kosovo, the Dominican Republic, China, London, Paris, and Belgrade in addition to the US."

197. **06/08/2023 — *War Room*** — Garrett Ziegler Details New Hunter Biden Laptop Info And Potential Threats For Telling The Truth

198. **06/08/2023 — *Daily Mail*** — Hunter Biden laid BARE! Nearly 9,000 photos from his laptop are published by right wing group Marco Polo - a bizarre mix of the First Son taking drugs, frolicking naked with prostitutes and fetching family snaps

a. "The ex-Trump staffer's provocative publications have also included a 645-page report on Marco Polo's investigation into the contents of Hunter's laptop, published last fall."

199. **06/06/2023 — *Pro America Report*** — Garrett Ziegler — Marco Polo Biden Laptop Research

a. "Garrett Ziegler, founder of Marco Polo, talks about their effort to publish the contents of the Hunter Biden laptop. There's a mountain of troubling evidence of corruption and chaos from America's first family. Garrett and his team are dedicated to hunting down and exposing corruption and blackmail. Visit BidenLaptopMedia.com and BidenLaptopEmails.com to see their results on this project."

200. **06/05/2023 — *The Write Revolution*** — Marco Polo's 'Report on the Biden Laptop'

a. "Receipt of service for the infamous laptop that was picked up in 2019 by the Feds, from Marco Polo's report."

201. **06/05/2023 — *HOLR Magazine*** — Hunter Biden Laptop Photo Archive Published

202. **06/05/2023 — *American Thinker*** — Stunning TV interview (in Australia!) on the Hunter Biden laptop evidence

a. "A former Trump White House aide named Garrett Ziegler obtained a copy of the hard drive and is speaking out and publishing its contents. A few days ago, the nonprofit he founded, Marco Polo, published over 10,000 photos from the laptop on a site, https://bidenlaptopmedia.com, that almost immediately became overwhelmed with traffic."

203. **06/05/2023** — *Sky News* — How Hunter Biden 'used' his father's position as VP for business benefits

204. **06/03/2023** — *Washington Examiner* — Comer: Hunter Biden's divestment of Chinese firm's equity 'suspicious'

a. "The records from BHR were first unearthed by the Marco Polo investigative group and reported on by several media outlets."

205. **06/03/2023** — *The Jewish Voice* — 10K Hunter Biden Laptop Photos, Docs Appear On Organized Website

206. **06/03/2023** — *USA Today* — How the Biden family name became latest wrinkle in Hunter Biden's paternity battle

a. "One of the mother's experts, Garrett Ziegler, repeatedly discusses Hunter Biden on television. He produced a 644-page report on Hunter Biden's laptop, which became a focus of Republican congressional investigations about his finances. His nonprofit, Marco Polo, has parked a truck with the message "BidenCrimes.info" outside the White House, Justice Department and Congress. Biden's lawyers tried to prevent Ziegler from being an expert witness, but the court allowed him. One of Biden's lawyers, Kevin Morris, sued Ziegler and Marco Polo in California Superior Court alleging harassment and invasion of privacy for exposing his contact information, posting pictures of his relatives and addresses of properties he owns."

207. **06/02/2023** — *Sky News* — Hunter Biden's 'insane' laptop exposed: Sex, drugs, and shady deals

208. **06/02/2023** — *Vizaca* — Hunter Biden Laptop Photos Reddit Spark Controversy & Curiosity

a. "A new website that launched Thursday revealed a trove of photos from Hunter Biden's laptop. Hunter Biden's laptop photos reddit is the new

sensational controversy for the public to enjoy. The website, BidenLaptopMedia.com, will house almost 10,000 photos spanning from 2008 to 2019 and took months to complete. Garrett Ziegler, the founder of the nonprofit Marco Polo, who is a former Trump White House aide, stated that it took them a couple of months to go through the photos and redact g*nitalia on photos."

209. **06/02/2023 — *Zero Hedge* —** Trove Of Nearly 10K Hunter Biden Laptop Photos, Docs Appear On Organized Website

210. **06/02/2023 — *Sputnik* —** Thousands of Hunter Biden's 'Laptop From Hell' Photos Laid Bare Online

211. **06/02/2023 — *DC Enquirer* —** Bring Eye Wash: 10,000 Insane Images From Hunter Biden's Laptop Released - Here's Where To Find Them

212. **06/02/2023 — *Sky News* —** 'Out of a novel': Hunter Biden's laptop filled with sex, drugs and shady deals exposed

   a. "Mr Ziegler detailed the contents in an exclusive interview with Sky News Australia in a bid to paint 'a true picture'. 'It's unprecedented in American history and that we have this much primary source material from a sitting American president,' he said. 'Usually it takes decades for a presidential library's archives to be opened, sometimes even after the man dies. 'This laptop is full of photos, videos, voice mails, calendar entries. So you really get a view of what they actually are like, not the patina that they project to the public.'"

213. **06/01/2023 — *19FortyFive* —** The Hunter Biden Scandal Might Explode All Over The White House

214. **06/01/2023 — *RedState* —** Will Biden Lose It Over This? Site Launches With Thousands of Hunter Pics From Laptop

215. **06/01/2023 — *American Greatness* —** Sandbagged: Biden Takes a Tumble During Air Force Academy Graduation Ceremony in Colorado

   a. "Biden's embarrassing stumble comes the same day a new website hosting a massive catalog of explicit photos from his son's abandoned laptop debuted online."

216. **06/01/2023** — *National File* — 10k Photos From Hunter Biden's 'Laptop From Hell' Published Online

217. **06/01/2023** — *Human Events* — 10,000 salacious photos to be released from Hunter Biden's 'laptop from hell'

218. **06/01/2023** — *National Review* — Nearly 10,000 Photos from Hunter Biden's Laptop Published

219. **06/01/2023** — *Western Journal* — Former Trump White House Aide Publishes Hunter Biden Laptop Photos: Now They're on a Website Anyone Can Access

220. **06/01/2023** — *New York Post* — Extensive Hunter Biden laptop archive with nearly 10,000 photos published on new website

    a. "Ziegler's Marco Polo organization also hosts the website BidenLaptopEmails.com, which gives web users access to more than 120,000 emails from the scandal-hit first son's laptop."

221. **06/01/2023** — *The Blaze* — Nearly 10,000 photos from Hunter Biden's laptop released online

    a. "Ziegler said the website would provide a 'completely authentic recounting of the photos' on Hunter's laptop. He noted that the website offers viewers the metadata of the photos taken from Biden's laptop. 'They're going to be able to see where the photo was taken, what time it was taken, if it has latitude and longitude coordinates attached to it,' he said. Ziegler said videos obtained from the missing laptop would be uploaded at a later date. He said the delay was in part because his team needs to use AI tools to censor the videos because 'there's so much pornography.'"

222. **06/01/2023** — *Just the News* — Nearly 10,000 photos from Hunter Biden's laptop published online

223. **06/01/2023** — *Fox News* — Nearly 10K photos from Hunter Biden's laptop hit the web: 'Truth and transparency'

    a. "'It's taken us a couple of months to, one, go through the photos, about 10,000 of them, and redact the genitalia on the photos,' Ziegler, a former Trump White House aide, said of the contents found on the laptop once owned by President Biden's son."

## May 2023

224. **05/29/2023 — *Fox News* —** Hunter Biden's 'sugar brother' keeps the first son afloat amid multiple scandals

   a. "Meanwhile, emails and business records indicate Morris controls valuable assets of Biden as the first son seeks to renegotiate his child-support payments. Indeed, Biden's stake in a Chinese private equity firm called BHR is now controlled by Morris, the Washington Free Beacon reported earlier this month. Specifically, Morris controls Skaneateles, which holds Biden's 10% stake in BHR. An amended joint venture contract for BHR Partners first obtained by the nonprofit investigative group Marco Polo identifies Morris as the managing member of Biden's LLC. BHR Partners is co-owned by the Beijing-controlled Bank of China and manages $2.1 billion in assets. Biden initially invested $420,000 in BHR Partners in October 2017 through his personal company, Skaneateles LLC. His interest in the company spiked to an estimated $894,000, according to a March 2019 email from his former business partner, Eric Schwerin."

225. **05/26/2023 — *BLitZ* —** Marco Polo to launch new website exposing Hunter Biden crimes

226. **05/23/2023 — *MRC NewsBusters* —** Let's Play a Game: Fun with Hunter Headlines[]

227. **05/22/2023 — *World Tribune* —** Poor Hunter flew in private jet to plead poverty at child support hearing

   a. "Earlier this month, Hunter Biden appeared in an Arkansas courtroom for his child-support hearing and petitioned the judge to reduce his monthly payments to the mother of his 4-year-old daughter. The first son's plea of poverty came after he had flown to Arkansas in a $6 million private jet owned by his close friend Kevin Morris, the New York Post reported on May 20. The report was based on research by the Marco Polo independent research group, which created and maintains an online database indexing the contents of Hunter's 'laptop from hell.'"

228. **05/20/2023** — *New York Post* — New Hunter Biden laptop website worked overtime to 'redact genitalia'

   a. "A website that will serve as a repository for almost every image on Hunter Biden's infamous laptop is gearing up to launch on June 1. BidenLaptopMedia.com will contain approximately 40,000 images spanning from 2008 to 2019 and cover everything from humdrum family vacation photos to crack-addled sexcapades. ... The photos on the laptop have 'never been released in full,' Ziegler said. Marco Polo will also block out social security numbers, credit card numbers, and bank account information."

229. **05/19/2023** — *New York Post* — Hunter Biden accused of 'playing games' in baby-mama child support case, lawyer rips claims he's poor

230. **05/10/2023** — *National File* — BidenCrimes.Info Provides Grim Details From The Hunter Biden Laptop

231. **05/10/2023** — *New York Post* — How the Biden family used shell companies to enrich themselves

   a. "James Gilliar, a former British special forces officer and Biden associate with ties to UK intelligence, got $1,065,000 for his European Energy and Infrastructure Group from the China deal. Photo supplied by Marco Polo☰."

232. **05/08/2023** — *19FortyFive* — Hunter Biden: Will He Finally Be Charged With Something?

233. **05/05/2023** — *Daily Mail* — Hunter files motion to keep former Trump aide - who prepared 644-page dossier on his abandoned laptop and slammed 'wussies afraid to take on Biden family' - from testifying as expert witness in child support case

234. **05/05/2023** — *19FortyFive* — Hunter Biden's Finances Could Get Exposed Soon

   a. "Hunter Biden's attorneys then will depose former Trump aide Garrett Ziegler, whose Marco Polo website contains original research based on the lost Hunter Biden laptop on May 22. It also includes a complete catalog of all of the emails implicating Hunter Biden, his father President Joe Biden, and other Bidens in various alleged crimes and misdemeanors found on the laptop. Ziegler has been called by Roberts to be the star witness in her case. He will be deposed

behind closed doors. Biden's attorneys initially objected to Ziegler as a witness, but dropped the objection."

235. **05/04/2023** — ***Mike McCormick*** — Who Is Steve Clemons?

    a. "I have to give credit to some truth tellers who led me to this discovery. First is Garrett Ziegler and the Marco Polo group. It was their mention of Steve Clemons in the Report on the Biden Laptop, with its invaluable footnotes, that cracked the case."

236. **05/01/2023** — ***The Washington Free Beacon*** — Hunter Biden's Hollywood Attorney Now Controls His Stake in Chinese Private Equity Firm

    a. "BHR Partners is co-owned by the Beijing-controlled Bank of China and manages $2.1 billion in assets. The BHR Partners amended joint venture contract was first obtained by the nonprofit investigative group Marco Polo. Morris did not return a request for comment."

237. **05/01/2023** — ***Washington Examiner*** — Hunter Biden paternity battle in Arkansas shines spotlight on secretive family finances

# April 2023

238. **04/30/2023** — ***New York Post*** — Hunter Biden may be held accountable for first time in his life in baby mama Lunden Roberts case

    a. "New documents, uncovered by nonprofit Marco Polo and published over the weekend by Breitbart News, show that Hunter's firm Skaneateles LLC, which held the BHR stake, is controlled by Morris."

239. **04/28/2023** — ***Breitbart*** — Hunter Biden's Lawyer Controls Entity with 10% Stake in Chinese State-Backed Investment Fund

    a. "But new documents obtained by Breitbart News, first revealed by nonprofit Marco Polo, show the control of Skaneateles LLC is being held by Kevin Morris, Hunter's top attorney, who also paid Hunter's IRS debts."

240. **04/27/2023** — ***Daily Mail*** — Judge DENIES Hunter Biden's last-ditch attempt to avoid faceoff with baby mama Lunden Roberts in Arkansas court next week over

child support for four-year-old daughter he's never bothered to meet

241. **04/27/2023 — *The Modern Conservative Podcast*** — with Jon Harvey

242. **04/26/2023 — *Granite Grok*** — Biden Crime Family Wants Four More Years

243. **04/26/2023 — *Breitbart*** — Hunter Biden Ordered to Appear in Court over
Concerns He Failed to Convey Financials in Child Support Case

244. **04/25/2023 — *New York Post*** — Judge orders Hunter Biden to appear in court
for baby mama paternity case

   a. "Langdon sought to distance himself from 'all that stuff' concerning the
   infamous laptop, adding that he was 'not in a position to even begin to answer
   that question.' The exchange came after Langdon filed a motion seeking a
   restraining order against Garret[t] Ziegler, a former adviser to President
   Donald Trump and founder of the nonprofit Marco Polo, whom Roberts has
   enlisted as an expert witness on the contents of Hunter's laptop. Ziegler, a
   Biden nemesis, last year produced a 644-page analysis of the laptop.

245. **04/24/2023 — *19FortyFive*** — Joe Biden's Lies Could Destroy His Presidency

   a. "Devon Archer, a close Hunter Biden associate, met with the vice president on
   April 16, 2014, two days before Jake Sullivan told reporters that the U.S. would
   be helping Ukraine with 'unconventional' means of extracting gas, the Marco
   Polo report shows, based on Hunter Biden's laptop. It also was the same week
   that Hunter Biden joined the Burisma board."

246. **04/24/2023 — *The Daily Wire*** — Hunter's Hideout: Troubled Biden Son
Reportedly Camping At White House To Duck Baby Mama's Lawyers

   a. "Roberts'[s] legal team now includes former adviser to President Trump
   Garrett Ziegler, whose Marco Polo [nonprofit] analyzed Hunter Biden's
   abandoned laptop and identified more than 400 crimes allegedly committed
   by Biden."

247. **04/23/2023 — *NTD*** — Hunter Biden's Attorney Says Suspicious Activity Reports
'Illegally' Leaked to Former Trump Aide, Requests IG Investigation

   a. "Ziegler disseminated the bank records through Marco Polo, a platform he
   founded that he describes as a nonprofit research group focused on exposing
   corruption. ... In a phone interview, Ziegler told NTD that neither he nor his

organization initiated the communication with the JP Morgan employee. 'He approached our group with the SAR. He gave it to us because he recognized that a cover up was in play with the Hunter Biden federal investigation,' Ziegler said. Ziegler said the JP Morgan insider had been following a Telegram channel operated by Marco Polo prior to reaching out and sharing the bank documents."

248. **04/23/2023** — *New York Post* — Hunter Biden may be living at the White House to evade legal papers from his baby mama

    a. "Roberts, 32, had to get a court-ordered paternity test to prove Navy was Hunter's, and last year Hunter applied to have his monthly support payments reduced. She also has enlisted Biden nemesis Garrett Ziegler as an expert witness for the trial expected in July. The 27-year-old former Trump adviser is founder of the nonprofit Marco Polo, which published a 644-page analysis of Hunter's infamous laptop last year, identifying hundreds of alleged crimes."

249. **04/07/2023** — *World Tribune* — Hunter Biden's 'best friend in business' ignores demand for restitution to Native Americans

250. **04/06/2023** — *Breitbart* — United States Gov't Seeks to Garnish Accounts of Hunter's Pal After Failing to Pay $43,954,416

251. **04/05/2023** — *World Tribune* — Who is Matt Colangelo? DOJ role in historic indictment compared to Stalin tactics

# March 2023

252. **03/20/2023** — *Legal Newsline* — Biden lawyer counter sues computer shop owner: Hunter data has no 'legitimate concern to public'

253. **03/19/2023** — *The Floridian* — Hunter Biden Threatens Lawsuit Against Roger Stone, Demands Apology

    a. "Biden, the son of U.S. President Joe Biden, is at the heart of a scandal involving contents found on a laptop allegedly belonging to him. Emails and other correspondence showing financial malfeasance, drug use and drug dealing and possibly illegal activity involving the transportation of prostitutes

across state lines was discussed on the December 9, 2022, episode of the
Stone Zone podcast entitled 'Garrett Ziegler and Tyler Nixon Expose Hunter
Biden's Dirty Secrets'. 'He actually transported via Amtrak .. three women
from Boston to New York City in December of 2018 ..who were about 19 to 24
across [s]tate lines for sex,' said Garrett Ziegler, operator of the website
MarcoPoloUSA.org. Ziegler posted a full report of the contents of the Biden
laptop on his website, which Biden allegedly left at a Mac repair shop in
Delaware and never retrieved."

254. **03/18/2023 — *TFTC* —** Garrett Ziegler | The Biden Laptop Report

255. **03/17/2023 — *Be Reasonable Podcast* —** Chris Paul interviews Garrett Ziegler

256. **03/17/2023 — *New York Post* —** Where the money went: The Bidens and Biden
associates who received Chinese cash

   a. "James Gilliar was a business partner of Hunter Biden. Photo supplied by
   Marco Polo≡."

257. **03/16/2023 — *America, Can We Talk?* —** Garrett Ziegler interview

258. **03/16/2023 — *ZeroHedge* —** Rumors Swirl Over Which Biden Family Member Got
Cut Of $3M CCP-Linked Wire

259. **03/14/2023 — *Big Dig Energy* —** Episode 183: Marco? Polo!

260. **03/08/2023 — *Conservative Brief* —** Hunter Biden's Ex-Wife Dishes On Couple's
Marriage, Business Dealings

   a. "The attached file was titled 'JRB CFR Rec,' an apparent reference to the
   Council on Foreign Relations. The email, posted online by the nonprofit
   research group Marco Polo [], also named Joe Biden's longtime executive
   assistant, Kathy Chung."

# February 2023

261. **02/27/2023 — *New York Post* —** Hunter Biden called his business partner a
'close confidant' to then-VP dad: email

262. **02/11/2023 —** *The Washington Free Beacon* **—** Hunter Biden Asked Father's Top White House Aide To Help Serbian Businessman Campaign for UN Chief

    a. "Hunter Biden arranged a meeting in July 2016 for Vuk Jeremic and Colin Kahl, a Pentagon official who served as then-vice president Joe Biden's national security adviser, emails from Hunter Biden's abandoned laptop show."

263. **02/07/2023 —** *American Thinker* **—** The Biden Family Problems are Converging

    a. "Hunter is also asking the IRS to pull the tax-exempt status of organizations like Marco Polo. It seems the non-profit's leader, Garrett Ziegler, dared to talk about the laptop on a radio program. I was unaware that freedom of speech had a charitable foundation exclusion. Lois Lerner was unavailable for comment."

264. **02/02/2023 —** *Human Events* **—** Hunter Biden Demands 'Investigations' into Laptop Reporting, Threatens to Sue Tucker Carlson

    a. "They have also asked the IRS to review the tax-exempt status of Marco Polo, an organization run by former Trump aide Garrett Ziegler, which published a lengthy report on the laptop's contents."

265. **02/02/2023 —** *Watching the Watchers* **—** Hunter CONFIRMS Laptop Ownership with THREATS to Tucker & Marco Polo []

Hunter CONFIRMS Laptop Ownership with THREATS to Tucker & Marco Po

266. **02/02/2023** — *Newsmax* — Greg Kelly Reports



**20230202 - Greg Kelly Reports**

Marco Polo

00:50

267. **02/02/2023** — *The Stone Zone* — [] With Guest Garrett Ziegler

268. **02/02/2023** — *The Washington Free Beacon* — Friends in High Places: Hunter Biden Pressures Delaware AG to Investigate Computer Store Owner

   a. "Lowell alleges that Isaac did not have permission to access the laptop and that he violated numerous laws by disseminating it. He is also calling for criminal investigations of former president Donald Trump lawyer Rudy Giuliani and Garrett Ziegler, a former Trump White House aide who operates a nonprofit group, Marco Polo, that has published the contents of Biden's laptop online. While Biden takes an aggressive tone in the letter, he all but admits that he left the computer for repairs at Isaac's shop. Biden had not previously confirmed that the laptop is his or that he left it at Isaac's store. He has instead suggested that someone—including the Russians—may have stolen or hacked his computer."

269. **02/01/2023** — *New York Post* — Hunter Biden finally admits infamous laptop is his as he pleads for criminal probe

   a. "Ziegler, who worked as an aide to Trump trade adviser Peter Navarro and has published the laptop's data on his Marco Polo [] website, told The Post on

Wednesday that the letters were a 'desperate attempt' by the Biden family to get the spotlight away from 'their crimes.' 'With respect to the letters from the president's son pleading with his daddy's agencies to target those who expose his blatant criminality, Kevin Morris did not get a lot of bang for his buck,' Ziegler told The Post, referencing Hunter Biden's fixer and 'sugar brother' Kevin Morris, who allegedly lent the president's son $2 million to help pay off his overdue federal taxes and has become the architect of Hunter Biden's legal and media strategy. 'You'd think that Morris would spend $1,400-plus an hour on an actual tax attorney when funding Hunter's legal misadventures, which Abbe Lowell is not,' Ziegler said. 'The letter to the IRS about Marco Polo is full of speculations and basic misunderstandings about the case law surrounding 501(c)(3) organizations. Hopefully, federal and state investigators will see this for what it is: a desperate attempt by Hunter and his family to get the attention off of their crimes,' he added."

270. **02/01/2023 — *One America News* —** Disgraced former FBI leader and Hunter Biden

# January 2023

270. **01/31/2023 — *New York Post* —** Hunter Biden paid assistant thousands off the books for filthy sex chats, texts show

271. **01/31/2023 — *Daily Mail* —** 'Set phone up so I can spy on you showering.' Hunter Biden threatened to withhold cash-strapped assistant's pay if she didn't FaceTime him naked, texts show - as it's revealed she's the FOURTH employee with whom he had a sexual relationship

   a. "The woman is named in Suspicious Activity Reports (SARs) filed by JP Morgan Chase bank to the Treasury, flagging transactions by Hunter and his company. The confidential reports, obtained by right wing transparency nonprofit Marco Polo, list wire payments from Hunter or his company to the woman in 2018 totaling $44,500.08."

272. **01/28/2023 — *RedState* —** New Report Magnifies Hunter Biden's Connection to Joe's Home

a. "The multiple texts and conversations from 2018 contained in Hunter's iPhone show he apparently aimed to convert part [of] the property into his new office. 'Have what's in storage sent to my parents guest house,' Hunter Biden told his assistant Katie Dodge in a Dec. 10, 2018 text message, which was part of a trove leaked online last year and now hosted by nonprofit Marco Polo[.]"

273. **01/28/2023 — _New York Post_** — Hunter Biden converted Delaware house with classified documents into home office

274. **01/25/2023 — _New York Post_** — Emails about lacrosse-playing kids link Hunter Biden, wife of ex-FBI agent Charles McGonigal

a. "The emails connecting McGonigal and Hunter Biden through their daughters' lacrosse activities were first reported by the right-wing Marco Polo [] research group."

275. **01/25/2023 — _New York Post_** — Hunter Biden's art dealer must hand over sale info, James Comer demands

a. "A report last year on Biden's laptop by conservative research group Marco Polo, founded by former Trump White House official Garrett Ziegler, called Hunter Biden's art dealings 'richly ironic' after his father's administration in December 2021 produced a strategy on countering corruption that said the art industry was prime for abuse given its 'built-in opacity, lack of stable and predictable pricing, and inherent cross-border transportability of goods sold, make the market optimal for illicit value transfer, sanctions evasion and corruption.'"

276. **01/24/2023 — _The Dan Bongino Show_** — Explosive New Connections In The Biden Foreign Agent Scandal



20230124 - The Dan Bongino Show

Marco Polo

02:08

277. **01/24/2023 — *ZeroHedge* —** Top FBI 'Russiagate' Official Arrested For Colluding With Russian Oligarch: DOJ

278. **01/20/2023 — *Mike McCormick* —** HUNTER PLANNED SECRET AF2 TO UKRAINE WITH JOE: EMAILS

    a. "My recent search on [] BidenLaptopEmails.com for Biden and Davos yielded the following email, written by Hunter, to a New York friend, indicating he may be accompanying 'dad' to Kiev 'th[e]n' Davos."

279. **01/19/2023 — *World Tribune* —** When the going gets tough, Hunter Biden runs to celebrity lawyer

    a. "The Daily Mail Online reported in October that Morris sent 'threatening' texts to members of the research group Marco Polo ... Morris called one member of the group 'a f***ing moron,' adding in other texts 'I'm gonna take all your money,' 'I know where you live,' and 'You're going to enjoy being a buttboy for 20 years dude. Lube up.'"

280. **01/18/2023 — *Daily Mail* —** Hunter Biden is seen scurrying to the home of 'sugar brother' lawyer Kevin Morris – who bailed him out of $2.8million debt – as federal tax and gun charges loom and he's caught up in the president's classified documents fiasco

281. **01/18/2023 —** ***The Ann and Phelim Scoop*** **—** Hunter Biden's Lawyer Gets Exposed



282.

283.

284. **01/09/2023 —** ***Wayne Allyn Root Show*** **—** Raw & Unfiltered With Garrett Ziegler – Founder of Marco Polo, A Group Investigating Hunter Biden's Laptop

285. **01/09/2023 — *World Tribune* —** Well, well; Guess who's defending FTX's Bankman–Fried?

286. **01/08/2023 — *Mike McCormick* —** "BIDEN IS FUNDAMENTALLY A TOADIE," NEW YORK MAGAZINE, OCTOBER 2019

    a. "As always for the Biden Crime Family and their conspirators, it was all about Joe. And that leads us to the phrase in this anonymous quote that needs to be fully understood — 'he has no center.' In other words, Joe Biden has no soul, no morality. Read the Biden Laptop Report put out by my friends at Marco Polo and you'll realize how bereft of humanity Joe Biden actually is. In other words, he's the kind of politician who would do whatever he needed to do to get where he got. No matter who and how many he harmed. And he's surrounded himself with degenerates just like him. And they now occupy our White House."

# December 2022

287. **12/24/2022 — *Reportercast* —** with Garrett Ziegler on the Hunter Biden saga

Reportercast December 2022 with Garrett Ziegler: on the Hunter Biden saga

288. **12/18/2022 — *WND*** — 'Deep dive' into Biden laptop reveals 459 illegal acts

    a. "Ziegler has compiled the evidence – including a 644-page report he says is analogous to the Mueller special counsel report – on a website called Marco Polo. He explained that his investigation began when he realized there was something missing in the conversation about the laptop[—] 'the actual statutes violated' by the Biden family. 'This is not just a historical deep dive for the record books,' he said. 'It's happening right now.'"

289. **12/16/2022 — *World Tribune*** — Webinar goes there: Joe Biden appears to be a CCP-controlled asset

    a. "The panelists were Ziegler, a Trump White House adviser and founder of the Marco Polo group which published the contents of the Hunter Biden laptop and Brian Kennedy, chairman of the CPDC and president of the American Strategy Group."

290. **12/15/2022 — *Committee on the Present Danger: China*** — [] The Evidence from Hunter's Laptop

291. **12/13/2022 — *The Eric Metaxes Show*** — Garrett Ziegler and Team at Marcopolousa.Org Have Prepared a Blockbuster Report on the Biden Laptop

    a. "Garrett Ziegler and his team at MarcoPoloUSA.org have prepared the blockbuster 'Report on the Biden Laptop' revealing '459 documented violations of state and federal laws and regulations.'"

292. **12/12/2022 — *1030 KVOI AM — Winn Tuscon***

    **1×**    0:00        -43:26    ▶

293. **12/10/2022 — *Mike McCormick*** — THE KOMPROMAT/SEDUCTION OF JOE BIDEN

    a. "My friends at Marco Polo [] have done an amazing job cataloging Hunter's business ties into China. Here's a screenshot of one page from their Biden Laptop Report, which they've disseminated throughout Congress and the media. As you can see, Hunter's business meetings with Chinese government

officials in January and May 2011 closely coincide with his father's duties around the Hu state visit and the U.S.-China Strategic and Economic Dialogue."

294. **12/09/2022** — *The Stone Zone* — Who is the 'Big Guy?' Biden Family Crimes Exposed w/ Garrett Ziegler

295. **12/03/2022** — *Sarah Westall* — 3 laptops, 7 Federal Crimes on Joe Biden, Monkey Island & More

296. **12/03/2022** — *The U.S. Sun* — Inside Bidens' tangled love lives & controversies as First Family deal with Hunter's laptop, 'cheating,' death & divorce

   a. "In mid-October, members of Congress received a bombshell report into hundreds of alleged crimes found on Hunter Biden's 'laptop from hell.' Marco Polo, a group led by a former President Donald Trump staffer that has been investigating the laptop, sent its findings to all 535 members of the House and the Senate. District Attorneys and US Attorneys for the jurisdictions where alleged crimes by President Joe Biden's son took place have also been sent a copy. The group's founder Garrett Ziegler believes it has uncovered a total of 459 documented violations of state and federal laws on the laptop. It includes 140 alleged business-related crimes, 191 sex-related offenses and 128 drug-related crimes, the group claims. ... The release of Marco Polo's report comes after a 13-month-long investigation."

## November 2022

297. **11/22/2022** — *Watching the Watchers* — BIDEN LAPTOP Report DEEP DIVE with Marco Polo []

298. **11/22/2022** — *World Tribune* — About that weekend White House wedding: 'Shamelessness and irony have no bounds'

   a. "Hunter Biden's new son-in-law worked 'with attorneys in the FARA Unit, the same entity which should be investigating Hunter,' Marco Polo noted. 'The shamelessness & irony knows no bounds.'"

299. **11/21/2022** — *Rob Maness Show* — Report on the Biden Laptop: Rob Maness Interview

300. **11/21/2022** — *War Room* — 600 Page Dossier On The Hunter Biden Laptop Walksthrough The Lies To Guarantee Trump's Loss In 2020

301. **11/18/2022** — *Daily Mail* — A shocking voicemail, shared bank accounts, dodgy partners and whistleblowers: DailyMail.com breaks down the jaw-dropping evidence as GOP targets 'chairman of the board' Joe Biden - and could lead to possible impeachment

    a. "A senior advisor to the VP also copied Hunter on a May 2016 email to Joe with a schedule for his call with then-Ukrainian president Petro Poroshenko – while Hunter had a seat on the board of Burisma, a Ukrainian gas company that had been facing down criminal investigations from the country's government. A report by right wing transparency nonprofit Marco Polo claims copying Hunter in the VP's schedule constitutes a use of nonpublic information from a government job for financial gain."

302. **11/18/2022** — *UncoverDC* — The 'Big Guy' Joe Biden: Oversight Committee Investigates

    a. "As reported by the Marco Polo report, text messages from the laptop seem to indicate that Chairman Xi Jinping was overseeing deals between Hunter and Ye Jianming, chairman of CEFC China Energy. Another text message from the report also seems to indicate that VP Joe Biden would wait for 'approval from Chairman Xi.' In those same text messages, Hunter appears to be referring to his father as the chairman, according to the Marco Polo report. Hunters states, 'Zang and Ye are both coming to be my partner—to be partners with the Bidens.' Zang also allegedly told Hunter that Xi made the partnership 'clear and available to him,' per the text messages in the report. Zang Jianjun served in Research and Development for CEFC. He was also the Vice Chairman of the China Chamber of International Commerce."

303. **11/18/2022** — *Kanekoa News* — What do Hunter Biden, Ghislaine Maxwell, and R. Kelly have in common? Federal sex trafficking.

    a. "Last month, Marco Polo, a nonprofit led by a former President Donald Trump staffer, released a 630-page report with 2,020 citations that fully document

459 crimes committed by the Biden family and their business associates. The detailed report sent to District Attorneys, U.S. Attorneys, and all 535 House and Senate members includes 140 alleged business-related crimes, 191 sex-related offenses, and 128 drug-related crimes. ... The report documents how Hunter Biden violated the Mann Act on at least six occasions, a sex-trafficking law that bars transporting individuals across state lines for illegal sexual activity. This is the same law that federal prosecutors convicted Ghislaine Maxwell of violating when she persuaded an underage girl to travel from Florida to New York with the intention of having her engage in sexual activity with Jeffrey Epstein.

Violations of the Mann Act carry up to ten years of imprisonment, and Maxwell was sentenced to twenty years after being found guilty on two counts. R. Kelly, whose legal name is Robert Kelly, was sentenced to thirty years after being found guilty of nine counts, one count of racketeering, and eight counts of violating the Mann Act."

304. **11/17/2022** — *World Tribune* — 'Joe Biden is under investigation': Reps. Jordan, Comer cite documented evidence

   a. "All members of Congress recently received information on the Biden family's alleged corruption with national security implications from Marco Polo, a research group run by former Trump administration official Garrett Ziegler that documented and indexed the contents of the abandoned Hunter Biden laptop. Ziegler said, after obtaining a copy of the laptop, Marco Polo investigators had undertaken 'what every single law enforcement institution in this country, especially and including the FBI, is not going to do,' which is compile and release a detailed historical record of everything contained on the laptop Hunter Biden abandoned at a Delaware computer repair shop in April 2019."

305. **11/14/2022** — *Political Moonshine* — The Keystone of Corruption: Ukraine, the FTX Scandal, PrivatBank, the National Bank of Ukraine and Ihor Kolomoyskyi

306. **11/10/2022** — *World Tribune* — Who is FBI's Mike Dzielak? How the Hunter Biden laptop saw the light of day

307. **11/07/2022** — *Wayne Allyn Root Show* — Report on the Biden Laptop: Wayne Allyn Root Interview

308. **11/07/2022 —** *Hearts of Oak* — BIDEN LAPTOP MARCO POLO REPORT: Sex, Drugs and Two Stacks for the Big Guy

309. **11/06/2022 —** *The Rachel Hamm Show* — Working for Trump, Hunter Biden's Laptop, and Elections Part 2 - Garrett Ziegler

310. **11/05/2022 —** *Red Pill News* — THE BIDEN CRIME FAMILY & the Laptop From Hell - Garrett Ziegler live on Red Pill News

311. **11/04/2022 —** *Mike McCormick* — WHY WAS THE CIA IN THE BIDEN LAPTOP? (PART ONE)

312. **11/02/2022 —** *The Daily Wire* — Hunter Biden Laptop Reveals Disturbing Information About President's Son, Underage Relative

313. **11/02/2022 —** *The Rachel Hamm Show* — Working for Trump at the White House, Hunter Biden's Laptop, and Election Fraud

314. **11/01/2022 —** *UncoverDC* — Marco Polo: Sex and Drug-Related Crimes


## October 2022

315. **10/28/2022 —** *BLiTZ* — British daily zooms in on Biden crimes

    a. "Joe Biden was complicit in crimes including tax evasion, using nonpublic information for financial gain, and violating the Presidential Records Act, the UK's Daily Mail reported on Monday, citing a 634-page report on the contents of Hunter Biden's laptop by the watchdog group Marco Polo."

316. **10/28/2022 —** *UncoverDC* — Marco Polo Report: Business-Related Crimes

317. **10/26/2022 —** *Daily Mail* — Jon Stewart says that Hunter Biden's $1 MILLION position on the board of Ukrainian natural gas company Burisma was 'corruption - straight up off the bat'

    a. "A Suspicious Activity Report (SAR) filed by JPMorgan Chase named Florida and New York-based Ekaterina Moreva after she received tens of thousands of dollars from Hunter's company and women who the First Son paid for sex. The SAR, leaked to the anti-corruption nonprofit Marco Polo and obtained by DailyMail.com, says 'student' Anna Dekhtiar from Sunny Isles Beach, Florida,

received $274,873 between November 2018 and March 2019 with 'no clear, legitimate economic purpose' then sent thousands on to Moreva[.]"

318. **10/26/2022 — *New York Post*** — The 634-page report on Hunter Biden's laptop — and 459 alleged crimes

319. **10/26/2022 — *Law Enforcement Today*** — Watchdog group drops bombshell report alleging that Joe Biden was complicit in numerous white collar crimes

320. **10/26/2022 — *The Absolute Truth with Emerald Robinson*** — REPORT: JOE BIDEN WAS 'COMPLICIT' IN 6 ALLEGED CRIMES

321. **10/26/2022 — *UncoverDC*** — Marco Polo Report: Overview

322. **10/25/2022 — *American Wire*** — Detailed watchdog report implicates ex-Vice President Joe Biden in alleged Hunter crime spree

   a. "Considered 'a modern Rosetta Stone of white and blue-collar crime,' the effort conducted by Marco Polo, a nonprofit transparency group, did not end there as the Daily Mail covered a 634-page report published by Ziegler that listed violations of the Presidential Records Act and Foreign Agents Registration Act (FARA), tax evasion, and using nonpublic information for financial gain among six alleged crimes Biden was complicit in as vice president between June 2010 and December 2016."

323. **10/25/2022 — *World Tribune*** — British daily zooms in on Biden crimes in Marco Polo laptop report

324. **10/24/2022 — *National File*** — Garrett Ziegler Details FARA Crimes on Hunter Biden Laptop

325. **10/24/2022 — *Daily Mail*** — Joe Biden was 'complicit in SIX alleged white collar crimes' including tax evasion, using nonpublic info for financial gain and illegally utilizing his alias email' - 634-page watchdog report on contents of Hunter's laptop claims

   a. "Marco Polo's report combs through the emails, texts and pictures from the First Son's abandoned MacBook Pro in painstaking detail and is designed, according to Ziegler, as a guide for both law enforcement and congressional investigators for 'what to subpoena' to build a criminal case."

326. **10/24/2022** — *BLitZ* — Garrett Ziegler of Marco Polo exposes evidences of Hunter Biden crimes

327. **10/22/2022** — *Ashe in America* — Every Member of Congress Received the Biden Laptop Report – What Have They Done With It?

328. **10/22/2022** — *One America News* — Report on the Biden Laptop: OAN Interview

329. **10/21/2022** — *Law Officer* — Cyber sleuths document 459 violations of state and federal laws and regulations related to Hunter Biden

330. **10/21/2022** — *Valiant News* — 459 CRIMES: Congress Receives Sweeping Hunter Biden Laptop Dossier Featuring Valiant News

331. **10/21/2022** — *Daily Mail* — Then-VP Joe Biden used White House lawyers to fend off IRS when it threatened an AUDIT in 2008 - but WHY did same lawyers then send email to son Hunter and his business partner about Joe's tax affairs!

   a. "A report by right-wing research group Marco Polo on the laptop material, obtained by DailyMail.com, highlights the conversations about Joe's bills and claims that they could constitute substantial undeclared gifts and income by the president. 'There was effectively one pot of money for the clan, and Joe was free to withdraw as much as necessary,' said the report, authored by Marco Polo founder and former Trump White House staffer Garrett Ziegler. 'Schwerin controlled bank accounts that were capitalized by Hunter's firm (which was funded, in part, by foreign oligarchs). These accounts—with Schwerin as the front man—were used to pay bills, large and small, for 'JRB' [Joe].'"

332. **10/21/2022** — *Kanekoa News* — Marco Polo Report reveals Xi Jinping personally approved Bidens' meetings with Chinese energy tycoon

   a. "Text messages from Tony Bobulinski, a former business associate of Hunter Biden, who confirmed to Marco Polo that the reference to 'no 1' in the text message on the left refers to Xi Jinping. In other words, CEFC Chairman Ye Jianming would only meet Vice President Joe Biden if he first got approval from China's President Xi Jinping."

333. **10/21/2022** — *Newsmax* — Rob Schmitt Tonight



**20221021 - Rob Schmitt Tonight**

Marco Polo

04:45

334. **10/20/2022 — *Just the News* —** Watchdog finds more than 400 alleged crimes
documented in Hunter Biden laptop

   a. "Included in the 644-page report (which is too large to include in this article)
   is an itemized list that includes the dates, venue, alleged accomplices, and
   relevant statutes for each alleged wrongdoing. The alleged crimes include a
   myriad of transgressions, ranging from personal misconduct such as
   prostitution, to fraudulent business activities. The report makes heavy
   reference to reporting by Just the News Editor-in-Chief John Solomon and
   reporter Daniel Payne."

335. **10/20/2022 — *World Tribune* —** Marco Polo investigation reports 459
documented violations of law on Hunter Biden's laptop

   a. "'This report is a culmination of 13 months of research by half a dozen men
   who recognize that the Biden laptop is the Rosetta Stone of political
   corruption, soft corruption and also crimes,' Ziegler told WorldTribune.com.
   'We've logged at least 459 violations of state and federal laws and
   regulations,' he said. 'There is no excuse for Republicans now to not submit
   criminal referrals to the Department of Justice. We don't need another 2-year
   investigation that goes nowhere and ends with no criminal referrals. This
   cannot be another Benghazi or Hillary's emails investigation.'"

336. **10/20/2022 —** *Timcast* **—** Evidence Implicating Hunter Biden in 459 Crimes Was Just Sent to Every Member of Congress



**20221021 - Timcast**
**Marco Polo**

02:14

337. **10/20/2022 —** *Sputnik* **—** Laptop From Hell: Watchdog Says Hunter Biden & Partners Committed 459 Legal Violations

338. **10/20/2022 —** *The Post Millennial* **—** Hunter Biden laptop contains 459 legal violations: watchdog group

339. **10/20/2022 —** *The Daily Wire* **—** Hunter Biden's Laptop Documents At Least 459 Legal Violations, Watchdog Group Says

    a. "A year-long exploration of Hunter Biden's laptop has yielded a 630-page report that its authors say document 459 violations of state and federal laws and regulations by President Joe Biden's son and his business partners. Marco Polo, a nonprofit formed by a one-time aide to former President Trump to enable a team of cyber gumshoes to take a deep dive into the laptop that the crack-addled Biden left at a Delaware repair store, claims the report is a road map for local, state, or federal prosecutors to pursue charges. The group also sent its report to each member of Congress."

340. **10/19/2022 —** *Kanekoa News* **—** Marco Polo's Report Destroys The Biden Crime Family

a. "I've read Miranda Devine's Laptop From Hell and Peter Schweizer's Red-Handed, which were phenomenal, but Marco Polo's Report on the Biden Laptop is the most damning thing ever written about the Biden Crime Family. Nothing else comes close. … The Biden Laptop is the Rosetta Stone of political corruption, and Marco Polo's Report should be required reading for every American. Garrett Ziegler and his team use all the documents, emails, photographs, and text messages on Hunter's Laptop to diligently detail the Biden Crime Family's foreign collusion and money laundering operation with America's greatest rivals."

341. **10/19/2022 — *The U.S. Sun*** — Hunter Biden laptop report with evidence of sex & drug 'crimes' sent to Congress & lawmakers are ready to investigate

342. **10/14/2022 — *Mike McCormick*** — TRANSCRIPT: JAKE SULLIVAN TIPPED JOE'S BURISMA KICKBACK SCHEME

a. "But it was only after I got access to the Laptop, thanks to my friends at MarcoPoloUSA.org, that I realized how deep into Joe's criminal conspiracy Sullivan and others were."

343. **10/14/2022 — *MEAWW*** — Who is Kevin Morris? Hunter Biden lawyer's 'Enjoy being a b***boy. Lube up' rant at email leak group revealed

344. **10/13/2022 — *Daily Mail*** — 'You're going to enjoy being a butt boy. Lube up!' Hunter Biden's LAWYER sent threatening texts to member of right wing group Marco Polo and faces ethics complaint for other 'dirty tricks'

a. "In texts exclusively obtained by DailyMail.com, Hollywood entertainment lawyer Kevin Morris called a member of right wing transparency group Marco Polo a 'f***ing moron', 'f***nuts', said 'I'm going to take all your money', 'I know where you live' and 'You're going to enjoy being a buttboy for 20 years dude. Lube up.'"

345. **10/09/2022 — *MEAWW*** — Hunter Biden obsessed with Genghis Khan, used Mongol warlord's name as live sex cam username

a. "The porn webcam recordings and business emails were obtained by The Sun via Marco Polo, an organization led by a former Trump White House staffer who is investigating Hunter Biden's laptop. Some experts believe the compromising material found on the device could have been used for the

purposes of blackmail. 'If that material gets into the hands of any nation-state actor, foreign intelligence service, or anybody with a desire to create leverage against a political party or movement, that would be a huge card for them to play,' Campbell Murray, a former global head of cybersecurity for BlackBerry, told the newspaper."

346. **10/09/2022 — *World Tribune* —** Organized crime, II: History buff Hunter Biden was fascinated by Genghis Khan

    a. "Marco Polo, headed by former Trump White House staffer Garrett Ziegler, is preparing an indexed report on the Hunter Biden laptop. A searchable data base of the emails on the laptop is online and according to Ziegler has already attracted intense, global curiosity perhaps from individuals who fear their email addresses are included."

347. **10/09/2022 — *The U.S. Sun* —** Hunter Biden has an obsession with Genghis Khan & used the Mongol empire founder's name on sex webcams, laptop shows

348. **10/07/2022 — *Daily Mail* —** Federal charges for Hunter are just the 'tip of the iceberg' - he is a 'national security threat': Top Republican says there is mounting evidence the President was compromised by his son's deals - including plan to sell natural gas to China'


# September 2022

349. **09/16/2022 — *The U.S. Sun* —** Hunter Biden begged Most Wanted 'armed robber' to mail crack cocaine to him at luxury Hollywood hotel

    a. "The text messages were found on Hunter's infamous 'laptop from hell'.
They were handed to The Sun by Marco Polo, an organization led by a former Trump White House staffer which is investigating the laptop.
The US Marshal's Service was offering a $2,500 reward for information about Sample's whereabouts while he was on the run."

350. **09/03/2022 — *The U.S. Sun* —** Hunter Biden invited 'fake princess' to meet Joe as she 'scammed $500k from friends & lovers'

351. **09/02/2022** — *LifeSiteNews* — New emails prove 'beyond all doubt' Joe Biden obstructed justice with Hunter's Ukraine deal: fact-checker

   a. "In November 2015, a top executive of Burisma named Vadym Pozharskyi wrote an email to Hunter and his partners ... "


## August 2022

352. **08/27/2022** — *Mike McCormick* — HUNTER'S TECHIES FUNDED CHINA BAT VIRUS RESEARCHER DAYS AFTER AF2 TRIP W/JOE

   a. "Even though I accompanied Joe on that trip as his stenographer and have an insider's understanding of it, I was only recently made aware of these RSTP documents by my friends at MarcoPoloUSA.org."

353. **08/26/2022** — *Granite Grok* — All 128,000 Hunter Biden Laptop Emails Plus Ashley Biden's Entire Diary

354. **08/20/2022** — *World Tribune* — The whistleblowers who will save America and what they are up against

   a. "Maybe we should confirm just to be safe by using Marco Polo's free online tool BidenLaptopEmails.com and search for Nardello. A quick search of 'Nardello' in Hunter Biden's emails and...103 results."

355. **08/12/2022** — *World Tribune* — Email: Biden's National Security Advisor may have violated Espionage Act under Clinton

   a. "Garrett Ziegler, whose Marco Polo research group has compiled a database of the Hunter Biden laptop contents, noted in a Telegram post that Mackler, in the email, 'was talking about the president's current national security advisor. The sender of that email is the current chief deputy Attorney General in the state of Delaware. Mackler knows all about the gun crimes that Hallie and Hunter committed, both at StarQuest Shooters & Janssen's Market.' In that case, the Secret Service intervened in an investigation into a 2018 incident involving Hunter Biden and his girlfriend at the time — his former sister-in-law, Hallie — in which she took his gun and tossed it into the trash, thinking he was going to kill himself with it, according to a March 25, 2021 report by Politico."

356. **08/11/2022 —** *Sharyl Attkisson* — All of the Hunter Biden emails

    a. "The purported Hunter Biden emails that have been the topic of so much discussion can be found here, with a search tool included. https://bidenlaptopemails.com"

357. **08/05/2022 —** *Freedom Rings* — The U.S. Securities and Exchange Commission, China's Great Economic Weapon

    a. "Emails found at www.bidenlaptopemails.com"

358. **08/01/2022 —** *Western Journal* — [] Hunter Biden Hinted Threat of Mob Link to Intimidate Drug Dealer, Texts Show


# July 2022

359. **07/29/2022 —** *Kanekoa News* — Hunter Biden's 'Sexually Inappropriate' Relationship With His 14-Year-Old Niece

360. **07/27/2022 —** *The U.S. Sun* — Hunter Biden threatened dealer over $1,200 drug order in detox by using his links to mobster Whitey Bulger's family

    a. "The texts were found on a bombshell iPhone backup on Hunter's infamous 'laptop from hell.' They were handed to The Sun by Marco Polo, an organization led by a former White House staffer, who is investigating the laptop."

361. **07/27/2022 —** *New York Post* — Hunter Biden's biz partner called Joe Biden 'the Big Guy' in panicked message after Post's laptop story

    a. "Gilliar referenced the 'big guy' as he acted as the driving force behind Hunter and Jim Biden's deal with a Chinese energy company. [Photo Credit:] Marco Polo"

362. **07/21/2022 —** *Kanekoa News* — Hunter Biden Involved in Russian Deal to Sell Oil to China

363. **07/20/2022 —** *The U.S. Sun* — Hunter Biden and sister-in-law-turned-lover Hallie had fight over drug box and crack rock hidden behind Beau's photo

a. "The pic and text messages were found on a bombshell Apple iPhone backup found on Hunter's infamous 'laptop from hell.' They were handed to The Sun by Marco Polo, an organization led by a former Trump White House staffer which is investigating the laptop. In his texts, Hunter appears to claim that the box was found under Hallie's bed and the crack rock was behind a picture of himself, his grandmother Jean Biden - Joe's late mother, who the family referred to as Momom - and his brother Beau."

364. **07/19/2022 — *Kanekoa News* —** The Biden Family's Most Treasonous Text Message

a. "My source for this text message is Marco Polo, an anti-corruption organization who have now been cited by FOX News, New York Post, Daily Mail, and countless other mainstream news organizations for their research on Hunter's laptop. You can look at Hunter's laptop on their website and verify this text message for yourself."

365. **07/15/2022 — *Valiant News* —** Hunter Biden Phone Data Was Not 'Hacked,' Researcher Reveals

366. **07/15/2022 — *Steak for Breakfast Podcast***



367. **07/13/2022 — *World Tribune* —** British press goes there: President's son may be guilty of human trafficking

368. **07/12/2022 — *The U.S. Sun* —** Hunter Biden's baby mama sent him message begging him to see their love child – before being removed from his payroll

369. **07/12/2022 —** *Sputnik* — Hunter Biden Could Reportedly Face Charges For 'Trafficking' Prostitutes For Nights of Debauchery

   a. "Hunter Biden is said to have written out checks for providing him with sex workers to a Ukrainian woman whose transactions were red-flagged by banks for suspicious activity. Florida and New York-based Ekaterina Moreva, who received tens of thousands of dollars from Hunter Biden's company, Owasco, P.C., had been flagged with a Suspicious Activity Report (SAR) filed by JPMorgan Chase, according to anti-corruption nonprofit Marco Polo cited by the publication."

370. **07/11/2022 —** *Daily Mail* — Hunter Biden could face prostitution charges for transporting hookers across state lines and disguising checks to them as payments for 'medical services.' First Son spent $30k in five months on 'the girlfriend experience'

   a. "The SAR said the money was received from eight senders including Hunter's company Owasco, P.C. Two of the women listed as depositing the large sums in Dekhtiar's account are also in text messages on Hunter's laptop, and appear to be hookers he hired. Some of the cash was then sent on to Moreva, who Hunter used to facilitate many of his sordid nights with prostitutes. One depositor named in the SAR was a woman Hunter filmed on his iPhone in January 2019, claiming that he gave her $10,000 and asking if he hurt her. Another is a woman Hunter paid $2,400 on Venmo for an 'art consultation' and a further $200 for 'packaging and shipping' in October 2018. In Hunter's text conversations with Moreva, she refers him to a website called UberGFE.com, which advertises 'models' who can give clients a 'girlfriend experience' in Los Angeles, New York, Boston, Miami, Washington DC, Chicago, London and Paris."

371. **07/10/2022 —** *New York Post* — Amid Hunter's ongoing scandals, Biden is going soft on China

   a. "Over 150 of these SARs were crucial to establish the money trail into Biden bank accounts from China, Ukraine and Russia in the investigations so far by Republican Senators Chuck Grassley and Ron Johnson. In a letter last week to Treasury Secretary Janet Yellen, Rep. James Comer, the ranking member of

the House Committee on Oversight and Reform, accused Treasury of running 'cover' for Hunter with a new rule requiring Democrat sign-off for financial documents. The sensitivity of these documents can be seen in two hitherto unpublished Suspicious Activity Reports exclusively obtained by The Post from nonprofit research outfit Marco Polo — one of which refers to Joe Biden by name. The first, filed by JP Morgan Chase, reports 93 concerning wire transactions between Feb. 3, 2014, and Aug. 2, 2019, involving Hunter, his business partners, Devon Archer, Eric Schwerin, Hunter's firms Owasco and Rosemont Seneca Advisors, the corrupt energy company Burisma — which paid him $1 million a year while his father was VP — and Bohai Harvest RST, the Chinese private equity firm in which Hunter held a ten percent stake. 'The SAR is being filed to report wire activity involving parties linked to a Politically Exposed Person ('PEP') with negative media for possible political corruption; as well as alleged business conflicts involving related companies and individuals,' the bank states in its report."

372. **07/08/2022 — *The U.S. Sun* —** Hunter Biden called Jill Biden a 'vindictive moron' and blasted her teaching skills in foul-mouthed argument over rehab

373. **07/07/2022 — *The U.S. Sun* —** Hunter Biden video sees him smoking 'crack' in shower during sex spree with prostitutes who call him 'future baby daddy'

374. **07/06/2022 — *World Tribune* —** Panic in the White House press room: 'I'm not going to talk about alleged materials from the laptop'

   a. "There is nothing 'alleged' about the laptop. Even leftist media outlets including The New York Times and Washington Post have authenticated the contents of the hard drive which are being indexed for public release by the private research group, Marco Polo which released all emails on the laptop in May."

375. **07/06/2022 — *The National Desk* —** GOP lawmakers say White House is blocking access to Treasury records on Hunter Biden

   a. "'I thought the article released online — it's going to be printed tomorrow in the Times — was good. I think you're clear,' the president is heard saying in the voicemail, which was obtained by Marco Polo and also reported on by The Daily Mail."

376. **07/06/2022 —** *The U.S. Sun* **—** Hunter Biden filmed himself taking 'drugs' & drinking White Claw during detox after his dad Joe gave him $75k handout

377. **07/05/2022 —** *WGGH Radio*



| 1× | 0:00 | | -48:24 | ▶ |

WGGH Radio Transcript
2.23MB · PDF file

Download

Download

## June 2022

378. **06/18/2022 —** *West Observer* **—** In the United States, Biden's relationship with his daughter was called a perversion

379. **06/16/2022 —** *Hearts of Oak* **—** Garrett Ziegler – Hunter Biden: The Truth



Hearts of Oak Transcript
1.68MB · PDF file

Download

From 06/07/2022

Download

380. **06/14/2022 —** *ABC 15 News* **—** New Hunter Biden laptop audio reveals more about relationship with his father



### 20220614 - ABC 15 News

**Marco Polo**

02:43

381. **06/10/2022 — *Newsmax* —** Greg Kelly Reports

Greg Kelly plays damaging Hunter Biden voicemails

382.

posted 120,000 of Hunter Biden's emails in an online database ... Horan is a British artist whom Hunter Biden met at a dinner in Los Angeles in mid-2018[.]"

383. **06/09/2022 — *Newsmax* —** Greg Kelly Reports



20220609 - Greg Kelly Reports

Marco Polo

01:18

384. **06/08/2022 — *New York Post* —** Insiders — and Hunter himself — say scandal-clad first son is Joe Biden's 'closest adviser'

   a. "Recorded in Newburyport, Mass., on Dec. 3, 2018, at a time when Hunter was undergoing an unusual addiction treatment program with therapist Keith Ablow, involving daily intravenous infusions of the horse tranquilizer ketamine, the audio file was provided to The Post by nonprofit research group Marco Polo, which is preparing a detailed report into the laptop.
   Amid the sound of clinking glasses and his bubbling crack pipe, Hunter waxes philosophical for more than an hour with Phillipa Horan, a British artist he met at a dinner in LA[.]"

385. **06/07/2022 — *Valiant News* —** Hunter's Drug Addled Prostitute Got $20,000 PPP Loan Under Biden's Watch

   a. "The complete text messages from Hunter Biden's laptop were released publicly earlier this year by the researchers at Marco Polo, which made them

available via its website. Valiant News was provided a copy of the text
messages by Marco Polo [] and has used it to help verify the authenticity of
The Daily Wire's reporting."

386. **06/07/2022 —** *The Political Insider* — Newly Released Video Shows Nude Hunter
Biden Waving Around A Gun With Prostitute

   a. "The New York Post followed up by obtaining the video from a nonprofit group
known as the Marco Polo research group."

387. **06/06/2022 —** *New York Post* — Packin' heat: Nude Hunter Biden cavorts with
hooker, gun in latest mess for president

   a. "A naked Hunter casually waves around a handgun and even points it at the
camera while cavorting with a nude hooker in a [] hotel room, according to
video provided to The Post by the nonprofit Marco Polo research group."

## May 2022

388. **05/30/2022 —** *World Tribune* — LA attorney spending millions to salvage Hunter
Biden's reputation

389. **05/28/2022 —** *Mike McCormick* — ALEKSANDER KWASNIEWSKI: WHY THE
BIDENS DARE NOT SPEAK HIS NAME

   a. "But now thanks to MarcoPoloUSA.org, we have the Laptop emails and the
truth is coming out. And so too is Kwasniewski's role."

390. **05/22/2022 —** *Sputnik* — Analyst of Hunter's Laptop From Hell: If 'Big Guy' Is
Biden, He Will Pay a Heavy Price

   a. "Garrett Ziegler, a former White House staffer who worked under Peter
Navarro in Trump's Office of Trade and Manufacturing, released 128,775
emails from Hunter Biden's laptop to a searchable database through his
organisation Marco Polo this week. Among the thousands of emails the
infamous '10 for the big guy' message can be found."

391. **05/20/2022 —** *Sky News* — Leaked emails from Hunter Biden's laptop suggest
meeting with Ukrainian headhunter, White House access for Mexican billionaire

392. **05/19/2022 —** *Big League Politics* **—** Hunter Biden's Emails Can Now Be Downloaded Via New 'Searchable Database'

393. **05/18/2022 —** *WION* **—** Over 120,000 emails from hunter Biden's discarded laptop leaked

394. **05/18/2022 —** *The New York Sun* **—** Newly Leaked Hunter Biden Emails Point to Possible White House Corruption

    a. "On his website, bidenlaptopemails.com, Mr. Ziegler, 26, describes the emails as 'a modern Rosetta Stone of white and blue collar crime.' The emails, reportedly numbering 128,775, were uploaded to a searchable database through his organization, Marco Polo."

395. **05/18/2022 —** *Wayne Allyn Root Show*



20220518 - The Wayne Allyn Root Show

Marco Polo

14:24

396. **05/18/2022 —** *Fox Business*



**20220518 - Fox Business**

**Marco Polo**

397.



**20220518 - Fox News**

**Marco Polo**

00:34

398. **05/18/2022 —** *The Times* **—** 'Hunter Biden emails' posted online by former Trump
aide

    a. "More than 120,000 emails said to be from a laptop that belonged to Hunter
Biden, the US president's son, have been posted online by a former White

House staff member under President Trump. Garrett Ziegler, a former
assistant to Peter Navarro, Trump's director of trade and manufacturing policy,
uploaded 128,775 emails to a database through his Marco Polo research
group, which he says is dedicated to 'exposing corruption and blackmail'."

399. **05/18/2022** — *Sky News* — Treasure trove of 128,000 Hunter Biden emails
exposed online

   a. "The site, called bidenlaptopemails.com, allows users the option to download
all 128,00 plus emails from Hunter's hard drive onto their own computer."



**20220518 - Sky News**

Marco Polo

04:20

400. **05/17/2022** — *Mike McCormick* — HUNTER LAPTOP FOR ALL TO SEE!

401. **05/17/2022** — *Newsmax* — Ex-Trump WH Staffer Posts 128K-Plus Emails From
Seized Hunter Biden Laptop

   a. "In a statement on the site, Marco Polo — which bills itself as a 'nonprofit
research group exposing corruption and blackmail to drive an American
renaissance' — characterized Hunter Biden's laptop as 'a modern Rosetta
Stone of white and blue collar crime.'"

402. **05/17/2022** — *International Business Times* — 128,000 Hunter Biden Emails
Leaked Online By Ex-Trump Aide []

403. **05/17/2022 — *ZeroHedge* —** Over 120,000 Hunter Biden Emails Uploaded To Searchable Database

404. **05/13/2022 — *World Tribune* —** Why does Hunter Biden's laptop matter? Trump White House staffer explains


# April 2022

405. **04/19/2022 — *Mike McCormick* —** LAPTOP EMAILS CONFIRM STAFFERS ASSISTED HUNTER & JOE'S SECRETIVE BURISMA BIZ

406. **04/18/2022 — *Conservative Daily* —** Garrett Ziegler Digs Deeper into the Hunter Biden Laptop

407. **04/06/2022 — *Mike McCormick* —** LAPTOP EMAILS: JOE & GREEN DEMS FUNDED NAT GAS PIPELINES FOR BURISMA/PUTIN

408. **04/01/2022 — *Kanekoa News* —** Hunter Biden's Most Treasonous Text Message

    a. "All of Hunter Biden's laptop messages and emails, including the ones featured in this article, can be found compiled in a searchable format on the website of Marco Polo, an anti-corruption organization led by a former Trump White House staffer."


# March 2022

409. **03/22/2022 — *Valiant News* —** Timeline: Here's How The President, Biden Family Responded To Hunter's Child Molestation Allegations – Laptop Evidence

410. **03/17/2022 — *Kanekoa News* —** Hunter Biden Met With the Father-In-Law of a Juarez Cartel Boss

    a. "Marco Polo: Organized All Secret Service Emails On Hunter's Laptop ... The Secret Service now claims they are missing their emails on Hunter Biden's travels during Joe's Vice Presidency."

411. **03/13/2022 — *World Tribune* —** John Paul Mac Isaac faces ruin after going to FBI with Biden's abandoned laptop

412. **03/11/2022 —** *Kanekoa News* **—** How One Ukrainian Billionaire Funded Hunter Biden, Volodymyr Zelensky, And The Azov Battalion

    a. "The nonprofit research group Marco Polo, doing a comprehensive report on Hunter Biden's Laptop, connected Hunter Biden's text messages and Kolomoysky's massacres in eastern Ukraine. Text messages found on Hunter Biden's laptop show Hunter Biden asking Hallie Biden, his brother's widow-turned-mistress, if she believed that he had 'children burned alive in DONETSK' or 'children killed in donetsk, Ukraine.' Most likely, about Kolomoysky, his reported Burisma Holdings boss, who was also funding the neo-Nazi Azov Battalion accused of war crimes and shelling civilians in eastern Ukraine."

413. **03/09/2022 —** *Kanekoa News* **—** How Obama And Biden Installed Neo-Nazis In Ukraine

## February 2022

414. **02/23/2022 —** *World Tribune* **—** Meanwhile . . . Federal grand jury hears about Hunter's China ties, extravagant spending

    a. "Archer's attorney, Matthew Schwartz, confirmed that his client had 'cooperated completely' with the DOJ after the subpoena was leaked online last month by Marco Polo which is preparing a comprehensive report on the Biden family."

415. **02/23/2022 —** *New York Post* **—** Hot water for Hunter Biden is reaching a boiling point

    a. "Kestan's name appears in a Suspicious Activity Report compiled by JPMorgan Chase bank and obtained by nonprofit research outfit Marco Polo. The bank was issued a subpoena in May 2019 by the US attorney in Delaware for transactions involving Hunter, his uncle Jim Biden and partners Archer and Schwerin involving the Bank of China."

416. **02/16/2022 —** *Daily Mail* **—** [] Lunden Roberts testifies before a federal grand jury investigating his murky finances and business deals with China in top-secret

three-year probe

a. "Rosemont Seneca was one of a handful of companies listed in a May 2019
grand jury subpoena that ordered JP Morgan Chase to hand over records of
transactions between Hunter's various ventures and the Bank of China for the
previous five years. It also asked for similar 'records, documents and
accounts' related to James Biden, the President's brother, and Hunter's
former business partners Eric Schwerin and Devon Archer, both founding
partners at Rosemont Seneca. Archer's attorney, Matthew Schwartz,
confirmed that his client had 'cooperated completely' with the DOJ after the
subpoena was leaked online last month by conservative research group Marco
Polo. The document offered the first real clues as to the specifics of Delaware
U.S. Attorney David Weiss's probe, which was launched in late 2018 but
controversially kept under wraps until weeks after the 2020 Presidential
election, supposedly to avoid becoming a campaign issue."

417. **02/01/2022 —** *Law Enforcement Today* — [G]rand jury subpoena to JPMorgan
Chase for Hunter, James Biden bank records

418. **02/01/2022 —** *Watching the Watchers* — HUNTER Biden's BANK OF CHINA
Records DEMANDED in LEAKED SUBPOENA

HUNTER Biden's BANK OF CHINA Records DEMANDED in LEAKED SUBPO

# January 2022

419. **01/31/2022 —** *Wayne Allyn Root Show*



420. **01/31/2022 —** *New York Post* — Hunter Biden's former biz partner 'cooperated completely' with feds in tax probe: lawyer

421. **01/31/2022 —** *World Tribune* — Report: DOJ subpoenaed Hunter's records tied to Bank of China when Dad was candidate

422. **01/31/2022 —** *The Epoch Times* — US Prosecutor Issued Grand Jury Subpoena for Hunter Biden Bank Records Connected to China

   a. "The documents are dated May 15, 2019. They were obtained by Marco Polo, a nonprofit started by Garrett Ziegler, who worked in the White House's Office of Trade and Manufacturing Policy during the Trump administration. Ziegler told The Epoch Times in an email that a whistleblower who was a party to the subpoena provided the documents. 'This wide-ranging grand jury subpoena confirms that Joe's son and brother received transfers from an account with the Bank of China,' Ziegler said. Wire transfers involving at least one Bank of China account were listed on a laptop computer that was said to be dropped off by Hunter Biden at a computer repair store in Delaware in 2019, 'but it helps the public to see independent corroboration,' he added. The subpoena also demanded records concerning Eric Schwerin and Devon Archer, two former business associates of Hunter Biden."

423. **01/31/2022 —** *Fox News*



424. **01/31/2022** — *Daily Mail* — DOJ issued subpoena to JP Morgan for Hunter
     Biden's transactions with the Bank of China in 2019 []

425. **01/31/2022** — *Fox Business* — Mornings with Maria



426. **01/30/2022** — *Breitbart* — US Attorney Doc: IRS Issued Grand Jury Subpoena to JPMorgan for Hunter, James Biden Bank Records In Probe into Biden Family's China Connections

   a. "The document was obtained first by former White House official Garrett Ziegler, who is a former associate director in Peter Navarro's Office of Trade and Manufacturing Policy in the White House, serving from 2019-2021, who provided it to Breitbart News. Following his time at the White House, Ziegler established Marco Polo, a nonprofit research group 'exposing corruption and blackmail,' and has been conducting a forensic review combined with extra independent investigation into Hunter Biden's laptop. 'This wide-ranging grand jury subpoena suggests that Joe's son and brother received transfers from an account with the Bank of China. The question that remains is why Bill Barr directly intervened to ensure that the U.S. Attorney in Delaware's investigation into Joe's family was kept from the public for over 17 months until after the election, as previous reporting has confirmed. David Weiss and Bill Barr—or someone with a conscience inside the Justice Department—should answer that question for the American people,' Ziegler said in a statement to Breitbart News."

427. **01/30/2022** — *New York Post* — JP Morgan Chase subpoenaed in 2019 over Hunter Biden's business deals in China

   a. "The order sent by the Department of Justice to JP Morgan Chase bank asked for the records of any international financial transactions for the past five years involving Hunter, his uncle James Biden and former business partners Devon Archer and Eric Schwerin, according to federal documents. The anti-corruption nonprofit Marco Polo, founded by former Trump administration official Garrett Ziegler, obtained the filing, which targets the financial ties between the four men and the Bank of China. The subpoena was issued by Delaware's US Attorney David Weiss on May 15, 2019. At the time, Hunter's father, Joe Biden, was a presidential candidate."

# December 2021

426. **12/07/2021 —** *World Tribune* **—** Hunter Biden reports: Laptop includes audio record of talk with Walmart chairman on 'pulling the trigger'

    a. "The Marco Polo research group, headed by former Trump White House official Garrett Ziegler, has been conducting in-depth review of materials on the Hunter Biden laptop and other issues related to the 2020 U.S. presidential election. The group makes public its findings including the following transcript of the Penner–Biden planning call:



Hunter Biden & Greg Penner Call Transcript
876KB · PDF file

Download

The classmates from Georgetown spoke on 10/25/2018

Download

# November 2021

427. **11/18/2021 —** *National File* **—** Joe Biden Told Hunter He Had 'No Hesitancy' in Helping With Million Dollar Dispute With Former Business Partner

    a. "National File confirmed the authenticity of the text messages using multiple methods and with assistance from the Marco Polo research group."

428. **11/18/2021 —** *Mike McCormick* **—** HUNTER BIDEN'S AMERICAN HORROR STORY

    a. "What's important to me is the laptop provides evidence of Hunter and Joe breaking laws to further Joe's lust for the presidency — because to me, that's the global evil we now face. And I know this because I wrote a book about Joe lusting to be president and committing malfeasance in office to accomplish that well before any contents of Hunter's laptop were made public. And now I find evidence in the laptop that corroborates what I published in my book Joe Biden Unauthorized and the 2020 Crackup of the Democratic Party. I know, as well, my associates at MarcoPoloUSA.org are writing a detailed report on all

aspects of the laptop, especially instances where laws were broken. There are a lot of them. And best of all, they are finding my book to be of great assistance."

429. **11/17/2021 —** *AmmoLand* **—** Red Flag Gun Laws in Delaware, Is Hunter Biden Getting a Free Pass?

430. **11/12/2021 —** *National File* **—** 'Shove It Down Her F**king Throat': Biden Family Knew Hunter Allegedly Molested Close Minor Relative, Text Messages Show

431. **11/11/2021 —** *National File* **—** Hunter Biden Seemingly Acknowledged Joe Has Dementia in Texts Sent to Psychiatrist

    a. "National File confirmed the authenticity of the text messages using multiple methods and with assistance from the Marco Polo research group."

432. **11/10/2021 —** *Mike McCormick* **—** JOE BIDEN'S "SNAKE IN THE BED" DAUGHTER

433. **11/10/2021 —** *National File* **—** Hunter Told Joe To Run For President In Fiery Text Exchange Seeking 'Chance At Redemption'

    a. "National File confirmed the authenticity of the text messages using multiple methods and with assistance from the Marco Polo research group."

# October 2021

434. **10/20/2021 —** *My Patriots Network* **—** [] Leaked Content From Hunter Biden Laptop Released







**Robert Hunter Biden & Hallie Olivere Biden**

640KB · PDF file

Download

The call took place on 06/23/2018

Download

435. **10/12/2021 —** The Daily 302 Show with Guest Garrett Ziegler

## September 2021

436. **09/22/2021 —** *American Media Periscope* — Garrett Ziegler Shares The Latest Hunter Biden Laptop Findings

437. **09/13/2021 —** *Ashe in America* — You Can't Cancel the Truth; But You Can Dry Up Its Funding


# August 2021

438. **08/31/2021 — *Be Reasonable Podcast***

| 1× | 0:00 | –1:33:32 | ▶ |

439. **08/27/2021 — *CD Media* —** Garrett Ziegler At Marco Polo Goes After Biden Crime Family

440. **08/27/2021 — *TruNews* —** GARRETT ZIEGLER ANNOUNCES ORGANIZATION TO UNCOVER GOVERNMENT CORRUPTION

   a. "Former Trump White House staffer Garrett Ziegler joins TruNews to discuss the launch of Marco Polo, an organization of investigators uncovering the government corruption and coll[u]sion[] found in Hunter Biden's laptop."

# July 2021

441. **07/22/2021 — *The Professor's Record* —** Garrett Ziegler: Trump White House Director Pulls No Punches.



The Professor's Record Transcript
273KB · PDF file
Download

Download

© 2024 Marco Polo · Privacy · Terms · Collection notice

Substack is the home for great writing