```
 1
 2
 3
 4
 5    COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY,
 6    joint with the
 7    COMMITTEE ON THE JUDICIARY
 8    U.S. HOUSE OF REPRESENTATIVES,
 9    WASHINGTON, D.C.
10
11
12
13
14    DEPOSITION OF:    ROBERT HUNTER BIDEN
15
16
17
18                              Wednesday, February 28, 2024
19
20                              Washington, D.C.
21
22
23           The deposition in the above matter was held in room 6220, O'Neill House Office
24    Building, commencing at 10:00 a.m.
```

| | |
|---|---|
| 1 | |
| 2 | Present from the Committee on Oversight and Accountability:   Representatives |
| 3 | Comer, Jordan, Foxx, Grothman, Higgins, Biggs, Mace, Fallon, Donalds, Timmons, Greene, |
| 4 | Boebert, Fry, Langworthy, Burlison, Raskin, Connolly, Krishnamoorthi, Ocasio-Cortez, |
| 5 | Brown, Stansbury, Robert Garcia of California, Frost, Casar, Crockett, Goldman, and |
| 6 | Moskowitz. |
| 7 | Present from the Committee on the Judiciary:   Representatives Issa, Gaetz, |
| 8 | Tiffany, Roy, Bishop, Spartz, Fitzgerald, Cline, Hageman, Lee, Armstrong, Nadler, Swalwell, |
| 9 | Escobar, Dean, and Ivey. |

1    <u>Appearances:</u>

2

3

4    For the COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY:

5

6    ▮▮▮▮▮▮▮▮▮, SENIOR COUNSEL

7    ▮▮▮▮▮▮▮▮▮, COMMUNICATIONS DIRECTOR

8    ▮▮▮▮▮▮▮▮▮, DEPUTY STAFF DIRECTOR

9    ▮▮▮▮▮▮▮▮▮, COUNSEL

10   ▮▮▮▮▮▮▮▮▮, CHIEF COUNSEL FOR INVESTIGATIONS

11   ▮▮▮▮▮▮▮▮▮, GENERAL COUNSEL

12   ▮▮▮▮▮▮▮▮▮, STAFF DIRECTOR

13   ▮▮▮▮▮▮▮▮▮, COUNSEL

14   ▮▮▮▮▮▮▮▮▮, DIRECTOR OF OPERATIONS

15   ▮▮▮▮▮▮▮▮▮, MINORITY CHIEF COUNSEL

16   ▮▮▮▮▮▮▮▮▮, MINORITY SENIOR COUNSEL

17   ▮▮▮▮▮▮▮▮▮, MINORITY COUNSEL

18   ▮▮▮▮▮▮▮▮▮, MINORITY GAO DETAILEE

19   ▮▮▮▮▮▮▮▮▮, MINORITY COUNSEL

20   ▮▮▮▮▮▮▮▮▮, MINORITY DIRECTOR FOR OVERSIGHT AND POLICY

21   ▮▮▮▮▮▮▮▮▮, MINORITY PROFESSIONAL STAFF MEMBER

22   ▮▮▮▮▮▮▮▮▮, MINORITY STAFF DIRECTOR

23   ▮▮▮▮▮▮▮▮▮, MINORITY DEPUTY CHIEF OVERSIGHT COUNSEL



1
2      For the COMMITTEE ON THE JUDICIARY:
3
4      ███████████ , CHIEF CLERK
5      ███████████ , GENERAL COUNSEL
6      ███████████ , COUNSEL
7      ███████████ , SENIOR PROFESSIONAL STAFF MEMBER
8      ███████████ , PROFESSIONAL STAFF MEMBER
9      ███████████ , CHIEF COUNSEL FOR OVERSIGHT
10     ███████████ , CLERK
11     ███████████ , MINORITY OVERSIGHT COUNSEL
12     ███████████ , MINORITY CHIEF OVERSIGHT COUNSEL
13     ███████████ , MINORITY DETAILEE, SUBCOMMITTEE ON
14     CRIME AND FEDERAL GOVERNMENT SURVEILLANCE
15     ███████████ , MINORITY PROFESSIONAL STAFF MEMBER
16
17     For ROBERT HUNTER BIDEN:
18
19     ABBE DAVID LOWELL
20     DAVID KOLANKSY
21     ISABELLA OISHI
22     Winston & Strawn, LLP
23     1901 L Street NW
24     Washington, D.C.   20036

1
2           ▮▮▮▮▮▮▮.   Good morning, everyone.   We'll go on the record now.
3           This is a deposition of Mr. Robert Hunter Biden.   Chairman Comer and Chairman
4    Jordan have requested this deposition as part of the House's formal impeachment inquiry
5    into President Biden as well as the committees' respective oversight responsibilities.
6    The committees are investigating whether sufficient grounds exist to draft Articles of
7    Impeachment against President Biden for consideration by the full House.
8           Mr. Biden's testimony today is relevant to that impeachment inquiry.   In
9    addition, today's testimony is relevant to the committees' ongoing efforts to consider
10   legislative reforms to Federal ethics and financial disclosure laws.   Specifically, the
11   committees seek legislative initiatives that provide transparency when the President's or
12   Vice President's family members engage in financial transactions with foreign nationals,
13   foreign companies, or foreign governments.
14          On February 14, 2024, the House Oversight and Judiciary Committees reissued
15   subpoenas for Mr. Biden to appear at the deposition today, on February 28th of 2024.
16   We will now mark the February 14, 2024, subpoenas as exhibit No. 1, please.

1

2                              [Biden Exhibit No. 1

3                              was marked for identification.]

4           ▓▓▓▓▓.   On February 22, 2024, the committees noticed today's

5    deposition.

6           We will now mark the February 22, 2024, notices as exhibit 2 to this deposition.

7                              [Biden Exhibit No. 2

8                              was marked for identification.]

9           ▓▓▓▓▓.   Would the witness please state your name for the record.

10          Mr. Biden.   Robert Hunter Biden.

11          ▓▓▓▓▓.   Thank you, sir.

12          Could counsel for Mr. Biden please state your name for the record.

13          Mr. Lowell.   Abbe Lowell, David Kolanksy, Bella Oishi from Winston & Strawn

14   representing Mr. Biden.

15          ▓▓▓▓▓.   Thank you very much.

16          My name is ▓▓▓▓▓, and I am general counsel with Chairman Comer's

17   staff.

18          I'll now have everyone else from the committees who are in the room introduce

19   themselves as well.   We have a number of people in the room.   I think it would be best

20   to probably start with the table, and then we can work our way around the back.

21          ▓▓▓▓▓.   ▓▓▓▓▓, Chairman Comer's staff.

22          ▓▓▓▓▓.   ▓▓▓▓▓, chief counsel for investigations, Chairman

23   Comer staff.

24          Chairman Comer.   James Comer.

25          ▓▓▓▓▓.   I'm ▓▓▓▓▓.   I'm a staffer with Mr. Jordan on the House



1      Judiciary Committee.

2           Mr. Jordan.   Jim Jordan, Ohio-4.

3           ███████. ███████████, with Chairman Jordan's staff.

4           ███████. ███████, with Ranking Member Nadler's staff on Judiciary.

5           Mr. Nadler.   Jerry Nadler.

6           ███████. ███████████, with Ranking Member Nadler's staff on the Judiciary

7      Committee.

8           ███████████. ███████████, House Oversight Committee, Ranking Member

9      Raskin's staff.

10          Mr. Raskin.   Jamie Raskin, ranking member of the Oversight Committee.

11          ███████. ███████, with Ranking Member Raskin.

12          ███████.   We can go to the back now.

13          ███████. ███████████, Chairman Comer's staff.

14          ███████. ███████████, Chairman Comer's staff.

15          ███████. ███████████, Chairman Jordan's staff.

16          ███████. ███████████, Chairman Jordan's staff.

17          Mr. Tiffany.   Tom Tiffany, Wisconsin-7.

18          Ms. Lee.   Laurel Lee, Florida's 15th.

19          Mr. Issa.   Darrell Issa, California.

20          Mr. Fallon.   Pat Fallon, Texas-4.

21          Mr. Gaetz.   Matt Gaetz, House Judiciary Committee.

22          Mr. Bishop.   Dan Bishop, North Carolina-8.

23          Mr. Fry.   Russell Fry, South Carolina.

24          Mr. Timmons.   William Timmons, South Carolina-4.

25          Mr. Casar.   Greg Casar, Texas-35.

1        Mr. Biggs.    Andy Biggs, Arizona-5.

2        Mr. Langworthy.    Nick Langworthy, New York-23.

3        Mr. Armstrong.    Kelly Armstrong, North Dakota.

4        ▓▓▓▓. ▓▓▓▓, Chairman Jordan's staff.

5        ▓▓▓▓. ▓▓▓▓, Judiciary Democrats.

6        ▓▓▓▓. ▓▓▓▓, Oversight minority.

7        Ms. Hageman.    Harriet Hageman, State of Wyoming.

8        Mr. Roy.    Chip Roy, Texas-21.

9        Mr. Swalwell.    Eric Swalwell, California.

10       Ms. Stansbury.    Congresswoman Melanie Stansbury, New Mexico-1.

11       Mr. Krishnamoorthi.    Raja Krishnamoorthi, Illinois-8.

12       ▓▓▓▓. ▓▓▓▓, Ranking Member Nadler's staff.

13       ▓▓▓▓. ▓▓▓▓, Ranking Member Nadler's staff.

14       Mr. Goldman.    Dan Goldman from New York.

15       Ms. Dean.    Madeleine Dean from Pennsylvania, Judiciary.

16       ▓▓▓▓. ▓▓▓▓, Oversight minority.

17       ▓▓▓▓. ▓▓▓▓, Oversight minority.

18       ▓▓▓▓. ▓▓▓▓, Oversight minority.

19       ▓▓▓▓. ▓▓▓▓, Oversight minority.

20       ▓▓▓▓ ▓▓▓▓ House Oversight, Democratic staff.

21       ▓▓▓▓. ▓▓▓▓, Oversight minority.

22       ▓▓▓▓.    Thank you.    I think that's everyone.

23       I will now review the ground rules and guidelines that we will follow during

24  today's deposition.    The committees will conduct today's deposition in accordance with

25  the House's regulations for the use of deposition authority.    This regulation is

1   incorporated verbatim into the rules for the Committee on Oversight and Accountability
2   at rule 15 and the Committee on the Judiciary with rule 11.
3           Our questioning will proceed in rounds.  The majority will ask questions for
4   1 hour, and then the minority will have an opportunity to ask questions for an equal
5   period of time if they choose.  There will be one staff counsel per side asking the
6   questions during each round.  To the extent Members have questions for the witness,
7   they will be propounded during their side's respective rounds.
8           The clock will stop if the witness needs to confer with counsel when counsel for
9   the witness is speaking and when Members are speaking during the opposite side's
10  round.  We will alternate back and forth until there are no more questions, and the
11  deposition is over.  We ordinarily take a short break at the end of each hour, but if you
12  would like to take a break apart from that, please just let us know.
13          As you can see, there is an official reporter taking down everything we say to
14  make a written record, so we ask that you give verbal responses to all questions.
15  Mr. Biden, do you understand that?
16          Mr. Biden.  I do.
17          ▮▮▮▮▮▮▮.  So the court reporter can take down a clear record, please try
18  and speak clearly so the court reporter can understand and so the people at the end of
19  the table can hear you.  It is important that we do not talk over one another or interrupt
20  each other if we can help it, and that goes for everybody present at today's deposition.
21          We want you to answer our questions in a complete and truthful manner.  If you
22  do not understand one of our questions or need clarification about what we are seeking,
23  please let us know.  If you do not know the answer to a question or do not remember,
24  please tell us what you do know and what you do remember.  It is okay to tell us if you
25  learned information from someone else, just indicate how you came to know that

1    information.

2         If there are things you do not know or cannot remember, just say so, and please

3    inform us who, to the best of your knowledge, might be able to provide a more complete

4    answer to the question.

5         By law, you are required to answer the questions from Congress truthfully.   Do

6    you understand that?

7         Mr. Biden.   I do.

8         ▮▮▮▮▮▮.   This also applies to questions posed by congressional staff in a

9    deposition.   Do you understand that?

10        Mr. Biden.   I do.

11        ▮▮▮▮▮▮.   Witnesses who knowingly provide false testimony could be

12   subject to criminal prosecution for perjury.   This includes, for example, stating that you

13   do not recall or remember something when in fact you do.   Do you understand this?

14        Mr. Biden.   I do.

15        ▮▮▮▮▮▮.   Furthermore, you cannot tell half-truths or exclude information

16   necessary to make statements accurate.   You are required to provide all information

17   that would make your response truthful.   A deliberate failure to disclose information can

18   constitute a false statement.   Do you understand this?

19        Mr. Biden.   I do.

20        ▮▮▮▮▮▮.   Is there any reason you are unable to provide truthful answers to

21   today's questions?

22        Mr. Biden.   No.

23        ▮▮▮▮▮▮.   The Federal rules of evidence, criminal and civil procedures, are

24   not applicable for today's deposition.   Under the House deposition regulation, a witness'

25   attorneys may not instruct a witness to refuse to answer a question except to preserve a

1   privilege.   The House recognizes constitutionally based privileges and not necessarily

2   those privileges derived from common law.

3            Finally, I will make note for the Members and staff that the contents of what we

4   discuss in the deposition today is confidential under the House deposition regulation.

5   Under the rules, the chairman and ranking minority member shall consult before any

6   release of testimony, transcripts, including portions thereof.

7            Mr. Swalwell.   Hey, Chairman, about that, parliamentary inquiry, when are you

8   going to release this transcript?

9            ███████ ████████.   I'm going to get to that in one moment, sir.

10           Mr. Swalwell.   I'm asking the chairman, not you.

11  Chairman Comer, when are you going to release the transcript on this?

12           Chairman Comer.   We're conducting the deposition.

13           Mr. Swalwell.   Yeah, but you've got 91 of them buried and --

14           Chairman Comer.   I don't care what your question is.

15           Mr. Nadler.   Well, I care what his question is.   When are you going to release

16  the transcript?   There are 91 transcripts that haven't been released yet.

17           Chairman Comer.   We will release the deposition -- the transcripts like we always

18  do when we agree to release the deposition, the transcripts.

19           Mr. Swalwell.   Shouldn't the witness know?

20           ███████ ████████.   Yeah, we want to put the transcript out within a day.

21           Mr. Nadler.   Within a day?   Very good.   Thank you.

22           ███████ ████████.   We'll do our best, yeah.

23           Mr. Swalwell.   In English or Russian?

24           ███████ ████████.   Excuse me?   What'd you say?

25           Chairman Comer.   We've already answered the question, Eric, and we're not

1     going to tolerate outbursts like we had the last time.

2         Mr. Nadler.   He said within a day.   That's fine.

3         ███████.   This means it is a violation of House and committee rules to

4     disclose content of the deposition prior to its official release.   For this reason --

5         Mr. Nadler.   Can you speak a little louder, please.

6         ███████.   For this reason, the marked exhibits that we will use today will

7     remain with the court reporter so that they can go in the official transcript, and any

8     copies of those exhibits will be kept at the table, returned to us when we wrap up.

9         It is the intent of the chairman to release the deposition transcript as soon as

10    practical after receipt of the transcript, hopefully within 24 hours of receipt.   If Ranking

11    Member Raskin or Ranking Member Nadler choose to raise an objection to the release of

12    such transcript, we ask that they do so with this timeframe in mind.

13        Before we begin the first round of questions, we will afford the minority, the

14    witness, and counsel for the witness the opportunity to offer any preliminary remarks.

15    We'll start with the minority to allow them remarks, and then we'll proceed with you,

16    Mr. Biden, if you would like to.

17        Mr. Raskin.   ███████, I just want the record to reflect that Mr. Moskowitz,

18    Mr. Ivey, Ms. Ocasio-Cortez, Mr. Connolly, Mr. Frost have arrived and are present.

19        ███████.   Thank you, sir.

20        Mr. Raskin.   Oh, and Ms. Crockett has arrived as well.

21        Mr. Lowell.   Thank you, ███████.

22        ███████.   Thank you.

23        Mr. Lowell.   Your reciting the rules are exactly accurate, but I'd be remiss if I

24    didn't point out, for example, in the question that was asked by one of the Members,

25    that, in addition to that, you and your colleagues and I have had conversations and

1  exchanges about how this will proceed as well, which may or may not be included in the
2  written rules of the committee or in the written rules of the House.
3     But there's nothing that you've said that ought to turn into some conflict about
4  that.   For example, on the issue of the release of the transcript, there is an outside limit
5  that it has to be done no later than 36 and preferably 24, as one example.   And, in terms
6  of the other issues that you said, I don't know that that will come up, so let's see if it
7  does.   Otherwise, we're prepared to begin, and Mr. Biden does have an opening
8  statement.
9     ▮▮▮▮▮▮▮.   Thank you, sir.
10     And, Mr. Biden, you can give your opening statement whenever you would like.
11     Mr. Biden.   Thank you.
12     I am here today to provide the committees with the one uncontestable fact that
13  should end the false premise of this inquiry:   I did not involve my father in my business,
14  not while I was a practicing lawyer, not in my investments or transactions, domestic or
15  international, not as a board member, and not as an artist, never.
16     You read this fact in the many letters that have been sent to you over the last year
17  as part of your so-called impeachment investigation.   You heard this fact when I said it
18  weeks ago standing outside of this building.   You heard this fact from a parade of other
19  witnesses, former colleagues, and business partners of mine, including my uncle, who has
20  testified before you in similar proceedings.   And now, today, you hear this fact directly
21  from me.
22     For more than a year, your committees have hunted me in your partisan political
23  pursuit of my dad.   You have trafficked in innuendo, distortion, and sensationalism, all
24  the while ignoring the clear and convincing evidence staring you in the face:   You do not
25  have evidence to support the baseless and MAGA-motivated conspiracies about my

1   father because there isn't any.

2   You have built your entire partisan house of cards on lies told by the likes of Gal

3   Luft, Tony Bobulinski, Alexander Smirnov, and Jason Galanis.   Luft, who is a fugitive, has

4   been indicted for his lies and other crimes; Smirnov, who has made you dupes in carrying

5   out a Russian disinformation campaign waged against my father, has been indicted for

6   his lies; Bobulinski, who has been exposed for the many false statements he has made;

7   and Galanis, who is serving 14 years in prison for fraud.

8   Rather than follow the facts as they've been laid out before you in bank records,

9   financial statements, correspondence, and other witness testimony, you continue your

10  frantic search to prove the lies you and those you rely upon keep peddling.  Yes, they are

11  lies.

12  To be clear, I have made mistakes in my life, and I have squandered opportunities

13  and privileges that were afforded to me.   I know that.   I am responsible for that.

14  And I am making amends for that.   But my mistakes and my shortcomings are my own

15  and not my father's, who has done nothing but devote his entire life to public service

16  and trying to make this country a better place to live.

17  During my battle with addiction, my father was there for me.   He helped save

18  my life.   His love and support made it possible for me to get sober, stay sober, and

19  rebuild my life as a father, a son, a husband, and a brother.   What he got in return for

20  being a loving, supportive parent is a barrage of hate-filled conspiracy theories that

21  hatched this sham impeachment inquiry and continue to fuel unrelenting personal

22  attacks against him and me.

23  Over the last year, Republicans have taken my communications out of context,

24  relied on documents that have been altered, and cherry-picked snippets of financial or

25  other records to misrepresent what really happened.   Examples of this include a few

26  references to my family in emails or texts that I sent when I was in the darkest days of my

1     addiction.   If you try to do that today, my answers will reveal your tactics and

2     demonstrate the truth that my father was never involved in any of my businesses.

3           My testimony today should put an end to this baseless and destructive political

4     charade.   You have wasted valuable time and resources attacking me and my family for

5     your own political gain when you should be fixing the real problems in this country that

6     desperately need your attention.   Thank you.

7           ▇▇▇▇▇▇▇.   Thank you, sir.   Would you like us to mark that as an exhibit into

8     the record or do you just --

9           Mr. Lowell.   He just read it into the record.   I think that's fine.

10          ▇▇▇▇▇▇▇.   Thank you, sir.

11          Mr. Goldman.   Mr. Chairman, or counsel, do you have -- it sounds like there's a

12    scope agreement that you reached with --

13          ▇▇▇▇▇▇▇.   We didn't reach any scope agreement.   We agreed to send

14    Mr. Lowell topics that we were interested in pursuing.

15          Mr. Lowell.   I would say that we don't have an agreement that specifies exactly

16    what will or will not be asked.   We have topics that you sent, but I made very clear to

17    counsel for the majority what topics would be off limits given the stated purpose of this

18    event, which is, as you just stated, an inquiry into the possible impeachment resolution

19    and the oversight on the kinds of topics that you said.   And we'll have to see whether or

20    not that is or what is not going to be done today, but we'll be premature until they try.

21          Mr. Goldman.   So there's nothing in writing?

22          Mr. Lowell.   There is something in writing.

23          Mr. Goldman.   Can the minority please see that?

24          Mr. Lowell.   The exchange between counsel for the committees and myself is an

25    exchange between us.   I don't know that it's -- right now, I don't necessarily even have

1          Certificate of Deponent/Interviewee

2

3

4     I have read the foregoing ____ pages, which contain the correct transcript of the

5     answers made by me to the questions therein recorded.

6

7

8

9                              _____

10                                        Witness Name

11

12

13                             _____

14                                            Date

15