
1

2

3

4

5     COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY,

6     joint with the

7     COMMITTEE ON THE JUDICIARY,

8     U.S. HOUSE OF REPRESENTATIVES,

9     WASHINGTON, D.C.

10

11

12

13

14     INTERVIEW OF:    MERVYN YAN

15

16

17

18                              Thursday, January 25, 2024

19

20                              Washington, D.C.

21

22

23         The interview in the above matter was held in room 6480, O'Neill House Office

24     Building, commencing at 9:59 a.m.

25         Present:   Representative Jordan.

1   this email is addressed to Hunter.   So I didn't, to my recollection, I didn't respond to this
2   email.
3       Q   So it's your position that if you're cc'd on an email from somebody but you
4   don't respond, that's not considered contact with that person?   That's how you define
5   contact?
6       A   I've never met Maggie.   So I don't know her.   So assuming that she was
7   just working for James Biden, that's to the extent that I -- I can put -- I can confirm that.
8       Q   All right.   Now we'll go to exhibit 5 then, which is another email, W-9 email.
9       [Yan Exhibit No. 5
10       was marked for identification.]
11       Ms. Dayananda.   This is another exhibit that was not provided to counsel.
12       Mr. ▓.   And this is another exhibit that was found after you sent a letter
13   saying that he had no contact with the Lion Hall Group.
14       Mr. ▓.   And just for the record, is this email from Biden laptop
15   email.com?
16       Mr. ▓.   Correct.
17       Mr. ▓.   So that laptop maintained by Garrett Ziegler?
18       Mr. ▓.   ==I believe it's maintained by a 501(c)(3), is my understanding==.
19       Mr. ▓.   Along with Mr. Ziegler, who has stated that --
20       Mr. ▓.   Off the record.   Off the record.
21       [Discussion off the record.]
22       Mr. ▓.   Please go back on the record.
23       BY MR. ▓:
24       Q   Mr. Yan, this email, the subject is "W-9," and it's from you to Hunter Biden,
25   to James Biden, and then to Sara Biden, and Sara Biden's email address is

1   the terms that Hunter Biden were proposing were much different than what you had

2   initially understood.

3       A     My understood same as Kevin's, is that this was a consulting firm, which

4   Kevin in the middle part of that email is saying that's the future dates come from the

5   consulting fee.

6       Q     Not just from introductions alone?

7       A     I have no knowledge of that.   Was not involved in any of the previous

8   discussions.

9       Mr. ▮▮▮▮▮.   Our time is up.   So we will take now a 10- or 15-minute break.

10  It is up to you, assuming you'd like to do 10 or 15.

11      Ms. Dayananda.   We can go off the record.

12      [Recess.]

13      Mr. ▮▮▮▮▮.   Before we return to Mr. Yan, I just wanted to make a few points

14  on the record with regard to issues of foundation and authenticity regarding some of the

15  exhibits used during a previous line of questioning.   I am raising these now because our

16  majority counterparts refused to allow us to make these points on the record at the time.

17  But, in particular, what was described off the record was that exhibit 4 is an email that

18  was not provided by -- none of the emails discussed today were provided by the witness,

19  Mr. Yan.   Exhibit 4 is an email that majority counsel represented came from a hard drive

20  purportedly from a copy of a laptop belonging to Hunter Biden that is in the possession of

21  the majority but the majority has not made available to the minority.   And so we do not

22  have access to this email or any of the contents of the hard drive in the majority's

23  possession.

24      Exhibit 5 is an email purportedly from a website, which I believe is

25  hunterbidenlaptop.com, which is a website maintained by an entity belonging to Garrett

1   Ziegler, a former official in the Trump administration who worked with Peter Navarro.

2   And, according to news reports, Mr. Ziegler obtained what he purports to be a hard drive

3   copy of the Hunter Biden's laptop from Rudy Giuliani and individuals working with

4   Mr. Giuliani.   And so that obviously poses some significant questions as to the

5   foundation and authenticity of these exhibits introduced by my majority counterparts,

6   which are emails going back 5 or 6 years at this point.

7       With that, I will turn it over it my colleague.

8                           EXAMINATION

9       BY MS. ▮▮▮▮▮:

10  Q   Hi, Mr. Yan.   I have a couple questions for you.

11      You met Hunter Biden in May 2017, right?

12  A   That is correct.

13  Q   You attended a 15-minute meeting with Hunter and his uncle, James Biden?

14  A   That is right.

15  Q   Was that the first time you meet both Hunter and James?

16  A   Yes.

17  Q   Shortly you became involved with a joint venture Hudson West III, that was

18      in part formed by Hunter, correct?

19  A   Yes.

20  Q   Around when was that?

21  A   I believe the joint venture was signed in August 2017.

22  Q   Is it fair to say that you started working with Hunter and James in the spring

23      and summer of 2017?

24  A   Spring and summer, no.

25  Q   When did you start working with Hunter and James?

I also wanted to note for the record that my Republican colleagues continue to introduce emails going back several years. Exhibits 14, 15, 16 come to mind. We still don't know the origin of those emails, whether they are from the secret hard drive that the majority has and refuses to share with the minority, or from Garrett Ziegler's website who, once again, is a former Trump White House aide who worked for Peter Navarro and who, according to news reports, received what he purports to be a copy of the hard drive from Hunter Biden's laptop from Rudy Giuliani and his associates.

And then, on the basis of these emails of unknown origin on the one hand and investigator notes and summaries on the other, riddled with errors, asking the witness to opine and speculate on conversations that happened years ago, many of which did not even involve him. And so I just wanted to make sure the record is clear on that.

Ms. [redacted]. We can go off the record.

[Discussion off the record.]

Mr. [redacted]. Mr. Yan, are you familiar with an entity known as SinoHawk?

Mr. Yan. No.

BY MR. [redacted]:

Q You mentioned last time I was asking you some questions about something you told the FBI, and I just wanted to -- could you identify -- have you spoken to the FBI? Have you been interviewed?

A Yes, once with FBI and the second one IRS agents.

Q Okay. Do you remember when that was?

I'm not going to ask you about the content of what you told the FBI or what you told the IRS. I just want to sort of identify --

Ms. Dayananda. The timeline.

Mr. [redacted]. Yes.

1      Certificate of Deponent/Interviewee

2

3

4      I have read the foregoing _____ pages, which contain the correct transcript of the

5      answers made by me to the questions therein recorded.

6

7

8

9                                                     _____

10                                                     Witness Name

11

12

13                                                     _____

14                                                     Date

15

Memorandum: ERRATA Sheet Attachment to the Transcript of Mr. Mervyn Yan's Interview Before the House Committee on Oversight and Accountability and House Committee on the Judiciary (January 25, 2024)

Date: February 5, 2024

Re: Submitted Corrections by Mr. Mervyn Yan's Counsel to the Transcript of Mr. Yan's Interview Before the House Committee on Oversight and Accountability and House Committee on the Judiciary (January 25, 2024)

## ERRATA

| Page | Line | Change |
|---|---|---|
| 28 | 1 | Change "traffic" to "travel" |
| 38 | 13 | Change "[inaudible]" to "the Yale Club" |
| 44 | 23 | Change "Street" to "Three" |
| 46 | 8 | Change "Palmer" to "Monochrome" |
| 74 | 9 | Change "No" to "Not" |
| 88 | 5 | Change "Waxing" to "Huaxin" |
| 88 | 6 | Change "Waxing" to "Huaxin" |
| 88 | 14 | Change "Waxing" to "Huaxin" |
| 88 | 17 | Change "Waxing" to "Huaxin" |
| 88 | 21 | Change "Waxing" to "Huaxin" |
| 98 | 10 | Change "Waxing" to "Huaxin" |
| 114 | 15 | Change "CFC" to "CEFC" |
| 114 | 16 | Change "CFC" to "CEFC" |
| 119 | 20 | Change "freelander" to "freelancer" |
| 124 | 8 | Change "CFC" to "CEFC" |
| 126 | 18 | Change "CFC" to "CEFC" |
| 126 | 19 | Change "CFC" to "CEFC" |
| 128 | 20 | Change "CFC" to "CEFC" |
| 128 | 21 | Change "CFC" to "CEFC" |
| 138 | 23 | Change "Willkey" to "Willkie" |
| 139 | 10 | Change "Willkey" to "Willkie" |
| 140 | 4 | Change "Willkey's" to "Willkie's" |