1
2
3
4
5    COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY,
6    joint with the
7    COMMITTEE ON THE JUDICIARY,
8    U.S. HOUSE OF REPRESENTATIVES,
9    WASHINGTON, D.C.
10
11
12
13
14   INTERVIEW OF:    JOHN ROBINSON WALKER
15
16
17
18                              Friday, January 26, 2024
19
20                              Washington, D.C.
21
22
23       The interview in the above matter was held in Room 6480, O'Neill House Office
24   Building, commencing at 10:00 a.m.
25       Present:   Representatives Jordan and Raskin.

1        Mr.          .   As you sit here today, Mr. Walker, do you have any knowledge of
2    where the committee got exhibit 4 from?
3        Mr. McAndrew.   It's just -- do you know where they got it from?
4        Mr. Walker.   I don't know for sure.
5        Mr.          .   Based on the markings at the bottom of this email, it appears
6    that this email, like others used during the course of this investigation by my Republican
7    colleagues, comes from a website, bidenlaptopemails.com.   Is that correct?
8        I'm asking my colleagues from the majority.
9        Mr.          .   Yes.
10       Mr.          .   So --
11       Ms.       .   For the record, he said yes.
12       Mr.          .   Bidenlaptopemails.com is a website maintained by an individual
13   called Garrett Ziegler, who's a former Trump administration official who worked for Peter
14   Navarro, who, according to press outlets, received what he purports to be a copy of the
15   hard drive from Hunter Biden's laptop from Rudy Giuliani and his associates.
16       I noticed that during the last round of questioning, my Republican colleagues did
17   not ask you to authenticate this email, meaning they didn't go through and ask you,
18   Mr. Walker, this is an email from February 26th, 2015.   Do you remember sending this
19   email?   And by that, I mean, do you remember each and every word on this email, such
20   that when you look at this, you know that this is a true, accurate, and authentic copy of
21   an email that purports to be between you and Hunter Biden in 2015?
22       And so I'm going to ask you, Mr. Walker, are you able, as you sit here today, to
23   authenticate this email?
24       Mr. Walker.   I don't think I would be able to authenticate it unless I saw it come
25   from --

1       Mr. McAndrew.    It's just a yes or no answer.

2       Mr. Walker.   I don't know how I would authenticate it.

3       Mr. McAndrew.    It's a yes or no answer.

4       Mr. ███.   So you cannot authenticate this document that --

5       Mr. Walker.   No.

6       Mr. ███.   -- comes from the Garrett Ziegler's hunterbidenlaptop.com [sic] website, correct?

8       Mr. Walker.   That's correct.

9       Can I take a moment and talk to my lawyers?

10      Ms. ███.   Sure.

11      Mr. ███.   We can go off the record, please.

12      [Discussion off the record.]

13      Ms. ███.   We're back on the record.

14      Is there anything you wanted to --

15      Mr. McAndrew.    Put on the record?

16      Ms. ███.   -- put on the record?

17      Mr. Walker.   I just had some names confused, and I was concerned, and it was alleviated.

19      Mr. McAndrew.    It was about the website.   Yeah, it was about the website. He just had confusion with the Ziegler name.

21      Ms. ███.   Mr. Raskin, did you have some questions?

22      Mr. Raskin.   Yes.

23      Mr. Walker, just back to the Four Seasons --

24      Mr. Walker.   Yes.

25      Mr. Raskin.   -- luncheon meeting.   Is it accurate to say that Joe Biden was a

| | |
|---|---|
| 1 | Mr. Walker.   Thank you. |
| 2 | BY MR. ▓▓▓▓▓▓▓ : |
| 3 | Q   And this is an email from 6, 7 years ago.   Are you in a position to |
| 4 | authenticate every word in this email based on your recollection? |
| 5 | A   Not every word, no. |
| 6 | Q   And I'll represent for the record that, based on the markings on this |
| 7 | document, this is another email that comes from the website, "bidenlaptopemails.com," |
| 8 | which is a website maintained by Garrett Ziegler, former White House Trump |
| 9 | administration staffer who worked for Peter Navarro, who has told the press that he got |
| 10 | his copy -- what he purports to be a copy of the Hunter Biden laptop hard drive from Rudy |
| 11 | Giuliani and his associates. |
| 12 | Moving now to Exhibit 15, I believe my majority colleagues read what they |
| 13 | purported to be WhatsApp messages from this document, but I want to be very clear. |
| 14 | Exhibit 15 does not contain any actual WhatsApp messages.   Is that correct? |
| 15 | A   It appears so, yes. |
| 16 | Q   Meaning it does not actually contain any WhatsApp messages, correct? |
| 17 | A   It appears that there are no WhatsApp messages here. |
| 18 | Q   In fact, all these are are summaries and notes on what are purported to be |
| 19 | WhatsApp messages that, as was made clear in my majority counterparts' reading, is in |
| 20 | fact riddled with errors and typos? |
| 21 | A   And brutally small text. |
| 22 | Q   I now want to move on to a series of exhibits:   10, 11, 12, 13, 14, and 17. |
| 23 | Mr. McAndrew.   10, 11, 12, 13, 14, and 17.   Okay. |
| 24 | Mr. Walker.   Okay.   I'm ready. |
| 25 | BY MR. ▓▓▓▓▓▓▓ : |

1              Certificate of Deponent/Interviewee

2

3

4       I have read the foregoing ____ pages, which contain the correct transcript of the

5       answers made by me to the questions therein recorded.

6

7

8

9                                          _____

10                                                     Witness Name

11

12

13                                         _____

14                                                         Date

15

Memorandum: ERRATA Sheet Attachment to the Transcript of Mr. John Robinson Walker's Interview Before the House Committee on Oversight and Accountability and House Committee on the Judiciary (January 26, 2024)

Date: February 5, 2024

Re: Submitted Corrections by Mr. John Robinson Walker's Counsel to the Transcript of Mr. Walker's Interview Before the House Committee on Oversight and Accountability and House Committee on the Judiciary (January 26, 2024)

## ERRATA

| Page | Line | Change |
|---|---|---|
| 39 | 9 | Add "it" |
| 40 | 7 | Remove "with" |
| 67 | 3 | Change "he'd" to "we'd" |
| 119 | 16 | Change "Se" to "So" |
| 177 | 3 | Change "him" to "them" |