1

2

3

4     COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY,

5     joint with the

6     COMMITTEE ON THE JUDICIARY

7     U.S. HOUSE OF REPRESENTATIVES,

8     WASHINGTON, D.C.

9

10

11

12    INTERVIEW OF:    JAMES BRIAN BIDEN

13

14

15

16                          Wednesday, February 21, 2024

17

18                                Washington, D.C.

19

20

21         The interview in the above matter was held in room 6480, O'Neill House Office

22    Building, commencing at 10:39 a.m.

23         Present:   Representatives Comer, Jordan, Gaetz, Biggs, Timmons,and Raskin.

1          Mr. Fishman.   Okay.   That's fine.   Thanks.

2          We're not looking at it now, though.   That's fine.   That's all.

3          Mr. ▮.   Yeah, we're going to give you the same email from a different

4   source.

5          Mr. Fishman.   Okay.

6          Mr. ▮   Sometimes the email's from a laptop website, but it'd provoke a

7   whole thing.   So we're going to get you one.

8          Mr. Fishman.   We don't know where it's from anyway.   So that's fine.

9          Mr. ▮   What's that?

10         Mr. Fishman.   We don't know where it's from anyway.   So that's fine.

11         Mr. ▮.   We're just subbing out as the new 14.

12         Mr. Biden.   This is the new 14.

13         Mr. ▮.   Yep.

14         Mr. Fishman.   Much clearer.

15         Mr. ▮.   So this is the famous "10 held by H for the big guy" email, which I'm

16  sure you've seen before.

17         Mr. Fishman.   Well, not -- not contemporaneously because he's not on it, right?

18         Mr. ▮.   Understood.   But it's been covered in the news and so forth.

19         Mr. Fishman.   Yeah, yeah.

20         Mr. ▮.   So this is an email from James Gilliar to Tony Bobulinski.   Rob

21  Walker is cc'd, and so is Hunter Biden.   Mr. Gilliar is going through.   At the bottom, he

22  divides out.

23         He states, "At the moment, there is a provisional agreement that the equity will

24  be distributed as follows."   20 for H, which presumably is Hunter Biden; 20 for RW,

25  which is Rob Walker; 20 for JG, which presumably is James Gilliar; 20 for TB, Tony

```
1                    Certificate of Deponent/Interviewee
2
3
4        I have read the foregoing ____ pages, which contain the correct transcript of the
5     answers made by me to the questions therein recorded.
6
7
8
9                                    _____
10                                          Witness Name
11
12
13                                   _____
14                                              Date
15
```

# Arnold & Porter

Paul J. Fishman

February 29, 2024

**VIA E-MAIL**

General Counsel
Committee on Oversight and Accountability

Re:   **Errata for Transcribed Interview of James Biden**

Dear Mr. ▮:

On behalf of our client, James Biden, we have attached a list of errata in the draft transcript of his voluntary interview.

Best regards,



Paul J. Fishman

cc: ▮

Attachment enclosed

Arnold & Porter Kaye Scholer LLP
One Gateway Center, Suite 1025  |  Newark, NJ 07102-5315  |  www.arnoldporter.com

US 175608612v1

**Errata Sheet**

James Biden – February 21, 2024 Transcribed Interview

- Global: change "Boonville" to "Booneville"
- Global: change "Burist" to "Briest"
- Global: change "Metro Gas" to "Metrogas"
- P. 14, line 11 – change "Murkowsky" to "Mersky"
- P. 37, line 25 – remove "that" before "we could repopulate"
- P. 55, line 6 – change to "a little bit of a wilder side than Beau"
- P. 60, line 6 – remove "what" before "I became"
- P. 85, line 16 – change "82-5" to "82.5"
- P. 89, lines 17-18 – replace "in help situation – help situation –" to "to help situating"
- P. 94, line 5 – replace "Robin – Walker" with "Robinson Walker"
- P. 110, line 22 – change "gave" to "give"
- P. 112, line 16 – change "LLP" to "LLC"
- P. 115, line 7 – remove "General" before "Richard Ieyoub"
- P. 116, line 7 – add comma after "he"
- P. 116, line 9 – add "it" before "was identified to him"
- P. 117, line 14 – remove "potential" before "first deal"
- P. 117, line 22 – remove "this" before "Carlos Slim"
- P. 117, line 22 – remove "on" after "contemplating"
- P. 119, line 2 – change "project" to "projects"
- P. 120, line 23 – remove "to" before "when"
- P. 121, line 2 – change "30- or $40 billion" to "$30 or 40 billion"
- P. 122, line 8 – change "provided" to "provide"
- P. 122, line 24 – add "have" after "don't"
- P. 124, line 21 – remove "there were" before "basically nothing"
- P. 126, line 3 – remove "is" before "it's ludicrous"
- P. 127, line 6 – remove "was"
- P. 127, line 21 – remove "when"
- P. 128, line 18 – change "lean" to "line"
- P. 129, line 22 – remove "has never" before "signed anything"
- P. 133, line 17 – change "Beverly hotel" to "Beverly Hotel"
- P. 133, line 19 – change "Beverly hotel" to "Beverly Hotel"
- P. 141, line 3 – replace "The –" with "This"
- P. 142, line 5 – remove "be" after "Rob Walker"
- P. 150, line 22 – change "Ayoub" to "Ieyoub"
- P. 151, line 5 – change "Ayoub" to "Ieyoub"
- P. 151, line 8 – change "Ayoub" to "Ieyoub"
- P. 162, line 12 – change "dealings" to "dealing"
- P. 172, line 16 – change "New Jersey" to "Delaware"
- P. 190, line 14 – change "." to "?" after "Gonna start now"

- P. 202, line 15 – remove "that" and replace with a period
- P. 206, line 11 – remove "Carlos Slim" after "Mexico"
- P. 206, line 20 – change "wealthy individuals wealthy individuals" to "wealthy individuals"
- P. 207, line 24 – change "why" to "where"
- P. 213, line 12 – change "main -- that – you know" to "main thing, you know"