🇺🇸 **An official website of the United States government**
Here's how you know

Home › Campaign finance data › Browse data › Individual contributions

# Individual contributions

Viewing **21** filtered results for:   Reset filters

"Hernan Vera"   or   "Hernan D. Vera"   "Los Angeles"

| Contributor name | Recipient | State | Employer | Receipt date | Amount |
|---|---|---|---|---|---|
| VERA, HERNAN | BIDEN FOR PRESIDENT | CA | BIRD MARELLA | 09/29/2020 | $100.00 |
| VERA, HERNAN | ACTBLUE | CA | BIRD MARELLA | 09/29/2020 | $100.00 |
| VERA, HERNAN | JIMMY GOMEZ FOR CONGRESS | CA | BIRD MARELLA | 09/27/2020 | $1,000.00 |
| VERA, HERNAN | BIDEN FOR PRESIDENT | CA | BIRD MARELLA | 09/23/2020 | $250.00 |
| VERA, HERNAN | BIDEN VICTORY FUND | CA | BIRD MARELLA | 09/23/2020 | $250.00 |
| VERA, HERNAN | GOMEZ VICTORY FUND | CA | BIRD MARELLA | 09/21/2020 | $1,000.00 |
| VERA, HERNAN | BIDEN FOR PRESIDENT | CA | BIRD MARELLA | 09/05/2020 | $1,000.00 |
| VERA, HERNAN | BIDEN VICTORY FUND | CA | BIRD MARELLA | 09/05/2020 | $1,000.00 |

| Contributor name | Recipient | State | Employer | Receipt date | Amount |
|---|---|---|---|---|---|
| VERA, HERNAN | BIDEN FOR PRESIDENT | CA | BIRD MARELLA | 08/11/2020 | $250.00 |
| VERA, HERNAN | BIDEN VICTORY FUND | CA | BIRD MARELLA | 08/11/2020 | $250.00 |
| VERA, HERNAN | ACTBLUE | CA | BIRD MARELLA | 08/10/2020 | $100.00 |
| VERA, HERNAN | ACTBLUE | CA | BIRD MARELLA | 07/29/2020 | $25.00 |
| VERA, HERNAN | ACTBLUE | CA | BIRD MARELLA | 11/18/2019 | $100.00 |
| VERA, HERNAN | ACTBLUE | CA | BIRD MARELLA | 06/19/2018 | $50.00 |
| VERA, HERNAN DIEGO | TONY CARDENAS FOR CONGRESS | CA | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, | 04/11/2018 | $250.00 |
| VERA, HERNAN D | SCHIFF FOR CONGRESS | CA | BIRD MARELLA | 04/03/2018 | $500.00 |
| VERA, HERNAN | JIMMY GOMEZ FOR CONGRESS | CA | BIRD MARELLA | 08/30/2017 | $500.00 |
| VERA, HERNAN | JIMMY GOMEZ FOR CONGRESS | CA | BIRD MARELLA | 06/03/2017 | $1,000.00 |
| VERA, HERNAN | MARIA CABILDO FOR CONGRESS | CA | BIRD MARELLA | 03/25/2017 | $1,500.00 |
| VERA, HERNAN | JIMMY GOMEZ FOR CONGRESS | CA | BIRD MARELLA | 12/30/2016 | $2,700.00 |
| VERA, HERNAN | HILLARY FOR AMERICA | CA | BIRD MARELLA | 10/28/2015 | $1,000.00 |

Results per page: 30

Showing 1 to 21 of 21 entries