# H. Res. 918

# *In the House of Representatives, U. S.,*

*December 13, 2023.*

*Resolved,* That the Committees on Oversight and Accountability, Ways and Means, and the Judiciary are directed to continue their ongoing investigations as part of the House of Representatives inquiry into whether sufficient grounds exist for the House of Representatives to exercise its Constitutional power to impeach Joseph Biden, President of the United States of America, including as set forth in the memorandum issued by the Chairs of the Committees on Oversight and Accountability, Ways and Means, and Judiciary of the House of Representatives, entitled ''Impeachment Inquiry'', dated September 27, 2023.

**SEC. 2. INVESTIGATIVE PROCEEDINGS BY THE COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY.**

For the purpose of continuing the investigation described in the first section of this resolution, the Committee on Oversight and Accountability is authorized to conduct proceedings pursuant to this resolution as follows:

2

(1) The chair of the Committee on Oversight and Accountability may designate an open hearing or hearings pursuant to this section.

(2) Notwithstanding clause 2(j)(2) of rule XI of the Rules of the House of Representatives, upon recognition by the chair for such purpose under this paragraph during any hearing designated pursuant to paragraph (1), the chair and ranking minority member of the Committee on Oversight and Accountability shall be permitted to question witnesses for equal specified periods of longer than five minutes, as determined by the chair. The time available for each period of questioning under this paragraph shall be equal for the chair and the ranking minority member. The chair may confer recognition for multiple periods of such questioning, but each period of questioning shall not exceed 90 minutes in the aggregate. Only the chair and ranking minority member, or an employee of the Committee on Oversight and Accountability if yielded to by the chair or ranking minority member, may question witnesses during such periods of questioning. At the conclusion of questioning pursuant to this paragraph, the committee shall proceed with questioning under the five-minute rule pursuant to clause 2(j)(2)(A) of rule XI.

3

(3) To allow for full evaluation of minority witness requests, the ranking minority member may submit to the chair, in writing, any requests for witness testimony relevant to the investigation described in the first section of this resolution within 72 hours after notice is given for the first hearing designated pursuant to paragraph (1). Any such request shall be accompanied by a detailed written justification of the relevance of the testimony of each requested witness to the investigation described in the first section of this resolution.

(4)(A) The ranking minority member of the Committee on Oversight and Accountability is authorized, with the concurrence of the chair of the Committee on Oversight and Accountability, to require, as deemed necessary to the investigation—

(i) by subpoena or otherwise—

(I) the attendance and testimony of any person (including at a taking of a deposition); and

(II) the production of books, records, correspondence, memoranda, papers, and documents; and

(ii) by interrogatory, the furnishing of information.

4

(B) In the case that the chair declines to concur in a proposed action of the ranking minority member pursuant to subparagraph (A), the ranking minority member shall have the right to refer to the committee for decision the question whether such authority shall be so exercised and the chair shall convene the committee promptly to render that decision, subject to the notice procedures for a committee meeting under clause 2(g)(3)(A) and (B) of rule XI.

(C) Subpoenas and interrogatories so authorized may be signed by the ranking minority member, and may be served by any person designated by the ranking minority member.

(5) The chair is authorized to make publicly available in electronic form the transcripts of depositions conducted by the Committee on Oversight and Accountability in furtherance of the investigation described in the first section of this resolution, with appropriate redactions for classified and other sensitive information.

(6) The Committee on Oversight and Accountability may issue a report setting forth its findings and any recommendations and appending any information and materials the Committee on Oversight and Accountability may deem appropriate with respect to the investigation described in the first section of this resolution. The chair

may transmit such report and appendices, along with any supplemental, minority, additional, or dissenting views filed pursuant to clause 2(l) of rule XI, to the Committee on the Judiciary and make such report publicly available in electronic form, with appropriate redactions to protect classified and other sensitive information. Any report prepared under this paragraph may be prepared in consultation with the chairs of the Committees on Ways and Means and on the Judiciary.

## SEC. 3. INVESTIGATIVE PROCEEDINGS BY THE COMMITTEE ON WAYS AND MEANS.

For the purpose of continuing the investigation described in the first section of this resolution, the Committee on Ways and Means is authorized to conduct proceedings pursuant to this resolution as follows:

(1) The chair of the Committee on Ways and Means may designate an open hearing or hearings pursuant to this section.

(2) Notwithstanding clause 2(j)(2) of rule XI of the Rules of the House of Representatives, upon recognition by the chair for such purpose under this paragraph during any hearing designated pursuant to paragraph (1), the chair and ranking minority member of the Committee on Ways and Means shall be permitted to question witnesses for equal specified periods of longer than

6

five minutes, as determined by the chair. The time available for each period of questioning under this paragraph shall be equal for the chair and the ranking minority member. The chair may confer recognition for multiple periods of such questioning, but each period of questioning shall not exceed 90 minutes in the aggregate. Only the chair and ranking minority member, or an employee of the Committee on Ways and Means if yielded to by the chair or ranking minority member, may question witnesses during such periods of questioning. At the conclusion of questioning pursuant to this paragraph, the committee shall proceed with questioning under the five-minute rule pursuant to clause 2(j)(2)(A) of rule XI.

(3) To allow for full evaluation of minority witness requests, the ranking minority member may submit to the chair, in writing, any requests for witness testimony relevant to the investigation described in the first section of this resolution within 72 hours after notice is given for the first hearing designated pursuant to paragraph (1). Any such request shall be accompanied by a detailed written justification of the relevance of the testimony of each requested witness to the investigation described in the first section of this resolution.

(4)(A) The ranking minority member of the Committee on Ways and Means is authorized, with the con-

7

currence of the chair of the Committee on Ways and Means, to require, as deemed necessary to the investigation—

> (i) by subpoena or otherwise—
>
>> (I) the attendance and testimony of any person (including at a taking of a deposition); and
>>
>> (II) the production of books, records, correspondence, memoranda, papers, and documents; and
>
> (ii) by interrogatory, the furnishing of information.

(B) In the case that the chair declines to concur in a proposed action of the ranking minority member pursuant to subparagraph (A), the ranking minority member shall have the right to refer to the committee for decision the question whether such authority shall be so exercised and the chair shall convene the committee promptly to render that decision, subject to the notice procedures for a committee meeting under clause 2(g)(3)(A) and (B) of rule XI.

(C) Subpoenas and interrogatories so authorized may be signed by the ranking minority member, and may be served by any person designated by the ranking minority member.

8

(5) The chair is authorized to make publicly available in electronic form the transcripts of depositions conducted by the Committee on Ways and Means in furtherance of the investigation described in the first section of this resolution, with appropriate redactions for classified and other sensitive information.

(6) The Committee on Ways and Means may issue a report setting forth its findings and any recommendations and appending any information and materials the Committee on Ways and Means may deem appropriate with respect to the investigation described in the first section of this resolution. The chair may transmit such report and appendices, along with any supplemental, minority, additional, or dissenting views filed pursuant to clause 2(l) of rule XI, to the Committee on the Judiciary and make such report publicly available in electronic form, with appropriate redactions to protect classified and other sensitive information. Any report prepared under this paragraph may be prepared in consultation with the chairs of the Committees on Oversight and Accountability and on the Judiciary.

## SEC. 4. INVESTIGATIVE PROCEEDINGS BY THE COMMITTEE ON THE JUDICIARY.

For the purpose of continuing the investigation described in the first section of this resolution, the Committee on the

9

Judiciary is authorized to conduct proceedings pursuant to this resolution as follows:

(1) The chair of the Committee on the Judiciary may designate an open hearing or hearings pursuant to this section.

(2) Notwithstanding clause 2(j)(2) of rule XI of the Rules of the House of Representatives, upon recognition by the chair for such purpose under this paragraph during any hearing designated pursuant to paragraph (1), the chair and ranking minority member of the Committee on the Judiciary shall be permitted to question witnesses for equal specified periods of longer than five minutes, as determined by the chair. The time available for each period of questioning under this paragraph shall be equal for the chair and the ranking minority member. The chair may confer recognition for multiple periods of such questioning, but each period of questioning shall not exceed 90 minutes in the aggregate. Only the chair and ranking minority member, or an employee of the Committee on the Judiciary if yielded to by the chair or ranking minority member, may question witnesses during such periods of questioning. At the conclusion of questioning pursuant to this paragraph, the committee shall proceed with questioning under the five-minute rule pursuant to clause 2(j)(2)(A) of rule XI.

10

(3) To allow for full evaluation of minority witness requests, the ranking minority member may submit to the chair, in writing, any requests for witness testimony relevant to the investigation described in the first section of this resolution within 72 hours after notice is given for the first hearing designated pursuant to paragraph (1). Any such request shall be accompanied by a detailed written justification of the relevance of the testimony of each requested witness to the investigation described in the first section of this resolution.

(4)(A) The ranking minority member of the Committee on the Judiciary is authorized, with the concurrence of the chair of the Committee on the Judiciary, to require, as deemed necessary to the investigation—

(i) by subpoena or otherwise—

(I) the attendance and testimony of any person (including at a taking of a deposition); and

(II) the production of books, records, correspondence, memoranda, papers, and documents; and

(ii) by interrogatory, the furnishing of information.

(B) In the case that the chair declines to concur in a proposed action of the ranking minority member pur-

suant to subparagraph (A), the ranking minority member shall have the right to refer to the committee for decision the question whether such authority shall be so exercised and the chair shall convene the committee promptly to render that decision, subject to the notice procedures for a committee meeting under clause 2(g)(3)(A) and (B) of rule XI.

(C) Subpoenas and interrogatories so authorized may be signed by the ranking minority member, and may be served by any person designated by the ranking minority member.

(5) The chair is authorized to make publicly available in electronic form the transcripts of depositions conducted by the Committee on the Judiciary in furtherance of the investigation described in the first section of this resolution, with appropriate redactions for classified and other sensitive information.

### SEC. 5. IMPEACHMENT INQUIRY PROCEDURES IN THE COMMITTEE ON THE JUDICIARY.

(a) The Committee on the Judiciary is authorized to conduct proceedings relating to the impeachment inquiry described in the first section of this resolution pursuant to the procedures submitted for printing in the Congressional Record by the chair of the Committee on Rules, including

12

such procedures as to allow for the participation of the President and his counsel.

(b) The Committee on the Judiciary is authorized to promulgate additional procedures as it deems necessary for the fair and efficient conduct of committee hearings held pursuant to this resolution, provided that the additional procedures are not inconsistent with the procedures referenced in subsection (a), the Rules of the Committee, and the Rules of the House.

(c)(1) The ranking minority member of the Committee on the Judiciary is authorized, with the concurrence of the chair of the Committee on the Judiciary, to require, as deemed necessary to the investigation—

(A) by subpoena or otherwise—

(i) the attendance and testimony of any person (including at a taking of a deposition); and

(ii) the production of books, records, correspondence, memoranda, papers, and documents; and

(B) by interrogatory, the furnishing of information.

(2) In the case that the chair declines to concur in a proposed action of the ranking minority member pursuant to paragraph (1), the ranking minority member shall have the right to refer to the committee for decision the question whether such authority shall be so exercised and the chair

13

shall convene the committee promptly to render that decision, subject to the notice procedures for a committee meeting under clause 2(g)(3)(A) and (B) of rule XI.

(3) Subpoenas and interrogatories so authorized may be signed by the ranking minority member, and may be served by any person designated by the ranking minority member.

(d) The Committee on the Judiciary is authorized to report to the House of Representatives resolutions, articles of impeachment, or other recommendations.

## SEC. 6. ADOPTION OF HOUSE RESOLUTION 917.

House Resolution 917 is hereby adopted.

Attest:

_____

                                                                                    *Clerk.*