Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerlawllp.com
Nathan R. Klein, Esq., CA Bar No. 306268
nklein@tylerlawllp.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@tylerlawllp.com
TYLER LAW, LLP
25026 Las Brisas Road
Murrieta, California 92562
Tel:  (951) 600-2733
Fax: (951) 600-4996

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.: 2:23-cv-07593-HVD-KSx<br><br>**STIPULATION REQUESTING TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; PROPOSED ORDER**<br><br><u>Current Hearing Information</u><br><br>Date: March 21, 2024<br>Time: 10:00 a.m.<br>Ctrm: 5B<br><br><u>Requested Hearing Information</u><br><br>Date:    April 25, 2024<br>Time:    10:00 a.m.<br>Ctrm:    5B |

**STIPULATION**

Plaintiff Robert Hunter Biden and Defendants Garrett Ziegler and ICU, LLC (collectively, "Defendants") hereby stipulate to the following:

WHEREAS, December 21, 2024, Defendants filed their Motion to Dismiss Plaintiff Hunter Biden's complaint. ECF No. 23;

WHEREAS, pursuant to the stipulation of the parties, the hearing on Defendants' Motion to Dismiss was continued to March 21, 2024. ECF No. 29;

WHEREAS, on March 7, 2024, Defendants filed a Motion requesting that the Honorable Hernan D. Vera recuse himself from this case pursuant to 28 U.S.C. § 455(a), which is set to be heard on April 25, 2024. ECF No. 35;

WHEREAS, Plaintiff intends to oppose Defendants' Motion to Recuse, and such opposition will be filed on April 4, 2024;

WHEREAS, Defendants request that the Honorable Hernan D. Vera rule on Defendants' Motion to Recuse (ECF No. 35) prior to ruling on Defendants' Motion to Dismiss (ECF No. 23);

WHEREAS, despite Plaintiff's view that the recusal motion should be denied and subject to the Court's preference, Plaintiff is not opposed to having Defendants' Motion to Recuse decided by the Court prior to the Court ruling on Defendants' Motion to Dismiss;

WHEREAS, Defendants request, and Plaintiff does not oppose, that the hearing on the Motion to Dismiss (ECF No. 23) be continued to April 25, 2024, which is the date of the hearing on the Motion to Recuse (ECF No. 35), or to a later date as the Court deems appropriate.

IT IS HEREBY STIPULATED by and between the parties that the hearing on the Motion to Dismiss is continued to April 25, 2024, at 10:00 a.m. or some other future date and time until such time as the Motion to Recuse is ruled on.

Dated: March 14, 2024                                TYLER LAW, LLP

                                                     */s/ Nathan Klein*
                                                     Nathan Klein
                                                     *Attorneys for Defendants*

Dated: March 14, 2024                                WINSTON & STRAWN

                                                     */s/ Paul Salvaty*
                                                     *Attorneys for Plaintiff*