# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>                Plaintiff(s)<br><br>        v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>                Defendant(s) | Case No.:  2:23-cv-07593-HVD-KSx<br><br>**[PROPOSED] ORDER REGARDING STIPULATION REQUESTING TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br><u>Current Hearing Information</u><br><br>Date: March 21, 2024<br>Time: 10:00 a.m.<br>Ctrm: 5B<br><br><u>Requested Hearing Information</u><br><br>Date:    April 25, 2024<br>Time:    10:00 a.m.<br>Ctrm:    5B |

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

The Hearing on the Motion to Dismiss is continued from March 21, 2024, to April 25, 2024, to be heard after the Court has ruled on the Motion to Recuse.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                    Honorable Herman D. Vera