# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Robert Hunter Biden | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:23-cv-07593 HDV(KSx) |
| v. | |
| Garrett Ziegler et al | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

A Motion to Disqualify Judge / Magistrate Judge   Hernan D. Vera   was filed on   03/07/2024  . Pursuant to Local Rule 72-5 and this Court's General Orders, this motion is referred to Judge  Monica Ramirez Almadani  for determination.

Clerk, U. S. District Court

03/14/2024                                                By   Robert R. Nadres
Date                                                            Deputy Clerk

## FOR COURT USE ONLY

Ruling on prior motion(s):   ☐ Yes   ☒ No . Refer to document number(s) _____

cc:   *Judge Assigned to Case*
*Judge Assigned to Determine Motion*
*Counsel of Record*

CV-54 (06/23)          REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE