PAUL B. SALVATY (SBN: 171507)
PSalvaty@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:    (213) 615-1750

ABBE DAVID LOWELL (*pro hac vice*)
AbbeLowellPublicOutreach@winston.com
**WINSTON & STRAWN LLP**
1901 L St., N.W.
Washington, DC 20036-3508
Telephone:  (202) 282-5000
Facsimile:    (202) 282-5100

BRYAN M. SULLIVAN (209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (325128)
**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, CA 90048
Telephone:  (323) 301-4660
Facsimile:    (323) 301-4676

Attorneys for Plaintiff
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>      Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>      Defendant. | **Case No. 2:23-cv-07593-HDV-KS**<br><br>*To Be Heard By The Honorable Monica Ramirez Almadani*<br><br>**DECLARATION OF GREGORY A. ELLIS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO RECUSE**<br><br>Hearing Date:  April 25, 2024<br>Time:               1:30 p.m.<br>Place:              10B |

# DECLARATION OF GREGORY A. ELLIS

I, Gregory A. Ellis, declare as follows:

1. I am of counsel at the law firm Winston & Strawn LLP and counsel of record for Plaintiff Robert Hunter Biden in the above-captioned action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit A hereto is a true and correct copy of the biographical information page for the Honorable Hernan D. Vera at the Federal Judicial Center's website, located at the URL https://www.fjc.gov/history/judges/vera-hern-n-diego, which I last visited on April 4, 2024.

3. Attached as Exhibit B hereto is a true and correct copy of excerpts from the Federal Election Committee website showing the total funds raised by President Joseph R. Biden, Jr. for the 2020 election cycle, located at the URL https://www.fec.gov/data/candidate/P80000722/?cycle=2020&election_full=true, which I last visited on April 4, 2024.

4. Attached as Exhibit C hereto is a true and correct transcript of an interview of Defendant Garrett Ziegler on *The Vince Coglianese Show*, dated January 26, 2024 – over one month before Defendants filed the present Motion on March 7, 2024. The transcript was prepared and reviewed by personnel at Winston & Strawn under my supervision, from the original recording of the interview, which is posted on YouTube at the following URL: https://www.youtube.com/watch?v=AEcml6aUDoM. I last accessed the YouTube URL of the interview on April 4, 2024.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 4th day of April, 2024 at Los Angeles, California.

/s/ Gregory A. Ellis
Gregory A. Ellis