# Exhibit A



Home [/]
History of the Federal Judiciary [/history]
Judges [/history/judges]

# Vera, Hernán Diego

Born 1970 in Escondido, CA

**Federal Judicial Service:**
Judge, U.S. District Court for the Central District of California
Nominated by Joseph R. Biden on January 3, 2023, to a seat vacated by Margaret M. Morrow. Confirmed by the Senate on June 13, 2023, and received commission on June 15, 2023.

**Education:**
Stanford University, B.A., 1991
University of California, Los Angeles, School of Law, J.D., 1994

**Professional Career:**
Private practice, Los Angeles, California, 1994-1995, 1997-2002, 2015-2020
Law clerk, Hon. Consuelo B. Marshall, U.S. District Court for the Central District of California, 1995-1996
Staff attorney, Mexican American Legal Defense and Educational Fund, Los Angeles, California, 1996-1997
Public Counsel, Los Angeles, California, 2002-2014; directing attorney, Consumer Law Project, 2002-2008; president and CEO, 2008-2014
Judge, Edelman Children's Court, Superior Court of California, County of Los Angeles, 2020-2023

**Other Nominations/Recess Appointments:**
Nominated to U.S. District Court for the Central District of California, September 20, 2021; no Senate vote

Nominated to U.S. District Court for the Central District of California, January 3, 2022; no Senate vote