# Exhibit B

🇺🇸 An official website of the United States government
Here's how you know ⌄

Home › Campaign finance data › Candidate profiles › BIDEN, JOSEPH R JR

# BIDEN, JOSEPH R JR

**CANDIDATE FOR PRESIDENT**

**ID: P80000722**

**DEMOCRATIC PARTY**

## Financial summary

**ELECTION**

| 2020 ▼ |

**TIME PERIOD**

| All years: 2017–2020 |
| 2017–2018 |
| 2019–2020 |

**Data is included from these committees:**

- BIDEN FOR PRESIDENT (C00703975)

## Total raised

[⊞ Browse receipts]

Coverage dates: 04/01/2019 to 12/31/2020

| | |
|---|---:|
| **TOTAL RECEIPTS** | **$1,074,179,976.03** |
| **TOTAL CONTRIBUTIONS** | **$823,669,347.58** |
|     Total individual contributions | $823,098,083.37 |
|         *Itemized individual contributions* | $504,504,091.00 |
|         *Unitemized individual contributions* | $318,593,994.00 |
|     Party committee contributions | $8,200.00 |
|     Other committee contributions | $563,064.21 |
|     Presidential public funds | $0.00 |
|     Candidate contributions | $0.00 |
| **TRANSFERS FROM OTHER AUTHORIZED COMMITTEES** | **$243,411,324.12** |
| **TOTAL LOANS RECEIVED** | **$0.00** |
|     Loans made by candidate | $0.00 |
|     Other loans | $0.00 |
| **TOTAL OFFSETS TO EXPENDITURES** | **$7,021,943.40** |
|     Offsets to operating expenditures | $7,021,943.40 |
|     Fundraising offsets | $0.00 |
|     Legal and accounting offsets | $0.00 |
| **OTHER RECEIPTS** | **$77,360.93** |

*Newly filed summary data may not appear for up to 48 hours.*

# Total spent

[⊞ Browse disbursements]

Coverage dates: 04/01/2019 to 12/31/2020

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $1,073,919,500.66 |
| **OPERATING EXPENDITURES** | $1,056,940,033.92 |
| **TRANSFERS TO OTHER AUTHORIZED COMMITTEES** | $1,192,592.00 |
| **FUNDRAISING** | $0.00 |
| **EXEMPT LEGAL AND ACCOUNTING** | $0.00 |
| **TOTAL LOAN REPAYMENTS MADE** | $0.00 |
|     Candidate loan repayments | $0.00 |
|     Other loan repayments | $0.00 |
| **TOTAL CONTRIBUTION REFUNDS** | $15,783,418.74 |
|     Individual refunds | $15,774,817.90 |
|     Political party refunds | $0.00 |
|     Other committee refunds | $8,600.84 |
| **OTHER DISBURSEMENTS** | $3,456.00 |

*Newly filed summary data may not appear for up to 48 hours.*

## Cash summary

Coverage dates: 04/01/2019 to 12/31/2020

| | |
|---|---:|
| **ENDING CASH ON HAND** | $260,475.37 |
| **DEBTS/LOANS OWED TO COMMITTEE** | $0.00 |
| **DEBTS/LOANS OWED BY COMMITTEE** | $0.00 |

*Newly filed summary data may not appear for up to 48 hours.*