# Exhibit C

**Unofficial Transcription of Hunter Sues Marco Polo Founder | The Vince Coglianese Show**
https://www.youtube.com/watch?v=AEcml6aUDoM

Speakers:    Vince Coglianese ("V. Coglianese"), Garret Ziegler ("G. Ziegler")

Date:    January 26, 2024

| Minute | Speaker | Dialog |
|---|---|---|
| 0:00:01 | V. Coglianese | Good afternoon to you, 5:06 here at News Talk 105.9 WMAL where we're making sense of the news. Comin' up, 5:30, we'll talk to Nathan Brinkman with EdReform Virginia about School Choice Week and a big event tomorrow night with a familiar WMAL host, wanna hear about that comin' up. And you can join us at 888.630.9625, 888.630.WMAL, it would be great to have you with us. |
| | | Yeah. Lawsuits, lawsuits, lawsuits. They're, they're all the rage these days, especially if they're directed at people, ah, in and around Donald Trump's orbit. |
| | | And among the people being sued by the left is my next guest. His name is Garrett Ziegler. He's a founder of a great website called Marco Polo. There you can find the contents of Hunter Biden's infamous laptop, but he's also a former deputy to the Trump White House advisor, Peter Navarro, who is also being subjected to legal problems of his own this week by the left. |
| | | Ah, Garrett, good to have you with us. Thank you so much for taking some time, sir. |
| | G. Ziegler | Thank you for having me on, I really appreciate this. |
| | V. Coglianese | They, ah, go ahead, go ahead. |
| | G. Ziegler | Well, I was just gonna say this reminds me of that famous Marx quote about, uh "…to each according to his ability to each according to his need." That's what they're sort of doing with, with, uh, DJT. He has the ability to pay $83 million to a crazed, lunatic woman. And then, uh, Peter, you know is, is sentenced to four months in prison. And, uh, I as the young guy, uh, can barely hold off all of these lawsuits. So, it's a multi-vector attack, and like you said, it's disgusting. |
| | V. Coglianese | It is disgusting, so let's, let's help people understand what's happening in your saga. Like, give us a sense of, of, um, what the Marco Polo website is and what you set up for people and how Hunter Biden responded to it. |
| | G. Ziegler | Yes, so this c3, Marco Polo is a 501(c)(3) nonprofit, was set up in July of '21 with the principal purpose being we were going to go through every file on the laptop and write a comprehensive report, sort of like a congressional subcommittee would write, that was the vision. |

| Minute | Speaker | Dialog |
|---|---|---|
| | V. Coglianese | Sure. |
| | G. Ziegler | And so, on this website you can see and download all 128,000 emails from the Biden laptop. You can view and download all 10,000 photos, sans duplicates, with genitalia redacted, which'll come up later cuz it's actually in a part of our lawsuit, is that they're alleging we altered data and all we did was redact genitalia. So, in a weird way, Hunter Biden's lawyers are arguing that we should be in the business … |
| | V. Coglianese | Wait. |
| | G. Ziegler | … of displaying Hunter Biden's genitalia. |
| | V. Coglianese | Right. So, your, your act of, your, which was generous of you. I don't think you had to do this, but your act of privacy … |
| | G. Ziegler | No, yeah. |
| | V. Coglianese | … of giving, of giving him some privacy protection, they're construing that as you're manipulating the data for some nefarious purpose? |
| | G. Ziegler | It's totally, yes, it's totally ridiculous. The reason why we wanted to redact the genitalia, and there's also Joe's daughter-in-law, has naked pictures, we're not in the business of, of distributing pornography. The only reason why we're even going through this laptop in the first place is because it's of public interest. This is the first family of the United States and so we display the criminality, which is solicitation of prostitutes, but we don't show the, the actual genitalia, which we think is responsible … |
| | V. Coglianese | That's decent of you. |
| | G. Ziegler | … they have, they have well, yes, they, they have so little to, to go off of and their lawfare is so desperate that they're saying this violates a, uh, Civil Code in California for deceptive business practices. So, I want all your listeners to know that Abbe Lowell, who makes about $1,600 an hour, he's Hunter Biden's attorney. He is arguing in open court that he wants his client's genitalia to be, to, to be revealed by, by his essence, that's what he's saying. It's utterly preposterous, but that's where we are. |
| | V. Coglianese | It's crazy. So, what do you think the point of this is? If you didn't actually, you know, break any laws, and actually you went out of your way, uh, to protect Hunter's privacy in a meaningful way, then what is this? Is this just designed to bankrupt you, to, to make your life hell for sharing it with the public? |
| 0:04:12 | G. Ziegler | Totally. It's, uh, the vision I'm getting in my head, it's like a, a rubber band is stretched over a, a long, you know, a long structure, that's what they're trying to do. They're trying to stretch us so thin to where we back off. And again, this is what I think they're doing with my former boss, Peter Navarro and DJT to a much greater and criminal extent. Um, luckily, we haven't been raided yet, uh, |

2

| Minute | Speaker | Dialog |
|---|---|---|
| | | James O'Keefe, the gentleman who was, uh, uh, basically going through Ashley Biden's abandoned diary ... |
| | V. Coglianese | Yes. |
| | G. Ziegler | … they raided him in November of '21, and so I'm just grateful that they haven't raided me yet, although I've gotten multiple visits from the Secret Service. Totally ridiculous, Vince. They said that us sending a copy of our report was, um, was inappropriate. So, we're in a country right now where they're saying it's inappropriate for writers and authors to send verifiable evidence of criminal activity to law enforcement ... |
| | V. Coglianese | Wait, I'm … |
| | G. Ziegler | … that's the upside-down world we're living in. |
| | V. Coglianese | … I'm sorry, help me, I'm sorry. Can, can you walk me through that and, and with any specifics, but the Secret Service visited you to tell you that your behavior was inappropriate? That seems like, you know, a weird, they were scolding you? What was happening? |
| | G. Ziegler | Yes, so we -- as I mentioned, Marco Polo was founded in '21. We released this very long report in October of '22 and have since made physical copies of it. We had a printing company print, you know, 15,000 copies. We've given 12,000 out. Our online read review, I want everybody who's listening to know that they can go read this report for free at bidenreport.com. And what we've done is we've sent physical copies of the report to all the U.S. attorneys, uh, in the jurisdictions in which Hunter Biden committed felonies. And these felonies ranged the gamut from FARA violations, money laundering, uh, uh, sex trafficking, four cases of sex trafficking, not underage women, but, but of age prostitutes. And, um, we sent a copy to a Secret Service agent, um, and they said that that was inappropriate. So now, now they're trying to basically -- they know that what we did was not a statute violation, but they're … |
| | V. Coglianese | Uh-huh. |
| | G. Ziegler | … they literally told my attorney that I'm on their list. Um, so this is what happens when you – remember when Joe had that hot mic incident in Florida, he said, no one effs with a Biden. We are getting the brunt of that. This is what happens when you quote eff with a Biden. |
| | V. Coglianese | Did the Secret Service physically visit you or was this conveyed some other way? |
| | G. Ziegler | Yep, physically visited me. And then after I gave them the name and number of my counsel, they proceeded to go to my parents' house, uh, and then they ended up calling my wife that night at 6:30 PM. |
| | V. Coglianese | What did they say to her? |

3

| Minute | Speaker | Dialog |
|---|---|---|
| | G. Ziegler | So, these people have abso – uh, they, they left a voicemail cuz they call, they call, they always call from a restricted number, and they wanna talk to 'em. So, basically, this is their, uh, just nonviolent way to let me know that, that they're watching me. And again, this is soft tyranny, I'm not alleging that they're doing, you know, they put my former boss in leg irons. So, I'm not saying I have it as bad as Peter, but nevertheless, this is just a soft tyranny, where -- and Joe's people let you know that you're being watched. It's, uh, it's a total clown world. But again, you know our, our mission and background has been very transparent. All we've done is write this report on the laptop and I think the reason why they're going after us is because other news outlets, including the Daily Caller, have been righteously utilizing these e-mail databases to write stories. Because all these people in the laptop, from Antony Blinken on, they're, they're, they have emails on this device. And so, what these other news outlets will do, they'll hyperlink the specific e-mail that we -- that's on our database into their story. And so, this is just Hunter and Abbe Lowell and Kevin Morris's attempt to go after the source of the problem, and they view our righteous reporting as ... |
| 0:08:01 | V. Coglianese | Yes. |
| | G. Ziegler | … their problem. |
| | V. Coglianese | They want to intimidate anybody who might report on this as well, uh, from, from getting anywhere near it. Absolutely. |
| | G. Ziegler | Yeah. |
| | V. Coglianese | So, so how else has this impacted your life? This is a big deal. I mean, you've got a lot of money on Hunter Biden's side of this equation. What about you? What has this done to you and, and your, your well-being? |
| | G. Ziegler | Well, let's put it this way. In 2022, Marco Polo's entire c3 budget, which again is a couple employees, a lot of independent contractors, three board members, a very, very small nonprofit. We're not the size of say, you know, like Judicial Watch, there's no development department. We're very small and our entire budget for '22 was $195,000. For '23 alone we had to spend over $200,000 on attorneys, $200,000. Because along with this federal lawsuit from Hunter in California, his sugar brother, the bong smoker, who appeared in front of Congress last week, he sued us in April of 2023 in California State Court. Now, he committed perjury in his, in his, uh, congressional testimony, he said that they, they won every motion. That is not true. One of our anti-SLAPP causes of action was dismissed. And so, Kevin Morris, pending appeal, actually owes us about $45,000 in legal fees, so he committed perjury. So, beyond those two lawsuits events we've also been written about, uh, to six different government agencies. |

4

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | Abbe Lowell has tried to get an inspector general's investigation started about me specifically at the Treasury Department because we put, uh, suspicious activity reports about Hunter Biden up on our website. Everybody who's listening can go to bidensars.com, bidensars.com and you can read five SARS that talk about Hunter Biden's money laundering and sex trafficking, and he wants to criminalize that. |
|  | V. Coglianese | Yes. And now what you just said a moment ago, though, was that you only raised a certain amount of money and your legal expenses exceeded that. |
|  | G. Ziegler | Yeah. |
|  | V. Coglianese | Uh, so, I'm, I'm detecting a math problem. How are you covering that? |
|  | G. Ziegler | Well, thank goodness in '23, our donations were much larger than in '22. So, we're, we're -- let's put it this way, we are, we, we've been in the black by the skin of our teeth, ah … |
|  | V. Coglianese | Got it. |
|  | G. Ziegler | … partly because, you know, we're trying to sort of, uh, we're trying to rewrite the rules of the, of the fundraising game in that we're trying to do a, a ton of people for, uh, small dollar gifts instead of a few people large dollar gifts. We think that the only thing -- let's put it this way:  the only thing we have on the Bidens, our little group, is strength in numbers. Kevin Morris has about $100 million, he's always gonna beat us in just pure cash. The only thing we have is numbers and so we're trying -- you know, we have about, about a 250,000 people who follow us on social media and we're trying to, you know, raise that number up. |
|  | V. Coglianese | So, and they're grateful for the resource that you've created and they're rallying to your defense in the, in light of these attacks. |
|  | G. Ziegler | Precisely. |
|  | V. Coglianese | Okay. |
|  | G. Ziegler | Yeah, precisely. And, and precisely because we put everything out there, right. We, in the e-mail site that I alluded to has been up almost two years. We put it up in May of '22. And my friend Mike McCormick, who I know has been on this program … |
|  | V. Coglianese | Yes. |
|  | G. Ziegler | … he, he uses it every single day. In fact, he's like our litmus test. If I get a telegram message from him, uh, he's like, hey, the site's down, some, you know, something might be wrong with the server, but he'll realize the site's down within like an hour. That means that it's like … |
|  | V. Coglianese | Yeah. He's quality control. |
|  | G. Ziegler | … yeah, we've had 7 million unique IP addresses. So, what, again, they absolutely hate that this is readily available. |
|  | V. Coglianese | I know. |

5

| Minute | Speaker | Dialog |
|---|---|---|
| | G. Ziegler | That's what, part of their relief in the lawsuits is not only punitive damages for me personally and my group, uh, it's to take the websites down. That is their dream is to have a FBI seizure warning on bidenlaptopemails.com. |
| | V. Coglianese | It's a censorship lawsuit, yeah, the, for sure. And so, um, let me, let me get to a breaking news headline on this whole saga because I, I didn't realize this until I saw it in the Daily Caller, James Lynch reporting. |
| | G. Ziegler | He's great. |
| | V. Coglianese | Judge presiding over Hunter Biden's lawsuit against Garrett Ziegler, the man I'm speaking to right now, donated to the Biden campaign. So, the federal judge for the Central District of California, Hernán D. Vera, the judge was nominated by President Biden in September of 2021, he was confirmed in '23. He donated to the Biden campaign on multiple occasions, and he is presiding over Hunter's lawsuit against you? |
| 0:12:23 | G. Ziegler | Yes, sir. And his lawsuit against Rudy Giuliani and Bob Costello. Uh, the latter of which I consider a friend and, and, and they're both in the same district, Central District of California. And you know, this isn't chump change, either. Vera has given, at the very least, this is the floor, it might even be more than this with ActBlue. But as a floor he's given, he gave $1,600 to Joe. And Joe nom, had to nominate Vera three different times. So Hernán Vera went to the Senate three different times. The first two the Senate, uh, didn't move on it, and so his nomination was sent back to the White House. So, what does this mean? This means that Joe really wants this guy there. Coincidentally, his, uh, ex-spouse, Vera's ex-spouse, is Joe's, uh, acting Secretary of Labor. Julie Su was, is the mother of this guy's, uh, children. So, ha, our judge is married to Joe's, was married to Joe's Secretary of Labor, and again, there's even controversy around Julie Su, his ex-spouse, because she was the deputy Secretary of Labor, and now she hasn't been formally nominated, but she's the acting. Yeah, so, there's [inaudible] about her, too. |
| | V. Coglianese | Okay. So, are you, are, are you, are you challenging the fact that this judge is on this case? Are you, are you, and what are the chances that you can get a change of judge here? |
| | G. Ziegler | I don't know the answer to the, to the, uh, second question. The first question is yes, we are going to challenge it. Um, and again, the federal statute governing possible recusal is the reasonable person standard. The exact language, I did pull it up for the interview, the exact language is, a reasonable person may question the impartiality of the judge, and I think it's totally within reason to question the partiality. |

6

| Minute | Speaker | Dialog |
|---|---|---|
| | V. Coglianese | Yeah, if you fund the plaintiff's father's political career, you should not be involved in the case, seems pretty obvious. |
| | G. Ziegler | Totally. And again, this isn't a case of, let's say that Hunter is accusing me of, you know, leaving ruts in his yard right. Like, this isn't, this isn't, uh, totally unrelated to the current impeachment inquiry, I should have started out with that. That's gonna be one of our arguments, that the material that is on our e-mail site that they're suing us over, which is again, we're so totally protected by the First Amendment and reporter's privilege that it's ridiculous we even, but again it's cost us tens of thousands of dollars just, uh, you know, just to defend ourselves. |
| | V. Coglianese | Yes. |
| | G. Ziegler | But the impeachment inquiry can, could be implicated or vice versa by this proceeding. |
| | V. Coglianese | Yes. |
| | G. Ziegler | So, it's not like I said, the, Hunter can't stay, he has to get rid of this. |
| | V. Coglianese | So, and, and as always, it … |
| | G. Ziegler | Yeah. |
| | V. Coglianese | Yeah, I mean, the whole point of the laptop is it's about Joe Biden's behavior, fundamentally. |
| | G. Ziegler | Yes, precisely. |
| | V. Coglianese | And so if you have a, you have, if you have a judge who donated to Joe Biden, what are the chances that that person is going to find your arguments in court, ah, worthwhile or do anything to, to give the a fair trial to you, I mean it's so, it's so crazy. |
| | G. Ziegler | ==And just to add to this, you know, I was, the devil's advocate does not work in their favor this time. For example, Hernán worked for years at a left wing nonprofit law firm called Public Counsel, which files all these amicus briefs about the illegal aliens. And so, this is not a, a disinterested guy. Like, for example, if he was just a standard Democrat who worked in private practice for 25 years, right, and then got appointed, uh, that would be a different calculation. But this guy has been, his wife was appointed by Gavin Newsom as the, as the health, or the labor secretary for California. So, these are very, very connected people. This isn't, you know, Garrett Ziegler and Marco Polo being, being unfair, no, this is, uh, this guy has ties, not directly, but indirectly to the, the La Raza group, I'm sure you know about them.== |
| 0:16:16 | V. Coglianese | Yes. |
| | G. Ziegler | Sort of Mexican activists. |
| | V. Coglianese | Yeah, they're big, they're big, illegal immigrant guys, yeah. |
| | G. Ziegler | Yeah, they're basically, they're basically racialist people. Um, much more than what they accuse, you know, white people of being. So … |

7

| Minute | Speaker | Dialog |
|---|---|---|
|  | V. Coglianese | Well yeah, I mean the whole, the name of the organization is The Race, yeah, they're, it's pretty explicit. |
|  | G. Ziegler | Yeah. |
|  | V. Coglianese | Yeah. |
|  | G. Ziegler | So again, this is um, this is, in a sane world, um, this is dismissed immediately. |
|  | V. Coglianese | In a sane world. |
|  | G. Ziegler | Uh, our hearing is scheduled, yeah, and our hearing's scheduled for March. They put this suit on us in uh, in September,… |
|  | V. Coglianese | Got it. |
|  | G. Ziegler | … we responded in December. But again, we want all the help we can get, and you know the best way is to get our e-mail database out there, bidenlaptopemails.com. All the pictures can be found at bidenlaptopmedia.com. |
|  | V. Coglianese | Got it. |
|  | G. Ziegler | And then our legal defense fund is fightbiden.org. But again, all of this stuff, like you said, it's about Joe, it's, Hunter is just a sideshow. We, at the end of the day, don't care about Hunter we care about Joe running … |
|  | V. Coglianese | Yes. |
|  | G. Ziegler | … a global FARA violating scheme, that's essentially what it was, they're Hunter's businesses. |
|  | V. Coglianese | And your, and your legal case, and your legal case has all the familiar markings of corruption that so many of these cases do. Hey, Garrett Ziegler, thank you very much. We'll have to talk to you again soon. Best of luck, sir, thank you very much. |
| 0:17:36 |  | End of transcription. |

8