TYLER LAW, LLP
Robert H. Tyler, Esq. (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Mariah Gondeiro (SBN 323683)
mgondeiro@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax: (951) 600-4996

Attorneys for Defendants
**Garrett Ziegler** and **ICU, LLC**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.: 23-cv-07593-HVD-KS<br><br>*Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson*<br><br>**REPRESENTATIVE ANNA PAULINA LUNA'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO RECUSE THE HONORABLE HERNAN D. VERA**<br><br>Date:    April 25, 2024<br>Time:   10:00 a.m.<br>Ctrm:    5B |

I, Anna Paulina Luna, declare as follows:

1. I am a Member of the U.S. House of Representatives and represent Florida's 13th congressional district. I serve on the Committee on Oversight and Accountability, which has been (in conjunction with the Judiciary and Ways and Means Committees) conducting an Impeachment Inquiry into President Joe Biden, the father of the Plaintiff in this case.

1

DECLARATION OF ANNA PAULINA LUNA

2.. I am not a party to this action. I make this declaration in support of Defendants' Motion for Recusal. Unless otherwise stated, I have personal knowledge of the facts set forth herein that if called as a witness I could and would testify competently thereto.

3.. I obtained a copy of the "*Report on the Biden Laptop*" ("Biden Laptop Report"), which was disseminated by Defendant, *Marco Polo*, a nonprofit investigative and publishing group, and is available for free to the general public, at https://bidenreport.com, as well as in print. I am personally aware that *Marco Polo* has also published data, emails and photographs from a laptop that Hunter Biden is reported to have abandoned at a computer repair shop in Delaware, which is the subject numerous news articles. I have viewed some of the laptop's emails available at https://bidenlaptopemails.com and some of the pictures available at https://bidenlaptopmedia.com.

4.. After obtaining a copy of the Biden Laptop Report, I provided it to members of the Congressional Committee on Oversight and Accountability involved in the Biden family investigation and subsequent Impeachment Inquiry. The contents of the Biden Laptop Report have been – and continue to be – utilized by me, my staff, and by other members and staff of the Congressional Committee on Oversight and Accountability, as an important and reliable source to identify relevant factual materials and as a reference manual of transactions involving the Biden family, which relate to events and activities suspected to be violations of law by President Joe Biden, members of his family, and various associates.

5. The preparation and publication of the Biden Laptop Report and Biden laptop files, subsequently used by Congress to assist in the investigation of matters of the utmost importance, demonstrate the unique significance of the Biden Laptop Report and the websites as a detailed repository of relevant information concerning President Biden and the Biden family, information which frequently is not easily accessible in the public domain.

6. Defendant Garrett Ziegler, on behalf of *Marco Polo*, has briefed, been consulted by, and continues to assist me and my staff members along with other congressional staff involved in the ongoing Impeachment Inquiry. The Biden Laptop Report is a publication regarding a matter

of immense public importance. If the Biden Laptop Report is concealed and the published data, emails and photographs are removed from Defendants' websites, the public and members of Congress – and their staff – would be deprived of vitally important facts available from no other source in continuing to conduct the impeachment inquiry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 10, 2024, at __Washington__, __DC__.

_____
Anna Paulina Luna