1  TYLER LAW, LLP
   Robert H. Tyler (SBN 179572)
2  rtyler@tylerlawllp.com
   Nathan R. Klein (SBN 306268)
3  nklein@tylerlawllp.com
   Mariah R. Gondeiro (SBN 323683)
4  mgondeiro@tylerlawllp.com
5  25026 Las Brisas Road
   Murrieta, California 92562
6  Telephone:  (951) 600.2733
   Facsimile:   (951) 600.4996
7
8  Attorneys for Defendants **Garrett Ziegler** and
   **ICU, LLC**
9

10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12

13 | ROBERT HUNTER BIDEN, an individual, | Case No.:  2:23-cv-07593-HVD-KS |

14 |                  Plaintiff(s) | *To Be Heard By The Honorable Monica Ramirez Almadani* |

15 |              v. | **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EVIDENCE FILED** |

16 | GARRETT ZIEGLER, an individual; | **IN SUPPORT OF PLAINTIFF'S** |

17 | ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES | **OPPOSITION TO MOTION TO RECUSAL** |

18 | 1 through 10, inclusive, | Date:      April 25, 2024 |

19 |                  Defendant(s) | Time:      1:30 p.m.
                                     Ctrm:      10B |

20

21

22

23

24

25

26

27

28

                                    1
      DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EVIDENCE

Defendants Garrett Ziegler and ICU, LLC, hereby object to Plaintiff's evidence submitted in support of their opposition to the motion for recusal as follows:

### OBJECTION TO PLAINTIFF'S EXHIBITS

| Material Objected To | Grounds For Objection |
|---|---|
| **Objection 1**<br>Exhibit "B" - Excerpts from Federal Election Committee website pertaining to Candidate Profile of Joseph R. Biden Jr. | • Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, and wasting time. Fed. R. Evid. 403.<br>• Offered to prove the truth of the matter asserted. Fed. R. Evid. 801. |
| **Objection 2**<br>Exhibit "C" - Transcript of interview of Garrett Ziegler by Vince Coglianese, dated January 26, 2024. | • Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, and wasting time. Fed. R. Evid. 403.<br>• Best Evidence Rule. Fed. R. Evid. 1102. |

### OBJECTION TO DECLARATION OF GREGORY A. ELLIS

| Material Objected To | Grounds For Objection |
|---|---|
| **Objection 3**<br>The portion of paragraph 3 stating, "showing the total funds raised by President Joseph R. Biden, Jr. for the 2020 election cycle." | • Offered to prove the truth of the matter asserted. Fed. R. Evid. 801.<br>• Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, and wasting time. Fed. R. Evid. 403.<br>• Lacks foundation. Fed. R. Evid. 602. |

| Material Objected To | Grounds For Objection |
|---|---|
| | |
| **Objection 4**<br><br>The portion of paragraph 4 stating, "over one month before Defendants filed the present motion on March 7, 2024." | • Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, and wasting time. Fed. R. Evid. 403.<br>• Lacks foundation. Fed. R. Evid. 602. |

DATED:  April 11, 2024

TYLER LAW, LLP

By: /s/ Robert H. Tyler
Robert H. Tyler, Esq.
Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**