**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>　　　　Plaintiff(s)<br><br>　　v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company,<br><br>　　　　Defendant(s) | Case No.: 2:23-cv-07593-HVD-KS<br><br>*To Be Heard By The Honorable Monica Ramirez Almadani*<br><br>**[PROPOSED] ORDER REGARDING OBJECTIONS TO EVIDENCE**<br><br>Date:　April 25, 2024<br>Time:　1:30 p.m.<br>Crtm.:　10B |

Having considered Defendants GARRETT ZIEGLER and ICU, LLC's ("Defendants") objections to evidence, it is **HEREBY ORDERED** that:

| **Material Objected To** | **Ruling On Objection** |
|---|---|
| **Objection #1** | Sustained:_____<br>Overruled:_____ |
| **Objection #2** | Sustained:_____<br>Overruled:_____ |
| **Objection #3** | Sustained:_____<br>Overruled:_____ |

1

[PPROPOSED] ORDER REGARDING OBJECTIONS TO EVIDENCE

| Material Objected To | Ruling On Objection |
|---|---|
| **Objection #4** | Sustained:_____ |
|  | Overruled:_____ |

     **IT IS SO ORDERED.**

DATED: _____, 2024

                                            _____
                                            HON. MONICA RAMIREZ ALMADANI
                                            UNITED STATES DISTRICT JUDGE