Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerlawllp.com
Nathan R. Klein, Esq., CA Bar No. 306268
nklein@tylerlawllp.com
TYLER LAW, LLP
25026 Las Brisas Road
Murrieta, California 92562
Tel:    (951) 600-2733
Fax:  (951) 600-4996

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.:  2:23-cv-07593-HVD-KSx<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT; PROPOSED ORDER**<br><br><u>Current Deadline</u><br><br>Date: July 5, 2024<br><br><u>Requested Deadline</u><br><br>Date:    July 26, 2024 |

**STIPULATION**

Plaintiff Robert Hunter Biden and Defendants Garrett Ziegler and ICU, LLC (collectively, "Defendants") hereby stipulate to the following:

WHEREAS, on June 20, 2024, the Court issued an order denying Defendants' Motion to Dismiss. ECF 50;

WHEREAS, Defendants' deadline to file an answer to the complaint is July 5, 2024;

1

STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT; PROPOSED ORDER

WHEREAS, counsel for Defendants' due to previously scheduled vacation and travel plans, has requested additional time to prepare the answer, to which Plaintiff's counsel has agreed;

WHEREAS, counsel for the parties have agreed that Defendants shall have until July 26, 2024, to file an answer to the complaint.

IT IS HEREBY STIPULATED by and between the parties that Defendants' deadline to file an answer to Plaintiff's complaint is July 26, 2024.

Dated:  July 3, 2024                                    TYLER LAW, LLP

                                                        */s/ Nathan Klein*
                                                        Nathan Klein
                                                        *Attorneys for Defendants*

Dated:  July 3, 2024                                    WINSTON & STRAWN

                                                        */s/ Paul Salvaty*
                                                        *Attorneys for Plaintiff*

2
STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT; PROPOSED ORDER