LINK 51

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.: 2:23-cv-07593-HVD-KSx<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS ADDITIONAL TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT |

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendants' deadline to file an answer to Plaintiff's complaint is extended to July 26, 2024.

**IT IS SO ORDERED.**

Dated: 7/9/24

_____
Honorable Herman D. Vera

1

[PROPOSED] ORDER GRANTING DEFENDANTS ADDITIONAL TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT