TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Bradley Greenman (SBN 347609)
bgreenman@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:   (951) 600.2733
Facsimile:   (951) 600.4996

Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>Plaintiff<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-07593-HVD-KS<br><br>**DEFEDANTS' GARRETT ZIEGLER AND ICU, LLC'S NOTICE OF ERRATA TO ANSWER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants GARRETT ZIEGLER ("Ziegler) and ICU, LLC ("ICU") (collectively referred to hereinafter as "Defendants") hereby give Notice of Errata that the Answer filed on July 26, 2024, ECF Doc. #57, inadvertently omitted Exhibit 1, which was referenced in the answer on page 1, lines 7-8; page 4, line 19; and page 5, line 22. A true and accurate copy of Defendants' **Exhibit "1"** to their Answer is attached hereto as **Exhibit "1"**

1  DATED: July 30, 2024         TYLER LAW, LLP
2
3                               By: /s/ Nathan R. Klein
                                    Nathan R. Klein, Esq.
4
                                    Attorneys for Defendants **Garrett Ziegler**
5                                   and **ICU, LLC**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"




**ABBE DAVID LOWELL**
(202) 282-5000
AbbeLowellPublicOutreach@winston.com

**BRYAN M. SULLIVAN**
(323) 301-4662
bsullivan@earlysullivan.com

August 23, 2023

**VIA E-MAIL AND CERTIFIED MAIL**

Mr. Garrett Ziegler
c/o Thomas H. Vidal, Esq.
Pryor Cashman LLP
1801 Century Park East
Los Angeles, CA 90067

Re:   **Cease and Desist Notice to Garrett Ziegler and ICU, LLC d/b/a Marco Polo**

Dear Mr. Ziegler,

We represent Robert Hunter Biden and are writing to demand that you and your "research group," ICU, LLC d/b/a Marco Polo, cease and desist from posting on any internet sites or distributing by any means any personal, private or explicit photographs, videos, recordings and other reproductions of Mr. Biden without his consent.

As you well know, you have been posting and distributing private photographs and videos of Mr. Biden through numerous means. For example, you have created and are continuing to maintain websites such as "BidenLaptopMedia.com" and "MarcoPoloUSA.org", and you have created and distributed the so-called "Biden Laptop Report," all of which include numerous personal photographs and videos of Mr. Biden.

At the time these materials were created, Mr. Biden had a reasonable expectation they would remain private, and he has never consented to their publication. These materials expose intimate body parts of Mr. Biden and show Mr. Biden and others engaging in private, consensual sexual activity. Mr. Biden did not authorize you to access these materials or to distribute them. By your own admissions, you obtained the materials from what you claim to have been Mr. Biden's laptop and iPhone backup without his consent. Furthermore, your reasons for distributing these materials are not legitimate; to the contrary, your goal is to harm Mr. Biden, to subject him to harassment and humiliation, and to raise money through your purported "nonprofit research group."

Your actions with respect to Mr. Biden's personal and private photographs and videos are not only offensive and abusive but unlawful. Accordingly, we demand that you immediately take down all such private photographs, videos and other materials and that you cease and desist from posting or distributing them in the future. Please let us know promptly if you will comply

Thomas H. Vidal, Esq.
August 23, 2023
Page 2

with this cease-and-desist demand. Otherwise, we will use the available statutes and law to protect and enforce Mr. Biden's rights.

Sincerely,

_____
Abbe David Lowell

_____
Bryan M. Sullivan