



**ABBE DAVID LOWELL**
(202) 282-5000
AbbeLowellPublicOutreach@winston.com

**BRYAN M. SULLIVAN**
(323) 301-4662
bsullivan@earlysullivan.com

August 23, 2023

<u>**VIA E-MAIL AND CERTIFIED MAIL**</u>

Mr. Garrett Ziegler
c/o Thomas H. Vidal, Esq.
Pryor Cashman LLP
1801 Century Park East
Los Angeles, CA 90067

Re: <u>**Cease and Desist Notice to Garrett Ziegler and ICU, LLC d/b/a Marco Polo**</u>

Dear Mr. Ziegler,

  We represent Robert Hunter Biden and are writing to demand that you and your "research group," ICU, LLC d/b/a Marco Polo, cease and desist from posting on any internet sites or distributing by any means any personal, private or explicit photographs, videos, recordings and other reproductions of Mr. Biden without his consent.

  As you well know, you have been posting and distributing private photographs and videos of Mr. Biden through numerous means.  For example, you have created and are continuing to maintain websites such as "BidenLaptopMedia.com" and "MarcoPoloUSA.org", and you have created and distributed the so-called "Biden Laptop Report," all of which include numerous personal photographs and videos of Mr. Biden.

  At the time these materials were created, Mr. Biden had a reasonable expectation they would remain private, and he has never consented to their publication.  These materials expose intimate body parts of Mr. Biden and show Mr. Biden and others engaging in private, consensual sexual activity.  Mr. Biden did not authorize you to access these materials or to distribute them.  By your own admissions, you obtained the materials from what you claim to have been Mr. Biden's laptop and iPhone backup without his consent.  Furthermore, your reasons for distributing these materials are not legitimate; to the contrary, your goal is to harm Mr. Biden, to subject him to harassment and humiliation, and to raise money through your purported "nonprofit research group."

  Your actions with respect to Mr. Biden's personal and private photographs and videos are not only offensive and abusive but unlawful.  Accordingly, we demand that you immediately take down all such private photographs, videos and other materials and that you cease and desist from posting or distributing them in the future.  Please let us know promptly if you will comply

Thomas H. Vidal, Esq.<br>
August 23, 2023<br>
Page 2

with this cease-and-desist demand.  Otherwise, we will use the available statutes and law to protect and enforce Mr. Biden's rights.

                Sincerely,

| _____ | _____ |
|---|---|
| Abbe David Lowell | Bryan M. Sullivan |