TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Bradley Greenman (SBN 347609)
bgreenman@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 600.2733
Facsimile:   (951) 600.4996

Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>Plaintiff<br><br>v.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-07593-HVD-KS<br><br>**DEFEDANTS' GARRETT ZIEGLER AND ICU, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR ATTORNEYS' FEES** |

Pursuant to Federal Rules of Evidence, Rule 201, Defendants request that the court take judicial notice of the documents that follow. District courts may take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known with the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Federal Rules of Evidence 201(b).

1. "The Honorable Mark H. Epstein's October 13, 2023, order issued in Los Angeles County Superior Court Case No. 23SMCV01418 entitled *P. Kevin*

*Morris v. Garrett Ziegler, et al.*" A true and accurate copy of the order is attached hereto as **Exhibit "1."**

DATED: August 1, 2024

TYLER LAW, LLP

By: /s/ Nathan R. Klein
Nathan R. Klein, Esq.

Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**