PAUL B. SALVATY (SBN 171507)
PSalvaty@winston.com
GREGORY A. ELLIS (SBN 204478)
GAEllis@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone:   +1 213-615-1700
Facsimile:    +1 213-615-1750

ABBE DAVID LOWELL (pro hac vice)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100

BRYAN M. SULLIVAN (SBN 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (SBN 325128)
EARLY SULLIVAN WRIGHT GIZER
& McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, CA 90048
Telephone: (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff
ROBERT HUNTER BIDEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R0BERT HUNTER BIDEN,<br><br>            Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>            Defendants. | **Case No. 2:23-cv-07593-HVD-KS**<br>*Honorable Hernan D. Vera*<br><br>**REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES INCURRED IN OPPOSITION TO ANTI-SLAPP MOTION**<br><br>Hearing Date:   August 22, 2024<br>Time:                10:00 a.m.<br>Location:          5B |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

In support of his Motion for Attorney's Fees Incurred in Opposition to Defendants' Anti-SLAPP Motion, Plaintiff Robert Hunter Biden ("Plaintiff") respectfully requests that this Court take judicial notice of the following document, pursuant to Rule 201 of the Federal Rules of Evidence:

<u>Exhibit A:</u>  Complaint dated April 3, 2023 in the action entitled *P. Kevin Morris v. Garrett Ziegler et al.*, Superior Court of the State of California, County of Los Angeles, Case No. 23SMCV01418 (the "*Morris* Case").

A true and correct copy of Exhibit A is attached hereto.

This document is judicially noticeable.  Pursuant to Federal Rule of Evidence 201, courts may take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Here, Exhibit A is a court pleading and a matter of public record, and courts regularly take judicial notice of pleadings filed in other cases. *See, e.g., Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir 2006) (taking judicial notice of pleadings and other filings, noting "We may take judicial notice of court filings and other matters of public record"); *Valenzuela v. Nationwide Mut. Ins. Co.*, 686 F. Supp. 3d 969, 973-974 (C.D. Cal. 2023) (taking judicial notice of complaints filed by party in Los Angeles Superior Court and other courts).  Moreover, Defendants have appended an order in the *Morris* Case to their opposition filings, and that order refers to Exhibit A in its analysis.  Accordingly, judicial notice of this document is proper.

Rule 201 further states that the Court "*must* take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201 (c)(2) (emphasis added).  Here, Plaintiff has provided a copy of the relevant document with this Request, triggering the mandatory notice provision of Rule 201(c)(2).

Accordingly, Parsons respectfully requests that the Court take judicial notice of Exhibit A hereto and consider the document in ruling on Plaintiff's Motion for Attorney's Fees.

Dated: August 8, 2024                                WINSTON & STRAWN LLP


By:  */s/ Paul B. Salvaty*
      Abbe David Lowell
      Paul B. Salvaty
      Gregory A. Ellis
      Attorneys for Plaintiff
      ROBERT HUNTER BIDEN

## L.R. 11-6.2 CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for plaintiff Robert Hunter Biden, certifies that this brief contains 368 words, which complies with the word limit of L.R. 11-6.1.

Dated: August 8, 2024                                WINSTON & STRAWN LLP


By:  */s/ Gregory A. Ellis*
      Gregory A. Ellis