FILED

OCT 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT HUNTER BIDEN, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> GARRETT ZIEGLER and ICU, LLC, a Wyoming Limited Liability Company, <br><br> Defendants - Appellants. | No. 24-4511 <br><br> D.C. No. 2:23-cv-07593-HDV-KS <br> Central District of California, Los Angeles <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 13) for voluntary dismissal is granted. This case is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT