1  PAUL B. SALVATY (State Bar No. 171507)
   PSalvaty@winston.com
2  **WINSTON & STRAWN LLP**
   333 S. Grand Ave., 38th Fl.
3  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
4  Facsimile:  (213) 615-1750

5  ABBE DAVID LOWELL (*pro hac vice*)
   AbbeLowellPublicOutreach@winston.com
6  **WINSTON & STRAWN LLP**
   1901 L St., N.W.
7  Washington, DC 20036-3508
   Telephone:  (202) 282-5875
8  Facsimile:  (202) 282-5100

9  BRYAN M. SULLIVAN (State Bar No. 209743)
   bsullivan@earlysullivan.com
10 ZACHARY C. HANSEN (State Bar No. 325128)
   zhansen@earlysullivan.com
11 **EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
   6420 Wilshire Boulevard, 17th Fl.
12 Los Angeles, CA 90048
   Telephone: (323) 301-4660
13 Facsimile: (323) 301-4676

14 Attorneys for PLAINTIFF
   ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No.: 2:23-cv-07593-HDV-KS** <br><br> **JOINT REQUEST FOR REMOTE APPEARANCES AT SCHEDULING CONFERENCE; DECLARATIONS OF GREGORY A. ELLIS AND BRADLEY R. GREENMAN IN SUPPORT** <br><br> Date:  November 12, 2024 <br> Time:  10:00 a.m. <br> Place:  Courtroom 5B |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff Robert Hunter Biden and for Defendants Garret Ziegler and ICU, LLC, request that the scheduling conference in the present case, currently scheduled for November 12, 2024, be held remotely via Zoom. Good cause for the request exists due to multiple scheduling conflicts among lead trial counsel, as set forth in the attached Exhibit A (Declaration of Gregory A. Ellis) and Exhibit B (Declaration of Bradley R. Greenman).

As required by the Court's procedures, counsel for the parties met and conferred with counsel regarding this request on November 1, 2024, and November 4, 2024, consistent with Local Rule 7.3, resulting in the present joint filing.

Dated: November 6, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Paul Salvaty
   Paul Salvaty
   Abbe David Lowell

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: /s/ Bryan M. Sullivan
   Bryan M. Sullivan
   Zachary C. Hansen

Attorneys for PLAINTIFF ROBERT HUNTER BIDEN

1  DATED: November 6, 2024          TYLER LAW, LLP

3                                   By: /s/ Nathan R. Klein
4                                       Nathan R. Klein, Esq.
                                        Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

# Exhibit A

PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

ABBE DAVID LOWELL (*pro hac vice*)
AbbeLowellPublicOutreach@winston.com
**WINSTON & STRAWN LLP**
1901 L St., N.W.
Washington, DC 20036-3508
Telephone:   (202) 282-5875
Facsimile:    (202) 282-5100

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, CA 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 2:23-cv-07593-HDV-KS**<br><br>**DECLARATION OF GREGORY A. ELLIS IN SUPPORT OF JOINT REQUEST FOR REMOTE APEPARANCES AT SCHEDULING CONFERENCE**<br><br>Date:       November 12, 2024<br>Time:      10:00 a.m.<br>Place:      5B |

# DECLARATION OF GREGORY A. ELLIS

I, Gregory A. Ellis, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and am an attorney of record for Mr. Robert Hunter Biden. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I am of counsel at Winston & Strawn LLP, located at 333 South Grand Avenue, Los Angeles CA 90071.

3. On August 23, 2024, Plaintiff Robert Hunter Biden and Defendant Garrett Ziegler (the "Parties") received the Court's Order setting the scheduling conference for November 12, 2024 at 10:00 a.m. before the Honorable Hernan D. Vera in Courtroom 5B. The order states that "[l]ead trial counsel and any unrepresented parties must attend the scheduling conference, unless excused by the Court for good cause prior to the conference." Similarly, this Court's procedures, located at https://www.cacd.uscourts.gov/honorable-hern%C3%A1n-d-vera, state that "[r]equests for leave to appear remotely for a scheduling conference must include a detailed declaration stating the good cause for why an in-person appearance cannot be made. Such requests must be made **six (6) days** before the hearing and should certify that counsel have met and conferred consistent with Local Rule 7-3." (Emphasis in original).

4. Lead counsel for Mr. Biden, Abbe Lowell, who will be in charge of the conduct of the trial, is based in Washington, D.C. and has scheduling conflicts on November 12, 2024 and November 13, 2024. Specifically, Mr. Lowell has a previously-scheduled event – the *yahrzeit* (annual memorial service) for his late mother – in Washington, D.C. on the evening of November 12. On November 13, Mr. Lowell is scheduled to be in Chicago for a previously-scheduled meeting.

5. On November 1, 2024 and November 4, 2024, I conferred with Nathan Klein and Bradley Greenman, counsel for Defendants, about this scheduling conflict and

about Plaintiff's intention to request permission that Mr. Lowell be permitted to either be excused from the scheduling conference or be allowed to appear remotely at the scheduling conference. Mr. Greenman informed me that Defendants did not oppose Plaintiff's request.  Mr. Greenman further explained that defense counsel have a number of scheduling conflicts of their own on November 12, including that one of their trial counsel will be in Arkansas in a separate matter, as set forth more fully in the concurrently-filed declaration of Mr. Greenman.

6. Accordingly, counsel for the parties agreed to submit this joint request that the scheduling conference be conducted remotely.

7. Should the Court require an in-person appearance at the scheduling conference in addition to the requested remote appearances, my colleague Paul B. Salvaty and I are available.

8. Counsel have met and conferred with respect to the topics to be addressed in their F.R.C.P. Rule 26(f) report, and submitted their F.R.C.P. 26(f) report on October 29, 2024, as required by F.R.C.P. 26(f)(2) and Central District Local Rule 26-1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 6th day of November, 2024 at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　  /s/ Gregory A. Ellis  
　　　　　　　　　　　　　　　　　　　Gregory A. Ellis

# Exhibit B

TYLER LAW, LLP
Robert H. Tyler, Esq. (SBN 179572)
rtyler@tylerlawllp.com
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
Bradley Greenman (SBN 347609)
bgreenman@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax:   (951) 600-4996

Attorneys for Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case No.: 23-cv-07593-HVD-KS<br><br>*Honorable Hernan D. Vera*<br>*Magistrate Judge Karen L. Stevenson*<br><br>**BRADLEY GREENMAN'S DECLARATION IN SUPPORT TO APPEAR REMOTELY RE: SCHEDULING CONFERENCE**<br><br>Date:   November 12, 2024<br>Time:   10:00 a.m.<br>Ctrm:   5B |

I, Bradley R. Greenman, declare as follows:

1.      I am an attorney for Defendants Garrett Ziegler and ICU, LLC, a Wyoming limited liability company (collectively "Defendants"), in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

1

DECLARATION OF BRADLEY R. GREENMAN IN SUPPORT OF REMOTE APPEARENCE

2. Defendants respectfully submit this declaration in Support of the Joint Request to for Remote Appearances at Scheduling Conference (this "Declaration") at the Scheduling Conference set for November 12, 2024 (the "Scheduling Conference").

3. Prior to the Scheduling Conference being set attorneys Robert H. Tyler, Nathan R. Klein, and Bradley R. Greenman all had previously scheduled commitments that affect their respective abilities to appear in person.

4. Attorneys Tyler and Greenman both have a previously scheduled firmwide staff pre-paid luncheon event in Murrieta, California, which they will be unable to attend if they are unable to appear remotely. Attorney Tyler is the owner and managing partner of the firm and would like to be present to show support of the staff at what is intended to be a Thanksgiving celebration for the staff and attorneys, including Attorney Greenman.

5. Attorney Klein will be flying to Arkansas on November 12, 2024, to appear for a hearing on an unrelated case and is unable to appear in person as such.

6. Moreover, on November 4, 2024, I met and conferred with counsel for Plaintiff, Gregory A. Ellis ("Mr. Ellis"), pursuant to Local Rule 7-3 regarding the various conflicts presented by the Scheduling Conference being held in person. Through the meet and confer process, Mr. Ellis informed me that Abbe Lowe, lead trial counsel for Plaintiff, also had a conflict that would likely inhibit his ability to appear at the Scheduling in Conference. Defendants do not oppose Mr. Lowell's request.

7. In the light of the conflicts, counsel for the parties agreed to file this joint request that the scheduling conference be conducted remotely.

8. Should the Court require an in-person appearance at the scheduling conference in addition to the requested remote appearances, I can be available to appear in person.

9. Further, Counsel have met and conferred with respect to the topics to be addressed in their F.R.C.P. Rule 26(f) report, and submitted their F.R.C.P. 26(f) report on October 29, 2024, as required by F.R.C.P. 26(f)(2) and Central District Local Rule 26-1.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.  Executed on November 4, 2024, at Murrieta, California.

/s/ Bradley Greenman
Bradley Greenman

3
DECLARATION OF BRADLEY R. GREENMAN IN SUPPORT OF REMOTE APPEARENCE