# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LINK 75

ROBERT HUNTER BIDEN

Plaintiff(s)

v.

GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company

Defendant(s)

CASE NUMBER

2:23-CV-07593-HVD-KS

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Garrett Ziegler and ICU, LLC
*Name of Party*

☐ Plaintiff ☒ Defendant ☐ Other

☒ to substitute  Jennifer Linsley Holliday  who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

7190 Sunset Blvd #1430
*Street Address*

Los Angeles, CA 90046
*City, State, Zip*

JLHolliday@proton.me
*E-Mail Address*

310-600-6078
*Telephone Number*

805-622-0225
*Fax Number*

261343
*State Bar Number*

as attorney of record instead of  Tyler Law, LLP, Robert H. Tyler, Nathan R. Klein and
*List all attorneys from same firm or agency who are withdrawing.*

Bradley R. Greenman

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of  Tyler Law, LLP, Robert H. Tyler, Nathan R. Klein and Bradley R. Greenman
*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Defendants Garrett Ziegler and ICU, LLC

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  02/20/25

_____
U. S. District Judge/U.S. Magistrate Judge