| | |
|---|---|
| 1 | JENNIFER L. HOLLIDAY SBN 261343 |
| 2 |     JLHolliday@Proton.me |
|   | 7190 W. Sunset Blvd. #1430 |
| 3 | Los Angeles, CA 90046 |
| 4 | (805)622-0225 |
| 5 | **ATTORNEY FOR DEFENDANTS** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT HUNTER BIDEN,

    Plaintiff,

v.

GARRETT ZIEGLER, ICU, LLC

(d/b/a Marco Polo),

    Defendants.

Case No. 2:23-CV-07593-HDV-KS

**REQUEST FOR CLARIFICATION ON REPRESENTATION; L.R. 83-2.3; 83-2.1.3.4;**

*Assigned to The Hon. Hernán D. Vera*

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: Defendants hereby respectfully submit this Request for Clarification on Representation, and state as follows:

1. Defendants have become aware that Plaintiff's Lead Counsel of Record, Paul Benedict Salvaty, is no longer with Winston Strawn LLP raising questions involving Plaintiff's representation in this matter. On February 24, 2025, Defendants received automated electronic mail, in response to attempted

1. electronic service of documents through Mr. Salvaty, that he is no longer with the firm.

2. Defendants have not been served with any formal notice of withdrawal or motion to withdraw by Mr. Salvaty pursuant to Local Rule 83-2.3.2.

3. The docket does not reflect any formal withdrawal of Plaintiff's counsel, leaving the status of Plaintiff's legal representation unclear as the only other California-based attorney from Winston Strawn, Gregory Andrew Ellis, properly noticed his withdrawal on January 10, 2025. Without Mr. Ellis and Mr. Salvaty, there is no local counsel from the firm of Winston Strawn despite the continued presence of non-resident attorney Abbe Lowell.

4. Given the importance of ensuring compliance with all procedural and discovery obligations, including pending depositions set for this week and outstanding discovery requests due in a matter of days, Defendants respectfully request that the Court order Plaintiff to clarify whether Plaintiff remains represented by Mr. Salvaty or if Mr. Salvaty's representation terminated when Mr. Salvaty left the firm.

5. Mr. Salvaty is listed as the designated Local Counsel on Non-Resident Attorney Abbe Lowell in an Application of Non-Resident Attorney to Appear in a Specific Case and corresponding Order this Court granted. [See ECF 10, Page ID # 34]. **A true and correct copy is attached as Exhibit A.**

6. In this district, the conduct of counsel, including the withdrawal of counsel is governed by Local Rule 83-2.3 and the California Rules of Professional Conduct, and an attorney must typically seek leave of court to withdraw, particularly when the representation involves a local counsel supporting a non-resident's pro hac vice application. See e.g. *Lotus Management, LLC v.*

*Shulman*, C13-3401 PJH (N.D. Cal., Oct. 22, 2013; See also *Castillo v. W Range Ass'n,* 3:16-cv-00237-RCJ-CLB (D. Nev. Apr. 1, 2024) ("An attorney cannot withdraw from a case without the consent of the court." quoting *Lovvorn v. Johnston*, 118 F.2d 704, 706 (9th Cir. 1941)).

7. Local Rule 83-2.1.3.4 requires that every attorney seeking to appear pro hac vice "must designate as Local Counsel an attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom documents may be served…". L.R. 83-2.1.3.4

WHEREFORE, Defendants respectfully request that the Court require Plaintiff Robert Hunter Biden and/or Plaintiff's counsel to clarify the status of legal representation in this case within seven 7 days.

Dated: Feb. 24, 2025.                    Respectfully submitted,


                                         _/s/_____
                                         JENNIFER L. HOLLIDAY
                                         Attorney for Defendants
                                         Garrett Ziegler and ICU, LLC

# EXHIBIT A

Name and address:
Paul B. Salvaty (SBN: 171507)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
Email: psalvaty@winston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-07593-HVD-KS |
| v. | |
| GARRETT ZIEGLER, an individual, et al., | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*                check here if federal government attorney ☐

WINSTON & STRAWN LLP
*Firm/Agency Name*

1901 L St., N.W.                           (202) 282-5000              (202) 282-5100
                                           *Telephone Number*          *Fax Number*
*Street Address*

Washington, DC 20036-3508                  AbbeLowellPublicOutreach@winston.com
*City, State, Zip Code*                    *E-mail Address*

**I have been retained to represent the following parties:**

Robert Hunter Biden                        ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

                                           ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of New York | 03/01/1978 | Yes |
| District of Columbia | 12/18/1981 | Yes |
| State of Maryland | 01/10/1984 | Yes |

*Continued on Page 3, Section IV*

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated September 19, 2023

Abbe David Lowell
Applicant's Name (please type or print)

*/s/ Abbe David Lowell*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Salvaty, Paul B.
*Designee's Name (Last Name, First Name & Middle Initial)*

WINSTON & STRAWN LLP
*Firm/Agency Name*

333 S. Grand Avenue
38th Floor
*Street Address*

Los Angeles, CA 90071-1543
*City, State, Zip Code*

(213) 615-1700
*Telephone Number*

(213) 615-1750
*Fax Number*

PSalvaty@winston.com
*Email Address*

171507
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   September 20, 2023

Paul B. Salvaty
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

*Continued from Page 1, Section I:*

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| USDC District of Columbia | 07/06/1987 | Yes |
| USDC District of Maryland | 05/29/1981 | Yes |
| USDC Eastern District of New York | 03/24/2004 | Yes |
| USDC Southern District of New York | 04/17/2001 | Yes |
| U.S. Supreme Court | 06/01/1981 | Yes |
| USCA 1st Circuit | 02/27/2012 | Yes |
| USCA 2nd Circuit | 12/19/1986 | Yes |
| USCA 3rd Circuit | 12/03/2014 | Yes |
| USCA 4th Circuit | 05/26/1981 | Yes |
| USCA 5th Circuit | 04/01/2013 | Yes |
| USCA District of Columbia | 10/20/1997 | Yes |
| USCA 11th Circuit | 06/13/2022 | Yes |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Abbe D Lowell

was duly qualified and admitted on December 18, 1981 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 18, 2023.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Maryland

Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the tenth day of January, 1984,

### Abbe David Lowell

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the seventeenth day of November, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this eighteenth day of September, 2023.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Abbe David Lowell

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 19, 2023.

*Darrell M. Joseph*

Acting Clerk of the Court

CertID-00137555



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300**

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
ACTING CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on <u>the website of the Unified Court System</u>.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the <u>Attorney Grievance Committee of the Second Judicial Department</u>.

    Bar examination history is available from the <u>New York State Board of Law Examiners</u>.

    Instructions, forms and links are available on <u>this Court's website</u>.

*[signature]*

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023

| Name and address: |
|---|
| Paul B. Salvaty (SBN: 171507) |
| WINSTON & STRAWN LLP |
| 333 S. Grand Avenue, 38th Floor |
| Los Angeles, CA 90071-1543 |
| T: (213) 615-1700 |
| Email: psalvaty@winston.com |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-07593 _____ |
| v. | |
| GARRETT ZIEGLER, an individual, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 282-5000      (202) 282-5100
*Telephone Number    Fax Number*

AbbeLowellPublicOutreach@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
1901 L. St., N.W.
Washington, DC 20036-3508
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Robert Hunter Biden

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Salvaty, Paul B.
*Designee's Name (Last Name, First Name & Middle Initial)*    of

171507      (213) 615-1700      (213) 615-1750
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

PSalvaty@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com