UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **2:23-cv-07593-HDV-KSx** | Date **February 26, 2025** |
| Title **Robert Hunter Biden v. Garrett Ziegler, et al.** | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS— ORDER TO SHOW CAUSE RE:**

In light of the withdrawal by Plaintiff Robert Hunter Biden's attorney Gregory Andrew Ellis [Dkt. No. 74] and a notice indicating that the contact information for Plaintiff's lead attorney Paul Salvaty is no longer accurate [Dkt. No. 79], the Court orders Plaintiff to show cause in writing, by no later than March 5, 2025, explaining the Plaintiff's situation vis-à-vis representation or whether Plaintiff intends to proceed in pro per.

Failure to timely or adequately respond to this Order may result in the dismissal of the action or other terminating sanctions.

**IT IS SO ORDERED.**