ABBE DAVID LOWELL
*AbbeLowellPublicOutreach@winston.com*
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

BRYAN M. SULLIVAN, State Bar Number 209743
  *bsullivan@earlysullivan.com*
ZACHARY C. HANSEN, State Bar Number 325128
  *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff
Robert Hunter Biden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07593-HDV-KS<br><br>*Assigned to:*<br>*District Judge Hernán D. Vera*<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S RESPONSE TO ORDER TO SHOW CAUSE RE REPRESENTATION** |

5803479.1

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE REPRESENTATION**

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This responds to the Court's February 26, 2025 order to show cause in writing, by no later than March 5, 2025, explaining the Plaintiff Robert Hunter Biden's ("Plaintiff") "situation vis-à-vis representation or whether Plaintiff intends to proceed in pro per" in light of the withdrawal of Greg Ellis, Esq., and a notice indicating that the contact information for Plaintiff's lead attorney Paul Salvaty, Esq., is no longer accurate. Plaintiff shall continue to be represented by Abbe Lowell, Esq., of Winston Strawn, LLP, as lead counsel, whose pro hac vice application was granted on September 25, 2024, and local counsel Bryan M. Sullivan, Esq. (California State Bar Number 209743), and Zachary Hansen, Esq. (California State Bar Number 325128), of Early Sullivan Wright Gizer & McRae LLP, located at 6420 Wilshire Boulevard, Suite 1700, Los Angeles, California 90048, who have been involved in the case from its commencement.

By this submission, Plaintiff requests that the Court approve Mr. Sullivan and/or Mr. Hansen as local counsel for Mr. Lowell and, at the Court's request, Plaintiff will cause to be filed new pro hac vice applications designating Mr. Sullivan and/or Mr. Hansen as local counsel for Mr. Lowell rather than Mr. Salvaty.

Plaintiff notes for the Court that, on Monday, March 3, 2025, Plaintiff initiated the meet and confer process under Local Rule 7.3 with Defendant to file a motion for voluntary dismissal under F.R.C.P. 41(a)(2) requesting that this matter be dismissed without prejudice. After receiving a response from Defendants, given

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



the discovery issues raised in Defendants' response, Plaintiff will raise this request via an *ex parte* application to be filed this week.

Dated: March 4, 2025

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

By: */s/ Zachary C. Hansen*
BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

ABBE DAVID LOWELL
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Plaintiff*
*Robert Hunter Biden*

# CERTIFICATE OF SERVICE

I, Valerie Segura, hereby certify that on this 4th day of March, 2025, a copy of the foregoing **PLAINTIFF ROBERT HUNTER BIDEN'S RESPONSE TO ORDER TO SHOW CAUSE RE REPRESENTATION :** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Jennifer Linsley Holliday
LAW OFFICE OF
JENNIFER LINSLEY HOLLIDAY, ESQ.
7190 W. Sunset Boulevard, #1430
Los Angeles, CA 90046
Tel: (805) 622-0225
Email: jlholliday@proton.me

*Attorney for Defendants
Garrett Ziegler and ICU, LLC*

Robert H. Tyler
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, CA 92562
Tel: (951) 600-2733
Email: btyler@faith-freedom.com

*Attorney for Defendants
Garrett Ziegler and ICU, LLC*

*/s/ Valerie Segura*
VALERIE SEGURA
An employee of EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP



5803479.1

3

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE REPRESENTATION**