ABBE DAVID LOWELL
*AbbeLowellPublicOutreach@winston.com*
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

BRYAN M. SULLIVAN, State Bar Number 209743
  *bsullivan@earlysullivan.com*
ZACHARY C. HANSEN, State Bar Number 325128
  *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
Robert Hunter Biden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-07593-HDV-KS <br><br> *Assigned to:* <br> *District Judge Hernán D. Vera* <br><br> **DECLARATION OF BRYAN M. SULLIVAN IN SUPPORT OF PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION FOR AN ORDER MOTION AND MOTION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. RULE CIV. PROC. 41(a)(2)** <br><br> [*Notice of Ex Parte Application and Ex Parte Application; Declaration of Robert Hunter Biden; and [Proposed] Order filed and served concurrently herewith*] <br><br> Place: Ctrm. 5B <br> Judge: Hon. Honorable Hernan D. Vera |

5803977.1

1

**DECLARATION OF BRYAN SULLIVAN ISO EX PARTE TO DISMISS**

## DECLARATION OF BRYAN M. SULLIVAN

I, Bryan M. Sullivan, declare and state as follows:

1. I am an Partner of the law firm of Early Sullivan Wright Gizer & McRae LLP, attorneys of record for Plaintiff Robert Hunter Biden ("Plaintiff") herein. I submit this declaration in support of Plaintiff's *Ex Parte* Application To Voluntarily Dismiss Action Pursuant To Fed. Rule Civ. Proc. 41(A)(2). If called as a witness, I would and could testify to the matters contained herein.

2. Plaintiff served discovery on November 6, 2024 and Defendants responded on December 20, 2024, but Defendants' responses were minimal and likely will require motion practice as Plaintiff has been dealing with deficiencies with these responses. Since that time, Plaintiff has been dealing with deficiencies with these responses. I have been copied on all communications relating to these issues.

3. It was not until January 31, 2025 that Defendants propounded any written discovery and February 11, 2025 when they first requested Plaintiff's deposition and sought to serve non-party and Plaintiff's legal counsel, Kevin Morris, Esq., with a subpoena for deposition. To date, no depositions have occurred in this case.

4. On February 21, 2025, Defendants substituted in new counsel, Jennifer Holliday, Esq., and, for the first time, indicated their intent to file a summary judgment motion. To date, no dispositive motions or discovery motions have been filed.

5. While the Parties were in the meet and confer process over the discovery issues and Defendants' intended summary judgment motion, including a meet and confer discussion on February, 26, 2025, of which I have been informed of communications relating thereto, Plaintiff informed me of his decision to seek to voluntarily dismiss this action given all of the upcoming fees to be incurred on this case and his lack of resources to continue litigating this case.

6. On the morning of March 3, 2025, I sent a letter to Jennifer Holliday, Esq., counsel for Defendants informing Ms. Holliday of Plaintiff's intent to dismiss

this action under Rule 41(a)(2) and setting forth the reason for the dismissal. Attached hereto as Exhibit "A" is a true and correct copy of the letter I sent to Ms. Holliday.

7. Late in the night on March 3, 2025, Ms. Holliday sent me a letter in response to my earlier letter claiming that Defendants will suffer legal prejudice as a result of this dismissal because Defendants incurred substantial fees in this Action. In this letter, Ms. Holliday raised several discovery issues and reiterated Defendants' intent to move for summary judgment, which Defendants understood to be on hold pending the resolution of the discovery disputes. Attached hereto as Exhibit "B" is a true and correct copy of the letter I received from Ms. Holliday.

8. On the morning of March 4, 2025, I sent a letter to Ms. Holliday refuting and claimed prejudice to Defendants as a result of dismissal of this action and addressing the discovery issues. Further, I explained that, in light of Ms. Holliday's concern about the discovery issues and with the discovery cut-off being April 1, 2025, that Plaintiff would file an *ex parte* application seeking voluntary dismissal under Rule 41(a)(2) by March 6, 2025. Attached hereto as Exhibit "C" is a true and correct copy of the letter I received from Ms. Holliday.

9. At almost 11:00 pm on the night of March 4, 2025, Ms. Holliday sent an email to, among others, me, sending Defendants portions of a motion for summary judgment and stating that Plaintiff's portion is to be sent to her in 14 days and she tentatively set the hearing date for May 15, 2025. Attached hereto as Exhibit "D" is a true and correct copy of the letter I received from Ms. Holliday.

10. On the morning of March 5, 2025, I sent Ms. Holliday an email notifying her that the *ex parte* application seeking voluntary dismissal under Rule 41(a)(2) by 3:00 pm that same day. Attached hereto as Exhibit "E" is a true and correct copy of this email. I also called Ms. Holliday and left a voicemail providing the same notice and asking if she was going to oppose this Application. While she did not respond

///

///



5803977.1

3

**DECLARATION OF BRYAN SULLIVAN ISO EX PARTE TO DISMISS**

prior to the filing of the Application, given the prior correspondence with Ms. Holliday, we assume that Defendants will oppose.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 5th day of March, 2025, at Roanoke, Virginia.

_____
Bryan M. Sullivan

# CERTIFICATE OF SERVICE

I, April Wright, hereby certify that on this 5th day of March, 2025, a copy of the foregoing **DECLARATION OF BRYAN M. SULLIVAN IN SUPPORT OF PLAINTIFF ROBERT HUNTER BIDEN'S EX PARTE APPLICATION FOR AN ORDER MOTION AND MOTION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. RULE CIV. PROC. 41(a)(2)** was served via email, on the following:

Jennifer Linsley Holliday
LAW OFFICE OF
JENNIFER LINSLEY HOLLIDAY, ESQ.
7190 W. Sunset Boulevard, #1430
Los Angeles, CA 90046
Tel: (805) 622-0225
Email: jlholliday@proton.me

*Attorney for Defendants
Garrett Ziegler and ICU. LLC*

Robert H. Tyler
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, CA 92562
Tel: (951) 600-2733
Email: btyler@faith-freedom.com

*Attorney for Defendants
Garrett Ziegler and ICU, LLC*

/s/ *April Wright*
APRIL WRIGHT
An employee of EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

5803799.3

**DECLARATION OF BRYAN SULLIVAN ISO EX PARTE TO DISMISS**