**EXHIBIT "D"**

551832.1

# Bryan Sullivan

| | |
|---|---|
| **From:** | JLHolliday <JLHolliday@proton.me> |
| **Sent:** | Tuesday, March 4, 2025 10:56 PM |
| **To:** | Bryan Sullivan; Zachary Hansen; Abbe Lowell Public Outreach |
| **Subject:** | Biden v. Ziegler, 2:23-cv-07593 |
| **Attachments:** | FINAL SEPARATE STATEMENT.pdf; OPENING BRIEF.pdf; APPENDIX BINDER - FIN.pdf |

Counsel:

Attached please find Defendant ICU, LLC's Opening Brief, Joint Appendix, and Joint Statement of Uncontested Facts and Conclusions of Law in support of Defendant ICU, LLC's Motion for Summary Judgment. Per Judge Vera's Standing Order, we are required to serve our portion of these documents to you, and you are required to return the documents with your contributions in 14 days at which time we will have five days to incorporate our Reply, and the entire document will be filed as one joint filing. Please refer to Judge Vera's Standing Order for the precise instructions. Please advise if you need any different file formats so that you may incorporate your portion.

I have tentatively set the hearing date for May 15, 2025, but if you require any additional briefing time, please contact me to work out a reasonable briefing schedule keeping in mind the deadlines set forth in the Scheduling Order.

Please consider any new documents contained in our portion of the Joint Appendix our supplemental discovery responses per the continuing obligation under Rule 26.

Best,
Jennifer L. Holliday

Sent with Proton Mail secure email.