# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, | Case No. 2:23-cv-07593-HDV-KS |
| Plaintiff, | *Assigned to:*<br>*District Judge Hernán D. Vera* |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION FOR AN ORDER TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. RULE CIV. PROC. 41(a)(2)** |
| GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive, | |
| Defendants. | [*Declarations of Robert Hunter Biden and Bryan M. Sullivan, Esq.; Notice and Ex Parte Application filed and served concurrently herewith*] |
| | Place: Ctrm. 5B<br>Judge: Hon. Honorable Hernan D. Vera |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

On March 5, 2025, Plaintiff Robert Hunter Biden ("Plaintiff") filed an *Ex Parte* to this Court for an Order  voluntarily dismissing this case pursuant to Rule 41(a)(2).

Having considered the papers submitted by Plaintiff, and for good cause shown, Plaintiff's *Ex Parte* Application is **GRANTED**.

**IT IS HEREBY ORDERED** as follows:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

**IT IS SO ORDERED.**

DATED:  _____, 2025

_____

HONORABLE HERNAN D. VERA
DISTRICT JUDGE


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

# CERTIFICATE OF SERVICE

I, April Wright, hereby certify that on this 5th day of March, 2025, a copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION FOR AN ORDER TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. RULE CIV. PROC. 41(a)(2)** was served via email, on the following:

Jennifer Linsley Holliday
LAW OFFICE OF JENNIFER LINSLEY HOLLIDAY, ESQ.
7190 W. Sunset Boulevard, #1430
Los Angeles, CA 90046
Tel: (805) 622-0225
*Email: jlholliday@proton.me*

*Attorney for Defendants Garrett Ziegler and ICU, LLC*

Robert H. Tyler
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, CA 92562
Tel: (951) 600-2733
*Email: btyler@faith-freedom.com*

*Attorney for Defendants Garrett Ziegler and ICU, LLC*

/s/ April Wright
APRIL WRIGHT
An employee of EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW