JENNIFER L. HOLLIDAY
(SBN 261343)
7190 Sunset Blvd. #1430
Los Angeles, CA 90046
310.600.6078

ADVOCATES FOR FAITH & FREEDOM
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:    (951) 600.2733
Facsimile:    (951) 600.4996

Attorneys for Defendants **Garrett Ziegler** and **ICU, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>GARRETT ZIEGLER, an individual; ICU, LLC, a Wyoming limited liability company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>    Defendant(s) | Case No.: 23-cv-07593-HVD-KS<br><br>**ROBERT H. TYLER'S DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO DISMISS** |

I, Robert H. Tyler, declare as follows:

1.     I am an attorney of record in this matter for defendants GARRETT ZIEGLER, an individual ("Defendant Ziegler") and defendant ICU, LLC, a Wyoming limited liability company

1

DECLARATION OF ROBERT H. TYLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION RE: VOLUNTARY DISMISSAL

d/b/a Marco Polo ("Defendant ICU"). Defendant Ziegler and Defendant ICU are referred to hereinafter as "Defendants" unless otherwise specified.

2. I make this declaration in support of Defendants' Opposition to Plaintiff's Ex Parte Motion Re: Voluntary Dismissal.

3. I am a partner in Tyler Law, LLP and have been actively involved in providing legal representation in this case since its inception. On or about December 3, 2023, Tyler Law LLP, was retained by Defendants to defend against the complaint filed by plaintiff, ROBERT HUNTER BIDEN, an individual ("Plaintiff"), Case No.: 23-cv-07593-HVD-KS.

4. Since being retained, Defendants have incurred substantial costs and attorney's fees related to defending this case. From December 3, 2023, until March 6, 2025, Tyler Law, LLP have performed 648.2 hours of billable hours and Defendants have incurred $196,565.20 in attorney's fees defending this case. Further, Defendants have incurred $1,070.20 in costs and expenses related to defending this case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed on March 6, 2025, at Murrieta, California.

/s/ Robert H. Tyler
Robert H. Tyler