1  JENNIFER L. HOLLIDAY SBN 261343
2  JLHolliday@Proton.me
3  7190 W. Sunset Blvd. #1430
   Los Angeles, CA 90046
4  (805)622-0225

5  **ATTORNEY FOR DEFENDANTS**

<br>

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN, | Case No. 2:23-CV-07593-HDV-KSx |
| Plaintiff, | **NOTICE OF LODGING OF PROPOSED ORDERS, L.R. 5-4.4.1** |
| v. | |
| GARRETT ZIEGLER, ICU, LLC (d/b/a Marco Polo), | **THE HON. HERNÁN D. VERA** |
| Defendants. | **HRG: MAY 4, 2025**<br>**TIME: 10:00 AM**<br>**DEPT: 5B** |

1  Notice is hereby given that DEFENDANTS Garrett Ziegler and ICU, LLC ("Marco Polo") hereby lodge two Proposed Orders Granting Defendants' Motion for Attorneys' Fees as the Prevailing Party under F.R.C.P. 54(b) and California Penal Code § 502.  The two proposed orders are attached hereto.

Per Local Rule 5-4.4.1, "Proposed orders or other proposed documents (such as a proposed judgment or proposed findings of fact) that are not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging."

This Court entered an Order dismissing this case with prejudice on March 13, 2025, and the docket reflects that the Clerk closed the case on that date. Accordingly, Defendants filed a Motion for Attorneys' Fees as the Prevailing Party under F.R.C.P. 54(b) and California Penal Code § 502 within fourteen days on March 27, 2025.