ABBE DAVID LOWELL
*AbbeLowellPublicOutreach@winston.com*
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

BRYAN M. SULLIVAN, State Bar Number 209743
  *bsullivan@earlysullivan.com*
ZACHARY C. HANSEN, State Bar Number 325128
  *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff
Robert Hunter Biden

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-07593-HDV-KS<br><br>*Assigned to:*<br>*District Judge Hernán D. Vera*<br><br>**DECLARATION OF ROBERT HUNTER BIDEN IN SUPPORT OF PLAINTIFF ROBERT HUNTER BIDEN'S OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>[*Opposition to Motion and Declaration of Zachary C. Hansen, Esq. filed and served concurrently herewith*]<br><br>Place: Ctrm. 5B<br>Judge: Honorable Hernán D. Vera |

# DECLARATION OF ROBERT HUNTER BIDEN

I, Robert Hunter Biden, declare and state as follows:

1. I am over the age of 18 and am the Plaintiff in this Action. I submit this declaration in support of Plaintiff Robert Hunter Biden's Opposition to Defendants Garrett Ziegler ("Ziegler") and ICU, LLC's (dba Marco Polo) (collectively, "Defendants") Motion for Attorneys' Fees and Costs ("Motion"). If called as a witness, I would and could testify to the matters contained herein.

2. I decided to initiate this case after I saw Defendants admit in public statements in December 2022 in an interview with Roger Stone, which I have seen, as follows:

> And we actually got into his iPhone backup, we were the first group to do it in June of 2022, we cracked the encrypted code that was stored on his laptop. And more drug deals were in there, which set our, set our release date back.

3. Moreover, prior to filing this action, I caused an initial investigation to be performed, which included consulting with a computer/data forensic expert who gave a preliminary opinion that the data purportedly from my alleged laptop posted on Marco Polo did not have forensic veracity and that it was different from the data purportedly from alleged laptop previously posted on the website known as 4Chan, which raised suspicion amongst my team as to whether it was manipulated, altered or modified and where it actually was obtained.

4. While the Parties were in the meet and confer process over the discovery issues and Defendants' intended summary judgment motion, I decided to seek to voluntarily dismiss this action given all of the upcoming work and resulting fees to be incurred on this case, for the reasons I have expressed previously in support of my voluntary request to dismiss case (*see* Dkt# 85).

5. Following my decision to voluntarily dismiss this case, on March 8, 2025 I traveled with my wife and young son to South Africa to visit my wife's family who live in South Africa and where my wife grew up. While in South Africa I have been

staying with my wife's family or her friends.  The trip was paid for by a gift of airline miles from a family friend as a birthday present for my wife.

6. If my request to voluntarily dismiss this case was denied, I assumed that my deposition could have been done via video conference as was done in other cases in which I have been involved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 8th day of April 2025, at Cape Town, South Africa.

*/s/ Robert Hunter Biden*

Robert Hunter Biden