Case 2:23-cv-07593-HDV-KS    Document 94-14    Filed 04/10/25    Page 1 of 2    Page ID #:2053

# EXHIBIT L

| | |
|---|---|
| **From:** | Bryan Sullivan |
| **To:** | Jennifer Holliday |
| **Cc:** | Zachary Hansen; Abbe Lowell; David A. Kolansky |
| **Subject:** | Re: Biden v. Ziegler, et al., Case No. 2:23-cv-07593-HDV-KS |
| **Date:** | Monday, March 3, 2025 7:36:31 AM |
| **Attachments:** | 2025.03.03 Letter to Jennifer Holliday re Motion for Voluntary Dismissal.pdf |

Please see attached letter.



**BRYAN M. SULLIVAN** | PARTNER
Early Sullivan Wright Gizer & McRae LLP
323.301.4660 Main
323.443.9940 Direct
323.301.4676 Fax
6420 Wilshire Blvd., 17th Floor, Los Angeles, CA 90048
bsullivan@earlysullivan.com

This message and any attached documents may contain information from the law firm of Early Sullivan Wright Gizer & McRae LLP that is confidential and/or privileged. If you are not theintended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.