# EXHIBIT M

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:23-cv-07593-HDV-KS Robert Hunter Biden v. Garrett Ziegler et al Reply (Motion related) |
| **Date:** | Friday, March 7, 2025 8:08:10 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hansen, Zachary on 3/7/2025 at 8:06 AM PST and filed on 3/7/2025

| | |
|---|---|
| **Case Name:** | Robert Hunter Biden v. Garrett Ziegler et al |
| **Case Number:** | 2:23-cv-07593-HDV-KS |
| **Filer:** | Robert Hunter Biden |

**Document Number:** 89

**Docket Text:**
**REPLY In Support of EX PARTE APPLICATION for Order for TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. RULE CIV. PROC. 41(a)(2) [85] filed by Plaintiff Robert Hunter Biden. (Hansen, Zachary)**

**2:23-cv-07593-HDV-KS Notice has been electronically mailed to:**

Abbe David Lowell    abbelowellpublicoutreach@winston.com

Bryan M Sullivan    bsullivan@earlysullivan.com, ecfnoticing@earlysullivan.com, rjones@earlysullivan.com

Jennifer Holliday    JLHolliday@proton.me, jhollidayesq@gmail.com

Paul Benedict Salvaty    psalvaty@cohen-williams.com

Robert H. Tyler    btyler@faith-freedom.com, rtyler@tylerlawllp.com, skenney@faith-freedom.com, spadilla@faith-freedom.com

Zachary Hansen    zhansen@earlysullivan.com, ecfnoticing@earlysullivan.com, rjones@earlysullivan.com

**2:23-cv-07593-HDV-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2025.03.07 Reply ISO Ex Parte to Voluntarily Dismiss Action(5804331.1).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/7/2025] [FileNumber=39655316-0] [667069e4635a5c15d7962f753f886f11e67c0181fb632b10458b141992a4f0683bfd4afaf25748a123d3011f3194298b1eac542a98dde47309897254057fb4c0]]