# EXHIBIT N

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:23-cv-07593-HDV-KS Robert Hunter Biden v. Garrett Ziegler et al Declaration (Motion related) |
| **Date:** | Friday, March 7, 2025 10:22:40 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Holliday, Jennifer on 3/7/2025 at 10:20 AM PST and filed on 3/7/2025

**Case Name:**     Robert Hunter Biden v. Garrett Ziegler et al
**Case Number:**   2:23-cv-07593-HDV-KS
**Filer:**         Garrett Ziegler
                   ICU, LLC

**Document Number:** 90

**Docket Text:**
**DECLARATION of JENNIFER L. HOLLIDAY in opposition to EX PARTE APPLICATION for Order for TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. RULE CIV. PROC. 41(a)(2) [85]** *SECOND DECLARATION OF HOLLIDAY* **filed by Defendants Garrett Ziegler, ICU, LLC. (Holliday, Jennifer)**

**2:23-cv-07593-HDV-KS Notice has been electronically mailed to:**

Abbe David Lowell     abbelowellpublicoutreach@winston.com

Bryan M Sullivan     bsullivan@earlysullivan.com, ecfnoticing@earlysullivan.com, rjones@earlysullivan.com

Jennifer Holliday     JLHolliday@proton.me, jhollidayesq@gmail.com

Paul Benedict Salvaty     psalvaty@cohen-williams.com

Robert H. Tyler     btyler@faith-freedom.com, rtyler@tylerlawllp.com, skenney@faith-freedom.com, spadilla@faith-freedom.com

Zachary Hansen    zhansen@earlysullivan.com, ecfnoticing@earlysullivan.com, rjones@earlysullivan.com

**2:23-cv-07593-HDV-KS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2D DEC FINAL.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/7/2025] [FileNumber=39656864-0] [b80cca5064e3da6d390c2522c1e7bc8c81281b4b24537b217b437a1ddd638c4fc0b8 7e91fd40e62b6b3da7f37ba6919dff7d61478b68d20a7aed288f555b408e]]