# EXHIBIT O

