Name: Jennifer L. Holliday
Address: 7190 W. Sunset Blvd. #1430
City, State, Zip: Los Angeles, CA 90046
Phone: 310-600-6078
Fax:
E-Mail: JLHolliday@Proton.me

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert Hunter Biden

PLAINTIFF(S),

v.

Garrett Ziegler, ICU, LLC (a.k.a. "Marco Polo")

DEFENDANT(S).

CASE NUMBER:

2:23-CV-07593

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Garrett Ziegler_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Denying Motion to Dismiss [ECF 50]

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___June 20, 2024___. Entered on the docket in this action on ___June 20, 2024___.

A copy of said judgment or order is attached hereto.

April 14, 2025
Date

Signature: [signed] Holliday

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).