# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
GARRETT ZIEGLER; ICU, LLC

Name(s) of counsel (if any):
JENNIFER L. HOLLIDAY

Address: 7190 W. SUNSET BLVD. #1430, LOS ANGELES, CA 90046
Telephone number(s): 805-622-0225
Email(s): JLHOLLIDAY@PROTON.ME

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
ROBERT HUNTER BIDEN

Name(s) of counsel (if any):
BRYAN SULLIVAN

Address: 6420 Wilshire Boulevard, 17th Fl. Los Angeles, CA 90048
Telephone number(s): (323) 301-4660
Email(s): BSULLIVAN@EARLYSULLIVAN.COM

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      1                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
ROBERT HUNTER BIDEN

Name(s) of counsel (if any):
ZACHARY HANSEN

Address: 6420 Wilshire Boulevard, 17th Fl. Los Angeles, CA 90048

Telephone number(s): (323) 301-4660

Email(s): ZHANSEN@EARLYSULLIVAN.COM

Name(s) of party/parties:
ROBERT HUNTER BIDEN

Name(s) of counsel (if any):
ABBE LOWELL

Address: WINSTON & STRAWN, LLP 1901 L St., N.W. Washington, DC 20036-3508

Telephone number(s): (202) 282-5000

Email(s): AbbeLowellPublicOutreach@winston.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*