1  JENNIFER L. HOLLIDAY SBN 261343
2  JLHolliday@Proton.me
3  7190 W. Sunset Blvd. #1430
   Los Angeles, CA 90046
4  (805)622-0225

5  **ATTORNEY FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN, | Case No. 2:23-CV-07593-HDV-KSx |
| Plaintiff, | **NOTICE OF PREVIOUS PAYMENT OF APPELLATE FEES AND REQUEST TO APPLY TO NOTICES OF APPEAL FILED APRIL 14, 2025** |
| v. | |
| GARRETT ZIEGLER, ICU, LLC (d/b/a Marco Polo), | |
| Defendants. | **THE HON. HERNÁN D. VERA** |

1

TO THE CLERK:

DEFENDANTS / APPELLANTS hereby respectfully request that their previous payment of $605, Receipt No. ACACDC-37868452, be applied to the Notices of Appeal filed on April 14, 2025 seeking review of the same order now that this case has been dismissed. The second order [ECF 67] for which review is sought is a fee award related to the order granting the motion [ECF 50]. For efficiency, these orders should be combined into one appeal, and the Defendants seek to file briefing jointly.

The prior notice of interlocutory appeal was handled by former counsel, and new counsel for Defendants / Appellants was not involved at the time the prior Notice was filed. Counsel is unclear on whether the matter was ever fully docketed.

Respectfully submitted,

Date: April 14, 2025

_____

JENNIFER L. HOLLIDAY

-i-