<sup>1</sup>UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **2:23-cv-07593-HDV-KSx** | Date April 21, 2025 |
| Title ***Robert Hunter Biden v. Garrett Ziegler, et al.*** | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS—ORDER RE: DEFENDANTS' FEE APPLICATION [100]**

On July 19, 2024, Defendants Garrett Ziegler and ICU, LLC (d/b/a Marco Polo) appealed the Court's order denying Defendants' motion to dismiss and paid the corresponding $605 fee [Dkt. No. 55]. On October 17, 2024, Defendants were granted voluntarily dismissal of the appeal by the Ninth Circuit [Dkt. No. 68].

On April 14. 2025, Defendants noticed a series of appeals, including an appeal of the same order that Defendants had previously appealed and voluntarily dismissed [Dkt. No. 95–98]. Before the Court is Defendants' "request to apply $605 fee previously paid" that effectively asks the Court to accept the previously paid fee paid as payment for this second set of appeals. Fee Application ("Request") (Dkt. No. 100). The Court denies the Request.

Defendants—represented by counsel—decided to appeal the Court's July 2024 order. Defendants then chose to request dismissal of that appeal, and that relief was granted. There is no legally cognizable reason given in the Request for why the Court should set aside a mandatory fee. *See* Ninth Cir. R. 42-1 (9th Cir.

---
<sup>1</sup>

2021) ("When an appellant fails to…pay the docket fee…or otherwise comply with rules requiring processing the appeal for hearing, an order may be entered by the clerk dismissing the appeal."). If Defendants are unable to pay the fee, they are welcome to request to proceed *in forma pauperis* under Federal Rule of Appellate Procedure 24(a).

Defendants' request is ***denied***. The Clerk of the Court is directed to forward a copy of this order to the clerk for the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**