1 JENNIFER L. HOLLIDAY SBN 261343
2 JLHolliday@Proton.me
3 7190 W. Sunset Blvd. #1430
  Los Angeles, CA 90046
4 (805)622-0225

5 **ATTORNEY FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN, | Case No. 2:23-CV-07593-HDV-KSx |
| Plaintiff, | **NOTICE OF LODGING OF HEARING TRANSCRIPT; DECLARATION OF HOLLIDAY; L.R. 5-1** |
| v. | |
| GARRETT ZIEGLER, ICU, LLC (d/b/a Marco Polo), | **THE HON. HERNÁN D. VERA** |
| Defendants. | |

1

TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants Garrett Ziegler and ICU, LLC, by and through their counsel, hereby provide notice of the lodging the certified transcript of proceedings held on August 22, 2024 before the Honorable Hernán D. Vera, previously ordered and received from the Federal Official Court Reporter, which does not yet appear on the docket. [See ECF 65; See also ECF 75-77, omitting the transcript] This certified transcript is relevant for the purposes of the pending appeals and should be included in the record on appeal pursuant to Federal Rule of Appellate Procedure 10(e). The district court may correct the record prior to transmittal. See F.R.A.P. 10(e)(2). Counsel is informed and believes the attached copy of the transcript is a true and correct copy as produced and delivered by the Federal Official Court Reporter.

Dated: Apr. 22, 2025                    Respectfully submitted,

                                        /s/ Jennifer L. Holliday

                                        JENNIFER L. HOLLIDAY
                                        Attorney for Defendants

## **DECLARATION OF JENNIFER HOLLIDAY**

I am counsel of record for Defendants in this action and for Defendants-Appellants in the appeals currently pending before the United States Court of Appeals for the Ninth Circuit. I make the following statements based upon my personal knowledge.

1. I was not counsel of record at the time of the hearing reflected on the Docket as ECF entry 65, and I did not attend the proceeding.
2. I was not counsel of record at the time the certified transcript dated February 19, 2025 was produced and delivered.
3. I obtained a copy of the certified transcript and am informed and believe it to be a true and correct copy of the certified transcript my client ordered, purchased and obtained from the Federal Official Court Reporter.
4. I have contacted the Federal Official Court Reporter to confirm these facts and left a message on her personal voicemail on April 22, 2025.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 22, 2025 at Los Angeles County.

/s/Jennifer L. Holliday

JENNIFER L. HOLLIDAY