BRYAN M. SULLIVAN, State Bar Number 209743
  bsullivan@earlysullivan.com
ZACHARY C. HANSEN, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
Robert Hunter Biden

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT ZIEGLER, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07593-HDV-KS<br><br>*Assigned to:*<br>*District Judge Hernán D. Vera*<br><br>**NOTICE OF FILING MOTIONS TO DISMISS DEFENDANTS' APPEALS**<br><br>Place: Ctrm. 5B<br>Judge: Honorable Hernán D. Vera |

5809290.1

**NOTICE OF FILING MOTIONS TO DISMISS DEFENDANTS' APPEALS**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 28, 2025, Plaintiff and Respondent Robert Hunter Biden ("Biden") filed motions to dismiss Defendants and Appellants Garrett Ziegler ("Ziegler") and ICU, LLC's (dba Marco Polo) (collectively, "Defendants") appeals filed in the Ninth Circuit Court of Appeals on April 14, 2025, related to this action (Appeal Nos. 25-2406, 25-2407, 25-2408, and 25-2412) (collectively the "Appeals") on the basis that the Court of Appeals lacks jurisdiction over each of the Appeals, because they are either untimely or moot.  Attached hereto as **Exhibit "A"** is a copy of the Motion to Dismiss filed in each of the Appeals on April 28, 2025.  Attached hereto as **Exhibit "B"** is a copy of the Appendix in support of the Motion to Dismiss, filed in each of the Appeals on April 28, 2025.

Dated:  April 28, 2025

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

By: */s/ Zachary C. Hansen*
BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorneys for Plaintiff Robert Hunter Biden*