JENNIFER L. HOLLIDAY SBN 261343
    JLHolliday@Proton.me
7190 W. Sunset Blvd. #1430
Los Angeles, CA 90046
(805)622-0225

**ATTORNEY FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ROBERT HUNTER BIDEN, <br><br> Plaintiff, <br><br> v. <br><br> GARRETT ZIEGLER, ICU, LLC (d/b/a Marco Polo), <br><br> Defendants. | Case No. 2:23-CV-07593-HDV-KSx <br><br> **DECLARATION OF JENNIFER HOLLIDAY RE: PAYMENTS OF APPELLATE FILING FEES RE: CASE Nos.** <br> **25-2406, 25-2407, 25-2408, 25-2412** |

1

**DECLARATION OF JENNIFER LINSLEY HOLLIDAY**

1. I am counsel of record for Defendants ICU, LLC and Garrett Ziegler in this action and in the related appeals pending in the United States Court of Appeals for the Ninth Circuit. I submit this declaration to supplement the record on fee payments. If called as a witness, I could and would testify truthfully to the matters contained herein.

2. On April 28, 2025, I used the CM/ECF system to remit payment for the filing fees for Defendants' / Appellants' four appeals. I navigated to the "Credit Card Payment" option and selected to pay appeals fee. The only option was to pay a $605 fee for the appeal, and there was no option to pay for multiple appeals. Navigating through the screens, I did not encounter a place to link the fee payment to any one particular Notice of Appeal on the docket.

3. Earlier today I received a telephone call from the Clerk explaining that there was some confusion about how to apply the fee payment, and I explained how there was no option in the online payment system to link my payment to any particular appeal, so I reasonably believed the one fee payment indicated a consolidation of the appeals. I further explained I would remit payment today if necessary.

4. Ms. Lujan in the Office of the Clerk of the District Court coordinated with the Clerk's Office in the Ninth Circuit Court of Appeals and confirmed that fees should be remitted for each of the appeals. Later, following up in e-mail, Ms. Lujan explained to me that she had contacted the Help Desk and suggested, "Go ahead and e-file The Filing Fee Paid three more times. You'll get a receipt number for each 'filing fee paid for notice of appeal' just like the one you made before."

5. It is my understanding that the first payment, timely made on April 28, 2025, was applied to Appellate Case No. 25-2406. I remitted three additional payments today, each of which would be applied to each of the three other

pending appeals. I told Ms. Lujan I would file a Declaration explaining the situation.

6. This is a good faith mistake on my part for misunderstanding that the payment system did not link a payment to a particular Notice of Appeal or calculate how many individual fee payments were due, and I would respectfully ask the District Court and the Ninth Circuit Court of Appeals to excuse my delayed payment of the three filing fees which the Court ordered to be paid by April 28, 2025. I appreciate the Ms. Lujan and the Help Desk and the Office of the Clerk promptly bringing this to my attention and working with me to resolve it and apologize for the inconvenience.

7. Should the Court require any additional information or documentation, I have preserved all receipts and correspondence.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Indian Wells, California on 30th of April, 2025.

_/s/_____

JENNIFER L. HOLLIDAY