JENNIFER L. HOLLIDAY SBN 261343
    JLHolliday@Proton.me
7190 W. Sunset Blvd. #1430
Los Angeles, CA 90046
(805)622-0225

**ATTORNEY FOR DEFENDANTS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff,<br><br>v.<br><br>GARRETT ZIEGLER, ICU, LLC<br>(d/b/a Marco Polo),<br><br>    Defendants. | Case No. 2:23-CV-07593-HDV-KSx<br><br>**CERTIFICATE REGARDING TRANSCRIPT, F.R.A.P. 10(B); L.R. 83-10**<br><br>**[APPELLATE CASE Nos. 25-2406, 25-2407, 25-2408, 25-2412]** |

    Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure, Defendants/Appellants Garrett Ziegler and ICU, LLC certify that they will not be ordering any additional transcripts for the purpose of the appeals. Either the transcripts necessary for this appeal are already on file with the district court or no transcript is required because the relevant proceedings were non-evidentiary or based entirely on written submissions.

DATED: May 3, 2025

                                              Respectfully submitted,

                                              /s/ Jennifer L. Holliday
                                              **Jennifer L. Holliday**
                                              Attorney for Appellants
                                              Garrett Ziegler and ICU, LLC