**JENNIFER HOLLIDAY, ESQ. (SBN 261343)**
    JLHOLLIDAY@PROTON.ME
7190 W. Sunset Blvd. #1430
Los Angeles, California 90046
Ph. (310) 600-6078

*ATTORNEY FOR DEFENDANTS*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HUNTER BIDEN**, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>**GARRETT ZIEGLER**, an individual, ICU, LLC, a Wyoming Limited Liability Company d/b/a Marco Polo, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-07593 HV(KSx)<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT; FRCP 58; L.R. 58-3; 58-6**<br><br>**HON. HERNÁN D. VERA**<br><br>[closed case] |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Garrett Ziegler and ICU, LLC hereby lodge the attached [Proposed] Judgment pursuant to Federal Rule of Civil Procedure 58 and Local Rule 58-1 et seq.   This [Proposed] Judgment reflects the

Court's March 13, 2025 Order [ECF 91] dismissing the action with prejudice and closing the case. Defendants respectfully request that the Court enter the lodged judgment as the separate document required by Rule 58.

Dated: May 19, 2025                    Respectfully submitted,

                                       /s/ Jennifer L. Holliday

                                       **Jennifer L. Holliday**

                                       Attorney for Defendants

                                       Garrett Ziegler and ICU, LLC