# UNITED STATES DISTRICT COURT
для the
Central District of California

| R. Hunter Biden | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-07593 |
| Garrett Ziegler, ICU, LLC (DBA Marco Polo) | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the action be dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Hernán D. Vera on a motion for dismissal under Federal Rule of Civil Procedure 41(a)(2).

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Print   Save As...   Reset