UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>      Plaintiff - Appellee,<br><br>  v.<br><br>ICU, LLC, a Wyoming Limited Liability Company doing business as Marco Polo,<br><br>      Defendant,<br><br>and<br><br>GARRETT ZIEGLER,<br><br>      Defendant - Appellant. | No. 25-2406<br><br>D.C. No.<br>2:23-cv-07593-HDV-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| ROBERT HUNTER BIDEN,<br><br>      Plaintiff - Appellee,<br><br>  v.<br><br>ICU, LLC, a Wyoming Limited Liability Company doing business as Marco Polo,<br><br>      Defendant,<br><br>and<br><br>GARRETT ZIEGLER,<br><br>      Defendant - Appellant. | No. 25-2407<br>D.C. No.<br>2:23-cv-07593-HDV-KS<br>Central District of California,<br>Los Angeles |

ROBERT HUNTER BIDEN,

        Plaintiff - Appellee,

  v.

ICU, LLC, a Wyoming Limited Liability
Company doing business as Marco Polo,

        Defendant - Appellant,

and

GARRETT ZIEGLER,

        Defendant.

No. 25-2408
D.C. No.
2:23-cv-07593-HDV-KS
Central District of California,
Los Angeles

ROBERT HUNTER BIDEN,

        Plaintiff - Appellee,

  v.

ICU, LLC, a Wyoming Limited Liability
Company doing business as Marco Polo,

        Defendant - Appellant,

and

GARRETT ZIEGLER,

        Defendant.

No. 25-2412
D.C. No.
2:23-cv-07593-HDV-KS
Central District of California,
Los Angeles

2

25-2406

It appears appellants' January 31, 2026 motion to clarify the record may be moot in light of the February 4, 2026 withdrawal of counsel for appellee. Within 14 days, appellants must either withdraw the January 31, 2026 motion or file a statement explaining why it should not be denied as moot. If appellants file a statement appellee may file a response within 10 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

25-2406