UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ICU, LLC, a Wyoming Limited Liability Company doing business as Marco Polo,<br><br>    Defendant,<br><br>and<br><br>GARRETT ZIEGLER,<br><br>    Defendant - Appellant. | No. 25-2406<br><br>D.C. No.<br>2:23-cv-07593-HDV-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ICU, LLC, a Wyoming Limited Liability Company doing business as Marco Polo,<br><br>    Defendant,<br><br>and<br><br>GARRETT ZIEGLER,<br><br>    Defendant - Appellant. | No. 25-2407<br>D.C. No.<br>2:23-cv-07593-HDV-KS<br>Central District of California,<br>Los Angeles |

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>ICU, LLC, a Wyoming Limited Liability Company doing business as Marco Polo,<br><br>   Defendant - Appellant,<br><br>and<br><br>GARRETT ZIEGLER,<br><br>   Defendant. | No. 25-2408<br>D.C. No.<br>2:23-cv-07593-HDV-KS<br>Central District of California,<br>Los Angeles |
| ROBERT HUNTER BIDEN,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>ICU, LLC, a Wyoming Limited Liability Company doing business as Marco Polo,<br><br>   Defendant - Appellant,<br><br>and<br><br>GARRETT ZIEGLER,<br><br>   Defendant. | No. 25-2412<br>D.C. No.<br>2:23-cv-07593-HDV-KS<br>Central District of California,<br>Los Angeles |

2

25-2406

The statement filed in response to the May 26, 2026 order argues that the January 31, 2026 motion to clarify is "is partially, but not entirely, moot" in light of the February 4, 2026 withdrawal of counsel for appellee. Specifically, the statement argues that the motion is not moot "to the extent that it is not impossible for the Court to order a declaration clarifying compliance with applicable local rules in the Central District of California and the accuracy of the record concerning representation during the pendency of these proceedings."

The response the statement remains due June 15, 2026. The January 31, 2026 motion to clarify, the June 5, 3036 statement, and any response are referred to the panel that will be assigned to decide the merits of these appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

3

25-2406